J. Randall Jones, Esq. (#1927)
r.jones@kempjones.com
Michael J. Gayan, Esq. (#11135)
m.gayan@kempjones.com
Mona Kaveh, Esq. (#11825)
m.kaveh@kempjones.com
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>Defendants. | Case No.:   2:19-cv-01667-RFB-BNW<br><br>**STIPULATION AND ORDER TO ACCEPT SERVICE OF COMPLAINT AND EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Defendants Sheldon Adelson, Patrick Dumont, News+Media Capital Group LLC, and Las Vegas Review-Journal, Inc. (collectively, "Defendants"), by and through their attorneys of record, Kemp, Jones & Coulthard, LLP, and Plaintiff Las Vegas Sun, Inc. ("Plaintiff"), by and through its attorneys of record, Lewis Roca Rothgerber Christie LLP, Pisanelli Bice PLLC, and Alioto Law Firm, hereby stipulate and agree to the following:

1.   On September 24, 2019, Plaintiff filed its Complaint against Defendants. ECF No. 1.  On or about September 25, 2019, Plaintiff served the Summons and Complaint on the

entity Defendants, News+Media Capital Group LLC and Las Vegas Review-Journal, Inc., which makes their response to the Complaint due by October 16, 2019.

2. The law firm of Kemp, Jones & Coulthard, LLP is authorized to and has agreed to accept service of the Summons and Complaint on behalf of the individual Defendants, Sheldon Adelson and Patrick Dumont.

3. Plaintiff and Defendants agree that Defendants shall have up to and including October 30, 2019, to respond to Plaintiff's Complaint.  This is the first request for an extension of time to respond to the Complaint.

4. This extension is requested to provide Defendants with sufficient time to review and respond Plaintiff's allegations.

Dated this 4th day of October, 2019.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

 /s/ Kristen Martini 
E. Leif Reid, Esq. (#5750)
Kristen L. Martini, Esq. (#11272)
Nicole Scott, Esq. (#13757)
One East Liberty Street, Suite 300
Reno, Nevada 89501-2128

James J. Pisanelli, Esq. (#4027)
Todd L. Bice, Esq. (#4534)
Jordan T. Smith, Esq. (#12097)
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

Joseph M. Alioto, Esq. (*pro hac vice pending*)
Jamie L. Miller, Esq. (*pro hac vice pending*)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104

*Attorneys for Plaintiff*

Dated this 4th day of October, 2019.

KEMP, JONES & COULTHARD, LLP

 /s/ Michael Gayan 
J. Randall Jones, Esq. (#1927)
Michael J. Gayan, Esq. (#11135)
Mona Kaveh, Esq. (#11825)
3800 Howard Hughes Pkwy, 17th Fl.
Las Vegas, Nevada 89169

*Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: 10/8/19