J. RANDALL JONES, ESQ., SBN 1927
MICHAEL J. GAYAN, ESQ., SBN 11135
MONA KAVEH, ESQ., SBN 11825
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

RICHARD L. STONE, ESQ. (*pro hac to be filed*)
AMY M. GALLEGOS, ESQ. (*pro hac to be filed*)
DAVID R. SINGER, ESQ. (*pro hac to be filed*)
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>                Plaintiff,<br><br>v.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>                Defendants. | Case No.:  2:19-CV-01667-RFB-BNW<br><br>**DEFENDANTS NEWS+MEDIA CAPITAL GROUP LLC AND LAS VEGAS REVIEW-JOURNAL, INC.'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO FRCP 7.1 AND LR 7.1-1** |

Defendants News+Media Capital Group LLC ("News+Media") and Las Vegas Review-Journal, Inc. ("Review-Journal" and with "News+Media" as "Defendants"), by and through their counsel of record, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1, disclose the following:

1.     Defendants are non-governmental, privately held corporate parties. Review-Journal is a wholly owned subsidiary of News+Media, and News+Media is a wholly owned subsidiary of

Orchid Flower LLC. No publicly held corporation owns more than 10% of either Defendant's stock.

2. The undersigned attorney of record for Defendants certifies that the following non-party may have a direct, pecuniary interest in the outcome of this case: Orchid Flower LLC.

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

DATED November 1, 2019

KEMP, JONES & COULTHARD, LLP

*/s/ Michael Gayan*

J. RANDALL JONES, ESQ., SBN 1927
MICHAEL J. GAYAN, ESQ., SBN 11135
MONA KAVEH, ESQ., SBN 11825
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

RICHARD L. STONE, ESQ. (*pro hac to be filed*)
AMY M. GALLEGOS, ESQ. (*pro hac to be filed*)
DAVID R. SINGER, ESQ. (*pro hac to be filed*)
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071

*Attorney for Defendants*

## PROOF OF SERVICE

I hereby certify that on the 1st day of November, 2019, I served a true and correct copy of the foregoing **DEFENDANTS NEWS+MEDIA CAPITAL GROUP LLC AND LAS VEGAS REVIEW-JOURNAL, INC.'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO FRCP 7.1 AND LR 7.1-1** via the United States District Court's CM/ECF electronic filing system to all parties on the e-service list.

/s/ Pamela Montgomery
An employee of Kemp, Jones & Coulthard, LLP