| | |
|---|---|
| E. Leif Reid, Nevada Bar No. 5750<br>Kristen L. Martini, Nevada Bar No. 11272<br>Nicole Scott, Nevada Bar No. 13757<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>One East Liberty Street, Suite 300<br>Reno, NV 89501-2128<br>Tel:  775.823.2900<br>Fax:  775.823.2929<br>Email: lreid@lrrc.com<br>          kmartini@lrrc.com<br>          nscott@lrrc.com | Joseph M. Alioto, *PRO HAC VICE*<br>Jamie L. Miller, *PRO HAC VICE*<br>ALIOTO LAW FIRM<br>One Sansome Street, 35th Floor<br>San Francisco, CA 94104<br>Tel: 415.434.8900<br>Fax: 415.434.9200<br>Email: jmalioto@aliotolaw.com<br>          jmiller@aliotolaw.com |

James J. Pisanelli
Nevada Bar No. 4027
Todd L. Bice
Nevada Bar No. 4534
Jordan T. Smith
Nevada Bar No. 12097
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Email: JJP@pisanellibice.com
          TLB@pisanellibice.com
          JTS@pisanellibice.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware limited liability company; and DOES, I-X, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-01667-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTIONS TO DISMISS (ECF NOS. 20-22)**<br><br>**[FIRST REQUEST]** |

109701936.1

1   Plaintiff LAS VEGAS SUN, INC. ("Sun"), by and through its counsel LEWIS ROCA ROTHGERBER CHRISTIE, LLP, PISANELLI BICE PLLC, and THE ALIOTO LAW FIRM, and Defendants SHELDON ADELSON, PATRICK DUMONT, NEWS+MEDIA CAPITAL GROUP LLC, and LAS VEGAS REVIEW-JOURNAL, INC. ("RJ") (together collectively referred to herein as "Defendants"), by and through their counsel of record, KEMP, JONES & COULTHARD, LLP, and JENNER & BLOCK, LLP, hereby stipulate and agree as follows:

1. Plaintiff shall have an extension of time to December 2, 2019, to respond to Las Vegas Review-Journal, Inc. and New+Media Capital Group LLC's Motion to Dismiss Complaint (FRCP 12(b)(6)) (ECF No. 20), and Defendants Sheldon Adelson and Patrick Dumont's Motion to Dismiss Complaint (FRCP 12(b)(6)) and Joinder in the Las Vegas Review-Journal, Inc.'s and News+Media Capital Group LLC's Motion to Dismiss (ECF Nos. 21-22) (collectively, "Motions to Dismiss");

2. This extension is requested to provide Plaintiff with sufficient time to review and succinctly respond to the points and authorities made in Defendants' two Motions to Dismiss, which has been impacted by numerous hearings and deadlines in the related state court action involving Plaintiff and the RJ;

3. Defendants shall have an extension to December 23, 2019, to file and serve their reply briefs in support of the Motions to Dismiss; and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1.  4. The stipulated extensions to the briefing schedule will not prejudice the parties, nor will it impact other Court-imposed deadlines established in this case. This is the first request for a continuance of these briefing deadlines.

DATED: November 8, 2019.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ E. Leif Reid*
E. LEIF REID, ESQ., SBN 5750
KRISTEN L. MARTINI, ESQ., SBN 11272
NICOLE SCOTT, ESQ., SBN 13757
One East Liberty Street, Suite 300
Reno, Nevada 89501

JAMES J. PISANELLI, ESQ., SBN 4027
TODD L. BICE, ESQ., SBN 4534
JORDAN T. SMITH, ESQ., SBN 12097
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

JOSEPH M. ALIOTO, PRO HAC VICE
JAMIE L. MILLER, PRO HAC VICE
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104

*Attorneys for Plaintiff*

KEMP, JONES & COULTHARD, LLP

By: */s/ Michael J. Gayan*
J. RANDALL JONES, ESQ., SBN 1927
MICHAEL J. GAYAN, ESQ. SBN 11135
MONA KAVEH, ESQ., SBN 11825
3800 Howard Hughes Parkway
17th Floor
Las Vegas, Nevada 89169

RICHARD STONE, ESQ. (*pro hac pending*)
AMY GALLEGOS, ESQ. (*pro hac pending*)
DAVID SINGER, ESQ. (*pro hac pending*)
JENNER & BLOCK, LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 9th day of November, 2019.

CASE NO. 2:19-CV-01667

109701936.1                                            - 3 -