| | |
|---|---|
| E. Leif Reid, Nevada Bar No. 5750<br>Kristen L. Martini, Nevada Bar No. 11272<br>Nicole Scott, Nevada Bar No. 13757<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>One East Liberty Street, Suite 300<br>Reno, NV 89501-2128<br>Tel:   775.823.2900<br>Fax:  775.823.2929<br>Email: lreid@lrrc.com<br>         kmartini@lrrc.com<br>         nscott@lrrc.com | Joseph M. Alioto, *PRO HAC VICE*<br>Jamie L. Miller, *PRO HAC VICE*<br>ALIOTO LAW FIRM<br>One Sansome Street, 35th Floor<br>San Francisco, CA 94104<br>Tel: 415.434.8900<br>Fax: 415.434.9200<br>Email: jmalioto@aliotolaw.com<br>         jmiller@aliotolaw.com |

James J. Pisanelli
Nevada Bar No. 4027
Todd L. Bice
Nevada Bar No. 4534
Jordan T. Smith
Nevada Bar No. 12097
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Email: JJP@pisanellibice.com
         TLB@pisanellibice.com
         JTS@pisanellibice.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware limited liability company; and DOES, I-X, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-01667-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTIONS TO DISMISS (ECF NOS. 20-22)**<br><br>**[SECOND REQUEST]** |

109843305.1

| | |
|---|---|
| 1 | Plaintiff LAS VEGAS SUN, INC. ("Sun"), by and through its counsel LEWIS ROCA |
| 2 | ROTHGERBER CHRISTIE, LLP, PISANELLI BICE PLLC, and THE ALIOTO LAW FIRM, |
| 3 | and Defendants SHELDON ADELSON, PATRICK DUMONT, NEWS+MEDIA CAPITAL |
| 4 | GROUP LLC, and LAS VEGAS REVIEW-JOURNAL, INC. ("RJ") (together collectively |
| 5 | referred to herein as "Defendants"), by and through their counsel of record, KEMP, JONES & |
| 6 | COULTHARD, LLP, and JENNER & BLOCK, LLP, hereby stipulate and agree as follows: |

1. Plaintiff shall have an extension of time to December 6, 2019, to respond to Las Vegas Review-Journal, Inc. and New+Media Capital Group LLC's Motion to Dismiss Complaint (FRCP 12(b)(6)) (ECF No. 20), and Defendants Sheldon Adelson and Patrick Dumont's Motion to Dismiss Complaint (FRCP 12(b)(6)) and Joinder in the Las Vegas Review-Journal, Inc.'s and News+Media Capital Group LLC's Motion to Dismiss (ECF Nos. 21-22) (collectively, "Motions to Dismiss");

2. This extension is requested due to Plaintiff's primary drafter's illness and hospitalization due to influenza;

3. Defendants deadline to file and serve their reply briefs in support of the Motions to Dismiss of December 23, 2019 remains unchanged; and

///
///
///
///
///
///
///
///
///

109843305.1

- 2 -

1    4.   The stipulated extensions to the briefing schedule will not prejudice the parties, nor will it impact other Court-imposed deadlines established in this case.  This is the second request for a continuance of these briefing deadlines.

DATED: November 25, 2019.

| LEWIS ROCA ROTHGERBER CHRISTIE LLP | KEMP, JONES & COULTHARD, LLP |
|---|---|
| By: */s/ E. Leif Reid* <br> E. LEIF REID, ESQ., SBN 5750 <br> KRISTEN L. MARTINI, ESQ., SBN 11272 <br> NICOLE SCOTT, ESQ., SBN 13757 <br> One East Liberty Street, Suite 300 <br> Reno, Nevada 89501 <br><br> JAMES J. PISANELLI, ESQ., SBN 4027 <br> TODD L. BICE, ESQ., SBN 4534 <br> JORDAN T. SMITH, ESQ., SBN 12097 <br> PISANELLI BICE PLLC <br> 400 South 7th Street, Suite 300 <br> Las Vegas, Nevada 89101 <br><br> JOSEPH M. ALIOTO, PRO HAC VICE <br> JAMIE L. MILLER, PRO HAC VICE <br> ALIOTO LAW FIRM <br> One Sansome Street, 35th Floor <br> San Francisco, California 94104 <br><br> *Attorneys for Plaintiff* | By: */s/ Michael J. Gayan* <br> J. RANDALL JONES, ESQ., SBN 1927 <br> MICHAEL J. GAYAN, ESQ. SBN 11135 <br> MONA KAVEH, ESQ., SBN 11825 <br> 3800 Howard Hughes Parkway <br> 17th Floor <br> Las Vegas, Nevada 89169 <br><br> RICHARD STONE, ESQ. (*pro hac pending*) <br> AMY GALLEGOS, ESQ. (*pro hac pending*) <br> DAVID SINGER, ESQ. (*pro hac pending*) <br> JENNER & BLOCK, LLP <br> 633 West 5th Street, Suite 3600 <br> Los Angeles, California 90071 <br><br> *Attorneys for Defendants* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 26th day of November, 2019.

CASE NO. 2:19-CV-01667

109843305.1                              - 3 -