1  E. LEIF REID, Nevada Bar No. 5750
   KRISTEN L. MARTINI, Nevada Bar No. 11272
2  NICOLE SCOTT, Nevada Bar No. 13757
   LEWIS ROCA ROTHGERBER CHRISTIE LLP
3  One East Liberty Street, Suite 300
   Reno, NV 89501-2128
4  Tel:    775.823.2900
   Fax:    775.823.2929
5  Email: lreid@lrrc.com
          kmartini@lrrc.com
6          nscott@lrrc.com

7

JOSEPH M. ALIOTO, *PRO HAC VICE*
JAMIE L. MILLER, *PRO HAC VICE*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104
Tel: 415.434.8900
Fax: 415.434.9200
Email: jmalioto@aliotolaw.com
       jmiller@aliotolaw.com

8  JAMES J. PISANELLI, Nevada Bar No. 4027
   TODD L. BICE, Nevada Bar No. 4534
9  JORDAN T. SMITH, Nevada Bar No. 12097
   PISANELLI BICE PLLC
10 400 South 7th Street, Suite 300
   Las Vegas, Nevada 89101
11 Telephone: 702.214.2100
   Email: JJP@pisanellibice.com
12        TLB@pisanellibice.com
          JTS@pisanellibice.com

13 *Attorneys for Plaintiff*

14              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
15

16 LAS VEGAS SUN, INC., a Nevada
   corporation,

17
          Plaintiff,
18
   v.
19
   SHELDON ADELSON, an individual and as
20 the alter ego of News+Media Capital Group
   LLC and as the alter ego of Las Vegas
21 Review Journal, Inc.; PATRICK DUMONT,
   an individual; NEWS+MEDIA CAPITAL
22 GROUP LLC, a Delaware limited liability
   company; LAS VEGAS REVIEW-
23 JOURNAL, INC., a Delaware corporation;
   and DOES, I-X, inclusive,
24
          Defendants.
25

26

27

28

Case No. 2:19-CV-01667-RFB-BNW

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE DOCUMENTS UNDER SEAL
[EXHIBITS 6, 8, AND 11 TO
PLAINTIFF'S OPPOSITION TO LAS
VEGAS REVIEW-JOURNAL, INC.
AND NEWS+MEDIA CAPITAL
GROUP LLC'S MOTION TO DISMISS
COMPLAINT (FRCP 12(B)(6)) [ECF
NO. 20] AND DEFENDANT SHELDON
ADELSON AND PATRICK DUMONT'S
JOINDER THEREIN [ECF NO. 22]
AND REFERENCES THERETO]**

109924132.1

1          Pursuant to LR IA 10-5 of the Local Rules of Practice for the United States District

2   Court of Nevada, Plaintiff Las Vegas Sun, Inc. ("Sun"), by and through its counsel of

3   record, the law firms of Lewis Roca Rothgerber Christie LLP, Pisanelli Bice PLLC, and

4   the Alioto Law Firm, hereby requests leave to file under seal Exhibits 6, 8, and 11

5   ("Exhibits") in support of the contemporaneously filed Plaintiff's Opposition to Las Vegas

6   Review Journal, Inc. and News+Media Capital Group LLC's Motion to Dismiss Complaint

7   (FRCP 12(b)(6)) [ECF No. 20] and Defendant Sheldon Adelson and Patrick Dumont's

8   Joinder Therein [ECF No. 22] ("Opposition"), and portions of the Opposition, which

9   reference, discuss, and cite to the documents contained in Exhibits 6, 8, and 11. The

10  Exhibits contain information designated confidential under a release and settlement

11  agreement. The Motion is based upon the following Memorandum of Points and

12  Authorities, the attached Exhibits, and the pleadings and papers on file herein.

13         DATED this 6th day of December, 2019.

14                           LEWIS ROCA ROTHGERBER CHRISTIE LLP

15

16                 By:  */s/ E. Leif Reid*
                   E. Leif Reid, Bar No. 5750

17                     Kristen L. Martini, Bar No. 11272
                   Nicole Scott, Bar No. 13757

18                     One East Liberty Street, Suite 300
                   Reno, NV 89501-2128

19

20                     Joseph M. Alioto, *Pro Hac Vice*
                   Jamie L. Miller, *Pro Hac Vice*

21                     ALIOTO LAW FIRM
                   One Sansome Street, 35th Floor

22                     San Francisco, CA 94104

23                     PISANELLI BICE PLLC
                   James J. Pisanelli, Bar No. 4027

24                     Todd L. Bice, Bar No. 4534
                   Jordan T. Smith, Bar No. 12097

25                     400 South 7th Street, Suite 300
                   Las Vegas, Nevada 89101

26

27                     *Attorneys for Plaintiffs*

28

                            - 2 -

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2       With this Motion for Leave to File Documents Under Seal ("Motion"), the Sun also

3  filed Plaintiff's Opposition to Las Vegas Review-Journal, Inc. and News+Media Capital

4  Group LLC's Motion to Dismiss Complaint (FRCP 12(B)(6)) [ECF NO. 20] and Defendant

5  Sheldon Adelson And Patrick Dumont's Joinder Therein [ECF No. 22] ("Opposition"). The

6  Exhibits contain documents derived from a 2016 arbitration proceeding that resulted in a

7  Settlement Agreement and Release dated December 13, 2016 ("Settlement Agreement")

8  between the following parties: (Plaintiff) Las Vegas Sun, Inc., Stephens Media LLC,

9  (Defendant) News+Media Capital Group LLC, (Defendant) Las Vegas Review Journal, Inc.,

10  DB Acquisition, Inc., and New Media Investment Group, Inc. These Exhibits were

11  designated confidential pursuant to the Settlement Agreement.

12       "[T]he courts of this country recognize a general right to inspect and copy public

13  records and documents, including judicial records and documents." *Nixon v. Warner*

14  *Commc'ns, Inc*., 435 U.S. 589, 597 (1978) (footnote omitted). There is a strong

15  presumption in favor of public access to filed documents, and the "party seeking to seal a

16  judicial record then bears the burden of overcoming this strong presumption." *Kamakana*

17  *v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Nevertheless, the Court

18  has "broad latitude" under Rule 26(c) "to prevent disclosure of materials for many types of

19  information, including, *but not limited to*, trade secrets, or other confidential research,

20  development, or commercial information." *Phillips v. Gen. Motors Corp.*, 307 F.3d 1206,

21  1212 (9th Cir. 2002) (citations omitted).

22       "Accordingly, a party seeking to seal a judicial record [ ] bears the burden of

23  overcoming this strong presumption by meeting the compelling reasons standard," whereby

24  "a court may seal records only when it finds a compelling reason and articulates the factual

25  basis for its ruling, without relying on hypothesis or conjecture." *Ctr. for Auto Safety v.*

26  *chrsler Grp., LLC*, 809 F.3d 1092, 1096-97 (9th Cir. 2016). "The court must then

27

28

- 3 -

conscientiously balance the competing interests of the public and the party who seeks to keep certain judicial records secret." *Id.* at 1097.

In the present case, the information sought to be protected is transcript testimony and an answering statement from the 2016 arbitration described above. Those proceedings ultimately resulted in a confidential settlement and release, and the above-referenced Settlement Agreement.[1]

The documents therefore are entitled to confidentiality protection and the Sun requests that the Court seal the following:

1.      Exhibit 6: arbitration hearing transcript excerpts from the 2016 arbitration discussing the 2005 JOA amendment process;

2.      Exhibit 8: arbitration hearing transcript excerpts from the 2016 arbitration discussing the 2005 JOA amendment process; and

3.      Exhibit 11: The RJ's answering statement from the 2016 arbitration asserting the RJ's affirmative defenses.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Pursuant to the Settlement Agreement, the admitted exhibits, testimony, and any pleadings were to remain confidential.

1    As these documents were designated confidential as part of the 2016 arbitration and

2  ultimate Settlement Agreement, the Sun has filed the documents under seal, and redacted the

3  referenced portions within the Opposition.

4    DATED this 6th day of December, 2019.

5                                       LEWIS ROCA ROTHGERBER CHRISTIE LLP

6

7                                       By:  */s/ E. Leif Reid*
                                             E. Leif Reid, Bar No. 5750
8                                            Kristen L. Martini, Bar No. 11272
                                             Nicole Scott, Bar No. 13757
9                                            One East Liberty Street, Suite 300
                                             Reno, NV 89501-2128
10

11                                           Joseph M. Alioto, *Pro Hac Vice*
                                             Jamie L. Miller, *Pro Hac Vice*
12                                           ALIOTO LAW FIRM
                                             One Sansome Street, 35th Floor
13                                           San Francisco, CA 94104

14                                           PISANELLI BICE PLLC
                                             James J. Pisanelli, Bar No. 4027
15                                           Todd L. Bice, Bar No. 4534
                                             Jordan T. Smith, Bar No. 12097
16                                           400 South 7th Street, Suite 300
                                             Las Vegas, Nevada 89101
17
                                             *Attorneys for Plaintiffs*
18

19

20

21

22

23

24

25

26

27

28
                                        - 5 -

109924132.1

CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of Lewis Roca Rothgerber Christie LLP, and that on this date, I caused the foregoing **PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL [EXHIBITS 6, 8, AND 11 TO PLAINTIFF'S OPPOSITION TO LAS VEGAS REVIEW-JOURNAL, INC. AND NEWS+MEDIA CAPITAL GROUP LLC'S MOTION TO DISMISS COMPLAINT (FRCP 12(B)(6)) [ECF NO. 20] AND DEFENDANT SHELDON ADELSON AND PATRICK DUMONT'S JOINDER THEREIN [ECF NO. 22] AND REFERENCES THERETO]** to be served by electronically filing the foregoing with the CM/ECF electronic filing system, which will send notice of electronic filing to the following:

> J. Randall Jones, Esq.
> Michael J. Gayan, Esq.
> Monah Kaveh, Esq.
> KEMP, JONES, & COULTHARD, LLP
> 3800 Howard Hughes Parkway, 17th Floor
> Las Vegas, Nevada 89169
>
> Richard L. Stone, Esq.
> Amy M. Gallegos, Esq.
> David R. Singer, Esq.
> JENNER & BLOCK LLP
> 633 West 5th Street, Suite 3600
> Los Angeles, California 90071

DATED this 6th day of December, 2019.



      _/s/ Autumn D. McDannald_
      An employee of LEWIS ROCA
      ROTHGERBER CHRISTIE LLP

- 6 -

1    E. LEIF REID, Nevada Bar No. 5750               JOSEPH M. ALIOTO, *PRO HAC VICE*
     KRISTEN L. MARTINI, Nevada Bar No. 11272        JAMIE L. MILLER, *PRO HAC VICE*
2    NICOLE SCOTT, Nevada Bar No. 13757              ALIOTO LAW FIRM
     LEWIS ROCA ROTHGERBER CHRISTIE LLP    One Sansome Street, 35th Floor
3    One East Liberty Street, Suite 300              San Francisco, CA 94104
     Reno, NV 89501-2128                             Tel: 415.434.8900
4    Tel:    775.823.2900                            Fax: 415.434.9200
     Fax:    775.823.2929                            Email: jmalioto@aliotolaw.com
5    Email: lreid@lrrc.com                                   jmiller@aliotolaw.com
            kmartini@lrrc.com
6           nscott@lrrc.com

7

8    JAMES J. PISANELLI, Nevada Bar No. 4027
     TODD L. BICE, Nevada Bar No. 4534
9    JORDAN T. SMITH, Nevada Bar No. 12097
     PISANELLI BICE PLLC
10   400 South 7th Street, Suite 300
     Las Vegas, Nevada 89101
11   Telephone: 702.214.2100
     Email: JJP@pisanellibice.com
12          TLB@pisanellibice.com
            JTS@pisanellibice.com

13   *Attorneys for Plaintiff*

14                          UNITED STATES DISTRICT COURT
                                 DISTRICT OF NEVADA
15

16   LAS VEGAS SUN, INC., a Nevada            Case No. 2:19-CV-01667-RFB-BNW
     corporation,

17
            Plaintiff,
18
     v.                                       **[PROPOSED] ORDER GRANTING
19                                            PLAINTIFF'S MOTION FOR LEAVE
                                              TO FILE DOCUMENTS UNDER SEAL
20   SHELDON ADELSON, an individual and as    [EXHIBITS 6, 8, AND 11 TO
     the alter ego of News+Media Capital Group PLAINTIFF'S OPPOSITION TO LAS
21   LLC and as the alter ego of Las Vegas    VEGAS REVIEW-JOURNAL, INC.
     Review Journal, Inc.; PATRICK DUMONT,    AND NEWS+MEDIA CAPITAL
22   an individual; NEWS+MEDIA CAPITAL        GROUP LLC'S MOTION TO DISMISS
     GROUP LLC, a Delaware limited liability  COMPLAINT (FRCP 12(B)(6)) [ECF
23   company; LAS VEGAS REVIEW-               NO. 20] AND DEFENDANT SHELDON
     JOURNAL, INC., a Delaware corporation;   ADELSON AND PATRICK DUMONT'S
24   and DOES, I-X, inclusive,                JOINDER THEREIN [ECF NO. 22]
                                              AND REFERENCES THERETO]**
25          Defendants.

26

27

28


109931439.1

1    Pending before this Court is Plaintiff's Motion for Leave to File Documents Under
2    Seal [Exhibits 6, 8, and 11 to Plaintiff's Opposition to Las Vegas Review Journal, Inc. and
3    News+Media Capital Group LLC's Motion to Dismiss Complaint (FRCP 12(b)(6)) [ECF
4    No. 20] and Defendant Sheldon Adelson and Patrick Dumont's Joinder Therein [ECF No.
5    22] and References Thereto] ("Opposition").  Federal Rule of Civil Procedure 26(c) provides
6    discretion for a trial court to permit sealing of court documents.  Fed. R. Civ. P. 26(c). The
7    Court has "broad latitude" under Rule 26(c) "to prevent disclosure of materials for many
8    types of information, including, *but not limited to*, trade secrets, or other confidential
9    research, development, or commercial information." *Phillips v. Gen. Motors Corp.*, 307 F.3d
10   1206, 1212 (9th Cir. 2002) (citations omitted). Here, the Exhibits contain documents derived
11   from the 2016 arbitration proceedings that resulted in a Settlement Agreement and Release
12   dated December 13, 2016 ("Settlement Agreement") between the following parties: Las
13   Vegas Sun, Inc., Stephens Media LLC, News+Media Capital Group LLC, Las Vegas Review
14   Journal, Inc., DB Acquisition, Inc., and New Media Investment Group, Inc. These Exhibits
15   were designated confidential pursuant to the Settlement Agreement.

16        Thus, having considered Plaintiff's motion, and good cause existing:

17        IT IS HEREBY ORDERED that Plaintiff's Motion For Leave to File Under Seal
18   Exhibits 6, 8, and 11, to the contemporaneously filed Opposition and references thereto is
19   GRANTED.  The Clerk of the Court shall file under seal Exhibits 6, 8, and 11, in addition
20   to portions of the Opposition, which references, discusses, and cites to the documents
21   contained in Exhibits 6, 8, and 11, under seal.

23        IT IS SO ORDERED:

25        _____
          UNITED STATES MAGISTRATE JUDGE

26        DATED: _____

- 2 -

109931439.1