| | |
|---|---|
| E. LEIF REID, Nevada Bar No. 5750<br>KRISTEN L. MARTINI, Nevada Bar No. 11272<br>MARLA J. HUDGENS, Nevada Bar No. 11098<br>NICOLE SCOTT, Nevada Bar No. 13757<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>One East Liberty Street, Suite 300<br>Reno, NV 89501-2128<br>Tel:   775.823.2900<br>Fax:  775.823.2929<br>Email: lreid@lrrc.com<br>         kmartini@lrrc.com<br>         mhudgens@lrrc.com<br>         nscott@lrrc.com | JOSEPH M. ALIOTO, *PRO HAC VICE*<br>JAMIE L. MILLER, *PRO HAC VICE*<br>ALIOTO LAW FIRM<br>One Sansome Street, 35th Floor<br>San Francisco, CA 94104<br>Tel: 415.434.8900<br>Fax: 415.434.9200<br>Email: jmalioto@aliotolaw.com<br>         jmiller@aliotolaw.com |

JAMES J. PISANELLI, Nevada Bar No. 4027
TODD L. BICE, Nevada Bar No. 4534
JORDAN T. SMITH, Nevada Bar No. 12097
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Email: JJP@pisanellibice.com
         TLB@pisanellibice.com
         JTS@pisanellibice.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>Defendants. | Case No. 2:19-CV-01667-GMN-BNW<br><br>**APPENDIX OF EXHIBITS TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR AN ORDER OVERRULING THE LAS VEGAS SUN'S TESTIFYING EXPERT WORK-PRODUCT OBJECTIONS FOR ELIZABETH CAIN'S DOCUMENTS AND COMPELLING IMMEDIATE PRODUCTION OF DOCUMENTS WITHHELD ON THAT BASIS (ECF NO. 181)** |

## **APPENDIX INDEX**

| Exhibit No. | Description | No. of Pages |
|---|---|---|
| 1 | Declaration of E. Leif Reid in Support of Las Vegas Sun, Inc.'s Opposition to Defendants' Motion for an Order Overruling the Las Vegas Sun's Testifying Expert Work-Product Objections for Elizabeth Cain's Documents and Compelling Immediate Production of Documents Withheld on that Basis (ECF No. 181) | APP001-5 |
| 2 | Testimony of Elizabeth Cain from the arbitration styled as, *Las Vegas Sun, Inc. v. DR Partners*, AAA Case No. 01-16-0001-9187 Bates labeled SUN_00020786-927, 21021 (FILED UNDER SEAL) | APP006-148 |
| 3 | Declaration of Elizabeth Cain in Support of Las Vegas Sun, Inc.'s Opposition to Defendants' Motion for an Order Overruling the Las Vegas Sun's Testifying Expert Work-Product Objections for Elizabeth Cain's Documents and Compelling Immediate Production of Documents Withheld on that Basis (ECF No. 181) (REDACTED) | APP149-50 |
| 4 | Las Vegas Sun's Bulk Privilege and Redaction Log pursuant to September 4, 2020, Court Order (ECF No. 130) | APP151-52 |
| 5 | October 8, 2020, Letter from Michael Gayan to Leif Reid requesting Meet and Confer (REDACTED) | APP153-55 |
| 6 | October 12, 2020, Letter from Michael Gayan to Counsel for the Sun requesting Meet and Confer | APP156-60 |
| 7 | October 20, 2020, Letter from Leif Reid to Counsel for the RJ summarizing meet and confer | APP161-64 |
| 8 | October 23, 2020, Letter from Michael Gayan to Leif Reid responding to October 20, 2020, letter | APP165-66 |
| 9 | October 27, 2020, Letter from Leif Reid to Counsel for the RJ responding to Michael Gayan's October 23, 2020, letter | APP167-68 |
| 10 | October 28, 2020, Letter from Michael Gayan to Counsel for the Sun responding to Sun's October 27, 2020, letter | APP169 |

DATED this 9th day of November, 2020.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ E. Leif Reid*
E. Leif Reid, Bar No. 5750
Kristen L. Martini, Bar No. 11272
Marla J. Hudgens, Bar No. 11098
Nicole Scott, Bar No. 13757
One East Liberty Street, Suite 300
Reno, NV 89501-2128

112755369.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PISANELLI BICE PLLC
James J. Pisanelli, Bar No. 4027
Todd L. Bice, Bar No. 4534
Jordan T. Smith, Bar No. 12097
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

ALIOTO LAW FIRM
Joseph M. Alioto, *Pro Hac Vice*
Jamie L. Miller, *Pro Hac Vice*
One Sansome Street, 35th Floor
San Francisco, CA 94104

*Attorneys for Plaintiff*

112755369.1

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of Lewis Roca Rothgerber Christie LLP, and that on the 9th day of November, 2020, I caused the foregoing **APPENDIX OF EXHIBITS TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR AN ORDER OVERRULING THE LAS VEGAS SUN'S TESTIFYING EXPERT WORK-PRODUCT OBJECTIONS FOR ELIZABETH CAIN'S DOCUMENTS AND COMPELLING IMMEDIATE PRODUCTION OF DOCUMENTS WITHHELD ON THAT BASIS (ECF NO. 181)** to be served by electronically filing the foregoing with the CM/ECF electronic filing system, which will send notice of electronic filing to:

J. Randall Jones, Esq.
Michael J. Gayan, Esq.
Mona Kaveh, Esq.
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

Richard L. Stone, Esq.
Amy M. Gallegos, Esq.
David R. Singer, Esq.
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071

　　　　　　　　　　　　　　　　　　*/s/ Autumn D. McDannald*
　　　　　　　　　　　　　　　　　　An Employee of Lewis Roca Rothgerber Christie LLP