E. LEIF REID, Nevada Bar No. 5750
KRISTEN L. MARTINI, Nevada Bar No. 11272
MARLA J. HUDGENS, Nevada Bar No. 11098
NICOLE SCOTT, Nevada Bar No. 13757
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, NV 89501-2128
Tel:   775.823.2900
Fax:  775.823.2929
Email: lreid@lrrc.com
       kmartini@lrrc.com
       mhudgens@lrrc.com
       nscott@lrrc.com

JOSEPH M. ALIOTO, *PRO HAC VICE*
JAMIE L. MILLER, *PRO HAC VICE*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104
Tel: 415.434.8900
Fax: 415.434.9200
Email: jmalioto@aliotolaw.com
       jmiller@aliotolaw.com

JAMES J. PISANELLI, Nevada Bar No. 4027
TODD L. BICE, Nevada Bar No. 4534
JORDAN T. SMITH, Nevada Bar No. 12097
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Email: JJP@pisanellibice.com
       TLB@pisanellibice.com
       JTS@pisanellibice.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>Defendants. | Case No. 2:19-CV-01667-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO RESPOND TO ECF NOS. 180, 181, 186 & 187**<br><br>**(FIRST REQUEST)** |

112741058.1

Plaintiff LAS VEGAS SUN, INC. ("Sun"), by and through its counsel LEWIS ROCA ROTHGERBER CHRISTIE LLP, PISANELLI BICE PLLC, and THE ALIOTO LAW FIRM, and Defendants SHELDON ADELSON, PATRICK DUMONT, NEWS+MEDIA CAPITAL GROUP LLC, and LAS VEGAS REVIEW-JOURNAL, INC. (together collectively referred to herein as "Defendants"), by and through their counsel of record, KEMP JONES, LLP, and JENNER & BLOCK LLP, hereby stipulate and agree as follows:

1. Plaintiff shall have an extension of time to November 9, 2020, to respond to Defendants' Motion to Compel Las Vegas Sun, Inc. to Comply with Mandatory Rule 26(a)(1) Damages-Disclosure Obligations (ECF No. 180), and Defendants' Motion for an Order Overruling the Las Vegas Sun's Testifying Expert Work-Product Objections for Elizabeth Cain's Documents and Compelling Immediate Production of Documents Withheld on that Basis (ECF No. 181);

2. Defendants shall have an extension of time to November 16, 2020, to file and serve their reply briefs to Defendants' Motion to Compel Las Vegas Sun, Inc. to Comply with Mandatory Rule 26(a)(1) Damages-Disclosure Obligations (ECF No. 180), and Defendants' Motion for an Order Overruling the Las Vegas Sun's Testifying Expert Work-Product Objections for Elizabeth Cain's Documents and Compelling Immediate Production of Documents Withheld on that Basis (ECF No. 181);

3. Defendants shall have an extension of time to November 10, 2020, to respond to Plaintiff's Motion to Compel Production of Documents (Third Set) (ECF No. 186);

4. Plaintiff shall have an extension of time to November 17, 2020, to file and serve its reply brief to Plaintiff's Motion to Compel Production of Documents (Third Set) (ECF No. 186);

5. Plaintiff shall have an extension of time to November 10, 2020, to respond to Defendants News+Media Capital Group LLC's and Las Vegas Review-Journal, Inc.'s Motion for Protective Order Regarding Ntooitive Digital, LLC Subpoena (ECF No. 187);

6. Defendants News+Media Capital Group LLC and Las Vegas Review-Journal, Inc. shall have an extension of time to November 17, 2020, to file and serve their reply brief to Defendants News+Media Capital Group LLC's and Las Vegas Review-Journal, Inc.'s Motion for Protective Order Regarding Ntooitive Digital, LLC Subpoena (ECF No. 187);

112741058.1

1    7.    As the Court has set these motions for hearing on December 11, 2020 (ECF Nos. 180 and 181), and December 21, 2020 (ECF Nos. 186 and 187), *see* ECF No. 192, these extensions are requested to provide the parties sufficient time to review and succinctly respond to these motions on a more traditional briefing schedule timeline, in light of the motions not being heard at the November 17, 2020, Case Management Conference. *See* ECF No. 74 at 4; *see also id.* at 5 (describing the abbreviated Case Management Conference briefing schedule).

7    / / /
8    / / /
9    / / /
10   / / /
11   / / /
12   / / /
13   / / /
14   / / /
15   / / /
16   / / /
17   / / /
18   / / /
19   / / /
20   / / /
21   / / /
22   / / /
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

- 2 -

112741058.1

8. The stipulated extensions to the briefing schedule will not prejudice the parties, nor will it impact other Court-imposed deadlines established in this case. This is the first request for a continuance of these briefing deadlines.

DATED this 6th day of November, 2020.

LEWIS ROCA ROTHGERBER
CHRISTIE LLP

*/s/ E. Leif Reid*
E. Leif Reid, Bar No. 5750
Kristen L. Martini, Bar No. 11272
Marla J. Hudgens, Bar No. 11098
Nicole Scott, Bar No. 13757
One East Liberty Street, Suite 300
Reno, NV 89501-2128

PISANELLI BICE PLLC
James J. Pisanelli, Bar No. 4027
Todd L. Bice, Bar No. 4534
Jordan T. Smith, Bar No. 12097
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

ALIOTO LAW FIRM
Joseph M. Alioto, Pro Hac Vice
Jamie L. Miller, Pro Hac Vice
One Sansome Street, 35th Floor
San Francisco, CA 94104

*Attorneys for Plaintiff*

DATED this 6th day of November, 2020.

KEMP JONES, LLP

*/s/ Michael J. Gayan*
J. Randall Jones, Esq., Bar No. 1927
Michael J. Gayan, Esq., Bar No. 11135
Mona Kaveh, Esq., Bar No. 11825
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169

Richard L. Stone, Esq., *Pro Hac Vice*
Amy M. Gallegos, Esq., *Pro Hac Vice*
David R. Singer, Esq., *Pro Hac Vice*
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071

*Attorneys for Defendants*

**IT IS SO ORDERED**

**DATED:** 5:51 pm, November 10, 2020

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

112741058.1