# EXHIBIT 2

November 12, 2019, Hearing Transcript in *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC, et al.*, Eighth Judicial District Court Case No. A-18-772591-B

# EXHIBIT 2

```
 1            IN THE EIGHTH JUDICIAL DISTRICT COURT

 2                    CLARK COUNTY, NEVADA

 3
     LAS VEGAS SUN, INC., a        )
 4   Nevada corporation,           )
                                   )
 5            Plaintiff,           )
                                   )
 6        vs.                      )   CASE NO.
                                   )
 7   NEWS + MEDIA CAPITAL GROUP,   )   A-18-772591-B
     LLC, a Delaware limited       )
 8   liability company; and       )    DEPT. NO. 16
     LAS VEGAS REVIEW-JOURNAL,     )
 9   INC., a Delaware limited      )
     liability company,            )
10                                 )
              Defendants.          )
11   _____)
                                   )
12   AND RELATED COUNTERCLAIMS     )
     _____)
13

14         REPORTER'S TRANSCRIPT OF PROCEEDINGS

15       BEFORE THE HONORABLE TIMOTHY C. WILLIAMS

16              TUESDAY, NOVEMBER 12, 2019

17
     APPEARANCES:
18
     For the Plaintiff:
19
              LEIF REID, ESQ.
20            JORDAN SMITH, ESQ.
              NICOLE SCOTT, ESQ.
21            JAMES J. PISANELLI, ESQ.

22   For the Defendants:

23            MICHAEL J. GAYAN, ESQ.
              JON RANDALL JONES, ESQ.
24

25   REPORTED BY:  DANA J. TAVAGLIONE, RPR, CCR No. 841
```

```
 1   compelled to do that and conduct searches.
 2           And if there are documents that are in
 3   those individual's ESI, like you just said, it's
 4   standard that that would be disclosed.
 5           MR. JONES:  Your Honor, here's, I guess, my
 6   concern is that we had discussions about this, but I
 7   don't know that we've had specifically -- and maybe
 8   I'll be proven wrong here by Mr. Gayan or
 9   Mr. Reid -- about a meet and confer about this
10   specific issue.  There have been discussions back
11   and forth.
12           But here's an interrogatory that was
13   answered from their Interrogatories:  "Please
14   identify each and every meeting between any of your
15   owners and/or executives, including Sheldon Adelson
16   and Patrick Dumont, about the redesign."
17           And then there was a number of objections
18   stated.  But at the end of that answer or response
19   to No. 8, it says, quote, "Without waiving these
20   objections, the defendants respond as follows:
21   Neither Mr. Adelson or Mr. Dumont attended any
22   meetings related to The Sun box redesign," end quote.
23           So we have told them that -- and they're
24   not employed by the R.J.  They're third parties.
25   And by the way, I don't know that they're -- we
```

1   haven't identified who the owners are of the R.J.,
2   and it is my general understanding that Mr. Adelson
3   is not an owner of the R.J.  Well, there's another
4   entity, News Plus Media.  And so, technically, I
5   think there would have to be a Subpoena to that
6   entity.  I'm not trying to create additional hoops
7   here.
8           But, again, I think -- and I'm happy to
9   have a person-to-person sit-down meeting and look at
10  this and see what evidence they have that shows
11  that, somehow or other, Mr. Adelson or Mr. Dumont
12  are implicated in the redesign of The Sun box.
13  We've now stated in a interrogatory response that
14  they had nothing to do with that -- well, that they
15  were involved in no meetings.  But I don't -- I
16  believe that they did not have anything to do with
17  The Sun box redesign.
18          So I get the idea that discovery is broader
19  than admissibility.  But as you said, Your Honor,
20  there still has to be some connectivity before you
21  have to go off and start searching other people's --
22  people who are technically third parties to the
23  litigations, the litigation -- their Electronically
24  Stored Informations.
25          MR. REID:  Your Honor.

1              CERTIFICATE OF REPORTER

2

   STATE OF NEVADA   )
3                    )SS:
   COUNTY OF CLARK   )
4

5          I, Dana J. Tavaglione, a duly commissioned

6  and licensed Court Reporter, Clark County, State of

7  Nevada, do hereby certify:  That I reported the

8  proceedings had in the above-entitled matter at the

9  place and date indicated.

10         That I thereafter transcribed my said

11 shorthand notes into typewriting and that the

12 typewritten transcript of said proceedings is a

13 complete, true and accurate transcription of said

14 shorthand notes.

15         IN WITNESS HEREOF, I have hereunto set my

16 hand, in my office, in the County of Clark, State of

17 Nevada, this 18th day of November 2019.

18

19
                /s/Dana J. Tavaglione
20              _____
                DANA J. TAVAGLIONE, RPR, CCR NO. 841
21

22

23

24

25