E. LEIF REID, Nevada Bar No. 5750
KRISTEN L. MARTINI, Nevada Bar No. 11272
MARLA J. HUDGENS, Nevada Bar No. 11098
NICOLE SCOTT, Nevada Bar No. 13757
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, NV 89501-2128
Tel:    775.823.2900
Fax:    775.823.2929
Email: lreid@lrrc.com
         kmartini@lrrc.com
         mhudgens@lrrc.com
         nscott@lrrc.com

JOSEPH M. ALIOTO, *PRO HAC VICE*
JAMIE L. MILLER, *PRO HAC VICE*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104
Tel: 415.434.8900
Fax: 415.434.9200
Email: jmalioto@aliotolaw.com
         jmiller@aliotolaw.com

JAMES J. PISANELLI, Nevada Bar No. 4027
TODD L. BICE, Nevada Bar No. 4534
JORDAN T. SMITH, Nevada Bar No. 12097
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Email: JJP@pisanellibice.com
         TLB@pisanellibice.com
         JTS@pisanellibice.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>          Plaintiff,<br><br>v.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>          Defendants. | Case No. 2:19-CV-01667-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES FOR PLAINTIFF'S OPPOSITION AND DEFENDANTS' REPLY TO DEFENDANTS' MOTION FOR CERTIFICATION OF ORDER FOR APPEAL PURSUANT TO 28 U.S.C. § 1292(B) [ECF NO. 251]**<br><br>**(FIRST REQUEST)** |

113076760.1

Plaintiff LAS VEGAS SUN, INC. ("Sun"), by and through its counsel LEWIS ROCA ROTHGERBER CHRISTIE, LLP, PISANELLI BICE PLLC, and THE ALIOTO LAW FIRM, and Defendants NEWS+MEDIA CAPITAL GROUP LLC, LAS VEGAS REVIEW-JOURNAL, INC., SHELDON ADELSON, and PATRICK DUMONT (together collectively referred to herein as "Defendants"), by and through their counsel of record, KEMP JONES, LLP, and JENNER & BLOCK, LLP, hereby stipulate and agree as follows:

1.      On December 7, 2020, Defendants filed their Motion for Certification of Order for Appeal Pursuant to 28 U.S.C. § 1292(B) ("Motion for Certification") (ECF No. 251). Through their Motion for Certification, Defendants have moved this Court for an order certifying for immediate interlocutory appeal this Court's November 30, 2020, Order Granting in Part and Denying in Part Defendants' Motions to Dismiss (ECF No. 243).

2.      Pursuant to Local Rule 7-2(b), any Opposition to Plaintiff's Motion for Certification is due on December 21, 2020, and any Reply to the Motion for Certification would be due on December 28, 2020.

3.      Counsel believe and agree there is good cause to extend the deadlines for the Opposition and Reply to the Motion for Certification given the holiday season, including Christmas Day and New Year's Day, as well as unexpected health and personal emergencies affecting the Sun's Counsel.

4.      Accordingly, the parties agree to extend the deadlines otherwise required by LR 7-2(b) as follows:

      a.      The Sun shall have until December 30, 2020, to file any Opposition to the Motion for Certification.

      b.      Defendants shall have until January 13, 2021, to file any Reply to the Motion for Certification.

/ / /

/ / /

/ / /

- 1 -

113076760.1

5.     The stipulated extensions to the parties' proposed briefing schedule will not prejudice the parties, nor will it impact other Court-imposed deadlines established in this case. This is the first request for a continuance of these briefing deadlines.

DATED this 17th day of December, 2020.

DATED this 17th day of December, 2020.

LEWIS ROCA ROTHGERBER
CHRISTIE LLP

KEMP JONES, LLP

*/s/ E. Leif Reid*

*/s/ Michael J. Gayan*

E. Leif Reid, Bar No. 5750
Kristen L. Martini, Bar No. 11272
Nicole Scott, Bar No. 13757
One East Liberty Street, Suite 300
Reno, Nevada 89501

J. Randall Jones, Esq., Bar No. 1927
Michael J. Gayan, Esq., Bar No. 11135
Mona Kaveh, Esq., Bar No. 11825
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

James J. Pisanelli, Bar No. 4027
Todd L. Bice, Bar No. 4534
Jordan T. Smith, Bar No. 12097
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

Richard L. Stone, Esq., *Pro Hac Vice*
Amy M. Gallegos, Esq., *Pro Hac Vice*
David R. Singer, Esq., *Pro Hac Vice*
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071

Joseph M. Alioto, *Pro Hac Vice*
Jamie L. Miller, *Pro Hac Vice*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California  94104

*Attorneys for Defendants*

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

Dated this ___17___ day of December, 2020

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

113076760.1