J. RANDALL JONES, ESQ., SBN 1927
r.jones@kempjones.com
MICHAEL J. GAYAN, ESQ., SBN 11135
m.gayan@kempjones.com
MONA KAVEH, ESQ., SBN 11825
m.kaveh@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000

RICHARD L. STONE, ESQ. (*pro hac vice*)
rstone@jenner.com
DAVID R. SINGER, ESQ. (*pro hac vice*)
dsinger@jenner.com
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
agallegos@jenner.com
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC., <br><br>      Plaintiff, <br><br>v. <br><br>SHELDON ADELSON, et al., <br><br>      Defendants. | Case No.: 2:19-cv-01667-GMN-BNW <br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES FOR MOTIONS TO COMPEL (ECF NOS. 279 & 281)** <br><br>**[SECOND REQUEST]** |

Defendants NEWS+MEDIA CAPITAL GROUP LLC, LAS VEGAS REVIEW-JOURNAL, INC., SHELDON ADELSON, and PATRICK DUMONT (collectively referred to herein as "Defendants"), by and through their counsel of record, KEMP JONES, LLP and JENNER & BLOCK, LLP, and Plaintiff LAS VEGAS SUN, INC. ("Sun"), by and through its counsel of record, LEWIS ROCA ROTHGERBER CHRISTIE, LLP, PISANELLI BICE PLLC, and THE ALIOTO LAW FIRM, hereby stipulate and agree as follows:

1. On December 18, 2020, the Court granted the parties' request to modify the briefing schedule for discovery motions that were originally to be filed by December 15, 2020. *See* ECF No. 272. The modified briefing schedule allowed motions to be filed by December 22, 2020, with oppositions thereto to be filed by January 5, 2021, and related replies to be filed by January 15, 2021.

2. On December 22, 2020, the Sun filed two discovery motions. *See* ECF No. 279, 281.

3. On December 28, 2020, the Court set the Sun's two discovery motions for hearing on February 23, 2021. *See* ECF No. 285.

4. Based on the hearing date, and due to their respective pending obligations and the intervening New Year holiday, the parties stipulate and agree that good cause exists for a brief extension of the deadlines to file opposition and reply briefs in order to allow the parties sufficient time to review and succinctly respond to the motions and/or oppositions.

5. Defendants shall have an extension of time to January 12, 2021, to respond to Plaintiff's Motion to Compel Compliance with Interface Operations LLC DBA Adfam Subpoena (ECF No. 279) and Plaintiff's Omnibus Motion to Compel Production of Documents in Response to Plaintiff's First and Second Sets of Requests for Production of Documents (ECF No. 281) (collectively, "Motions to Compel").

6. The Sun shall have an extension to January 26, 2021, to file and serve its reply briefs in support of the Motions to Compel.

/ / /

7. The stipulated extensions to the briefing schedule will not prejudice the parties, or impact other Court-imposed deadlines established in this case. This is the second request for a continuance of these briefing deadlines.

DATED: December 29, 2020.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Kristen Martini*
E. LEIF REID, ESQ., SBN 5750
KRISTEN L. MARTINI, ESQ., SBN 11272
NICOLE SCOTT, ESQ., SBN 13757
One East Liberty Street, Suite 300
Reno, Nevada 89501

JAMES J. PISANELLI, ESQ., SBN 4027
TODD L. BICE, ESQ., SBN 4534
JORDAN T. SMITH, ESQ., SBN 12097
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

JOSEPH M. ALIOTO
*PRO HAC VICE TO BE FILED*
JAMIE L. MILLER
*PRO HAC VICE TO BE FILED*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104

*Attorneys for Plaintiff*

KEMP JONES, LLP

By: */s/ Michael Gayan*
J. RANDALL JONES, ESQ., SBN 1927
MICHAEL J. GAYAN, ESQ. SBN 11135
MONA KAVEH, ESQ., SBN 11825
3800 Howard Hughes Pkwy, 17th Floor
Las Vegas, Nevada 89169

RICHARD STONE, ESQ. (*pro hac vice*)
AMY GALLEGOS, ESQ. (*pro hac vice*)
DAVID SINGER, ESQ. (*pro hac vice*)
JENNER & BLOCK, LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071

*Attorneys for Defendants*

ORDER

**IT IS SO ORDERED**

**DATED:** 3:14 pm, December 30, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

2962192.4