E. Leif Reid, Nevada Bar No. 5750
Kristen L. Martini, Nevada Bar No. 11272
Marla J. Hudgens, Nevada Bar No. 11098
Nicole Scott, Nevada Bar No. 13757
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501-2128
Tel:    775.823.2900
Fax:    775.823.2929
Email: lreid@lrrc.com
          kmartini@lrrc.com
          mhudgens@lrrc.com
          nscott@lrrc.com

James J. Pisanelli, Nevada Bar No. 4027
Todd L. Bice, Nevada Bar No. 4534
Jordan T. Smith, Nevada Bar No. 12097
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Email:  JJP@pisanellibice.com
          TLB@pisanellibice.com
          JTS@pisanellibice.com

Joseph M. Alioto, *PRO HAC VICE*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104
Tel: 415.434.8900
Fax: 415.434.9200
Email: jmalioto@aliotolaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation, | Case No. 2:19-CV-01667-GMN-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES FOR MOTIONS TO COMPEL (ECF NOS. 279 & 281)** |
| SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive, | **(THIRD REQUEST)** |
| Defendants. | |

1

2

LAS VEGAS REVIEW-JOURNAL, INC., a
Delaware corporation,

3

Counterclaimant,

4

v.

5

6

7

LAS VEGAS SUN, INC. a Nevada corporation;
BRIAN GREENSPUN, an individual and as the
alter ego of Las Vegas Sun, Inc.; GREENSPUN
MEDIA GROUP, LLC, a Nevada limited
liability company, as the alter ego of Las Vegas
Sun, Inc.

8

Counterclaim Defendants.

9

10    Plaintiff/Counterdefendants Las Vegas Sun, Inc. ("Sun"), Brian Greenspun, and Greenspun

11    Media Group, LLC, by and through their counsel LEWIS ROCA ROTHGERBER CHRISTIE LLP,

12    PISANELLI BICE PLLC, and THE ALIOTO LAW FIRM, and Defendants/Counterclaimant

13    News+Media Capital Group LLC, Las Vegas Review-Journal, Inc., Sheldon Adelson, and Patrick

14    Dumont (together collectively referred to herein as "Defendants"), by and through their counsel of

15    record, KEMP JONES, LLP, and JENNER & BLOCK, LLP, hereby stipulate and agree as follows:

16    1.    On December 18, 2020, the Court granted the parties' request to modify the briefing

17    schedule for discovery motions that were originally to be filed by December 15, 2020, for the

18    upcoming January 5, 2021, Case Management Conference. *See* ECF No. 272. The modified briefing

19    schedule allowed motions to be filed by December 22, 2020, with oppositions to be filed by January

20    5, 2021, and replies to be filed by January 15, 2021.

21    2.    On December 22, 2020, the Sun filed two discovery motions: Plaintiff's Motion to

22    Compel Compliance with Interface Operations LLC DBA Adfam Subpoena (ECF No. 279) and

23    Plaintiff's Omnibus Motion to Compel Production of Documents in Response to Plaintiff's First

24    and Second Sets of Requests for Production of Documents (ECF No. 281) (together, the

25    "Motions to Compel").

26    3.    On December 28, 2020, the Court set the Sun's Motions to Compel for hearing on

27    February 23, 2021. *See* ECF No. 285.

28    - 1 -

113351865.1

4.      On December 30, 2020, the Court granted the parties' stipulation to extend the deadline for Defendants' oppositions to the Motions to Compel to January 12, 2021, and the deadline for the Sun's replies to January 26, 2021 (ECF No. 292).

5.      On January 12, 2021, Defendants' oppositions to the Motions to Compel were filed. *See* ECF Nos. 307 & 308.

6.      The Sun's attorney who led in the meet and confers for the Motions to Compel, and with primary responsibility for drafting the replies in support of the Motions to Compel had to take a medical leave of absence. As a result, the parties have agreed to extend the deadline to accommodate her recovery period.

7.      The Sun shall have an extension to February 8, 2021, to file and serve its replies in support of the Motions to Compel.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 2 -

113351865.1

1        8.    The stipulated extension to the briefing schedule will not prejudice the parties, or

2  impact other Court-imposed deadlines established in this case. This is the third request for a

3  continuance of these deadlines.

4  DATED this 21st day of January, 2021.     DATED this 21st day of January, 2021.

5  LEWIS ROCA ROTHGERBER CHRISTIE LLP  KEMP JONES LLP

7

8  By: */s/ E. Leif Reid*              By: */s/ Michael J. Gayan*

     E. Leif Reid, Bar No. 5750          J. Randall Jones, Esq., Bar No. 1927

9     Kristen L. Martini, Bar No. 11272     Michael J. Gayan, Esq., Bar No. 11135

     Marla J. Hudgens, Bar No. 11098      Mona Kaveh, Esq., Bar No. 11825

10    Nicole Scott, Bar No. 13757          3800 Howard Hughes Parkway, 17th Floor

     One East Liberty Street, Suite 300     Las Vegas, Nevada 89169

11    Reno, Nevada 89501

12    PISANELLI BICE PLLC            Richard L. Stone, Esq., *Pro Hac Vice*

     James J. Pisanelli, Bar No. 4027      Amy M. Gallegos, Esq., *Pro Hac Vice*

13    Todd L. Bice, Bar No. 4534          David R. Singer, Esq., *Pro Hac Vice*

     Jordan T. Smith, Bar No. 12097      JENNER & BLOCK LLP

14    400 South 7th Street, Suite 300       633 West 5th Street, Suite 3600

     Las Vegas, Nevada 89101         Los Angeles, California 90071

15

16    ALIOTO LAW FIRM             *Attorneys for Defendants*

     Joseph M. Alioto, *Pro Hac Vice*

17    One Sansome Street, 35th Floor

     San Francisco, California 94104

18    *Attorneys for Plaintiff*

19

20                      IT IS SO ORDERED.

21                      UNITED STATES MAGISTRATE JUDGE

22                           1-26-2021

                      DATED: _____

24    The hearings scheduled for February 1, 2021 and February 23, 2021, were

25    vacated in Judge Weksler's Recusal Order.  (ECF NO. 325).

- 3 -

113351865.1