J. RANDALL JONES, ESQ., SBN 1927
r.jones@kempjones.com
MICHAEL J. GAYAN, ESQ., SBN 11135
m.gayan@kempjones.com
MONA KAVEH, ESQ., SBN 11825
m.kaveh@kempjones.com
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000

RICHARD L. STONE, ESQ. (*pro hac vice*)
rstone@jenner.com
DAVID R. SINGER, ESQ. (*pro hac vice*)
dsinger@jenner.com
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
agallegos@jenner.com
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100

*Attorneys for Defendants/Counterclaimant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>            Plaintiff,<br><br>v.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>            Defendants. | Case No.: 2:19-cv-01667-GMN-VCF<br><br>**MOTION TO REDACT PORTIONS OF JANUARY 5, 2021, HEARING TRANSCRIPT REFERENCING AND QUOTING SEALED EXHIBITS [ECF NO. 303]** |

| | |
|---|---|
| 1 | LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation, |
| 2 | |
| 3 | Counterclaimant. |
| 4 | v. |
| 5 | LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc. |
| 6 | |
| 7 | |
| 8 | |
| 9 | Counterclaim Defendants. |

1 On January 5, 2021, the Court heard oral argument on Plaintiff's Motion to Reconsider Previous Discovery Rulings Based on New Evidence. ECF Nos. 241 and 242 (FUS). At the same hearing, the Court also issued rulings on several of the parties' pending motions to seal various exhibits attached to discovery briefs, including Plaintiff's Motion for Leave to File Documents Under Seal [Exhibits 3, 4, and 5 to Motion to Reconsider Previous Discovery Rulings Based on New Evidence and References Thereto] at ECF No. 240 (the "Motion to Seal"). *See* ECF No. 297. The Court granted in part and denied in part Plaintiff's Motion to Seal. *Id.* Specifically, the Court sealed Exhibits 3 and 4, requested supplemental briefing related to Exhibit 5, and held ruling on Exhibit 5 in abeyance until it considered the supplemental briefing. ECF No. 303 at 56:15–58:7; *see also* LR 10-5(a) (stating all papers filed under seal will remain sealed until the court either denies the motion to seal or enters an order sealing them).

During the January 5, 2021, hearing, both parties referenced and quoted portions of Exhibits 3–5. Because those exhibits are all currently filed under seal, Defendants respectfully request the portions of the January 5, 2021, hearing transcript (ECF No. 303) at 21:18–19, 21:20–21, 21:25, 32:16–18, 32:20–22, 33:1, 33:2–5, 33:23–25 that reference or quote Exhibits 3–5 be redacted. *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

Dated: January 29, 2021

KEMP JONES, LLP

*/s/ Michael Gayan*
J. RANDALL JONES, ESQ., SBN 1927
MICHAEL J. GAYAN, ESQ., SBN 11135
MONA KAVEH, ESQ., SBN 11825
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

RICHARD L. STONE, ESQ. (*pro hac vice*)
DAVID R. SINGER, ESQ. (*pro hac vice*)
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071

*Attorneys for Defendants/Counterclaimant*

## PROOF OF SERVICE

I hereby certify that on the 29th day of January, 2021, I served a true and correct copy of the foregoing **MOTION TO REDACT PORTIONS OF JANUARY 5, 2021, HEARING TRANSCRIPT REFERENCING AND QUOTING SEALED EXHIBITS [ECF NO. 303]** via the United States District Court's CM/ECF electronic filing system to all parties on the e-service list.

> E. Leif Reid, Bar No. 5750
> Marla Hudgens, Bar No. 11098
> Kristen L. Martini, Bar No. 11272
> Nicole Scott, Bar No. 13757
> LEWIS ROCA ROTHGERBER CHRISTIE LLP
> One East Liberty Street, Suite 300
> Reno, Nevada 89501
>
> Joseph M. Alioto, *Pro Hac Vice*
> ALIOTO LAW FIRM
> One Sansome Street, 35th Floor
> San Francisco, California 94104
>
> James J. Pisanelli, Bar No. 4027
> Todd L. Bice, Bar No. 4534
> Jordan T. Smith, Bar No. 12097
> PISANELLI BICE PLLC
> 400 South 7th Street, Suite 300
> Las Vegas, Nevada 89101
>
> *Attorneys for Plaintiff/Counterclaim Defendants*

                                                    */s/ Ali Augustine*
                                                  An employee of Kemp Jones, LLP