**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| LAS VEGAS SUN, INC., | 2:19-cv-01667-GMN-VCF |
| Plaintiff, | |
| vs. | **ORDER** |
| SHELDON ADELSON, et al., | MOTION TO REDACT [ECF NO. 332]; SUPPLEMENT [ECF NO. 314] |
| Defendants. | |

Before the Court are defendants' supplement (ECF No. 314) and motion to redact portions of January 5, 2021, hearing transcript referencing and quoting sealed exhibits (ECF No. 332). The Court sets a video hearing on the issues raised in the supplement and the motion, to take place during the February 12, 2021 video case management conference. (ECF No. 331). The Court also shortens the briefing time on the motion to redact. (ECF No. 332).

Accordingly,

IT IS ORDERED that any opposition to the motion to redact (ECF No. 332) must be filed on or before Wednesday, February 10, 2021. No reply necessary.

IT IS FURTHER ORDERED that a video hearing on defendants' supplement (ECF No. 314) and motion to redact (ECF No. 332) is scheduled for February 12, 2021 at 1:00 pm. The parties are directed to refer to ECF No. 331 for additional instructions regarding appearing at the video hearing and case management conference.

DATED this 3rd day of February 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE