E. LEIF REID, Nevada Bar No. 5750
KRISTEN L. MARTINI, Nevada Bar No. 11272
MARLA J. HUDGENS, Nevada Bar No. 11098
NICOLE SCOTT, Nevada Bar No. 13757
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501-2128
Tel:   775.823.2900
Fax:   775.823.2929
Email: lreid@lrrc.com
       kmartini@lrrc.com
       mhudgens@lrrc.com
       nscott@lrrc.com

JAMES J. PISANELLI, Nevada Bar No. 4027
TODD L. BICE, Nevada Bar No. 4534
JORDAN T. SMITH, Nevada Bar No. 12097
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Email: JJP@pisanellibice.com
       TLB@pisanellibice.com
       JTS@pisanellibice.com

JOSEPH M. ALIOTO, *PRO HAC VICE*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104
Tel: 415.434.8900
Fax: 415.434.9200
Email: jmalioto@aliotolaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>Defendants. | Case No. 2:19-CV-01667-GMN-BNW<br><br>**STIPULATION AND ORDER REGARDING RESPONSES TO COUNTERCLAIMANT LAS VEGAS REVIEW-JOURNAL, INC.'S COUNTERCLAIMS**<br><br>**[SECOND REQUEST]** |

- 1 -

| | |
|---|---|
| LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation,<br>　　　　　　Counterclaimant,<br>　　v.<br>LAS VEGAS SUN, INC. a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.,; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.<br>　　　　　　Counterclaim Defendants. | |

Plaintiff/Counter-Defendant Las Vegas Sun, Inc. ("Sun") and Counter-Defendants BRIAN GREENSPUN, and GREENSPUN MEDIA GROUP, LLC (together collectively referred to herein as "Counter-Defendants"), by and through their counsel LEWIS ROCA ROTHGERBER CHRISTIE, LLP, PISANELLI BICE PLLC, and THE ALIOTO LAW FIRM, and Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., by and through its counsel of record, KEMP JONES, LLP, and JENNER & BLOCK, LLP, hereby stipulate and agree as follows:

　　1.　　On January 4, 2021, Defendants filed their Answer and Defenses to the Sun's Complaint and Counterclaimant Las Vegas Review Journal, Inc.'s Counterclaims (ECF No. 296). Pursuant to FED. R. CIV. P. 12(a)(1)(B), Counter-Defendant Sun had until on or before January 25, 2021, to respond to the Counterclaims.

　　2.　　On January 7, 2021, Plaintiff's counsel accepted service of the Counterclaims on behalf of Brian Greenspun and Greenspun Media Group, LLC.

　　3.　　On January 20, 2021, the Court entered a Stipulation and Order Regarding Responses to Counterclaimant Las Vegas Review-Journal, Inc.'s Counterclaims (First Request) extending the Counter-Defendants' response deadline to February 16, 2021. (ECF No. 323.)

　　4.　　As a result of personal and professional conflicts for Counter-Defendants' counsel, the parties have agreed to extend by two additional weeks Counter-Defendants' response to the counterclaims, up to and including March 2, 2021.

- 2 -

5.    Counterclaimant's deadline to oppose the response to the counterclaim will be March 16, 2021. However, at its option, the parties agree that Counterclaimant may have an additional two weeks to oppose, up to and including March 30, 2021.

6.    Counter-Defendants acknowledge that this extension is being provided as a professional courtesy, and without waiving any of its other arguments for an extension of all deadlines in ECF No. 304. Counter-Defendants will not, however, argue that this extension or the potential delay it may cause to closing the pleadings are grounds for continuing the current deadlines in ECF 304.

7.    This is the second request for an extension to respond to the Counterclaims and is requested to provide Counter-Defendants with sufficient time to submit concurrent and/or joint responses to the Counterclaims.

DATED this 8th day of February, 2021.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Jordan T. Smith
    E. Leif Reid, Bar No. 5750
    Kristen L. Martini, Bar No. 11272
    Marla J. Hudgens, Bar No. 11098
    Nicole Scott, Bar No. 13757
    One East Liberty Street, Suite 300
    Reno, Nevada 89501-2128

PISANELLI BICE PLLC
James J. Pisanelli, Bar No. 4027
Todd L. Bice, Bar No. 4534
Jordan T. Smith, Bar No. 12097
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

ALIOTO LAW FIRM
Joseph M. Alioto, *Pro Hac Vice*
One Sansome Street, 35th Floor
San Francisco, California 94104
*Attorneys for Plaintiff*

DATED this 8th day of February, 2021.

KEMP JONES LLP

By: /s/ J. Randall Jones
    J. Randall Jones, Esq., Bar No. 1927
    Michael J. Gayan, Esq., Bar No. 11135
    Mona Kaveh, Esq., Bar No. 11825
    3800 Howard Hughes Parkway, 17th Floor
    Las Vegas, Nevada 89169

Richard L. Stone, Esq., *Pro Hac Vice*
Amy M. Gallegos, Esq., *Pro Hac Vice*
David R. Singer, Esq., *Pro Hac Vice*
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071

*Attorneys for Defendants*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 2/11/21

- 3 -

113311662.2