# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>Defendants. | 2:19-cv-01667-GMN-VCF<br><br>**ORDER** |

Before the Court is Defendants' Motion for Sanctions Due to the Sun's Non-Compliant Damages Disclosure in Violation of the Court's Order (ECF Nos. 348 and 349).

Accordingly,

IT IS HEREBY ORDERED that a video conference hearing is scheduled for 10:00 AM, March 18, 2021, on the Defendants' Motion for Sanctions Due to the Sun's Non-Compliant Damages Disclosure in Violation of the Court's Order (ECF Nos. 348 and 349).

IT IS FURTHER ORDERED that counsel/the parties must email Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, March 17, 2021.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR THE VIDEO CONFERENCE

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

1. • Log on to the call ten (10) minutes prior to the hearing time.
2. • Mute your sound prior to entering the hearing.
3. • Do not talk over one another.
4. • State your name prior to speaking for the record.
5. • Do not have others in the video screen or moving in the background.
6. • No recording of the hearing.
7. • No forwarding of any video conference invitations.
8. • Unauthorized users on the video conference will be removed.

DATED this 5th day of March, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE