1  E. LEIF REID, Nevada Bar No. 5750
   KRISTEN L. MARTINI, Nevada Bar No. 11272
2  MARLA J. HUDGENS, Nevada Bar No. 11098
   NICOLE SCOTT, Nevada Bar No. 13757
3  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   One East Liberty Street, Suite 300
4  Reno, Nevada 89501-2128
   Tel:    775.823.2900
5  Fax:    775.823.2929
   Email: lreid@lrrc.com
6          kmartini@lrrc.com
           mhudgens@lrrc.com
7          nscott@lrrc.com

   JOSEPH M. ALIOTO, *PRO HAC VICE*
   ALIOTO LAW FIRM
   One Sansome Street, 35th Floor
   San Francisco, California 94104
   Tel: 415.434.8900
   Fax: 415.434.9200
   Email: jmalioto@aliotolaw.com

8
9  JAMES J. PISANELLI, Nevada Bar No. 4027
   TODD L. BICE, Nevada Bar No. 4534
   JORDAN T. SMITH, Nevada Bar No. 12097
10 PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
11 Las Vegas, Nevada 89101
   Telephone: 702.214.2100
12 Email: JJP@pisanellibice.com
          TLB@pisanellibice.com
13        JTS@pisanellibice.com
   *Attorneys for Plaintiff/Counterclaim Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation, Plaintiff, <br> v. <br> SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive, Defendants. | CASE NO. 2:19-CV-01667-GMN-BNW <br><br> **STIPULATION AND ORDER REGARDING (1) COUNTERCLAIM DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS [ECF NO. 364] AND (2) COUNTERCLAIMANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR OPPOSITION TO COUNTERCLAIM DEFENDANTS' MOTION TO DISMISS COUNTERCLAIMS [ECF NO. 372] [FIRST REQUEST]** |

- 1 -

| | |
|---|---|
| 1 | LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation, |
| 2 | Counterclaimant, v. |
| 3 | LAS VEGAS SUN, INC. a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.,; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc. |
| 4 | |
| 5 | |
| 6 | Counterclaim Defendants. |

Plaintiff/Counterclaim-Defendant Las Vegas Sun, Inc. ("Sun") and Counterclaim Defendants BRIAN GREENSPUN, and GREENSPUN MEDIA GROUP, LLC (together collectively referred to herein as "Counterclaim Defendants"), by and through their counsel LEWIS ROCA ROTHGERBER CHRISTIE, LLP, PISANELLI BICE PLLC, and THE ALIOTO LAW FIRM, and Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., by and through its counsel of record, KEMP JONES, LLP, and JENNER & BLOCK, LLP, hereby stipulate and agree as follows:

1. On January 4, 2021, Defendants filed their Answer and Defenses to the Sun's Complaint and Counterclaimant Las Vegas Review Journal, Inc. filed Counterclaims. (ECF No. 296.)

2. On March 2, 2021, Counterclaim Defendants filed their Motion to Dismiss Counterclaims. (ECF No. 364.)

3. On March 30, 2021, Counterclaimant filed its Opposition to Counterclaim Defendants' Motion to Dismiss. (ECF No. 373.) The opposition totaled 29 pages. (*Id.*) Accordingly, Counterclaimant filed a Motion for Leave to Exceed Page Limit by five pages. (ECF No. 372.)

4. Counterclaim Defendants' Reply in Support of its Motion to Dismiss Counterclaims is currently due April 6, 2021.

5. The parties have agreed that Counterclaim Defendants may have an additional two weeks to file their Reply in Support of Motion to Dismiss. The new agreed-upon deadline for Counterclaim Defendants' Reply is April 20, 2021.

113311662.2

6. The parties have also agreed that Counterclaim Defendants' Reply in Support of Motion to Dismiss may exceed the page limits by an additional five pages only (17 total).

7. The parties have further agreed that Counterclaim Defendants will not oppose Counterclaimant's Motion for Leave to Exceed Page Limit for Opposition to Counterclaim Defendants' Motion to Dismiss Counterclaims. (ECF No. 372.)

8. This is the first request for the issues presented in this stipulation.

DATED this 5th day of April, 2021.

PISANELLI BICE PLLC

By: /s/ Jordan T. Smith
    James J. Pisanelli, Esq., #4027
    Todd L. Bice, Esq., #4534
    Jordan T. Smith, Esq., #12097
    400 South 7th Street, Suite 300
    Las Vegas, Nevada  89101

    E. Leif Reid, Esq., #5750
    Kristen L. Martini, Esq., #11272
    Marla J. Hudgens, Esq., #11098
    Nicole Scott, Esq., #13757
    LEWIS ROCA ROTHGERBER
     CHRISTIE LLP
    One East Liberty Street, Suite 300
    Reno, Nevada  89501-2128

    Joseph M. Alioto, *pro hac vice*
    ALIOTO LAW FIRM
    One Sansome Street, 35th Floor
    San Francisco, California  94104

*Attorneys for Plaintiff/Counterclaim Defendants*

DATED this 5th day of April, 2021.

KEMP JONES LLP

By: /s/ Mona Kaveh
    J. Randall Jones, Esq., #1927
    Michael J. Gayan, Esq., #11135
    Mona Kaveh, Esq., #11825
    3800 Howard Hughes Parkway
    17th Floor
    Las Vegas, Nevada  89169

    Richard L. Stone, Esq., *pro hac vice*
    Amy M. Gallegos, Esq., *pro hac vice*
    David R. Singer, Esq., *pro hac vice*
    JENNER & BLOCK LLP
    633 West 5th Street, Suite 3600
    Los Angeles, California  90071

*Attorneys for Defendants/Counterclaimant*

**IT IS SO ORDERED.**

Dated this   6   day of April, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

113311662.2