# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>Defendants. | 2:19-cv-01667-GMN-VCF<br><br>**ORDER SCHEDULING INITIAL MEETING WITH THE SPECIAL MASTER** |
| LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.,<br><br>Defendants. | |

In accord with Section 2(a) of the Order Appointing Hon. Philip M. Pro (Ret.) as Special Master entered by the Court on April 7, 2021,

IT IS ORDERED that Counsel for the Parties shall appear for an Initial Conference on Thursday, April 22, 2021 at 9:00 AM (Pacific) at the Special Master's offices at JAMS, 3800 Howard Hughes Parkway, 11th Floor, Las Vegas, NV. Counsel may attend the Conference in person or via Zoom as provided in the separate Notice of Hearing which will be issued by the JAMS Case Manager. Counsel for the Parties shall make arrangements for a Court Reporter to report the proceedings and prepare a transcript thereof for the Court.

At the Initial Conference, the Counsel shall be prepared to "formulate a plan for completing pretrial discovery, including, without limitation, entry of a new discovery plan and scheduling order," as provided in the Order of Appointment. Counsel shall confer in advance of the Conference and attempt to prepare a proposed Joint Discovery Plan and Scheduling Order which shall be submitted to the undersigned not later than April 20, 2021 by email in care of JAMS Case Manager, Scott Parreno: sparreno@jamsadr.com, and to the undersigned at philipmpro@gmail.com. To the extent Counsel are unable to agree to particular provisions of the proposed Order they shall state their respective positions.

Dated this 9th day of April 2021.

_____
Hon. Philip M. Pro (Ret.)
SPECIAL MASTER



# NOTICE OF HEARING

NOTICE TO ALL PARTIES                                                                 April 9, 2021

     Re:    **Las Vegas Sun, Inc. vs. Adelson, Sheldon, et al.**
              **(Case No. 2:19-CV-01667-GMN-VCF)**
              Reference #: 1260006264

Dear Counsel:

This letter will confirm a SPECIAL MASTER HEARING in the above-referenced matter has been scheduled as follows:

    Date(s):        **April 22, 2021 @ 9:00 AM (Pacific)**

    Place:          JAMS
                       3800 Howard Hughes Parkway
                       11th floor
                       Las Vegas, NV 89169
                       and ZOOM

    Neutral:        Hon. Philip M. Pro (Ret.)

If monies are outstanding, enclosed is a deposit request for your share of the fees. All fees must be paid by  to proceed with the above hearing. Deposit requests can also be viewed on JAMS Access. Payment can be made online or mailed to JAMS. Payment instructions can be found at the bottom of the deposit request.

If additional fees are incurred, a deposit request will be sent after the hearing.

 If you have any questions, please contact me directly at 702-835-7806. We look forward to working with you.

Sincerely,

*Scott Parreno*

Scott Parreno
Case Manager
sparreno@jamsadr.com