**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>Defendants. | 2:19-cv-01667-GMN-VCF<br><br>**ORDER SCHEDULING HEARING ON PENDING DISCOVERY MOTIONS BEFORE THE SPECIAL MASTER** |
| LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.,<br><br>Defendants. | |

IT IS ORDERED that a hearing will be conducted before the Special Master on Wednesday, July 7, 2021, at 9:00 am (Pacific) at the offices of JAMS, 3800 Howard Hughes Parkway, 11th Floor, Las Vegas, NV, for oral argument regarding the following Motions:

1

1. Defendants/Counterclaimants' Motion for an Order Overruling the Las Vegas Sun's Privilege and Work Product Objections for Elizabeth Cain's Documents and Compelling Production of Documents Withheld on those Bases filed May 24, 2021. (Doc 396)

2. Plaintiff's Motion to Reconsider Previous Discovery Rulings Based on New Evidence filed May 24, 2021. (Doc. 398)

3. Plaintiff's Renewed Motion to Compel Compliance with Interface Operations LLC, DBA Adfam Subpoena filed June 4, 2021. (Doc. 403)

Counsel may attend the Hearing in person or via Zoom as provided in the separate Notice of Hearing which will be issued by the JAMS Case Manager. Additionally, Counsel for the Parties shall make arrangements for a Court Reporter to report the proceedings and prepare a transcript thereof for the Court.

IT IS FURTHER ORDERED that Plaintiff's Motion for Leave to Exceed Page Limitation filed June 7, 2021, (Doc. 408) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Leave to File Documents Under Seal [Exhibits 3-8] filed May 24, 2021, (Doc. 397), is GRANTED as to Exhibits 4, 5, and 8, and DENIED as moot as to Exhibits 3, 6, and 7.

IT IS FURTHER ORDERED that Defendant's Motion for Leave to File Under Seal Portions of Defendants; Opposition to Renewed Motion to Reconsider (Doc. 410) filed June 7, 2021, which "reference, summarize, and /or quote portions of Exhibits 4, 5, and 8, as well as previously Court-ordered sealed exhibits, is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Leave to File Documents Under Seal [Exhibits 4-6, and 12 to Plaintiff's Renewed Motion to Compel] filed June 4, 2021, (Doc. 402) is GRANTED.

Dated this 21st day of June 2021.

_____
Hon. Philip M. Pro (Ret.)
SPECIAL MASTER