| | |
|---|---|
| E. Leif Reid, Nevada Bar No. 5750<br>Kristen L. Martini, Nevada Bar No. 11272<br>Marla J. Hudgens, Nevada Bar No. 11098<br>Nicole Scott, Nevada Bar No. 13757<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>One East Liberty Street, Suite 300<br>Reno, Nevada 89501-2128<br>Tel:   775.823.2900<br>Fax:  775.823.2929<br>Email: lreid@lewisroca.com<br>         kmartini@lewisroca.com<br>         mhudgens@lewisroca.com<br>         nscott@lewisroca.com | Joseph M. Alioto, *pro hac vice*<br>ALIOTO LAW FIRM<br>One Sansome Street, 35th Floor<br>San Francisco, California 94104<br>Tel: 415.434.8900<br>Fax: 415.434.9200<br>Email: jmalioto@aliotolaw.com |

James J. Pisanelli, Nevada Bar No. 4027
Todd L. Bice, Nevada Bar No. 4534
Jordan T. Smith, Nevada Bar No. 12097
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Email:  JJP@pisanellibice.com
          TLB@pisanellibice.com
          JTS@pisanellibice.com

*Attorneys for Plaintiff/Counterclaim Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>            Defendants. | Case No. 2:19-CV-01667-GMN-VCF<br><br><br><br>**STIPULATION TO EXTEND DEADLINE TO FILE PLAINTIFF'S REPLY IN SUPPORT OF RENEWED MOTION TO COMPEL COMPLIANCE WITH INTERFACE OPERATIONS LLC DBA ADFAM SUBPOENA [ECF NO. 403]**<br><br>**[FIRST REQUEST]** |

114825821.1

| | |
|---|---|
| 1 | LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation, |
| 2 | |
| 3 | Counterclaimant, |
| 4 | v. |
| 5 | LAS VEGAS SUN, INC. a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.,; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc. |
| 6 | |
| 7 | |
| 8 | Counterclaim Defendants. |

Plaintiff/Counterdefendant LAS VEGAS SUN, INC., and Counterdefendants BRIAN GREENSPUN and GREENSPUN MEDIA GROUP, LLC (hereinafter, collectively, the "Sun"), by and through their counsel Lewis Roca Rothgerber Christie LLP, Pisanelli Bice PLLC, and Alioto Law Firm, and nonparty Interface Operations LLC DBA Adfam ("Adfam"), by and through its counsel of record, Kemp Jones, LLC, and Jenner & Block, LLP, hereby stipulate and agree as follows:

1. On June 4, 2021, the Sun filed its Renewed Motion to Compel Compliance with Interface Operations LLC DBA Adfam Subpoena ("Renewed Motion") (ECF No. 403).

2. On June 21, 2021, Adfam filed its Opposition to the Renewed Motion ("Opposition") (ECF No. 419).

3. The Sun's reply in support of its Renewed Motion is currently due on June 28, 2021 ("Reply Deadline").

4. On June 22, 2021, Special Master Pro entered an Order Scheduling Hearing on Pending Motions Before the Special Master ("Order"), which set a hearing for oral argument on the Renewed Motion (among other pending motions) for July 7, 2021, at 9:00 a.m. PST (ECF No. 421).

5. However, counsel for Adfam had a scheduling conflict with the Order's scheduled hearing, and therefore, the parties have agreed to continue the hearing with the consent and approval

- 1 -

114825821.1

1    of Magistrate Judge Ferenbach and Special Master Pro. The parties have notified Special Master
2    Pro's case administrator of the scheduling conflict. The parties have been working together to
3    reschedule to a date and time that works for all parties on or after the week of July 26, 2021, and
4    will notify Special Master Pro as soon as possible of proposed dates to determine his availability as
5    well.
6         6.    As a result of the later hearing date, and another extraneous conflict occurring with
7    the Sun's counsel that has recently arisen, the parties stipulate and agree that the Sun's Reply
8    Deadline be extended by one week, from Monday, June 28, 2021, to Tuesday, July 6, 2021 (since
9    July 5 falls on a holiday).
10   / / /
11   / / /
12   / / /
13   / / /
14   / / /
15   / / /
16   / / /
17   / / /
18   / / /
19   / / /
20   / / /
21   / / /
22   / / /
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /

114825821.1

7. This is the first request for an extension for the Sun's Reply Deadline and this is made in good faith and not for purpose of delay.

DATED this 25th day of June, 2021.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Kristen L. Martini*
    E. Leif Reid, Bar No. 5750
    Kristen L. Martini, Bar No. 11272
    Marla J. Hudgens, Bar No. 11098
    Nicole Scott, Bar No. 13757
    One East Liberty Street, Suite 300
    Reno, Nevada 89501-2128

PISANELLI BICE PLLC
James J. Pisanelli, Bar No. 4027
Todd L. Bice, Bar No. 4534
Jordan T. Smith, Bar No. 12097
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

ALIOTO LAW FIRM
Joseph M. Alioto, *Pro Hac Vice*
One Sansome Street, 35th Floor
San Francisco, California 94104
*Attorneys for Plaintiff/Counterdefendants*

DATED this 25th day of June, 2021.

KEMP JONES LLP

By: */s/ Mona Kaveh*
    J. Randall Jones, Esq., Bar No. 1927
    Michael J. Gayan, Esq., Bar No. 11135
    Mona Kaveh, Esq., Bar No. 11825
    3800 Howard Hughes Parkway, 17th Floor
    Las Vegas, Nevada 89169

Richard L. Stone, Esq., *Pro Hac Vice*
Amy M. Gallegos, Esq., *Pro Hac Vice*
David R. Singer, Esq., *Pro Hac Vice*
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071

*Attorneys for Defendants/Counterclaimant*

**IT IS SO ORDERED**:

Dated this ___25th___ day of June, 2021.

_____
Hon. Philip M. Pro (Ret.),
Special Master

- 3 -

114825821.1