# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>Defendants. | 2:19-cv-01667-GMN-VCF<br><br>**ORDER VACATING HEARING ON PLAINTIFF'S RENEWED MOTION TO COMPEL COMPLIANCE WITH INTERFACE OPERATIONS LLC SUBPOENA FILED JUNE 4, 2021** |
| LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.,<br><br>Defendants. | |

On June 22, 2021, the undersigned Special Master entered an Order scheduling three pending Motions for hearing on Wednesday, July 7, 2021, at 9:00 am (Pacific) (Doc. 421). This date, Counsel for the Parties filed a Stipulation to Extend Deadline to File Plaintiff's Reply in Support of Renewed Moton (Doc 403), and to Continue the hearing currently scheduled for July 7, 2021, on that specific Motion. On June 25, 2021, I approved the Stipulation.

IT IS THEREFORE ORDERED that the hearing scheduled on Plaintiff's Renewed Motion (Doc. 403) is hereby vacated to be rescheduled at a later date mutually convenient to the Parties and the Special Master.

IT IS FURTHER ORDERED that the continuance of the hearing on the foregoing Renewed Motion shall not affect the previously scheduled hearing on the other two Motions (Docs 396 and 398) will proceed as scheduled on July 7, 2021, at 9:00 am.

Dated this 25th day of June 2021.

_____
Hon. Philip M. Pro (Ret.)
SPECIAL MASTER