E. Leif Reid, Nevada Bar No. 5750
Kristen L. Martini, Nevada Bar No. 11272
Marla J. Hudgens, Nevada Bar No. 11098
Nicole Scott, Nevada Bar No. 13757
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501-2128
Tel:    775.823.2900
Fax:    775.823.2929
Email: lreid@lewisroca.com
          kmartini@lewisroca.com
          mhudgens@lewisroca.com
          nscott@lewisroca.com

Joseph M. Alioto, *PRO HAC VICE*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104
Tel: 415.434.8900
Fax: 415.434.9200
Email: jmalioto@aliotolaw.com

James J. Pisanelli, Nevada Bar No. 4027
Todd L. Bice, Nevada Bar No. 4534
Jordan T. Smith, Nevada Bar No. 12097
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Email: JJP@pisanellibice.com
          TLB@pisanellibice.com
          JTS@pisanellibice.com

*Attorneys for Plaintiff/Counterclaim Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>Defendants. | Case No. 2:19-CV-01667-GMN-VCF<br><br>**STIPULATION TO CONTINUE JULY 7, 2021, HEARING SET BY ORDER SCHEDULING HEARING ON PENDING DISCOVERY MOTIONS BEFORE THE SPECIAL MASTER [ECF NO. 421]**<br><br>**(FIRST REQUEST)** |

114835358.1

|   |   |
|---|---|
| 1 | LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation, |
| 2 | |
| 3 | Counterclaimant, |
| 4 | v. |
| 5 | LAS VEGAS SUN, INC. a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.,; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc. |
| 6 | |
| 7 | |
| 8 | Counterclaim Defendants. |

Plaintiff/Counterdefendant LAS VEGAS SUN, INC., and Counterdefendants BRIAN GREENSPUN and GREENSPUN MEDIA GROUP, LLC (collectively, the "Sun"), by and through their counsel Lewis Roca Rothgerber Christie LLP, Pisanelli Bice PLLC, and Alioto Law Firm; nonparty INTERFACE OPERATIONS LLC DBA Adfam ("Adfam"), by and through its counsel of record, Kemp Jones, LLC, and Jenner & Block, LLP; and Defendants SHELDON ADELSON, PATRICK DUMONT, and NEWS+MEDIA CAPITAL GROUP LLC, and Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC. (collectively, the "RJ"), by and through their counsel of record, Kemp Jones, LLC, and Jenner & Block, LLP, hereby stipulate and agree as follows:

1. On June 25, 2021, the Sun and Adfam filed their Stipulation to Extend Deadline to File Plaintiff's Reply in Support of Renewed Motion to Compel Compliance with Interface Operations LLC dba Adfam Subpoena [ECF No. 403] (First Request) (ECF No. 423).

2. In that Stipulation, those parties requested a one-week extension of time for the Sun to file its reply in support of its Renewed Motion, and also notified the Court that counsel for Adfam (which is also the same counsel for the RJ) had a scheduling conflict with the July 7, 2021, hearing date set by the June 22, 2021, Order Scheduling Hearing on Pending Motions Before the Special Master ("Order"), which set a hearing for oral argument three pending motions:

    a. Plaintiff's Renewed Motion to Compel Compliance with Interface

- 1 -

114835358.1

Operations LLC, dba Adfam Subpoena (ECF No. 403),

  b. Defendants/Counterclaimant's Motion for Order Overruling the Las Vegas Sun's Privilege and Work Product Objections for Elizabeth Cain's Documents and Compelling Production of Documents Withheld on those Bases (ECF No. 396), and

  c. Plaintiff's Motion to Reconsider Previous Discovery Rulings Based on New Evidence (ECF No. 398).

*See* ECF No. 421.

 3. At the time the parties filed the Stipulation, they were working together to reschedule the July 7, 2021, hearing date and time to a date and time that would work for all parties and Special Master Pro on or after the week of July 26, 2021, for all three motions. The parties were seeking a continuance of the July 7 hearing date on all three motions due to multiple scheduling conflicts for Adfam and the RJ's counsel's (Kemp Jones, LLC, and Jenner & Block, LLP) on that date, including two lead attorneys participating in a jury trial in the Eighth Judicial District Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 2 -

114835358.1

4. Accordingly, through this Stipulation, the Sun, Adfam, and the RJ seek to continue the July 7 hearing date for all three of the above-identified motions. Each of these parties are available on the following dates and times: July 27 after 11:30 a.m.; and July 28 up to 1:00 p.m.

DATED this 28th day of June, 2021.         DATED this 28th day of June, 2021.

LEWIS ROCA ROTHGERBER CHRISTIE LLP         KEMP JONES LLP

By: /s/ Kristen L. Martini
   E. Leif Reid, Bar No. 5750
   Kristen L. Martini, Bar No. 11272
   Marla J. Hudgens, Bar No. 11098
   Nicole Scott, Bar No. 13757
   One East Liberty Street, Suite 300
   Reno, Nevada 89501-2128

PISANELLI BICE PLLC
James J. Pisanelli, Bar No. 4027
Todd L. Bice, Bar No. 4534
Jordan T. Smith, Bar No. 12097
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

ALIOTO LAW FIRM
Joseph M. Alioto, *Pro Hac Vice*
One Sansome Street, 35th Floor
San Francisco, California 94104
*Attorneys for Plaintiff/Counterdefendants*

By: /s/ Mona Kaveh
   J. Randall Jones, Esq., Bar No. 1927
   Michael J. Gayan, Esq., Bar No. 11135
   Mona Kaveh, Esq., Bar No. 11825
   3800 Howard Hughes Parkway, 17th Floor
   Las Vegas, Nevada 89169

Richard L. Stone, Esq., *Pro Hac Vice*
Amy M. Gallegos, Esq., *Pro Hac Vice*
David R. Singer, Esq., *Pro Hac Vice*
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071

*Attorneys for Defendants/Counterclaimant and Interface Operations LLC dba Adfam*

**IT IS SO ORDERED**:

Dated this __28th__ day of June, 2021.         _____
                                                    Hon. Philip M Pro (Ret.), Special Master

- 3 -

114835358.1