UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>    Defendants. | 2:19-cv-01667-GMN-VCF<br><br>**ORDER RE: PLAINTIFF'S MOTIONS FOR LEAVE TO EXCEED PAGE LIMITATION AND TO FILE DOCUMENTS UNDER SEAL FILED JULY 6, 2021 (DOC. 431 AND 432).** |
| LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.,<br><br>    Defendants. | |

IT IS ORDERED that Plaintiff's Motion [ECF NO. 431] for Leave to Exceed Page Limitation for Plaintiff's Reply [ECF NO. 433] in Support of Renewed Motion to Compel Compliance with Interface Operations LLC, DBA Adfam Subpoena [ECF NO. 403], and Plaintiff's Motion for Leave to File Documents Under Seal [ECF NO. 432], are Granted.

Dated this 19th day of July 2021.

*[signature]*

_____
Hon. Philip M. Pro (Ret.)
SPECIAL MASTER