UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>    Defendants. | 2:19-cv-01667-GMN-VCF<br><br><br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO FILE EXHIBIT 6 TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER (DOC. 448).** |
| LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.,<br><br>    Defendants. | |

Defendants having filed a Non-Opposition (Doc. 455) to Plaintiff's Motion (Doc 448) for Leave to File Under Seal Exhibit 6 to Plaintiff's Motion for Protective Order (Doc. 449), and good cause appearing,

IT IS ORDERED that Plaintiff's Motion for Leave to File Exhibit 6 to Plaintiff's Motion for Protective Order (Doc. 448) is Granted.

Dated this 18th day of August 2021.

_____
Hon. Philip M. Pro (Ret.)
SPECIAL MASTER