UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>Defendants. | 2:19-cv-01667-GMN-VCF<br><br><br><br>**ORDER SETTING HEARING ON DEFENDANT'S MOTION TO COMPEL (DOC. 467)** |
| LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.,<br><br>Defendants. | |

IT IS ORDERED that a hearing on Defendant's Motion to Compel Las Vegas Sun, Inc., to Respond to Las Vegas Review-Journal, Inc.'s First Set of Counterclaim Requests for Production and

1

Defendant's First Set of Requests for Production (Doc. 467) is hereby set for Tuesday, October 12, 2021, at 9:00 am (Pacific).

The hearing will be conducted via Zoom and the JAMS Case Manager will issue a Notice to Counsel with the necessary Zoom and telephone link for the hearing. Counsel shall make arrangements for a Court Reporter for the hearing who also may join by Zoom.

Dated this 4th day of October, 2021.

*/s/ Philip M. Pro*

_____
Hon. Philip M. Pro (Ret.)
SPECIAL MASTER