J. RANDALL JONES, ESQ., SBN 1927
r.jones@kempjones.com
MICHAEL J. GAYAN, ESQ., SBN 11135
m.gayan@kempjones.com
MONA KAVEH, ESQ., SBN 11825
m.kaveh@kempjones.com
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone:     +1 702 385 6000

RICHARD L. STONE, ESQ. (*pro hac vice*)
rstone@jenner.com
DAVID R. SINGER, ESQ. (*pro hac vice*)
dsinger@jenner.com
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
agallegos@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:     +1 213 239 5100
Facsimile:     +1 213 239 5199

*Attorneys for Defendants/Counterclaimant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>                          Plaintiff,<br><br>     v.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>                          Defendants. | Case No. 2:19-cv-01667-GMN-VCF<br><br>**JOINT STATUS REPORT PURSUANT TO ECF NO. 484** |

116178482.1

| | |
|---|---|
| 1 | LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation, |
| 2 | |
| 3 | Counterclaimant, |
| 4 | v. |
| 5 | LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc., |
| 6 | |
| 7 | |
| 8 | Counterclaim-Defendants. |
| 9 | |

116178482.1

Pursuant to the Special Master's October 4, 2021 Order re: Protocol for Resolving Discovery Disputes and Deposition Scheduling (ECF No. 484), the Parties hereby submit this Joint Status Report identifying: (1) the status of document productions not yet completed; (2) the status of depositions scheduled and those for which a witness has been noticed but not yet scheduled.

## I. Status of Document Productions Not Yet Complete

### a. Defendants' and Non-Parties' Outstanding Document Production Obligations

Defendants and non-party Russel Pergament[1] have agreed to produce the following categories of documents in response to document requests from the Sun:[2]

- **RFPs 541, 543, and 545**: On November 3, 2021, the RJ agreed to produce user data, page view data, and consolidated reports compiled by Google Analytics from August 2016 forward, compiled by Parse.ly from October 2019 forward, and, to the extent not already produced, compiled by Nielsen Scarborough from December 2015 forward. The Sun accepted this proposal on November 9, 2021. The RJ has since produced the relevant Google Analytics and Parse.ly data and is in the process of finalizing its production of Nielsen Scarborough data.

- **November 18 Agreements.** On November 18, 2021, Defendants agreed to review the results of 12 additional searches requested in the Sun's October 25, 2021 correspondence, totaling approximately 3,000 documents (Search Nos. 43, 329, 423, 424, 425, 426, 427, 436, 441, 446, 447, 579, and 687).

- **November 26 Agreements.** On November 26, 2021, Defendants agreed to review and produce responsive documents based on new ESI-based searches in response to the Sun's Request Nos. 510 and 511. Defendants also agreed to conduct ESI-based searches and produce additional documents, if any, responsive to the Sun's Request No. 91, as well as disclose the ESI-based searches it performed.

---

[1] Defendants' counsel also represents non-party Russel Pergament.

[2] Defendants recently completed their production of documents identified in the parties' previous Joint Status Report filed November 1, 2021.

1

116178482.1

- **December 3 Agreements.** On November 29, 2021, Defendants addressed the balance of requests from the Sun's October 25, 2021 correspondence regarding Defendants' search terms and custodians. Defendants offered to undertake a series of additional searches requested by the Sun in order to provide a global resolution to the parties' outstanding disputes regarding Defendants' search terms and custodians. The Sun accepted Defendants' proposal on December 3.On November 29, 2021, Mr. Pergament agreed to review and produce responsive documents, if any, culled by the Sun's search terms. Defendants will produce all responsive documents within the applicable 45-day window set by the October 4, 2021, Order.

Consistent with Defendants' ongoing obligations under Rule 34, Defendants will supplement their productions on an ongoing basis to ensure that their productions are complete and up to date.

### b. The Sun's Outstanding Document Production Obligations

The Sun does not have any outstanding document production obligations.

## II. Status of Depositions

### a. Depositions Taken and Already Scheduled

The following depositions have occurred or been scheduled in the manner indicated below:[3]

| Deponents | Deposing Party | Dates |
|---|---|---|
| Dumont, Patrick* | Plaintiff | October 28, 2021 |
| O'Connor, Steven | Plaintiff | December 9, 2021 |
| Pergament, Russel | Plaintiff | December 13, 2021 |
| Anderson, Ric | Defendants | December 22, 2021 |
| Moyer, Keith | Plaintiff | January 6, 2022 |
| Sun (Rule 30(b)(6)) | Defendants | January 12, 2022[4] |

---

[3] An asterisk (*) denotes depositions that have already taken place.

[4] The Sun has objected to Defendants' Rule 30(b)(6) notice. The parties met and conferred on November 23, 2021, regarding the Sun's objections.

2

116178482.1

| Deponents | Deposing Party | Dates |
|---|---|---|
| Cain, Elizabeth | Defendants | January 19, 2022 |
| Greenspun, Brian | Defendants | January 25, 2022 |
| Moon, Craig | Plaintiff | January 27, 2022 |
| Cauthorn, Robert | Defendants | February 2, 2022 |
| Schroeder, Michael | Plaintiff | February 4, 2022 |

DATED this 6th day of December 2021.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Kristen Martini*
   E. Leif Reid, Bar No. 5750
   Kristen L. Martini, Bar No. 11272
   Marla J. Hudgens, Bar No. 11098
   Nicole Scott, Bar No. 13757
   One East Liberty Street, Suite 300
   Reno, Nevada 89501-2128

PISANELLI BICE PLLC
James J. Pisanelli, Bar No. 4027
Todd L. Bice, Bar No. 4534
Jordan T. Smith, Bar No. 12097
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

ALIOTO LAW FIRM
Joseph M. Alioto, *Pro Hac Vice*
One Sansome Street, 35th Floor
San Francisco, California  94104

*Attorneys for Plaintiff/Counterdefendants*

DATED this 6th day of December 2021.

KEMP JONES LLP

By: */s/ Michael Gayan*
   J. Randall Jones, Esq., Bar No. 1927
   Michael J. Gayan, Esq., Bar No. 11135
   Mona Kaveh, Esq., Bar No. 11825
   3800 Howard Hughes Parkway, 17th Fl.
   Las Vegas, Nevada 89169

Richard L. Stone, Esq., *Pro Hac Vice*
Amy M. Gallegos, Esq., *Pro Hac Vice*
David R. Singer, Esq., *Pro Hac Vice*
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071

*Attorneys for Defendants/Counterclaimant*

3

116178482.1


# PROOF OF SERVICE

I hereby certify that on the 6th day of December, 2021, I served a true and correct copy of the foregoing **JOINT STATUS REPORT PURSUANT TO ECF NO. 484** via the United States District Court's CM/ECF electronic filing system to all parties on the e-service list.

E. Leif Reid, Bar No. 5750
Marla Hudgens, Bar No. 11098
Kristen L. Martini, Bar No. 11272
Nicole Scott, Bar No. 13757
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501

Joseph M. Alioto, *Pro Hac Vice*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104

James J. Pisanelli, Bar No. 4027
Todd L. Bice, Bar No. 4534
Jordan T. Smith, Bar No. 12097
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

*Attorneys for Plaintiff/Counterclaim Defendants*

　　　　　　　　　　　　　　　　　　　　　/s/ Pamela Montgomery
　　　　　　　　　　　　　　　　　　　　　An employee of Kemp Jones LLP

116178482.1