**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>    Defendants.<br><br>LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.,<br><br>    Defendants. | 2:19-cv-01667-GMN-VCF<br><br>**ORDER SHORTENING TIME AND SETTING HEARING ON PLAINTIFF'S MOTION FOR PROTECTIVE ORDER (DOC. 520 & 522))** |

    Having considered the representations of Counsel at the telephonic conference conducted December 10, 2021,

1

1    IT IS ORDERED that Defendants shall have to and including December 20, 2021, within which to file a Response to Plaintiff's Motion for Protective Order (Doc. 520) filed December 8, 2021, and that Plaintiff shall thereafter have to and including December 28, 2021, within which to file a Reply.

   IT IS FURTHER ORDERED that a hearing is hereby scheduled to consider argument on Plaintiff's Motion for Protective Order for Tuesday, January 4, 2022, at 1:30 pm (Pacific), via Zoom. The JAMS Case Manager will issue the appropriate notice of Zoom Hearing forthwith.

Dated this 10th day of December 2021.

_____
Hon. Philip M. Pro (Ret.)
SPECIAL MASTER