J. RANDALL JONES, ESQ., SBN 1927
r.jones@kempjones.com
MICHAEL J. GAYAN, ESQ., SBN 11135
m.gayan@kempjones.com
MONA KAVEH, ESQ., SBN 11825
m.kaveh@kempjones.com
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone:     +1 702 385 6000

RICHARD L. STONE, ESQ. (*pro hac vice*)
rstone@jenner.com
DAVID R. SINGER, ESQ. (*pro hac vice*)
dsinger@jenner.com
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
agallegos@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:     +1 213 239 5100
Facsimile:     +1 213 239 5199

*Attorneys for Defendants/Counterclaimant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>                              Plaintiff,<br><br>     v.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>                              Defendants. | Case No. 2:19-cv-01667-GMN-VCF<br><br>**JOINT STIPULATION FOR ENTRY OF SECOND AMENDED DISCOVERY PLAN AND SCHEDULING ORDER, AND EXTENSIONS OF TIME FOR BRIEFING (FIRST REQUESTS)** |

| | |
|---|---|
| 1 | LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation, |
| 2 | |
| 3 | Counterclaimant, |
| 4 | v. |
| 5 | LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc., |
| 6 | |
| 7 | |
| 8 | Counterclaim-Defendants. |
| 9 | |

Plaintiff/Counterdefendant LAS VEGAS SUN, INC., and Counterdefendants BRIAN GREENSPUN and GREENSPUN MEDIA GROUP, LLC (collectively the "Sun"), by and through their counsel Lewis Roca Rothgerber Christie LLP, Pisanelli Bice PLLC, and the Alioto Law Firm, and Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., and Defendants NEWS+MEDIA CAPITAL GROUP LLC, SHELDON ADELSON, and PATRICK DUMONT (collectively the "Review-Journal"), by and through their counsel of record, Kemp Jones, LLP, and Jenner & Block LLP, hereby stipulate and agree as follows:

1. All upcoming case deadlines in the First Amended Scheduling Order (ECF No. 393) are hereby extended by 45 days. (This does not impact Judge Pro's order dated October 4, 2021 (ECF No. 484).) The Parties jointly request that the Court enter the attached Order implementing the modified schedule. **Exhibit A.**

2. The deposition of Ric Anderson (noticed as an in-person deposition for January 3, 2022) will be continued to January 12, 2022 and will take place via Zoom or comparable remote technology.

3. The Parties will work in good faith to stipulate to a protocol for remote depositions taken by Zoom or comparable technology. The Sun is not committing to remote depositions for all depositions which the Sun notices. The Sun will not object to remote depositions for depositions noticed by the Review-Journal.

4. All depositions that are scheduled for January (other than Ric Anderson) will be continued and rescheduled by the Parties. This includes the individual depositions of Keith Moyer, Elizabeth Cain, Brian Greenspun, and Craig Moon, as well as the Rule 30(b)(6) deposition of the Sun.

5. When rescheduling depositions, the Parties will work in good faith to respect the order of depositions that were previously scheduled.

6. The Rule 30(b)(6) deposition of the Sun will be rescheduled to February 15 and 16, 2022, and the individual deposition of Bob Cauthorn (currently set for February 2, 2022) will be rescheduled. The Sun will identify its Rule 30(b)(6) witnesses and the topics they will be covering no later than January 17, 2022.

7. The Review-Journal has withdrawn (without prejudice) its motion for protective order regarding the deposition of Keith Moyer (and has notified Judge Pro that the Parties have agreed to vacate the hearing on that motion previously scheduled for January 4). ECF No. 547.

8. The Parties agree to the following briefing extensions:

   a. The Review-Journal's opposition to the Sun's motion to compel Patrick Dumont's deposition preparation materials (ECF No. 528), originally due December 30, 2021, will be due January 10, 2022. The Sun's reply will be due January 25, 2022.

   b. The Review-Journal's opposition to the Sun's motion to compel relating to RFP 523 (ECF No. 534), originally due January 4, 2022, will be due January 11, 2022. The Sun's reply will be due January 18, 2022.

   c. The Review-Journal's opposition to the Sun's motion for leave to amend and supplement the complaint (ECF No. 537), originally due January 6, 2022, will be due January 20, 2022. The Sun's reply will be due February 10, 2022.

   d. Corresponding extensions apply to any sealing briefs related to these motions if needed.

///

///

///

DATED this 3rd day of January 2022.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Kristen L. Martini*
    E. Leif Reid, Bar No. 5750
    Kristen L. Martini, Bar No. 11272
    Marla J. Hudgens, Bar No. 11098
    Nicole Scott, Bar No. 13757
    One East Liberty Street, Suite 300
    Reno, Nevada 89501-2128

PISANELLI BICE PLLC
James J. Pisanelli, Bar No. 4027
Todd L. Bice, Bar No. 4534
Jordan T. Smith, Bar No. 12097
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

ALIOTO LAW FIRM
Joseph M. Alioto, *Pro Hac Vice*
One Sansome Street, 35th Floor
San Francisco, California 94104

*Attorneys for Plaintiff/Counterdefendants*

DATED this 3rd day of January 2022.

KEMP JONES LLP

By: */s/ Michael J. Gayan*
    J. Randall Jones, Esq., Bar No. 1927
    Michael J. Gayan, Esq., Bar No. 11135
    Mona Kaveh, Esq., Bar No. 11825
    3800 Howard Hughes Parkway, 17th Fl.
    Las Vegas, Nevada 89169

Richard L. Stone, Esq., *Pro Hac Vice*
Amy M. Gallegos, Esq., *Pro Hac Vice*
David R. Singer, Esq., *Pro Hac Vice*
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071

*Attorneys for Defendants/Counterclaimant*

**IT IS SO ORDERED**:

Dated this ____ day of _____, 2022.   _____
    SPECIAL MASTER PHILIP M. PRO

# PROOF OF SERVICE

I hereby certify that on the 3rd day of January, 2022, I served a true and correct copy of the foregoing **JOINT STIPULATION FOR ENTRY OF A SECOND AMENDED SCHEDULING ORDER, AND EXTENSIONS OF TIME FOR BRIEFING (FIRST REQUESTS)** via the United States District Court's CM/ECF electronic filing system to all parties on the e-service list.

E. Leif Reid, Bar No. 5750
Marla Hudgens, Bar No. 11098
Kristen L. Martini, Bar No. 11272
Nicole Scott, Bar No. 13757
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501

Joseph M. Alioto, *Pro Hac Vice*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104

James J. Pisanelli, Bar No. 4027
Todd L. Bice, Bar No. 4534
Jordan T. Smith, Bar No. 12097
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

*Attorneys for Plaintiff/Counterclaim Defendants*

/s/ Mona Kaveh
An employee of Kemp Jones, LLP

**INDEX OF EXHIBITS**

| Exhibit No. | Document |
|---|---|
| A | [Proposed] Second Amended Discovery Plan and Scheduling Order |

# EXHIBIT A

[Proposed] Second Amended Discovery Plan and Scheduling Order

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br>  Plaintiff,<br>  v.<br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br>  Defendants. | Case No. 2:19-CV-01667-GMN-VCF<br><br>[PROPOSED] SECOND AMENDED DISCOVERY PLAN AND SCHEDULING ORDER |
| LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation,<br>  Counterclaimant,<br>  v.<br>LAS VEGAS SUN, INC. a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.<br><br>  Counterclaim Defendants. | |

Plaintiff/Counterdefendant LAS VEGAS SUN, INC., and Counterdefendants BRIAN GREENSPUN and GREENSPUN MEDIA GROUP, LLC, by and through their counsel Lewis Roca Rothgerber Christie LLP, Pisanelli Bice PLLC, and the Alioto Law Firm, and Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., and Defendants NEWS+MEDIA CAPITAL GROUP LLC, SHELDON ADELSON, and PATRICK DUMONT, by and through their counsel of record, Kemp Jones, LLP, and Jenner & Block LLP, hereby stipulate and agree as follows:

1. On May 3, 2021, after the Parties submitted a joint proposed Amended Joint Discovery Plan and Scheduling Order (ECF No. 391), and Stipulation to Correct Error in Discovery Plan and Scheduling Order (ECF No. 393), Special Master Pro entered an Order on the

9

Parties' stipulation. As a result of the correction, the updated case deadlines were entered as follows:

| | |
|---|---|
| <u>Last Day to Amend Pleadings for all parties</u>: | December 23, 2021 |
| <u>Close of Fact Discovery</u>: | April 22, 2022 |
| <u>Close of Expert Discovery</u>: | August 23, 2022 |
| <u>Expert Disclosures</u>: | May 23, 2022 |
| <u>Rebuttal Expert Deadline</u>: | July 22, 2022 |
| <u>Dispositive Motion/Pre-Hearing Briefs Deadline</u>: | September 6, 2022 |
| <u>Pretrial Order</u>: | October 6, 2022 |

2. The Parties have continued with discovery, and recently started taking depositions. Several depositions have been set for January. However, on December 28, 2021, lead counsel for the Sun suffered a death in the family. This unfortunate event combined with the increase in cases due to the newest COVID variant, and travel issues resulting from heavy snowfall in Northern Nevada and increased flight cancellations, have caused the Parties to agree to continue all January depositions (with the exception of one) by 30 days, to be reset for February.

3. Accordingly, the Parties seek to continue all case deadlines by 45 days.[1] The Parties therefore request the following new deadlines:

| | |
|---|---|
| <u>Close of Fact Discovery</u>: | June 7, 2022 |
| <u>Close of Expert Discovery</u>: | October 7, 2022 |
| <u>Expert Disclosures</u>: | July 7, 2022 |
| <u>Rebuttal Expert Deadline</u>: | September 6, 2022 |
| <u>Dispositive Motion/Pre-Hearing Briefs Deadline</u>: | October 21, 2022 |
| <u>Pretrial Order</u>: | November 22, 2022 |

Pursuant to Local Rule 26-1(b)(5), the deadline for the joint pretrial order is 30 days after the dispositive-motion deadline. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after the Court's decision on the dispositive motions.

---

[1] Where the 45 days fell on a weekend, the date was moved to the following Monday.

| | |
|---|---|
| DATED this 3rd day of January, 2022. | DATED this 3rd day of January, 2022. |
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | KEMP JONES LLP |

By: */s/ Kristen L. Martini*       By: */s/ Michael J. Gayan*

| | |
|---|---|
| E. Leif Reid, Bar No. 5750 | J. Randall Jones, Esq., Bar No. 1927 |
| Kristen L. Martini, Bar No. 11272 | Michael J. Gayan, Esq., Bar No. 11135 |
| Marla J. Hudgens, Bar No. 11098 | Mona Kaveh, Esq., Bar No. 11825 |
| Nicole Scott, Bar No. 13757 | 3800 Howard Hughes Parkway, 17th Floor |
| One East Liberty Street, Suite 300 | Las Vegas, Nevada 89169 |
| Reno, Nevada 89501-2128 | |
| | Richard L. Stone, Esq., *Pro Hac Vice* |
| PISANELLI BICE PLLC | Amy M. Gallegos, Esq., *Pro Hac Vice* |
| James J. Pisanelli, Bar No. 4027 | David R. Singer, Esq., *Pro Hac Vice* |
| Todd L. Bice, Bar No. 4534 | JENNER & BLOCK LLP |
| Jordan T. Smith, Bar No. 12097 | 633 West 5th Street, Suite 3600 |
| 400 South 7th Street, Suite 300 | Los Angeles, California 90071 |
| Las Vegas, Nevada 89101 | |
| | *Attorneys for* |
| ALIOTO LAW FIRM | *Defendants/Counterclaimant* |
| Joseph M. Alioto, *Pro Hac Vice* | |
| One Sansome Street, 35th Floor | |
| San Francisco, California 94104 | |
| *Attorneys for Plaintiff/Counterdefendants* | |

**IT IS SO ORDERED**:

Dated this __4th__ day of __January__, 2022.

_____
SPECIAL MASTER PHILIP M. PRO

11