**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>                    Defendants. | 2:19-cv-01667-GMN-VCF<br><br>**ORDER RE HEARING CONDUCTED JANUARY 4, 2022** |
| LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.,<br><br>                    Defendants. | |

On January 4, 2022, Counsel appeared before the undersigned Special Master to present argument on Plaintiff Las Vegas Sun, and Counter Defendants Brian Greenspun and Greenspun Media Group,

LLC's Motion for Protective Order filed December 8, 2021. (Doc. 520). Pending receipt of the transcript of the hearing, this Motion stands submitted for decision.

The following additional matters also were addressed at the hearing:

1. After hearing the arguments of Counsel, it was Ordered that Defendants Motion for Leave to file Exhibits Under Seal in opposition to Plaintiffs' Motion for Protective Order (Doc. 530) is Granted.

2. Discussions were had with Counsel regarding the Joint Status Report regarding discovery (Doc. 549) and the Joint Stipulation for Entry of Second Amended Discovery Plan and Scheduling Order, and Extensions of Time for Briefing (Doc. 550). Finding good cause for the proposed amendment of the Discovery Plan and Scheduling Order, the Joint Stipulation (Doc. 550) was Granted, and a Separate Order entered.

Dated this 5th day of January 2022.

_____
Hon. Philip M. Pro (Ret.)
SPECIAL MASTER