**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

LAS VEGAS SUN, INC.,

        Plaintiff(s),

v.

SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,

        Defendant(s).

2:19-cv-01667-GMN-VCF

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND SUPPLEMENT COMPLAINT ECF No. 537, MOTION TO SEAL ECF No. 536 AND SEALED MOTION ECF No. 539**

Before the court is plaintiff's motion for leave to amend and supplement complaint (ECF No. 537). The following related motions are also pending decision: motion to seal (ECF No. 536) and the sealed version of ECF No. 537, appearing on the docket as ECF No. 539.

The motion for leave to amend and supplement complaint (ECF No. 537 and sealed version ECF No. 539) was filed on December 23, 2021. The time to respond to that motion expired on January 6, 2022. No response has been filed.

Pursuant to LR 7-2(c), defendants' failure to file points and authorities in response to this motion constitutes a consent to the granting of the motion.

Good cause appearing,

IT IS HEREBY ORDERED that the following motions are GRANTED:

1. Plaintiff's Motion for Leave to Amend and Supplement Complaint (ECF Nos. 537 and 539), and

2. Plaintiff's Motion to Seal (ECF No. 536).

1    IT IS FURTHER ORDERED that plaintiff must file its Amended and Supplemental Complaint ECF No. 538-1 on or before January 26, 2022.

DATED this 19th day of January 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE