J. RANDALL JONES, ESQ., SBN 1927
r.jones@kempjones.com
MICHAEL J. GAYAN, ESQ., SBN 11135
m.gayan@kempjones.com
MONA KAVEH, ESQ., SBN 11825
m.kaveh@kempjones.com
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone:     +1 702 385 6000

RICHARD L. STONE, ESQ. (*pro hac vice*)
rstone@jenner.com
DAVID R. SINGER, ESQ. (*pro hac vice*)
dsinger@jenner.com
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
agallegos@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:     +1 213 239 5100
Facsimile:     +1 213 239 5199

*Attorneys for Defendants/Counterclaimant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>                                Plaintiff,<br><br>     v.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>                                Defendants. | Case No. 2:19-cv-01667-GMN-VCF<br><br>**STIPULATION AND ORDER TO VACATE ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND SUPPLEMENT COMPLAINT (ECF NO. 537), MOTION TO SEAL (ECF NO. 536), AND SEALED MOTION (ECF NO. 539) [ECF NO. 561]** |

| | |
|---|---|
| 1 | LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation, |
| 2 | |
| 3 | Counterclaimant, |
| 4 | v. |
| 5 | LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc., |
| 6 | |
| 7 | |
| 8 | Counterclaim-Defendants. |

Plaintiff/Counterdefendant LAS VEGAS SUN, INC., and Counterdefendants BRIAN GREENSPUN and GREENSPUN MEDIA GROUP, LLC (collectively the "Sun"), by and through their counsel Lewis Roca Rothgerber Christie LLP, Pisanelli Bice PLLC, and the Alioto Law Firm, and Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., and Defendants NEWS+MEDIA CAPITAL GROUP LLC, SHELDON ADELSON, and PATRICK DUMONT (collectively the "Review-Journal"), by and through their counsel of record, Kemp Jones, LLP, and Jenner & Block LLP, hereby stipulate and agree as follows:

1. On December 23, 2021, the Sun filed a Motion for Leave to File Documents Under Seal [Exhibits 3 and 4 to Plaintiff's Motion for Leave to Amend and Supplement Complaint] [ECF No. 536]; Motion for Leave to Amend and Supplement Complaint [ECF Nos. 537 and 539 (FUS)]; and Appendix of Exhibits to Motion for Leave to Amend and Supplement Complaint [ECF Nos. 538 and 540 (FUS)].

2. On January 3, 2022, the parties submitted a Joint Stipulation for Entry of Second Amended Discovery Plan and Scheduling Order, and Extensions of Time for Briefing (First Requests). ECF No. 550. This Stipulation extended various deadlines in this matter, including extending Defendants' deadline to respond to the Sun's Motion for Leave to Amend and Supplement Complaint [ECF Nos. 537 and 539 (FUS)] and related motion to seal [ECF No. 536] from January 6, 2022, to January 20, 2022, and extending the Sun's reply deadline to February 10, 2022. *See* ECF No. 550 at 4, ¶¶ 8(c) and (d).

3. On January 4, 2022, the parties attended a hearing before Special Master Pro and the parties' Joint Stipulation at ECF No. 550 was granted, including extending Defendants' deadline to respond to the Sun's Motion for Leave to Amend and Supplement Complaint [ECF Nos. 537 and 539 (FUS)] and related motion to seal [ECF No. 536] from January 6, 2022, to January 20, 2022, and extending the Sun's reply deadline to February 10, 2022. *See* ECF Nos. 552 and 554.

4. On January 20, 2022, an Order was entered by U.S. Magistrate Judge Ferenbach granting Plaintiff's Motion for Leave to Amend and Supplement Complaint [ECF No. 537], Motion to Seal [ECF No. 536], and Sealed Motion [ECF No. 539] due to no responses being filed

3

by January 6, 2022. ECF No. 561.

5. Because the parties have stipulated to extend Defendants' response deadline to ECF Nos. 536, 537, and 539 to **January 20, 2022**, and the Sun's reply deadline to **February 10, 2022**, which was ordered by the Special Master, the parties submit this stipulation to vacate the Order entered at ECF No. 561. The parties have notified Special Master Pro of ECF No. 561 and he is aware that the parties are submitting this Joint Stipulation.

DATED this 20th day of January 2022.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Kristen L. Martini*
    E. Leif Reid, Bar No. 5750
    Kristen L. Martini, Bar No. 11272
    Marla J. Hudgens, Bar No. 11098
    Nicole Scott, Bar No. 13757
    One East Liberty Street, Suite 300
    Reno, Nevada 89501-2128

PISANELLI BICE PLLC
James J. Pisanelli, Bar No. 4027
Todd L. Bice, Bar No. 4534
Jordan T. Smith, Bar No. 12097
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

ALIOTO LAW FIRM
Joseph M. Alioto, *Pro Hac Vice*
One Sansome Street, 35th Floor
San Francisco, California 94104

*Attorneys for Plaintiff/Counterdefendants*

DATED this 20th day of January 2022.

KEMP JONES LLP

By: */s/ Mona Kaveh*
    J. Randall Jones, Esq., Bar No. 1927
    Michael J. Gayan, Esq., Bar No. 11135
    Mona Kaveh, Esq., Bar No. 11825
    3800 Howard Hughes Parkway, 17th Fl.
    Las Vegas, Nevada 89169

Richard L. Stone, Esq., *Pro Hac Vice*
Amy M. Gallegos, Esq., *Pro Hac Vice*
David R. Singer, Esq., *Pro Hac Vice*
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071

*Attorneys for Defendants/Counterclaimant*

Stipulations addressing issues other than matters referred to the Special Master must be filed separately to be reviewed by the presiding Judge.

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1-21-2022

4