**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>Defendants. | 2:19-cv-01667-GMN-VCF<br><br>**ORDER SETTING HEARING ON PLAINTIFF'S MOTION TO COMPEL PATRICK DUMONT'S DEPOSITION PREPARATION MATERIALS (DOC. 528) AND PLAINTIFF/COUNTERDEFENDANTS MOTION TO COMPEL PRODUCTION OF DOCUMENTS IN RESPONSE TO RFP NO. 523 (DOC. 534)** |
| LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited | |

liability company, as the alter ego of Las Vegas Sun, Inc.,

                Defendants.

IT IS ORDERED that a hearing is hereby scheduled via Zoom for Tuesday, February 8, 2022, at 9:00 am (Pacific) to consider argument on Plaintiff's Motions to Compel Production of Patrick Dumont's Deposition Preparation Materials Pursuant to FRE 612, (Doc. 528), and to Compel Production of Documents in Response to Request No. 523, (Doc. 534).

The JAMS Case Manager will issue the appropriate notice of Zoom Hearing forthwith.

Dated this 31st day of January 2022.

                                              Hon. Philip M. Pro (Ret.)
                                              SPECIAL MASTER