1  J. RANDALL JONES, ESQ., SBN 1927
   r.jones@kempjones.com
2  MICHAEL J. GAYAN, ESQ., SBN 11135
   m.gayan@kempjones.com
3  MONA KAVEH, ESQ., SBN 11825
   m.kaveh@kempjones.com
4  KEMP JONES LLP
   3800 Howard Hughes Parkway, 17th Floor
5  Las Vegas, Nevada 89169
   Telephone:      +1 702 385 6000
6

7  RICHARD L. STONE, ESQ. (*pro hac vice*)
   rstone@jenner.com
8  DAVID R. SINGER, ESQ. (*pro hac vice*)
   dsinger@jenner.com
9  AMY M. GALLEGOS, ESQ. (*pro hac vice*)
   agallegos@jenner.com
10 JENNER & BLOCK LLP
   515 South Flower Street, Suite 3300
11 Los Angeles, California 90071
   Telephone:     +1 213 239 5100
12 Facsimile:     +1 213 239 5199

13 *Attorneys for Defendants/Counterclaimant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>                        Plaintiff,<br><br>         v.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>                        Defendants. | Case No. 2:19-cv-01667-GMN-VCF<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL PATRICK DUMONT'S DEPOSITION PREPARATION MATERIALS [ECF NO. 528] AND PLAINTIFF/COUNTERDEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS IN RESPONSE TO RFP NO. 523 [ECF NO. 534]**<br><br>**(FIRST REQUEST)** |

| | |
|---|---|
| 1 | LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation, |
| 2 | |
| 3 | Counterclaimant, |
| 4 | v. |
| 5 | LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc., |
| 6 | |
| 7 | |
| 8 | Counterclaim-Defendants. |
| 9 | |

Plaintiff/Counterdefendant LAS VEGAS SUN, INC., and Counterdefendants BRIAN GREENSPUN and GREENSPUN MEDIA GROUP, LLC (collectively the "Sun"), by and through their counsel Lewis Roca Rothgerber Christie LLP, Pisanelli Bice PLLC, and the Alioto Law Firm, and Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., and Defendants NEWS+MEDIA CAPITAL GROUP LLC, SHELDON ADELSON, and PATRICK DUMONT (collectively the "Review-Journal"), by and through their counsel of record, Kemp Jones, LLP, and Jenner & Block LLP, hereby stipulate and agree as follows:

1. The hearing on Plaintiff's Motion to Compel Patrick Dumont's Deposition Preparation Materials [ECF No. 528] and Plaintiff/Counterdefendants' Motion to Compel Production of Documents in Response to RFP No. 523 [ECF No. 534] is currently set for February 8, 2022 at 9:00 a.m. *See* ECF No. 571.

2. Michael Gayan, counsel for the Review-Journal, will be arguing one of these motions. Mr. Gayan needs to argue motions at a hearing in Nevada state court set at the same time (February 8, 2022 at 9:00 a.m.). That hearing cannot be rescheduled due to time-sensitive issues in the case.

/ / /

/ / /

/ / /

/ / /

1

3. Subject to the Special Master's availability, the Parties agree to continue the hearing of the motions currently set on February 8 (ECF Nos. 528, 534) to February 10, 2022 at 9:00 a.m.

DATED this 1st day of February, 2022.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Kristen L. Martini*
   E. Leif Reid, Bar No. 5750
   Kristen L. Martini, Bar No. 11272
   Marla J. Hudgens, Bar No. 11098
   Nicole Scott, Bar No. 13757
   One East Liberty Street, Suite 300
   Reno, Nevada 89501-2128

PISANELLI BICE PLLC
James J. Pisanelli, Bar No. 4027
Todd L. Bice, Bar No. 4534
Jordan T. Smith, Bar No. 12097
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

ALIOTO LAW FIRM
Joseph M. Alioto, *Pro Hac Vice*
One Sansome Street, 35th Floor
San Francisco, California 94104

*Attorneys for Plaintiff/Counterdefendants*

DATED this 1st day of February, 2022.

KEMP JONES, LLP

By: */s/ Michael J. Gayan*
   J. Randall Jones, Esq., Bar No. 1927
   Michael J. Gayan, Esq., Bar No. 11135
   Mona Kaveh, Esq., Bar No. 11825
   3800 Howard Hughes Parkway, 17th Fl.
   Las Vegas, Nevada 89169

Richard L. Stone, Esq., *Pro Hac Vice*
Amy M. Gallegos, Esq., *Pro Hac Vice*
David R. Singer, Esq., *Pro Hac Vice*
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071

*Attorneys for Defendants/Counterclaimant*

**IT IS SO ORDERED**:

_____
SPECIAL MASTER PHILIP M. PRO

DATED: **February 2, 2022**