**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>　　　　Defendants. | 2:19-cv-01667-GMN-VCF<br><br><br>**ORDER RE SUPPLEMENTAL BRIEFING ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS IN RESPONSE TO REQUEST NO. 405 (DOC. 560)** |
| LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.,<br><br>　　　　Defendants. | |

Plaintiff's Moton to Compel Production of Documents in Response to Request No. 405 (Doc. 560) came on for hearing this date. At the outset of the hearing, Defendant's Motion for Leave to File Under Seal Exhibits B-C and Portions of Defendants' Opposition to Plaintiffs Motion to Compel, and Plaintiff's Motion for Leave to File Under Seal Exhibit 5 to Plaintiff's Reply (Docs. 574 and 581), were Granted.

After considering the arguments of Counsel on Plaintiffs Motion to Compel, and for the reasons stated on the transcribed record, it was determined by the undersigned Special Master that supplemental briefing is required of the Parties before an ruling can be made on the Motion.

IT IS THEREFORE ORDERED that the Parties shall, prior to March 15, 2022, engage in such "Meet and Confer" conferences to attempt to identify and agree upon such search terms as are necessary to enable Defendants to produce the records and communications sought by Plaintiffs in response to RFP 405.

IT IS FURTHER ORDERED that Plaintiffs shall thereafter have to and including March 22, 2022, within which to file a Supplemental Brief which shall include the terms of the proposed Order Plaintiffs seek in support of the Motion to Compel (Doc. 560), and Defendants shall have to and including April 4, 2022, within which to file a Response thereto. Thereupon the matter shall stand submitted for decision.

Dated this 22nd day of February 2022.

_____
Hon. Philip M. Pro (Ret.)
SPECIAL MASTER