J. Randall Jones, Esq., SBN 1927
r.jones@kempjones.com
Michael J. Gayan, Esq., SBN 11135
m.gayan@kempjones.com
Mona Kaveh, Esq., SBN 11825
m.kaveh@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone:     +1 702 385 6000

David R. Singer, Esq. (*pro hac vice*)
dsinger@jenner.com
Amy M. Gallegos, Esq. (*pro hac vice*)
agallegos@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:     +1 213 239 5100
Facsimile:     +1 213 239 5199

Richard L. Stone, Esq. (*pro hac vice*)
rstone@fastmail.com
850 Devon Avenue
Los Angeles, California 90024
Telephone:     +1 310 993 2068

*Attorneys for Defendants/Counterclaimant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01667-GMN-VCF<br><br>**JOINT STIPULATION TO SET DEPOSITION PROTOCOLS** |

117040745.1

| | |
|---|---|
| 1 | LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation, |
| 2 | |
| 3 | Counterclaimant, |
| 4 | v. |
| 5 | LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc., |
| 6 | |
| 7 | |
| 8 | Counterclaim-Defendants. |
| 9 | |

117040745.1

Plaintiff/Counterclaim-Defendant LAS VEGAS SUN, INC., and Counterclaim-Defendants BRIAN GREENSPUN and GREENSPUN MEDIA GROUP, LLC (collectively the "Sun"), by and through their counsel Lewis Roca Rothgerber Christie LLP, Pisanelli Bice PLLC, and the Alioto Law Firm, and Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., and Defendants NEWS+MEDIA CAPITAL GROUP LLC, SHELDON ADELSON, and PATRICK DUMONT (collectively the "Review-Journal"), by and through their counsel of record, Kemp Jones, LLP, Jenner & Block LLP, and Richard L. Stone, hereby stipulate and agree as follows:

1. To ensure that depositions are conducted efficiently and to minimize disputes, all objections during depositions in this matter must be stated concisely in a nonargumentative and nonsuggestive manner consistent with Federal Rule of Civil Procedure 30(c)(2).

2. Objections to the form of a question shall be stated concisely, in words such as "Objection, form," or "objection to form." Objections to form shall include questions that are "leading or suggestive; ambiguous or uncertain; compound; assume facts not in evidence; call for a narration; call for speculation or conjecture; or argumentative." *In re Stratosphere Corp. Sec. Litig.*, 182 F.R.D. 614, 618 (D. Nev. 1998). Questions for which the parties believe there is a lack foundation or improper foundation also fall within this category. The parties further agree that even though relevance objections do not need to be preserved at deposition, objections to "form" may be used to object on relevance grounds too. The failure to object on relevance grounds shall not be deemed an implied or express waiver of any relevance objections.

3. Although not necessary to avoid waiving an objection to the relevance of a question, counsel may state an objection to a question on the grounds that it seeks information that is irrelevant due to a prior Court order regarding document discovery. Such objections shall be stated as "objection, form" (as noted above) or, if counsel chooses, "objection, court order."

4. Consistent with Federal Rule of Civil Procedure 32(d)(3)(B)(i), objections may also be made to an error or irregularity at the deposition on the rare occasion where it is necessary to avoid waiver, including to the form of an answer, the oath or affirmation, a party's conduct, or other matters that might have been corrected at that time.

3

117040745.1

5. Counsel may instruct a deponent not to answer only when necessary to preserve a privilege, to enforce a limitation ordered by the court, or to present a motion under Federal Rule of Civil Procedure 30(d)(3). The determination not to instruct a witness not to answer a question that violates a court order shall not be deemed an implied or express waiver of any objection or right.

6. The deposing counsel may request the basis for an objection to determine whether to restate a question. All counsel shall refrain from arguing the merits of objections on the record, to avoid impeding, delaying, or frustrating the fair examination of the deponent.

DATED this 14th day of March 2022.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Kristen Martini*
E. Leif Reid, Bar No. 5750
Kristen L. Martini, Bar No. 11272
Marla J. Hudgens, Bar No. 11098
Nicole Scott, Bar No. 13757
One East Liberty Street, Suite 300
Reno, Nevada 89501-2128

PISANELLI BICE PLLC
James J. Pisanelli, Bar No. 4027
Todd L. Bice, Bar No. 4534
Jordan T. Smith, Bar No. 12097
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

ALIOTO LAW FIRM
Joseph M. Alioto, *Pro Hac Vice*
One Sansome Street, 35th Floor
San Francisco, California 94104

*Attorneys for Plaintiff/ Counterclaim-Defendants*

DATED this 14th day of March 2022.

KEMP JONES LLP

By: */s/ Michael Gayan*
J. Randall Jones, Esq., Bar No. 1927
Michael J. Gayan, Esq., Bar No. 11135
Mona Kaveh, Esq., Bar No. 11825
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

JENNER & BLOCK LLP
David R. Singer, Esq., *Pro Hac Vice*
Amy M. Gallegos, Esq., *Pro Hac Vice*
515 South Flower Street, Suite 3300
Los Angeles, California 90071

Richard L. Stone, Esq., *Pro Hac Vice*
850 Devon Avenue
Los Angeles, California 90024

*Attorneys for Defendants/ Counterclaimant*

4

117040745.1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br>　　　　　Plaintiff,<br>　v.<br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br>　　　　　Defendants. | Case No. 2:19-CV-01667-GMN-VCF<br><br>[~~PROPOSED~~] ORDER |
| LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation,<br>　　　　　Counterclaimant,<br>　v.<br>LAS VEGAS SUN, INC. a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.<br>　　　　　Counterclaim Defendants. | |

The Court, having considered the parties' Joint Stipulation to Set Deposition Protocols, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The parties' stipulated protocols for depositions in this matter shall apply to all depositions in this matter.

**IT IS SO ORDERED**:

Dated this **15th** day of **March**, 2022.

_____
SPECIAL MASTER PHILIP M. PRO

1

117040745.1

# PROOF OF SERVICE

I hereby certify that on the 11th day of March, 2022, I served a true and correct copy of the foregoing **JOINT STIPULATION TO SET DEPOSITION PROTOCOLS** via the United States District Court's CM/ECF electronic filing system to all parties on the e-service list.

E. Leif Reid, Bar No. 5750
Marla Hudgens, Bar No. 11098
Kristen L. Martini, Bar No. 11272
Nicole Scott, Bar No. 13757
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada  89501

Joseph M. Alioto, *Pro Hac Vice*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California  94104

James J. Pisanelli, Bar No. 4027
Todd L. Bice, Bar No. 4534
Jordan T. Smith, Bar No. 12097
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada  89101

*Attorneys for Plaintiff/Counterclaim Defendants*

　　　　　　　　　　　　　　　　　　 */s/ Pamela Montgomery*
　　　　　　　　　　　　　　　　　　　 An employee of Kemp Jones, LLP

2

117040745.1