E. LEIF REID, Nevada Bar No. 5750
KRISTEN L. MARTINI, Nevada Bar No. 11272
MARLA J. HUDGENS, Nevada Bar No. 11098
NICOLE SCOTT, Nevada Bar No. 13757
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel:    702.949.8200
Fax:    702.949.8398
One East Liberty Street, Suite 300
Reno, Nevada 89501
Tel:    775.823.2900
Fax:    775.823.2929
Email: lreid@lewisroca.com
         kmartini@lewisroca.com
         mhudgens@lewisroca.com
         nscott@lewisroca.com

JOSEPH M. ALIOTO, *PRO HAC VICE*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104
Tel: 415.434.8900
Fax: 415.434.9200
Email: jmalioto@aliotolaw.com

JAMES J. PISANELLI, Nevada Bar No. 4027
TODD L. BICE, Nevada Bar No. 4534
JORDAN T. SMITH, Nevada Bar No. 12097
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Email: JJP@pisanellibice.com
         TLB@pisanellibice.com
         JTS@pisanellibice.com

*Attorneys for Plaintiff/Counterdefendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHELDON ADELSON, an individual, and as the alter ego of News+Media Capital Group LLC, Las Vegas Review-Journal, Inc., and Interface Operations LLC dba Adfam; PATRICK DUMONT, an individual, and as alter ego of Las Vegas Review-Journal, Inc., News+Media Capital Group, LLC, and Interface Operations LLC dba Adfam; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; INTERFACE OPERATIONS LLC DBA ADFAM, a Delaware limited liability company | Case No. 2:19-cv-01667-ART-VCF<br><br>**STIPULATION AND ORDER REGARDING SEALING (1) PLAINTIFF'S PROPOSED REPLY IN SUPPORT OF PLAINTIFF'S OBJECTION TO ORDER OVERRULING PLAINTIFF'S OBJECTION TO THE SPECIAL MASTER'S ORDER (ECF NO. 591) [ECF NO. 619]; AND (2) DEFENDANTS' PROPOSED REPLY IN SUPPORT OF DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE'S ORDER RE: PLAINTIFF AND COUNTERDEFENDANTS' MOTION FOR A PROTECTIVE ORDER (ECF NO. 619) [ECF NO. 627]** |

i

117502986.1

| | |
|---|---|
| 1 | and as alter ego of Las Vegas Review-Journal, Inc., and News+Media Capital Group, LLC; and DOES, I-X, inclusive, |
| 2 | |
| 3 | Defendants. |
| 4 | LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation, |
| 5 | |
| 6 | Counterclaimant, |
| 7 | v. |
| 8 | LAS VEGAS SUN, INC. a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc., |
| 9 | |
| 10 | |
| 11 | Counterclaim Defendants. |

LAS VEGAS SUN, INC., and Counterdefendants BRIAN GREENSPUN and GREENSPUN MEDIA GROUP, LLC (collectively the "Sun"), by and through their counsel Lewis Roca Rothgerber Christie LLP, Pisanelli Bice PLLC, and the Alioto Law Firm, and Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., and Defendants NEWS+MEDIA CAPITAL GROUP LLC, SHELDON ADELSON, PATRICK DUMONT, and INTERFACE OPERATIONS LLC DBA ADFAM (collectively the "Review-Journal"), by and through their counsel of record, Kemp Jones, LLP, Jenner & Block LLP, and Richard L. Stone, Esq., hereby stipulate and agree as follows:

1. On March 18, 2022, the Court ordered, *inter alia*, the parties to meet and confer prior to filing any additional motions to seal. ECF No. 619. The parties' met-and-conferred on April 22, 2022, regarding sealing relating to Plaintiff's proposed Reply in support of Plaintiff's Objection to Order Overruling Plaintiff's Objection to the Special Master's Order (ECF No. 591 [ECF No. 619], and Defendants' proposed Reply in support of Defendants' Objection to Magistrate Judge's Order Re: Plaintiff & Counterdefendants' Motion for a Protective Order (ECF No. 619) [ECF No. 627]. For the Sun, Marla Hudgens, Esq. appeared, and for the Review-Journal, Mona Kaveh, Esq. appeared.

- ii -

117502986.1

1  2. The parties agree that the following is appropriate for sealing:

(a) References to the non-public portions of the 2019 final arbitration award. The same or similar same references were ordered sealed by the Special Master under the good cause standard. *See, e.g.,* Court Orders at ECF No. 303 at 45:19–47:2, 52:22–54:16; ECF No. 368 at 17:4-8; and ECF No. 421 at 2:18-20 (finding good cause to seal various 2019 arbitration materials attached to discovery briefs); *see also* 01/10/22 Hearing Transc. at 63:12–65:2 (Special Master granting Defendants' sealing motion at ECF No. 508 relating to the sealing of the non-public portions of the 2019 final arbitration award and holding, "So my view is that the motion to seal by defendants, the non-public portions of the arbitration award, should simply be granted consistent with what I said last week."); and

(b) Portions of the deposition transcript of the Sun's 30(b)(6) designee. The portion sealed and referenced in Defendants' brief relates to specific figures that the Sun has marked as Attorneys' Eyes Only.

- iii -

117502986.1

| | |
|---|---|
| DATED this 22nd day of April, 2022. | DATED this 22nd day of April, 2022. |
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | KEMP JONES LLP |

By: */s/ Marla J. Hudgens*  
   E. Leif Reid, Bar No. 5750  
   Kristen L. Martini, Bar No. 11272  
   Marla J. Hudgens, Bar No. 11098  
   Nicole Scott, Bar No. 13757  
   One East Liberty Street, Suite 300  
   Reno, Nevada 89501-2128  

PISANELLI BICE PLLC  
James J. Pisanelli, Bar No. 4027  
Todd L. Bice, Bar No. 4534  
Jordan T. Smith, Bar No. 12097  
400 South 7th Street, Suite 300  
Las Vegas, Nevada 89101  

ALIOTO LAW FIRM  
Joseph M. Alioto, *Pro Hac Vice*  
One Sansome Street, 35th Floor  
San Francisco, California 94104  

*Attorneys for Plaintiff/Counterdefendants*

By: */s/ Mona Kaveh*  
   J. Randall Jones, Esq., Bar No. 1927  
   Michael J. Gayan, Esq., Bar No. 11135  
   Mona Kaveh, Esq., Bar No. 11825  
   3800 Howard Hughes Parkway, 17th Fl.  
   Las Vegas, Nevada 89169  

Amy M. Gallegos, Esq., *Pro Hac Vice*  
David R. Singer, Esq., *Pro Hac Vice*  
JENNER & BLOCK LLP  
633 West 5th Street, Suite 3600  
Los Angeles, California 90071  

Richard L. Stone, Esq., *Pro Hac Vice*  
850 Devon Avenue  
Los Angeles, California 90024  

*Attorneys for Defendants/Counterclaimant*

**IT IS SO ORDERED**:

_____  
UNITED STATES MAGISTRATE JUDGE

DATED: 4-26-2022

- iv -