# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>Defendants. | 2:19-cv-01667-GMN-VCF<br><br>**ORDER GRANTING STIPULATION OF THE PARTIES TO EXTEND THE SCHEDULE FOR DEPOSITIONS (DOC. 671), DENYING PREVIOUSLY FILED STIPULATION (DOC. 667), AND PERMITTING WITHDRAWAL OF SUN'S MOTION FOR ORDER SHORTENING TIME (DOC. 660)** |
| LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.,<br><br>Defendants. | |

1

IT IS ORDERED that the Stipulation of the Parties Extending the Schedule for Depositions (Doc. 671) is Granted. The previously filed Stipulation (Doc. 667) is Denied as Moot.

IT IS FURTHER ORDERED that Plaintiff's Motion for an Order Shortening Time (Doc. 660) may be withdrawn by Plaintiff and the Parties shall proceed with briefing on Plaintiff's Motion for Leave to Take Five Additional Depositions (Doc. 656) in the ordinary course.

Dated this 10th day of May 2022.

_____
Hon. Philip M. Pro (Ret.)
SPECIAL MASTER