**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>Defendants. | 2:19-cv-01667-GMN-VCF<br><br><br><br>**ORDER SETTING HEARING ON DEFENDANT'S MOTION TO COMPEL SECOND DEPOSITION OF ROBERT CAULTHORN (DOC. 637)** |
| LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.,<br><br>Defendants. | |

1  IT IS ORDERED that a hearing is hereby scheduled via Zoom for Friday, May 20, 2022, at 9:00 am (Pacific) to consider argument on Defendant's Motion to Compel Second Deposition of Robert Caulthorn in an individual capacity and as Las Vegas Sun's 30(b)(6) Designee, and for Sanctions

The JAMS Case Manager will issue the appropriate notice of Zoom Hearing forthwith.

Dated this 11th day of May 2022.

_____
Hon. Philip M. Pro (Ret.)
SPECIAL MASTER