J. RANDALL JONES, ESQ., SBN 1927
r.jones@kempjones.com
MICHAEL J. GAYAN, ESQ., SBN 11135
m.gayan@kempjones.com
MONA KAVEH, ESQ., SBN 11825
m.kaveh@kempjones.com
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone:     +1 702 385 6000

DAVID R. SINGER, ESQ. (*pro hac vice*)
dsinger@jenner.com
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
agallegos@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:     +1 213 239 5100
Facsimile:     +1 213 239 5199

RICHARD L. STONE, ESQ. (*pro hac vice*)
rstone@fastmail.com
850 Devon Avenue
Los Angeles, California 90024
Telephone:     +1 310 993 2068

*Attorneys for Defendants/Counterclaimant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHELDON ADELSON, et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:19-CV-01667-ART-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE MAY 20, 2022, HEARING ON DEFENDANTS' MOTION TO COMPEL SECOND DEPOSITION OF ROBERT CAUTHORN IN AN INDIVIDUAL CAPACITY AND AS LAS VEGAS SUN, INC.'S 30(B)(6) DESIGNEE, AND FOR SANCTIONS [ECF NO. 685]**<br><br>**(FIRST REQUEST)** |

Plaintiff/Counterdefendant LAS VEGAS SUN, INC., and Counterdefendants BRIAN GREENSPUN and GREENSPUN MEDIA GROUP, LLC (collectively the "Sun"), by and through their counsel Lewis Roca Rothgerber Christie LLP, Pisanelli Bice PLLC, and the Alioto Law Firm, and Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., and Defendants NEWS+MEDIA CAPITAL GROUP LLC, SHELDON ADELSON, PATRICK DUMONT, and INTERFACE OPERATIONS LLC DBA ADFAM (collectively "Defendants"), by and through their counsel of record, Kemp Jones, LLP, Jenner & Block LLP, and Richard L. Stone, Esq., hereby stipulate and agree as follows:

1. The hearing on Defendants' Motion to Compel Second Deposition of Robert Cauthorn in an Individual Capacity and as Las Vegas Sun, Inc.'s 30(b)(6) Designee, and for Sanctions (ECF No. 637) (the "Motion"), is currently set for May 20, 2022, at 9:00 a.m., via zoom. ECF No. 685.

2. The parties currently have a mediation scheduled for May 30, 2022, and agree to continue the hearing on Defendants' Motion (ECF No. 637) to a mutually agreeable date after the mediation.

3. Therefore, subject to the Special Master's availability, the Parties agree to continue the hearing on Defendants' Motion (ECF No. 637) to one of the following dates/times when counsel for all parties are available: June 6, 2022, at 9:30 a.m., or June 21, 2022, at 9:30 a.m.

/ / /

/ / /

/ / /

| | |
|---|---|
| DATED this 13th day of May, 2022. | DATED this 13th day of May, 2022. |
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | KEMP JONES LLP |
| By: */s/ Leif Reid* | By: */s/ Michael Gayan* |
| E. Leif Reid, Bar No. 5750<br>Kristen L. Martini, Bar No. 11272<br>Marla J. Hudgens, Bar No. 11098<br>Nicole Scott, Bar No. 13757<br>One East Liberty Street, Suite 300<br>Reno, Nevada 89501-2128 | J. Randall Jones, Esq., Bar No. 1927<br>Michael J. Gayan, Esq., Bar No. 11135<br>Mona Kaveh, Esq., Bar No. 11825<br>3800 Howard Hughes Parkway, 17th Fl.<br>Las Vegas, Nevada 89169 |
| PISANELLI BICE PLLC<br>James J. Pisanelli, Bar No. 4027<br>Todd L. Bice, Bar No. 4534<br>Jordan T. Smith, Bar No. 12097<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101 | Amy M. Gallegos, Esq., *Pro Hac Vice*<br>David R. Singer, Esq., *Pro Hac Vice*<br>JENNER & BLOCK LLP<br>633 West 5th Street, Suite 3600<br>Los Angeles, California 90071<br><br>Richard L. Stone, Esq., *Pro Hac Vice*<br>850 Devon Avenue<br>Los Angeles, California 90024 |
| ALIOTO LAW FIRM<br>Joseph M. Alioto, *Pro Hac Vice*<br>One Sansome Street, 35th Floor<br>San Francisco, California 94104 | *Attorneys for Defendants/<br>Counterclaimant* |
| *Attorneys for Plaintiff/Counterdefendants* | |

**IT IS SO ORDERED**, and the hearing on May 20, 2022 shall be continued to June __6__, 2022, at __9:30 AM__ (Pacific)

_____
SPECIAL MASTER

DATED: __May 13, 2022__

2