**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>Defendants. | 2:19-cv-01667-ART-VCF<br><br>**ORDER SETTING HEARING ON PLAINTIFF'S MOTION TO TAKE ADDITIONAL DEPOSITIONS (DOC. 656); DEFENDANT'S MOTION FOR RELIEF FROM DEPOSITION CONDUCT (DOC. 691); AND COUNTER DEFENDANT'S MOTION FOR PROTECTIVE ORDER (DOC. 693), FOR JULY 6, 2022, AT 9:00 AM** |
| LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN | |

1

MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.,

Defendants.

At the request of the Parties communicated by email on June 2, 2022, and to accommodate the schedules of Counsel, the hearing previously scheduled to be conducted via Zoom on June 6, 2022, at 9:30 am (Pacific) regarding Defendant's Motion to Compel Second Deposition of Robert Caulthorn in an individual capacity and as Las Vegas Sun's 30(b)(6) Designee, and for Sanctions (Doc. 637-638), was reset for Wednesday, July 6, 2022, at 9:00 am (Pacific). This constituted the second continuance of the hearing on Defendant's Motion for good cause shown.

It now appears that three more recently filed discovery motions will be ripe for argument by July 6, 2022. Given the number of Counsel involved in this case, and the difficulty in finding hearing dates which accommodate the availability of Counsel, the following Motions will be added to the hearing calendar for July 6, 2022, at 9:00 am:

1. Plaintiff's Motion for Leave to Take Five Additional Depositions, or, in the Alternative, Six Additional Depositions filed April 25, 2022, (Doc. 656);

2. Defendant's Motion for Relief re Deposition Conduct filed May 19, 2022, (Doc. 691); and

3. Counterdefendant Greenspun Media Group, LLC's Motion for a Protective Order Regarding Defendants' FRCP 30(b)(6) Deposition filed May 27, 2022, (Doc. 693).

1  The JAMS Case Manager will issue the appropriate Notice of Zoom Hearing forthwith, and the Parties
2  shall arrange for the attendance of a court reporter for the proceedings.

4  Dated this 6th day of June 2022.

*(signature)*

_____
Hon. Philip M. Pro (Ret.)
SPECIAL MASTER