J. RANDALL JONES, ESQ., SBN 1927
r.jones@kempjones.com
MICHAEL J. GAYAN, ESQ., SBN 11135
m.gayan@kempjones.com
MONA KAVEH, ESQ., SBN 11825
m.kaveh@kempjones.com
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone:      +1 702 385 6000

DAVID R. SINGER, ESQ. (*pro hac vice*)
dsinger@jenner.com
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
agallegos@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:      +1 213 239 5100
Facsimile:      +1 213 239 5199

RICHARD L. STONE, ESQ. (*pro hac vice*)
rstone@fastmail.com
850 Devon Avenue
Los Angeles, California 90024
Telephone:      +1 310 993 2068

*Attorneys for Defendants/Counterclaimant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>SHELDON ADELSON, et al.<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:19-cv-01667-ART-VCF<br><br>**JOINT STIPULATION AND ORDER PERMITTING CONSOLIDATED BRIEFING FOR DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR RELIEF RE DEPOSITION CONDUCT [ECF NO. 691] AND DEFENDANTS' OPPOSITION TO PLAINTIFF'S COUNTERMOTION FOR DISCOVERY SANCTIONS [ECF NO. 696]**<br><br>**[FIRST REQUEST]** |

117895012.1

1   Plaintiff/Counterdefendant LAS VEGAS SUN, INC., and Counterdefendants BRIAN GREENSPUN and GREENSPUN MEDIA GROUP, LLC (collectively the "Sun"), by and through their counsel Lewis Roca Rothgerber Christie LLP, Pisanelli Bice PLLC, and the Alioto Law Firm, and Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., and Defendants NEWS+MEDIA CAPITAL GROUP LLC, SHELDON ADELSON, PATRICK DUMONT, and INTERFACE OPERATIONS LLC DBA ADFAM (collectively "Defendants"), by and through their counsel of record, Kemp Jones, LLP, Jenner & Block LLP, and Richard L. Stone, Esq., hereby stipulate and agree as follows:

1.  On May 19, 2022, Defendants filed a Motion for Relief Re Deposition Conduct. ECF No. 691.

2.  On June 2, 2022, the Sun filed a consolidated Opposition to Defendants' Motion for Relief Re Deposition Conduct [ECF Nos. 694 & 695], and Countermotion for Discovery Sanctions [ECF Nos. 696 & 697].

3.  Pursuant to Local Rule 7-2(b), the deadline for Defendants to file a Reply in Support of Defendants' Motion for Relief Re Deposition Conduct is June 9, 2022, and the deadline for Defendants' Opposition to the Sun's Countermotion for Discovery Sanctions is June 16, 2022.

4.  The Parties hereby stipulate and agree that Defendants will file a consolidated brief comprising Defendants' Reply in Support of Motion for Relief re Deposition Conduct and Defendants' Opposition to Plaintiff's Countermotion for Discovery Sanctions by June 16, 2022.

5.  The Consolidated Brief will conform to the 24-page limit for responses to motions provided by Local Rule 7-3(b).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

117895012.1

6.   The Sun's Reply in support of its Countermotion for Discover Sanctions will be due on June 23, 2022.

DATED this 8th day of June, 2022.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: *Kristen L. Martini*
E Leif Reid, Bar No. 5750
Kristen L. Martini, Bar No. 11272
Marla J. Hudgens, Bar No. 11098
Nicole Scott, Bar No. 13757
One East Liberty Street, Suite 300
Reno, Nevada 89501-2128

PISANELLI BICE PLLC
James J. Pisanelli, Bar No. 4027
Todd L. Bice, Bar No. 4534
Jordan T. Smith, Bar No. 12097
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

ALIOTO LAW FIRM
Joseph M. Alioto, *Pro Hac Vice*
One Sansome Street, 35th Floor
San Francisco, California 94104

*Attorneys for Defendants/ Counterclaimant*

DATED this 8th day of June, 2022.

KEMP JONES, LLP

By: *Michael J. Gayan*
J. Randall Jones, Esq., Bar No. 1927
Michael J. Gayan, Esq., Bar No. 11135
Mona Kaveh, Esq., Bar No. 11825
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

JENNER & BLOCK LLP
David R. Singer, Esq., *Pro Hac Vice*
Amy M. Gallegos, Esq., *Pro Hac Vice*
515 South Flower Street, Suite 3300
Los Angeles, California 90071

Richard L. Stone, Esq., *Pro Hac Vice*
850 Devon Avenue
Los Angeles, California 90024

*Attorneys for Defendants/ Counterclaimant*

**IT IS SO ORDERED**,

_____
SPECIAL MASTER

DATED:  **June 8, 2022**

117895012.1