J. RANDALL JONES, ESQ., SBN 1927
r.jones@kempjones.com
MICHAEL J. GAYAN, ESQ., SBN 11135
m.gayan@kempjones.com
MONA KAVEH, ESQ., SBN 11825
m.kaveh@kempjones.com
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone:       +1 702 385 6000

DAVID R. SINGER, ESQ. (*pro hac vice*)
dsinger@jenner.com
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
agallegos@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:       +1 213 239 5100
Facsimile:       +1 213 239 5199

RICHARD L. STONE, ESQ. (*pro hac vice*)
rstone@fastmail.com
850 Devon Avenue
Los Angeles, California 90024
Telephone:       +1 310 993 2068

*Attorneys for Defendants/Counterclaimant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHELDON ADELSON, et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:19-CV-01667-ART-VCF<br><br>**STIPULATION AND ORDER REGARDING SEALING OPPOSITION TO COUNTERDEFENDANT GREENSPUN MEDIA GROUP, LLC'S MOTION FOR A PROTECTIVE ORDER REGARDING DEFENDANTS' FRCP 30(b)(6) DEPOSITION [ECF NO. 693]** |

Plaintiff/Counterdefendant LAS VEGAS SUN, INC., and Counterdefendants BRIAN GREENSPUN and GREENSPUN MEDIA GROUP, LLC (collectively the "Sun"), by and through their counsel Lewis Roca Rothgerber Christie LLP, Pisanelli Bice PLLC, and the Alioto Law Firm, and Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., and Defendants NEWS+MEDIA CAPITAL GROUP LLC, SHELDON ADELSON, PATRICK DUMONT, and INTERFACE OPERATIONS LLC DBA ADFAM (collectively "Defendants"), by and through their counsel of record, Kemp Jones, LLP, Jenner & Block LLP, and Richard L. Stone, Esq., hereby stipulate and agree as follows:

1.      On March 18, 2022, the Court ordered, *inter alia*, the parties to meet and confer prior to filing any additional motions to seal. ECF No. 619. The parties' met-and-conferred on June 10, 2022, regarding sealing relating to the Opposition to Counterdefendant Greenspun Media Group, LLC's Motion for a Protective Order Regarding Defendants' FRCP 30(b)(6) Deposition [ECF No. 693]. Matthew Tsai, Esq., on behalf of the Sun, and Mona Kaveh, Esq., on behalf of Defendants, engaged in a meet and confer.

2.      The parties agree that the following, and any references thereto in the Opposition, are appropriate for sealing:

- **Exhibit J:** Text message exchanges between Bob Cauthorn and Brian Greenspun, which the Sun has marked as "Attorneys' Eyes Only" pursuant to the parties' Protective Order.

- **Exhibit K**: Excerpts of the transcript of the deposition of Jason Taylor, taken on May 12, 2022. Mr. Taylor's deposition transcript is temporarily designated as "Confidential" in its entirety pursuant to the parties' Protective Order, and the parties have until 30 days after receipt of the deposition transcript to confirm what portions, if any, should remain "Confidential" or "Attorney's Eyes Only." ECF No. 87 ¶ 7(a). Given that the 30-day deadline has not run, the entirety of this exhibit is provisionally filed under seal.

- **Exhibit N**: The Sun's Balance Sheet, as of June 30, 2021 (SUN_00068228), which the Sun has marked as "Attorneys' Eyes Only" pursuant to the parties' Protective Order. This exhibit contains sensitive financial information.

DATED this 10th day of June, 2022.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Kristen Martini*
E. Leif Reid, Bar No. 5750
Kristen L. Martini, Bar No. 11272
Marla J. Hudgens, Bar No. 11098
Nicole Scott, Bar No. 13757
One East Liberty Street, Suite 300
Reno, Nevada 89501-2128

PISANELLI BICE PLLC
James J. Pisanelli, Bar No. 4027
Todd L. Bice, Bar No. 4534
Jordan T. Smith, Bar No. 12097
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

ALIOTO LAW FIRM
Joseph M. Alioto, *Pro Hac Vice*
One Sansome Street, 35th Floor
San Francisco, California 94104

*Attorneys for Plaintiff/Counterdefendants*

DATED this 10th day of June, 2022.

KEMP JONES LLP

By: */s/ Mona Kaveh*
J. Randall Jones, Esq., Bar No. 1927
Michael J. Gayan, Esq., Bar No. 11135
Mona Kaveh, Esq., Bar No. 11825
3800 Howard Hughes Parkway, 17th Fl.
Las Vegas, Nevada 89169

Amy M. Gallegos, Esq., *Pro Hac Vice*
David R. Singer, Esq., *Pro Hac Vice*
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071

Richard L. Stone, Esq., *Pro Hac Vice*
850 Devon Avenue
Los Angeles, California 90024

*Attorneys for Defendants/*
*Counterclaimant*

**IT IS SO ORDERED**:

_____
SPECIAL MASTER

DATED: _____**June 13, 2022**_____