**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>　　　　　　　Defendants. | 2:19-cv-01667-GMN-VCF<br><br><br><br>**ORDER SETTING TELEPHONIC HEARING BEFORE THE SPECIAL MASTER ON DOCKETING ISSUES** |
| LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.,<br><br>　　　　　　　Defendants. | |

　　　It has been brought to my attention that the following Motions to Seal, filed between June 2021 and February 2022, are still shown on the Court's docket for this case as "unresolved." Although I assume

1

each has been resolved in the context of addressing the underlying Motions to which the Motions to Seal relate, I find it necessary to convene a brief telephonic conference with Counsel for the Parties to confirm that the Clerk's Office can clear them on the docket as Granted or Denied or otherwise withdrawn or resolved.

IT IS THEREFORE ORDERED that a telephonic conference is hereby set for next Monday, July 25, 2022, at 9:00 am Pacific to confirm the status of the following Motions to Seal:

1. ECF DOC. 405 – PLAINTIFF'S SEALED MOTION TO COMPEL COMPLIANCE WITH INTERFACE OPERATIONS LLC SUBPOENA FILED JUNE 4, 2021;

2. ECF DOC. 499 -- PLAINTIFF'S MOTION TO SEAL FILED NOVEMBER 9, 2021;

3. ECF DOC. 508 -- DEFENDANT'S MOTION TO SEAL FILED NOVEMBER 23, 2021;

4. ECF DOC. 512 -- PLAINTIFF'S MOTION TO SEAL FILED NOVEMBER 29, 2021;

5. ECF DOC. 515 -- PLAINTIFF'S MOTION TO SEAL FILED NOVEMBER 30, 2021;

6. ECF DOC. 533 -- COUNTER DEFENDANT'S MOTION TO SEAL FILED DECEMBER 21, 2021;

7. ECF DOC. 535 -- COUNTER DEFENDANT'S SEALED MOTION TO COMPEL PRODUCTION OF DOCUMENTS IN RESPONSE TO REQUEST NO. 523 FILED DECEMBER 21, 2021;

8. ECF DOC. 542 -- DEFENDANT'S MOTION TO SEAL FILED DECEMBER 27, 2021;

9. ECF DOC. 533 & 544 -- SEALED MOTION PERMITTING REMOTE DEPOSITION OF DEFENDANTS FILED DECEMBER 27, 2021;

10. ECF DOC. 574 – DEFENDANT'S MOTION TO SEAL FILED FEBRUARY 2, 2022;

11. ECF DOC. 582 -- COUNTER DEFENDANT'S MOTION TO SEAL FILED FEBRUARY 9, 2022.

Dated this 18th day of July 2022.

_____
Hon. Philip M. Pro (Ret.)
SPECIAL MASTER