J. RANDALL JONES, ESQ., SBN 1927
r.jones@kempjones.com
MICHAEL J. GAYAN, ESQ., SBN 11135
m.gayan@kempjones.com
MONA KAVEH, ESQ., SBN 11825
m.kaveh@kempjones.com
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada  89169
Telephone:       +1 702 385 6000

DAVID R. SINGER, ESQ. (*pro hac vice*)
dsinger@jenner.com
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
agallegos@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California  90071
Telephone:       +1 213 239 5100
Facsimile:       +1 213 239 5199

RICHARD L. STONE, ESQ. (*pro hac vice*)
rstone@fastmail.com
850 Devon Avenue
Los Angeles, California  90024
Telephone:       +1 310 993 2068

*Attorneys for Defendants/Counterclaimant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHELDON ADELSON, et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | Case No. 2:19-cv-01667-ART-VCF <br><br> **JOINT STIPULATION FOR EXTENSION OF SCHEDULE FOR DEPOSITIONS** |

118280591.1

1    Plaintiff/Counterdefendant LAS VEGAS SUN, INC., and Counterdefendants BRIAN

2    GREENSPUN and GREENSPUN MEDIA GROUP, LLC (collectively the "Sun"), by and through

3    their counsel Lewis Roca Rothgerber Christie LLP, Pisanelli Bice PLLC, and the Alioto Law Firm,

4    and Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., and Defendants

5    NEWS+MEDIA CAPITAL GROUP LLC, SHELDON ADELSON, PATRICK DUMONT, and

6    INTERFACE OPERATIONS LLC DBA ADFAM (collectively the "Defendants"), by and

7    through their counsel of record, Kemp Jones, LLP, and Jenner & Block LLP, hereby stipulate and

8    agree as follows:

9        1.    The Second Amended Scheduling Order (ECF No. 552) places the deadline for fact

10   discovery on June 7, 2022.  The Court previously entered an Order allowing for the Parties to take

11   certain depositions following the close of fact discovery on June 7, 2022, and extending the close

12   of fact deposition discovery to August 19, 2022. ECF Nos. 684, 671. For various reasons, the

13   Parties will not be able to complete all fact depositions by August 19, 2022, and need to otherwise

14   amend their previously stipulated deposition schedule. The Parties jointly request that the Court

15   enter the attached Order allowing for the Parties to take two depositions the week following the

16   close of fact deposition discovery on August 19, 2022, and allowing for the Parties' other

17   depositions to proceed on an amended schedule.

18       2.    Specifically, the deposition of Mather Economics LLC's 30(b)(6) corporate

19   representative will take place on August 22, 2022, and the deposition of Chase Rankin as the

20   Review-Journal's 30(b)(6) corporate representative will take place on August 24, 2022. These

21   extensions of the fact deposition discovery deadline will not be used as a basis to extend other

22   deadlines or for any other relief.

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

118280591.1

3.     The following depositions will take place on an amended schedule as follows:

| Date | Witness | Duration |
|---|---|---|
| July 20, 2022 | Review-Journal 30(b)(6) (Steve Hall) | Seven (7) hours per Fed. R. Civ. P. 30(d)(1) |
| July 29, 2022 | Adfam 30(b)(6); Review-Journal 30(b)(6) (Steven O'Connor) | Seven (7) hours |
| August 5, 2022 | Katie Horton | Seven (7) hours per Fed. R. Civ. P. 30(d)(1) |
| August 9, 2022 | Frank Vega | Seven (7) hours per Fed. R. Civ. P. 30(d)(1) |
| August 11, 2022 | Review-Journal 30(b)(6) (Chris Blaser) | Seven (7) hours per Fed. R. Civ. P. 30(d)(1) |
| August 12, 2022 | Chris Blaser | Five (5) hours |
| August 15, 2022 | GMG 30(b)(6) (Robert Cauthorn) | Seven (7) hours per Fed. R. Civ. P. 30(d)(1) |
| August 19, 2022 | Review-Journal 30(b)(6) (Glenn Cook) | Seven (7) hours per Fed. R. Civ. P. 30(d)(1) |
| August 22, 2022 | Mather Economics, LLC 30(b)(6) | Seven (7) hours per Fed. R. Civ. P. 30(d)(1) |
| August 24, 2022 | Review-Journal 30(b)(6) (Chase Rankin) | Four (4) hours |

4.     The close of fact discovery will remain in place on June 7, 2022, with respect to all fact discovery other than the foregoing depositions.  The other case deadlines as described in the Parties' previously submitted joint stipulation (ECF No. 671) and as entered by the Court (ECF No. 684) will remain the same.

/ / /

/ / /

/ / /

118280591.1

DATED this 19th day of July, 2022.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Kristen Martini
_____
    E. Leif Reid, Bar No. 5750
    Kristen L. Martini, Bar No. 11272
    Marla J. Hudgens, Bar No. 11098
    Nicole Scott, Bar No. 13757
    One East Liberty Street, Suite 300
    Reno, Nevada 89501-2128

    PISANELLI BICE PLLC
    James J. Pisanelli, Bar No. 4027
    Todd L. Bice, Bar No. 4534
    Jordan T. Smith, Bar No. 12097
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101

    ALIOTO LAW FIRM
    Joseph M. Alioto, *Pro Hac Vice*
    One Sansome Street, 35th Floor
    San Francisco, California 94104

    *Attorneys for Plaintiff/Counterdefendants*

DATED this 19th day of July, 2022.

KEMP JONES LLP

By: /s/ Michael Gayan
_____
    J. Randall Jones, Esq., Bar No. 1927
    Michael J. Gayan, Esq., Bar No. 11135
    Mona Kaveh, Esq., Bar No. 11825
    3800 Howard Hughes Parkway, 17th Fl.
    Las Vegas, Nevada 89169

    David R. Singer, Esq., *Pro Hac Vice*
    Amy M. Gallegos, Esq., *Pro Hac Vice*
    JENNER & BLOCK LLP
    633 West 5th Street, Suite 3600
    Los Angeles, California 90071

    Richard L. Stone, Esq. (*pro hac vice*)
    850 Devon Avenue
    Los Angeles, California  90024

    *Attorneys for Defendants/
    Counterclaimant*

**IT IS SO ORDERED**:

Dated this __19__ day of __July__, 2022.

_____
SPECIAL MASTER PHILIP M. PRO

1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

2

3    LAS VEGAS SUN, INC., a Nevada             Case No. 2:19-CV-01667-ART-VCF
     corporation,

4                        Plaintiff,

          v.

5                                              **[PROPOSED]** ORDER EXTENDING
     SHELDON ADELSON, an individual, and as    SCHEDULE FOR DEPOSITIONS

6    the alter ego of News+Media Capital Group
     LLC, Las Vegas Review-Journal, Inc., and

7    Interface Operations LLC dba Adfam;
     PATRICK DUMONT, an individual, and as

8    alter ego of Las Vegas Review-Journal, Inc.,
     News+Media Capital Group, LLC, and Interface

9    Operations LLC dba Adfam; NEWS+MEDIA
     CAPITAL GROUP LLC, a Delaware limited

10   liability company; LAS VEGAS
     REVIEWJOURNAL, INC., a Delaware

11   corporation; INTERFACE OPERATIONS LLC
     DBA ADFAM, a Delaware limited liability

12   company and as alter ego of Las Vegas Review-
     Journal, Inc., and News+Media Capital Group,

13   LLC; and DOES, I-X, inclusive,

14                       Defendants.

15   LAS VEGAS REVIEW-JOURNAL, INC., a
     Delaware corporation,

16                       Counterclaimant,

17        v.

18   LAS VEGAS SUN, INC. a Nevada corporation;
     BRIAN GREENSPUN, an individual and as the

19   alter ego of Las Vegas Sun, Inc.; GREENSPUN
     MEDIA GROUP, LLC, a Nevada limited

20   liability company, as the alter ego of Las Vegas
     Sun, Inc.

21                       Counterclaim Defendants.

22        Plaintiff/Counterdefendant LAS VEGAS SUN, INC., and Counterdefendants BRIAN

23   GREENSPUN and GREENSPUN MEDIA GROUP, LLC, by and through their counsel Lewis

24   Roca Rothgerber Christie LLP, Pisanelli Bice PLLC, and the Alioto Law Firm, and

25   Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., and Defendants

26   NEWS+MEDIA CAPITAL GROUP LLC, SHELDON ADELSON, PATRICK DUMONT, and

27   INTERFACE OPERATIONS LLC DBA ADFAM, by and through their counsel of record, Kemp

28   Jones, LLP, and Jenner & Block LLP, hereby stipulate and agree as follows:

1

118280591.1

1.      On May 2, 2022, after the Parties submitted a Joint Stipulation for (1) Extension of Schedule for Depositions, and (2) Withdrawal of Sun's Motion for an Order Shortening Time (ECF No. 671), Special Master Pro entered an Order on the Parties' stipulation.  As a result, the updated case deadlines were entered as follows:

| | |
|---|---|
| <u>Close of Fact Discovery</u>: | June 7, 2022 |
| <u>Close of Fact Deposition Discovery</u>: | August 19, 2022 |
| <u>Expert Disclosures</u>: | September 19, 2022 |
| <u>Rebuttal Expert Deadline</u>: | November 18, 2022 |
| <u>Close of Expert Discovery</u>: | December 19, 2022 |
| <u>Dispositive Motion/Pre-Hearing Briefs Deadline</u>: | January 18, 2023 |
| <u>Pretrial Order</u>: | February 17, 2023 |

ECF No. 684.

2.      The Parties agree and stipulate that the foregoing deadlines remain in place, however the Parties' deadline to complete certain depositions that have been discussed and scheduled among the Parties will be on August 24, 2022.

3.      The Parties further agree that the schedule for other depositions taking place after June 7, 2022, is amended according to the Parties' joint stipulation dated July 18, 2022.

4.      The close of fact discovery on June 7, 2022, shall remain in place with respect to all fact discovery other than the fact depositions identified in the Parties' stipulation.

**IT IS SO ORDERED**:

Dated this **19** day of **July**, 2022.

_____
SPECIAL MASTER PHILIP M. PRO

118280591.1

**<u>PROOF OF SERVICE</u>**

I hereby certify that on the 19th day of July, 2022, I served a true and correct copy of the foregoing **JOINT STIPULATION FOR EXTENSION OF SCHEDULE FOR DEPOSITIONS** via the United States District Court's CM/ECF electronic filing system to all parties on the e-service list.

> E. Leif Reid, Bar No. 5750
> Marla Hudgens, Bar No. 11098
> Kristen L. Martini, Bar No. 11272
> Nicole Scott, Bar No. 13757
> LEWIS ROCA ROTHGERBER CHRISTIE LLP
> One East Liberty Street, Suite 300
> Reno, Nevada 89501
>
> Joseph M. Alioto, *Pro Hac Vice*
> ALIOTO LAW FIRM
> One Sansome Street, 35th Floor
> San Francisco, California 94104
>
> James J. Pisanelli, Bar No. 4027
> Todd L. Bice, Bar No. 4534
> Jordan T. Smith, Bar No. 12097
> PISANELLI BICE PLLC
> 400 South 7th Street, Suite 300
> Las Vegas, Nevada 89101
>
> *Attorneys for Plaintiff/Counterclaim Defendants*

> /s/ Pamela McAfee
> An employee of Kemp Jones, LLP

118280591.1

3