J. RANDALL JONES, ESQ., SBN 1927
r.jones@kempjones.com
MICHAEL J. GAYAN, ESQ., SBN 11135
m.gayan@kempjones.com
MONA KAVEH, ESQ., SBN 11825
m.kaveh@kempjones.com
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone:     +1 702 385 6000

DAVID R. SINGER, ESQ. (*pro hac vice*)
dsinger@jenner.com
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
agallegos@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:     +1 213 239 5100
Facsimile:     +1 213 239 5199

RICHARD L. STONE, ESQ. (*pro hac vice*)
rstone@fastmail.com
850 Devon Avenue
Los Angeles, California 90024
Telephone:     +1 310 993 2068

Attorneys for Defendants/Counterclaimant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>                       Plaintiff,<br><br>     v.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>                       Defendants. | Case No. 2:19-cv-01667-GMN-VCF<br><br>**STIPULATION AND ORDER REGARDING SEALING (1) DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE'S ORDER RE: PLAINTIFF & COUNTERDEFENDANTS' MOTION FOR A PROTECTIVE ORDER (ECF NO. 619); AND (2) PLAINTIFF'S OBJECTION TO ORDER OVERRULING PLAINTIFF'S OBJECTION TO THE SPECIAL MASTER'S ORDER (ECF NO. 619)** |

117308564.1

| | |
|---|---|
| 1 | LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation, |
| 2 | |
| 3 | Counterclaimant, |
| 4 | v. |
| 5 | LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc., |
| 6 | |
| 7 | |
| 8 | Counterclaim-Defendants. |

2

117308564.1

Plaintiff/Counterdefendant LAS VEGAS SUN, INC., and Counterdefendants BRIAN GREENSPUN and GREENSPUN MEDIA GROUP, LLC (collectively the "Sun"), by and through their counsel Lewis Roca Rothgerber Christie LLP, Pisanelli Bice PLLC, and the Alioto Law Firm, and Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., and Defendants NEWS+MEDIA CAPITAL GROUP LLC, SHELDON ADELSON, and PATRICK DUMONT (collectively the "Review-Journal"), by and through their counsel of record, Kemp Jones, LLP, Jenner & Block LLP, and Richard L. Stone, Esq., hereby stipulate and agree as follows:

1. On March 18, 2022, the Court ordered, *inter alia*, the parties to meet and confer prior to filing any additional motions to seal. The parties' met-and-conferred on April 1, 2022, regarding sealing relating to Defendants' Objection to Magistrate Judge's Order Re: Plaintiff and Counterdefendants' Motion for a Protective Order (ECF No. 619) ("Review-Journal's Objection"); and Plaintiff's Objection to Order Overruling Plaintiff's Objection to the Special Master's Order regarding Interrogatories 14-15 (ECF No. 619) ("Sun's Objection"). For the Sun, Marla Hudgens, Esq. appeared, and for the Review-Journal, Mona Kaveh, Esq. appeared.

2. Regarding the Review-Journal's Objection, the parties agree that the following is appropriate for sealing:

(a) References to the non-public portions of the 2019 final arbitration award. These same references were ordered sealed by the Special Master on January 5, 2022, under the same good cause standard. *See* ECF No. 554 at 2:4–5 (Special Master granting Defendants' motion to seal at ECF No. 530, which sought to seal the exact same reference to the 2019 final arbitration award under the good cause standard);

(b) Portions of Exhibit C, which contains excerpts of the deposition transcript of the Sun's 30(b)(6) designee. The portion sealed at 162:20–25 relates to specific figures that the Sun has marked as Attorneys' Eyes Only; and

(c) Exhibit D, which contains excerpts of the deposition transcript of Brian Greenspun. Exhibit D is filed under seal because Mr. Greenspun's deposition transcript is temporarily designated as "Confidential" in its entirety pursuant to the parties' Protective Order, and the parties have until 30 days after receipt of the deposition transcript to confirm which

1

portions, if any, should remain "Confidential" or be further designated as "Attorney's Eyes Only." ECF No. 87 ¶ 7(a). The parties did not receive Mr. Greenspun's final deposition transcript until April 1, 2022, and so given that the 30-day deadline has not run, Exhibit D is provisionally filed under seal. Furthermore, the transcript excerpts in Exhibit D contain discussions and references to confidential and/or proprietary materials that have been marked Confidential by the Sun as part of its discovery production because they contain confidential and/or proprietary information that the Sun alleges would be harmful to the Sun if disclosed to the public.

3. Regarding the Sun's Objection, the parties agree that the following is appropriate for sealing:

(a) References to non-public portions of the 2019 final arbitration award;

(b) Exhibit 1, which contains excerpts of the deposition transcript of Steven Hall from the confidential 2019 arbitration; and

(c) Portions of Exhibit 2, which contains Defendants' Supplement to First Amended Responses to Plaintiff's Interrogatories (First Set) ("Supplement"). For Exhibit 2, the Sun seeks to redact only certain exhibits attached to the Supplement that the Review-Journal marked as Attorney's Eyes Only, specifically exhibits 3, 4, and 6 to the Supplement.

As for the arbitration materials, as mentioned above, this Court has similarly sealed materials from the 2019 private arbitration, including the 2019 final arbitration award and 2019 arbitration testimony, under the same lower good cause standard. *See, e.g.,* Court Orders at ECF No. 303 at 45:19–47:2, 52:22–54:16; ECF No. 368 at 17:4-8; and ECF No. 421 at 2:18-20 (all finding good cause to seal various 2019 arbitration materials attached to discovery briefs); *see also* ECF No. 554 (cited above); 01/10/22 Hearing Transc. at 63:12–65:2 (Special Master granting Defendants' sealing motion at ECF No. 508 relating to the sealing of the non-public portions of the 2019 final arbitration award and holding, "So my view is that the motion to seal by defendants, the non-public portions of the arbitration award, should simply be granted consistent with what I said last week.").

117308564.1

DATED this 1st day of April, 2022.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Marla J. Hudgens*
    E. Leif Reid, Bar No. 5750
    Kristen L. Martini, Bar No. 11272
    Marla J. Hudgens, Bar No. 11098
    Nicole Scott, Bar No. 13757
    One East Liberty Street, Suite 300
    Reno, Nevada 89501-2128

    PISANELLI BICE PLLC
    James J. Pisanelli, Bar No. 4027
    Todd L. Bice, Bar No. 4534
    Jordan T. Smith, Bar No. 12097
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101

    ALIOTO LAW FIRM
    Joseph M. Alioto, *Pro Hac Vice*
    One Sansome Street, 35th Floor
    San Francisco, California 94104

*Attorneys for Plaintiff/Counterdefendants*

DATED this 1st day of April, 2022.

KEMP JONES LLP

By: */s/ Mona Kaveh*
    J. Randall Jones, Esq., Bar No. 1927
    Michael J. Gayan, Esq., Bar No. 11135
    Mona Kaveh, Esq., Bar No. 11825
    3800 Howard Hughes Parkway, 17th Fl.
    Las Vegas, Nevada 89169

    Amy M. Gallegos, Esq., *Pro Hac Vice*
    David R. Singer, Esq., *Pro Hac Vice*
    JENNER & BLOCK LLP
    633 West 5th Street, Suite 3600
    Los Angeles, California 90071

    Richard L. Stone, Esq., *Pro Hac Vice*
    850 Devon Avenue
    Los Angeles, California 90024

*Attorneys for Defendants/Counterclaimant*

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7-26-2022

3

117308564.1