1  J. RANDALL JONES, ESQ., SBN 1927
   r.jones@kempjones.com
2  MICHAEL J. GAYAN, ESQ., SBN 11135
   m.gayan@kempjones.com
3  MONA KAVEH, ESQ., SBN 11825
   m.kaveh@kempjones.com
4  KEMP JONES LLP
   3800 Howard Hughes Parkway, 17th Floor
5  Las Vegas, Nevada 89169
   Telephone:     +1 702 385 6000
6
   DAVID R. SINGER, ESQ. (*pro hac vice*)
7  dsinger@jenner.com
   AMY M. GALLEGOS, ESQ. (*pro hac vice*)
8  agallegos@jenner.com
   JENNER & BLOCK LLP
9  515 South Flower Street, Suite 3300
   Los Angeles, California 90071
10 Telephone:     +1 213 239 5100
   Facsimile:     +1 213 239 5199
11
   RICHARD L. STONE, ESQ. (*pro hac vice*)
12 rstone@fastmail.com
   850 Devon Avenue
13 Los Angeles, California 90024
   Telephone:     +1 310 993 2068
14
   *Attorneys for Defendants/Counterclaimant*

15

16                    **UNITED STATES DISTRICT COURT**

17                           **DISTRICT OF NEVADA**

18  | LAS VEGAS SUN, INC., a Nevada corporation, | Case No. 2:19-CV-01667-ART-VCF |
19  | | |
    | Plaintiff, | **[PROPOSED]** ORDER REGARDING SEALING OF DOCUMENTS |
20  | | |
21  | v. | |
22  | SHELDON ADELSON, et al., | |
    | Defendants. | |
23  | | |
24  | AND RELATED COUNTERCLAIM | |

25

26

27

28

It came to the Court's attention that various Motions to Seal, filed between June 2021 and February 2022, were still shown on the Court's docket as "unresolved." ECF No. 720. The Court held a telephonic conference with counsel on July 25, 2022, at 10:00 a.m., to discuss the various Motions to Seal. Appearing for Plaintiff/Counterdefendant LAS VEGAS SUN, INC., and Counterdefendants BRIAN GREENSPUN and GREENSPUN MEDIA GROUP, LLC (collectively the "Sun"), were Kristen Martini, Esq. and Lucy Crow, Esq. of Lewis Roca Rothgerber Christie LLP; and appearing for Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., and Defendants NEWS+MEDIA CAPITAL GROUP LLC, SHELDON ADELSON, PATRICK DUMONT, and INTERFACE OPERATIONS LLC DBA ADFAM (collectively "Defendants"), were Michael Gayan, Esq. and Mona Kaveh, Esq. of Kemp Jones, LLP. The Court hereby enters the following Order:

1. **ECF No. 405:**

On June 4, 2021, Plaintiff filed a Motion for Leave to File Documents Under Seal [Exhibits 4-6, and 12 to Plaintiff's Renewed Motion to Compel Compliance with Interface Operations LLC dba Adfam Subpoena and References Thereto]. ECF No. 402. On June 17, 2021, Defendants filed their Response. ECF No. 417. On June 22, 2021, this Court granted ECF No. 402. ECF No. 421 at 3:1-3.

ECF No. 405 is Plaintiff's Renewed Motion to Compel Compliance with Interface Operations LLC dba Adfam Subpoena (Filed Under Seal). Because this Court granted ECF No. 402, Plaintiff's Renewed Motion at ECF No. 405 shall remain sealed.

2. **ECF No. 499:**

On November 9, 2021, Plaintiff filed a Motion for Leave to File Documents Under Seal [Exhibits 13-14, 21-25 to Plaintiff's Motion to Compel Defendants to Respond to Plaintiff's First Set of Interrogatories]. ECF No. 499. On November 23, 2021, Defendants filed their Non-Opposition. ECF No. 507. On January 10, 2022, this Court granted ECF No. 499. *See* 01/10/22 Hearing Tr. at 63:1-5.

Therefore, Exhibits 13-14, 21-25 attached to Plaintiff's Motion to Compel at ECF Nos. 500 & 501 (Redacted), and ECF Nos. 502 & 503 (FUS), and any references thereto, shall remain

sealed.

3. **ECF No. 508:**

On November 23, 2021, Defendants filed a Motion for Leave to File Under Seal [Portions of Defendants' Opposition to Plaintiff's Motion to Compel Defendants to Respond to Plaintiff's First Set of Interrogatories]. ECF No. 508. On December 6, 2021, Plaintiff filed its Opposition (ECF No. 518), followed by Defendants' Reply on December 13, 2021. ECF No. 525. On January 10, 2022, this Court granted ECF No. 508. *See* 01/10/22 Hearing Tr. at 63:6-64:5.

Therefore, Exhibit B and the portions of Exhibit D marked as Attorneys' Eyes Only attached to Defendants' Opposition at ECF Nos. 509 (Redacted), 510 (FUS), & 511 (Corrected Image), and any references thereto, shall remain sealed.

4. **ECF No. 512:**

On November 29, 2021, Plaintiff filed a Motion for Leave to Temporarily File Documents Under Seal and Motion to Unseal Regarding Exhibit 2 to Plaintiff's Reply in Support of Motion to Compel Production of Documents in Response to Request No. 285 (ECF No. 497). ECF No. 512. On December 13, 2021, Defendants filed a Response and did not object to the unsealing of the 11 pages attached as Exhibit 2. ECF No. 524. On December 20, 2021, Plaintiff filed its Reply. ECF No. 529. On January 10, 2022, this Court granted ECF No. 512. *See* 01/10/22 Hearing Tr. at 3:21-4:19.

Therefore, Exhibit 2 attached to Plaintiff's Reply at ECF Nos. 513 (Redacted) & 514 (FUS) may be unsealed.

5. **ECF No. 515:**

On November 30, 2021, Plaintiff filed a Motion for Leave to File Under Seal [Portions of Plaintiff's Reply in Support of Motion to Compel Defendants to Respond to Plaintiff's First Set of Interrogatories (ECF No. 500)]. ECF No. 515. On December 13, 2021, Defendants filed a Non-Opposition. ECF No. 526. On January 10, 2022, this Court granted ECF No. 515. *See* 01/10/22 Hearing Tr. at 64:5-9.

Therefore, the portions of Plaintiff's Reply at ECF Nos. 516 (Redacted) and 517 (FUS) citing to previously-sealed exhibits shall remain sealed.

2

  **6.**   <u>**ECF No. 533:**</u>

On December 21, 2021, Plaintiff filed a Motion for Leave to File Documents Under Seal [Exhibits 2 & 10-13 to Plaintiff's Motion to Compel Production of Documents in Response to Request No. 523]. ECF No. 533. Plaintiff sought to unseal Exhibits 2 and 13, and seal Exhibits 10-12. *Id.* On January 4, 2022, Defendants filed their Response. ECF No. 551. Defendants agreed that Exhibits 10-12 should remain sealed, disagreed and contended that Exhibit 2 should remain sealed, and did not object to the unsealing of Exhibit 13. *Id.* On January 10, 2022, the Sun filed a Reply. ECF No. 556. On February 10, 2022, this Court partially granted ECF No. 533 and agreed with Defendants. *See* 02/10/22 Hearing Tr. at 4:3-20.

Therefore, Exhibits 2, and 10-12 attached to Plaintiff's Motion to Compel at ECF Nos. 534 (Redacted) & 535 (FUS), and any references thereto, shall remain sealed, and Exhibit 13 may be unsealed.

  **7.**   <u>**ECF No. 535:**</u>

ECF No. 535 is Plaintiff's Motion to Compel Production of Documents in Response to Request No. 523 (Filed Under Seal). As stated in Item No. 6 above, any references to Exhibits 2, and 10-12 in the Motion shall remain sealed.

  **8.**   <u>**ECF No. 542:**</u>

On December 27, 2021, Defendants filed a Motion for Leave to File Under Seal [Exhibit B and Portions of Exhibits A & F to Motion for an Order Permitting a Remote Deposition and References Thereto]. ECF No. 542. On January 10, 2022, Plaintiff filed a Non-Opposition. ECF No. 555. This Court grants ECF No. 542.

Therefore, Exhibit B and Portions of Exhibits A & F attached to ECF No. 543 (Redacted) and 544 (FUS), and any references thereto, shall remain sealed.

  **9.**   <u>**ECF Nos. 543 & 544:**</u>

On December 27, 2021, Defendants filed a Motion for an Order Permitting a Remote Deposition. ECF Nos. 543 (Redacted) & 544 (FUS). On December 31, 2021, Defendants withdrew their Motion. ECF No. 547. However, based upon Item No. 8 above, any references to Exhibit B and the portions of Exhibits A & F in the Motion shall remain sealed.

3

**10.** **ECF No. 574:**

On February 2, 2022, Defendants filed a Motion for Leave to File Under Seal [Exhibits B-C and Portions of Opposition to Plaintiff's Motion to Compel Production of Documents in Response to Request No. 405 (ECF No. 560)]. ECF No. 574. On February 9, 2022, Plaintiff filed a Non-Opposition. ECF No. 581. On February 22, 2022, this Court granted ECF No. 574. *See* 02/22/22 Hearing Tr. at 4:20-5:4; ECF No. 593 at 2:1-4.

Therefore, Exhibits B-C attached to Defendants' Opposition at ECF Nos. 575 (Redacted) and 576 (FUS), and any references thereto, shall remain sealed.

**11.** **ECF No. 582:**

On February 9, 2022, Plaintiff filed a Motion for Leave to File Under Seal Exhibit 5 to Plaintiff's Reply in Support of Motion to Compel Production of Documents in Response to Request No. 405. ECF No. 582. On February 23, 2022, Defendants filed a Response. ECF No. 594. On February 22, 2022, this Court granted ECF No. 582. *See* 02/22/22 Hearing Tr. at 5:4-6:12; ECF No. 593 at 2:1-4.

On March 2, 2022, Plaintiff filed a Notice of Redacted Version of Exhibit 5 to ECF Nos. 583 & 584 in Accordance with the Special Master's Order on February 22, 2022. ECF No. 603.

**IT IS SO ORDERED**:

_____
SPECIAL MASTER

DATED: July 28, 2022