**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| LAS VEGAS SUN, INC., | 2:19-cv-01667-ART-VCF |
| Plaintiff, | |
| vs. | **ORDER** |
| SHELDON ADELSON, et al., | |
| Defendants. | |

In Judge Pro's September 21, 2021 order, he stated that he reviewed an unredacted copy of the Greenspun Family Global Agreement of June 30, 2014 in camera. ECF No. 479 at 3. Plaintiff/counter defendants also note in their opposition to the pending objection that Judge Pro reviewed the Greenspun Family Global Agreement in camera. ECF No. 733 at 3.

I ORDER that by Wednesday, August 31, 2022, the plaintiff/counter defendants must deliver the documents described as the Greenspun Family Global Agreement to my chambers for an in-camera inspection in accordance with LR IA 10-4. The documents must be delivered directly to the chambers of U.S. Magistrate Judge Cam Ferenbach and be in a sealed envelope marked "CONFIDENTIAL AND DO NOT FILE." I will decide the issues the parties raised in the pending objection (ECF No. 716) following my in-camera review of these documents.

DATED this 24th day of August 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1