E. LEIF REID, Nevada Bar No. 5750
KRISTEN L. MARTINI, Nevada Bar No. 11272
MARLA J. HUDGENS, Nevada Bar No. 11098
NICOLE SCOTT, Nevada Bar No. 13757
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel:    702.949.8200
Fax:    702.949.8398
One East Liberty Street, Suite 300
Reno, Nevada 89501
Tel:    775.823.2900
Fax:    775.823.2929
Email: lreid@lewisroca.com
        kmartini@lewisroca.com
        mhudgens@lewisroca.com
        nscott@lewisroca.com

JAMES J. PISANELLI, Nevada Bar No. 4027
TODD L. BICE, Nevada Bar No. 4534
JORDAN T. SMITH, Nevada Bar No. 12097
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Email: JJP@pisanellibice.com
        TLB@pisanellibice.com
        JTS@pisanellibice.com

JOSEPH M. ALIOTO, *PRO HAC VICE*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104
Tel: 415.434.8900
Fax: 415.434.9200
Email: jmalioto@aliotolaw.com

*Attorneys for Plaintiff/Counterdefendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>             Plaintiff,<br><br>v.<br><br>SHELDON ADELSON, an individual, and as the alter ego of News+Media Capital Group LLC, Las Vegas Review-Journal, Inc., and Interface Operations LLC dba Adfam; PATRICK DUMONT, an individual, and as alter ego of Las Vegas Review-Journal, Inc., News+Media Capital Group, LLC, and Interface Operations LLC dba Adfam; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; INTERFACE OPERATIONS LLC DBA ADFAM, a Delaware limited liability company | Case No. 2:19-cv-01667-ART-VCF<br><br><br>**STIPULATION AND ORDER REGARDING SEALING PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO SUPPLEMENT THEIR PRODUCTION** |

- i -

1   and as alter ego of Las Vegas Review-Journal, Inc., and News+Media Capital Group, LLC; and

2   DOES, I-X, inclusive,

3                    Defendants.

4   LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation,

5                    Counterclaimant,

6   v.

7   LAS VEGAS SUN, INC. a Nevada corporation;

8   BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN

9   MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas

10  Sun, Inc.,

11                   Counterclaim Defendants.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

119005926.1

Plaintiff/Counterdefendant LAS VEGAS SUN, INC., and Counterdefendants BRIAN GREENSPUN and GREENSPUN MEDIA GROUP, LLC (collectively the "Sun"), by and through their counsel Lewis Roca Rothgerber Christie LLP, Pisanelli Bice PLLC, and the Alioto Law Firm, and Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., and Defendants NEWS+MEDIA CAPITAL GROUP LLC, SHELDON ADELSON, PATRICK DUMONT, and INTERFACE OPERATIONS LLC DBA ADFAM (collectively the "RJ"), by and through their counsel of record, Kemp Jones, LLP, Jenner & Block LLP, and Richard L. Stone, Esq., hereby stipulate and agree as follows:

1.     On March 18, 2022, the Court ordered, *inter alia*, the parties to meet and confer prior to filing any additional motions to seal. ECF No. 619.

2.     On September 29, 2022, Lucy Crow, Esq., on behalf of the Sun, and Mona Kaveh, Esq., on behalf of the RJ, met and conferred regarding sealing relating to Plaintiff's Motion to Compel Defendants to Supplement Their Production.

3.     The parties agree that the following, and any references thereto, is appropriate for sealing:

- **Exhibit 2**: Excerpts of the transcript of the deposition of Stephen Hall and Exhibit 6 thereto should be filed under seal because the RJ has designated portions of the transcript "Attorneys' Eyes Only" and "Confidential" pursuant to the parties' Protective Order and Exhibit 6 contains sensitive financial information (ECF No. 87). Portions of the deposition transcript that were not designated "Attorneys' Eyes Only" or "Confidential" shall be filed publicly.

- **Exhibit 4**: The attachment to Michael Gayan's August 25, 2022, letter to the Sun should be filed under seal because the attachment contains sensitive financial information and the RJ designated it "Confidential" pursuant to the parties' Protective Order (ECF No. 87).

- **Exhibit 7**: Excerpts of the transcript of the deposition of Chase Rankin and Exhibit 3 thereto should be filed under seal because the deposition transcript is temporarily designated as "Confidential" in its entirety pursuant to the parties'

1

119005926.1

1    Protective Order, and the parties have until 30 days after receipt of the deposition

2    transcript to confirm what portions, if any, should remain "Confidential" or

3    "Attorney's Eyes Only." ECF No. 87 ¶ 7(a). Given that the 30-day deadline has

4    not run, the entirety of this exhibit is provisionally filed under seal.

5    DATED this 29th day of September, 2022.          DATED this 29th day of September, 2022.

6    LEWIS ROCA ROTHGERBER CHRISTIE LLP          KEMP JONES LLP

7

8    By: */s/ Nicole Scott*                             By: */s/ Mona Kaveh*
     _____                        _____
         E. Leif Reid, Bar No. 5750                         J. Randall Jones, Esq., Bar No. 1927

9        Kristen L. Martini, Bar No. 11272                  Michael J. Gayan, Esq., Bar No. 11135
         Marla J. Hudgens, Bar No. 11098                    Mona Kaveh, Esq., Bar No. 11825

10       Nicole Scott, Bar No. 13757                        3800 Howard Hughes Parkway, 17th Fl.
         One East Liberty Street, Suite 300                 Las Vegas, Nevada 89169

11       Reno, Nevada 89501-2128
                                                            Amy M. Gallegos, Esq., *Pro Hac Vice*

12       PISANELLI BICE PLLC                                David R. Singer, Esq., *Pro Hac Vice*
         James J. Pisanelli, Bar No. 4027                   JENNER & BLOCK LLP

13       Todd L. Bice, Bar No. 4534                         633 West 5th Street, Suite 3600
         Jordan T. Smith, Bar No. 12097                     Los Angeles, California 90071

14       400 South 7th Street, Suite 300
         Las Vegas, Nevada 89101                            Richard L. Stone, Esq., *Pro Hac Vice*

15                                                          850 Devon Avenue
         ALIOTO LAW FIRM                                    Los Angeles, California 90024

16       Joseph M. Alioto, *Pro Hac Vice*
         One Sansome Street, 35th Floor

17       San Francisco, California 94104                    *Attorneys for Defendants/*
                                                            *Counterclaimant*

18

19   *Attorneys for Plaintiff/Counterdefendants*

20

21
                                                   **IT IS SO ORDERED**:
22

23                                                 _____
                                                   SPECIAL MASTER
24

25                                                 DATED: **September 30, 2022**
                                                          _____
26

27

28

119005926.1