1  E. Leif Reid, Nevada Bar No. 5750
   Kristen L. Martini, Nevada Bar No. 11272
2  Marla J. Hudgens, Nevada Bar No. 11098
   Nicole Scott, Nevada Bar No. 13757
3  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Parkway, Suite 600
4  Las Vegas, Nevada 89169
   Tel:    702.949.8200
5  Fax:    702.949.8398
   One East Liberty Street, Suite 300
6  Reno, Nevada 89501
   Tel:    775.823.2900
7  Fax:    775.823.2929
   Email: lreid@lewisroca.com
8          kmartini@lewisroca.com
           mhudgens@lewisroca.com
9          nscott@lewisroca.com

10 James J. Pisanelli, Nevada Bar No. 4027
   Todd L. Bice, Nevada Bar No. 4534
11 Jordan T. Smith, Nevada Bar No. 12097
   PISANELLI BICE PLLC
12 400 South 7th Street, Suite 300
   Las Vegas, Nevada 89101
13 Telephone: 702.214.2100
   Email: JJP@pisanellibice.com
14         TLB@pisanellibice.com
           JTS@pisanellibice.com

Joseph M. Alioto, PRO HAC VICE
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104
Tel: 415.434.8900
Fax: 415.434.9200
Email: jmalioto@aliotolaw.com

15
   *Attorneys for Plaintiff/Counterdefendants*
16

17
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEVADA

18 LAS VEGAS SUN, INC., a Nevada               Case No. 2:19-cv-01667-ART-VCF
   corporation,
19
                Plaintiff,
20
   v.                                          **STIPULATION AND ORDER
21                                             REGARDING SEALING
   SHELDON ADELSON, an individual, and as      COUNTERDEFENDANT GREENSPUN
22 the alter ego of News+Media Capital Group   MEDIA GROUP, LLC'S RESPONSE TO
   LLC, Las Vegas Review-Journal, Inc., and    DEFENDANTS' OBJECTION TO THE
23 Interface Operations LLC dba Adfam;         MAGISTRATE JUDGE'S ORDER**
   PATRICK DUMONT, an individual, and as
24 alter ego of Las Vegas Review-Journal, Inc.,
   News+Media Capital Group, LLC, and Interface
25 Operations LLC dba Adfam; NEWS+MEDIA
   CAPITAL GROUP LLC, a Delaware limited
26 liability company; LAS VEGAS REVIEW-
   JOURNAL, INC., a Delaware corporation;
27 INTERFACE OPERATIONS LLC DBA
   ADFAM, a Delaware limited liability company
28

119178970.1

and as alter ego of Las Vegas Review-Journal, Inc., and News+Media Capital Group, LLC; and DOES, I-X, inclusive,

Defendants.

LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation,

Counterclaimant,

v.

LAS VEGAS SUN, INC. a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.,

Counterclaim Defendants.

119178970.1

1    Counterdefendant GREENSPUN MEDIA GROUP, LLC ("GMG"), by and through its

2    counsel Lewis Roca Rothgerber Christie LLP, Pisanelli Bice PLLC, and the Alioto Law Firm, and

3    Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., and Defendants

4    NEWS+MEDIA CAPITAL GROUP LLC, SHELDON ADELSON, PATRICK DUMONT, and

5    INTERFACE OPERATIONS LLC DBA ADFAM (collectively the "RJ"), by and through their

6    counsel of record, Kemp Jones, LLP, Jenner & Block LLP, and Richard L. Stone, Esq., hereby

7    stipulate and agree as follows:

8    1.    On March 18, 2022, the Court ordered, *inter alia*, the parties to meet and confer

9    prior to filing any additional motions to seal. ECF No. 619.

10   2.    On October 17, 2022, Lucy Crow, Esq. on behalf of the Sun, and Mona Kaveh, Esq.,

11   on behalf of the RJ, met and conferred regarding sealing relating to Counterdefendant's Response

12   to Defendants' Objection to the Magistrate Judge's Order.

13   3.    The parties agree that the following, and any references thereto, is appropriate for

14   sealing:

15   - **Exhibit 2**: Excerpts of the transcript of the February 16, 2022, deposition of

16     Robert Cauthorn should be filed under seal because the Sun has designated

17     portions of the transcript "Attorneys' Eyes Only" pursuant to the parties'

18     Protective Order. These portions contain testimony regarding deposition exhibit

19     215, which is designated "Attorney's Eyes Only." Any portions of the deposition

20     transcript that were not designated "Attorneys' Eyes Only" will be filed

21     publicly.

22   - **Exhibit 3**: Excerpts of the transcript of the August 15, 2022, deposition of

23     Robert Cauthorn should be filed under seal because the Sun has designated

24     portions of the transcript "Attorneys' Eyes Only" pursuant to the parties'

25     Protective Order. These portions contain testimony regarding deposition exhibit

26     447 which is designated "Attorney's Eyes Only." Any portions of the deposition

27     transcript that were not designated "Attorneys' Eyes Only" will be filed

28     publicly.

1

DATED this 17th day of October, 2022.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Marla J. Hudgens*
   E. Leif Reid, Bar No. 5750
   Kristen L. Martini, Bar No. 11272
   Marla J. Hudgens, Bar No. 11098
   Nicole Scott, Bar No. 13757
   One East Liberty Street, Suite 300
   Reno, Nevada 89501-2128

   PISANELLI BICE PLLC
   James J. Pisanelli, Bar No. 4027
   Todd L. Bice, Bar No. 4534
   Jordan T. Smith, Bar No. 12097
   400 South 7th Street, Suite 300
   Las Vegas, Nevada 89101

   ALIOTO LAW FIRM
   Joseph M. Alioto, *Pro Hac Vice*
   One Sansome Street, 35th Floor
   San Francisco, California 94104

*Attorneys for Plaintiff/Counterdefendants*

DATED this 17th day of October, 2022.

KEMP JONES LLP

By: */s/ Mona J. Kaveh*
   J. Randall Jones, Esq., Bar No. 1927
   Michael J. Gayan, Esq., Bar No. 11135
   Mona Kaveh, Esq., Bar No. 11825
   3800 Howard Hughes Parkway, 17th Fl.
   Las Vegas, Nevada 89169

   Amy M. Gallegos, Esq., *Pro Hac Vice*
   David R. Singer, Esq., *Pro Hac Vice*
   JENNER & BLOCK LLP
   633 West 5th Street, Suite 3600
   Los Angeles, California 90071

   Richard L. Stone, Esq., *Pro Hac Vice*
   850 Devon Avenue
   Los Angeles, California 90024

*Attorneys for Defendants/
Counterclaimant*

**IT IS SO ORDERED**:

_____
SPECIAL MASTER

DATED:  **October 18, 2022**

119178970.1