J. RANDALL JONES, ESQ., SBN 1927
r.jones@kempjones.com
MICHAEL J. GAYAN, ESQ., SBN 11135
m.gayan@kempjones.com
MONA KAVEH, ESQ., SBN 11825
m.kaveh@kempjones.com
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone:      +1 702 385 6000

DAVID R. SINGER, ESQ. (*pro hac vice*)
dsinger@jenner.com
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
agallegos@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:      +1 213 239 5100
Facsimile:      +1 213 239 5199

RICHARD L. STONE, ESQ. (*pro hac vice*)
rstone@fastmail.com
850 Devon Avenue
Los Angeles, California 90024
Telephone:      +1 310 993 2068

*Attorneys for Defendants/Counterclaimant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>                     Plaintiff,<br><br>      v.<br><br>SHELDON ADELSON, et al.,<br><br>                     Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:19-cv-01667-ART-VCF<br><br>**STIPULATION AND ORDER REGARDING SEALING DEFENDANTS' OPPOSITION TO THE SUN'S MOTION FOR SANCTIONS [ECF NO. 766]** |

Plaintiff/Counterdefendant LAS VEGAS SUN, INC., and Counterdefendants BRIAN GREENSPUN and GREENSPUN MEDIA GROUP, LLC (collectively the "Sun"), by and through their counsel Lewis Roca Rothgerber Christie LLP, Pisanelli Bice PLLC, and the Alioto Law Firm, and Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., and Defendants NEWS+MEDIA CAPITAL GROUP LLC, SHELDON ADELSON, PATRICK DUMONT, and INTERFACE OPERATIONS LLC DBA ADFAM (collectively "Defendants"), by and through their counsel of record, Kemp Jones, LLP, Jenner & Block LLP, and Richard L. Stone, Esq., hereby stipulate and agree as follows:

1. On March 18, 2022, the Court ordered, *inter alia*, the parties to meet and confer prior to filing any additional motions to seal. ECF No. 619. The parties' met-and-conferred on November 3, 2022, regarding sealing relating to Defendants' Opposition to the Sun's Motion for Sanctions (the "Opposition"). Kristen Martini, Esq., on behalf of the Sun, and Mona Kaveh, Esq., on behalf of Defendants, engaged in a meet and confer.

2. The parties agree that the following, and any references thereto, are appropriate for sealing:

- **Exhibit D**: Letter from the Sun's counsel to Defendants' counsel, dated August 4, 2022. This letter references highly sensitive business and financial information that has been marked as Confidential and/or Attorney's Eyes Only in this action, and should not be made public.

/ / /

/ / /

/ / /

1

| | |
|---|---|
| DATED this 3rd day of November, 2022. | DATED this 3rd day of November, 2022. |
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | KEMP JONES LLP |

By: */s/ Kristen Martini*　　　　　　　　　　　　By: */s/ Mona Kaveh*

　　E. Leif Reid, Bar No. 5750　　　　　　　　　　J. Randall Jones, Esq., Bar No. 1927
　　Kristen L. Martini, Bar No. 11272　　　　　　Michael J. Gayan, Esq., Bar No. 11135
　　Marla J. Hudgens, Bar No. 11098　　　　　　Mona Kaveh, Esq., Bar No. 11825
　　Nicole Scott, Bar No. 13757　　　　　　　　　3800 Howard Hughes Parkway, 17th Fl.
　　One East Liberty Street, Suite 300　　　　　Las Vegas, Nevada 89169
　　Reno, Nevada 89501-2128

　　　　　　　　　　　　　　　　　　　　　　　　　Amy M. Gallegos, Esq., *Pro Hac Vice*
　　PISANELLI BICE PLLC　　　　　　　　　　　　David R. Singer, Esq., *Pro Hac Vice*
　　James J. Pisanelli, Bar No. 4027　　　　　　JENNER & BLOCK LLP
　　Todd L. Bice, Bar No. 4534　　　　　　　　　633 West 5th Street, Suite 3600
　　Jordan T. Smith, Bar No. 12097　　　　　　　Los Angeles, California 90071
　　400 South 7th Street, Suite 300
　　Las Vegas, Nevada 89101　　　　　　　　　　Richard L. Stone, Esq., *Pro Hac Vice*
　　　　　　　　　　　　　　　　　　　　　　　　　850 Devon Avenue
　　ALIOTO LAW FIRM　　　　　　　　　　　　　　Los Angeles, California 90024
　　Joseph M. Alioto, *Pro Hac Vice*
　　One Sansome Street, 35th Floor　　　　　　*Attorneys for Defendants/*
　　San Francisco, California 94104　　　　　　*Counterclaimant*

*Attorneys for Plaintiff/Counterdefendants*


**IT IS SO ORDERED**:

_____
SPECIAL MASTER

DATED: **November 4, 2022**

2