J. RANDALL JONES, ESQ., SBN 1927
r.jones@kempjones.com
MICHAEL J. GAYAN, ESQ., SBN 11135
m.gayan@kempjones.com
MONA KAVEH, ESQ., SBN 11825
m.kaveh@kempjones.com
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada  89169
Telephone:       +1 702 385 6000

DAVID R. SINGER, ESQ. (*pro hac vice*)
dsinger@jenner.com
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
agallegos@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California  90071
Telephone:       +1 213 239 5100
Facsimile:        +1 213 239 5199

RICHARD L. STONE, ESQ. (*pro hac vice*)
rstone@fastmail.com
850 Devon Avenue
Los Angeles, California  90024
Telephone:       +1 310 993 2068

*Attorneys for Defendants/Counterclaimant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC., <br><br>                              Plaintiff, <br><br>         v. <br><br> SHELDON ADELSON, et al., <br><br>                              Defendants. <br><br>——————————————— <br><br> AND RELATED COUNTERCLAIM. | Case No. 2:19-cv-01667-ART-VCF <br><br> **JOINT STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE RE DEFENDANTS' OBJECTION TO THE SPECIAL MASTER'S ORDER RE DEFENDANTS' MOTION TO PRECLUDE THE SUN AND ITS EXPERTS FROM RELYING ON THE STEPHENS LOI (ECF NO. 805)** |

118280591.1

Plaintiff/Counterdefendant LAS VEGAS SUN, INC., and Counterdefendants BRIAN GREENSPUN and GREENSPUN MEDIA GROUP, LLC (collectively the "Sun"), by and through their counsel Lewis Roca Rothgerber Christie LLP, Pisanelli Bice PLLC, and the Alioto Law Firm, and Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., and Defendants NEWS+MEDIA CAPITAL GROUP LLC, SHELDON ADELSON, PATRICK DUMONT, and INTERFACE OPERATIONS LLC DBA ADFAM (collectively the "Defendants"), by and through their counsel of record, Kemp Jones, LLP, and Jenner & Block LLP, hereby stipulate and agree as follows:

1. Defendants intend to file an objection to the Special Master's Order re Defendants' Motion to Preclude the Sun and Its Experts From Relying on the Stephens LOI (ECF No. 805). Pursuant to ECF No. 383 (Magistrate Judge Ferenbach's order appointing the Special Master), Defendants' deadline to object to ECF No. 805 is December 22, 2022, and the Sun's deadline to oppose the Review-Journal's objection is January 5, 2023. The Parties jointly request that the Court enter the attached Order allowing for the Parties to extend these briefing deadlines.

2. Specifically, the Parties request that Defendants' deadline to object to ECF No. 805 be extended to January 12, 2023, and that the Sun's deadline to oppose Defendants' objection be extended to February 2, 2023. These extensions will not be used as a basis to extend other deadlines or for any other relief.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

118280591.1

DATED this 19th day of December, 2022.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ E. Leif Reid*
    E. Leif Reid, Esq. (SBN 5750)
    Kristen L. Martini, Esq. (SBN 11272)
    Nicole Scott, Esq. (SBN 13757)
    One East Liberty Street, Suite 300
    Reno, Nevada 89501-2128

PISANELLI BICE PLLC
James J. Pisanelli, Esq. (SBN 4027)
Todd L. Bice, Esq. (SBN 4534)
Jordan T. Smith, Esq. (SBN 12097)
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

ALIOTO LAW FIRM
Joseph M. Alioto, Esq. *(pro hac vice)*
One Sansome Street, 35th Floor
San Francisco, California 94104

*Attorneys for Plaintiff/Counterdefendants*

DATED this 19th day of December, 2022.

KEMP JONES LLP

By: */s/ Michael J. Gayan*
    J. Randall Jones, Esq. (SBN 1927)
    Michael J. Gayan, Esq. (SBN 11135)
    Mona Kaveh, Esq. (SBN 11825)
    3800 Howard Hughes Parkway, 17th Fl.
    Las Vegas, Nevada 89169

David R. Singer, Esq. (p*ro hac vice*)
Amy M. Gallegos, Esq. *(pro hac vice)*
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071

Richard L. Stone, Esq. (*pro hac vice*)
850 Devon Avenue
Los Angeles, California 90024

*Attorneys for Defendants/ Counterclaimant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br>             Plaintiff,<br>    v.<br><br>SHELDON ADELSON, an individual, and as the alter ego of News+Media Capital Group LLC, Las Vegas Review-Journal, Inc., and Interface Operations LLC dba Adfam; PATRICK DUMONT, an individual, and as alter ego of Las Vegas Review-Journal, Inc., News+Media Capital Group, LLC, and Interface Operations LLC dba Adfam; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEWJOURNAL, INC., a Delaware corporation; INTERFACE OPERATIONS LLC DBA ADFAM, a Delaware limited liability company and as alter ego of Las Vegas Review-Journal, Inc., and News+Media Capital Group, LLC; and DOES, I-X, inclusive,<br>             Defendants.<br><br>LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation,<br>             Counterclaimant,<br>    v.<br><br>LAS VEGAS SUN, INC. a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.<br>             Counterclaim Defendants. | ART<br>Case No. 2:19-CV-01667-~~GMN~~-VCF<br><br>**~~[PROPOSED]~~ ORDER EXTENDING BRIEFING SCHEDULE RE DEFENDANTS' OBJECTION TO THE SPECIAL MASTER'S ORDER RE DEFENDANTS' MOTION TO PRECLUDE THE SUN AND ITS EXPERTS FROM RELYING ON THE STEPHENS LOI (ECF NO. 805)** |

      Plaintiff/Counterdefendant LAS VEGAS SUN, INC., and Counterdefendants BRIAN GREENSPUN and GREENSPUN MEDIA GROUP, LLC, by and through their counsel Lewis Roca Rothgerber Christie LLP, Pisanelli Bice PLLC, and the Alioto Law Firm, and Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., and Defendants NEWS+MEDIA CAPITAL GROUP LLC, SHELDON ADELSON, PATRICK DUMONT, and INTERFACE OPERATIONS LLC DBA ADFAM, by and through their counsel of record, Kemp Jones, LLP, and Jenner & Block LLP, hereby stipulate and agree as follows:

1

1.      Pursuant to ECF No. 383 (Magistrate Judge Ferenbach's order appointing the Special Master), Defendants' deadline to object to the Special Master's Order re Defendants' Motion to Preclude the Sun and Its Experts From Relying on the Stephens LOI (ECF No. 805) was December 22, 2022, and the Sun's deadline to oppose the Review-Journal's objection was January 5, 2023.

2.      Defendants' deadline to object to ECF No. 805 is hereby extended to January 12, 2023, and that the Sun's deadline to oppose Defendants' objection is hereby extended to February 2, 2023. These extensions will not be used as a basis to extend other deadlines or for any other relief.

**IT IS SO ORDERED**:


IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  12-19-2022

2

118280591.1

# PROOF OF SERVICE

I hereby certify that on the 19th day of December, 2022, I served a true and correct copy of the foregoing **JOINT STIPULATION JOINT STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE RE DEFENDANTS' OBJECTION TO THE SPECIAL MASTER'S ORDER RE DEFENDANTS' MOTION TO PRECLUDE THE SUN AND ITS EXPERTS FROM RELYING ON THE STEPHENS LOI (ECF NO. 805)** via the United States District Court's CM/ECF electronic filing system to all parties on the e-service list.

E. Leif Reid, Esq. (SBN 5750)
Kristen L. Martini, Esq. (SBN 11272)
Nicole Scott, Esq. (SBN 13757)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501

Joseph M. Alioto, Esq. *(pro hac vice)*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104

James J. Pisanelli, Esq. (SBN 4027)
Todd L. Bice, Esq. (SBN 4534)
Jordan T. Smith, Esq. (SBN 12097)
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

*Attorneys for Plaintiff/Counterclaim Defendants*

                                            /s/ Pamela McAfee
                                            An employee of Kemp Jones, LLP