J. RANDALL JONES, ESQ., SBN 1927
r.jones@kempjones.com
MICHAEL J. GAYAN, ESQ., SBN 11135
m.gayan@kempjones.com
MONA KAVEH, ESQ., SBN 11825
m.kaveh@kempjones.com
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone:     +1 702 385 6000

DAVID R. SINGER, ESQ. (*pro hac vice*)
dsinger@jenner.com
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
agallegos@jenner.com
ALISON I. STEIN, ESQ. (*pro hac vice*)
astein@jenner.com
ANDREW G. SULLIVAN, ESQ. (*pro hac vice*)
agsullivan@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:     +1 213 239 5100
Facsimile:     +1 213 239 5199

RICHARD L. STONE, ESQ. (*pro hac vice*)
rstone@fastmail.com
850 Devon Avenue
Los Angeles, California 90024
Telephone:     +1 310 993 2068

*Attorneys for Defendants/Counterclaimant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>                                Plaintiff,<br><br>     v.<br><br>SHELDON ADELSON, et al.,<br><br>                                Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:19-cv-01667-ART-VCF<br><br>**JOINT STATUS REPORT PURSUANT TO ECF NO. 484** |

Pursuant to the Special Master's October 4, 2021 Order re: Protocol for Resolving Discovery Disputes and Deposition Scheduling (ECF No. 484) ("Discovery Protocol"), the Parties hereby submit this Joint Status Report identifying the status of document and deposition discovery:

I. **Status of Document Productions**

   a. **Defendants' Discovery Response/Production Obligations**

On November 16, 2022, the Court granted the Sun's objection regarding Defendants' responses to Interrogatory Nos. 14-15 (ECF No. 795).  On January 17, 2023, Defendants supplemented their responses to Interrogatory Nos. 14-15 and produced documents Bates stamped DEFS0202010–37.

   b. **Defendants' Experts' Production Obligations**

On September 26, 2022, and January 23, 2023, the Sun served subpoenas for documents on Defendants' expert witnesses.  Defendants' experts have made multiple document productions, including a production of rebuttal report documents on January 31, 2023.  The Sun is in the process of reviewing this production.

   c. **The Sun's Experts' Production Obligations**

On September 23, 2022, and September 27, 2022, Defendants served subpoenas on the Sun's expert witnesses.  The Sun has made multiple document productions, including a production of rebuttal report documents on January 31, 2023.  Defendants are in the process of reviewing this production.

II. **Status of Depositions**

   a. **Depositions Taken and Already Scheduled**

The parties have completed all fact depositions, and have scheduled the following expert depositions:

| Deponents | Deposing Party | Dates |
|---|---|---|
| Kordalski, David | Defendants | February 28, 2023 |
| Rainey, Mark | Plaintiff | March 9, 2023 |
| Aldrich, Larry | Defendants | March 15, 2023 |
| Picard, Robert | Defendants | March 21, 2023 |

| **Deponents** | **Deposing Party** | **Dates** |
|---|---|---|
| Katz, Michael | Defendants | April 3, 2023 |
| Gundlach, Greg | Defendants | April 6, 2023 |
| Nolte, David | Plaintiff | April 10, 2023 |
| Evans, David | Plaintiff | April 12, 2023 |
| Gottlieb, Barbara | Defendants | April 18, 2023 |
| Paulson, Ken | Plaintiff | April 20, 2023 |
| Lamb, Russell | Defendants | April 27, 2023 |

DATED this 6th day of February 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: *Kristen L. Martini*
    E. Leif Reid, Bar No. 5750
    Kristen L. Martini, Bar No. 11272
    Nicole Scott, Bar No. 13757
    Lucy Crow, Bar No. 15203
    One East Liberty Street, Suite 300
    Reno, Nevada 89501-2128

PISANELLI BICE PLLC
James J. Pisanelli, Bar No. 4027
Todd L. Bice, Bar No. 4534
Jordan T. Smith, Bar No. 12097
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

ALIOTO LAW FIRM
Joseph M. Alioto, *Pro Hac Vice*
One Sansome Street, 35th Floor
San Francisco, California 94104

*Attorneys for Plaintiff/Counterdefendants*

DATED this 6th day of February 2023.

KEMP JONES LLP

By: *Michael J. Gayan*
    J. Randall Jones, Esq., Bar No. 1927
    Michael J. Gayan, Esq., Bar No. 11135
    Mona Kaveh, Esq., Bar No. 11825
    3800 Howard Hughes Parkway, 17th Fl.
    Las Vegas, Nevada 89169

David R. Singer, Esq., *Pro Hac Vice*
Amy M. Gallegos, Esq., *Pro Hac Vice*
Alison I. Stein, Esq., *Pro Hac Vice*
Andrew G. Sullivan, *Pro Hac Vice*
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071

Richard L. Stone, Esq., *Pro Hac Vice*
850 Devon Avenue
Los Angeles, California 90024

*Attorneys for Defendants/Counterclaimant*

**PROOF OF SERVICE**

I hereby certify that on the 6th day of February, 2023, I served a true and correct copy of the foregoing **JOINT STATUS REPORT PURSUANT TO ECF NO. 484** via the United States District Court's CM/ECF electronic filing system to all parties on the e-service list.

E. Leif Reid, Bar No. 5750
Kristen L. Martini, Bar No. 11272
Nicole Scott, Bar No. 13757
Lucy Crow, Bar No. 15203
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501

Joseph M. Alioto, *Pro Hac Vice*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104

James J. Pisanelli, Bar No. 4027
Todd L. Bice, Bar No. 4534
Jordan T. Smith, Bar No. 12097
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

*Attorneys for Plaintiff/Counterclaim Defendants*

　　　　　　　　　　　　　　　　　　/s/ Monique Lunnon
　　　　　　　　　　　　　　　　　　An employee of Kemp Jones LLP