J. RANDALL JONES, ESQ., SBN 1927
r.jones@kempjones.com
MICHAEL J. GAYAN, ESQ., SBN 11135
m.gayan@kempjones.com
MONA KAVEH, ESQ., SBN 11825
m.kaveh@kempjones.com
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone:     +1 702 385 6000

DAVID R. SINGER, ESQ. (*pro hac vice*)
dsinger@jenner.com
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
agallegos@jenner.com
ALISON I. STEIN, ESQ. (*pro hac vice*)
astein@jenner.com
ANDREW G. SULLIVAN, ESQ. (*pro hac vice*)
agsullivan@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:     +1 213 239 5100
Facsimile:     +1 213 239 5199

RICHARD L. STONE, ESQ. (*pro hac vice*)
rstone@fastmail.com
850 Devon Avenue
Los Angeles, California 90024
Telephone:     +1 310 993 2068

*Attorneys for Defendants/Counterclaimant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SHELDON ADELSON, et al.,<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:19-cv-01667-ART-VCF<br><br>**JOINT STATUS REPORT PURSUANT TO ECF NO. 484** |

120735770.1

Pursuant to the Special Master's October 4, 2021 Order re: Protocol for Resolving Discovery Disputes and Deposition Scheduling (ECF No. 484) ("Discovery Protocol"), the Parties hereby submit this Joint Status Report identifying the status of document and deposition discovery:

I.   **Status of Document Productions**

  a.  **Defendants' Production Obligations**

On April 4, 2023, Defendants produced documents consistent with continuing obligations under Rule 26(e). On April 4, 2023, and April 14, 2023, Defendants produced documents from their experts consistent with continuing obligations in response to subpoenas served on September 26, 2022, and January 23, 2023.

  b.  **The Plaintiff's Production Obligations**

On April 13, 2023, and April 19, 2023, Plaintiff produced documents consistent with continuing obligations under Rule 26(e).

II.  **Status of Depositions**

  a.  **Depositions Taken and Already Scheduled**

All fact depositions have been completed, and the following expert depositions have been scheduled or taken as indicated below:[1]

| Deponents | Deposing Party | Dates |
|---|---|---|
| Kordalski, David* | Defendants | February 28, 2023 |
| Rainey, Mark* | Plaintiff | March 9, 2023 |
| Aldrich, Larry* | Defendants | March 15, 2023 |
| Picard, Robert* | Defendants | March 21, 2023 |
| Katz, Michael* | Defendants | April 3, 2023 |
| Gundlach, Greg* | Defendants | April 6, 2023 |
| Nolte, David* | Plaintiff | April 10, 2023 |
| Evans, David* | Plaintiff | April 12, 2023 |
| Gottlieb, Barbara* | Defendants | April 18, 2023 |
| Paulson, Ken* | Plaintiff | April 20, 2023 |
| Lamb, Russell | Defendants | May 10, 2023 |

---

[1] Asterisks (*) denote depositions that have already been taken.

120735770.1

1  DATED this 28th day of April 2023.                    DATED this 28th day of April 2023.
2  LEWIS ROCA ROTHGERBER CHRISTIE LLP        KEMP JONES LLP

3  By: *Kristen Martini*                                          By: *Michael J. Gayan*
4     E. Leif Reid, Bar No. 5750                                 J. Randall Jones, Esq., Bar No. 1927
   Kristen L. Martini, Bar No. 11272                          Michael J. Gayan, Esq., Bar No. 11135
5     Nicole Scott, Bar No. 13757                                 Mona Kaveh, Esq., Bar No. 11825
   Lucy Crow, Bar No. 15203                                      3800 Howard Hughes Parkway, 17th Fl.
6     One East Liberty Street, Suite 300                      Las Vegas, Nevada 89169
7     Reno, Nevada 89501-2128
                                                                                 David R. Singer, Esq., *Pro Hac Vice*
8  PISANELLI BICE PLLC                                           Amy M. Gallegos, Esq., *Pro Hac Vice*
   James J. Pisanelli, Bar No. 4027                            Alison I. Stein, Esq., *Pro Hac Vice*
9     Todd L. Bice, Bar No. 4534                                  Andrew G. Sullivan, *Pro Hac Vice*
   Jordan T. Smith, Bar No. 12097                         JENNER & BLOCK LLP
10    400 South 7th Street, Suite 300                           515 South Flower Street, Suite 3300
   Las Vegas, Nevada 89101                                     Los Angeles, California 90071
11
12 ALIOTO LAW FIRM                                              Richard L. Stone, Esq., *Pro Hac Vice*
   Joseph M. Alioto, *Pro Hac Vice*                         850 Devon Avenue
13    One Sansome Street, 35th Floor                          Los Angeles, California 90024
   San Francisco, California 94104
14
                                                                              *Attorneys for Defendants/*
15 *Attorneys for Plaintiff/Counterdefendants*       *Counterclaimant*

3

120735770.1


## PROOF OF SERVICE

I hereby certify that on the 28th day of April, 2023, I served a true and correct copy of the foregoing **JOINT STATUS REPORT PURSUANT TO ECF NO. 484** via the United States District Court's CM/ECF electronic filing system to all parties on the e-service list.

E. Leif Reid, Bar No. 5750
Kristen L. Martini, Bar No. 11272
Nicole Scott, Bar No. 13757
Lucy Crow, Bar No. 15203
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501

Joseph M. Alioto, *Pro Hac Vice*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104

James J. Pisanelli, Bar No. 4027
Todd L. Bice, Bar No. 4534
Jordan T. Smith, Bar No. 12097
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

*Attorneys for Plaintiff/Counterclaim Defendants*

/s/ Ali Lott
An employee of Kemp Jones LLP

120735770.1