**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC., | Case No. 2:19-cv-01667-ART-VCF |
| Plaintiff, | **ORDER APPROVING** |
| v. | **JOINT STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE RE:** |
| SHELDON ADELSON, et al., | |
| Defendants. | **(1) DEFENDANTS' MOTION TO DISSOLVE PRELIMINARY INJUNCTION (ECF NO. 852),** |
| | **(2) PLAINTIFF/COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF NO. 829), AND** |
| | **(3) DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF NO. 843)** |
| AND RELATED COUNTERCLAIM | **[FIRST REQUEST]** |

Plaintiff/Counterdefendant LAS VEGAS SUN, INC., and Counterdefendants BRIAN GREENSPUN and GREENSPUN MEDIA GROUP, LLC (collectively the "Sun"), by and through their counsel Lewis Roca Rothgerber Christie LLP, Pisanelli Bice PLLC, and the Alioto Law Firm, and Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., and Defendants NEWS+MEDIA CAPITAL GROUP LLC, THE ESTATE OF SHELDON ADELSON, PATRICK DUMONT, and INTERFACE OPERATIONS LLC DBA ADFAM (collectively the "Defendants"), by and through their counsel of record, Kemp Jones, LLP, Jenner & Block LLP, and Richard L. Stone, Esq., hereby stipulate and agree as follows:

1. On May 30, 2023, the Sun filed its Redacted and Filed Under Seal versions of its Motion for Summary Judgment and related Appendices. ECF Nos. 829-841. On the same day, Defendants filed their Redacted and Filed Under Seal versions of their Motion for Summary Judgment and related Appendix. ECF No. 843-846. The parties' Oppositions are currently due on July 14, 2023, and their Replies are currently due on August 16, 2023. *See* ECF No. 799.

2. On June 9, 2023, Defendants filed their Redacted and Filed Under Seal versions of their Motion to Dissolve Preliminary Injunction. ECF Nos. 852-853 ("Motion to Dissolve"). The Sun's Opposition is currently due on June 23, 2023, and Defendants' Reply is currently due on June 30, 2023.

3. The Parties jointly request an extension of these briefing deadlines due to scheduling conflicts among counsel under the current briefing schedule. This is the first request made by the parties to extend these deadlines.

4. The Parties request that the Sun's deadline to respond to the Motion to Dissolve be extended from June 23, 2023, to July 18, 2023, and that the deadline for Defendants to file their reply in support of their Motion to Dissolve be extended from June 30, 2023, to August 18, 2023.

5. The Parties further request that the deadlines to file their Oppositions to the Motions for Summary Judgment remain the same on July 14, 2023, but that their Replies in Support of the Motions for Summary Judgment be extended from August 16, 2023, to August 30, 2023.

/ / /

/ / /

2

6. These extensions will not be used as a basis to extend other deadlines or for any other relief. All other scheduling deadlines set in this matter shall remain in place.

DATED this 16th day of June, 2023.                           DATED this 16th day of June, 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP        KEMP JONES LLP

By: /s/ Kristen L. Martini                                              By: /s/ Michael J. Gayan
    E. Leif Reid, Esq. (SBN 5750)                              J. Randall Jones, Esq. (SBN 1927)
    Kristen L. Martini, Esq. (SBN 11272)                     Michael J. Gayan, Esq. (SBN 11135)
    Nicole Scott, Esq. (SBN 13757)                              Mona Kaveh, Esq. (SBN 11825)
    Lucy Crow, Esq. (SBN 15203)                                 3800 Howard Hughes Parkway, 17th Fl.
    One East Liberty Street, Suite 300                         Las Vegas, Nevada 89169
    Reno, Nevada 89501-2128

                                          David R. Singer, Esq. (*pro hac vice*)
    PISANELLI BICE PLLC                                              Amy M. Gallegos, Esq. (*pro hac vice*)
    James J. Pisanelli, Esq. (SBN 4027)                         JENNER & BLOCK LLP
    Todd L. Bice, Esq. (SBN 4534)                                 515 South Flower Street, Suite 3300
    Jordan T. Smith, Esq. (SBN 12097)                         Los Angeles, California 90071
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101                                          Richard L. Stone, Esq. (*pro hac vice*)
                                          850 Devon Avenue
    ALIOTO LAW FIRM                                                     Los Angeles, California 90024
    Joseph M. Alioto (*pro hac vice*)
    One Sansome Street, 35th Floor
    San Francisco, California 94104                              *Attorneys for Defendants / Counterclaimant*

*Attorneys for Plaintiff / Counterdefendants*


IT IS SO ORDERED:

_____
Anne R. Traum
United States District Court Judge

DATED:  June 22, 2023

3