J. RANDALL JONES, ESQ., SBN 1927
r.jones@kempjones.com
MICHAEL J. GAYAN, ESQ., SBN 11135
m.gayan@kempjones.com
MONA KAVEH, ESQ., SBN 11825
m.kaveh@kempjones.com
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone:    +1 702 385 6000

DAVID R. SINGER, ESQ. (*pro hac vice*)
dsinger@jenner.com
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
agallegos@jenner.com
ALISON I. STEIN, ESQ. *(pro hac vice)*
astein@jenner.com
ANDREW G. SULLIVAN, ESQ. *(pro hac vice)*
asullivan@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:    +1 213 239 5100
Facsimile:    +1 213 239 5199

RICHARD L. STONE, ESQ. (*pro hac vice*)
rstone@fastmail.com
850 Devon Avenue
Los Angeles, California 90024
Telephone:    +1 310 993 2068

*Attorneys for Defendants/Counterclaimant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC.,<br><br>                              Plaintiff,<br><br>        v.<br><br>SHELDON ADELSON, et al.,<br><br>                              Defendants.<br><br>_____<br><br>AND RELATED COUNTERCLAIM | Case No. 2:19-cv-01667-ART-VCF<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF OPPOSITION OF DEFENDANTS AND COUNTERCLAIMANT TO PLAINTIFF/ COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 829]**<br><br>**[VOLUME 1 OF 3]**<br><br>**[REDACTED]** |

Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., and Defendants NEWS+MEDIA CAPITAL GROUP LLC, SHELDON ADELSON, PATRICK DUMONT, and INTERFACE OPERATIONS LLC DBA ADFAM (collectively "Defendants"), by and through their counsel of record, Kemp Jones, LLP, Jenner & Block LLP, and Richard L. Stone, Esq., hereby submit their Appendix of Exhibits in Support of Opposition of Defendants and Counterclaimant to Plaintiff/Counterdefendants' Motion for Summary Judgment [ECF No. 829]:

| Exhibit No. | Document | Bates No. | Volume No. |
|---|---|---|---|
| A | Declaration of Michael J. Gayan in Support of Opposition of Defendants and Counterclaimant to Plaintiff/Counterdefendants' Motion for Summary Judgment | APP_000001-APP_000009 | 1 |
| B | Declaration of Patrick Dumont in Support of Opposition of Defendants and Counterclaimant to Plaintiff/Counterdefendants' Motion for Summary Judgment [FILED UNDER SEAL] | APP_000010-APP_000015 | 1 |
| C | Declaration of Stephen Hall in Support of Opposition of Defendants and Counterclaimant to Plaintiff/Counterdefendants' Motion for Summary Judgment [FILED UNDER SEAL] | APP_000016-APP_000019 | 1 |
| D | Declaration of Michael Ferguson in Support of Opposition of Defendants and Counterclaimant to Plaintiff/Counterdefendants' Motion for Summary Judgment | APP_000020-APP_000024 | 1 |
| E | Declaration of Kenneth A. Paulson in Support of Opposition of Defendants and Counterclaimant to Plaintiff/Counterdefendants' Motion for Summary Judgment | APP_000025-APP_000028 | 1 |
| F | Declaration of Mark Rainey in Support of Opposition of Defendants and Counterclaimant to Plaintiff/Counterdefendants' Motion for Summary Judgment | APP_000029-APP_000032 | 1 |
| G | Excerpts of Deposition of Brian Greenspun in AAA Case No. 01-18-0000-7567, dated March 28, 2019 [FILED UNDER SEAL] | APP_000033-APP_000036 | 1 |
| H | "Editorial: Pot for fun should not be legalized," published in the Las Vegas Sun on February 20, 2004 | APP_000037-APP_000038 | 1 |

1

| | | | |
|---|---|---|---|
| I | Compilation of Articles Published in the Las Vegas Sun, dated in 2016 | APP_000039-APP_000049 | 1 |
| J | "Las Vegas-based Essence marijuana operation selling for $290 million," published in the Las Vegas Sun on November 13, 2018 | APP_000050-APP_000052 | 1 |
| K | Compilation of Articles Re: Barrick Gold | APP_000053-APP_000067 | 1 |
| L | Excerpts of Deposition of Chris Blaser, dated August 12, 2022 [FILED UNDER SEAL] | APP_000068-APP_000074 | 1 |
| M | Excerpts of Deposition of Chase Rankin, dated August 24, 2022 | APP_000075-APP_000080 | 1 |
| N | Excerpts of Deposition of Bob Cauthorn, dated February 16, 2022 | APP_000081-APP_000096 | 1 |
| O | Letter from Bob Cauthorn to Craig Moon, dated May 6, 2016 [FILED UNDER SEAL] | APP_000097-APP_000104 | 1 |
| P | Excerpts of Deposition of Chris Blaser, dated August 11, 2022 [FILED UNDER SEAL] | APP_000105-APP_000114 | 1 |
| Q | Excerpts of Deposition of Edward Cassidy, dated June 3, 2022 | APP_000115-APP_000122 | 1 |
| R | Excerpts of Deposition of Glenn Cook, dated August 19, 2022 | APP_000123-APP_000141 | 1 |
| S | Excerpts of Deposition of Frank Vega, dated August 9, 2022 [FILED UNDER SEAL] | APP_000142-APP_000148 | 1 |
| T | Excerpts of Deposition of John Perdigao in AAA Case No. 01-18-0000-7567, dated February 28, 2019 [FILED UNDER SEAL] | APP_000149-APP_000162 | 1 |
| U | Las Vegas Review-Journal's Very Detailed Trial Balance Report, July 28, 2022 [FILED UNDER SEAL] | APP_000163-APP_000164 | 1 |
| V | "RJ takes state's top newspaper, website, journalist honors," published in the Las Vegas Review-Journal on September 18, 2021 | APP_000165-APP_000174 | 1 |
| W | Excerpts of Brian Greenspun Text Messages [FILED UNDER SEAL] | APP_000175-APP_000183 | 1 |
| X | Excerpts of Deposition of Brian Greenspun, dated March 23, 2022 [FILED UNDER SEAL] | APP_000184-APP_000194 | 1 |
| Y | Email Chain Scheduling Meeting, dated April and May 2016 | APP_000195-APP_000202 | 1 |

| | | | |
|---|---|---|---|
| Z | Email from Mark Hinueber attaching draft 2005 JOA, dated September 30, 2004 | APP_000203-APP_000206 | 1 |
| AA | Excerpts of Deposition of Patrick Dumont, dated October 28, 2021 | APP_000207-APP_000216 | 1 |
| BB | Email from Bob Cauthorn to Craig Moon, dated May 10, 2016 | APP_000217-APP_000218 | 1 |
| CC | Email Chain, dated October 24, 2016 | APP_000219-APP_000221 | 1 |
| DD | Notes by Brian Greenspun ("Discussion re joa") | APP_000222-APP_000223 | 1 |
| EE | Excerpts of Deposition of Craig Moon, dated March 3, 2022 | APP_000224-APP_000228 | 1 |
| FF | Email Chain, dated April 2017 | APP_000229-APP_000231 | 1 |
| GG | Email Chain, dated April 2017 | APP_000232-APP_000234 | 1 |
| HH | Email Chain Between Brian Greenspun and Patrick Dumont, dated May 2017 | APP_000235-APP_000237 | 1 |
| II | Email Chain Between Brain Greenspun and Patrick Dumont, dated June 2017 | APP_000238-APP_000239 | 1 |
| JJ | Email from Brian Greenspun to Patrick Dumont, dated June 28, 2017 | APP_000240-APP_000241 | 1 |
| KK | Email Chain Between Brian Greenspun and Patrick Dumont, dated April 2017 | APP_000242-APP_000244 | 1 |
| LL | Expert Report of Kenneth A. Paulson, dated September 19, 2022 [FILED UNDER SEAL] | APP_000245-APP_000307 | 2 |
| MM | Expert Rebuttal Report of Kenneth A. Paulson, dated January 18, 2023 [FILED UNDER SEAL] | APP_000308-APP_000358 | 2 |
| NN | Excerpts of Deposition of Ric Anderson, dated January 12, 2022 | APP_000359-APP_000366 | 2 |
| OO | Email Chain Between Melissa Warren and Ray Brewer, dated September 19, 2018 [FILED UNDER SEAL] | APP_000367-APP_000368 | 2 |
| PP | "A note from the Sun," published in the Las Vegas Sun on January 11, 2018 | APP_000369-APP_000372 | 2 |
| QQ | "To Find Everything We've Got," published in the Las Vegas Sun on June 14, 2019 | APP_000373-APP_000374 | 2 |
| RR | Excerpts of Transcript of Arbitration Proceedings in AAA Case No. 01-18-0000- | APP_000375-APP_000380 | 2 |

3

| | | | |
|---|---|---|---|
| | 7567, Volume 4, dated April 18, 2019 [FILED UNDER SEAL] | | |
| SS | Excerpts of Transcript of Arbitration Proceedings, Day 6, PM Session, in AAA Case No. 01-18-0000-7567, dated April 25, 2019 [FILED UNDER SEAL] | APP_000381-APP_000388 | 2 |
| TT | Excerpts of Transcript of Arbitration Proceedings, Day 7, AM Session, in AAA Case No. 01-18-0000-7567, dated April 26, 2019 [FILED UNDER SEAL] | APP_000389-APP_000393 | 2 |
| UU | Excerpts of Deposition of Stephen Hall in AAA Case No. 01-18-0000-7567, dated March 13, 2019 [FILED UNDER SEAL] | APP_000394-APP_000404 | 2 |
| VV | Excerpts of Transcript of Arbitration Proceedings in AAA Case No. 01-18-0000-7567, dated April 17, 2019 [FILED UNDER SEAL] | APP_000405-APP_000411 | 2 |
| WW | Excerpts of Deposition of Stephen Hall, dated July 20, 2022 [FILED UNDER SEAL] | APP_000412-APP_000420 | 2 |
| XX | Las Vegas Review-Journal, Inc., Cost of Printing Las Vegas Sun [FILED UNDER SEAL] | APP_000421-APP_000425 | 2 |
| YY | Letter from Bennett Matelson to Gordon Lang and Alan Marx Regarding Las Vegas JOA, dated September 26, 2005 [FILED UNDER SEAL] | APP_000426-APP_000432 | 2 |
| ZZ | Confidential Draft Review of the Gary Gomm & Mark Hinueber December 11, 2003 Meeting [FILED UNDER SEAL] | APP_000433-APP_000457 | 2 |
| AAA | Certification of Incorporation of DB Nevada Holdings, Inc. | APP_000458-APP_000461 | 2 |
| BBB | Certificate of Amendment of Certificate of Incorporation of DB Nevada Holdings, Inc. | APP_000462-APP_000465 | 2 |
| CCC | Kenneth A. Paulson Curriculum Vitae | APP_000466-APP_000484 | 2 |
| DDD | Amendment to the Expert Report of Kenneth A. Paulson, dated October 26, 2022 | APP_000485-APP_000493 | 2 |
| EEE | Letter from Defendants' Counsel to Plaintiff's Counsel, dated April 4, 2023 | APP_000494-APP_000496 | 3 |
| FFF | Amendment to the Expert Rebuttal Report of Kenneth A. Paulson, dated February 7, 2023 | APP_000497-APP_000506 | 3 |

4

| GGG | Mark C. Rainey Curriculum Vitae | APP_000507-APP_000510 | 3 |
|-----|--------------------------------|------------------------|---|
| HHH | Initial Report of Professor Jerry Hausman, dated September 19, 2022 [FILED UNDER SEAL] | APP_000511-APP_000591 | 3 |
| III | Expert Rebuttal Report of Professor Jerry Hausman, dated January 16, 2023 [FILED UNDER SEAL] | APP_000592-APP_000661 | 3 |
| JJJ | Expert Report of Michael Katz, dated September 19, 2022 (Excerpts) [FILED UNDER SEAL] | APP_000662-APP_000671 | 3 |
| LLL | Declaration of David Nolte in Support of Opposition of Defendants and Counterclaimant to Plaintiff/Counterdefendants' Motion for Summary Judgment | APP_000672-APP_000674 | 3 |
| MMM | Expert Report of David Nolte, dated September 19, 2022 (Excerpts) [FILED UNDER SEAL] | APP_000675-APP_000715 | 3 |
| NNN | Expert Rebuttal Report of David Nolte, dated January 18, 2023 (Excerpts) [FILED UNDER SEAL] | APP_000716-APP_000736 | 3 |

Dated: July 14, 2023                    KEMP JONES LLP


By:    */s/ Michael Gayan*
       J. RANDALL JONES, ESQ., SBN 1927
       MICHAEL J. GAYAN, ESQ., SBN 11135
       MONA KAVEH, ESQ., SBN 11825
       3800 Howard Hughes Parkway, 17th Floor
       Las Vegas, Nevada 89169

       DAVID R. SINGER, ESQ. (*pro hac vice*)
       AMY M. GALLEGOS, ESQ. (*pro hac vice*)
       ALISON I. STEIN, ESQ. (*pro hac vice*)
       ANDREW G. SULLIVAN, ESQ. (*pro hac vice*)
       JENNER & BLOCK LLP
       515 South Flower Street, Suite 3300
       Los Angeles, California 90071

       RICHARD L. STONE, ESQ. (*pro hac vice*)
       850 Devon Avenue
       Los Angeles, California 90024

       *Attorneys for Defendants/Counterclaimant*

**PROOF OF SERVICE**

I hereby certify that on the 14th day of July, 2023, I served a true and correct copy of the foregoing **APPENDIX OF EXHIBITS IN SUPPORT OF OPPOSITION OF DEFENDANTS AND COUNTERCLAIMANT TO PLAINTIFF/COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 829] [VOLUME 1 OF 3] [REDACTED]** via the United States District Court's CM/ECF electronic filing system to all parties on the e-service list.

E. Leif Reid, Esq. (SBN 5750)
Kristen L. Martini, Esq. (SBN 11272)
Nicole Scott, Esq. (SBN 13757)
Lucy Crow, Esq. (SBN 15203)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501

Joseph M. Alioto, Esq. *(pro hac vice)*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104

James J. Pisanelli, Esq. (SBN 4027)
Todd L. Bice, Esq. (SBN 4534)
Jordan T. Smith, Esq. (SBN 12097)
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

*Attorneys for Plaintiff/Counterclaim Defendants*

/s/ Ali Lott
An employee of Kemp Jones LLP

6