# EXHIBIT AA

Excerpts of Deposition of Patrick Dumont, dated October 28, 2021

APP_000207

CONFIDENTIAL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA



LAS VEGAS SUN, INC., a )
Nevada corporation, )
      Plaintiff, )
       )
vs. )
       ) Case No. 2:19-CV-01667
SHELDON ADELSON, an )
individual and as the alter )
ego of News+Media Capital )
Group LLC and as the alter )
ego of Las Vegas REVIEW- )
JOURNAL, Inc.; PATRICK )
DUMONT, an individual; )
NEWS+MEDIA CAPITAL GROUP )
LLC, a Delaware limited )
liability company; LAS VEGAS )
REVIEW-JOURNAL, INC, a )
Delaware corporation; and )
DOES I-X, inclusive, )
      Defendants. )
------------------------------- )
LAS VEGAS REVIEW-JOURNAL, )
INC., a Delaware )
corporation, )
      Counterclaimant, )
       )
vs. )
       )
       )
LAS VEGAS SUN, INC. A Nevada )
corporation; BRIAN )
GREENSPUN, an individual and )
as the alter ego of Las )
Vegas Sun, Inc.; GREENSPUN )
MEDIA GROUP, LLC, a Nevada )
limited liability company, )
as the alter ego of Las )
Vegas Sun, Inc., )
    Counterclaim Defendants. )



VIDEOTAPED DEPOSITION OF PATRICK DUMONT

Las Vegas, Nevada

Thursday, October 28, 2021

9:17 a.m.

Reported by:  Jill E. Shepherd, RPR, NV CCR 948

Job No. 6014

APP_000209

some of the moving parts around the operation.

There were a lot of discussions around different

moving parts because it's a multifaceted business.

And one of them was around the relationship with

Brian and potential modification of the JOA --

Q.    Okay.

A.    -- Which was not -- you know, which was not

something that we actively reached out to Brian

about or pursued until came to ask us about it.

Q.    Fair enough.

But no one from Stephens Media ever

suggested to you or anyone on your team that the JOA

was unenforceable because of a lack of approval from

the DOJ, correct?

MR. JONES:    Object to the form.

A.    I never heard about that.  That wasn't

something I was aware of.

BY MR. PISANELLI:

Q.    And you just used the phrase that you

understood -- I tried to write the quote down --

that the JOA was part of the acquisition.

So does that mean, then, that at the

closing of the actual acquisition, you believed that

you were acquiring the RJ subject to the JOA with

the Sun?

October 28, 2021                                    Confidential

Patrick Dumont                                     Page 400

A.    Always important.

Q.    So, in other words, if there was anything else that was troubling or concerning in either those term sheets or the discussions, you weren't aware of them at the time and can't identify any?

A.    I can't recall, as I sit here today, without looking at the agreement and being able to read it.

Q.    Okay.

Did you feel that once you communicated to Brian that these terms might be illegal and therefore, I'm not interested in them -- did you feel he was pressuring you back to agree with him anyway, or did he just simply accept, Okay, I hear you; I understand you?

A.    No.  I feel -- I'm sorry I interrupted.

Q.    No, that's okay.

A.    I feel like he tried to see if there was any way to make it work.

Q.    Did he disagree with you?

A.    I think he may have.  And by the way, I believe that he's a lawyer, so, in theory, he should know better than me.

Q.    He tells me he's a lawyer all the time too, so I have to deal with that.

APP_000211

I'm kidding.

I just want to make sure that I understand that there was -- and I think this is your testimony -- there was finality to those potentially unlawful issues.

They were proposed, rejected, and never -- nothing ever came of it?

A.    I don't know if -- he may have brought them up in subsequent communications. I'm just not sure of how far that went.

Q.    Did Brian -- do you know whether he disagreed with you or thought that maybe you were being too conservative? Did he express any anger over them or anything like that?

A.    I don't think he expressed anger at all. We just had a very nice conversation about it and tried to work through it.

Q.    You never got the sense that he was retaliating against you in any way after that, did you?

A.    I don't -- I mean, I think his actions post or conclusion of the negotiation were designed to inspire us to settle, some of the things that he -- that's just my belief -- or, not settle, excuse me, that's the wrong terminology -- to continue

APP_000212

negotiations of the modification of JOA.  I think he was trying to get our attention and do certain things based on his conduct.

Q.   He was trying to get your attention, or get a deal, but he wasn't retaliating because you said no to these terms that were potentially unlawful? That's all I'm asking.

MR. JONES:  Object to the form.

BY MR. PISANELLI:

Q.   As far as you know.

MR. JONES:  Object to the form.

A.   You know, I guess you could view it as a form of retaliation, where if you don't get what you want, you start doing things that could be harmful that -- I guess that's a form of retaliation.

BY MR. PISANELLI:

Q.   Did you think that at the time, that he was retaliating against you because you rejected some terms?

A.   Not right away, but over time it seemed like he was.

Q.   Retaliating because of those terms specifically or retaliating because you weren't coming to the consummation of the deal?

A.   Again, this is just my opinion.  This is my

REPORTER'S CERTIFICATE

STATE OF NEVADA    )
                   ) ss
COUNTY OF CLARK    )

I, JILL E. SHEPHERD, NV-CSR 948, RPR, do hereby certify:

That I reported the taking of the deposition of PATRICK DUMONT commencing on October 28, 2021, at the hour of 9:17 a.m.

That prior to being examined, the witness was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth:

That I thereafter transcribed my said shorthand notes into typewriting, and that the typewritten transcript of said deposition is a complete, true, and accurate transcription of my said shorthand notes taken down at said time.

I further certify that (1) I am not a relative, employee or independent contractor of counsel of any of the parties; nor a relative, employee or independent contractor of the parties involved in said action; nor a person financially interested in the action; nor do I have any other relationship with any of the parties or with counsel of any of the parties involved in the action that may reasonably cause my impartiality to be questioned; and (2) that a request has not been made to review the transcript.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal of office in the County of Clark, State of Nevada, this 13th day of November, 2021.

_____
Jill E. Shepherd, NV-CSR 948

PATRICK DUMONT (CONFIDENTIAL) - 10/28/2021

ERRATA SHEET

I declare under penalty of perjury that I have read the foregoing ___411___ pages of my testimony, taken on ___October 28, 2021_____ (date) at

___Las Vegas_____(city), _____Nevada_____(state),

and that the same is a true record of the testimony given by me at the time and place herein above set forth, with the following exceptions:

| Page | Line | Should read: [Changes BOLDED] | Reason for Change: |
|------|------|-------------------------------|--------------------|
| 141 | 16 | some papers aren't run this way. **The Sun** happens | Transcription error |
| 169 | 20 | provider today, mobile phones are very **inexpensive**, | Transcription error |
| 179 | 8 | That's fine. So you just tell **Marla**, she'll tell | Misspelled name (Sun counsel) |
| 254 | 4 | So we looked at the **18 to 20** forecast | Apostrophes transcribed in error |
| 279 | 3 | prepared by Armanino or prepared by **E&Y** | Transcription error |
| 296 | 15 | was able to engage in things **or** not because I was | Transcription error |

APP_000215

PATRICK DUMONT (CONFIDENTIAL) - 10/28/2021

ERRATA SHEET

| Page | Line | Should read: [Changes BOLDED] | Reason for Change: |
|------|------|-------------------------------|--------------------|
| 323 | 23 | impact but with **credible**, wider-ranging packaging? | Transcription error |
| 334 | 25 | By **not** acknowledging any of this. | Transcription error |
| 351 | 6 | I don't recall if -- I don't recall if **I** | Transcription error (I, not "Ira") |
| 368 | 14 | like any contract. So there's **contracts** that say on | Transcription error (contract, not "contacts") |

Date: ___12/15/2021___

_____
Signature of  Witness

Patrick Dumont
_____
Name Typed or Printed