# EXHIBIT BB

Email from Bob Cauthorn to Craig Moon, dated May 10, 2016

APP_000217

| | |
|---|---|
| **From:** | Robert Cauthorn <bobcauthorn@yahoo.com> |
| **To:** | Craig Moon |
| **CC:** | Brian Greenspun |
| **Sent:** | 5/10/2016 7:20:01 PM |
| **Subject:** | Re: Message from scanner@EXECUTIVE_OFFICE |

Craig,

Thanks for the note. We'll prepare the notice of audit to be delivered to you.

We need to spend a couple of days considering the number of years we'll cover in the audit. However, in any event, we'll have the notice to you by the end of the week.

Because we'll be going back in time, please be sure that the RJ's data retention policy simply archives records and doesn't destroy any.

I'm looking forward to your answers on the other questions we've already posed.

Regards,
Bob

Robert Cauthorn
Chief Operating Officer
Greenspun Media Group
m: 415-706-8043

On May 10, 2016, at 10:17 AM, Craig Moon <cmoon@reviewjournal.com> wrote:

Bob, i've attached by response,  Craig
---------- Forwarded message ----------
From: <Executive_Office@rmp4.reviewjournal.com>
Date: 2016-05-10 10:17 GMT-07:00
Subject: Message from scanner@EXECUTIVE_OFFICE
To: cmoon@reviewjournal.com

<Sscanner@EX16051010170.pdf>

APP_000218

SUN_00008323