# EXHIBIT CC

Email Chain, dated October 24, 2016

APP_000219

| | |
|---|---|
| **From:** | Brian Greenspun <brian@lasvegassun.com> |
| **To:** | Bob Cauthorn Yahoo <bobcauthorn@yahoo.com> |
| **Sent:** | 10/24/2016 10:52:55 PM |
| **Subject:** | Re: RJ stickers covering Sun endorsements on Page 1 must stop |

Hope it goes as smoothly as possible .

Sent from my iPhone

On Oct 24, 2016, at 3:52 PM, Robert Cauthorn <bobcauthorn@yahoo.com> wrote:

I just like that they know we aren't letting grass grow on anything. New age.

Now back to the freak show here in phx. Boy do i have stories...

Sent from my iPhone

On Oct 24, 2016, at 3:48 PM, Brian Greenspun <brian@lasvegassun.com> wrote:

Ha!

Sent from my iPhone

On Oct 24, 2016, at 3:47 PM, Robert Cauthorn <bobcauthorn@yahoo.com> wrote:

FYI.

I told him the orange guy they just endorsed has convinced me that everything is rigged.

Sent from my iPhone

Begin forwarded message:

**From:** Craig Moon <cmoon@reviewjournal.com>
**Date:** October 24, 2016 at 10:17:38 AM MST
**To:** Robert Cauthorn <bobcauthorn@yahoo.com>
**Subject: Re: RJ stickers covering Sun endorsements on Page 1 must stop**

Bob, I noticed the same thing, will be talking with our production folks this morning. While you may not believe this but this is not a directive of management. Craig

On Mon, Oct 24, 2016 at 7:41 AM, Robert Cauthorn <bobcauthorn@yahoo.com> wrote:
Craig,

Last week, when The Sun endorsed Diane Cortez-Masto, your special offers sticker appeared over the Sun's skybox on page 1 and obscured our endorsement.

Yesterday, exactly the same thing happened and the sticker covered  our skybox that advised readers that our other endorsements were inside.

Both times the RJ sticker was directly over the Sun box and both times it happened when we endorsed candidates or measures that the RJ has not endorsed.

APP_000220

SUN_00002213

This has happened on rare occasions in the past and when it happened we've been assured such things are "entirely accidental."

I find the present circumstance too peculiar to accept such feeble excuses. This appears to be a deliberate attempt to suppress a contrary view from appearing on the RJ's front page.

We have a contractual right to the box — fully unobscured and fully visible to readers — and it's important that you take deliberate and focused efforts to ensure this never happens again.

Please follow up and let me know what you've done to prevent this going forward.

Thanks,
Bob

Robert Cauthorn
Chief Operating Officer
Greenspun Media Group
m: 415-706-8043

APP_000221

SUN_00002214