# EXHIBIT DD

Notes by Brian Greenspun ("Discussion re joa")

APP_000222

Discussion re joa

My business and life for over 55    years. Not just selling out of joa but ending my commitment to Las Vegas through a daily newspaper. Ending HANK'S legacy. What will remain will be a small piece of what he started and what I ended. This ain't easy.

Not going to get into rights and wrongs and responsibilities. If there is no agreement we can go down that road. And we will. There are 23 years left so you and my daughter can deal with each other if necessary.

I have found a part of journalism that I like. My weekly newspapers and my tourist publications which I started 30 years ago. I love daily newspapers but I understand that sheldons goals --which I understand probab;y better than anyone-- will make my own very difficult to achieve with just 8 pages. I would need a full daily to have the input that I think is necessary to achieve both political and financial,success.

So I am prepared to exit the joa.

However, to make the changes necessary requires a lot of good faith and there is one gating issue which puzzles me and makes me question your intent. I was told that our contract language was plain enough for frank to accept but that he wanted to wait til our case was over with Stephens. Now that it is over--it was settled quite nicely -- that tune has changed and it is suggested that we have to relitigate , re arbitrate the same issue. I understand why's the-hens was so stubborn in the face of the facts but I don't understand why you want to force us through the same procedure, especially;Lu when the outcome is so clear. That suggests that going forward we,will be constantly fighting . I don't want to go there for obvious reasons.

Wants--

Presence hard and fast and inviolate at least once a week and twice if I want it . If it is a page , it has to be prominent and anchored, mine to do what I want and untouchable by RJ.  Ex6reme penalties without litigation should there be any equivocation.

The space for my weeklies and tourist books _-print, digital and otherwise -- will not be entered by RJ for length of joa --23 years.

I will be out of daily newspaper,business. We both can operate our news websites .

RJ to cover expense of one person of my choosing who will edit my page 3 days a week of my choosing in a position to be pre-determined and untouchable. Page three, front cover of second section, etc.

RJ will pay. X dollars for joa. X dollars annually for editor of sun page, it will contribute x dollars to a,charitable foundation for brian and Myra to administer as our own.

Lv sands will sign long term contract with lv mag and v2go distribution and an annual,advertising commitment of x to gmg products for x years.

Approriate use of lv sun masthead on our page and on RJ website. Brian's page/column to be displayed prominently on website.

EXHIBIT

332

APP_000223

SUN_00000482