# EXHIBIT KK

Email Chain Between Brian Greenspun and Patrick Dumont, dated April 2017

APP_000242

| | |
|---|---|
| **From:** | brian@lasvegassun.com |
| **To:** | Patrick Dumont |
| **Sent:** | 4/19/2017 7:58:22 PM |
| **Subject:** | Re: Hi |

Patrick, thanks for the time last night and for your "bearing up" under my barrage of reasons! I got the message!

I would like, however, to take one more shot to get something done. A quick phone call should suffice. Let me know if you can do that today.
Thanks, brian


Sent from my iPhone

> On Apr 18, 2017, at 4:04 PM, Patrick Dumont <pdumont@newsmediacap.com> wrote:
>
> Thanks
>
>> On Apr 18, 2017, at 3:31 PM, Brian Greenspun <brian@lasvegassun.com> wrote:
>>
>> Yes
>>
>> Sent from my iPhone
>>
>>> On Apr 18, 2017, at 3:28 PM, Patrick Dumont <pdumont@newsmediacap.com> wrote:
>>>
>>> Can we make it 5:45pm? Have a meeting that may run a little long and don't want you to wait. Thanks.
>>>
>>>> On Apr 18, 2017, at 9:34 AM, Brian Greenspun <brian@lasvegassun.com> wrote:
>>>>
>>>> Today at 5:30 works. At your office?
>>>>
>>>> Sent from my iPhone
>>>>
>>>>> On Apr 18, 2017, at 9:33 AM, Patrick Dumont <pdumont@newsmediacap.com> wrote:
>>>>>
>>>>> Would today or tomorrow at 5:30pm work? Thanks.
>>>>>
>>>>>> On Apr 18, 2017, at 7:58 AM, Brian Greenspun <brian@lasvegassun.com> wrote:
>>>>>>
>>>>>> Hi Patrick,
>>>>>> I am here today and tomorrow.
>>>>>> Meeting with Craig this afternoon and will need to make decisions shortly thereafter. We are giving him alternative to the page one flag that we would accept. Hope he takes it.
>>>>>> Best, brian
>>>>>>
>>>>>> Sent from my iPhone
>>>>>>
>>>>>>> On Apr 13, 2017, at 11:11 AM, Patrick Dumont <pdumont@newsmediacap.com> wrote:
>>>>>>>
>>>>>>> Happy Passover. Happy to meet with you. Please let me get back to you with some times that could work. Regards,
>>>>>>> Patrick
>>>>>>>
>>>>>>>> On Apr 12, 2017, at 8:31 AM, Brian Greenspun <brian@lasvegassun.com> wrote:
>>>>>>>>
>>>>>>>> Hi Patrick,
>>>>>>>>
>>>>>>>> Happy Passover.
>>>>>>>> I am meeting with Craig this coming Tuesday at 1 pm. Do you think it is a good

APP_000243

SUN_00008128

idea for us to meet later on Tuesday to see if we have a way to go? I am not expecting good news from Craig on any front so we will have to make decisions rather quickly. I would rather spend the time to see if you and I can chart a better path.
>>>>>>>> Let me know what works.
>>>>>>>> Best, brian
>>>>>>>>
>>>>>>>> Sent from my iPhone

APP_000244

SUN_00008129