E. LEIF REID, Nevada Bar No. 5750
KRISTEN L. MARTINI, Nevada Bar No. 11272
NICOLE SCOTT, Nevada Bar No. 13757
LUCY CROW, Nevada Bar No. 15203
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel:    702.949.8200
Fax:    702.949.8398
One East Liberty Street, Suite 300
Reno, Nevada 89501
Tel:    775.823.2900
Fax:    775.823.2929
Email: lreid@lewisroca.com
        kmartini@lewisroca.com
        nscott @lewisroca.com
        lcrow@lewisroca.com

JAMES J. PISANELLI, Nevada Bar No. 4027
TODD L. BICE, Nevada Bar No. 4534
JORDAN T. SMITH, Nevada Bar No. 12097
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Tel: 702.214.2100
Email: JJP@pisanellibice.com
        TLB@pisanellibice.com
        JTS@pisanellibice.com

JOSEPH M. ALIOTO, *PRO HAC VICE*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104
Tel: 415.434.8900
Fax: 415.434.9200
Email: jmalioto@aliotolaw.com

*Attorneys for Plaintiff/Counterdefendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHELDON ADELSON, an individual, and as the alter ego of News+Media Capital Group LLC, Las Vegas Review-Journal, Inc., and Interface Operations LLC dba Adfam; PATRICK DUMONT, an individual, and as alter ego of Las Vegas Review-Journal, Inc., News+Media Capital Group, LLC, and Interface Operations LLC dba Adfam; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; INTERFACE OPERATIONS LLC DBA ADFAM, a Delaware limited liability company | Case No. 2:19-cv-01667-ART-VCF<br><br>**(FILED UNDER SEAL)**<br><br>**APPENDIX OF EXHIBITS TO PLAINTIFF/COUNTERDEFENDANTS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 843 / 845 (FUS)]**<br><br>**(VOLUME 1)** |

i

121815517.1

and as alter ego of Las Vegas Review-Journal, Inc., and News+Media Capital Group, LLC; and DOES, I-X, inclusive,

Defendants.

LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation,

Counterclaimant,

v.

LAS VEGAS SUN, INC. a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.,

Counterclaim Defendants.

- ii -

121815517.1

**APPENDIX INDEX**

| Exhibit No. | Description | Vol. | Page Nos. |
|---|---|---|---|
| 1 | Steve Kanigher's article, *Sun deal with R-J "a tremendous opportunity" Newspaper to return to morning delivery*, published in the Las Vegas Sun on June 15, 2005 (SUN_00053786) | 1 | SOA1-SOA3 |
| 2 | Chris Jones & J. M. Kalil's article, *Las Vegas Sun to rise with morning R-J*, published in the Las Vegas Review Journal on June 15, 2005 (SUN_00000627-32) | 1 | SOA4-SOA10 |
| 3 | Deposition Transcript Excerpts of Keith Moyer, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-01667-ART-VCF (D. Nev. Apr. 5, 2022) | 1 | SOA11-SOA25 |
| 4 | Deposition Transcript Excerpts of Las Vegas Review-Journal 30(b)(6) Corporate Representative Glenn Cook, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-01667-ART-VCF (D. Nev. Aug. 19, 2022) **(REDACTED)** | 1 | SOA26-SOA38 |
| 5 | August 30, 2019, email from T. Burkholder to B. Greenspun (SUN_00000293) **(REDACTED)** | 1 | SOA39-SOA40 |
| 6 | September 5, 2019, email from C. Sappraicone to the Las Vegas Sun's "Letters" email address (SUN_00000298) **(REDACTED)** | 1 | SOA41-SOA42 |
| 7 | September 15, 2019, email from P. Ryan to the Las Vegas Sun's "Letters" email address (SUN_00000303-04) **(REDACTED)** | 1 | SOA43-SOA45 |
| 8 | January 15, 2019, email from K. Woods to B. Greenspun (SUN_00000315) **(REDACTED)** | 1 | SOA46-SOA47 |
| 9 | September 3, 2019, email from A. Marshall to the Las Vegas Sun's "Letters" email address (SUN_00024479) | 1 | SOA48-SOA49 |
| 10 | September 8, 2016, email originally from Craig Moon to Steve Garfinkel re Scarborough Recontact Study Presentation, attaching a 2016 readership study (DEFS0164068-116) **(FILED UNDER SEAL)** | 1 | SOA50-SOA99 |
| 11 | Deposition Transcript Excerpts of Craig Moon, Las Vegas Sun, Inc. v. Adelson, No. 2:19-cv-01667-ART-VCF (D. Nev. March 3, 2022) | 1 | SOA100-SOA108 |
| 12 | Deposition Transcript Excerpts of Jason Taylor, Las Vegas Sun, Inc. v. Adelson, No. 2:19-cv-01667-ART-VCF (D. Nev. May 12, 2022) | 1 | SOA109-SOA127 |
| 13 | Deposition Transcript Excerpts of Frank Vega, Las Vegas Sun, Inc. v. Adelson, No. 2:19-cv-01667-ART-VCF (D. Nev. August 9, 2022) **(REDACTED)** | 1 | SOA128-SOA138 |
| 14 | Excerpts from the September 23, 1988, Agreement between the Cincinnati Enquirer, Inc. and the E.W. Scripps Company (the Cincinnati JOA) (SUN_00070345, 48-50, 49) | 1 | SOA139-SOA143 |
| 15 | Excerpts from the December 22, 1998, Amended and Restated Joint Operating Agreement between Star Publishing Company and Citizen Publishing | 1 | SOA144-SOA147 |

1

121815517.1

| | | | |
|---|---|---|---|
| | | Company (Tucson JOA) (SUN_00019406, 22-23) § 2.1(a) | | |
| 16 | Excerpts from a public filing of the May 7, 2004, Amended and Restated Joint Operating Agreement between Daily Gazette Holding Company, LLC, Charleston Newspapers, Charleston Newspapers Holding L.P., and Daily Gazette Publishing Company, LLC (the Charleston JOA) | 1 | SOA148-SOA151 |
| 17 | Excerpts from the the July 23, 2010, Second Amended and Restated Joint Operating Agreement of the Charleston JOA (SUN_00070307-08, 15-16, 171) | 1 | SOA152-SOA156 |
| 18 | October 18, 2013, Amendment and Restatement of Agreement (Salt Lake JOA) (SUN_00070471, 801) | 1 | SOA157-SOA159 |
| 19 | September 15, 2019, email from W. Witte to the Las Vegas Sun's "Letters" email address (SUN_00000300) **(REDACTED)** | 1 | SOA160-SOA161 |
| 20 | February 26, 2019, email from V. Lewis to the Las Vegas Sun's "Letters" email address (SUN_00055338) **(REDACTED)** | 1 | SOA162-SOA164 |
| 21 | August 27, 2017, email from M. Spigelman to B. Greenspun (SUN_00000376-77) **(REDACTED)** | 1 | SOA165-SOA167 |
| 22 | September 5, 2019, email from R. Ransom to the Las Vegas Sun's "Letters" email address (SUN_00000307-08) **(REDACTED)** | 1 | SOA168-SOA170 |
| 23 | September 1, 2019, email from J. Dombek to the Las Vegas Sun's "Letters" email address (SUN_00000305) **(REDACTED)** | 1 | SOA171-SOA172 |
| 24 | January 19, 2019, email from N. Rodriguez to the Las Vegas Sun's "Letters" email address (SUN_000000294) **(REDACTED)** | 1 | SOA173-SOA174 |
| 25 | Deposition Transcript Excerpts of Las Vegas Sun, Inc. Rule 30(b)(6) Corporate Representative Robert Cauthorn, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-01667-ART-VCF (D. Nev. Feb. 16, 2022) | 1 | SOA175-SOA187 |
| 26 | Deposition Transcript Excerpts of Brian Greenspun, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-01667-ART-VCF (D. Nev. March 23, 2022) | 1 | SOA188-SOA195 |
| 27 | Deposition Transcript Excerpts of Las Vegas Sun, Inc.'s Expert Lawrence Aldrich, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-01667-ART-VCF (D. Nev. March 15, 2023) | 1 | SOA196-SOA204 |
| 28 | Deposition Transcript Excerpts of Las Vegas Sun, Inc.'s Expert Dr. Robert Picard, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-01667-ART-VCF (D. Nev. March 21, 2023) | 1 | SOA205-SOA222 |
| 29 | Deposition Transcript Excerpts of Las Vegas Sun, Inc.'s Expert Dr. Michael Katz, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-01667-ART-VCF (D. Nev. April 3, 2023) **(REDACTED)** | 1 | SOA223-SOA236 |
| 30 | September 19, 2022, Expert Report of Las Vegas Sun, Inc.'s Expert Dr. Michael Katz **(FILED UNDER SEAL)** | 2 | SOA237-SOA484 |
| 31 | Arbitration Scheduling Order, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. | 3 | SOA485-SOA494 |

- 2 -

121815517.1

| | | | |
|---|---|---|---|
| | 01-18-0000-7567 (Jan. 9, 2019) **(FILED UNDER SEAL)** | | |
| 32 | Deposition Transcript Excerpt of Mark Rainey, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-01667-ART-VCF (D. Nev. March 9, 2022) | 3 | SOA495-SOA502 |
| 33 | Deposition Transcript Excerpts of Jason Taylor, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. 01-18-0000-7567 (March 21, 2019) **(FILED UNDER SEAL)** | 3 | SOA503-SOA517 |
| 34 | Jan. 17, 2015, email from R. Pergament to P. Dumont, et al., re "Fwd: Notes prior to Monday 9am call" (SCHROEDER 001398-99) **(FILED UNDER SEAL)** | 3 | SOA518-SOA520 |
| 35 | Deposition Transcript Excerpts of Russel Pergament, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-01667-ART-VCF (D. Nev. December 13, 2021) **(REDACTED)** | 3 | SOA521-SOA533 |
| 36 | Declaration of Brian Greenspun in Support of Plaintiff/Counterdefendants' Opposition to Defendants' Motion for Summary Judgment | 3 | SOA534-SOA541 |
| 37 | Declaration of Robert Cauthorn in Support of Plaintiff/Counterdefendants' Opposition to Defendants' Motion for Summary Judgment | 3 | SOA542-SOA547 |
| 38 | Excerpts of the September 19, 2022, Initial Expert Report of Las Vegas Sun, Inc.'s Expert Robert Picard **(FILED UNDER SEAL)** | 3 | SOA548-SOA572 |
| 39 | January 18, 2023, Expert Rebuttal Report of Las Vegas Sun, Inc.'s Expert Dr. Michael Katz **(FILED UNDER SEAL)** | 3 | SOA573-SOA685 |
| 40 | Excerpts of the January 18, 2023, Expert Rebuttal Report of Defendants' Expert David Evans **(FILED UNDER SEAL)** | 3 | SOA686-SOA692 |
| 41 | EDITORIAL: Why we want to stop printing the Las Vegas Sun, Las Vegas Review Journal (Aug. 30, 2019) | 3 | SOA693-SOA701 |
| 42 | Excerpts of the June 10, 1987, Submission of Amendment to the Cincinnati, Ohio, JOA (SUN_00070380-81) | 3 | SOA702-SOA704 |
| 43 | Excerpts of the June 30, 2007, Second Amended and Restated York Joint Operating Agreement (SUN 00070494, 97) | 3 | SOA705-SOA707 |
| 44 | Excerpts of the January 16, 2023, Expert Rebuttal Report of Defendants' Expert Jerry Hausman **(FILED UNDER SEAL)** | 3 | SOA708-SOA714 |
| 45 | 2017-2022 JOA EBITDA Calculations (SUN_00024682, 7067, 8771-72, 8774-75, 57632-33, 84446-47) **(FILED UNDER SEAL)** | 3 | SOA715-SOA730 |
| 46 | Declaration of Ray Brewer in Support of Plaintiff/Counterdefendants' Opposition to Defendants' Motion for Summary Judgment | 3 | SOA731-SOA734 |

- 3 -

121815517.1

DATED this 14th day of July, 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP


By: /s/ Kristen L. Martini
E. Leif Reid, Bar No. 5750
Kristen L. Martini, Bar No. 11272
Nicole Scott, Bar No. 13757
Lucy Crow, Bar No. 15203
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

PISANELLI BICE PLLC
James J. Pisanelli, Bar No. 4027
Todd L. Bice, Bar No. 4534
Jordan T. Smith, Bar No. 12097
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

ALIOTO LAW FIRM
Joseph M. Alioto, *Pro Hac Vice*
One Sansome Street, 35th Floor
San Francisco, California 94104

*Attorneys for Plaintiff/Counterdefendants*

- 4 -

121815517.1

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of Lewis Roca Rothgerber Christie LLP, and that on the 14th day of July, 2023, I caused the foregoing **APPENDIX OF EXHIBITS TO PLAINTIFF/COUNTERDEFENDANTS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 843 / 845 (FUS)] (VOLUME 1)** to be served by electronic mail to:

> J. Randall Jones, Esq.
> Michael J. Gayan, Esq.
> Mona Kaveh, Esq.
> KEMP JONES, LLP
> 3800 Howard Hughes Parkway, 17th Floor
> Las Vegas, Nevada 89169
>
> Amy M. Gallegos, Esq.
> David R. Singer, Esq.
> Andrew G. Sullivan, Esq.
> Alison I. Stein, Esq.
> JENNER & BLOCK LLP
> 515 South Flower Street, Suite 3300
> Los Angeles, California 90071
>
> Richard L. Stone, Esq.
> 850 Devon Avenue
> Los Angeles, California 90024
>
> Hon. Philip M. Pro (Ret.)
> Special Master
> philipmpro@gmail.com
> sparreno@jamsadr.com

*/s/ Jessie M. Helm*
Employee of Lewis Roca Rothgerber Christie LLP

- 5 -

121815517.1