# EXHIBIT 25

Deposition Transcript Excerpts of Las Vegas Sun, Inc. Rule 30(b)(6) Corporate Representative Robert Cauthorn, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-01667-ART-VCF (D. Nev. Feb. 16, 2022)

# EXHIBIT 25

SOA175

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAS VEGAS SUN, INC., a          )
Nevada corporation,            )
                               )
                Plaintiff,     ) Case No.: 2:19-CV-01667-GMN-VCF
                               )
     v.                        )
                               )
SHELDON ADELSON, an            )
individual and as the alter    )
ego of News+Media Capital      )
Group LLC and as the alter     )
ego of Las Vegas Review        )
Journal, Inc.; PATRICK         )
DUMONT, an individual;         )
NEWS+MEDIA CAPITAL GROUP LLC,  )
a Delaware limited liability   )
company; LAS VEGAS REVIEW      )
-JOURNAL, INC., a Delaware     )
corporation; and DOES, I-X,    )
inclusive,                     )
                               )
                Defendants.    )
_____)
LAS VEGAS REVIEW-JOURNAL,       )
INC., a Delaware corporation,  )
                               )
             Counterclaimant,  )
                               )
     v.                        )
                               )
LAS VEGAS SUN, INC. a Nevada   )
corporation; BRIAN GREENSPUN,  )
an individual and as the       )
alter ego of Las Vegas Sun,    )
Inc.,; GREENSPUN MEDIA GROUP,  )
LLC, a Nevada limited          )
liability company, as the      )
alter ego of Las Vegas Sun,    )
Inc.,                          )
                               )
       Counterclaim-Defendants. )
_____)

Reported by: Mickey Marez, RPR, CRR, NV CCR No. 950

Job No.: 837043

SOA176

ROBERT CAUTHORN, 30 (B)(6) LAS VEGAS SUN, INC. - 02/16/2022

Page 2

VIDEOCONFERENCED/ZOOM/VIDEOTAPED

DEPOSITION OF ROBERT CAUTHORN, FRCP 30(B)(6)

OF LAS VEGAS SUN, INC.

ALL PARTIES APPEARING REMOTELY

WEDNESDAY, FEBRUARY 16, 2022

Reported by: Mickey Marez, RPR, CRR, NV CCR No. 950

Job No.: 837043

SOA177

ROBERT CAUTHORN, 30 (B)(6) LAS VEGAS SUN, INC. - 02/16/2022

Page 3

VIDEOCONFERENCED/ZOOM/VIDEOTAPED DEPOSITION OF ROBERT CAUTHORN, on

Wednesday, February 16, 2022, at 9:06 a.m., before Mickey Marez,

Registered Professional Reporter and Certified Realtime Reporter with

the National Court Reporters Association, Certified Court Reporter, in

and for the State of Nevada


APPEARANCES:
FOR THE PLAINTIFF/COUNTERCLAIM-DEFENDANTS:
BY: E. LEIF REID, ESQ.
BY: MARLA J. HUDGENS, ESQ.
BY: KRISTEN L. MARTINI, ESQ.
BY: NICOLE SCOTT, ESQ.
LEWIS ROCA ROTHGERBER CHRISTIE LLP
ONE EAST LIBERTY STREET, SUITE 300
RENO, NEVADA 89501
TELEPHONE: (775)823-2900
FAX: (775)823-2929
E-MAIL: lreid@lewisroca.com; kmartini@lewisroca.com;
mhudgens@lewisroca.com; nscott@lewisroca.com

BY: JORDAN T. SMITH, ESQ.
PISANELLI BICE PLLC
400 SOUTH SEVENTH STREET, SUITE 300
LAS VEGAS, NEVADA 89101
TELEPHONE: (702)214-2100
FAX: (702)214-2101
E-MAIL: jts@pisanellibice.com

FOR THE DEFENDANTS/COUNTERCLAIMANTS:
BY: MICHAEL J. GAYAN, ESQ.
KEMP JONES, LLP
3800 HOWARD HUGHES PARKWAY, 17TH FLOOR
LAS VEGAS, NEVADA 89169
TELEPHONE: (702)385-6000
FAX: (702)385-6001
E-MAIL: m.gayan@kempjones.com

BY: DAVID R. SINGER, ESQ.
JENNER & BLOCK LLP
515 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE: (213)239-2206
FAX: (213)239-2216
E-MAIL: dsinger@jenner.com

SOA178

ROBERT CAUTHORN, 30 (B)(6) LAS VEGAS SUN, INC. - 02/16/2022

Page 4

BY: BENJAMIN A. LIPMAN, ESQ.
LAS VEGAS REVIEW-JOURNAL, INC.
1111 WEST BONANZA ROAD
LAS VEGAS, NEVADA 89106
TELEPHONE: (702)383-0224
E-MAIL: blipman@reviewjournal.com

ALSO PRESENT:
BRIAN GREENSPUN
MAYRA GREENSPUN
ALONSO PONCE

VIDEOGRAPHER: DUSTIN KITTLESON
LITIGATION SERVICES, LLC
3960 HOWARD HUGHES PARKWAY, SUITE 700
LAS VEGAS, NEVADA 89169
TELEPHONE: (800)330-1112

* * * * *

SOA179

ROBERT CAUTHORN, 30 (B)(6) LAS VEGAS SUN, INC. - 02/16/2022

Page 5

INDEX

WITNESS: ROBERT CAUTHORN

EXAMINATION                                                    PAGE

BY DAVID R. SINGER, ESQ.                                         9


                          EXHIBITS

| NUMBER | DESCRIPTION | MARKED |
|---|---|---|
| EXHIBIT 215 | SUN00025139-25156, 83091 | 55 |
| EXHIBIT 220 | SUN00008851-8852 | 99 |
| EXHIBIT 221 | LAS VEGAS, SUN, INC.'S<br>RESPONSES TO DEFENDANTS'<br>FIRST SET OF REQUESTS FOR<br>ADMISSION TO PLAINTIFF | 139 |
| EXHIBIT 226 | PLAINTIFF AND<br>COUNTERDEFENDANTS'<br>TWENTY-EIGHTH SUPPLEMENT TO<br>INITIAL DISCLOSURES<br>PURSUANT TO FED. R. CIV. P.<br>26(e) | 148 |
| EXHIBIT 229 | SUN00008909 | 189 |

SOA180

ROBERT CAUTHORN, 30 (B)(6) LAS VEGAS SUN, INC. - 02/16/2022

Page 17

By diverting readers to their digital product.  To the extent that reduces print purchases, yes, they've been doing so.

BY MR. SINGER:

Q.  **Right.  But what you're describing would reduce the sale of both products; correct?**

A.  But you asked about whether it would reduce the sale of the Sun, and the Sun was affected by the sale of products, yes.

Q.  **Okay.  But you agree it's a joint print media product that gets sold as a single unit; correct?**

A.  I do.

Q.  **Does the printed Sun attempt to take readers away from the printed RJ?**

A.  No.

Q.  **Did the printed Sun attempt to take advertisers from the printed RJ?**

A.  The printed Sun has no advertisers.

Q.  **So, is that a "no"?**

A.  Yes, that's a "no."

Q.  **Tell me all the ways the printed Sun competes with the printed Review Journal?**

A.  Oh, my goodness.  Well, I'm going to -- that's a long answer.

We compete with the Review Journal for the

SOA181

ROBERT CAUTHORN, 30 (B)(6) LAS VEGAS SUN, INC. - 02/16/2022

Page 18

attention of readers for the -- for -- for the -- for the -- the communication of ideas within the marketplace.

We -- we compete with the -- with the Review Journal for the printed -- the printed Sun competes with the printed Review Journal for -- for high-quality staff and for -- and for -- and for read stories in the marketplace.

We compete for access to -- to newsmakers. We compete with the printed -- with the printed RJ to get stories right.  The -- and -- and to be more complete than -- than -- than our competitor.

We compete with the printed Review Journal for -- for -- for success- -- for successfully communicating to the -- the public what we feel, in our editorial opinion, the specific agenda would be.

We compete with the printed Review Journal for -- goodness, I -- I will mention by the way, that this is subject of -- of expert -- experts' analyses, as well, and our -- our complaint may include something -- which I'm forgetting at the moment -- but we -- we compete with them for -- for -- for awards and for prizes.

We compete with them for -- for -- for -- simply for recognition -- recognition within the

SOA182

ROBERT CAUTHORN, 30 (B)(6) LAS VEGAS SUN, INC. - 02/16/2022

community.  We compete with them to -- to -- to have more readers and to -- and to -- and to -- and to have our brand grow in the marketplace and our influence grow in the marketplace.

We compete in general terms on the level of influence in the marketplace.  We compete with Review Journal in -- in -- in -- in -- in a vast number of ways.

We -- pardon me, I'm -- I'm going a little long, but I'm trying to -- that -- that wasn't a question in -- in our preparation that didn't anticipate coming in quite that way.  And, also, I'll provide you with some more examples.

We compete to be accurate versus the RJ.  We compete to have the most compelling product versus the RJ.  We compete to have a -- exclusive stories versus the RJ.

We compete to have our -- our -- our -- our photographers compete to get the best sports story.  We compete to get the best quote.  We compete to get -- we -- we compete for the -- for -- for mind share within the community.

We compete in a vast number of ways.  I'm -- I'm sure more will come to me, and I -- and if they do, I'll -- I'll be sure to interrupt you and mention them,

SOA183

Page 51

market share.  So, let me -- if I may answer it this way.

We have the same distribution footprint of the -- as -- as the printed Review Journal.  We have many -- many of the -- many of the same readers, but not all of the same readers.  Some read -- certainly, I'm sure read just the Sun, some read just the Review Journal.  May well be the case.

We have -- so, we have -- we have a very similar footprint in the ways that you measure masthead -- you know, masthead evaluation and newspaper.  We have a very similar footprint, yes.

BY MR. SINGER:

Q.   But -- but two newspapers have the same circulation because they're distributed together.  You would at least agree with that; right?

A.   That's what I said.  I said that we have the same distribution footprint.  Of course, yes.

Q.   I mean, I've heard Mr. Greenspun say that the Las Vegas Sun is, quote, "The largest circulated newspaper in Nevada, along with the LVRJ," closed quote.

Do you agree with that statement?

A.   Yes.  Bear in mind, circulation and readership are distinct.  However, we -- we share the

SOA184

ROBERT CAUTHORN, 30 (B)(6) LAS VEGAS SUN, INC. - 02/16/2022

Page 52

same circulation footprint as the Review Journal.

Q.   Do you agree that the Las Vegas Sun is the largest circulated newspaper in Nevada, along with the Las Vegas Review Journal?

A.   Yes.

Q.   Are you aware of any service that measures the readership of the printed Sun, separate and apart from the Las Vegas Review Journal?

A.   No.

Q.   Does the Sun track that information?

A.   I'm not aware of any service -- print service that provides that information other than the printed Sun, and therefore, we can't track it.  We're not aware of it.  We can't track it.

Q.   Are you aware of any way to track whether a purchaser of the printed Review Journal and Sun was motivated by the readers' desire to read the Sun insert?

A.   We don't have that information available to us.

Q.   And the Sun's never conducted any studies of that?

A.   No, that would fall under the area of marketing -- marketing and research, and that's the responsibility of the Review Journal under the JOA.

SOA185

ROBERT CAUTHORN, 30 (B)(6) LAS VEGAS SUN, INC. - 02/16/2022

Page 53

Q.   Are you aware of any study that is measured whether readers would continue to purchase the printed Review Journal if it did not include the Sun insert?

A.   Can -- can you restate that question? Just -- just to -- there was a nuance there I wanted to make sure I understood --

Q.   Yeah, I'm asking you if you're aware of any study that has measured whether readers would continue to buy the printed RJ if it did not include the Sun.

A.   I am not aware of -- of -- of a study that states precisely that.

Q.   You're familiar with Scarborough Research; right?

A.   I am.

Q.   They measure readership of local newspapers?

A.   Yes.

Q.   Dailies, weeklies, and so forth?

A.   Yes.

Q.   When Scarborough -- to your knowledge, when Scarborough measures the readership of the printed RJ, does it distinguish between the printed RJ and the printed Sun insert?

A.   No.

Q.   Okay.

A.   No longer -- at one time they did.  A long

SOA186

ROBERT CAUTHORN, 30 (B)(6) LAS VEGAS SUN, INC. - 02/16/2022

Page 387

CERTIFICATE OF REPORTER

STATE OF NEVADA    )
                   )
COUNTY OF CLARK    )

I, Mickey Marez, a duly commissioned and licensed court reporter, Clark County, State of Nevada, Registered Professional Reporter and Certified Realtime Reporter with the National Court Reporters Association, do hereby certify:  That I reported the taking of the deposition of the witness, ROBERT CAUTHORN, commencing on Wednesday, February 16, 2022, at 9:06 a.m.;

That prior to being examined, the witness was, by me, duly sworn to testify to the truth.  That I thereafter transcribed my said shorthand notes into typewriting and that the typewritten transcript of said deposition is a complete, true, and accurate transcription of said shorthand notes.

I further certify that I am not a relative or employee of an attorney or counsel or any of the parties, nor a relative or employee of an attorney or counsel involved in said action, nor a person financially interested in the action; that a request has been made to review the transcript.

IN WITNESS THEREOF, I have hereunto set my hand in my office in the County of Clark, State of Nevada, this 21st day of February, 2022.

_____
Mickey Marez, RPR, CRR, NV CCR No. 950

SOA187