# EXHIBIT 26

Deposition Transcript Excerpts of Brian Greenspun, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-01667-ART-VCF (D. Nev. March 23, 2022)

# EXHIBIT 26

SOA188

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAS VEGAS SUN, INC., a          )
Nevada corporation,            )
                               )
               Plaintiff,      ) Case No.: 2:19-CV-01667-GMN-VCF
                               )
     v.                        )
                               )
SHELDON ADELSON, an            )
individual and as the alter    )
ego of News+Media Capital      )
Group LLC and as the alter     )
ego of Las Vegas Review        )
Journal, Inc.; PATRICK         )
DUMONT, an individual;         )
NEWS+MEDIA CAPITAL GROUP LLC,  )
a Delaware limited liability   )
company; LAS VEGAS REVIEW      )
-JOURNAL, INC., a Delaware     )
corporation; and DOES, I-X,    )
inclusive,                     )
                               )
               Defendants.     )
_____)
LAS VEGAS REVIEW-JOURNAL,       )
INC., a Delaware corporation,  )
                               )
               Counterclaimant, )
                               )
     v.                        )
                               )
LAS VEGAS SUN, INC. a Nevada   )
corporation; BRIAN GREENSPUN,  )
an individual and as the       )
alter ego of Las Vegas Sun,    )
Inc.,; GREENSPUN MEDIA GROUP,  )
LLC, a Nevada limited          )
liability company, as the      )
alter ego of Las Vegas Sun,    )
Inc.,                          )
                               )
     Counterclaim-Defendants.  )
_____)

Reported by: Mickey Marez, RPR, CRR, NV CCR No. 950

Job No.: 846351

SOA189

BRIAN GREENSPUN - 03/23/2022

Page 2

VIDEOCONFERENCED/ZOOM/VIDEOTAPED

DEPOSITION OF BRIAN GREENSPUN

ALL PARTIES APPEARING REMOTELY

WEDNESDAY, MARCH 23, 2022

Reported by: Mickey Marez, RPR, CRR, NV CCR No. 950

Job No.: 846351

SOA190

Page 3

VIDEOCONFERENCED/ZOOM/VIDEOTAPED DEPOSITION OF BRIAN GREENSPUN, on

Wednesday, March 23, 2022, at 9:05 a.m., before Mickey Marez,

Registered Professional Reporter and Certified Realtime Reporter with

the National Court Reporters Association, Certified Court Reporter, in

and for the State of Nevada

APPEARANCES:
FOR THE PLAINTIFF/COUNTERCLAIM-DEFENDANTS:
BY: E. LEIF REID, ESQ.
BY: MARLA J. HUDGENS, ESQ.
BY: KRISTEN L. MARTINI, ESQ.
BY: NICOLE SCOTT, ESQ.
LEWIS ROCA ROTHGERBER CHRISTIE LLP
ONE EAST LIBERTY STREET, SUITE 300
RENO, NEVADA 89501
TELEPHONE: (775)823-2900
FAX: (775)823-2929
E-MAIL: lreid@lewisroca.com; kmartini@lewisroca.com;
mhudgens@lewisroca.com; nscott@lewisroca.com

BY: JORDAN T. SMITH, ESQ.
PISANELLI BICE PLLC
400 SOUTH SEVENTH STREET, SUITE 300
LAS VEGAS, NEVADA 89101
TELEPHONE: (702)214-2100
FAX: (702)214-2101
E-MAIL: jts@pisanellibice.com

FOR THE DEFENDANTS/COUNTERCLAIMANTS:
BY: MICHAEL J. GAYAN, ESQ.
BY: MONA KAVEH, ESQ.
KEMP JONES, LLP
3800 HOWARD HUGHES PARKWAY, 17TH FLOOR
LAS VEGAS, NEVADA 89169
TELEPHONE: (702)385-6000
FAX: (702)385-6001
E-MAIL: m.gayan@kempjones.com; m.kaveh@kempjones.com

//

SOA191

Page 4

FOR THE DEFENDANTS/COUNTERCLAIMANTS:
BY: RICHARD L. STONE, ESQ.
BY: DAVID R. SINGER, ESQ.
JENNER & BLOCK LLP
515 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE: (213)239-2206
FAX: (213)239-2216
E-MAIL: rstone@jenner.com; dsinger@jenner.com

BY: BENJAMIN A. LIPMAN, ESQ.
LAS VEGAS REVIEW-JOURNAL, INC.
1111 WEST BONANZA ROAD
LAS VEGAS, NEVADA 89106
TELEPHONE: (702)383-0224
E-MAIL: blipman@reviewjournal.com

ALSO PRESENT:
BOB CAUTHORN
MYRA GREENSPUN
PATRICK DUMONT
KEITH MOYER
ALONSO PONCE

VIDEOGRAPHER: NICK APARO
LITIGATION SERVICES, LLC
3960 HOWARD HUGHES PARKWAY, SUITE 700
LAS VEGAS, NEVADA 89169
TELEPHONE: (800)330-1112

                    * * * * *

SOA192

BRIAN GREENSPUN - 03/23/2022

Page 5

INDEX

WITNESS:  BRIAN GREENSPUN

EXAMINATION                                              PAGE

BY RICHARD L. STONE, ESQ.                                11


                         EXHIBITS

NUMBER            DESCRIPTION                  MARKED

EXHIBIT 319    SUN_00058442_2013 VERIFIED        31

               COMPLAINT


EXHIBIT 349    SUN_00068060                      92


EXHIBIT 320    2009-10-21_LVS_HENDERSON          96

               BOULDER CITY NEWSPAPERS TO

               SUSPEND PUBLICATION


EXHIBIT 216    2019-09-24_001_LVS               124

               COMPLAINT


EXHIBIT 215    GREENSPUN-CAUTHORN TEXT          140

               MESSAGES


EXHIBIT 331    DEFS0006274_2016-04-27           189

SOA193

Page 119

levels of the various sections of the JOA paper.  And Las Vegas Sun always finished up near the top.

BY MR. STONE:

Q.   **Well, how do you determine whether the Las Vegas Sun has successfully taken a reader away from the Review Journal?**

MR. REID:  Objection.  Form.

THE WITNESS:  I don't -- I don't know that I can gauge if they take them away.  If someone comes up to me and says, "I stopped reading the Review Journal and I only read the Sun," then I would gauge it.  But, of course, that's one-off and anecdotal.

So, I'm not sure I have a way to gauge the answer to the question you just asked, taking a reader away.  We are in a combined newspaper.  We both want readers, but we compete for the readers' attention within that combined newspaper.

BY MR. STONE:

Q.   **Does the Sun monetize the number of readers it has of the printed Sun publication?**

MR. REID:  Objection.  Form.

THE WITNESS:  No, it does not.  Not -- the Sun doesn't.  We -- I don't think we have a way to do that.

SOA194

Page 365

CERTIFICATE OF REPORTER

STATE OF NEVADA   )
                  )
COUNTY OF CLARK   )

          I, Mickey Marez, a duly commissioned and licensed court reporter, Clark County, State of Nevada, Registered Professional Reporter and Certified Realtime Reporter with the National Court Reporters Association, do hereby certify:  That I reported the taking of the deposition of the witness, BRIAN GREENSPUN, commencing on Wednesday, March 23, 2022, at 9:05 a.m.;

          That prior to being examined, the witness was, by me, duly sworn to testify to the truth.  That I thereafter transcribed my said shorthand notes into typewriting and that the typewritten transcript of said deposition is a complete, true, and accurate transcription of said shorthand notes.

          I further certify that I am not a relative or employee of an attorney or counsel or any of the parties, nor a relative or employee of an attorney or counsel involved in said action, nor a person financially interested in the action; that a request has been made to review the transcript.

          IN WITNESS THEREOF, I have hereunto set my hand in my office in the County of Clark, State of Nevada, this 1st day of April, 2022.

_____
Mickey Marez, RPR, CRR, NV CCR No. 950

SOA195