UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SHELDON ADELSON, an individual, and as the alter ego of News+Media Capital Group LLC, Las Vegas Review-Journal, Inc., and Interface Operations LLC dba Adfam; PATRICK DUMONT, an individual, and as alter ego of Las Vegas Review-Journal, Inc., News+Media Capital Group, LLC, and Interface Operations LLC dba Adfam; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; INTERFACE OPERATIONS LLC DBA ADFAM, a Delaware limited liability company | Case No. 2:19-cv-01667-ART-VCF<br><br>**ORDER APPROVING**<br><br>**JOINT STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE RE:**<br><br>**(1) DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF LAWRENCE J. ALDRICH (ECF NO. 867), AND**<br><br>**(2) DEFENDANTS' EVIDENTIARY OBJECTIONS TO DOCUMENTS FILED WITH PLAINTIFF/ COUNTERDEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 865)**<br><br>**[FIRST REQUEST]** |

- i -

121862737.1

1  and as alter ego of Las Vegas Review-Journal, Inc., and News+Media Capital Group, LLC; and DOES, I-X, inclusive,

          Defendants.

LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation,

          Counterclaimant,

v.

LAS VEGAS SUN, INC. a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.,

          Counterclaim Defendants.

121862737.1

Plaintiff/Counterdefendant LAS VEGAS SUN, INC., and Counterdefendants BRIAN GREENSPUN and GREENSPUN MEDIA GROUP, LLC (collectively the "Sun"), by and through their counsel Lewis Roca Rothgerber Christie LLP, Pisanelli Bice PLLC, and the Alioto Law Firm, and Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., and Defendants NEWS+MEDIA CAPITAL GROUP LLC, SHELDON ADELSON, PATRICK DUMONT, and INTERFACE OPERATIONS LLC DBA ADFAM (collectively the "RJ"), by and through their counsel of record, Kemp Jones, LLP, Jenner & Block LLP, and Richard L. Stone, Esq., hereby stipulate and agree as follows:

1. On May 30, 2023, the Sun filed its Motion for Summary Judgment and related Appendices (ECF Nos. 829-841), and Defendants filed their Motion for Summary Judgment and related Appendix (ECF Nos. 843-846). On July 14, 2023, the parties filed their respective Oppositions and related appendices. ECF Nos. 857-64; ECF Nos. 870-77. Before submitting their Oppositions, on June 16, 2023, the parties filed a joint stipulation to extend the briefing deadlines for the parties' respective Replies to the Motions for Summary Judgment from August 16, 2023, to August 30, 2023, due to scheduling conflicts among counsel under the original briefing schedule. ECF No. 854. This Court granted the parties' request and issued an order extending the deadline for the Replies to August 30, 2023. ECF No. 855.

2. On July 14, 2023, the RJ filed its Motion to Exclude Testimony of Lawrence Aldrich (ECF Nos. 867-68) ("Motion to Exclude") and its Evidentiary Objections to Documents Filed with Plaintiff/ Counterdefendant's Motion for Summary Judgment (ECF Nos. 865-66) ("Evidentiary Objections"). The Sun's Oppositions/Responses to the Motion to Exclude and Evidentiary Objections are currently due July 28, 2023. The RJ's Reply in support of the Motion to Exclude is currently due on August 4, 2023.

3. Consistent with the parties' request to extend the briefing deadline for the parties' Replies to the Motions for Summary Judgments, the parties jointly request an extension of these briefing deadlines due to the continuing scheduling conflicts among counsel under the current briefing schedule. This is the first request made by the parties to extend these deadlines.

4. The parties request that the Sun's deadline to respond to the Motion to Exclude and

Evidentiary Objections be extended from July 28, 2023, to August 30, 2023, to align with the deadline for the parties' Replies in support of their Motions for Summary Judgment. The parties further request that the RJ's deadline to respond to the Motion to Exclude be extended from August 4, 2023, to September 21, 2023.

5. These extensions will not be used as a basis to extend other deadlines or for any other relief. All other scheduling deadlines set in this matter shall remain in place.

DATED this 20th day of July, 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: *Kristen L. Martini*
E. Leif Reid, Bar No. 5750
Kristen L. Martini, Bar No. 11272
Nicole Scott, Bar No. 13757
Lucy Crow, Bar No. 15203
One East Liberty Street, Suite 300
Reno, Nevada 89501-2128

PISANELLI BICE PLLC
James J. Pisanelli, Bar No. 4027
Todd L. Bice, Bar No. 4534
Jordan T. Smith, Bar No. 12097
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

ALIOTO LAW FIRM
Joseph M. Alioto, *Pro Hac Vice*
One Sansome Street, 35th Floor
San Francisco, California 94104

*Attorneys for Plaintiff/Counterdefendants*

DATED this 20th day of July, 2023.

KEMP JONES LLP

By: *Michael J. Gayan*
J. Randall Jones, Esq., Bar No. 1927
Michael J. Gayan, Esq., Bar No. 11135
Mona Kaveh, Esq., Bar No. 11825
3800 Howard Hughes Parkway, 17th Fl.
Las Vegas, Nevada 89169

Amy M. Gallegos, Esq., *Pro Hac Vice*
David R. Singer, Esq., *Pro Hac Vice*
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071

Richard L. Stone, Esq., *Pro Hac Vice*
850 Devon Avenue
Los Angeles, California 90024

*Attorneys for Defendants/Counterclaimant*

**IT IS SO ORDERED**.

_____
Anne R. Traum
United States District Court Judge

DATED: July 21, 2023

- 2 -

121862737.1