1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

17
18
19
20
21
22
23
24
25
26
27
28

LAS VEGAS SUN, INC.,

                    Plaintiff,

    v.

SHELDON ADELSON, et al.,

                    Defendants.

AND RELATED COUNTERCLAIM

Case No. 2:19-cv-01667-ART-VCF

**ORDER GRANTING**

**JOINT STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE RE: (1) PLAINTIFF/ COUNTERDEFENDANTS' MOTION TO EXCLUDE OPINIONS OF KENNETH PAULSON [ECF NOS. 897-898]; (2) EVIDENTIARY OBJECTIONS TO DOCUMENTS FILED WITH PARTIES' OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 893-894] [ECF NO. 904]; (3) EVIDENTIARY OBJECTIONS TO DOCUMENTS FILED WITH PARTIES' REPLIES IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 900, 902, 905-10] [ECF NOS. 901, 903]**

**[FIRST REQUEST]**

Plaintiff/Counterdefendant LAS VEGAS SUN, INC., and Counterdefendants BRIAN GREENSPUN and GREENSPUN MEDIA GROUP, LLC (collectively the "Sun"), by and through their counsel Lewis Roca Rothgerber Christie LLP, Pisanelli Bice PLLC, and the Alioto Law Firm, and Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., and Defendants NEWS+MEDIA CAPITAL GROUP LLC, THE ESTATE OF SHELDON ADELSON, PATRICK DUMONT, and INTERFACE OPERATIONS LLC DBA ADFAM (collectively the "Defendants," together with the Sun, the "Parties"), by and through their counsel of record, Kemp Jones, LLP, Jenner & Block LLP, and Richard L. Stone, Esq., hereby stipulate and agree as follows:

1.  On August 30, 2023, the Sun filed its Redacted and Filed Under Seal versions of its Motion to Exclude Opinions of Kenneth Paulson and related exhibits. ECF Nos. 897–898. Defendants' Opposition to the Sun's Motion to Exclude is currently due on September 13, 2023, and the Sun's Reply in support of its Motion to Exclude is currently due on September 20, 2023.

2.  On August 30, 2023, the Sun filed its Redacted and Filed Under Seal versions of Evidentiary Objections to Documents Filed with Defendants' Opposition to the Sun's Motion for Summary Judgment (the "Sun's Evidentiary Objections"). ECF Nos. 893–894. On the same day, Defendants filed their Evidentiary Objections to Documents Filed with the Sun's Opposition to Defendants' Motion for Summary Judgment ("Defendants' Evidentiary Objections"). ECF No. 904. Defendants' Opposition to the Sun's Evidentiary Objections, and the Sun's Opposition to Defendants' Evidentiary Objections, are both currently due on September 13, 2023.

3.  On August 30, 2023, the Sun filed its Redacted and Filed Under Seal versions of its Reply in Support of Motion for Summary Judgment and accompanying Appendices. ECF Nos. 900, 902, 905-10. On the same day, Defendants filed their Redacted and Filed Under Seal versions of their Reply in Support of Motion for Summary Judgment. ECF Nos. 901, 903.

4.  The Parties jointly request an extension of these briefing deadlines due to scheduling conflicts among counsel under the current briefing schedule. This is the first request made by the Parties to extend these deadlines.

/ / /

1

5.      The Parties request that Defendants' deadline to file their Opposition to the Motion to Exclude Opinions of Kenneth Paulson be extended from September 13, 2023, to October 4, 2023, and the Sun's deadline to file its Reply in support of the Motion to Exclude be extended from September 20, 2023, to October 23, 2023.

6.      The Parties request that Defendants' deadline to file their Opposition to the Sun's Evidentiary Objections, and the Sun's deadline to file its Opposition to Defendants' Evidentiary Objections, be extended from September 13, 2023, to September 27, 2023.

7.      To ensure an orderly process for briefing any objections related to the Parties' respective filings on August 30, 2023, the Parties request that the Parties' deadline to object to evidence submitted by the Parties in their respective replies in support of their motions for summary judgment, if any, be set for October 4, 2023, and the Parties' deadline to file their Opposition to any such evidentiary objections be set for October 23, 2023.

8.      The Parties' requested extensions will not be used as a basis to extend other deadlines or for any other relief. All other scheduling deadlines set in this matter shall remain in place.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

DATED this 7th day of September, 2023.

2

LEWIS ROCA ROTHGERBER CHRISTIE LLP

3

4

By: _/s/ Nicole Scott_
E. Leif Reid, Esq. (SBN 5750)

5

Kristen L. Martini, Esq. (SBN 11272)
Nicole Scott, Esq. (SBN 13757)

6

Lucy Crow, Esq. (SBN 15203)
One East Liberty Street, Suite 300

7

Reno, Nevada 89501-2128

8

PISANELLI BICE PLLC

9

James J. Pisanelli, Esq. (SBN 4027)
Todd L. Bice, Esq. (SBN 4534)

10

Jordan T. Smith, Esq. (SBN 12097)
400 South 7th Street, Suite 300

11

Las Vegas, Nevada 89101

12

ALIOTO LAW FIRM

13

Joseph M. Alioto (*pro hac vice*)
One Sansome Street, 35th Floor

14

San Francisco, California 94104

15

*Attorneys for Plaintiff / Counterdefendants*

16

17

DATED this 7th day of September, 2023.

KEMP JONES LLP

By: _/s/ Michael J. Gayan_
J. Randall Jones, Esq. (SBN 1927)
Michael J. Gayan, Esq. (SBN 11135)
Mona Kaveh, Esq. (SBN 11825)
3800 Howard Hughes Parkway, 17th Fl.
Las Vegas, Nevada 89169

David R. Singer, Esq. (*pro hac vice*)
Amy M. Gallegos, Esq. (*pro hac vice*)
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071

Richard L. Stone, Esq. (*pro hac vice*)
850 Devon Avenue
Los Angeles, California 90024

*Attorneys for Defendants /
Counterclaimant*

IT IS SO ORDERED:

18

19

_____

20

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

21

22

DATED: September 11, 2023.

23

24

25

26

27

28

3