E. LEIF REID, Nevada Bar No. 5750
KRISTEN L. MARTINI, Nevada Bar No. 11272
NICOLE SCOTT, Nevada Bar No. 13757
LUCY CROW, Nevada Bar No. 15203
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel:    702.949.8200
Fax:    702.949.8398
One East Liberty Street, Suite 300
Reno, Nevada 89501
Tel:    775.823.2900
Fax:    775.823.2929
Email: lreid@lewisroca.com
          kmartini@lewisroca.com
          nscott@lewisroca.com
          lcrow@lewisroca.com

JOSEPH M. ALIOTO, *PRO HAC VICE*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104
Tel: 415.434.8900
Fax: 415.434.9200
Email: jmalioto@aliotolaw.com

JAMES J. PISANELLI, Nevada Bar No. 4027
TODD L. BICE, Nevada Bar No. 4534
JORDAN T. SMITH, Nevada Bar No. 12097
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Tel: 702.214.2100
Email: JJP@pisanellibice.com
          TLB@pisanellibice.com
          JTS@pisanellibice.com

*Attorneys for Plaintiff/Counterdefendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHELDON ADELSON, an individual, and as the alter ego of News+Media Capital Group LLC, Las Vegas Review-Journal, Inc., and Interface Operations LLC dba Adfam; PATRICK DUMONT, an individual, and as alter ego of Las Vegas Review-Journal, Inc., News+Media Capital Group, LLC, and Interface Operations LLC dba Adfam; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; INTERFACE OPERATIONS LLC DBA ADFAM, a Delaware limited liability company | Case No. 2:19-cv-01667-ART-VCF<br><br>**NOTICE OF INTENT TO OPPOSE DEFENDANTS'/COUNTERCLAIMANT'S EMERGENCY MOTION TO EXPEDITE RESOLUTION OF DEFENDANTS' MOTION TO DISSOLVE PRELIMINARY INJUNCTION [ECF NO. 915]** |

i

122344213.1

1  and as alter ego of Las Vegas Review-Journal, Inc., and News+Media Capital Group, LLC; and DOES, I-X, inclusive,

               Defendants.

LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation,

               Counterclaimant,

v.

LAS VEGAS SUN, INC. a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.,

               Counterclaim Defendants.

122344213.1

PLEASE TAKE NOTICE that Plaintiff/Counterdefendant Las Vegas Sun, Inc., and Counterdefendants Brian Greenspun and Greenspun Media Group, LLC (collectively, "Sun") intend to oppose the Emergency Motion to Expedite Resolution of Defendants' Motion to Dissolve Preliminary Injunction (ECF No. 915) ("Motion") filed by Defendant/Counterclaimant Las Vegas Review-Journal, Inc., and Defendants News+Media Capital Group LLC, Estate of Sheldon Adelson, Patrick Dumont, and Interface Operations LLC dba Adfam (collectively, "RJ").

The Sun will file its opposition to the Motion in the regular course pursuant to Local Rule 7-2(b). Pursuant to Local Rule 7-2(b), the Sun is permitted 14 days to respond to the Motion, and, accordingly, the Sun will respond on September 26, 2023.[1]

The Sun will oppose the RJ's request for an emergency resolution of its Motion to Dissolve (ECF No. 853) ("Motion to Dissolve") in accordance with the timing set forth in LR 7-2(b) on the basis that the RJ has failed to identify any emergency warranting expedited resolution. The RJ did not seek emergency resolution of its Motion to Dissolve when it filed the Motion to Dissolve on June 9, 2023, or seek a shortened briefing schedule. ECF No. 853. Instead, the RJ stipulated to an extended briefing schedule for the Sun's opposition to the Motion to Dissolve and the RJ's reply. ECF No. 855. The RJ's Motion to Dissolve was fully briefed by August 18, 2023 (ECF No. 887), and the RJ did not raise its request for expedited relief until three weeks thereafter and waited until September 13, 2023. ECF No. 915. The RJ was unable to identify any changed circumstances since it filed its Motion to Dissolve that would warrant emergency relief to resolve the Motion to Dissolve, only stating the RJ was being forced to comply with an "illegal" and unenforceable contract. See **Ex. 1**; see also ECF No. 915. This is the same argument made in the RJ's Motion to Dissolve and its corresponding Motion for Summary Judgment, and the same argument that the Sun has repeatedly disproven in its own summary judgment briefs. See, e.g., ECF No. 829 at 23-32; ECF No. 843 at 47-53; ECF No. 853. These issues are properly before the Court in the parties' Motions for Summary Judgment and should be heard with those Motions. The RJ has failed to identify any "emergency" as required by Local Rule 7-4.

---

[1] The RJ did not seek an expedited briefing schedule for its Motion. See ECF No. 915. Out of an abundance of caution, the Sun submits this Notice.

1  For these reasons, the Sun notifies the Court that it will oppose the RJ's Motion in
2  accordance with the regular briefing schedule set forth in LR 7-2(b), on or before September 26,
3  2023.

4  DATED this 13th day of September, 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Kristen L. Martini*
E. Leif Reid, Bar No. 5750
Kristen L. Martini, Bar No. 11272
Nicole Scott, Bar No. 13757
Lucy Crow, Bar No. 15203
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

PISANELLI BICE PLLC
James J. Pisanelli, Bar No. 4027
Todd L. Bice, Bar No. 4534
Jordan T. Smith, Bar No. 12097
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

ALIOTO LAW FIRM
Joseph M. Alioto, *Pro Hac Vice*
One Sansome Street, 35th Floor
San Francisco, California 94104

*Attorneys for Plaintiff/Counterdefendants*

122344213.1

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of Lewis Roca Rothgerber Christie LLP, and that on the 13th day of September, 2023, I caused the foregoing **NOTICE OF INTENT TO OPPOSE DEFENDANTS'/COUNTERCLAIMANT'S EMERGENCY MOTION TO EXPEDITE RESOLUTION OF DEFENDANTS' MOTION TO DISSOLVE PRELIMINARY INJUNCTION [ECF NO. 915]** to be served by electronically filing the foregoing with the CM/ECF electronic filing system, which will send notice of electronic filing to:

> J. Randall Jones, Esq.
> Michael J. Gayan, Esq.
> Mona Kaveh, Esq.
> KEMP JONES, LLP
> 3800 Howard Hughes Parkway, 17th Floor
> Las Vegas, Nevada 89169
>
> Amy M. Gallegos, Esq.
> David R. Singer, Esq.
> Andrew G. Sullivan, Esq.
> Alison I. Stein, Esq.
> JENNER & BLOCK LLP
> 515 South Flower Street, Suite 3300
> Los Angeles, California 90071
>
> Richard L. Stone, Esq.
> 850 Devon Avenue
> Los Angeles, California 90024
>
> Hon. Philip M. Pro (Ret.)
> Special Master
> philipmpro@gmail.com
> sparreno@jamsadr.com

>> /s/ Jessie M. Helm
>> Employee of Lewis Roca Rothgerber Christie LLP

- 3 -

122344213.1

**INDEX OF EXHIBITS**

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 1 | Transcript of Meet and Confer, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-01667-ART-VCF (D. Nev. Sept. 11, 2023) | 11 |

- 4 -

122344213.1