1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

18 | LAS VEGAS SUN, INC., a Nevada

corporation,

19

Plaintiff,

20

v.

21 | SHELDON ADELSON, an individual, and as

the alter ego of News+Media Capital Group

22 | LLC, Las Vegas Review-Journal, Inc., and

Interface Operations LLC dba Adfam;

23 | PATRICK DUMONT, an individual, and as

alter ego of Las Vegas Review-Journal, Inc.,

24 | News+Media Capital Group, LLC, and Interface

Operations LLC dba Adfam; NEWS+MEDIA

25 | CAPITAL GROUP LLC, a Delaware limited

liability company; LAS VEGAS REVIEW-

26 | JOURNAL, INC., a Delaware corporation;

INTERFACE OPERATIONS LLC DBA

27 | ADFAM, a Delaware limited liability company

28

Case No. 2:19-cv-01667-ART-VCF

**ORDER GRANTING (ECF No. 941)**

**JOINT STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE RE: (1) PLAINTIFF/COUNTERDEFENDANTS' OPPOSITION TO DEFENDANTS/ COUNTERCLAIMANT'S MOTION TO STRIKE NEW "REPLY" FACTS AND EXHIBITS OR ALTERNATIVELY, MOTION FOR LEAVE TO FILE SUR-REPLY [ECF NO. 922]; (2) DEFENDANTS' AND COUNTERCLAIMANT'S OPPOSITION TO PLAINTIFF/ COUNTERDEFENDANTS' MOTION TO EXCEED PAGE**

- i -

122653748.1

1   and as alter ego of Las Vegas Review-Journal,
    Inc., and News+Media Capital Group, LLC; and
2   DOES, I-X, inclusive,

3                   Defendants.

4

5

6

7

8

9

10

11  LAS VEGAS REVIEW-JOURNAL, INC., a
    Delaware corporation,
12
                    Counterclaimant,
13
    v.
14
    LAS VEGAS SUN, INC. a Nevada corporation;
    BRIAN GREENSPUN, an individual and as the
15  alter ego of Las Vegas Sun, Inc.; GREENSPUN
    MEDIA GROUP, LLC, a Nevada limited
16  liability company, as the alter ego of Las Vegas
    Sun, Inc.,
17
                    Counterclaim Defendants.
18

19

20

21

22

23

24

25

26

27

28

**LIMITATION FOR RESPONSES TO
DEFENDANTS' AND
COUNTERCLAIMANT'S EVIDENTIARY
OBJECTIONS TO DOCUMENTS FILED
WITH PLAINTIFF/
COUNTERDEFENDANTS' OPPOSITION
TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT [ECF NO. 925]**

**[FIRST REQUEST]**

- ii -

122653748.1

1       Plaintiff/Counterdefendant LAS VEGAS SUN, INC., and Counterdefendants BRIAN

2  GREENSPUN and GREENSPUN MEDIA GROUP, LLC (collectively the "Sun"), by and through

3  their counsel Lewis Roca Rothgerber Christie LLP, Pisanelli Bice PLLC, and the Alioto Law Firm,

4  and Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., and Defendants

5  NEWS+MEDIA CAPITAL GROUP LLC, ESTATE OF SHELDON ADELSON, PATRICK

6  DUMONT, and INTERFACE OPERATIONS LLC DBA ADFAM (collectively the "RJ"), by and

7  through their counsel of record, Kemp Jones, LLP, Jenner & Block LLP, and Richard L. Stone,

8  Esq., hereby stipulate and agree as follows:

9       1.     On September 27, 2023, the RJ filed its Defendants/Counterclaimant's Motion to

10  Strike New "Reply" Facts and Exhibits or Alternatively, Motion for Leave to File Sur-Reply (ECF

11  No. 902) ("Motion to Strike"). ECF Nos. 922, 923. The Sun's Opposition to the RJ's Motion to

12  Strike is currently due on October 11, 2023. The RJ's Reply in support of its Motion to Strike is

13  currently due on October 18, 2023.

14       2.     On September 27, 2023, the Sun filed its Plaintiff/Counterdefendants' Motion to

15  Exceed Page Limitation for Responses to Defendants' and Counterclaimant's Evidentiary

16  Objections to Documents Filed with Plaintiff/Counterdefendants' Opposition to Defendants'

17  Motion for Summary Judgment. ECF No. 925. The RJ's Opposition to the Sun's Motion to Exceed

18  Page Limitation is currently due on October 11, 2023.

19       3.     The Parties jointly request a short extension of these briefing deadlines due to the

20  Sun's counsel's family medical emergency that is impacting the current briefing schedule, as well

21  as additional scheduling concerns on the part of the RJ. This is the first request made by the Parties

22  to extend these deadlines.

23       4.     The Parties request that the Sun's deadline to file its Opposition to the Motion to

24  Strike be extended from October 11, 2023, to October 13, 2023, and the RJ's deadline to file its

25  Reply in support of its Motion to Strike be extended from October 18, 2023, to October 20, 2023.

26       5.     The Parties request that the RJ's deadline to file its Opposition to the Motion to

27  Exceed Page Limitation be extended from October 11, 2023, to October 13, 2023.

28       6.     These extensions will not be used as a basis to extend other deadlines or for any

1

122653748.1

1  other relief. All other scheduling deadlines set in this matter shall remain in place.

2

3  DATED this 10th day of October, 2023.        DATED this 10th day of October, 2023.

   LEWIS ROCA ROTHGERBER CHRISTIE LLP    KEMP JONES LLP
4

5  By: *Kristen L. Martini*                     By: *Michael Gayan*

6      E. Leif Reid, Bar No. 5750                   J. Randall Jones, Esq., Bar No. 1927
       Kristen L. Martini, Bar No. 11272            Michael J. Gayan, Esq., Bar No. 11135
7      Nicole Scott, Bar No. 13757                  Mona Kaveh, Esq., Bar No. 11825
       Lucy Crow, Bar No. 15203                     3800 Howard Hughes Parkway, 17th Fl.
8      One East Liberty Street, Suite 300           Las Vegas, Nevada 89169
       Reno, Nevada 89501-2128
9                                                   Amy M. Gallegos, Esq., *Pro Hac Vice*
10     PISANELLI BICE PLLC                          David R. Singer, Esq., *Pro Hac Vice*
       James J. Pisanelli, Bar No. 4027             JENNER & BLOCK LLP
11     Todd L. Bice, Bar No. 4534                   515 South Flower Street, Suite 3300
       Jordan T. Smith, Bar No. 12097               Los Angeles, California 90071
12     400 South 7th Street, Suite 300
       Las Vegas, Nevada 89101                      Richard L. Stone, Esq., *Pro Hac Vice*
13                                                  850 Devon Avenue
14     ALIOTO LAW FIRM                              Los Angeles, California 90024
       Joseph M. Alioto, *Pro Hac Vice*
15     One Sansome Street, 35th Floor               *Attorneys for Defendants/*
       San Francisco, California 94104              *Counterclaimant*
16

17     *Attorneys for Plaintiff/Counterdefendants*

18                                                  **IT IS SO ORDERED**:

19

20                                                  _____
                                                    ANNE R. TRAUM
21                                                  UNITED STATES DISTRICT JUDGE

22                                                  DATED: October 16, 2023

23

24

25

26

27

28

- 2 -