UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>　　　　　　Defendants. | 2:19-cv-01667-ART-VCF<br><br>**ORDER RE CONTINUATION OF DEPOSITION OF ROBERT CAUTHORN** |
| LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.,<br><br>　　　　　　Defendants. | |

On November 1, 2023, the undersigned Special Master received via email a letter submitted jointly by the Parties requesting a telephonic status conference to resolve issues regarding the continuation of the deposition of Plaintiffs Chief Operating Officer, Robert Cauthorn, relating to documents recently

1

discovered by Mr. Cauthorn on September 5, 2023, and produced by Plaintiff, Las Vegas Sun, Inc., on September 7, 2023. (Doc. 960).

On November 6, 2023, the Court conducted a telephonic hearing to receive the arguments of Counsel on the issues outlined in the letter received on November 1.

Having considered the arguments of Counsel, and for the reasons stated on the Record of today's proceedings, IT IS ORDERED as follows:

1. The deposition of Robert Cauthorn may be reconvened for a maximum of three (3) hours within the next forty-five (45) days, at a time and location mutually convenient to the Parties.

2. The scope of the continued deposition shall be limited to the topics reflected in the recently produced documents and subjects related thereto, and the Sun's preservation efforts with respect to the documents at issue.

3. The Parties shall advise the undersigned Special Master of the date and time for the continuation of Mr. Coauthor's deposition to ensure that I am available by telephone to address issues which may arise that require the involvement of the Court.

Dated this 6th day of November 2023.

_____
Hon. Philip M. Pro (Ret.)
SPECIAL MASTER