# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>Defendants. | 2:19-cv-01667-ART-VCF<br><br><br>**ORDER SETTING DATE FOR CONTINUATION OF DEPOSITION OF ROBERT CAUTHORN** |
| LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.,<br><br>Defendants. | |

On November 6, 2023, the undersigned Special Master entered an Order (Doc. 961) directing that the continuation of the deposition of Robert Cauthorn proceed within 45 days. However, this date, Counsel

1

advised that prior to receiving the Court's Order, the Parties agreed that the Cauthorn deposition would proceed on January 11, 2024, at 9:30 am Pacific. Based upon the agreement of the Parties,

IT IS ORDERED that the continued deposition of Robert Cauthorn shall proceed on January 11, 2024, commencing at 9:30 am Pacific.

Dated this 7th day of November 2023.

_____
Hon. Philip M. Pro (Ret.)
SPECIAL MASTER