UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHELDON ADELSON, an individual, and as the alter ego of News+Media Capital Group LLC, Las Vegas Review-Journal, Inc., and Interface Operations LLC dba Adfam; PATRICK DUMONT, an individual, and as alter ego of Las Vegas Review-Journal, Inc., News+Media Capital Group, LLC, and Interface Operations LLC dba Adfam; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; INTERFACE OPERATIONS LLC DBA ADFAM, a Delaware limited liability company | Case No. 2:19-cv-01667-ART-MDC<br><br>**GRANTING**<br><br>**STIPULATION TO EXTEND THE TIME TO FILE THE JOINT PROPOSED PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

- i -

124376338.1

| | |
|---|---|
| 1 | and as alter ego of Las Vegas Review-Journal, Inc., and News+Media Capital Group, LLC; and DOES, I-X, inclusive, |
| 2 | |
| 3 | Defendants. |
| 4 | LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation, |
| 5 | |
| 6 | Counterclaimant, |
| | v. |
| 7 | LAS VEGAS SUN, INC. a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc., |
| 8 | |
| 9 | |
| 10 | |
| 11 | Counterclaim Defendants. |

- ii -

124376338.1

Pursuant to LR 26-3 and LR IA 6-1, Plaintiff/Counterdefendant LAS VEGAS SUN, INC., and Counterdefendants BRIAN GREENSPUN and GREENSPUN MEDIA GROUP, LLC (collectively the "Sun"), by and through their counsel Lewis Roca Rothgerber Christie LLP, Pisanelli Bice PLLC, and the Alioto Law Firm, and Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., and Defendants NEWS+MEDIA CAPITAL GROUP LLC, SHELDON ADELSON (through Dr. Miriam Adelson as Special Administrator of Defendant Sheldon Adelson's Estate), PATRICK DUMONT, and INTERFACE OPERATIONS LLC DBA ADFAM (collectively the "RJ"), by and through their counsel of record, Kemp Jones, LLP, Jenner & Block LLP, and Richard L. Stone, Esq., hereby stipulate and agree to extend the deadline for filing the joint proposed pretrial order by 30 days, from April 30, 2024, to May 30, 2024. This is the first request to extend this deadline following the resolution of dispositive motions, and this request is made for good cause. The parties respectfully stipulate and agree as follows:

1. All discovery has been completed in this action, and on March 31, 2024, the Court issued Orders (ECF Nos. 969 & 970) resolving the parties' pending cross-motions for summary judgment, triggering the 30-day deadline to file the joint pretrial order as agreed by the parties in their Joint Stipulation for Extension of Case Schedule. *See* ECF No. 799; *see also* LR 26-1(b)(5).

2. The preparation of a jointly proposed pretrial order in this complex antitrust and breach of contract matter will encompass identifying hundreds, if not thousands, of trial exhibits, and designations of portions of potentially more than a dozen deposition transcripts, all with objections. To complete the joint pretrial order, the parties anticipate needing several meet and confers and exchanges of the joint pretrial order before submission.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

124376338.1

3. Accordingly, the parties agree that good cause exists for a 30-day extension of time to effectuate these undertakings and complete the joint pretrial order.

DATED this 9th day of April, 2024.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Kristen L. Martini*
   E. Leif Reid, Bar No. 5750
   Kristen L. Martini, Bar No. 11272
   Nicole Scott, Bar No. 13757
   Lucy Crow, Bar No. 15203
   One East Liberty Street, Suite 300
   Reno, Nevada 89501-2128

PISANELLI BICE PLLC
James J. Pisanelli, Bar No. 4027
Todd L. Bice, Bar No. 4534
Jordan T. Smith, Bar No. 12097
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

ALIOTO LAW FIRM
Joseph M. Alioto, *Pro Hac Vice*
One Sansome Street, 35th Floor
San Francisco, California 94104

*Attorneys for Plaintiff/Counterdefendants*

DATED this 9th day of April, 2024.

KEMP JONES LLP

By: */s/ David R. Singer*
   J. Randall Jones, Esq., Bar No. 1927
   Michael J. Gayan, Esq., Bar No. 11135
   Mona Kaveh, Esq., Bar No. 11825
   3800 Howard Hughes Parkway, 17th Fl.
   Las Vegas, Nevada 89169

Amy M. Gallegos, Esq., *Pro Hac Vice*
David R. Singer, Esq., *Pro Hac Vice*
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071

Richard L. Stone, Esq., *Pro Hac Vice*
850 Devon Avenue
Los Angeles, California 90024

*Attorneys for Defendants/Counterclaimant*

**IT IS SO ORDERED**:

_____
Anne R. Traum
United States District Judge

DATED: April 11, 2024

- 2 -

124376338.1