E. Leif Reid, Nevada Bar No. 5750
Kristen L. Martini, Nevada Bar No. 11272
Nicole Scott, Nevada Bar No. 13757
Lucy Crow, Nevada Bar No. 15203
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel:    702.949.8200
Fax:    702.949.8398
One East Liberty Street, Suite 300
Reno, Nevada 89501
Tel:    775.823.2900
Fax:    775.823.2929
Email: lreid@lewisroca.com
        kmartini@lewisroca.com
        nscott@lewisroca.com
        lcrow@lewisroca.com

James J. Pisanelli, Nevada Bar No. 4027
Todd L. Bice, Nevada Bar No. 4534
Jordan T. Smith, Nevada Bar No. 12097
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Tel: 702.214.2100
Email: JJP@pisanellibice.com
        TLB@pisanellibice.com
        JTS@pisanellibice.com

Joseph M. Alioto, *PRO HAC VICE*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104
Tel: 415.434.8900
Fax: 415.434.9200
Email: jmalioto@aliotolaw.com

*Attorneys for Plaintiff/Counterdefendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>                     Plaintiff,<br><br>v.<br><br>SHELDON ADELSON, an individual, and as the alter ego of News+Media Capital Group LLC, Las Vegas Review-Journal, Inc., and Interface Operations LLC dba Adfam; PATRICK DUMONT, an individual, and as alter ego of Las Vegas Review-Journal, Inc., News+Media Capital Group, LLC, and Interface Operations LLC dba Adfam; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; INTERFACE OPERATIONS LLC DBA ADFAM, a Delaware limited liability company | Case No. 2:19-cv-01667-ART-VCF<br><br>**ORDER APPROVING STIPULATION AND ORDER TO EXTEND THE TIME TO FILE THE JOINT PROPOSED PRETRIAL ORDER**<br><br>**(SECOND REQUEST)** |

124756827.1

and as alter ego of Las Vegas Review-Journal, Inc., and News+Media Capital Group, LLC; and DOES, I-X, inclusive,

Defendants.

LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation,

Counterclaimant,

v.

LAS VEGAS SUN, INC. a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.,

Counterclaim Defendants.

124756827.1

1        Pursuant to LR 26-3 and LR IA 6-1, Plaintiff/Counterdefendant LAS VEGAS SUN, INC.,

2    and Counterdefendants BRIAN GREENSPUN and GREENSPUN MEDIA GROUP, LLC

3    (collectively the "Sun"), by and through their counsel Lewis Roca Rothgerber Christie LLP,

4    Pisanelli Bice PLLC, and the Alioto Law Firm, and Defendant/Counterclaimant LAS VEGAS

5    REVIEW-JOURNAL, INC., and Defendants NEWS+MEDIA CAPITAL GROUP LLC,

6    SHELDON ADELSON (through Dr. Miriam Adelson as Special Administrator of Defendant

7    Sheldon Adelson's Estate), PATRICK DUMONT, and INTERFACE OPERATIONS LLC DBA

8    ADFAM (collectively the "RJ"), by and through their counsel of record, Kemp Jones, LLP, Jenner

9    & Block LLP, and Richard L. Stone, Esq., hereby stipulate and agree to extend the deadline for

10    filing the joint proposed pretrial order by approximately 120 days, from May 30, 2024, to

11    September 30, 2024. This is the second request to extend this deadline following the resolution of

12    dispositive motions, and this request is made for good cause. The parties respectfully stipulate and

13    agree as follows:

14        1.    All discovery has been completed in this action, and on March 31, 2024, the Court

15    issued Orders (ECF Nos. 969 & 970) resolving the parties' pending cross-motions for summary

16    judgment, triggering the 30-day deadline to file the joint pretrial order as agreed by the parties in

17    their Joint Stipulation for Extension of Case Schedule. *See* ECF No. 799; *see also* LR 26-1(b)(5).

18        2.    The preparation of a jointly proposed pretrial order in this complex antitrust and

19    breach of contract matter will encompass identifying hundreds, if not thousands, of trial exhibits,

20    and designations of portions of potentially more than a dozen deposition transcripts, all with

21    objections. To complete the joint pretrial order, the parties anticipate needing several meet and

22    confers and exchanges of the joint pretrial order before submission.

23        3.    The Sun and the RJ have been conferring regarding the joint pretrial order, and the

24    parties believe that this additional time to confer and finalize the joint pretrial order is warranted

25    given the scope of the case, and that the Court's earliest trial availability to accommodate a trial in

26    early 2025.

27        4.    Accordingly, the parties agree that good cause exists for this extension of time to

28    effectuate these undertakings and complete the joint pretrial order, which the parties have agreed

1

1   to preliminarily exchange between themselves on August 20, 2024, and submit the joint filing

2   September 30, 2024, which is still no less than five months before the Court's earliest trial setting.

3   DATED this 8th day of May, 2024.                    DATED this 8th day of May, 2024.

4   LEWIS ROCA ROTHGERBER CHRISTIE LLP        KEMP JONES LLP

5

6   By: */s/ Kristen L. Martini*                         By: */s/ Michael J. Gayan*

7       E. Leif Reid, Bar No. 5750                           J. Randall Jones, Esq., Bar No. 1927
        Kristen L. Martini, Bar No. 11272                    Michael J. Gayan, Esq., Bar No. 11135
        Nicole Scott, Bar No. 13757                          Mona Kaveh, Esq., Bar No. 11825

8       Lucy Crow, Bar No. 15203                             3800 Howard Hughes Parkway, 17th Fl.
        One East Liberty Street, Suite 300                   Las Vegas, Nevada 89169

9       Reno, Nevada 89501-2128

10                                                           Amy M. Gallegos, Esq., *Pro Hac Vice*
        PISANELLI BICE PLLC                                  David R. Singer, Esq., *Pro Hac Vice*

11      James J. Pisanelli, Bar No. 4027                     JENNER & BLOCK LLP
        Todd L. Bice, Bar No. 4534                           515 South Flower Street, Suite 3300

12      Jordan T. Smith, Bar No. 12097                       Los Angeles, California 90071
        400 South 7th Street, Suite 300

13      Las Vegas, Nevada 89101                              Richard L. Stone, Esq., *Pro Hac Vice*
                                                             850 Devon Avenue

14                                                           Los Angeles, California 90024
        ALIOTO LAW FIRM

15      Joseph M. Alioto, *Pro Hac Vice*
        One Sansome Street, 35th Floor                       *Attorneys for Defendants/*

16      San Francisco, California 94104                      *Counterclaimant*

17      *Attorneys for Plaintiff/Counterdefendants*

18

19                                                  **IT IS SO ORDERED**:

20

21                                                  _____
                                                    DISTRICT COURT JUDGE

22

23                                                  DATED: _____May 8, 2024_____

24

25

26

27

28

124756827.1

- 2 -