UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SHELDON ADELSON, an individual, and as the alter ego of News+Media Capital Group LLC, Las Vegas Review-Journal, Inc., and Interface Operations LLC dba Adfam; PATRICK DUMONT, an individual, and as alter ego of Las Vegas Review-Journal, Inc., News+Media Capital Group, LLC, and Interface Operations LLC dba Adfam; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; INTERFACE OPERATIONS LLC DBA | Case No. 2:19-cv-01667-ART-MDC<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE RE MOTION FOR PARTIAL RECONSIDERATION (ECF NO. 981)**<br>**[FIRST REQUEST]** |

1  ADFAM, a Delaware limited liability company and as alter ego of Las Vegas Review-Journal, Inc., and News+Media Capital Group, LLC; and DOES, I-X, inclusive,

   Defendants.

LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation,

   Counterclaimant,

v.

LAS VEGAS SUN, INC. a Nevada corporation; BRIAN GREENSPUN, an individual and as the alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.,

   Counterclaim Defendants.

Plaintiff/Counterdefendant LAS VEGAS SUN, INC., and Counterdefendants BRIAN GREENSPUN and GREENSPUN MEDIA GROUP, LLC (collectively the "Sun"), by and through their counsel Lewis Roca Rothgerber Christie LLP, Pisanelli Bice PLLC, and the Alioto Law Firm, and Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., and Defendants NEWS+MEDIA CAPITAL GROUP LLC, ESTATE OF SHELDON ADELSON, PATRICK DUMONT, and INTERFACE OPERATIONS LLC DBA ADFAM (collectively the "RJ"), by and through their counsel of record, Kemp Jones, LLP, Jenner & Block LLP, and Richard L. Stone, Esq., hereby stipulate and agree as follows:

1. On April 29, 2024, the Sun filed a motion for partial reconsideration of the Court's March 31, 2024, Order (ECF No. 970) (ECF No. 981) (the "Motion"). The RJ's Opposition to the Motion is currently due on May 13, 2024. The Sun's Reply in support of its Motion is currently due on May 20, 2024.

2. The Parties jointly request a short extension of these briefing deadlines due to their counsel's obligations on other matters. This is the first request made by the Parties to extend these deadlines.

3. The Parties request that the RJ's deadline to file its Opposition to the Motion be extended from May 13, 2024, to May 23, 2024, and the Sun's deadline to file its Reply in support of its Motion be extended from May 20, 2024, to June 10, 2024.

4. These extensions will not be used as a basis to extend other deadlines or for any other relief. All other scheduling deadlines set in this matter shall remain in place.

| | |
|---|---|
| DATED this 9th day of May, 2024. | DATED this 9th day of May, 2024. |
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | KEMP JONES LLP |
| By: */s/ Kristen L. Martini* | By: */s/ Michael J. Gayan* |
|     E. Leif Reid, Esq. SBN 5750<br>    Kristen L. Martini, Esq. SBN 11272<br>    Nicole Scott, Esq. SBN 13757<br>    Lucy Crow, Esq. SBN 15203<br>    One East Liberty Street, Suite 300<br>    Reno, Nevada 89501-2128 |     J. Randall Jones, Esq. SBN 1927<br>    Michael J. Gayan, Esq. SBN 11135<br>    Mona Kaveh, Esq. SBN 11825<br>    3800 Howard Hughes Parkway, 17th Fl.<br>    Las Vegas, Nevada 89169 |

1

| | |
|---|---|
| PISANELLI BICE PLLC<br>James J. Pisanelli, Esq. SBN 4027<br>Todd L. Bice, Esq. SBN 4534<br>Jordan T. Smith, Esq. SBN 12097<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101<br><br>ALIOTO LAW FIRM<br>Joseph M. Alioto *(Pro Hac Vice)*<br>One Sansome Street, 35th Floor<br>San Francisco, California 94104<br><br>*Attorneys for Plaintiff/Counterdefendants* | Amy M. Gallegos, Esq. *(Pro Hac Vice)*<br>David R. Singer, Esq. *(Pro Hac Vice)*<br>JENNER & BLOCK LLP<br>515 South Flower Street, Suite 3300<br>Los Angeles, California 90071<br><br>Richard L. Stone, Esq. *(Pro Hac Vice)*<br>850 Devon Avenue<br>Los Angeles, California 90024<br><br>*Attorneys for Defendants/ Counterclaimant* |

**IT IS SO ORDERED**.

_____

Anne R. Traum
United States District Judge

DATED: May 10, 2024