1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC., | Case No. 2:19-cv-01667-ART-MDC |
| Plaintiff, | **ORDER GRANTING** |
| v. | **STIPULATION REGARDING SEALING DEFENDANTS' OPPOSITION TO PLAINTIFF/ COUNTERDEFENDANTS' MOTION FOR PARTIAL RECONSIDERATION OF ORDER (ECF NO. 970) [ECF NO. 980]** |
| SHELDON ADELSON, et al., | |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |

Plaintiff/Counterdefendant LAS VEGAS SUN, INC., and Counterdefendants BRIAN GREENSPUN and GREENSPUN MEDIA GROUP, LLC (collectively the "Sun"), by and through their counsel Lewis Roca Rothgerber Christie LLP, Pisanelli Bice PLLC, and the Alioto Law Firm, and Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., and Defendants NEWS+MEDIA CAPITAL GROUP LLC, THE ESTATE OF SHELDON ADELSON, PATRICK DUMONT, and INTERFACE OPERATIONS LLC dba ADFAM (collectively "Defendants"), by and through their counsel of record, Kemp Jones, LLP, Jenner & Block LLP, and Richard L. Stone, Esq., hereby stipulate and agree as follows:

1. On March 18, 2022, the Court ordered, *inter alia*, the parties to meet and confer prior to filing any additional motions to seal. ECF No. 619. The parties met-and-conferred on May 22, 2024, regarding sealing relating to Defendants' Opposition to Plaintiff/Counterdefendants' Motion for Partial Reconsideration of Order (ECF No. 970) [ECF No. 980] (the "Opposition"). Lucy Crow, on behalf of the Sun, and Kristen Green, on behalf of Defendants, engaged in a meet and confer.

2. The parties agree that the following, and any references thereto, are appropriate for sealing and meet the compelling reasons standard under *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006). The parties agree that all 2019 arbitration materials have previously been ordered sealed by the Nevada State District Court and the Nevada Supreme Court. This Court has agreed that they shall remain sealed in these proceedings. Exhibits B–P listed below are materials from the 2019 arbitration or are materials from the state-court action that reference confidential information from the 2019 arbitration and should therefore be sealed.

- **Exhibit B:** Demand for Arbitration of Claimant Las Vegas Sun, Inc., dated February 12, 2018, and filed in AAA.
- **Exhibit C:** Excerpts of Claimant Las Vegas Sun's Statement in Support of Demand for Arbitration, dated February 12, 2018, filed in AAA and produced in this action [DEFS0201245-0201411]. Defendants have designated this document as "Confidential" pursuant to the parties' Protective Order.

- **Exhibit D:** Correspondence of Respondents News+Media Capital Group LLC and Las Vegas Review Journal, Inc., to counsel for Claimant Las Vegas Sun, Inc. and to AAA, contesting AAA jurisdiction to proceed with arbitration, dated March 22, 2018.
- **Exhibit E:** Excerpts of Robert Cauthorn's Deposition Transcript in AAA, dated March 27, 2019.
- **Exhibit F:** Excerpts of Robert Cauthorn's Testimony in AAA, dated April 26, 2019.
- **Exhibit G:** Excerpts of Claimant Las Vegas Sun, Inc.'s Pre-Hearing Brief in AAA, dated April 8, 2019.
- **Exhibit H:** Excerpts of Claimant Las Vegas Sun, Inc.'s Opening Statements in AAA, dated April 15, 2019.
- **Exhibit I:** Excerpts of Suzy Cain's testimony in AAA, dated April 16, 2019.
- **Exhibit J:** Excerpts of Claimant Las Vegas Sun, Inc.'s Closing Statements in AAA, dated May 9, 2019.
- **Exhibit K:** Excerpts of the PowerPoint presentation of Claimant Las Vegas Sun, Inc. in AAA, presented on May 9, 2019.
- **Exhibit L:** Excerpts of Claimant's Post-Hearing Brief filed by Claimant Las Vegas Sun, Inc. in AAA, dated June 3, 2019.
- **Exhibit M:** Excerpts of Respondents' Post-Hearing Brief filed by Respondents News+Media Capital Group LLC and Las Vegas Review Journal, Inc. in AAA, dated June 3, 2019.
- **Exhibit N:** Excerpts of Plaintiff's Motion to Confirm Arbitration Award, in Part, and to Vacate or, Alternatively, Modify or Correct the Award, in Part, filed under seal in the District Court of Clark County, Nevada, dated September 13, 2019.
- **Exhibit O:** Excerpts of Plaintiff's Reply to Defendants' News+Media Capital Group LLC and Las Vegas Review Journal, Inc.'s Opposition to Plaintiff's Motion to Confirm Arbitration Award, in Part, and to Vacate or, Alternatively, Modify or Correct the Award, in Part and Defendants' Conditional Countermotion to Confirm Arbitration

1  Award, in Part, and to Vacate the Award, in Part, filed under seal in the District Court
2  of Clark County, Nevada, dated October 11, 2019.

3  • **Exhibit P:** Excerpts of Answering Brief on Appeal and Opening Brief on Cross-
4  Appeal, filed under seal by Respondent/Cross-Appellant Las Vegas Sun, Inc., in the
5  Supreme Court of Nevada on July 22, 2020.

6  • References in the Opposition to the exhibits referenced above.

7  • References in the Opposition to the Final Award of Arbitrator in AAA, dated July 2,
8  2019, which was previously filed under seal at ECF No. 510-2 (Ex. B).

9  • References in the Opposition to excerpts of Barbara Gottlieb's Expert Report, dated
10 September 19, 2022, which were previously filed under seal at ECF No. 846-19 (Ex.
11 S). Ms. Gottlieb's expert report has been designated "Highly Confidential" by the Sun
12 pursuant to the parties' Protective Order. The report contains sensitive business and
13 financial information and should not be made public.

14 DATED this 23rd day of May, 2024.                    DATED this 23rd day of May, 2024.

15 LEWIS ROCA ROTHGERBER CHRISTIE              KEMP JONES, LLP
   LLP
16
   By: */s/ Lucy Crow*                                  By:  */s/ Michael J. Gayan*
17     E. Leif Reid, Esq. (Bar No. 5750)                    J. Randall Jones, Esq. (Bar No. 1927)
       Kristen L. Martini, Esq. (Bar No. 11272)             Michael J. Gayan, Esq. (Bar No. 11135)
18     Nicole Scott, Esq. (Bar No. 13757)                   Mona Kaveh, Esq. (Bar No. 11825)
       Lucy Crow, Esq. (Bar No. 15203)                      3800 Howard Hughes Parkway, 17th Fl.
19     One East Liberty Street, Suite 300                   Las Vegas, Nevada 89169
       Reno, Nevada 89501-2128
20                                                          Amy M. Gallegos *(Pro Hac Vice)*
21     Joseph M. Alioto *(Pro Hac Vice)*                    David R. Singer *(Pro Hac Vice)*
       ALIOTO LAW FIRM                                      Alison I. Stein *(Pro Hac Vice)*
22     One Sansome Street, 35th Floor                       Andrew G. Sullivan *(Pro Hac Vice)*
       San Francisco, California 94104                      JENNER & BLOCK LLP
23                                                          515 South Flower Street, Suite 3300
                                                            Los Angeles, California 90024
24     *Attorneys for Plaintiff/Counterdefendants*

25

26

27

28

3

Richard L. Stone *(Pro Hac Vice)*
850 Devon Avenue
Los Angeles, California 90024

*Attorneys for Defendants/ Counterclaimant*

**IT IS SO ORDERED**:

_____
Anne R. Traum
United States District Court

DATED: May 30, 2024

4