E. LEIF REID, Nevada Bar No. 5750
KRISTEN L. MARTINI, Nevada Bar No. 11272
NICOLE SCOTT, Nevada Bar No. 13757
CLARK HILL PLC
1700 S. Pavillion Center Dr., Suite 500
Las Vegas, Nevada 89135
Tel: 702.862.8300
Fax: 702.778.9709
Email: lreid@clarkhill.com
       kmartini@clarkhill.com
       nscott@clarkhill.com

JAMES J. PISANELLI, Nevada Bar No. 4027
TODD L. BICE, Nevada Bar No. 4534
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Tel: 702.214.2100
Fax: 702.214.2101
Email: JJP@pisanellibice.com
       TLB@pisanellibice.com

JORDAN T. SMITH, Nevada Bar No. 12097
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Tel: 702.464.7022
Fax: 702.382.8135
Email: jsmith@bhfs.com

JOSEPH M. ALIOTO, *PRO HAC VICE*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104
Tel: 415.434.8900
Fax: 415.434.9200
Email: jmalioto@aliotolaw.com

*Attorneys for Plaintiff/Counterdefendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation, <br><br> Plaintiffs, <br><br> v. <br><br> SHELDON ADELSON (Estate Of), an individual, and as the alter ego of News+Media Capital Group LLC, Las Vegas Review-Journal, Inc., and Interface Operations LLC dba Adfam; PATRICK DUMONT, an individual, and as alter ego of Las Vegas Review-Journal, Inc., News+Media Capital Group, LLC, and Interface Operations LLC dba Adfam; NEWS+MEDIA CAPITAL GROUP LLC,, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; INTERFACE OPERATIONS LLC dba ADFAM, a Delaware limited liability company and as the alter ego of Las Vegas Review-Journal, | Case No.: 2:19-CV-01667-ART-MDC <br><br> **PLAINTIFF/COUNTERDEFENDANTS' NOTICE OF SEALED DOCUMENTS** <br><br> **[EXHIBITS 1-2, 7-8, 10-14, 16-22, 24-26, 29-32, 34-51, 53, 57, 61-63 & 65-72]** <br><br> **RE: PLAINTIFF/COUNTER- DEFENDANTS'** *EMERGENCY* **MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

1

Inc., and News+Media Capital Gorup, LLC; and DOES, I-X, inclusive,

          Defendants.

LAS VEGAS REVIEW-JOURNAL, a Delaware corporation,

          Counterclaimant,

v.

LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.,

          Counterclaim Defendants.

      Pursuant to LR IA 10-5 of the Local Rules of Practice for the United States District Court of Nevada, Plaintiff/Counterdefendant Las Vegas Sun, Inc., and Counterdefendants Brian Greenspun and Greenspun Media Group, LLC (together, for purposes of this Notice and for ease of reference, referred to as, the "Sun"), hereby files under seal the following exhibits contained in the Sun's Appendices to the Plaintiff/Counterdefendants' *Emergency* Motion for Temporary Restraining Order and Preliminary Injunction: Exhibit Nos. 1-2, 7-8, 10-14, 16-22, 24-26, 29-32, 34-51, 53, 57, 61-63, and 65-72. The Sun further redacts the portions of its *Emergency* Motion related to those Exhibits. The Sun's files these Exhibits and portions of its *Emergency* Motion under seal in accordance with this Court's previous sealing orders.

      This Court ordered, in conjunction with the parties' sealing stipulations their cross-motions for summary judgment, that each of the above Exhibits be filed under seal, save one. *See* ECF No. 619; *See* ECF Nos. 849, 850, 882, 883, 911, and 912. While Exhibit 37 was not included in the parties' cross-motion for summary judgment, Exhibit 37 is a document from the parties' 2019 Arbitration, and this Court has already ordered that all of the Arbitration materials must be filed under seal. *See, e.g.*, ECF No. 303 at 45:19-47:2; ECF No. 368 at 17:4-8; ECF No. 421 at 2:18-20. Given the urgency of the Sun's *Emergency* Motion, and knowing the RJ's consistent requests that the 2019 Arbitration materials be filed under seal, the Sun relies on the Court's prior orders in

2

sealing Exhibit 37.

The Exhibits filed under seal contain a combination of sensitive business and financial information, material designated "Confidential" and/or "Highly Confidential" under the parties' Protective Order, and 2019 Arbitration material. They consist of the following:

- Exhibit 1: Sept. 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Dr. Michael Katz

- Exhibit 2: Sept. 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Dr. Robert Picard

- Exhibit 7: Hearing Transcript Excerpts of Mark Hinueber, *Las Vegas Sun, Inc. v. Stephens Media LLC*, AAA Case No. 01-16-0001-9187 (Oct. 6, 2016) (Vol. 4) (SUN_00023106-08, 273-74, 278, 280, 282-86, 383)

- Exhibit 8: Sept. 8, 2016, Declaration of Mark Hinueber in Support of Stephens Media LLC's Opposition to Las Vegas Sun's Motion for Summary Judgment, AAA Case No. 01-16-0001-9187 (SUN-00064364-67)

- Exhibit 10: Hearing Transcript Excerpts of Jackson Farrow, *Las Vegas Sun, Inc. v. Stephens Media LLC*, AAA Case No. 01-16-0001-9187 (Oct. 5, 2016) (Vol. 3) (SUN_00021972-74, 76-83, 159)

- Exhibit 11: Hearing Transcript Excerpts of Brian Greenspun, *Las Vegas Sun, Inc. v. Stephens Media LLC*, AAA Case No. 01-16-0001-9187 (Oct. 3, 2016) (Vol. 1) (SUN_00019641-43, 70, 96-97, 99, 703, 842)

- Exhibit 12: Sept. 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Lawrence Aldrich

- Exhibit 13: June 16, 2005, email from G. Lang to J. Farrow et al., re DR Partners' submission of 2005 JOA to DOJ "pursuant to the Newspaper Preservation Act, 15 USC § 1801 et seq. and 28 CFR § 48.16 (SUN_00005886-89)

- Exhibit 14: Sept. 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Dr. Russell Lamb

- Exhibit 16: Sept. 23, 2005, email from C. Cliff to D. Jordan, et al., re Amendment of the

3

Las Vegas JOA – Joint Defense Agreement (SUN_00001673-84)

- Exhibit 17: Aug. 5, 2005, facsimile from B. Matelson to G. Lang re Las Vegas JOA, CID No. 23751

- Exhibit 18: Oct. 12, 2005, letter from A. Marx to B. Matelson, re responses to CID No. 23751 (SUN_00001806-14)

- Exhibit 19: Feb. 13, 2006, facsimile from B. Matelson to A. Marx, re Civil Investigative Demand Nos. 24097 & 24098 (SUN_00012233-36)

- Exhibit 20: Deposition Transcript Excerpts of Las Vegas Sun, Inc.'s 30(b)(6) Corporate Representative Robert Cauthorn, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Feb. 16, 2022)

- Exhibit 21: Aug. 16, 2005, letter from B. Matelson to G. Lang re 8/16/05 DOJ faxed letter to G. Lang re Civil Investigative Demand No. 23751 (SUN_00012248-50)

- Exhibit 22: Aug. 25, 2005, letter from G. Lang to B. Matelson re Las Vegas JOA (SUN_00001965-68)

- Exhibit 24: Deposition Transcript Excerpts of Las Vegas Review-Journal 30(b)(6) Corporate Representative Glenn Cook, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Aug. 19, 2022)

- Exhibit 25: Deposition Transcript Excerpts of Brian Greenspun, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Mar. 23, 2022)

- Exhibit 26: Final Award of Arbitrator, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. 01-18-0000-7568 (July 2, 2019) (SUN_00013635-46)

- Exhibit 29: Jan. 11, 2015, email from R. Pergament to P. Dumont et al., re Preliminary Observations (DEFS0028645-47)

- Exhibit 30: Deposition Transcript Excerpts of Jason Taylor, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. 01-18-0000-7568 (Mar. 21, 2019)

- Exhibit 31: Deposition Transcript Excerpts of Jason Taylor, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. May 12, 2022)

4

- Exhibit 32: April 3, 2017, email from J. Wilson to N. Cusick re Monday Meeting Notes (DEFS0016006-07)

- Exhibit 34: Jan. 18, 2023, Rebuttal Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Barbara Gottlieb

- Exhibit 35: Las Vegas Review Journal Payment Calculation JOA Fiscal Year Ending March 2018 (DEFS0165728)

- Exhibit 36: Mar. 3, 2017, email from P. McGuire to C. Moon re Revised Summary of JOA Pmt Calc (DEFS0165095-97)

- Exhibit 37: Stephens Media Group's Las Vegas Review Journal Fiscal Year End March 31, 2006, Financials (Exhibit 7 to Deposition of Robert Cauthorn, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. 01-18-0000-7568 (Mar. 27, 2019))

- Exhibit 38: Deposition Transcript Excerpts of Las Vegas Review-Journal 30(b)(6) Corporate Representative Stephen Hall, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. May 12, 2022)

- Exhibit 39: Sept. 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Barbara Gottlieb

- Exhibit 40: Feb. 12, 2016, email from P. Sack to S. Garfinkel re Las Vegas (DEFS0093000-24)

- Exhibit 41: Feb. 9, 2015, VRC Valuation of Certain Intangible Assets of Las Vegas Review Journal as of Dec. 10, 2015 (DEFS0092587-621)

- Exhibit 42: March 3, 2017, Email from C. Moon to F. Vega re an update and two quick questions (DEFS0013609-10)

- Exhibit 43: Las Vegas Review-Journal, Inc. Financial Statements December 31, 2019 and 2018 (DEFS0083496-515)

- Exhibit 44: Las Vegas Review Journal Payment Calculation JOA Fiscal Year Ending March 2020 (SUN_00008774)

- Exhibit 45: Apr. 30, 2022, email from S. Hall to R. Cauthorn re JOA Calculation – JOA Year Ended March 2022 (SUN_00084445-47)

5

- Exhibit 46: Sept. 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Dr. Gregory Gundlach

- Exhibit 47: Sept. 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert J. David Kordalski

- Exhibit 48: Apr. 4, 2023, Supplemental Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Dr. Gregory Gundlach

- Exhibit 49: Sept. 19, 2016, email from J. Wilson to E. Cassidy re Re: RJ with Sun? (DEFS01454464-67)

- Exhibit 50: Apr. 2, 2017, email from C. Moon to R. Cauthorn Re: Concerns about your new design (DEFS0002488-89)

- Exhibit 51: Apr. 17, 2019, email from K. Espejo to K. Moyer re Re: The Sun in eEdition (DEFS0166089-94)

- Exhibit 53: Deposition Transcript Excerpts of Las Vegas Review-Journal 30(b)(6) Corporate Representative Chris Blaser, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Aug. 11, 2022)

- Exhibit 57: Las Vegas Review Journal Newsroom Guide (DEFS0185654-69)

- Exhibit 61: Feb. 12, 2018, Email from R. Brewer to R. Cauthorn re: Two quick questions from LV Sun print (SUN_00055720)

- Exhibit 62: Jan. 18, 2023, Rebuttal Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Dr. Michael Katz

- Exhibit 63: Deposition Transcript Excerpts Patrick Dumont, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Oct. 28, 2021)

- Exhibit 65: Aug. 30, 2019, letter from T. Burkholder to B. Greenspun re Message via the Las Vegas Sun (SUN_00000293)

- Exhibit 66: Sept. 6, 2019, email originally from A. Marshall to Las Vegas Sun Letters, re Please work with the RJ to maintain the JOA (SUN_00024479)

- Exhibit 67: Jan. 15, 2019, email from K. Woods to B. Greenspun re Message via the Las Vegas Sun (SUN_00000315)

- Exhibit 68: Aug. 27, 2017, email from M. Spigelman to B. Greenspun re Message via the Las Vegas Sun (SUN_00000376-77)

- Exhibit 69: Aug. 30, 2019, email from W. Wreatha to Las Vegas Sun Letters, re Printing & distribution arrangement with LV Review-Journal (SUN_0000300)

- Exhibit 70: Sept. 6, 2019, email from C. Sappraicone to Las Vegas Review Journal Letters re Not printing The Las Vegas Sun? (SUN_0000298)

- Exhibit 71: Sept. 5, 2019, email from P. Ryan to B. Greenspun re Keep the Sun (SUN_0000303-04)

- Exhibit 72: June 13, 2016, email from J. Perdigao to F. Vega et al., re JOA Info (DEFS0146935)

DATED this 23rd day of February, 2026.

**CLARK HILL PLC**

By */s/ Kristen L. Martini*
    E. Leif Reid, Nevada Bar No. 5750
    Kristen L. Martini, Nevada Bar No. 11272
    Nicole Scott, Nevada Bar No. 13757
    1700 S. Pavillion Center Drive, Suite 500
    Las Vegas, Nevada 89169

PISANELLI BICE PLLC
James J. Pisanelli, Nevada Bar No. 4027
Todd L. Bice, Nevada Bar No. 4534
400 South 7th Street, Suite 300
Las Vegas, Nevada 89135

BROWNSTEIN HYATT FARBER SHRECK LLP
Jordan T. Smith, Nevada Bar No. 12097
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

ALIOTO LAW FIRM
Joseph M. Alioto, Pro Hac Vice
One Sansome Street, 35th Floor
San Francisco, California 94104

*Attorneys for Plaintiff/Counterdefendants*

## CERTIFICATE OF SERVICE

I certify that I am an employee of CLARK HILL PLC, and I caused a true and correct copy of the foregoing **PLAINTIFF/COUNTERDEFENDANTS' NOTICE OF SEALED DOCUMENTS [EXHIBITS 1-2, 7-8, 10-14, 16-22, 24-26, 29-32, 34-51, 53, 57, 61-63 & 65-72] RE: PLAINTIFF/COUNTERDEFENDANTS'** *EMERGENCY* **MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** to be served by the Court's Electronic Filing System to all parties on the current service list.

DATED: February 23, 2026.

                                           */s/Tanya West*
                                           Employee of Clark Hill PLC