E. LEIF REID, Nevada Bar No. 5750
KRISTEN L. MARTINI, Nevada Bar No. 11272
NICOLE SCOTT, Nevada Bar No. 13757
CLARK HILL PLC
1700 S. Pavillion Center Dr., Suite 500
Las Vegas, Nevada 89135
Tel: 702.862.8300
Fax: 702.778.9709
Email: lreid@clarkhill.com
        kmartini@clarkhill.com
        nscott@clarkhill.com

JAMES J. PISANELLI, Nevada Bar No. 4027
TODD L. BICE, Nevada Bar No. 4534
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Tel: 702.214.2100
Fax: 702.214.2101
Email: JJP@pisanellibice.com
        TLB@pisanellibice.com

JORDAN T. SMITH, Nevada Bar No. 12097
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Tel: 702.464.7022
Fax: 702.382.8135
Email: jsmith@bhfs.com

JOSEPH M. ALIOTO, PRO HAC VICE
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104
Tel: 415.434.8900
Fax: 415.434.9200
Email: jmalioto@aliotolaw.com

*Attorneys for Plaintiff/Counterdefendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

LAS VEGAS SUN, INC., a Nevada corporation,

                    Plaintiffs,

v.

SHELDON ADELSON (Estate Of), an individual, and as the alter ego of News+Media Capital Group LLC, Las Vegas Review-Journal, Inc., and Interface Operations LLC dba Adfam; PATRICK DUMONT, an individual, and as alter ego of Las Vegas Review-Journal, Inc., News+Media Capital Group, LLC, and Interface Operations LLC dba Adfam; NEWS+MEDIA CAPITAL GROUP LLC,, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; INTERFACE OPERATIONS LLC dba ADFAM, a Delaware limited liability company and as the alter ego of Las Vegas Review-Journal, Inc., and

Case No.: 2:19-CV-01667-ART-MDC

**INDEX OF EXHIBITS TO EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (VOLUME 5)**

1

News+Media Capital Gorup, LLC; and DOES, I-X, inclusive,

        Defendants.

LAS VEGAS REVIEW-JOURNAL, a Delaware corporation,

        Counterclaimant,

v.

LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.,

        Counterclaim Defendants.

## APPENDIX INDEX

| Exhibit No. | Description | Vol. | Page Nos. |
|---|---|---|---|
| 1 | Sept. 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Dr. Michael Katz (**FILED UNDER SEAL**) | 1 | SA1-SA246 |
| 2 | Sept. 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Dr. Robert Picard (**FILED UNDER SEAL**) | 2 | SA247-SA291 |
| 3 | June 17, 1989, Joint Operating Agreement (the "1989 JOA") (SUN  00001996-2039) | 2 | SA292-SA336 |
| 4 | Report of the Assistant Attorney General in Charge of the Antitrust Division, Public File No. 44-03-13, In the Matter of: Application by the Las Vegas Sun, Inc. and Donrey of Nevada, Inc. for Approval of a Joint Newspaper Operating Arrangement Pursuant to the Newspaper Preservation Act, 15. U.S.C. §§ 1801-1804 (SUN  00024386-453) | 2 | SA337 – SA405 |
| 5 | June 1, 1990, Opinion of The Attorney General, Public File No. 44-03-13, In the Matter of: Application by the Las Vegas Sun, Inc. and Donrey of Nevada, Inc. for Approval of a Joint Newspaper Operating Arrangement Pursuant to the Newspaper Preservation Act, 15. U.S.C. §§ 1801-1804 (SUN  00024373-85) | 2 | SA406 – SA420 |
| 6 | Declaration of Brian Greenspun in Support of Plaintiff/Counterdefendants' Emergency Motion for Temporary Restraining Order and Preliminary Injunction | 2 | SA421 – SA428 |

| | | | |
|---|---|---|---|
| 7 | Hearing Transcript Excerpts of Mark Hinueber, *Las Vegas Sun, Inc. v. Stephens Media LLC*, AAA Case No. 01-16-0001-9187 (Oct. 6, 2016) (Vol. 4) (SUN_00023106-08, 273-74, 278, 280, 282-86, 383) **(FILED UNDER SEAL)** | 2 | SA429 – SA442 |
| 8 | Sept. 8, 2016, Declaration of Mark Hinueber in Support of Stephens Media LLC's Opposition to Las Vegas Sun's Motion for Summary Judgment, AAA Case No. 01-16-0001-9187 (SUN-00064364-67) **(FILED UNDER SEAL)** | 2 | SA443 – SA447 |
| 9 | June 10, 2005, Amended and Restated Agreement (the "2005 JOA") (SUN_00002045-69) | 2 | SA448 – SA473 |
| 10 | Hearing Transcript Excerpts of Jackson Farrow, *Las Vegas Sun, Inc. v. Stephens Media LLC*, AAA Case No. 01-16-0001-9187 (Oct. 5, 2016) (Vol. 3) (SUN_00021972-74, 76-83, 159) **(FILED UNDER SEAL)** | 2 | SA474 - SA486 |
| 11 | Hearing Transcript Excerpts of Brian Greenspun, *Las Vegas Sun, Inc. v. Stephens Media LLC*, AAA Case No. 01-16-0001-9187 (Oct. 3, 2016) (Vol. 1) (SUN_00019641-43, 70, 96-97, 99, 703, 842) **(FILED UNDER SEAL)** | 2 | SA487 – SA496 |
| 12 | Sept. 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Lawrence Aldrich **(FILED UNDER SEAL)** | 3 | SA497 – SA537 |
| 13 | June 16, 2005, email from G. Lang to J. Farrow et al., re DR Partners' submission of 2005 JOA to DOJ "pursuant to the Newspaper Preservation Act, 15 USC § 1801 et seq. and 28 CFR § 48.16 (SUN_00005886-89) **(FILED UNDER SEAL)** | 3 | SA538 – SA542 |
| 14 | Sept. 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Dr. Russell Lamb **(FILED UNDER SEAL)** | 3 | SA543 - 548 |
| 15 | Deposition Transcript Excerpts of Las Vegas Sun, Inc.'s Expert L. Aldrich, *Las Vegas Sun, Inc. v. Adelson*, No. 2:18-cv-0166-ART-VCF (D. Nev. March 15, 2023) | 3 | SA549 – SA575 |
| 16 | Sept. 23, 2005, email from C. Cliff to D. Jordan, et al., re Amendment of the Las Vegas JOA – Joint Defense Agreement (SUN_00001673-84) **(FILED UNDER SEAL)** | 3 | SA576 – SA587 |
| 17 | Aug. 5, 2005, facsimile from B. Matelson to G. Lang re Las Vegas JOA, CID No. 23751 (SUN_00012237-47) **(FILED UNDER SEAL)** | 3 | SA586- SA599 |
| 18 | Oct. 12, 2005, letter from A. Marx to B. Matelson, re responses to CID No. 23751 (SUN_00001806-14) **(FILED UNDER SEAL)** | 3 | SA600 – SA609 |
| 19 | Feb. 13, 2006, facsimile from B. Matelson to A. Marx, re Civil Investigative Demand Nos. 24097 & 24098 (SUN_00012233-36) **(FILED UNDER SEAL)** | 3 | SA610 – SA614 |

| | | | |
|---|---|---|---|
| 20 | Deposition Transcript Excerpts of Las Vegas Sun, Inc.'s 30(b)(6) Corporate Representative Robert Cauthorn, *Las Vegas Sun, Inc. v. Adelson*, No. 2:18-cv-0166-ART-VCF (D. Nev. Feb. 16, 2022) **(REDACTED)** | 3 | SA615 – SA636 |
| 21 | Aug. 16, 2005, letter from B. Matelson to G. Lang re 8/16/05 DOJ faxed letter to G. Lang re Civil Investigative Demand No. 23751 (SUN_00012248-50) **(FILED UNDER SEAL)** | 3 | SA637 – SA640 |
| 22 | Aug. 25, 2005, letter from G. Lang to B. Matelson re Las Vegas JOA (SUN_00001965-68) **(FILED UNDER SEAL)** | 3 | SA641 – SA645 |
| 23 | Apr. 9, 2008, letter from B. Matelson to G. Lang, et al., re Las Vegas Joint Operating Agreement ("No Action Letter") (DEFS0000418) | 3 | SA646 – SA647 |
| 24 | Deposition Transcript Excerpts of Las Vegas Review-Journal 30(b)(6) Corporate Representative Glenn Cook, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Aug. 19, 2022) **(REDACTED)** | 3 | SA648 – SA669 |
| 25 | Deposition Transcript Excerpts of Brian Greenspun, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Mar. 23, 2022) | 3 | SA670 – SA689 |
| 26 | Final Award of Arbitrator, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. 01-18-0000-7568 (July 2, 2019) (SUN_00013635-46) **(FILED UNDER SEAL)** | 3 | SA690 – SA702 |
| 27 | Aug. 29, 2019, letter from K. Moyer to B. Greenspun re: Notice of Default (SUN_00053251-53) | 3 | SA703 - SA706 |
| 28 | Sept. 27-Oct. 4, 2019, email between counsel re Preliminary Injunction Motion | 3 | SA707 -SA718 |
| 29 | Jan. 11, 2015, email from R. Pergament to P. Dumont et al., re Preliminary Observations (DEFS0028645-47) **(FILED UNDER SEAL)** | 3 | SA719 – SA722 |
| 30 | Deposition Transcript Excerpts of Jason Taylor, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. 01-18-0000-7568 (Mar. 21, 2019) **(FILED UNDER SEAL)** | 4 | SA723 – SA765 |
| 31 | Deposition Transcript Excerpts of Jason Taylor, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. May 12, 2022) | 4 | SA766 – SA790 |
| 32 | April 3, 2017, email from J. Wilson to N. Cusick re Monday Meeting Notes (DEFS0016006-07) **(FILED UNDER SEAL)** | 4 | SA791 – SA793 |
| 33 | Deposition Transcript Excerpts of Craig Moon, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Mar. 3, 2022) | 4 | SA794 – SA804 |
| 34 | Jan. 18, 2023, Rebuttal Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Barbara Gottlieb **(FILED UNDER SEAL)** | 4 | SA805 – SA813 |

| | | | |
|---|---|---|---|
| 35 | Las Vegas Review Journal Payment Calculation JOA Fiscal Year Ending March 2018 (**FILED UNDER SEAL**) | 4 | SA814 – SA816 |
| 36 | Mar. 3, 2017, email from P. McGuire to C. Moon re Revised Summary of JOA Pmt. Calc (DEFS0165095-97) (**FILED UNDER SEAL**) | 4 | SA817 – SA820 |
| 37 | Stephens Media Group's Las Vegas Review Journal Fiscal Year End March 31, 2006, Financials (Exhibit 7 to Deposition of Robert Cauthorn, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. 01-18-0000-7568 (Mar. 27, 2019)) (**FILED UNDER SEAL**) | 4 | SA821 – SA824 |
| 38 | Deposition Transcript Excerpts of Las Vegas Review-Journal 30(b)(6) Corporate Representative Stephen Hall, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. May 12, 2022) (**REDACTED**) | 4 | SA825 – SA846 |
| 39 | Sept. 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Barbara Gottlieb (**FILED UNDER SEAL**) | 4 | SA847 – SA859 |
| 40 | Feb. 12, 2016, email from P. Sack to S. Garfinkel re Las Vegas (DEFS0093000-24) (**FILED UNDER SEAL**) | 4 | SA860 – SA887 |
| 41 | Feb. 9, 2015, VRC Valuation of Certain Intangible Assets of Las Vegas Review Journal as of Dec. 10, 2015 (DEFS0092587-621) (**FILED UNDER SEAL**) | 4 | SA888 – SA923 |
| 42 | March 3, 2017, Email from C. Moon to F. Vega re an update and two quick questions (DEFS0013609-10) (**FILED UNDER SEAL**) | 4 | SA924 – SA926 |
| 43 | Las Vegas Review-Journal, Inc. Financial Statements December 31, 2019, and 2018 (DEFS0083496-515) (**FILED UNDER SEAL**) | 4 | SA927 – SA947 |
| 44 | Las Vegas Review Journal Payment Calculation JOA Fiscal Year Ending March 2020 (SUN_00008774) (**FILED UNDER SEAL**) | 5 | SA948 – SA950 |
| 45 | Apr. 30, 2022, email from S. Hall to R. Cauthorn re JOA Calculation – JOA Year Ended March 2022 (SUN_00084445-47) (**FILED UNDER SEAL**) | 5 | SA951 – SA954 |
| 46 | Sept. 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Dr. Gregory Gundlach (**FILED UNDER SEAL**) | 5 | SA955 – SA1005 |
| 47 | Sept. 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert J. David Kordalski (**FILED UNDER SEAL**) | 5 | SA1006 – SA1020 |
| 48 | Apr. 4, 2023, Supplemental Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Dr. Gregory Gundlach (**FILED UNDER SEAL**) | 5 | SA1021 – SA1025 |
| 49 | Sept. 19, 2016, email from J. Wilson to E. Cassidy re: RJ with Sun? (DEFS01454464-67) (**FILED UNDER SEAL**) | 5 | SA1026 – SA1030 |
| 50 | Apr. 2, 2017, email from C. Moon to R. Cauthorn Re: Concerns about your new design (DEFS0002488-89) (**FILED UNDER SEAL**) | 5 | SA1031 – SA1033 |

| | | | | |
|---|---|---|---|---|
| 51 | Apr. 17, 2019, email from K. Espejo to K. Moyer re: The Sun in eEdition (DEFS0166089-94) **(FILED UNDER SEAL)** | 5 | SA1034 – SA1040 |
| 52 | RESERVING FOR RJ'S ANSWERS TO ROG 13 MARCH 2022 | 5 | SA1041 – SA1052 |
| 53 | Deposition Transcript Excerpts of Las Vegas Review-Journal 30(b)(6) Corporate Representative Chris Blaser, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Aug. 11, 2022) **(REDACTED)** | 5 | SA1053 – SA1069 |
| 54 | Chris Jones & J.M. Kalil's article, Las Vegas Sun to rise with morning RJ, published in the Las Vegas Review Journal on June 15, 2005 (SUN_0000627-32) | 5 | SA1070 – SA1076 |
| 55 | Steve Kanigher's article, *Sun deal with R-J "a tremendous opportunity" Newspaper to return to morning delivery*, published in the Las Vegas Sun on June 15, 2005 (DEFS0190559-61) | 5 | SA1077 – SA1080 |
| 56 | Deposition Transcript Excerpts Ray Brewer, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. June 24, 2022 | 5 | SA1081 – SA1091 |
| 57 | Las Vegas Review Journal Newsroom Guide (DEFS0185654-69) (**(FILED UNDER SEAL)** | 5 | SA1092 – S1108A |
| 58 | June 4, 2016, Front Page of Newspapers (SUN_00009885) | 5 | SA1109 – SA1110 |
| 59 | Jan. 11, 2018, Front Page of Las Vegas Sun (DEFS0001703) | 5 | SA1111 – SA1112 |
| 60 | Feb. 13, 2018, Front Page of Las Vegas Sun (DEFS0001697) | 5 | SA1113 – SA1114 |
| 61 | Feb. 12, 2018, Email from R. Brewer to R. Cauthorn re: Two quick questions from LV Sun print (SUN_00055720) **(FILED UNDER SEAL)** | 5 | SA1115 – SA1116 |
| 62 | Jan. 18, 2023, Rebuttal Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Dr. Michael Katz **(FILED UNDER SEAL)** | 6 | SA1117 – SA1229 |
| 63 | Deposition Transcript Excerpts Patrick Dumont, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Oct. 28, 2021) **(FILED UNDER SEAL)** | 6 | SA1230 – SA1246 |
| 64 | Deposition Transcript Excerpts Keith Moyer, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Apr. 5, 2022 | 6 | SA1247 – SA1264 |
| 65 | Aug. 30, 2019, letter from T. Burkholder to B. Greenspun re Message via the Las Vegas Sun (SUN_00000293) **(REDACTED)** | 6 | SA1265 – SA1266 |
| 66 | Sept. 6, 2019, email originally from A. Marshall to Las Vegas Sun Letters, re Please work with the RJ to maintain the JOA (SUN_00024479) **(REDACTED)** | 6 | SA1267 – SA1268 |
| 67 | Jan. 15, 2019, email from K. Woods to B. Greenspun re Message via the Las Vegas Sun (SUN_00000315) **(REDACTED)** | 6 | SA1269 – SA1270 |
| 68 | Aug. 27, 2017, email from M. Spigelman to B. Greenspun re Message via the Las Vegas Sun (SUN_00000376-77) **(REDACTED)** | 6 | SA1271 – SA1273 |

| 69 | Aug. 30, 2019, email from W. Wreatha to Las Vegas Sun Letters, re Printing & distribution arrangement with LV Review-Journal (SUN_0000300) (**REDACTED**) | 6 | SA1274 – SA1275 |
|----|----|----|----|
| 70 | Sept. 6, 2019, email from C. Sappraicone to Las Vegas Review Journal Letters re Not printing The Las Vegas Sun? (SUN_0000298) (**REDACTED**) | 6 | SA1276 – SA1277 |
| 71 | Sept. 5, 2019, email from P. Ryan to B. Greenspun re Keep the Sun (SUN_0000303-04) (**REDACTED**) | 6 | SA1278 – SA1280 |
| 72 | June 13, 2016, email from J. Perdigao to F. Vega et al., re JOA Info (DEFS0146935) (**FILED UNDER SEAL**) | 6 | SA1281 – SA1282 |

Date this 23rd of February 2026.

By: */s/ Nicole Scott*

E. Leif Reid, Nevada Bar No. 5750
Kristen L. Martini, Nevada Bar No. 11272
Nicole Scott, Nevada Bar No. 13757
1700 S. Pavillion Center Drive, Suite 500
Las Vegas, Nevada 89169

PISANELLI BICE PLLC
James J. Pisanelli, Nevada Bar No. 4027
Todd L. Bice, Nevada Bar No. 4534
400 South 7th Street, Suite 300
Las Vegas, Nevada 89135

BROWNSTEIN HYATT FARBER SHRECK, LLP
Jordan T. Smith, Nevada Bar No. 12097
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

ALIOTO LAW FIRM
Joseph M. Alioto, Pro Hac Vice
One Sansome Street, 35th Floor
San Francisco, California  94104

*Attorneys for Plaintiff/Counterdefendants*

- 7 -

1

<u>**CERTIFICATE OF SERVICE**</u>

2  I certify that I am an employee of CLARK HILL PLC, and I caused a true and correct copy

3  of the foregoing **INDEX OF EXHIBITS TO EMERGENCY MOTION FOR TEMPORARY**

4  **RESTRAINING ORDER AND PRELIMINARY INJUNCTION (VOLUME 5)** to be served

5  by electronically filing the foregoing with the CM/ECF electronic filing system which will send

6  notice of electronic filing to:

7
8  J. Randall Jones, Esq.
   Michael J Gayan, Esq.
   Mona Kaveh, Esq.
9  KEMP JONES, LLP
   3800 Howard Hughes Parkway, 17th Floor
10 Las Vegas, NV 89169

11
12 Amy M. Gallegos, Esq.
   David R. Singer, Esq.
   Andrew G. Sullivan, Esq.
13 Alison I Stein, Esq.
   JENNER & BLOCK LLP
14 515 South Flower Street, Suite 3300
   Los Angeles, CA 90071
15

16 Richard L. Stone, Esq.
   850 Deveon Avenue
17 Los Angeles, CA 90024

18

19

20 DATED: February 23, 2026.

21                                    */s/  Jill Nelson*
                                      An Employee of Clark Hill PLC
22

23

24

25

26

27

28

- 8 -

# EXHIBIT 44

Las Vegas Review Journal Payment Calculation JOA Fiscal Year Ending March 2020 (SUN_00008774) (**FILED UNDER SEAL**)

# EXHIBIT 44

SA948

# EXHIBIT 45

Apr. 30, 2022, email from S. Hall to R. Cauthorn re JOA Calculation – JOA Year
Ended March 2022 (SUN_00084445-47) (**FILED UNDER SEAL**)

# EXHIBIT 45

# EXHIBIT 46

Sept. 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Dr.
Gregory Gundlach (**FILED UNDER SEAL**)

# EXHIBIT 46

# EXHIBIT 47

Sept. 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert J. David Kordalski (**FILED UNDER SEAL**)

# EXHIBIT 47

# EXHIBIT 48

Apr. 4, 2023, Supplemental Expert Report Excerpts of Las Vegas Sun, Inc.'s
Expert Dr. Gregory Gundlach (**FILED UNDER SEAL**)

# EXHIBIT 48

# EXHIBIT 49

Sept. 19, 2016, email from J. Wilson to E. Cassidy re: RJ with Sun?
(DEFS01454464-67) (**FILED UNDER SEAL**)

# EXHIBIT 49

# EXHIBIT 50

Apr. 2, 2017, email from C. Moon to R. Cauthorn Re: Concerns about your new design (DEFS0002488-89) (**FILED UNDER SEAL**)

# EXHIBIT 50

# EXHIBIT 51

Apr. 17, 2019, email from K. Espejo to K. Moyer re: The Sun in eEdition
(DEFS0166089-94) (**FILED UNDER SEAL**)

# EXHIBIT 51

# EXHIBIT 52

RJ'S Answers to Interrogatories, March 13, 2022

# EXHIBIT 52

SA1041

1 J. RANDALL JONES, ESQ., SBN 1927
  MICHAEL J. GAYAN, ESQ., SBN 11135
2 MONA KAVEH, ESQ., SBN 11825
3 KEMP JONES, LLP
  3800 Howard Hughes Parkway, 17th Floor
4 Las Vegas, Nevada 89169

5 RICHARD L. STONE, ESQ. (*pro hac vice*)
  DAVID R. SINGER, ESQ. (*pro hac vice*)
6 AMY M. GALLEGOS, ESQ. (*pro hac vice*)
7 JENNER & BLOCK LLP
  633 West 5th Street, Suite 3600
8 Los Angeles, California 90071

9 *Attorneys for Defendants/Counterclaimant*

10      **UNITED STATES DISTRICT COURT**

11       **DISTRICT OF NEVADA**

12

| 13 LAS VEGAS SUN, INC., a Nevada corporation, | Case No. 2:19-cv-01667-GMN-VCF |
|---|---|
| 14 | |
| 15      Plaintiff, | **DEFENDANTS' FIRST AMENDED RESPONSES TO PLAINTIFF'S INTERROGATORIES (FIRST SET)** |
| 16   v. | |
| 17 SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive, | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22      Defendants. | |

23

24

25

26

27

28

         **Answers Contain Protected Material**

           1

SA1042

1    LAS VEGAS REVIEW-JOURNAL, INC., a
Delaware corporation,
2
                        Counter-Claimant,
3
        v.
4
LAS VEGAS SUN, INC., a Nevada
5    corporation; BRIAN GREENSPUN, an
individual and as the alter ego of Las Vegas
6    Sun, Inc.; GREENSPUN MEDIA GROUP,
LLC, a Nevada limited liability company, as
7    the alter ego of Las Vegas Sun, Inc.,
8                        Counter-
                      Defendants.
9

10    PROPOUNDING PARTY: LAS VEGAS SUN, INC.

11    RESPONDING PARTY: LAS VEGAS REVIEW-JOURNAL, INC., NEWS+MEDIA CAPITAL

12    GROUP LLC, SHELDON ADELSON[1], AND PATRICK DUMONT.

13    SET NUMBER: FIRST

14        Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendants Sheldon Adelson,

15    Patrick Dumont, News+Media Capital Group LLC, and Las Vegas Review-Journal, Inc.

16    ("Review-Journal" and collectively with the other Defendants as "Defendants"), by and through

17    their counsel of record, hereby respond and object to the Interrogatories served by Plaintiff Las

18    Vegas Sun, Inc. (the "Sun") on December 1, 2020. **Any amendments and/or supplements to**

19    **Defendants' prior Answers are in bolded text.** Defendants designate **certain of** their **Amended**

20    Answers to the Sun's Interrogatories as **Protected Material** in accordance with the terms of the

21    protective order entered by the Court in this action on July 6, 2020.  ECF No. 87.  **The Answers,**

22    **or portions thereof, designated as Confidential or Attorneys' Eyes Only are so noted and**

23    **outlined in red.**

24    / / /

25    / / /

26    _____

27    **[1] On January 11, 2021, Sheldon Adelson passed away. On February 22, 2021, Defendants**
**filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1). ECF No.**
28    **358.**

                                    **Answers Contain Protected Material**
                        2

**GENERAL OBJECTIONS**

Defendants' general objections to Plaintiff's Interrogatories are set forth below. Each general objection is incorporated into each of the specific responses, even if not further referenced therein. The assertion of additional objections to specific Interrogatories shall not be construed as waiving any applicable general objection.

1.     Defendants object to these Interrogatories to the extent they seek to impose requirements beyond or inconsistent with the requirements of the Federal Rules of Civil Procedure, the Court's Local Rules, or any other applicable rule or Court order.

2.     Defendants object to these Interrogatories to the extent they call for responses based on information or materials protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege, doctrine, or immunity. Any inadvertent production of such information shall not be construed as a waiver of any privilege or protection.

3.     Defendants object to these Interrogatories to the extent they seek responses based on information or materials subject to applicable federal and state shield laws, common law, and First Amendment protections for reporter's privilege.

4.     Defendants object to these Interrogatories to the extent they seek information protected by any person's right of privacy under the laws of Nevada or the United States.

5.     By disclosing information in response to these Interrogatories, Defendants do not admit the relevance thereof to the subject matter of this litigation. Defendants expressly reserve any and all objections to the relevance and admissibility of any document, statement, or information provided in response to these Interrogatories.

6.     This is a lawsuit between competitors. Many of the Interrogatories seek competitively sensitive business information, the disclosure of which would put the Review-Journal at a commercial disadvantage or otherwise be harmful to competition between the Review-Journal and the Sun or third-parties. Accordingly, Defendants will respond subject to and in accordance with the terms of the protective order entered by the Court in this action on July 6, 2020. ECF No. 87.

**Answers Contain Protected Material**

3

SA1044

7.    Defendants object to these Interrogatories to the extent they call for responses based on information or materials designated by the Sun as Attorney's Eyes Only because, pursuant to the Court's protective order, Defendants may not review and have not reviewed such information or materials.  Therefore, only Defendants' experts may review and comment on such information and materials.

8.    Defendants object to Plaintiff's definitions of "You," "Yourself," and "Your" and to these Requests to the extent they seek information from entities or individuals other than Defendants.  Defendants will provide documents and information only within Defendants' possession, custody, or control.  Defendants are not responsible for gathering, searching, and producing documents that belong to non-employee contractors (e.g., Frank Vega).

9.    All responses are solely based on such information that is presently available and known to Defendants.  Defendants reserve the right to amend any of their responses or objections to these Interrogatories based on Defendants' continuing investigation in this proceeding.

10.    Defendants' responses will use the capitalized terms from Plaintiff's Interrogatories, except as follows and as otherwise stated in Defendants' specific objections:

  (i)    Plaintiff's definition of the term "Relate to" or "Relating to" is overbroad to the extent it encompasses matters that "reflect on, arise out of, or [are] in any way or manner legally, factually or logically connected with the matter discussed."  In responding to Plaintiff's Interrogatories, Defendants will interpret this term in accordance with its ordinary meaning.

11.    Defendants object to Instruction 5 to the extent it seeks the production of documents in response to interrogatories served pursuant to Federal Rule of Civil Procedure 33, which is an improper procedural mechanism for requesting documents.

12.    Defendants object to Instruction 6 to the extent it conflicts with the terms of the protective order entered by the Court in this action on July 6, 2020.  ECF No. 87.

13.    Defendants object to Instruction 7 because it renders several Interrogatories compound such that the Interrogatories contain numerous independent subparts that must be

**Answers Contain Protected Material**

4

SA1045

1  counted as separate interrogatories, which causes Plaintiff's Interrogatories to exceed the number

2  allowed by Federal Rule of Civil Procedure 33.

**INTERROGATORIES**

3

4  **INTERROGATORY NO. 1:**

5      State the value, in dollars, that You believe the Review-Journal is, and has been, worth

6  for each year since January 1, 2015, to present, separately identifying the value of tangible and

7  intangible assets.

8  **ANSWER:**

9      Defendants object to this Interrogatory because it asks for discovery that is not relevant to

10 any claims or defenses at issue in this action. The scope of this Interrogatory encompasses matters

11 that are irrelevant to the claims in Plaintiff's Complaint, and are not probative of whether

12 Defendants engaged in the unlawful acts alleged in Plaintiff's Complaint. More specifically,

13 Defendants' subjective beliefs regarding the Review-Journal's value, including the separate value

14 of its tangible and intangible assets, have no bearing on any of the parties' claims or defenses.

15 Further, Defendants have not formed opinions regarding the information requested by this

16 Interrogatory.

17      A response to this Interrogatory calls for expert opinion, and Defendants' experts have not

18 yet completed their analysis. Defendants object to this Interrogatory to the extent it prematurely

19 seeks expert opinion.

20      Defendants object to this Interrogatory to the extent it seeks information protected by the

21 attorney-client privilege, the work product doctrine, or any other applicable privilege, doctrine,

22 or immunity.

23      Subject to and without waiving the foregoing objections, Defendants respond as follows:

24 As of December 10, 2015, the Review-Journal was worth $140 million to its owners. Since then,

25 consistent with the industry-wide declines in the newspaper publishing industry, the Review-

26 Journal's value has significantly declined. The rise of digital media, many of which are available

27 for free, has materially impacted the newspaper publishing industry with many larger newspapers

28 filing for bankruptcy (e.g., McClatchy Co., Tribune). The newspaper publishing industry has had

**Answers Contain Protected Material**

5

1    **INTERROGATORY NO. 13:**

2        Describe the reasons why You make the electronic replica of the Newspapers available

3    for free to students, including, for example, the anticipated effect on current and future newspaper

4    readership, subscriptions, advertising sales, or advertising rates.

5    **ANSWER:**

6        Defendants object to this Interrogatory because it asks for discovery that is not relevant to

7    any claims or defenses at issue in this action. The scope of this Interrogatory encompasses matters

8    that are irrelevant to the claims in Plaintiff's Complaint, and are not probative of whether

9    Defendants engaged in the unlawful acts alleged in Plaintiff's Complaint. More specifically,

10    Plaintiff's Complaint includes no claims regarding the Review-Journal's purposes for and uses of

11    the electronic replica edition.

12        A response to this Interrogatory calls for expert opinion, and Defendants' experts have not

13    yet completed their analysis. Defendants object to this Interrogatory to the extent it prematurely

14    seeks expert opinion.

15        Defendants object to this Interrogatory to the extent it seeks information protected by the

16    attorney-client privilege, the work product doctrine, or any other applicable privilege, doctrine,

17    or immunity.

18        Subject to and without waiving the foregoing objections, Defendants respond as follows:

19    The Review-Journal makes the electronic replica edition of the joint print newspaper available

20    for free to students as part of its Newspapers in Education program ("NIE"). The Review-Journal,

21    like many other newspapers around the country (e.g., Los Angeles Times, Chicago Tribune, The

22    Washington Post, The Seattle Times, The Salt Lake Tribune, Boston Herald, The Boston Globe,

23    Tampa Bay Times, The Kansas City Star, The Fresno Bee, Miami Herald, The Charlotte

24    Observer, The Sacramento Bee, The Oklahoman), participates in the NIE program based on its

25    commitment to the community, devotion to education, and desire to inspire the next generation

26    of readers. The Review-Journal's NIE program provides local teachers with online classroom

27    resources to use the *Review-Journal* as a living textbook in their classrooms. The Review-

28    Journal's NIE program has many benefits for local children and schools, including sharpening

**Answers Contain Protected Material**

21

1    thinking skills, increasing students' interest and motivation by providing study materials relevant

2    to their lives, preparing students for active citizenship in their democracy, heightening teachers'

3    interest in new teaching techniques, involving schools in the lives of the communities they serve,

4    improving relations with students' families, responding to the needs of local businesses for future

5    employers, and helping prepare students for state and national standardized tests. The Review-

6    Journal's NIE program also benefits our community by enhancing the quality of citizen

7    participation in schools and local government through better mutual understanding among

8    journalists, educators, students and parents, transforming students into interested, active citizens,

9    and recognizing newspapers as the main source of continuing education for members of the

10    community once they are no longer in the classroom. The Review-Journal's NIE program is

11    sponsored by local businesses, organizations, individuals, and subscriber donations. The Review-

12    Journal makes the electronic replica edition of the joint print newspaper available for free to

13    students as part of its NIE program because, among other reasons, it costs less than providing

14    hard copies to local student.

15 **INTERROGATORY NO. 14:**

16    Identify each and every one of the promotions of the Review-Journal that did not include

17    mention of the Sun in equal prominence, and the value of each and every one of those promotions

18    charged to the Joint Operation (including the dollar, barter, or trade value amount), for each year

19    from December 10, 2015, to present.

20 **ANSWER:**

21    Defendants object to the definition of "Joint Operation" because it represents a fallacy:

22    there is no "combined operation" of the Review-Journal and the Sun pursuant to the JOA. The

23    Review-Journal operates as a fully functional, freestanding newspaper, and the Sun provides a

24    minimal amount of stale, mostly non-local content that the Review-Journal publishes as an insert

25    in the Review-Journal's newspaper. The notion that the Review-Journal and the Sun constitute a

26    "combined operation" is a specter of the 1989 JOA, which was terminated and completely

27    replaced by the 2005 JOA.

28

**Answers Contain Protected Material**

1   more than the permissible number of interrogatories, the law requires the responding party to
2   answer the interrogatories in the order in which they are posed up to the numerical limit and then
3   object and refuse to respond to the rest of the interrogatories. *See* Federal Rules of Civil
4   Procedure, Rules and Commentary, Rule 33; *Kendall v GES Exposition Services, Inc.*, 174 F.R.D.
5   685 (D. Nev. 1997); *Bartech Systems International, Inc. v. Mobile Simple Solutions, Inc.*, 2018
6   WL 834589 (D. Nev. Feb. 12, 2018); *Phillips v. Clark County School Dist.*, 2012 WL 135705 (D.
7   Nev. Jan. 18, 2012); *Paananen v. Cellco Partnership*, 2009 WL 3327227 (W.D. Wash. Oct. 8,
8   2009).

9       Defendants object to this Interrogatory because it asks for discovery that is not relevant to
10  any claims or defenses at issue in this action. The scope of the Interrogatory encompasses matters
11  that are irrelevant to the claims in Plaintiff's Complaint, and are not probative of whether
12  Defendants engaged in the unlawful acts alleged in Plaintiff's Complaint. More specifically,
13  Plaintiff's Complaint includes no claims regarding any individual's ownership interest in the
14  Review-Journal or News+Media.

15  **Subject to and without waiving the foregoing objections, Defendants respond as**
16  **follows: Defendant News+Media Capital Group LLC owns 100% of Defendants Las Vegas**
17  **Review-Journal, Inc. Non-party Orchid Flower LLC owns 100% of Defendants**
18  **News+Media Capital Group LLC. The Orchid Trust, for the benefit of its beneficiaries,**
19  **owns 100% of Orchid Flower LLC.**

20
21      DATED this 19th day of March, 2021.
22                                      KEMP JONES, LLP
23                                      */s/ Michael J. Gayan*
                                        J. RANDALL JONES, ESQ., SBN 1927
24                                      MICHAEL J. GAYAN, ESQ., SBN 11135
                                        MONA KAVEH, ESQ., SBN 11825
25                                      3800 Howard Hughes Parkway, 17th Floor
                                        Las Vegas, Nevada 89169
26
27                                      RICHARD L. STONE, ESQ. (*pro hac vice*)
                                        DAVID R. SINGER, ESQ. (*pro hac vice*)
28

**Answers Contain Protected Material**
32

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMY M. GALLEGOS, ESQ. (*pro hac vice*)
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071

*Attorneys for Defendants/Counterclaimant*

**Answers Contain Protected Material**

33

1

<div align="center"><u>**VERIFICATION**</u></div>

2        I, Keith Moyer, have served as the Publisher of the *Las Vegas Review-Journal* since March

3    2018, and state under penalty of perjury that I have read the foregoing DEFENDANTS'

4    AMENDED RESPONSES TO PLAINTIFF'S INTERROGATORIES (FIRST SET) and confirm

5    that they contain true and complete responses to the questions as of the date of this verification. I

6    am competent to testify to the matters stated in the responses and could so testify.

7        Executed on this 19th day of March, 2021.

8

9                                  KEITH MOYER

**Answers Contain Protected Material**

34

SA1051

<div align="center"><u>**CERTIFICATE OF SERVICE**</u></div>

I hereby certify that on the 19th day of March, 2021, I served a true and correct copy of the foregoing **DEFENDANTS' FIRST AMENDED RESPONSES TO PLAINTIFF'S INTERROGATORIES (FIRST SET)** via e-mail addressed to:

E. LEIF REID, NEVADA BAR NO. 5750
KRISTEN L. MARTINI, NEVADA BAR NO. 11272
NICOLE SCOTT, NEVADA BAR NO. 13757
LEWIS ROCA ROTHGERBER CHRISTIE LLP
ONE EAST LIBERTY STREET, SUITE 300
RENO, NEVADA 89501-2128
LREID@LRRC.COM
KMARTINI@LRRC.COM
NSCOTT@LRRC.COM

-AND-

JAMES J. PISANELLI, NEVADA BAR NO. 4027
TODD L. BICE, NEVADA BAR NO. 4534
JORDAN T. SMITH, NEVADA BAR NO. 12097
PISANELLI BICE PLLC
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101
JJP@PISANELLIBICE.COM
TLB@PISANELLIBICE.COM
JTS@PISANELLIBICE.COM

-AND-

JOSEPH M. ALIOTO (PRO HAC VICE)
ALIOTO LAW FIRM
ONE SANSOME STREET, 35TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104
JMALIOTO@ALIOTOLAW.COM

*Attorneys for Plaintiff/Counterclaim Defendants*

*/s/ Mona Kaveh*
An employee of Kemp Jones, LLP

**Answers Contain Protected Material**

35

SA1052

# EXHIBIT 53

Deposition Transcript Excerpts of Las Vegas Review-Journal 30(b)(6) Corporate Representative Chris Blaser, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Aug. 11, 2022) (**REDACTED**)

# EXHIBIT 53

```
 1              UNITED STATES DISTRICT COURT

 2                   DISTRICT OF NEVADA

 3
     LAS VEGAS SUN, INC., a        )
 4   Nevada corporation,           )
                                   )
 5              Plaintiff,         )   CASE NO:
                                   )   2:19-CV-01667-GMN-VCF
 6      vs.                        )
                                   )
 7   SHELDON ADELSON, an           )
     Individual and as the alter   )
 8   Ego of News+Media Capital     )
     Group LLC and as the alter    )
 9   Ego of Las Vegas Review       )
     Journal, Inc.; PATRICK        )
10   DUMONT, an individual;        )   VIDEOTAPED DEPOSITION
     NEWS+MEDIA CAPITAL GROUP      )
11   LLC, a Delaware limited       )        OF
     Liability company; LAS        )
12   VEGAS REVIEW-JOURNAL, INC.,   )    CHRIS ALLEN BLASER
     A Delaware corporation; and   )
13   DOES, I-X, inclusive,         )   30(b)(6) OF LAS VEGAS
                                   )   REVIEW-JOURNAL, INC.
14              Defendants.        )
     _____ )   THURSDAY,
15   LAS VEGAS REVIEW-JOURNAL,     )   AUGUST 11, 2022
     INC., a Delaware              )
16   Corporation,                  )
                                   )
17              Counterclaimant,   )
                                   )
18      vs.                        )
                                   )
19   LAS VEGAS SUN, INC. A         )
     Nevada corporation; BRIAN     )
20   GREENSPUN, an individual      )
     And as the alter ego of Las   )
21   Vegas Sun, Inc.; GREENSPUN    )
     MEDIA GROUP, LLC, a Nevada    )
22   Limited liability company,    )
     As the alter ego of Las       )   REPORTED BY:
23   Vegas Sun, Inc.,              )   BRITTANY CASTREJON,
                                   )   RPR, CRR, NV CCR #926
24      Counterclaim-Defendants.   )
     _____ )   JOB NO.:  902149
25
```

Page 2

```
 1              VIDEOTAPED DEPOSITION OF CHRIS ALLEN BLASER,

 2    30(b)(6) of Las Vegas Review-Journal, Inc., located at

 3    3993 Howard Hughes Parkway, Suite 600, Las Vegas, Nevada

 4    89169, stenographically reported on, THURSDAY,

 5    AUGUST 11, 2022, at 9:08 a.m., before

 6    Brittany Castrejon, Certified Realtime Reporter, in and

 7    for the State of Nevada.

 8

 9

10    APPEARANCES:

11    For Plaintiff/Counterclaim-Defendants:

12                  LEWIS ROCA ROTHGERBER CHRISTIE LLP
                    BY: E. LEIF REID, ESQ.
13                  BY: KRISTEN MARTINI, ESQ. (Via Zoom)
                    BY: NICOLE SCOTT, ESQ.
14                  One East Liberty Street
                    Suite 300
15                  Reno, Nevada 89501
                    775-823-2900
16                  lreid@lewisroca.com

17    For Defendants/Counterclaimants:

18                  KEMP JONES, LLP
                    BY:  MICHAEL GAYAN, ESQ.
19                  3800 Howard Hughes Parkway
                    17th Floor
20                  Las Vegas, Nevada 89169
                    702-385-6000
21                  m.gayan@kempjones.com

22                  JENNER & BLOCK LLP
                    BY:  DAVID SINGER, ESQ. (Via Zoom)
23                  515 South Flower Street
                    Suite 3300
24                  Los Angeles, California 90071
                    213-239-2206
25                  dsinger@jenner.com
```

1    APPEARANCES (CONTINUED):

2    Also Present:   Terrell Holloway, Videographer
                     Jordan Smith, Esq. (Via Zoom)
3                    Brian Greenspun (Via Zoom)
                     Keith Moyer (Via Zoom)
4                    Ben Lipman, Esq. (Via Zoom)
                     Robert Cauthorn (Via Zoom)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                                           Page 4
 1                      INDEX OF EXAMINATION

 2   WITNESS:  CHRIS ALLEN BLASER

 3   EXAMINATION                                            PAGE

 4   By Mr. Reid                                               7

 5

 6

 7                      INDEX OF EXHIBITS

 8   NUMBER       DESCRIPTION                               PAGE

 9   EXHIBIT 1    Amended Notice of Videotaped Deposition      *
                  Of the Designated Representative(s) of
10                The Las Vegas Review-Journal, Inc.,
                  Pursuant to FED. R. CIV. P. 30(b)(6)
11
     EXHIBIT 2    Amended and Restated Agreement              16
12

13   EXHIBIT 3    DEFS0111412-DEFS0111413                     25
                  With Attachments
14                ATTORNEYS' EYES ONLY

15   EXHIBIT 4    DEFS0172535-DEFS0172563                     39
                  ATTORNEYS' EYES ONLY
16
     EXHIBIT 5    DEFS169059-DEFS0169060                      71
17                CONFIDENTIAL
                  DEFS0169061-DEFS0169075
18                ATTORNEYS' EYES ONLY

19   EXHIBIT 6    Handwritten Notes                           99

20   EXHIBIT 7    SUN_00013511-SUN_00013528                  104
                  CONFIDENTIAL
21
     EXHIBIT 8    SUN_00055166                               178
22
     EXHIBIT 9    DEFS0092257-DEFS0092261                    183
23                ATTORNEYS' EYES ONLY

24   EXHIBIT 10   DEFS0147077-DEFS0147094                    237
                  ATTORNEYS' EYES ONLY
25
```

```
                                                    Page  5
 1                 INDEX OF EXHIBITS (CONTINUED)

 2   WITNESS:  CHRIS ALLEN BLASER

 3   NUMBER         DESCRIPTION                      PAGE

 4   EXHIBIT 11   DEFS0147236-DEFS0147266             265
                  ATTORNEYS' EYES ONLY
 5
     EXHIBIT 12   DEFS0013463-DEFS0013470             280
 6                CONFIDENTIAL

 7

 8

 9   *Exhibit 1 was premarked.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 6

 1              LAS VEGAS, NEVADA; THURSDAY, AUGUST 11, 2022

 2                              9:08 a.m.

 3                              -oOo-

 4              THE VIDEOGRAPHER:  This is the beginning of

 5   Media Number 1 in the deposition 30(b)(6) of Chris

 6   Blaser in the matter of Las Vegas Sun, Inc., v.

 7   Adelson, Sheldon, held at Lewis Roca on August 12th,

 8   [sic], 2022, at 9:08 a.m.

 9              The court reporter is Brittany Castrejon.  I

10   am Terrell Holloway, the videographer, an employee of

11   Litigation Services.

12              This deposition is being videotaped at all

13   times unless specified to go off the video record.

14              Would all present please identify themselves

15   beginning with the witness.

16              THE WITNESS:  Chris Blaser, vice president

17   of circulation at the Review-Journal.

18              MR. GAYAN:  Michael Gayan, Kemp Jones.

19   Counsel for defendants.

20              And also on Zoom for same clients, we've got

21   my co-counsel, David Singer.

22              We've got the Review-Journal's publisher,

23   Keith Moyer.

24              And Mr. Ben Lipman, the Review-Journal's

25   general counsel.

```
 1                    MR. REID:  This is Leif Reid.  I'll be

 2   asking the questions this morning.  I'm counsel for the

 3   Sun.

 4                    To my left is Nicole Scott, my law partner.

 5                    Kristen Martini and Jordan Smith are

 6   attorneys for the Sun that are attending via Zoom.

 7                    And we have two representatives of the Sun

 8   that are also participating via Zoom, Brian Greenspun

 9   and Robert Cauthorn.

10                    THE VIDEOGRAPHER:  Will the court reporter

11   please swear in the witness.

12                    (The witness was sworn in.)

13                            EXAMINATION

14   BY MR. REID:

15      Q.  State your full name and address, please.

16      A.  Chris Allen Blaser.  2702 Northeast 159th Circle,

17   Ridgefield, Washington 98642.

18      Q.  You stated before you're employed by the Las

19   Vegas Review-Journal?

20      A.  That's correct.

21      Q.  In what capacity?

22      A.  As vice president of circulation and audience.

23      Q.  How long have you been there?

24      A.  A little over six years.

25      Q.  Have you been a witness in a deposition before?
```





1    BY MR. REID:

**2        Q.  And you played a -- a personal role in removing**

**3    the Sun from the eEdition in early 2018; isn't that**

**4    true?**

5             MR. GAYAN:  Object to form.

6             THE WITNESS:  Yes.

7    BY MR. REID:

**8        Q.  Why did you do that?**

9        A.  I was instructed to by our publisher, Craig Moon.

**10       Q.  Okay.  And so why did -- why did the publisher of**

**11   the Review-Journal instruct you to remove the Sun from**

**12   the eEdition?**

13            MR. GAYAN:  Object to form.

14            THE WITNESS:  He did not give me any reason.

15   He called me and said something to the extent of, "The

16   Sun has launched a paywall.  We need to take them out of

17   the eEdition."  And that was -- that's my best

18   recollection of the call.  There was no other -- I

19   didn't ask.

20            From my perspective, I wasn't aware at the

21   time that it was, you know, per the agreement required

22   to be in the eEdition, or I would have questioned that.

23            My assumption was the Sun did not want their

24   content given away for free digitally while they were

25   starting a paywall.  That would inhibit their ability to

Page 155

1    BY MR. REID:

2        **Q.   Okay.   You stated that Mr. Moon's directive to**

3    **you to -- to take the Sun out of the eEdition was**

4    **wrongful; correct?**

5                MR. GAYAN:  Object to form.  Outside the

6    scope.

7                THE WITNESS:  No, I -- I didn't say it was

8    wrongful.  I said he called me and told me to do it.  I

9    didn't say it was wrongful.  I didn't make a judgment at

10   that time.

11   BY MR. REID:

12       **Q.   Well, you stated that you have become aware after**

13   **the fact that the JOA requires the R-J to publish the**

14   **Sun as part of the electronic replica edition of the**

15   **newspapers; correct?**

16               MR. GAYAN:  Object to form.

17               THE WITNESS:  That's my general

18   understanding.  I mean, it's a long provision.  There's

19   a lot of other -- what seems to be conditions in that

20   sentence, but it's my general understanding, yes.

21   BY MR. REID:

22       **Q.   When did you learn that the eEdition was part of**

23   **the JOA and required that the Sun be included?**

24               MR. GAYAN:  Outside the scope.

25               THE WITNESS:  So it was taken out of the

Page 156

1   eEdition in -- sometime in January of '18.  We never

2   heard from anybody at the Sun.  I never really heard

3   anything.  We had maybe a call or two.

4            But after the event of taking it out, it was

5   out for a year, year and a half.  I never heard --

6   nobody contacted me regarding the Sun wanting it back in

7   the eEdition.  So I was just living life and not

8   concerned about the Sun in the eEdition.  I honestly

9   never thought twice about it when I was asked to take it

10  out.

11           But Mr. Moyer called me.  I believe it

12  was -- he was in an arbitration meeting.  He was pissed

13  and said, "Is the Sun not in the eEdition?"  I said,

14  "No, Craig wanted it taken out last year.  I don't

15  remember the time."

16           He said, well -- he was ticked off.  And

17  said, "It needs to be in there."

18           So we took immediate steps to put it back

19  in.  We dedicated resource every day to check, and

20  that's the sequence of events.

21  BY MR. REID:

22    Q.  Okay.  When you took the eEdition out of the

23  newspaper, out of the eEdition -- I said that wrong.

24  Let's start the question over.

25           When you took the Sun out of the eEdition, did

Page 292

```
 1   STATE OF NEVADA )
                     )  SS:
 2   COUNTY OF CLARK )

 3                   CERTIFICATE OF REPORTER

 4        I, Brittany J. Castrejon, a Certified Court

 5   Reporter licensed by the State of Nevada, do hereby

 6   certify:  That I reported the VIDEOTAPED DEPOSITION OF

 7   CHRIS ALLEN BLASER, on THURSDAY, AUGUST 11, 2022, at

 8   9:08 a.m.;

 9        That prior to being deposed, the witness was duly

10   sworn by me to testify to the truth.  That I thereafter

11   transcribed my said stenographic notes into written

12   form, and that the typewritten transcript is a complete,

13   true and accurate transcription of my said stenographic

14   notes.  That the reading and signing of the transcript

15   was requested.

16        I further certify that I am not a relative,

17   employee or independent contractor of counsel or of any

18   of the parties involved in the proceeding; nor a person

19   financially interested in the proceeding; nor do I have

20   any other relationship that may reasonably cause my

21   impartiality to be questioned.

22        IN WITNESS WHEREOF, I have set my hand in my
     office in the County of Clark, State of Nevada, this
23   19th day of August, 2022.

24                        _____

25                        Brittany J. Castrejon, RPR, CRR, CCR #926
```

```
                                                          Page 293
1                          ERRATA SHEET

2

3          I declare under penalty of perjury that I have

4   read the foregoing  295      pages of my testimony, taken

5   on  August 11, 2022                        (date) at

6   Las Vegas              (city),  Nevada              (state),

7   and that the same is a true record of the testimony

8   given by me at the time and place herein above set

9   forth, with the following exceptions:

10

11   Page Line   Should read:            Reason for Change:**

12                              (See below before completion)

13   13    14    Also talked to Tracey        Misspoke

14               Kennedy  who works for

15   22    11    deliveries fixed and improving - we   Transcription Error

16               measure it in complaint

17   55    17    accusations.                 Transcription Error

18

19   76    11    have eliminated print days.  Misspoke

20

21   85    20    Acquisition, which drives volumes,   Misspoke

22               and acquisition and

23   87    4     In Mather's model -- as it's applied  Misspoke

24

25
```

ERRATA SHEET

| Page | Line | Should read: | Reason for Change:** (See below before completion) |
|---|---|---|---|
| 100 | 19 | AAM database and AAM reports that are standrad. | Transcription Error |
| 114 | 3 | week and get their eEditions too, over 200-plus of | Transcription Error |
| 149 | 2 | We just picked 5:00a.m. I can't say there | Transcription Error |
| 158 | 25 | Herron, sort of the person in charge in that area, and | Transcription Error |
| 181 | 5 | paying 299 a year, and we have a rate for you that's | Transcription Error |
| 217 | 13 | we serve more than 138,00 of digital and NIE, which runs | Transcription Error |

Date: 9/16/22

[signature]
Signature of Witness

Chris Allen Blaser
Name Typed or Printed

**THE "REASON FOR CHANGE" COLUMN SHOULD ONLY BE COMPLETED FOR FEDERAL DISTRICT OR BANKRUPTCY COURT MATTERS (FRCP RULE 30(e)). THIS COLUMN SHOULD NOT BE COMPLETED FOR STATE COURT ACTIONS.

Page 294

1                                ERRATA SHEET

2      Page Line    Should read:              Reason for Change:**

3                                         (See below before completion)

4      225    22    And if we are budgeting for this --    Transcription Error

5                   for

6      229    16    I've worked with them at Advance    Transcription Error

7                   Publications and at

8      239    11    questions, but year, this would have    Transcription Error

9                   been the forum where

10     256    24    Mr. Gayan: Form and scope.    Transcription Error

11

12     263    24    Affected - their behaviors are not    Transcription Error

13                  affected by a

14     ___    ___

15

16

17     Date: _9/16/22_

18                                         Signature of  Witness

19                                         Chris Allen Blaser

20                                         Name Typed or Printed

21

22     **THE "REASON FOR CHANGE" COLUMN SHOULD ONLY BE

23     COMPLETED FOR FEDERAL DISTRICT OR BANKRUPTCY COURT

24     MATTERS (FRCP RULE 30(e)).  THIS COLUMN SHOULD NOT BE

25     COMPLETED FOR STATE COURT ACTIONS.

# EXHIBIT 54

Chris Jones & J.M. Kalil's article, Las Vegas Sun to rise with morning RJ, published in the Las Vegas Review Journal on June 15, 2005 (SUN_0000627-32)

# EXHIBIT 54

CITY

# Las Vegas Sun to rise with morning R-J

Chris Jones and J.M. Kalil
1383 words
15 June 2005
The Las Vegas Review-Journal
LVGS
Final
1A
English

Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

By CHRIS JONES and J.M. KALIL

REVIEW-JOURNAL

In a deal that will transform local print journalism, the afternoon **Las Vegas Sun** newspaper instead will become a six- to 10- page daily newspaper delivered each morning with the Las Vegas Review-Journal, executives with the two publications announced Tuesday.

Since July 1, 1990, the Review-Journal and Sun have operated under a **joint operating agreement** in which the Sun published a weekday afternoon edition and small sections inside the morning Review-Journal on weekends and holidays.

Under a revision of that 15-year-old agreement, on or before Sept. 30, the Henderson-based Sun no longer will publish in the afternoons but will appear in a condensed version seven days a week within the pages of the Review-Journal.

"If you buy into the concept that the purpose of a **joint operating agreement** is to provide the community with two voices, we were getting to the point where if a tree falls in the forest and nobody hears it," Review-Journal Publisher Sherman R. Frederick said of the Sun, whose circulation has dipped from approximately 42,000 subscribers in 2003 to 28,000.

"It became clear to us early on that an afternoon slot was tough to hold up," Frederick said.

Sun President and Editor Brian Greenspun said the deal will give his publication greater editorial freedom and a larger readership.

"Las Vegas is going to be far better for this," Greenspun said Tuesday afternoon, about 40 minutes after he finished breaking the news to the Sun's approximately 80 full-time workers. "You've got two very different voices, two newspapers who see the world differently, and the readers will be able to take advantage of that input and use it to make better decisions."

The revised **joint operating agreement**, which was finalized Friday, should benefit both newspapers, Frederick and Greenspun said.

The Review-Journal will save money by eliminating the need to market, print and deliver a full version of the Sun to subscribers each afternoon.

The Sun will reach a wider audience thanks to the Review- Journal's weekday subscriber base of approximately 165,000.

SUN_00000627

Sunday's combined Review-Journal/Sun currently reaches 240,000 readers per week, Frederick said.

Greenspun added: "Whether it's one page, eight pages or 80 pages, the **Las Vegas Sun** is still the core of who we are (as a family). I frankly can't imagine our being here without this newspaper, which is one of the reasons why this deal was attractive to us. It certainly keeps us around for the next 35 years ... in a way where we have greater input into what happens in this community."

The Review-Journal/Sun **joint operating agreement** expires in 2040.

Greenspun said it's too soon to tell what the new Sun will look like, but he said it no longer will function as a "newspaper of record" that documents most important events in the community.

"When you have two newspapers in the same package, it's redundant to have two stories about the same baseball game, two stories about the same County Commission meeting or two stories about the same unfortunate car accident," Greenspun said.

But that does not mean the Sun no longer will cover a variety of topics.

"You can't neglect sports, you can't neglect business. We wouldn't even think of giving up environmental writing: Yucca Mountain, air and water quality," Greenspun said.

"All of that stuff will be covered, but probably not in the same traditional sense that it has."

Greenspun would not address how many of the Sun's approximately 80 newsroom employees would be displaced by the change, but he conceded some jobs would be lost because of the smaller size.

Where possible, he hopes to shift workers to the Greenspun family's other media operations.

"While there's still some uncertainty about their specific jobs, I don't think there's any uncertainty that what we're doing is good for the newspaper and good for the community," Greenspun said of his staff.

Several Sun employees declined requests to speak on the pending changes Tuesday afternoon.

But a longtime employee was overheard asking an executive whether a voluntary reduction of her weekly hours would ensure she would keep her job.

And as a pair of reporters angrily walked toward their cars, one shouted that Tuesday's news was only "good for the R-J."

Several Nevada leaders reacted to news of the change Tuesday as a positive development that would give Southern Nevadans more exposure to a different community voice.

Las Vegas Mayor Oscar Goodman, who is regularly blasted by Sun columnist Jon Ralston, disagreed.

"Hank Greenspun was a fearless journalist and great credit to what Las Vegas is all about. I don't feel that way about the present Sun," Goodman said. "I'm not happy about this. The Sun now picks up a certain degree of credibility. I don't want it to have the imprimatur of the R-J."

Nevada historian Hal Rothman said Hank Greenspun, who died in 1989, would be pleased.

"That his little rag he bought ... for a nickel and a dime would now reach as broad a readership as any daily in the valley would make him proud," Rothman said. "The R-J will not be the only editorial voice ... and that's a good thing."

Politicians both Democratic and Republican also praised the development.

SUN_00000628

"I'm glad that more people will now be able to read an alternative to the R-J editorial page," said state Senate Minority Leader Dina Titus, D-Las Vegas.

Gov. Kenny Guinn said he believes the development is a positive improvement of the newspapers' relationship.

"The JOA has worked out better than people thought it would because (the Sun has) the freedom to say what they want," said Guinn, a Republican.

Guinn, a friend of the late Hank Greenspun, said he believed the former publisher would have signed off on the deal.

"He was a very progressive individual. He would look at those figures and say (28,000 versus 165,000) and say how can I best utilize that," Guinn said.

The Sun in summer 2000 moved into a third-floor office near Green Valley Parkway and the Las Vegas Beltway in Henderson. Greenspun said it will remain there despite the downsizing.

That site is next to the headquarters of several other Greenspun- family holdings, including American Nevada Co., a land developer whose projects include Green Valley and Seven Hills; Vegas.com, an online travel reservation service; and Greenspun Media Group, whose publications include In Business Las Vegas, ShowBiz Weekly, and Las Vegas Weekly, an alternative newspaper.

Greenspun said Tuesday's deal would have little effect on the family's other media outlets.

Since 1981, the Greenspun family has co-owned HBC Publications, parent company of the weekly Henderson Home News and Boulder City News, with the family of former Nevada Gov. Mike O'Callaghan.

O'Callaghan died in March 2004, and his son and daughter, Tim O'Callaghan and Mary Colleen O'Callaghan-Miele, have continued to operate the company with Brian Greenspun.

"We do not yet know what we're going to be, how we're going to present our news and information, what (the section) is going to look like," Greenspun said. "It will evolve over time."

AT A GLANCE

The Sun will become a morning newspaper on Sept. 30 and will be distributed to all subscribers of the Review-Journal seven days per week. All current Sun subscribers will receive the Review-Journal and the Sun in the morning.

-The Sun will have the equivalent of eight full pages of editorial copy per day Monday-Friday, with six pages on Saturday and 10 pages on Sunday.

- Subscription rates will not change because of the change but may be increased in the future. All current subscriptions will be honored until their expirations. The price of a single copy will remain 50 cents daily and $2.50 Sunday.

- There will be no rate increase for display or classified advertisers solely because of this change. Rates may be increased in the future.

-- REVIEW-JOURNAL

Las Vegas Review Journal

Document LVGS000020050616e16f0000e

CITY
# NEWSPAPER TIMELINE

299 words
15 June 2005
The Las Vegas Review-Journal
LVGS
Final
5A
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

1905 -- The predecessor of the Review-Journal is begun as the Las Vegas Age.

1929 -- The Las Vegas Review owners purchase the Clark County Journal and combine them as the Las Vegas Evening Review-Journal.

1949 -- Donald W. Reynolds buys majority interest in the paper and drops Evening from the name.

1950 -- Following a labor dispute with the Review-Journal, the International Typographical Union forms the competing Las Vegas Free Press. Herman M. "Hank" Greenspun, a Las Vegas attorney who moved to Southern Nevada in 1946, buys the paper for $104,000 and renames it the Las Vegas Morning Sun. The Sun's first edition is issued July 1. Two years later, the paper becomes the **Las Vegas Sun**.

1963 -- The Sun's building at 900 S. Main St. burns down. The Review-Journal prints the Sun for several days, until Greenspun shifts the printing job to California to avoid Review-Journal overtime wages.

1979 -- Upon completing his second term as Nevada governor, Mike O'Callaghan joins the Sun as executive editor and chairman of the board. O'Callaghan leads the paper until his death in 2004.

1989 -- Hank Greenspun dies on July 22.

1990 -- On June 30, the Sun is printed on its own presses for the last time, as a **joint operating agreement** gives the Review-Journal responsibility for the Sun's printing, advertising and circulation functions. The editorial departments remain separate and competitive.

1993 -- Stephens Group buys the Review-Journal's parent company, Donrey Media Group, which becomes Stephens Media Group.

2005 -- On June 14, the Review-Journal and the Sun announce a renegotiation of their **joint operating agreement**. Under the new deal, the Sun, as of Sept. 30, will be printed in the morning and included with the Review-Journal.

REVIEW-JOURNAL

Las Vegas Review Journal

Document LVGS000020050616e16f0000h

SUN_00000630

CITY
# Sun's history dates to 1950
Jennifer Robison
533 words
15 June 2005
The Las Vegas Review-Journal
LVGS
Final
5A
English

Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

By JENNIFER ROBISON

REVIEW-JOURNAL

Long before billion-dollar resorts lined the Strip, back when Clark County's population totaled just 49,000, the **Las Vegas Sun** began publishing in Southern Nevada.

Founded in 1950 and led by Editor and Publisher Hank Greenspun, the Sun became the city's second newspaper, joining the Las Vegas Review-Journal, which had been bought the year before by Donald W. Reynolds.

Today's Review-Journal or its ancestors had been publishing in Las Vegas under different names and owners since 1905, when it was the Las Vegas Age.

It eventually became the Review-Journal after Reynolds purchased the Las Vegas Evening Review-Journal, which was formed in 1929 when the owners of the Las Vegas Review purchased the Clark County Journal and combined those publications.

The Review-Journal and Sun first began operating under a **joint operating agreement** on July 1, 1990, three years before the Review-Journal's owners, the Stephens Group, purchased the newspaper's parent, Donrey Media Group, and became the Stephens Media Group.

Over the years, the Sun tangled publicly with key figures such as U.S. Sens. Joe McCarthy of Wisconsin and Pat McCarran of Nevada, and challenged the FBI and IRS. But it lost the circulation battle to the Review-Journal.

"My father's primary goal with the Sun was to provide the kind of news and information that would allow a growing Las Vegas to make responsible choices about the city and state it was to be," Brian Greenspun, president and editor of the Sun, said Tuesday. "There were forces pulling Las Vegas toward a very different future. But for the Sun and its strong voice, we would have become a very different, most uninhabitable town."

During a visit to Las Vegas, McCarthy referred to the Sun as "The Daily Worker," a reference to the American Communist Party's newspaper. Two years later, the Sun ran a series called "Is Senator McCarthy a Secret Communist?"

In a 1982 series, the Sun looked into the federal Department of Justice's investigation of U.S. District Judge Harry Claiborne, later convicted of tax evasion and impeached. In addition, "The Sun Audits the IRS," was a long-running series started in 1979, offering subscribers free legal help and reporting their stories if the IRS audited them.

Before his death in 1989, Hank Greenspun sought to preserve his financially failing newspaper. The **joint operating agreement** was completed in June 1990.

"Today, the Sun continues its mission by speaking out for those without a voice, holding leadership accountable to the people and trying to lead the way toward a city and state that are not only the envy of the country but a most

desirable place for all citizens to live," Brian Greenspun said.

In recent years, the Sun has focused on the proposed nuclear waste repository at Yucca Mountain. The paper won the 2003 Community Service Award from the Nevada Press Association for its Yucca Mountain coverage and editorials.

"Owning a newspaper is a great privilege," Brian Greenspun said. "Using its power for the benefit of the communities we serve is a great responsibility."

Las Vegas Review Journal

Document LVGS000020050616e16f0000m

**Search Summary**

| Text | Joint operating agreement and Las Vegas Sun |
|---|---|
| Date | All Dates |
| Source | The Las Vegas Review-Journal |
| Author | All Authors |
| Company | All Companies |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 58 |
| Timestamp | 31 October 2016 9:26 |

© 2016 Factiva, Inc. All rights reserved.

# EXHIBIT 55

Steve Kanigher's article, *Sun deal with R-J "a tremendous opportunity"*
*Newspaper to return to morning delivery*, published in the Las Vegas Sun on June
15, 2005 (DEFS0190559-61)

# EXHIBIT 55

# Sun deal with R-J 'a tremendous opportunity'

m.lasvegassun.com/news/2005/jun/15/sun-deal-with-r-j-a-tremendous-opportunity

June 15, 2005

Wed, Jun 15, 2005 (10:55 a.m.)

The Las Vegas Sun this fall will enter a new chapter in its storied history when it will return to morning delivery on a daily basis as an independently produced newspaper within the Las Vegas Review-Journal.

Sun President and Editor Brian Greenspun and Sherman Frederick, chief executive officer of Review-Journal publisher Stephens Media Group, announced Tuesday that the change will occur on or before Sept. 30.

"We think it's a tremendous opportunity for us," Greenspun told the Sun editorial staff.

"The definition of a good business deal is when both sides walk away thinking they got what they wanted and that it was a fair deal for both sides. That's what happened here. The Review-Journal is on our side. They want us to be successful."

Frederick said he, too, was pleased with the arrangement, which was the result of about a year of negotiations, which were finalized on Friday.

"It's a fair deal for everybody, including our readers and our advertisers," Frederick said.

Chances are the Sun will concentrate more on in-depth, analytical, enterprise and investigative journalism since much of the daily news -- such as meetings and press conferences, fires and accidents -- will be covered by the Review-Journal, Greenspun said.

"If we do our job right, we will be the most compelling read in the morning," he said. "Right now very few people know about the Las Vegas Sun."

Frederick said the inclusion of the Sun in the morning edition will force the Review-Journal editorial staff to work harder.

"It makes us more competitive, not less," he said. "It will push my guys. No one can say that we got beat on a story but because it was in the Sun no one will read it. Now, everyone will read it."

The two newspapers have operated under a Joint Operating Agreement that began in 1990 and runs through 2040. Under the agreement, which was forged under the federal Newspaper Preservation Act enacted in 1970, the Las Vegas papers share printing, advertising and circulation operations but maintain separate news-gathering staffs.

DEFS0190559

SA1078

That would not change under the new arrangement, though an amendment to the Joint Operating Agreement will have to be filed with the U.S. Justice Department. That filing could occur as early as today, Frederick said.

"The whole purpose of the Joint Operating Agreement is to provide two voices for the Las Vegas community," he said. "Under the old arrangement you have an afternoon newspaper and a morning newspaper but despite our best efforts we were having problems getting readers in the afternoon."

What would change is that the Sun's afternoon delivery would cease to exist on the date the morning publication cycle begins. Greenspun said the Sun has vastly improved as a newspaper since 1990 but that it struggled to maintain its afternoon circulation.

The only way to keep the Sun viable, he said, "is to become a morning paper, which is what we used to be."

Greenspun informed the Sun staff at a meeting in the newsroom that the move will be positive for the newspaper because its inclusion as the third section in the Review-Journal would boost the Sun's circulation six-fold.

The Las Vegas Sun name will appear at the top of the front page of the Review-Journal. The two newspapers will participate in joint advertising and circulation promotions.

The Review-Journal's daily circulation now stands at 165,000, with 225,000 readers on Saturday and 240,000 readers on Sunday. As an afternoon paper, the Sun currently has a circulation Monday through Friday of about 28,000, with insert pages on Saturday and Sunday in the Review-Journal.

"This is the best way to go from a circulation of 28,000 to 170,000 overnight," Greenspun said. "This paper is going to be so good that it will increase the circulation of the Review-Journal."

Frederick said he is confident that the Sun's afternoon circulation will instantaneously transfer to the morning newspaper, boosting it immediately by roughly 28,000. Frederick said the Review-Journal believes its Sunday circulation could reach 300,000 within two years.

All current Sun subscriptions will be honored until they expire, and the price of the Review-Journal -- now 50 cents Monday through Saturday and $2.50 on Sunday -- will not be increased. The schedule of morning home delivery also will not be affected once the Sun section begins morning publication.

The Sun will have eight news pages Monday through Friday, six on Saturday and 10 on Sunday, excluding advertisements. That means the Sun will have fewer pages than it now has on Monday through Friday but more pages on Saturday and Sunday.

DEFS0190560
SA1079

The move from afternoon to morning publication will come at a cost for the 77-member Sun editorial staff. Greenspun said it is inevitable that some workers will be laid off, though he said every effort will be made to place those employees with other publications produced by Greenspun Media Group or with other employers.

"We're going to help people find jobs," Greenspun said. "We're going to do our best to place everyone in jobs who wants to be placed."

The Sun was founded by the late Hank Greenspun, Brian Greenspun's father, in 1950. The newspaper grew out of a 1949 labor dispute that occurred when the International Typographical Union was locked out at the Review-Journal.

Those workers launched the thrice-weekly Las Vegas Free Press but when that paper ran into financial problems the union approached Hank Greenspun for help. He bought the paper and renamed it the Las Vegas Sun on July 1, 1950.

The Sun, then a morning daily, featured Greenspun's front page "Where I Stand" column and his highly publicized attacks against the likes of the Internal Revenue Service and infamous anti-communist witch-hunter Sen. Joe McCarthy.

The Joint Operating Agreement between the Sun and Review-Journal was signed in 1989 and enacted in 1990 to allow the Sun to continue to exist and to preserve two separate editorial voices for Las Vegas readers.

"There won't be anyone in this town who won't know that the Las Vegas Sun is alive and kicking," Greenspun told the Sun editorial staff. "Six times as many people take the Review-Journal as the Sun. Now, we will grow along with them."

archive

steve@lasvegassun.com

DEFS0190561
SA1080

# EXHIBIT 56

Deposition Transcript Excerpts Ray Brewer, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. June 24, 2022

# EXHIBIT 56

```
 1                UNITED STATES DISTRICT COURT

 2                   DISTRICT OF NEVADA

 3
      LAS VEGAS SUN, INC., a       )
 4    Nevada corporation,          )
                                   )
 5                Plaintiff,       )  CASE NO:
                                   )  2:19-CV-01667-GMN-VCF
 6       vs.                       )
                                   )
 7    SHELDON ADELSON, an          )
      Individual and as the alter  )
 8    Ego of News+Media Capital    )
      Group LLC and as the alter   )
 9    Ego of Las Vegas Review      )
      Journal, Inc.; PATRICK       )
10    DUMONT, an individual;       )  VIDEOTAPED DEPOSITION
      NEWS+MEDIA CAPITAL GROUP     )  OF RAY BREWER
11    LLC, a Delaware limited      )
      Liability company; LAS       )  LAS VEGAS, NEVADA
12    VEGAS REVIEW-JOURNAL, INC.,  )
      A Delaware corporation; and  )  FRIDAY, JUNE 24, 2022
13    DOES, I-X, inclusive,        )
                                   )
14                Defendants.      )
      _____ )
15    LAS VEGAS REVIEW-JOURNAL,    )
      INC., a Delaware             )
16    Corporation,                 )
                                   )
17                Counterclaimant, )
                                   )
18       vs.                       )
                                   )
19    LAS VEGAS SUN, INC. A        )
      Nevada corporation; BRIAN    )
20    GREENSPUN, an individual     )
      And as the alter ego of Las  )
21    Vegas Sun, Inc.; GREENSPUN   )
      MEDIA GROUP, LLC, a Nevada   )
22    Limited liability company,   )
      As the alter ego of Las      )  REPORTED BY:
23    Vegas Sun, Inc.,             )  BRITTANY CASTREJON,
                                   )  RPR, CRR, NV CCR #926
24       Counterclaim-Defendants.  )
      _____ )  JOB NO.:  886304-A
25
```

SA1082

RAY BREWER - 06/24/2022

```
                                                              Page 2
 1              VIDEOTAPED DEPOSITION OF RAY BREWER held at Kemp

 2    Jones, located at 3800 Howard Hughes Parkway, 17th

 3    Floor, Las Vegas, Nevada 89169, on FRIDAY,

 4    JUNE 24, 2022, at 8:59 a.m., before Brittany Castrejon,

 5    Registered Professional Reporter and Certified Realtime

 6    Reporter with the National Court Reporters Association,

 7    Certified Court Reporter, in and for the State of

 8    Nevada.

 9

10    APPEARANCES:

11    For Plaintiff/Counterclaim-Defendants:

12                    LEWIS ROCA ROTHGERBER CHRISTIE LLP
                      BY: E. LEIF REID, ESQ.
13                    BY: MAYRA GARAY, ESQ. (Via Zoom)
                      BY: KRISTEN MARTINI, ESQ. (Via Zoom)
14                    BY: NICOLE SCOTT, ESQ. (Via Zoom)
                      One East Liberty Street
15                    Suite 300
                      Reno, Nevada 89501
16                    775-823-2900
                      lreid@lewisroca.com
17
      For Defendants/Counterclaimants:
18
                      KEMP JONES, LLP
19                    BY:  MICHAEL GAYAN, ESQ.
                      3800 Howard Hughes Parkway
20                    17th Floor
                      Las Vegas, Nevada 89169
21                    702-385-6000
                      m.gayan@kempjones.com
22
      Also Present:  Nicholas Aparo, Videographer
23                   Ariana Khurana, Kemp Jones (Via Zoom)
                     Bob Cauthorn (Via Zoom)
24                   Brian Greenspun (Via Zoom)
                     Ben Lipman, Esq. (Via Zoom)
25
```

SA1083

```
                                                   Page 3
 1                 INDEX OF EXAMINATION

 2   WITNESS:  RAY BREWER

 3   EXAMINATION                                    PAGE

 4   By Mr. Gayan                                      6

 5

 6

 7                  INDEX OF EXHIBITS

 8   NUMBER          DESCRIPTION                    PAGE

 9   EXHIBIT 403   DEFS0194032                        12

10   EXHIBIT 404   DEFS0194069-DEFS0194070            52

11   EXHIBIT 405   DEFS0194056-DEFS0194057            83

12   EXHIBIT 406   DEFS0194067-DEFS0194068            85

13   EXHIBIT 407   DEFS0194036-DEFS0194037            96

14   EXHIBIT 408   DEFS0194038-DEFS0194039           100

15   EXHIBIT 410   SUN_00068060                      147

16   EXHIBIT 411   SUN_00068059                      169

17   EXHIBIT 412   DEFS0194043-DEFS0194046           197

18   EXHIBIT 413   DEFS0194058-DEFS0194066           197

19   EXHIBIT 416   SUN_00007086-SUN_00007087         213

20   EXHIBIT 417   SUN_00024356                      220

21   EXHIBIT 418   DEFS0194042                       251

22   EXHIBIT 419   SUN_00024346-SUN_00024347         257

23   EXHIBIT 420A  NPR Interview of Ray Brewer (Audio) 275

24   EXHIBIT 420B  Transcript of NPR Interview of Brewer  *

25   EXHIBIT 421   DEFS0194016-DEFS0194018           283
```

RAY BREWER - 06/24/2022

```
                                                      Page  4
 1                  INDEX OF EXHIBITS (CONTINUED)

 2    NUMBER           DESCRIPTION                     PAGE

 3    EXHIBIT 422      DEFS0194033-DEFS0194035          285

 4    EXHIBIT 425      SUN_00007084                     298

 5    EXHIBIT 426      DEFS0194053                      303

 6    EXHIBIT 427      DEFS0194054-DEFS0194055          303

 7    EXHIBIT 428      SUN_00024494-SUN_00024495        334

 8    EXHIBIT 429      SUN_00068055-SUN_00068056        339

 9    EXHIBIT 220      Previously Marked Exhibit         **
                       SUN_00008851-SUN_00008852
10

11

12    *Exhibit 420B was marked after the proceedings.

13    **Exhibit 220 was previously marked.

14

15

16

17

18

19

20

21

22

23

24

25
```

SA1085

Page 5

1           LAS VEGAS, NEVADA; FRIDAY, JUNE 24, 2022

2                          8:59 a.m.

3                           -oOo-

4           THE VIDEOGRAPHER:  This is the beginning of

5    Media Number 1 in the deposition of Ray Brew -- Brewer

6    in the matter of Las Vegas Sun, Inc., versus

7    Sheldon Adelson, et al., held at Kemp Jones on

8    June 24th, 2022, at 8:59 a.m.

9           The court reporter is Brittany Castrejon.  I

10   am Nicholas Aparo, the videographer, an employee of

11   Litigation Services.  This deposition is being

12   videotaped at all times unless specified to go off the

13   video record.

14           Would all present please identify themselves

15   beginning with the witness.

16           THE WITNESS:  Hi.  My name is Ray Brewer.

17           MR. REID:  I'm counsel for the Sun.  This is

18   Leif Reid.  I'm defending the deposition on Zoom.

19   Appearing are two of my partners, Kristen Martini and

20   Nicole Scott, and two client representatives,

21   Brian Greenspun and Robert Cauthorn.

22           MR. GAYAN:  And I'm Michael Gayan, Kemp

23   Jones, counsel for the defendants and counterclaimant,

24   and also on Zoom for my clients is Ben Lipman, general

25   counsel for the Review-Journal.

SA1086

RAY BREWER - 06/24/2022

Page 6

1          All right.  Good morning, Mr. -- oh.

2          THE VIDEOGRAPHER:  Will the court reporter

3    please swear in the witness.

4          MR. GAYAN:  Yes.  Important part of it.

5          (The witness was sworn in.)

6                   EXAMINATION

7    BY MR. GAYAN:

8      Q.  All right.  Good morning, Mr. Brewer.  Thank you

9    for being here.

10     A.  Good morning.

11     Q.  I meant to mention this before we got started,

12   but we've got the videographer here with the fancy

13   camera.  That's the official record and camera, so as

14   the case moves forward, that's the official video

15   record.  We've got a laptop set up a little bit to your

16   right there.  That's not official.  That is just for the

17   convenience of the Zoom participants.  So if you're

18   going to choose to look at one of them, I would probably

19   look at the video camera there.  And I'm sitting as

20   close to the video camera as I can get so, you know, we

21   get a good video of you.

22          But have you ever been deposed before?

23     A.  Have I ever been deposed before?  No, this is my

24   first time.

25     Q.  Okay.  All right.  Well, welcome to the process.

RAY BREWER - 06/24/2022

Page 118

1    A.  No, we did not.

2    Q.  Okay.

3    A.  Because the incident had cleared up by then.

4    Q.  Okay.  So let's set aside the very time-sensitive

5    topics that we've been discussing.

6         How many original Sun newsroom created news

7    stories or editorial story -- any -- story of any kind

8    created in the combined Sun newsroom that is not one of

9    these very time-sensitive issues ends up on Sun.com but

10   does not end up in the print Sun?

11              MR. REID:  Objection.  Form.

12              THE WITNESS:  Yeah, and, I mean, it -- it --

13   each story that comes in, we have to determine where

14   it's best for and if it's best for the newspaper.  For

15   example, there's some sports stories that the game ends

16   at ten o'clock at night, and our deadline to get the

17   pages to the printer is an hour before the game ends.

18   And we wouldn't be able to get that game story in the

19   newspaper.

20              There's other instances where there is a

21   media event and the Sun and the R-J have a reporter at

22   the media event.  And if it's a story that's pretty cut

23   and dry and the Sun can't expand on it or put a

24   different spin or get more sourcing to make it more

25   thorough, it might not make sense to have a redundant

SA1088

RAY BREWER - 06/24/2022

Page 119

 1  story run that's comparable to what's in the

 2  Review-Journal.

 3  BY MR. GAYAN:

 4    Q.  Okay.  Well, let -- let's go back, because we

 5  took that detour about very time-sensitive stories

 6  because I was asking you, Sun-original generated content

 7  out of the combined newsroom, is it more or less than

 8  ten stories a year.  You said more.  Then I went to 50,

 9  and that's when you gave the caveat of the

10  time-sensitive stories.  So let's go back to that line

11  of questioning.

12    A.  Uh-huh.

13    Q.  Excluding the very time-sensitive stories, is it

14  more or less than 50 stories a year typically that the

15  combined Sun newsroom generates, puts on Sun.com, but

16  does not put in print Sun?

17          MR. REID:  Objection.  Form.

18  BY MR. GAYAN:

19    Q.  And I'm just asking during your tenure as

20  managing editor?

21    A.  Sure.  And again, I don't have a tally on that.

22  It's something that I don't keep track of, and I feel

23  uncomfortable making a guess on that because I just

24  don't know the -- the precise answer or even the range

25  for that answer.

RAY BREWER - 06/24/2022

Page 344

```
 1   STATE OF NEVADA )
                     )  SS:
 2   COUNTY OF CLARK )

 3                  CERTIFICATE OF REPORTER

 4        I, Brittany J. Castrejon, a Certified Court

 5   Reporter licensed by the State of Nevada, do hereby

 6   certify:  That I reported the VIDEOTAPED DEPOSITION OF

 7   RAY BREWER, on FRIDAY, JUNE 24, 2022, at 8:59 a.m.;

 8        That prior to being deposed, the witness was duly

 9   sworn by me to testify to the truth.  That I thereafter

10   transcribed my said stenographic notes into written

11   form, and that the typewritten transcript is a complete,

12   true and accurate transcription of my said stenographic

13   notes.  That the reading and signing of the transcript

14   was requested.

15        I further certify that I am not a relative,

16   employee or independent contractor of counsel or of any

17   of the parties involved in the proceeding; nor a person

18   financially interested in the proceeding; nor do I have

19   any other relationship that may reasonably cause my

20   impartiality to be questioned.

21        IN WITNESS WHEREOF, I have set my hand in my
     office in the County of Clark, State of Nevada, this 5th
22   day of July, 2022.

23

24        Brittany J. Castrejon, RPR, CRR, CCR #926

25
```

SA1090

**ERRATA SHEET**

| Page | Line | Should read: | Reason for Change: |
|------|------|--------------|--------------------|
| 111 | 23 | A.· And now it's referred to as Vegas, Inc. | Inaccurate |

Date: __08/02/2022_____

_Ray J Brewer_ (signature)

Signature of Witness

_____Ray Brewer_____
Print Name of Witness

117445748.1

1

SA1091

# EXHIBIT 57

Las Vegas Review Journal Newsroom Guide (DEFS0185654-69) (**(FILED UNDER SEAL**)

# EXHIBIT 57

# EXHIBIT 58

June 4, 2016, Front Page of Newspapers (SUN_00009885)

# EXHIBIT 58

BUSINESS | PAGE 10B
Fontainebleau
deal expected



RELIGION | PAGE 12A
Lutheran Social
Services pantry
aids all in need

LAS VEGAS SUN
Flipping less profitable now,
but it's still common in valley

**SATURDAY**

# LAS VEGAS REVIEW-JOURNAL

NEVADA'S LARGEST NEWSPAPER

$1.50    BREAKING NEWS 24/7 @ REVIEWJOURNAL.COM    JUNE 4, 2016

**$450 MILLION UPGRADE**

# Monte Carlo makeover in works

## Strip resort to become Park MGM, add luxury NoMad hotel

By RICHARD N. VELOTTA
LAS VEGAS REVIEW-JOURNAL

The 3,000-room Monte Carlo will undergo a two-year, $450 million makeover that will create a new luxury brand for MGM Resorts International and bring the NoMad hotel concept to the Strip.

MGM and the New York-based Sydell Group announced Friday that work on the transformation of the property, which will become known as Park MGM, would begin this year and be completed by the end of 2018.

The design of Park MGM, a 2,700-room luxury property, will build on the property's history, incorporating European design influences while retaining a branding connection to

The Park, the company said.

MGM in April unveiled The Park, an outdoor dining and entertainment district that abuts Toshiba Plaza and the T-Mobile Arena.

The NoMad Las Vegas will be an independently operated hotel with 292 rooms and suites, a dedicated drop-off lobby and swimming pool as well as separate gaming, dining

and drinking experiences.

The Sydell Group introduced No-Mad in New York as well as The Line in Los Angeles, Freehand in Miami and Chicago and Saguaro in Scottsdale, Arizona, and Palm Springs, California.

MGM Resorts Chairman and CEO Jim Murren said in an interview Friday the time was right to invest in upgrading the Monte Carlo, which opened in 1996.

▶ See PARK MGM, Page 13A

# 'GREATEST' GONE



Muhammad Ali stands over challenger Sonny Liston after knocking him down in the first round of their heavyweight title rematch May 25, 1965, in Lewiston, Maine. The world-famous three-time champion died Friday night at 74.

JOHN ROONEY/THE ASSOCIATED PRESS FILE

## Storied boxing champ, cultural icon Ali dies at 74

By TIM DAHLBERG
THE ASSOCIATED PRESS

Muhammad Ali, the magnificent heavyweight champion whose fast fists and irrepressible personality transcended sports and captivated the world, has died. He was 74.

Ali suffered for years from Parkinson's disease, which rav-

**Inside**
All made mark on Las Vegas
▶ Page 1C

aged his body but could never dim his larger-than-life presence. A towering figure in his prime, he still traveled and made appearances in his later years despite being muted by the thousands of hits he took during his

remarkable career.

He was hospitalized in Phoenix with respiratory problems earlier this week, and his family gathered around him. He died Friday night, according to a statement from the family.

Ali was a giant of his time — a furious and loud fighter whose

▶ See ALI, Page 9A

# Trump's GOP backers still reluctant

## Presidential candidate called 'work in progress'

By STEVE PEOPLES and SCOTT BAUER
THE ASSOCIATED PRESS

JANESVILLE, Wis. — He's finally got Paul Ryan's endorsement, but many officials in Donald Trump's new wave of supporters remain reluctant backers at best. Leaders who have pledged their backing still aren't wholly satisfied with his temperament, policies or readiness for the White House.

As Trump works to unify the fractured GOP behind him, these Republicans, Ryan among them, are struggling to show the same enthusiasm Trump has generated among rank-and-file conservatives across the nation.

"He's a work in progress," says Oklahoma Rep. Tom Cole, who promised to support the GOP nominee several weeks ago.

Would Trump be a good president? "To me this is a question of alternatives," Cole told The Associated Press on Friday in a classic lukewarm embrace. "I'm comfortable that he will be a better president than Hillary Clinton."

The day before, House Speaker Ryan ended an extraordinary public split by endorsing Trump in a column published in his hometown newspaper. Republican officials suggested that the endorsement marked an important step toward party unification, even while conceding that the speaker's endorsement was somewhat underwhelming.

In a subsequent interview with The Associated Press, Ryan did not express support for any of Trump's policies, would not

▶ See TRUMP, Page 9A

# Military defends worth of performing flying teams

## Despite crashes, jets a top recruiting tool

By DAN ELLIOTT
THE ASSOCIATED PRESS

DENVER — Both of the U.S. military's high-drama, high-dollar flying teams suffered crashes on the same day this week, but supporters say the Air Force Thunderbirds and the Navy Blue Angels are worth the money and the risk because they're vital to recruitment and help citizens

feel good about their military.

"It's our No. 1 recruiting tool," said retired Air Force Col. Pete McCaffrey, a pilot with the Thunderbirds from 1992 to 1995.

Most people don't get to see the military up close, but when they see the elite air squadrons perform, "it gives them a sense of pride in their military and their country, and I think now we need that more than

ever," McCaffrey said Friday.

A Blue Angels F/A-18 crashed Thursday near Nashville, Tennessee, while taking off for a practice session ahead of a weekend air show. The pilot, Marine Capt. Jeff Kuss, was killed.

Also Thursday, a Thunderbird F-16 crashed outside Colorado Springs, Colorado, but that pilot, Maj. Alex Turner, ejected safely. The Thunderbirds had just performed over the open-air graduation ceremony at the nearby Air Force Academy, where President Barack Obama spoke.

The military hasn't publicly discussed the cause of either crash. Both are under investigation.

The Blue Angels and Thunderbirds have had dozens of crashes in their long histories, and a total of at least nine pilots have been killed during performances or practices since 1985.

The teams are pricey, too. The

▶ See MILITARY, Page 13A

---

HOT
PAGE 13A
**109/82**

Business 10B | Classified 1G | Comics 7B | Crosswords 8B | Drive 1F | Home 1D | Movies 5B | Obituaries 4B | Opinion 9B
Real Estate 1E | Scoreboard 8C | Sports 1C | Television 6B    ©2016, Las Vegas Review-Journal Inc. | Vol. 112, No. 65





SUN-00002048
SUN_00009885

SA1110

# EXHIBIT 59

Jan. 11, 2018, Front Page of Las Vegas Sun (DEFS0001703)

# EXHIBIT 59

**2009 PULITZER PRIZE WINNER FOR PUBLIC SERVICE** | **LASVEGASSUN.COM**

# LAS VEGAS SUN

LOCALLY OWNED AND INDEPENDENT | THURSDAY, JANUARY 11, 2018

## A note from the Sun

The Las Vegas Sun is joining other media companies across the country that operate their online site as a hybrid free content/subscription content system called a "metered paywall."

Like so many other media companies, we have made this decision to help defray the enormous costs of generating the editorial content you love to read, and which we are proud to provide to you. Providing fact-based news and information — that essential ingredient to a functioning democracy — is an expensive undertaking.

So, what exactly does this mean?

It's fairly simple. Our award-winning website, lasvegassun.com, will continue to offer readers a lot of free content. However, there will be a cap on the number of stories you can read before being asked to subscribe. Currently, that cap is 10 stories per month, which has become the de facto standard in the industry.

Once you reach the cap, you'll be asked to subscribe in order to read more. At all times the stories from front of our site will remain free, so that you can get a quick overview of the news of the day there without limit.

Similarly, plenty of digital content produced by our company will remain free. That includes the entertainment content from the Las Vegas Weekly as well as material produced with our fantastic content partners.

Why are we taking this step? Two main reasons.

First, producing quality editorial content is a very expensive proposition, and providing it entirely for free on the web has proven to be difficult to sustain for most newspaper companies. Ours is no exception.

Second, and the most important reason for this decision, requires a little explanation.

A major source of our newsroom funding has dried up. Years ago, the Las Vegas Sun stopped publishing our print newspaper and stopped selling newspaper advertising in competition with the Las Vegas Review-Journal. In 1990, we combined our print operations (as well as our circulation) with the Review-Journal. The Review-Journal took responsibility for printing, distributing and selling advertising for the Sun and benefited mightily from this arrangement. The quid pro quo was that the Las Vegas Sun would get a small percentage of R-J profits that we could use to help fund the continuing operations of our newsroom. In short, the combination with the Review-Journal provided much of the money necessary to pay for the quality journalism the Las Vegas Sun provides.

For decades this approach benefited the R-J, and every management team there delivered a profit — a little less of a profit each year, but still healthy enough to help us offset the significant costs of our news operations.

Unfortunately, that has changed.

The current management of the Review-Journal plunged the newspaper into a loss immediately after purchasing the newspaper in 2015. To date, the Review-Journal's management continues to run a money-losing newspaper. We hope they find a way to turn the R-J around in the face of ongoing revenue and circulation decline. (And no, purchasing a print subscription to the Sun and R-J doesn't benefit the Sun in this current scenario.)

Our initiative with the metered paywall is an effort to replace some of that lost funding for the newsroom.

Unlike other online subscriptions across the nation, ours comes with an important pledge: 100 percent of the revenue generated will go directly to funding editorial efforts.

Also, for our online advertisers a quick note: None of this should affect your advertising performance and our delivery of promised page views. We'll still be providing millions and millions of pages of free content to readers each month.

So why should you subscribe to the Las Vegas Sun online?

Because we will be supporting the finest journalists in the state as they continue to do what they do best: tell the story of life in Southern Nevada.

And, in turn, you will be doing your part in providing fact-based, quality journalism to readers across the valley who depend on that information for their daily family, business and political decision-making. We hope you'll join us in supporting the unique, independent and necessary voice of the Sun because, by doing so, you will ensure that Nevada has multiple, vibrant viewpoints on the news and competing opinions about what the news means to each of us.

We're offering two subscription levels — the basic subscription, which allows unlimited access to all our content, is $8.99 per month. The second is a premium membership for $15.99 per month. That one offers subscribers access to special quarterly newsroom events where you can meet with our editors and reporters, access to special events as well as mailed copies of Las Vegas Weekly or The Sunday to your home.

We're sure you love reading what we produce as much as we love producing it for you. Please join us in our mission to tell the story of this wonderful place we all call home by subscribing online at www.lasvegassun.com/subscribe.

*— Brian Greenspun*



JOHN LOCHER / AP

*Lu Sun looks at his phone at an exhibit during CES International. Artificial intelligence and internet connectivity in everyday products, including cellphones, will be among the topics in discussion and on display at the annual technology showcase this week in Las Vegas.*

**CES**

# As technology advances, smartphones will offer even greater experiences

**BY MICK AKERS**
*A version of this story was posted on lasvegassun.com.*

Smartphones have become a gadget most can't live without.

With advancements made each time a new phone model is released, what is new today won't necessarily hold up as the norm tomorrow, industry experts said Monday during a discussion at CES at the Las Vegas Convention Center.

They gave a glimpse at what's the new normal in smartphones and what is on the horizon for everyone's favorite pocket gadgets.

Although CES, the tech industry's annual international trade show, is not known for phone debuts, Justin Denison, Samsung's vice president of marketing, said it's more about what's being showcased around the company's smartphones.

"We'll talk about how were building that intelligence into our ecosystem of our devices, so you get more out of them," Denison said. "Things that will change people's lives and become the new norm."

The phone industry will still focus on display, battery and camera innovation. Major developments will be made with connectivity, artificial intelligence and other nonhardware-based improvements in the cellular realm.

**5G**

With the introduction of 5G connectivity on the horizon over the next year and a half for most areas, faster speeds and better connectivity are on the way.

Cities that have smart city technology — such as downtown Las Vegas' Innovation District — will really take off.

The 5G technology will be 100

*[See Technology, Page 4]*

---

## THE SUN'S MOST-READ STORIES
*The most-read stories on lasvegassun.com as of 9 a.m. Wednesday.*

**1** People rescued from floodwaters, flights canceled as rain soaks valley. Tuesday's rainfall created the wettest day in January on record in Las Vegas, the National Weather Service said.

**2** LVCVA: Shooting, room remodels cause 2017 visitor volume to drop. In 2017, 42.2 million people visited Las Vegas, a 1.7 percent drop compared to 2016, according to the Las Vegas Convention and Visitors Authority.

**3** Stan Fulton, casino owner, video slot machine pioneer, dies in Las Vegas, N.M. Fulton joined the U.S. Air Force in the 1950s before embarking on a career where he built cable television systems and entered the gaming industry.

**4** Teens arrested in shooting that left 1 dead, 1 injured. The two were booked Monday at the Clark County Detention Center on counts that included murder, attempted murder and conspiracy to murder.

**5** Teenage pedestrians blindsided by car in North Las Vegas; 1 dead. A driver veered off the road Tuesday, mowing down two teenage boys, killing one of them and seriously injuring the other, according to police.

---

**CORPORATE RESPONSIBILITY**

# Major investors prod Apple on devices' effects on children

**BY DAVID GELLES**
*New York Times News Service*

A creator of the iPhone called the device "addictive."

A Twitter founder said the "internet is broken."

An early Facebook investor raised questions about the social network's impact on children's brains.

Now, two of the biggest investors on Wall Street have asked Apple to study the health effects of its products and to make it easier for parents to limit their children's use of iPhones and iPads.

Once uncritically hailed for their innovation and economic success, Silicon Valley companies are under fire from all sides, facing calls to take more responsibility for their role in

everything from election meddling and hate speech to physical health and internet addiction.



"Companies have a role to play in helping to address these issues," said Barry Rosenstein, managing partner of Jana Partners, an investment firm that wrote an open letter to Apple this weekend pushing it to look at its products' health effects, especially on children. "As more and more founders of the biggest tech companies are acknowledging today, the days of just throwing technology out there and washing your hands of the potential impact are over."

The backlash against big tech has been growing for months. Facebook and Twitter are under scrutiny for their roles in enabling Russian meddling in the 2016 presidential election and for facilitating abusive behavior. Google was hit with a record antitrust fine in Europe for improperly exploiting its market power.

But until now, Apple had escaped largely unscathed, and concerns about the deleterious effects of excessive technology use have not been among the most pressing matters for Silicon Valley executives.

Jana, an activist hedge fund, wrote its letter with CalSTRS, the California State Teachers' Retirement System, which manages the pensions

*[See Apple, Page 5]*

DEFS0001703
SA1112

# EXHIBIT 60

Feb. 13, 2018, Front Page of Las Vegas Sun (DEFS0001697)

# EXHIBIT 60

**A PULITZER PRIZE-WINNING NEWSPAPER**

LASVEGASSUN.COM

# LAS VEGAS SUN

LOCALLY OWNED AND INDEPENDENT | TUESDAY, FEBRUARY 13, 2018

## A note from the Sun

The Las Vegas Sun is joining other media companies across the country that operate their online site as a hybrid free content/subscription content system called a "metered paywall."

Like so many other media companies, we have made this decision to help defray the enormous costs of generating the editorial content you love to read, and which we are proud to provide to you. Providing fact-based news and information — that essential ingredient to a functioning democracy — is an expensive undertaking.

So, what exactly does this mean?

It's fairly simple. Our award-winning website, lasvegassun.com, will continue to offer readers a lot of free content. However, there will be a cap on the number of stories you can read before being asked to subscribe. Currently, that cap is 10 stories

*[See Sun, Page 4]*

SUPREME COURT

## On tour with Notorious R.B.G., judicial rock star

**BY ADAM LIPTAK**
*New York Times News Service*

They say that Bob Dylan, 76, is on a never-ending tour. Justice Ruth Bader Ginsburg, who is eight years older and has a day job, seems to have acquired Dylan's taste for the road.

In the space of three weeks, she is set to make at least nine public appearances. They follow a pattern: a thunderous standing ovation from an adoring crowd, followed by gentle questioning from a sympathetic interviewer.

Ginsburg mixes familiar stories with insights about the Supreme Court and the law. She lands a couple of jokes. She promises not to step down so long as she can "do the job full steam." She describes her friendship with Justice Antonin Scalia, who died in 2016.

The audience swoons, and the show moves on to the next venue.

She seems to enjoy the attention. "I am soon to be 85," she said on Tuesday at New York Law School, "and everyone wants to take their picture with me."

Her fans call her Notorious R.B.G., a nod to the rapper Notorious B.I.G., and Ginsburg embraces the connection. "We were both born and bred in Brooklyn, New York," she likes to say.

She was at the Sundance Film Festival in Utah on Jan. 21 for the premiere of a documentary on her career. The next day,

*[See Justice, Page 5]*



Fans cheer a goal by the Vegas Golden Knights during a Jan. 23 game against the Columbus Blue Jackets at T-Mobile Arena. With a string of sellouts and a rabid fan base in their inaugural season, the Golden Knights are proof that major-league sports — winning franchises — can gain support in Las Vegas.

STEVE MARCUS

# Carolyn Goodman was right — Las Vegas is a great spot for major-league sports

**RAY BREWER**
*A version of this column was posted on lasvegassun.com.*

Six years ago, Las Vegas Mayor Carolyn Goodman walked me onto the balcony adjacent to her seventh-floor office at City Hall and began describing how a major-league sports night would loom in downtown.

Her office overlooks Symphony Park, which at the time was pegged by city leaders for the home of a National Basketball Association franchise. Goodman's vision of hordes of passionate fans, crowded eat-

RAY BREWER
FROM THE PRESSBOX
FOLLOW HIM ON TWITTER @RAYBREWER21

eries before and after the game, and then team helping develop tremendous pride with residents was spot-on.

Well, of course, except for the location.

"It just went that way," she said two weeks ago, pointing south from her office

toward the Las Vegas Strip.

That way is T-Mobile Arena in Clark County's jurisdiction, where the Vegas Golden Knights in their maiden season have become Las Vegas' darlings. Our desert city loves its new hockey team, and its unexpected winning ways have made affordable tickets impossible to come by.

When Southern Nevada leaders started whispering about major-league sports, a process that began in the late-1990s by Oscar Goodman, Carolyn's husband who spent 12 years in office before she was

*[See Mayor, Page 4]*

## THE SUN'S MOST-READ STORIES

*The most-read stories on lasvegassun.com as of 11 a.m. Monday.*

**1** **Stalled Fontainebleau casino-resort to open in 2020 with new name.** The site near the Circus Circus and SLS hotel-casinos, as well as the Las Vegas Convention Center, has been dormant since 2009.

**2** **Family IDs British tourists killed in Grand Canyon crash.** Three British people who died in a helicopter crash at the Grand Canyon were in the American Southwest to celebrate one of their birthdays.

**3** **Our hometown hockey pub: MacKenzie River Pizza is Golden Knights central.** If you want to get a table or even a seat at the bar during a Golden Knights game, plan to arrive at the pub at least a few hours before the puck drops.

**4** **Vegas can't capitalize on scoring chances, falls to Flyers.** Vegas still leads the Pacific Division by double digits after its 4-1 home loss Sunday.

**5** **Jimmy Buffett does not live the Jimmy Buffett lifestyle.** He's 71, a married father of three adult children. He only occasionally drinks margaritas these days.

---

WASHINGTON

# White House budget would add $7 trillion to deficit



ERIC THAYER / THE NEW YORK TIMES
Present Donald Trump's 2019 budget proposal is delivered Monday to the House Budget Committee on Capitol Hill. The proposal calls for $4.4 trillion in spending but ignores a two-year budget deal struck last week in Congress to boost spending on domestic and military programs by $300 billion.

**BY JULIE HIRSCHFELD DAVIS**
*New York Times News Service*

WASHINGTON — President Donald Trump on Monday sent Congress a $4.4 trillion budget with steep cuts in domestic programs and entitlements, including Medicare, and large increases for the military, envisioning deficits totaling at least $7.1 trillion over the next decade.

The blueprint, which has little to no chance of being enacted as written, amounts to a vision statement by Trump, whose plan discards longtime Republican orthodoxy about balancing the budget, instead embracing last year's $1.5 trillion tax cut and new spending on a major infrastructure initiative.

The plan does not completely embrace the two-year budget deal struck by Congress and signed by Trump last week to

boost both domestic and military spending by $300 billion. Mick Mulvaney, Trump's budget director, informed House Speaker Paul Ryan, R-Wis., in a letter that the president was proposing to pour much of the increased domestic spending in that package into defense and fixing "some longtime budget gimmicks" that have added to the nation's deficits.

"The administration does not believe these nondefense spending levels comport with its vision for the proper role and size of the federal government," Mulvaney wrote.

That bill, which Trump signed into law last week, would increase military spending by $195 billion over the next two years and increase nondefense spending by $131 billion over that period. But Trump's budget proposal calls for a different

approach and says Congress should not spend that nondefense money.

The White House is proposing $540 billion in nondefense spending for 2019 — $57 billion below the new spending cap set by Congress.

Mulvaney, in his letter, said spending at the levels Congress authorized would add too much to the federal deficit. "We believe that this level responsibly accounts for the cap deal while taking into account the current fiscal situation," he wrote.

Despite that approach, the budget proposal would add $984 billion to the federal deficit next year and would continue adding $7 trillion to the federal deficit over the next 10 years.

Trump, who once proclaimed himself the "king of debt," also

*[See Budget, Page 4]*

# EXHIBIT 61

Feb. 12, 2018, Email from R. Brewer to R. Cauthorn re: Two quick questions from
LV Sun print (SUN_00055720) (**FILED UNDER SEAL**)

# EXHIBIT 61

SA1115