E. LEIF REID, Nevada Bar No. 5750
KRISTEN L. MARTINI, Nevada Bar No. 11272
NICOLE SCOTT, Nevada Bar No. 13757
CLARK HILL PLC
1700 S. Pavillion Center Dr., Suite 500
Las Vegas, Nevada 89135
Tel: 702.862.8300
Fax: 702.778.9709
Email: lreid@clarkhill.com
        kmartini@clarkhill.com
        nscott@clarkhill.com

JAMES J. PISANELLI, Nevada Bar No. 4027
TODD L. BICE, Nevada Bar No. 4534
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Tel: 702.214.2100
Fax: 702.214.2101
Email: JJP@pisanellibice.com
        TLB@pisanellibice.com

JORDAN T. SMITH, Nevada Bar No. 12097
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Tel: 702.464.7022
Fax: 702.382.8135
Email: jsmith@bhfs.com

JOSEPH M. ALIOTO, PRO HAC VICE
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104
Tel: 415.434.8900
Fax: 415.434.9200
Email: jmalioto@aliotolaw.com

*Attorneys for Plaintiff/Counterdefendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

LAS VEGAS SUN, INC., a Nevada corporation,

                Plaintiffs,

v.

SHELDON ADELSON (Estate Of), an individual, and as the alter ego of News+Media Capital Group LLC, Las Vegas Review-Journal, Inc., and Interface Operations LLC dba Adfam; PATRICK DUMONT, an individual, and as alter ego of Las Vegas Review-Journal, Inc., News+Media Capital Group, LLC, and Interface Operations LLC dba Adfam; NEWS+MEDIA CAPITAL GROUP LLC,, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; INTERFACE OPERATIONS LLC dba ADFAM, a Delaware limited liability company and as the alter ego of Las Vegas Review-Journal, Inc., and

Case No.: 2:19-CV-01667-ART-MDC

**INDEX OF EXHIBITS TO EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (VOLUME 6)**

1

1 News+Media Capital Gorup, LLC; and DOES,
2 I-X, inclusive,

                    Defendants.
3 ─────────────────────────────────
4 LAS VEGAS REVIEW-JOURNAL, a
Delaware corporation,
5                    Counterclaimant,
6 v.
7 LAS VEGAS SUN, INC., a Nevada
corporation; BRIAN GREENSPUN, an
8 individual and as alter ego of Las Vegas Sun,
Inc.; GREENSPUN MEDIA GROUP, LLC, a
9 Nevada limited liability company, as the alter
ego of Las Vegas Sun, Inc.,
10
                    Counterclaim Defendants.
11

12 **APPENDIX INDEX**

13

| Exhibit No. | Description | Vol. | Page Nos. |
|---|---|---|---|
| 1 | Sept. 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Dr. Michael Katz (**FILED UNDER SEAL**) | 1 | SA1-SA246 |
| 2 | Sept. 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Dr. Robert Picard (**FILED UNDER SEAL**) | 2 | SA247-SA291 |
| 3 | June 17, 1989, Joint Operating Agreement (the "1989 JOA") (SUN_00001996-2039) | 2 | SA292-SA336 |
| 4 | Report of the Assistant Attorney General in Charge of the Antitrust Division, Public File No. 44-03-13, In the Matter of: Application by the Las Vegas Sun, Inc. and Donrey of Nevada, Inc. for Approval of a Joint Newspaper Operating Arrangement Pursuant to the Newspaper Preservation Act, 15. U.S.C. §§ 1801-1804 (SUN_00024386-453) | 2 | SA337 – SA405 |
| 5 | June 1, 1990, Opinion of The Attorney General, Public File No. 44-03-13, In the Matter of: Application by the Las Vegas Sun, Inc. and Donrey of Nevada, Inc. for Approval of a Joint Newspaper Operating Arrangement Pursuant to the Newspaper Preservation Act, 15. U.S.C. §§ 1801-1804 (SUN_00024373-85) | 2 | SA406 – SA420 |
| 6 | Declaration of Brian Greenspun in Support of Plaintiff/Counterdefendants' Emergency Motion for Temporary Restraining Order and Preliminary Injunction | 2 | SA421 – SA428 |

| | 7 | Hearing Transcript Excerpts of Mark Hinueber, *Las Vegas Sun, Inc. v. Stephens Media LLC*, AAA Case No. 01-16-0001-9187 (Oct. 6, 2016) (Vol. 4) (SUN_00023106-08, 273-74, 278, 280, 282-86, 383) **(FILED UNDER SEAL)** | 2 | SA429 – SA442 |
|---|---|---|---|---|
| | 8 | Sept. 8, 2016, Declaration of Mark Hinueber in Support of Stephens Media LLC's Opposition to Las Vegas Sun's Motion for Summary Judgment, AAA Case No. 01-16-0001-9187 (SUN-00064364-67) **(FILED UNDER SEAL)** | 2 | SA443 – SA447 |
| | 9 | June 10, 2005, Amended and Restated Agreement (the "2005 JOA") (SUN_00002045-69) | 2 | SA448 – SA473 |
| | 10 | Hearing Transcript Excerpts of Jackson Farrow, *Las Vegas Sun, Inc. v. Stephens Media LLC*, AAA Case No. 01-16-0001-9187 (Oct. 5, 2016) (Vol. 3) (SUN_00021972-74, 76-83, 159) **(FILED UNDER SEAL)** | 2 | SA474 - SA486 |
| | 11 | Hearing Transcript Excerpts of Brian Greenspun, *Las Vegas Sun, Inc. v. Stephens Media LLC*, AAA Case No. 01-16-0001-9187 (Oct. 3, 2016) (Vol. 1) (SUN_00019641-43, 70, 96-97, 99, 703, 842) **(FILED UNDER SEAL)** | 2 | SA487 – SA496 |
| | 12 | Sept. 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Lawrence Aldrich **(FILED UNDER SEAL)** | 3 | SA497 – SA537 |
| | 13 | June 16, 2005, email from G. Lang to J. Farrow et al., re DR Partners' submission of 2005 JOA to DOJ "pursuant to the Newspaper Preservation Act, 15 USC § 1801 et seq. and 28 CFR § 48.16 (SUN_00005886-89) **(FILED UNDER SEAL)** | 3 | SA538 – SA542 |
| | 14 | Sept. 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Dr. Russell Lamb **(FILED UNDER SEAL)** | 3 | SA543 - 548 |
| | 15 | Deposition Transcript Excerpts of Las Vegas Sun, Inc.'s Expert L. Aldrich, *Las Vegas Sun, Inc. v. Adelson*, No. 2:18-cv-0166-ART-VCF (D. Nev. March 15, 2023) | 3 | SA549 – SA575 |
| | 16 | Sept. 23, 2005, email from C. Cliff to D. Jordan, et al., re Amendment of the Las Vegas JOA – Joint Defense Agreement (SUN_00001673-84) **(FILED UNDER SEAL)** | 3 | SA576 – SA587 |
| | 17 | Aug. 5, 2005, facsimile from B. Matelson to G. Lang re Las Vegas JOA, CID No. 23751 (SUN_00012237-47) **(FILED UNDER SEAL)** | 3 | SA586- SA599 |
| | 18 | Oct. 12, 2005, letter from A. Marx to B. Matelson, re responses to CID No. 23751 (SUN_00001806-14) **(FILED UNDER SEAL)** | 3 | SA600 – SA609 |
| | 19 | Feb. 13, 2006, facsimile from B. Matelson to A. Marx, re Civil Investigative Demand Nos. 24097 & 24098 (SUN_00012233-36) **(FILED UNDER SEAL)** | 3 | SA610 – SA614 |

| | | | | |
|---|---|---|---|---|
| 20 | Deposition Transcript Excerpts of Las Vegas Sun, Inc.'s 30(b)(6) Corporate Representative Robert Cauthorn, *Las Vegas Sun, Inc. v. Adelson*, No. 2:18-cv-0166-ART-VCF (D. Nev. Feb. 16, 2022) **(REDACTED)** | 3 | SA615 – SA636 |
| 21 | Aug. 16, 2005, letter from B. Matelson to G. Lang re 8/16/05 DOJ faxed letter to G. Lang re Civil Investigative Demand No. 23751 (SUN_00012248-50) **(FILED UNDER SEAL)** | 3 | SA637 – SA640 |
| 22 | Aug. 25, 2005, letter from G. Lang to B. Matelson re Las Vegas JOA (SUN_00001965-68) **(FILED UNDER SEAL)** | 3 | SA641 – SA645 |
| 23 | Apr. 9, 2008, letter from B. Matelson to G. Lang, et al., re Las Vegas Joint Operating Agreement ("No Action Letter") (DEFS0000418) | 3 | SA646 – SA647 |
| 24 | Deposition Transcript Excerpts of Las Vegas Review-Journal 30(b)(6) Corporate Representative Glenn Cook, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Aug. 19, 2022) **(REDACTED)** | 3 | SA648 – SA669 |
| 25 | Deposition Transcript Excerpts of Brian Greenspun, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Mar. 23, 2022) | 3 | SA670 – SA689 |
| 26 | Final Award of Arbitrator, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. 01-18-0000-7568 (July 2, 2019) (SUN_00013635-46) **(FILED UNDER SEAL)** | 3 | SA690 – SA702 |
| 27 | Aug. 29, 2019, letter from K. Moyer to B. Greenspun re: Notice of Default (SUN_00053251-53) | 3 | SA703 - SA706 |
| 28 | Sept. 27-Oct. 4, 2019, email between counsel re Preliminary Injunction Motion | 3 | SA707 -SA718 |
| 29 | Jan. 11, 2015, email from R. Pergament to P. Dumont et al., re Preliminary Observations (DEFS0028645-47) **(FILED UNDER SEAL)** | 3 | SA719 – SA722 |
| 30 | Deposition Transcript Excerpts of Jason Taylor, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. 01-18-0000-7568 (Mar. 21, 2019) **(FILED UNDER SEAL)** | 4 | SA723 – SA765 |
| 31 | Deposition Transcript Excerpts of Jason Taylor, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. May 12, 2022) | 4 | SA766 – SA790 |
| 32 | April 3, 2017, email from J. Wilson to N. Cusick re Monday Meeting Notes (DEFS0016006-07) **(FILED UNDER SEAL)** | 4 | SA791 – SA793 |
| 33 | Deposition Transcript Excerpts of Craig Moon, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Mar. 3, 2022) | 4 | SA794 – SA804 |
| 34 | Jan. 18, 2023, Rebuttal Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Barbara Gottlieb **(FILED UNDER SEAL)** | 4 | SA805 – SA813 |

| | | | | |
|---|---|---|---|---|
| 35 | Las Vegas Review Journal Payment Calculation JOA Fiscal Year Ending March 2018 (**FILED UNDER SEAL**) | 4 | SA814 – SA816 |
| 36 | Mar. 3, 2017, email from P. McGuire to C. Moon re Revised Summary of JOA Pmt. Calc (DEFS0165095-97) (**FILED UNDER SEAL**) | 4 | SA817 – SA820 |
| 37 | Stephens Media Group's Las Vegas Review Journal Fiscal Year End March 31, 2006, Financials (Exhibit 7 to Deposition of Robert Cauthorn, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. 01-18-0000-7568 (Mar. 27, 2019)) (**FILED UNDER SEAL**) | 4 | SA821 – SA824 |
| 38 | Deposition Transcript Excerpts of Las Vegas Review-Journal 30(b)(6) Corporate Representative Stephen Hall, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. May 12, 2022) (**REDACTED**) | 4 | SA825 – SA846 |
| 39 | Sept. 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Barbara Gottlieb (**FILED UNDER SEAL**) | 4 | SA847 – SA859 |
| 40 | Feb. 12, 2016, email from P. Sack to S. Garfinkel re Las Vegas (DEFS0093000-24) (**FILED UNDER SEAL**) | 4 | SA860 – SA887 |
| 41 | Feb. 9, 2015, VRC Valuation of Certain Intangible Assets of Las Vegas Review Journal as of Dec. 10, 2015 (DEFS0092587-621) (**FILED UNDER SEAL**) | 4 | SA888 – SA923 |
| 42 | March 3, 2017, Email from C. Moon to F. Vega re an update and two quick questions (DEFS0013609-10) (**FILED UNDER SEAL**) | 4 | SA924 – SA926 |
| 43 | Las Vegas Review-Journal, Inc. Financial Statements December 31, 2019, and 2018 (DEFS0083496-515) (**FILED UNDER SEAL**) | 4 | SA927 – SA947 |
| 44 | Las Vegas Review Journal Payment Calculation JOA Fiscal Year Ending March 2020 (SUN_00008774) (**FILED UNDER SEAL**) | 5 | SA948 – SA950 |
| 45 | Apr. 30, 2022, email from S. Hall to R. Cauthorn re JOA Calculation – JOA Year Ended March 2022 (SUN_00084445-47) (**FILED UNDER SEAL**) | 5 | SA951 – SA954 |
| 46 | Sept. 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Dr. Gregory Gundlach (**FILED UNDER SEAL**) | 5 | SA955 – SA1005 |
| 47 | Sept. 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert J. David Kordalski (**FILED UNDER SEAL**) | 5 | SA1006 – SA1020 |
| 48 | Apr. 4, 2023, Supplemental Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Dr. Gregory Gundlach (**FILED UNDER SEAL**) | 5 | SA1021 – SA1025 |
| 49 | Sept. 19, 2016, email from J. Wilson to E. Cassidy re: RJ with Sun? (DEFS01454464-67) (**FILED UNDER SEAL**) | 5 | SA1026 – SA1030 |
| 50 | Apr. 2, 2017, email from C. Moon to R. Cauthorn Re: Concerns about your new design (DEFS0002488-89) (**FILED UNDER SEAL**) | 5 | SA1031 – SA1033 |

| 51 | Apr. 17, 2019, email from K. Espejo to K. Moyer re: The Sun in eEdition (DEFS0166089-94) **(FILED UNDER SEAL)** | 5 | SA1034 – SA1040 |
|---|---|---|---|
| 52 | RESERVING FOR RJ'S ANSWERS TO ROG 13 MARCH 2022 | 5 | SA1041 – SA1052 |
| 53 | Deposition Transcript Excerpts of Las Vegas Review-Journal 30(b)(6) Corporate Representative Chris Blaser, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Aug. 11, 2022) **(REDACTED)** | 5 | SA1053 – SA1069 |
| 54 | Chris Jones & J.M. Kalil's article, Las Vegas Sun to rise with morning RJ, published in the Las Vegas Review Journal on June 15, 2005 (SUN_0000627-32) | 5 | SA1070 – SA1076 |
| 55 | Steve Kanigher's article, *Sun deal with R-J "a tremendous opportunity" Newspaper to return to morning delivery*, published in the Las Vegas Sun on June 15, 2005 (DEFS0190559-61) | 5 | SA1077 – SA1080 |
| 56 | Deposition Transcript Excerpts Ray Brewer, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. June 24, 2022 | 5 | SA1081 – SA1091 |
| 57 | Las Vegas Review Journal Newsroom Guide (DEFS0185654-69) (**(FILED UNDER SEAL)** | 5 | SA1092 – S1108A |
| 58 | June 4, 2016, Front Page of Newspapers (SUN_00009885) | 5 | SA1109 – SA1110 |
| 59 | Jan. 11, 2018, Front Page of Las Vegas Sun (DEFS0001703) | 5 | SA1111 – SA1112 |
| 60 | Feb. 13, 2018, Front Page of Las Vegas Sun (DEFS0001697) | 5 | SA1113 – SA1114 |
| 61 | Feb. 12, 2018, Email from R. Brewer to R. Cauthorn re: Two quick questions from LV Sun print (SUN_00055720) **(FILED UNDER SEAL)** | 5 | SA1115 – SA1116 |
| 62 | Jan. 18, 2023, Rebuttal Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Dr. Michael Katz **(FILED UNDER SEAL)** | 6 | SA1117 – SA1229 |
| 63 | Deposition Transcript Excerpts Patrick Dumont, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Oct. 28, 2021) **(FILED UNDER SEAL)** | 6 | SA1230 – SA1246 |
| 64 | Deposition Transcript Excerpts Keith Moyer, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Apr. 5, 2022 | 6 | SA1247 – SA1264 |
| 65 | Aug. 30, 2019, letter from T. Burkholder to B. Greenspun re Message via the Las Vegas Sun (SUN_00000293) **(REDACTED)** | 6 | SA1265 – SA1266 |
| 66 | Sept. 6, 2019, email originally from A. Marshall to Las Vegas Sun Letters, re Please work with the RJ to maintain the JOA (SUN_00024479) **(REDACTED)** | 6 | SA1267 – SA1268 |
| 67 | Jan. 15, 2019, email from K. Woods to B. Greenspun re Message via the Las Vegas Sun (SUN_00000315) **(REDACTED)** | 6 | SA1269 – SA1270 |
| 68 | Aug. 27, 2017, email from M. Spigelman to B. Greenspun re Message via the Las Vegas Sun (SUN_00000376-77) **(REDACTED)** | 6 | SA1271 – SA1273 |

| 69 | Aug. 30, 2019, email from W. Wreatha to Las Vegas Sun Letters, re Printing & distribution arrangement with LV Review-Journal (SUN_0000300) (**REDACTED**) | 6 | SA1274 – SA1275 |
| 70 | Sept. 6, 2019, email from C. Sappraicone to Las Vegas Review Journal Letters re Not printing The Las Vegas Sun? (SUN_0000298) (**REDACTED**) | 6 | SA1276 – SA1277 |
| 71 | Sept. 5, 2019, email from P. Ryan to B. Greenspun re Keep the Sun (SUN_0000303-04) (**REDACTED**) | 6 | SA1278 – SA1280 |
| 72 | June 13, 2016, email from J. Perdigao to F. Vega et al., re JOA Info (DEFS0146935) (**FILED UNDER SEAL**) | 6 | SA1281 – SA1282 |

Date this 23rd of February 2026.

By: */s/ Nicole Scott*
E. Leif Reid, Nevada Bar No. 5750
Kristen L. Martini, Nevada Bar No. 11272
Nicole Scott, Nevada Bar No. 13757
1700 S. Pavillion Center Drive, Suite 500
Las Vegas, Nevada 89169

PISANELLI BICE PLLC
James J. Pisanelli, Nevada Bar No. 4027
Todd L. Bice, Nevada Bar No. 4534
400 South 7th Street, Suite 300
Las Vegas, Nevada 89135

BROWNSTEIN HYATT FARBER SHRECK, LLP
Jordan T. Smith, Nevada Bar No. 12097
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

ALIOTO LAW FIRM
Joseph M. Alioto, Pro Hac Vice
One Sansome Street, 35th Floor
San Francisco, California 94104

*Attorneys for Plaintiff/Counterdefendants*

1

## **CERTIFICATE OF SERVICE**

I certify that I am an employee of CLARK HILL PLC, and I caused a true and correct copy of the foregoing **INDEX OF EXHIBITS TO EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (VOLUME 6)** to be served by electronically filing the foregoing with the CM/ECF electronic filing system which will send notice of electronic filing to:

> J. Randall Jones, Esq.
> Michael J Gayan, Esq.
> Mona Kaveh, Esq.
> KEMP JONES, LLP
> 3800 Howard Hughes Parkway, 17th Floor
> Las Vegas, NV 89169
>
> Amy M. Gallegos, Esq.
> David R. Singer, Esq.
> Andrew G. Sullivan, Esq.
> Alison I Stein, Esq.
> JENNER & BLOCK LLP
> 515 South Flower Street, Suite 3300
> Los Angeles, CA 90071
>
> Richard L. Stone, Esq.
> 850 Deveon Avenue
> Los Angeles, CA 90024

DATED: February 23, 2026.

/s/  Jill Nelson
An Employee of Clark Hill PLC

# EXHIBIT 62

Jan. 18, 2023, Rebuttal Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Dr. Michael Katz (**FILED UNDER SEAL**)

# EXHIBIT 62

# EXHIBIT 63

Deposition Transcript Excerpts Patrick Dumont, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Oct. 28, 2021) (**FILED UNDER SEAL**)

# EXHIBIT 63

# EXHIBIT 64

Deposition Transcript Excerpts Keith Moyer, *Las Vegas Sun, Inc. v. Adelson*, No.

2:19-cv-0166-ART-VCF (D. Nev. Apr. 5, 2022

# EXHIBIT 64

1                    UNITED STATES DISTRICT COURT

2                        DISTRICT OF NEVADA

3
      LAS VEGAS SUN, INC., a            )
4     Nevada corporation,               )
                                        )   CASE NO.:
5                 Plaintiff,            )   2:19-CV-01667-GMN-VCF
                                        )
6        vs.                            )
                                        )
7     SHELDON ADELSON, an               )
      Individual and as the alter       )
8     ego of News+Media Capital         )
      Group LLC and as the alter        )
9     ego of Las Vegas Review           )
      Journal, Inc.; PATRICK            )   VIDEOTAPED DEPOSITION
10    DUMONT, an individual;            )   VIA ZOOM OF
      NEWS+MEDIA CAPITAL GROUP          )   KEITH MOYER
11    LLC, a Delaware limited           )
      liability company; LAS            )   TUESDAY, APRIL 5, 2022
12    VEGAS REVIEW-JOURNAL, INC.,        )
      a Delaware corporation; and       )
13    DOES, I-X, inclusive,             )
                                        )
14                Defendants.           )
      _____         )
15    LAS VEGAS REVIEW-JOURNAL,          )
      INC., a Delaware                  )
16    corporation,                      )
                                        )
17                Counterclaimant,      )
                                        )
18       vs.                            )
                                        )
19    LAS VEGAS SUN, INC. A             )
      Nevada corporation; BRIAN         )
20    GREENSPUN, an individual          )
      and as the alter ego of Las       )
21    Vegas Sun, Inc.; GREENSPUN        )
      MEDIA GROUP, LLC, a Nevada        )
22    limited liability company,        )
      as the alter ego of Las          )   REPORTED BY:
23    Vegas Sun, Inc.,                  )   BRITTANY CASTREJON,
                                        )   RPR, CRR, NV CCR #926
24       Counterclaim-Defendants.       )
      _____     JOB NO.:  849968
25

```
 1            VIDEOTAPED DEPOSITION VIA ZOOM OF KEITH MOYER, on

 2    TUESDAY, APRIL 5, 2022, at 9:04 a.m., remotely before

 3    Brittany Castrejon, Registered Professional Reporter and

 4    Certified Realtime Reporter with the National Court

 5    Reporters Association, Certified Court Reporter, in and

 6    for the State of Nevada.

 7

 8

 9    REMOTE APPEARANCES:

10    For Plaintiff/Counterclaim-Defendants:

11                    LEWIS ROCA ROTHGERBER CHRISTIE LLP
                      BY: E. LEIF REID, ESQ.
12                    BY: MARLA J. HUDGENS, ESQ.
                      BY: KRISTEN L. MARTINI, ESQ.
13                    BY: NICOLE SCOTT, ESQ.
                      One East Liberty Street
14                    Suite 300
                      Reno, Nevada 89501
15                    775-823-2900
                      lreid@lewisroca.com
16
                      PISANELLI BICE PLLC
17                    BY:  JORDAN SMITH, ESQ.
                      400 South Seventh Street
18                    Suite 300
                      Las Vegas, Nevada 89101
19                    702-214-2100
                      jts@pisanellibice.com
20

21    For Defendants/Counterclaimants:

22                    KEMP JONES, LLP
                      BY:  MICHAEL GAYAN, ESQ.
23                    3800 Howard Hughes Parkway
                      17th Floor
24                    Las Vegas, Nevada 89169
                      702-385-6000
25                    m.gayan@kempjones.com
```

KEITH MOYER - 04/05/2022

```
                                                          Page 3
 1    REMOTE APPEARANCES (CONTINUED):

 2    For Defendants/Counterclaimants:

 3                     JENNER & BLOCK LLP
                       BY:  DAVID SINGER, ESQ.
 4                     515 South Flower Street
                       Suite 3300
 5                     Los Angeles, California 90071
                       213-239-2206
 6                     dsinger@jenner.com

 7
      Also Present:  Brian Greenspun
 8                   Bob Cauthorn
                     Benjamin Lipman, Esq
 9                   Nick Aparo, Videographer

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

SA1250

```
                                                       Page 4
 1                    INDEX OF EXAMINATION

 2   WITNESS:  KEITH MOYER

 3   EXAMINATION                                      PAGE

 4   By Mr. Reid                                         7

 5

 6

 7

 8                    INDEX OF EXHIBITS

 9   NUMBER     DESCRIPTION                           PAGE

10   EXHIBIT 1  DEFS0081201-DEFS0081202 with attachments  *

11   EXHIBIT 2  DEFS0028435-DEFS0028436                   *

12   EXHIBIT 3  DEFS0172535-DEFS0172563                   *

13   EXHIBIT 4  DEFS0111210-DEFS0111212                   *

14

15   *Exhibits 1-4 marked after the proceedings.

16

17

18

19

20

21

22

23

24

25
```

KEITH MOYER - 04/05/2022

Page 5

```
 1              REPORTED REMOTELY TUESDAY, APRIL 5, 2022
 2                           9:04 a.m.
 3                            -oOo-
 4              THE VIDEOGRAPHER:  This is the beginning of
 5    Media Number 1 in the deposition of Keith Moyer in the
 6    matter of Las Vegas Sun versus Adelson held via Zoom on
 7    April 5, 2022, at 9:04.
 8              The court reporter is Brittany Castrejon.  I
 9    am Nicholas Aparo, the videographer, an employee of
10    Litigation Services.
11              This deposition is being videotaped at all
12    times unless specified to go off the video record.
13              Would all present please identify themselves
14    beginning with the witness.
15              (Inaudible chatter.)
16              MR. SINGER:  You want Mr. Moyer to identify
17    himself?
18              MR. GAYAN:  Sorry.  We're having another
19    technical issue, probably related to just restarting
20    this computer.  Give me a second.
21              THE VIDEOGRAPHER:  Okay.  I'll go off the
22    record.
23              MR. GAYAN:  Please do.
24              THE VIDEOGRAPHER:  Going off the record at
25    9:05.
```

SA1252

KEITH MOYER - 04/05/2022

Page 6

1                    (A break was taken at 9:05 a.m.)

2                    (Back on the record at 9:06 a.m.)

3                    THE VIDEOGRAPHER:  Okay.  We're back on the

4      record at 9:06.

5                    MR. REID:  You left off asking the witness

6      to identify himself.

7                    THE WITNESS:  Oh.  Yes.  Keith Moyer,

8      publisher at the Review-Journal.

9                    MR. SINGER:  Also here representing

10     defendants and Mr. Moyer today, my name is David Singer

11     of Jenner & Block.

12                   Also joining today is Ben Lipman, the

13     general counsel of the Las Vegas Review-Journal.

14                   MR. REID:  On behalf of the Sun, this is

15     Leif Reid.  I'll be taking the deposition.

16                   Kristen Martini, Nicole Scott, my partners

17     are -- are on.

18                   Later this morning, Marla Hudgens and Jordan

19     Smith, both representing the Sun, should come on the

20     record after some hearings or other conflicts this

21     morning.

22                   Present on behalf of the Sun are two client

23     representatives, Brian Greenspun and Bob Cauthorn.

24                   THE VIDEOGRAPHER:  Okay.  Will the court

25     reporter please swear in the witness.

Page 7

1                    (The witness was sworn in.)

2                         EXAMINATION

3    BY MR. REID:

4        Q.  Good morning, Mr. Moyer.

5        A.  Good morning.

6        Q.  Have you been deposed before?

7        A.  First time.  I thought I was going to get out

8    without having it happen, but here I am.

9        Q.  I -- I know you've -- you've watched some of

10   these at least recently and participated in other

11   proceedings at least as a -- watching on.

12           Just briefly, if -- if you could wait until I

13   finish my question.  I'll do the same to you -- for you

14   when you're responding, so we try to maintain as a clear

15   of a record as possible where it says question and the

16   answer follows.

17           Does that make sense to you?

18       A.  It certainly does.

19       Q.  If I ask you a question that you don't

20   understand, please let me know, and I will try to

21   rephrase it or --

22       A.  Will do.

23       Q.  -- ask some other questions.  Appreciate that.

24           You stated your position at the Review-Journal.

25           Can you tell me where you reside.

Page 29

1    at.

2        Q.  Why the Sun website?  What's the purpose of

3    monitoring it?

4                MR. SINGER:  Objection.  Form.

5                THE WITNESS:  To see what news they've got

6    on there, you know.  To figure out what they're up to,

7    you know, what they're covering or not covering.

8    BY MR. REID:

9        Q.  Which one -- I apologize.

10       A.  -- I'm sorry.  It's one of many sources, but we

11   certainly -- we certainly, you know, look at the Sun.

12       Q.  Do you monitor the Sun's newspaper in the same

13   way?

14       A.  Well, sure.  I mean, it -- you know, we look at

15   it -- we look at it every day, and, you know, it doesn't

16   take long to get through the local content.  So -- in

17   fact, it doesn't take very long at all.

18       Q.  Which non-newspaper media are your strongest

19   competitors in terms of offering editorials on local

20   issues?

21       A.  Non-editorials on local issues, I would say that

22   the -- the Sun does that, but -- about a third of the

23   time that I can surmise that we've -- it would -- they

24   run editorials from the New York Times or Omaha or

25   Toledo Blade or somewhere, you know.  But they are --

SA1255

1  they have a -- they have a -- you know, they have a

2  decidedly devoted editorial operation.  And -- and they

3  are strong in their opinions, and I think that's great.

4  So other than that, I don't know that we have any other

5  competitor, but that's -- you know, I'm. . .

6      Q.  Is it important to you that the RJ newspaper

7  scoop the Sun newspaper?

8              MR. SINGER:  Objection.  Form.

9              THE WITNESS:  You know, right now in the

10 print, that's not hard to do, you know.  You basically

11 put out a paper, and you scoop the Sun print section.  I

12 mean, you ask and I'm saying.  Would we rather -- would

13 we rather the Sun be more competitive with us in the

14 print?  Actually, we would.  I think that would be --

15 that would be -- be -- be good for both -- for both

16 newspapers and for the joint operating -- operations.

17 BY MR. REID:

18     Q.  Why -- why do you say that?

19     A.  Because, you know, if you're going to be a --

20 a -- you know, as the contract calls for, a -- a you

21 know, a -- a -- a good metro daily, you're going to be

22 covering breaking news.

23              If you -- if we -- you know, if we did what the

24 Sun does, and we just ran one local story on the front

25 of kind of a whole feature or something that was not a

SA1256

Page 31

1  breaking news consequence -- and by the way, breaking

2  news is not a term of art.  Everybody in the industry

3  knows what breaking news is, and you try to say

4  otherwise is really insulting intelligence to people.

5         Breaking news is when something happens, you put

6  it on your website during the day.  You run it in your

7  paper the next morning.  That is breaking news.  There

8  is no -- there is no -- but, so where was I?  I don't --

9         You know, what if -- what if -- what if the RJ

10  decided, you know, we're going to do exactly what the

11  Sun is doing.  We're just going to run live wire,

12  New York Times we couldn't get because they run most of

13  it and, you know, but we've run wire copy.

14         We would basically barely cover sports, barely

15  cover local business.  Though, we'd be putting it all on

16  our website.  We have a robust website like they do.

17  They have a -- they have a newsy -- breaking news

18  website.  They don't put it in news, and I think

19  that's -- that's -- that's not living up to what they've

20  agreed to do.  I think if you pull their section out and

21  try to sell it as a stand-alone paper, it would not do

22  well.

23     Q.  How do you define a good metropolitan daily

24  newspaper?

25     A.  You know, complete, newsy, breaking news,

SA1257

1  enterprise, different types of coverage, maybe feature

2  stories, editorials, lots of photography, which we have,

3  staff graphics, you know, any number of basically

4  wanting to make sure that you are the paper of record

5  for your community.  And I think that's what any good

6  metro newspaper should do.

7        And I think competition makes -- you know, having

8  worked in some competitive markets, I can tell you the

9  competition makes both -- both papers better, if they're

10 actually going at it.  So. . .

11 **Q.  Is the Sun permitted to -- is the -- so I lost**

12 **you again.  It keeps freezing.  I -- I think you were**

13 **done, but. . .**

14 **    Is the Sun permitted to publish more than its**

15 **eight pages a day or the number of pages it gets on --**

16 A.  Well, that was the agreed amount -- that was the

17 agreed amount in the -- in the contract.  I didn't -- I

18 didn't -- I don't know how that came about, you know.

19 If somebody -- I don't know the history behind what the

20 decision was to run eight pages during the week, six on

21 Saturday, and ten on Sunday.

22       But they still have ample space to do all kinds

23 of stuff.  I mean, they -- they fill a lot of their

24 inside pages with one story with big art.  And you could

25 put -- you could put lots of local news in that -- in

Page 34
1  he thought, "Maybe we can stop cutting your pages," and
2  we did on the day he asked us to.  But it was helpful.
3  It's very helpful.
4      **Q.  Do the TV and radio stations that you consider**
5  **your -- to be the RJ newspaper's competitors offer daily**
6  **editorials?**
7      A.  I think I said earlier, you know, there's not a
8  lot of editorializing that I'm aware of going on, you
9  know, in Las Vegas except for in the RJ and in the Sun.
10  And they are -- the editorials are -- I think are one of
11  the reasons that both papers were preserved in the JOA
12  operation, because it made sense to -- to -- to make
13  sure that the community had multiple voices.
14          Certainly, it wasn't just one newspaper sort of
15  grinding it out for the community without any ability to
16  have a different way of looking at things.
17          I -- I -- I think that the Sun is -- I mean,
18  that's -- if we're -- but, you know, because we're so --
19  I mean, we are pretty different on the -- on the
20  editorial scale on the political scale, and -- so I
21  don't know that we -- I mean, we kind of -- you probably
22  know where we're going to go, and we probably know where
23  you're going to go.  So it's -- I'm not sure it's
24  editorial.  We don't sit around and say, "Well, let's
25  hurry and write that, something about that before the

Page 35

1    Sun does," because, generally, it will be different, not

2    always.  Sometimes we agree on things.

3         But, you know, just the -- the -- the Sun's

4    editorial component is important.  It's the main reason,

5    as far as I'm concerned, that there's still

6    justification for the joint operating agreement we have

7    right now.

8    **Q.  So in terms of editorial and reportorial content,**

9    **you consider the Sun as your primary competitor?**

10        MR. SINGER:  Object to form.

11        THE WITNESS:  That's one area.  Yeah.  You

12   know, taking into account everything else I've said,

13   which is -- again, you know, the other factor is is that

14   we come in the same packet, so it's not like people are

15   deciding, "Am I going to spend 50 cents for the Sun or

16   am I going to spend 50 cents for the RJ."  They know

17   they're going to pay 50 cents and get both or whatever

18   it is now.

19        And so, to me, competing with the Sun print

20   product and especially in its current state, I don't

21   consider it competition.  I'm sorry.  But I do think

22   that, you know, you have good reporters.  You've got --

23   you have plenty of local news.  You know, and there's a

24   lot of ways any breaking news story or any story,

25   frankly, there's 100 ways to write a given story.

Page 36

1            And I've heard that, "Well, you know, we would

2    just be repeating what the RJ did."  I think that's kind

3    of throwing the towel in because I think that, you know,

4    if -- if our readers were getting different viewpoints

5    and different angles and, you know, the Sun might get

6    facts that we didn't have and we might get facts that

7    they don't have and between the two, they could be more

8    informed.

9            So I don't really -- I don't -- I don't really,

10   you know, get up in the morning and worry about getting

11   scooped in the print Sun.

12           When I was in Little Rock, and we -- I was at the

13   Gazette, and we had the Democrat and, you know, I was --

14   there were mornings when I didn't want to open the door

15   and look at their paper for -- you know, for fear that

16   they had something that really was -- that was something

17   we definitely should have had.  And that happens

18   sometimes, and to them as well.  But the competition,

19   you know, sort of made you better.

20   BY MR. REID:

21       Q.  Is breaking news the only competition that you --

22       A.  No.

23       Q.  -- measure?

24       A.  No.

25       Q.  Okay.

Page 37

1    A.  No.  You know, coverage -- you know, sports is --

2    sports is -- a lot of people like to follow sports.  You

3    know, you have -- you -- you -- you -- you do -- you

4    know, the Sun does a nice job with their -- with their

5    annual, you know, pick the best players in the, you

6    know, in the state.  And we do the same thing as well.

7         But writing feature stories about players and

8    writing, you know, covering business -- business news, a

9    lot of it you do cover on the -- on the website, but --

10   but not in the paper.

11        And I think it -- just my -- just my opinion just

12   from a professional standpoint being in the business for

13   45 years, is that it can't be helping the JOA for the

14   Sun to not be a little more relevant than it is on a

15   daily basis.

16   **Q.  I want to go back a minute or so.**

17        **You described competition with the Sun in its**

18   **current state.  What did you mean by the "current state"**

19   **of the Sun?**

20   A.  You mean, the print Sun, Mr. Reid?

21   **Q.  Yes.**

22   A.  I meant that, you know, it's one story maybe on

23   the front page, not one of -- usually, not one of, you

24   know, any sort of urgency, and most days an editorial

25   and, you know, Mike Smith is a hell of a cartoonist.

SA1262

KEITH MOYER - 04/05/2022

Page 38

1          And but -- you know, and sometimes in the sports

2    during certain seasons, you -- you have -- you have some

3    sports coverage on the back pages but not -- not on a

4    basis where you can depend on when it's going to run or

5    how it's going to run.  And I know you have people

6    writing about that stuff and they're, you know,

7    they're -- they're -- they know what they're doing, but

8    they're just not -- their stuff just doesn't show up in

9    the print paper.  That would be very demoralizing to me

10   if I was a reporter and I wasn't getting in the print

11   section.

12       Q.  Can I ask you when you said "current state," are

13   you just -- is that -- what's the time period you apply

14   to current?  Are you talking -- how long?  What --

15   what -- tell me how you're using that term.

16       A.  Well, I mean, as long as I've been here, you

17   know, it's kind of been the same way that -- that it is

18   now.  I was -- you know, I mean -- I sort of -- you

19   know, I always knew about the Sun and I heard good

20   things ab the Sun.  I knew people who worked at the Sun

21   who were really good journalists way back.

22       Q.  Is --

23       A.  So -- so I mean, to me, I saw it and, you know,

24   they don't -- they don't really invest a lot in their

25   print product from a -- from a news standpoint.  And but

SA1263

KEITH MOYER - 04/05/2022

Page 272

```
 1   STATE OF NEVADA )
                     )  SS:
 2   COUNTY OF CLARK )

 3                   CERTIFICATE OF REPORTER

 4        I, Brittany J. Castrejon, a Certified Court

 5   Reporter licensed by the State of Nevada, do hereby

 6   certify:  That I reported the VIDEOTAPED DEPOSITION VIA

 7   ZOOM OF KEITH MOYER, on TUESDAY, APRIL 5, 2022, at

 8   9:04 a.m.;

 9        That prior to being remotely deposed, the witness

10   was duly sworn by me via Zoom, per stipulation of the

11   attorneys, to testify to the truth.  That I thereafter

12   transcribed my said stenographic notes into written

13   form, and that the typewritten transcript is a complete,

14   true and accurate transcription of my said stenographic

15   notes.  That the reading and signing of the transcript

16   was requested.

17        I further certify that I am not a relative,
     employee or independent contractor of counsel or of any
18   of the parties involved in the proceeding; nor a person
     financially interested in the proceeding; nor do I have
19   any other relationship that may reasonably cause my
     impartiality to be questioned.
20
          IN WITNESS WHEREOF, I have set my hand in my
21   office in the County of Clark, State of Nevada, this
     17th day of April, 2022.
22

23                _____
                  Brittany J. Castrejon, RPR, CRR, CCR #926
24

25
```

# EXHIBIT 65

Aug. 30, 2019, letter from T. Burkholder to B. Greenspun re Message via the Las Vegas Sun (SUN_00000293) (**REDACTED**)

# EXHIBIT 65

SA1265

**From:**         Thomas R.Burkholder ████████████ >
**Sent:**         Friday, August 30, 2019 4:46 PM
**To:**           Brian Greenspun
**Subject:**      Message via the Las Vegas Sun

Name: Thomas R. Burkholder

Email: ████████████

Message: Mr. Greenspun,

In your August 6, 2019, editorial in the Las Vegas Sun (which I applauded!) you urged Sheldon Adelson, owner of the Las Vegas Review Journal, to use his influence with Republicans to pass meaningful gun control legislation.  Today, August 30, 2019, the Review Journal announced that it has filed suit to end its joint operating agreement with the Sun.  Twenty-four days was probably just enough time for the R-J to prepare the suit.

There are no coincidences.

Fight the suit.  Win the suit.  Without the Sun, there will be only one voice in the Las Vegas Valley.

Thomas R. Burkholder
Henderson

# EXHIBIT 66

Sept. 6, 2019, email originally from A. Marshall to Las Vegas Sun Letters, re
Please work with the RJ to maintain the JOA (SUN_00024479) (**REDACTED**)

# EXHIBIT 66

| | |
|---|---|
| **From:** | letters <letters@gmgvegas.com> |
| **To:** | Brian Greenspun <brian@lasvegassun.com>;Bob Cauthorn |
| **Sent:** | 9/6/2019 11:30:47 PM |
| **Subject:** | FW: Please work with the R-J to maintain the JOA |

**From:** Ann Marshall
**Sent:** Tuesday, September 03, 2019 9:28 PM
**To:** letters
**Subject:** Please work with the R-J to maintain the JOA

Editor,

I'm surprised and disappointed that the R-J assumed the role of judge and jury of the *Sun's* editorial content. Clearly they have forgotten which paper won a Pulitzer Prize for its investigation of the *LOCAL* story regarding construction deaths on the Strip.

Rather than throwing potshots at fellow journalists, I have encouraged the R-J to mind their own store, particularly their recently re-energized investigative reporting, which is a good direction for their news pages.

As for the R-J's persistent right-wing perspectives on today's politics, I have asked that they please continue to balance that out with the progressive news and varied opinions that you at the *Sun* deliver.

Please know that we depend on the *Sun's* selections from the *New York Times*, especially the columnists (Thomas Friedman, Michelle Goldberg, E.J. Dionne, David Brooks, Eugene Robinson, George Will, to name just a few); local news presented within the national and international context; and the ALWAYS fascinating "News from the World of Science" on Fridays.

Please don't desert us. Rather, do everything you can to continue the JOA as is, with both liberal and conservative perspectives. Our community will be poorer if the R-J succeeds in dumping the *Sun,* and we will lose a vital voice in our community.

Ann Marshall
Las Vegas

SUN_00024479

# EXHIBIT 67

Jan. 15, 2019, email from K. Woods to B. Greenspun re Message via the Las Vegas Sun (SUN_00000315) (**REDACTED**)

# EXHIBIT 67

**From:**          Kennard Woods ███████████████
**Sent:**          Tuesday, January 15, 2019 7:35 PM
**To:**            Brian Greenspun
**Subject:**       Message via the Las Vegas Sun

Name: Kennard Woods

Email: ███████████████

 Message: Thanks for your January 13th column.  Yes, the Review-Journal's editorials are based on false premises and pretzel logic, but the problems with Mr. Adelson's ownership extend beyond that paper's editorial page.  My wife and I have lived in Las Vegas only nine (9) months, but we've already cancelled the newspaper several times out of frustration with what we perceive to be its non-selection of obvious, leading national stories (i.e., stories unfavorable to the current President) for the front page section.  We've restarted the newspaper only because we very much like the Sun.  So, please, do not be deterred in your efforts to present views that Nevadans need to read.

SUN_00000315

# EXHIBIT 68

Aug. 27, 2017, email from M. Spigelman to B. Greenspun re Message via the Las Vegas Sun (SUN_00000376-77) (**REDACTED**)

# EXHIBIT 68

**From:**            ████████████████
**To:**              Brian Greenspun
**Sent:**            8/27/2017 7:10:56 PM
**Subject:**         Message via the Las Vegas Sun

Name: MARNIN SPIGELMAN

Email: ████████████████

Message: Dear Mr. Greenspun,

I wanted to write you personally, rather than a letter to the editor, to congratulate you on your recent editorial entitled "Don't let bad ideas take root, R-J. I firmly believe that it was not only a courageous stand you took by calling out Wayne Root, but it was also necessary given the fact that the R-J has definitively taken an alt-right, ultra-conservative position on most issues relevant to our country. Knowing now that Sheldon Adelson owns the newspaper can only mean more radicalism will be included in its pages.

I have written to the R-J several letters to the editor in respect to Root's off the wall, highly questionable or speculative presumptions regarding our country, our state and city, the Democrats, and most grievously his undying support for fringe groups. Some of his drivel seemingly is in support of neo-nazis, white supremacists or racists that appears to tilt the R-J towards such radicalism that might be viewed as no better than reading the Breitbart News.

Despite the fact that I have written the R-J they have apparently been loathe to publish any real criticism of Root even if facts show that his writings were not supported by any viable evidence. One of the letters I wrote about was purportedly from a supposed destitute woman whose husband was paid $17.50 an hour and couldn't afford health insurance, yet severely criticized the ACA. But, the letter appeared to be a general testimonial to Root's "greatness," in his form of writing, and never mentioned the fact that under the ACA she could have been granted subsidies to buy insurance. Of course, Mr. Root made no mention of that fact as it would ruin his off the wall radical commentary.

I have long felt that the Las Vegas Sun is the only legitimate newspaper in our city, but it has been a cause of personal irritation that the paper is rapped around such radicalism. I do know that you have a 50 year agreement in respect to this circumstance, but I would love to see the day when the Sun once again becomes a stand alone paper continuing to legitimately publish truthful news and editorials that so many uneducated citizens or registered voters need to be exposed to so as not to make the fatal decision of electing more politicians like our current president.

My BA was in history, but I have been involved in the political process during my lifetime including a run for Mayor in a small city in Indiana. That effort for me was futile in that it is very difficult to get financed when you are running against a very well long time oiled political machine. I ran as an "independent Republican" (running as an independent or a Democrat was generally futile in a county that had 95% registered Republicans), but it was the last time I used or was registered in that party which I believe has been grossly corrupted since the time of Reagan. The extremism at this point seems to have boiled over to such a degree that, in my opinion, it has affected the whole essence of democracy that our founders envisioned.

I believe that the Sun should stand up and have a running commentary about the excesses reported in the R-J especially in respect to writers like Root whose words are seemingly geared towards duping the public with such far fetched commentaries. I will continue to write my letters, but maybe those about Root and some others should be directed to the Sun for as I said before the R-J isn't that amenable to publishing them. I would love to write an op-ed one of these days for your excellent paper, and I sincerely thank you for publishing my words in the past, and hopefully going forward.

With much appreciation to the Sun for promoting informative, progressive, and legitimate reporting.

SUN_00000376

Regards,

Marnin Spigelman / ███████████ / ███████████ / ████████

# EXHIBIT 69

Aug. 30, 2019, email from W. Wreatha to Las Vegas Sun Letters, re Printing & distribution arrangement with LV Review-Journal (SUN_0000300)
(**REDACTED**)

# EXHIBIT 69

SA1274

| From: | letters </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2441A13CE2EE41CAA28A305EE946F0E2-LETTERS> |
|---|---|
| To: | Brian Greenspun; Bob Cauthorn |
| Sent: | 9/5/2019 6:58:16 PM |
| Subject: | FW: Printing & distribution arrangement with LV Review-Journal |

**From:** Wreatha Witte███████████████████████
**Sent:** Friday, August 30, 2019 9:43 AM
**To:** letters <letters@gmgvegas.com>
**Subject:** Printing & distribution arrangement with LV Review-Journal

Enough is enough – really, Adelson's LV Review Journal thinks it can control the content of the Sun with the end goal of totaling obliterating the printed newspaper? Has the Sun ever tried to control the content of the Review-Journal?

There may be many web media ways to obtain real news and the lies, but we like a printed newspaper. If Salt Lake City's two newspapers – Deseret News (on the right political side) and the SL Tribune (on the left political side) can maintain a printing and distribution relationship for decades and decades, then it is possible in Las Vegas. Neither SLC newspaper has ever tried to silence and censor the other. (I lived in SLC for over 30 years and my husband grew up there.)

We like the content of the Sun and find nothing wrong with it at all. In fact, we pay the <u>expensive</u> subscription prices for the combined newspapers especially for the Sun coverage. One newspaper cannot dictate the content of others! This attempt to obliterate the printed Sun is not in keeping with the First Amendment. What a cheap and obvious trick to try and pull. We suggest you don't bother with legal suits (although Adelson has very deep money pockets).

From a very angry newspaper reader in St. George. And, by the way, I'm the one in the family that pays the expensive newspaper subscription bill.

W. A. Witte



a copy of this was also sent to the LV Review-Journal.

SUN_00000300

# EXHIBIT 70

Sept. 6, 2019, email from C. Sappraicone to Las Vegas Review Journal Letters re Not printing The Las Vegas Sun? (SUN_0000298) (**REDACTED**)

# EXHIBIT 70

| | |
|---|---|
| **From:** | letters |
| **Sent:** | Friday, September 6, 2019 11:26 PM |
| **To:** | Brian Greenspun;Bob Cauthorn |
| **Subject:** | FW: Not printing The Las Vegas Sun? |

**From:** Chris <███████████████>
**Sent:** Thursday, September 05, 2019 4:33 PM
**To:** letters@reviewjournal.com
**Cc:** letters <letters@gmgvegas.com>
**Subject:** Not printing The Las Vegas Sun?

I was very sad to hear that you want to stop including The Sun with the RJ. Newspapers should be balanced and fair. Unfortunately, Adelson has been chipping away at the RJ. The TV Guide is now 1/4 page buried in the Classified Section and the stocks are now a postage stamp size of "local interest" stocks only. Did you know that Tesla has offices here and many local employees. I used to follow their stock in the paper, but can't do that anymore. Then the price of my delivered subscription went up. And now you want to get rid of The Sun? The RJ has become more right-wing, conservative and pro-Trump! Did you know that there are more registered Democrats in Las Vegas than Republicans? We need The Sun now more than ever. You need to have a balanced conversation, not all one-sided! When the day comes that The Sun is no longer a part of the RJ is the day I am cancelling my subscription!

Chris Sappraicone
███████████████████████████

SUN_00000298

# EXHIBIT 71

Sept. 5, 2019, email from P. Ryan to B. Greenspun re Keep the Sun
(SUN_0000303-04) (**REDACTED**)

# EXHIBIT 71

| | |
|---|---|
| **From:** | letters </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2441A13CE2EE41CAA28A305EE946F0E2-LETTERS> |
| **To:** | Brian Greenspun; Bob Cauthorn |
| **Sent:** | 9/5/2019 6:24:35 PM |
| **Subject:** | FW: Keep the Sun |
| **Attachments:** | Need the Sun.doc |

**From:** Patrick Ryan < ███████████ >
**Sent:** Sunday, September 01, 2019 11:16 AM
**To:** letters <letters@gmgvegas.com>
**Subject:** Keep the Sun

Editor, This is a letter I sent to the LVRJ on Friday in response to their wanting to drop printing the Sun. Naturally, I want them to publish it, but you are welcome to use it as well. Keep up the good work.  PER

SUN_00000303

Patrick E. Ryan



August 30, 2019

Editor, *Las Vegas Review Journal*

The *LVRJ* desperately needs the *Las Vegas Sun* to help balance their narrowing right wing editorials. *The Sun* provides local readers (especially the majority of voters whom the *Review Journal* discounts) with national editorials by conservatives William Buckley, Bill Christopher, and David Brooks who aren't blinded by our current President's strange behavior. These men are not "liberals" or Democrats. They are thoughtful commentators, aware of the dangers to our democracy.

*The Sun* provides us with Democrats and liberals, widely respected, national writers Eugene Robinson, Paul Krugman, Nicholas Kristof, E.J. Dionne, Charles Blow, Maureen Dowd, and many others. (The Sun also gives us *Dilbert, Pearls Before Swine*, the NYT crossword, and sudoku!)

These opposing opinions are the reasons that the *LVRJ* doesn't want to publish *The Sun*, not the oh-so-weak local news coverage. Adelson's newspaper wants to promote its brand of conservatism and denigrate any opposition. (Really! Wayne Allen Root on the oped!)

I had been paying my subscription quarterly, anticipating this move to stop printing *The Sun*. After nine years, I recently canceled because of the slant of opinions expressed. I have re-subscribed when offered a much lower subscription rate, but most likely will cancel again if *The Sun* no longer balances the paper. I appreciate the news coverage in the *LVRJ*, but find most editorials difficult to stomach.

Sincerely,


Patrick E. Ryan

# EXHIBIT 72

June 13, 2016, email from J. Perdigao to F. Vega et al., re JOA Info
(DEFS0146935)
**(FILED UNDER SEAL)**

# EXHIBIT 72