# EXHIBIT A
# (Declaration of Michael Gayan)

1   J. RANDALL JONES, ESQ., SBN 1927
    r.jones@kempjones.com
2   MONA KAVEH, ESQ., SBN 11825
    m.kaveh@kempjones.com
3   KEMP JONES LLP
    3800 Howard Hughes Parkway, 17th Floor
4   Las Vegas, Nevada 89169
    Telephone:    +1 702 385 6000
5
    DAVID R. SINGER, ESQ. (*pro hac vice*)
6   dsinger@jenner.com
    AMY M. GALLEGOS, ESQ. (*pro hac vice*)
7   agallegos@jenner.com
    ANDREW G. SULLIVAN, ESQ. (*pro hac vice*)
8   agsullivan@jenner.com
    JENNER & BLOCK LLP
9   515 South Flower Street, Suite 3300
    Los Angeles, California 90071
10  Telephone:    +1 213 239 5100
    Facsimile:    +1 213 239 5199
11
    MICHAEL J. GAYAN, ESQ., SBN 11135
12  mike@claggettlaw.com
    CLAGGETT & SYKES LAW FIRM
13  4101 Meadows Lane, Suite 100
    Las Vegas, Nevada 89107
14  Telephone:    +1 702 333 7777
    Facsimile:    +1 702 655 3763
15
    RICHARD L. STONE, ESQ. (*pro hac vice*)
16  rstone@fastmail.com
    850 Devon Avenue
17  Los Angeles, California 90024
    Telephone:    +1 310 993 2068
18
    *Attorneys for Defendants/Counterclaimant*

19

20                **UNITED STATES DISTRICT COURT**

21                    **DISTRICT OF NEVADA**

22

23  LAS VEGAS SUN, INC.,                    Case No. 2:19-cv-01667-ART-MDC

            Plaintiff,                      **DECLARATION OF MICHAEL J.**
24                                          **GAYAN IN SUPPORT OF**
        v.                                  **EMERGENCY MOTION TO**
25                                          **EXPEDITE RESOLUTION OF**
    SHELDON ADELSON, et al.,                **DEFENDANTS' RENEWED MOTION**
26                                          **TO DISSOLVE PRELIMINARY**
            Defendants.                     **INJUNCTION**
27

28

AND RELATED COUNTERCLAIM

**DECLARATION OF MICHAEL J. GAYAN**

I, Michael J. Gayan, declare as follows:

1. I am an active member of the State Bar of Nevada, and I am a partner at the law firm of Claggett & Sykes Law Firm, which, along with Kemp Jones LLP, Jenner & Block LLP, and Richard L. Stone, serves as counsel of record for Defendants and Counterclaimant in this action.

2. This Declaration is filed in support of Defendants'/Counterclaimant's Emergency Motion to Expedite Resolution of the Renewed Motion to Dissolve Preliminary Injunction (the "Emergency Motion").

3. I have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify as set forth herein.

4. On August 4, 2025, the Ninth Circuit held the 2005 JOA "unlawful and unenforceable" under the NPA. *Las Vegas Sun, Inc. v. Adelson*, 147 F.4th 1103, 1121 (9th Cir. 2025). The Preliminary Injunction (ECF No. 13) requires the Review-Journal to "continue to perform under the 2005 JOA"—compelling conduct that is now unlawful under 15 U.S.C. § 1803(b) and that violates the Review-Journal's First Amendment right against compelled speech. Every day the Preliminary Injunction remains in effect, the Review-Journal suffers ongoing, irreparable harm.

5. Under the default briefing schedule, the concurrently filed Renewed Motion to Dissolve Preliminary Injunction would not be fully briefed before the Court for approximately 21 days. During that time, the Review-Journal will continue to be compelled, each day, to violate federal law. Expedited resolution is therefore essential.

6. Pursuant to Local Rule 7-4(a)(3), I certify it was not practicable to meet and confer with Plaintiff's counsel because (a) after 11:00 p.m. last night, Plaintiff filed motions seeking a new temporary restraining order and preliminary injunction providing the same relief as the existing injunction that Defendants seek to dissolve, all of which makes it clear Plaintiff will not agree to the relief Defendants seek (and the meet-and-confer process would only result in delay);

1

and (b) due to the urgency of the issues raised in the Renewed Motion to Dissolve Preliminary Injunction, Defendants plan to file their motions before business hours today.

7. The office addresses and telephone numbers for Defendants' counsel are on the first page of this Declaration, and such information for Plaintiff's counsel follows:

| | |
|---|---|
| E. LEIF REID, Nevada Bar No. 5750<br>KRISTEN L. MARTINI, Nevada Bar No. 11272<br>NICOLE SCOTT, Nevada Bar No. 13757<br>CLARK HILL PLC<br>1700 S. Pavillion Center Dr., Suite 500<br>Las Vegas, Nevada 89135<br>Tel: 702.862.8300<br>Fax: 702.778.9709<br>Email: lreid@clarkhill.com<br>         kmartini@clarkhill.com<br>         nscott@clarkhill.com<br><br>JAMES J. PISANELLI, Nevada Bar No. 4027<br>TODD L. BICE, Nevada Bar No. 4534<br>PISANELLI BICE PLLC<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101<br>Tel: 702.214.2100<br>Fax: 702.214.2101<br>Email: JJP@pisanellibice.com<br>         TLB@pisanellibice.com | JORDAN T. SMITH, Nevada Bar No. 12097<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106<br>Tel: 702.464.7022<br>Fax: 702.382.8135<br>Email: jsmith@bhfs.com<br><br>JOSEPH M. ALIOTO, *PRO HAC VICE*<br>ALIOTO LAW FIRM<br>One Sansome Street, 35th Floor<br>San Francisco, California 94104<br>Tel: 415.434.8900<br>Fax: 415.434.9200<br>Email: jmalioto@aliotolaw.com |

8. I have notified the courtroom administrators for the assigned Court that this Emergency Motion has been filed, as required by Local Rule 7-4(d).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 24th day of February, 2026, in Las Vegas, Nevada.

By:   */s/ Michael Gayan*
         MICHAEL J. GAYAN, ESQ., SBN 11135

2