1 | E. LEIF REID, Nevada Bar No. 5750
KRISTEN L. MARTINI, Nevada Bar No. 11272
NICOLE SCOTT, Nevada Bar No. 13757
CLARK HILL PLC
1700 S. Pavillion Center Dr., Suite 500
Las Vegas, Nevada 89135
Tel: 702.862.8300
Fax: 702.778.9709
Email: lreid@clarkhill.com
          kmartini@clarkhill.com
          nscott@clarkhill.com

JAMES J. PISANELLI, Nevada Bar No. 4027
TODD L. BICE, Nevada Bar No. 4534
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Tel: 702.214.2100
Fax: 702.214.2101
Email: JJP@pisanellibice.com
          TLB@pisanellibice.com

JORDAN T. SMITH, Nevada Bar No. 12097
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Tel: 702.464.7022
Fax: 702.382.8135
Email: jsmith@bhfs.com

JOSEPH M. ALIOTO, *PRO HAC VICE*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104
Tel: 415.434.8900
Fax: 415.434.9200
Email: jmalioto@aliotolaw.com

*Attorneys for Plaintiff/Counterdefendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SHELDON ADELSON (Estate Of), an individual, and as the alter ego of News+Media Capital Group LLC, Las Vegas Review-Journal, Inc., and Interface Operations LLC dba Adfam; PATRICK DUMONT, an individual, and as alter ego of Las Vegas Review-Journal, Inc., News+Media Capital Group, LLC, and Interface Operations LLC dba Adfam; NEWS+MEDIA CAPITAL GROUP LLC,, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; INTERFACE OPERATIONS LLC dba ADFAM, a Delaware limited liability company and as the alter ego of Las Vegas Review-Journal, Inc., and News+Media Capital Gorup, LLC; and DOES, | Case No.: 2:19-CV-01667-ART-MDC<br><br>**ERRATA TO PLAINTIFF/ COUNTERDEFENDANTS'** ***EMERGENCY*** **MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION [ECF NOS. 1026/1040(FUS) & 1033/1047(FUS)]** |

1

| | |
|---|---|
| 1 | I-X, inclusive, |
| 2 | Defendants. |
| 3 | LAS VEGAS REVIEW-JOURNAL, a Delaware corporation, |
| 4 | Counterclaimant, |
| 5 | v. |
| 6 | LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc., |
| 7 | |
| 8 | |
| 9 | |
| 10 | Counterclaim Defendants. |

Plaintiff Las Vegas Sun, Inc., and Counterdefendants Brian Greenspun and Greenspun Media Group, LLC (together, the "Sun"), through counsel of Clark Hill PLC, Pisanelli Bice PLLC, Brownstein Hyatt Farber Schreck, LLP, and Alioto Law Firm, submit this Errata to Plaintiff/Counterdefendants' *Emergency* Motion for Temporary Restraining Order and Preliminary Injunction (ECF Nos. 1026/1040 (FUS) & 1033/1047(FUS)) ("Motion") to include counsel's Declaration made pursuant to Local Rule 7-4 and made to authenticate certain Appendix exhibits

//
//
//
//
//
//
//
//
//
//
//

2

1 | filed in support of the Motion. Counsel certifies that the attached Declaration was inadvertently
2 | omitted from the Motion during the filing.

    Dated this 24th day of February, 2026.

By: */s/ Kristen L. Martini*
    E. Leif Reid, Nevada Bar No. 5750
    Kristen L. Martini, Nevada Bar No. 11272
    Nicole Scott, Nevada Bar No. 13757
    1700 S. Pavillion Center Drive, Suite 500
    Las Vegas, Nevada 89169

PISANELLI BICE PLLC
James J. Pisanelli, Nevada Bar No. 4027
Todd L. Bice, Nevada Bar No. 4534
400 South 7th Street, Suite 300
Las Vegas, Nevada 89135

BROWNSTEIN HYATT FARBER SHRECK, LLP
Jordan T. Smith, Nevada Bar No. 12097
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

ALIOTO LAW FIRM
Joseph M. Alioto, Pro Hac Vice
One Sansome Street, 35th Floor
San Francisco, California 94104

*Attorneys for Plaintiff/Counterdefendants*

## CERTIFICATE OF SERVICE

I certify that I am an employee of CLARK HILL PLC, and I caused a true and correct copy of the foregoing **ERRATA TO PLAINTIFF/COUNTERDEFENDANTS'** *EMERGENCY* **MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION [ECF Nos. 1026/1040 (FUS) & 1033/1047(FUS)]** to be served by the Court's Electronic Filing System to all parties on the current service list.

DATED: February 24, 2026.

/s/ *Jill Nelson*
An Employee of Clark Hill PLC

4


**INDEX OF EXHIBITS**

| EX. NO. | DESCRIPTION | NO. OF PAGES |
|---|---|---|
| 1 | Declaration of Kristen L. Martini in Support of Plaintiff/ Counterdefendants' *Emergency* Motion for Temporary Restraining Order and Preliminary Injunction | 8 |