# EXHIBIT 1

Declaration of Kristen L. Martini in Support of Plaintiff/ Counterdefendants' *Emergency* Motion for Temporary Restraining Order and Preliminary Injunction

# EXHIBIT 1

**DECLARATION OF KRISTEN L. MARTINI IN SUPPORT OF PLAINTIFF/COUNTERDEFENDANTS'** ***EMERGENCY*** **MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Kristen L. Martini, do hereby swear under penalty of perjury that the following assertions are true and correct to the best of my knowledge:

1. I am a duly licensed attorney admitted to practice in the State of Nevada. I am a member of Clark Hill PLC, and counsel for Plaintiff/Counterdefendants Las Vegas Sun, Inc., Counterdefendants Brian Greenspun and Greenspun Media Group, LLC (together, for purposes of this Motion and for ease of reference, referred to as, the "Sun") in this matter. I make this Declaration in support of Plaintiff/Counterdefendants' Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("Motion").

2. As set forth in the Sun's Motion, the RJ has stated on numerous occasions that it believes the Ninth Circuit's Opinion relieves it of all obligations to the joint operation, allowing it to terminate and cease printing and distributing the Sun, without further notice. It made this declaration in its initial Notice of Default in August 2019, and repeatedly in filings in this Court, the Ninth Circuit, and the United States Supreme Court. Now that the United States Supreme Court has denied the Sun's Petition for Writ of Certiorari, the RJ is, it believes, relieved of this Court's Stipulated Order to maintain the *status quo* (ECF No. 13), reigniting the immediate threat to the Sun.

3. The immediate urgency of the Sun's Motion has precluded the Sun from meeting and conferring with the RJ. The parties already met and conferred before the Sun was preparing to seek preliminary relief at the outset of this case, resulting in the Stipulated Order, which has just been dissolved at the RJ's request. Any meet and confer effort now would simply cause further delay with no possibility of another stipulation, compounding the Sun's irreparable injury.

4. The nature of this emergency satisfies the Sun's Motion being heard on an emergency basis pursuant to Local Rule 7-4.

5. Pursuant to Local Rule 7-4(a)(2), the following are the office addresses and telephone numbers of Plaintiff/Counterdefendants and Defendants/Counterclaimant:

- 1 -

| For Plaintiff/Counterdefendants: | For Defendants/Counterclaimant: |
|---|---|
| E. Leif Reid<br>Kristen L. Martini<br>Nicole Scott<br>Clark Hill PLC<br>1700 S. Pavillion Center Dr., Suite 500<br>Las Vegas, Nevada 89135<br>Tel: 702-862-8300 | J. Randall Jones<br>Mona Kaveh<br>Kemp Jones LLP<br>3800 Howard Hughes Parkway, 17th Floor<br>Las Vegas, Nevada 89169<br>Tel: 702-385-6000 |
| James J. Pisanelli<br>Todd L. Bice<br>Pisanelli Bice<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101<br>Tel: 702-214-2100 | David R. Singer<br>Amy M. Gallegos<br>Andrew G. Sullivan<br>Jenner & Block LLP<br>515 S. Flower Street, Suite 3300<br>Los Angeles, California 90071<br>Tel: 213-239-5100 |
| Jordan T. Smith<br>Brownstein Hyatt Farber Schreck, LLP<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106<br>Tel: 702-464-7022 | Richard L. Stone<br>850 Devon Avenue<br>Los Angeles, California 90024<br>Tel: 310-993-2068 |
| Joseph M. Alioto<br>Alioto Law Firm<br>One Sansome Street, 35th Floor<br>San Francisco, California 94104<br>Tel: 415-434-8900 | Michael J. Gayen<br>Clagett & Sykes<br>4101 Meadows Lane, Suite 89107<br>Las Vegas, Nevada 89107<br>Tel: 702-757-6738 |

6. The Sun's Motion will be electronically served on all counsel at the time of filing, and, pursuant to LR 7-4(d), the Sun will also advise the Courtroom Administrator for the assigned United States District Judge and Magistrate Judge that the Motion was filed.

7. Attached as **Exhibit 1** to the Motion is a true and correct copy of excerpts of the September 19, 2022, Expert Report of Las Vegas Sun, Inc's Expert Dr. Michael Katz, in this action. This document has been **FILED UNDER SEAL**.

8. Attached as **Exhibit 2** to the Motion is a true and correct copy of Sept. 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Dr. Robert Picard, in this action.

9. Attached as **Exhibit 7** to the Motion is a true and correct copy of excerpts of the transcript of Mark Hinueber's testimony during a hearing in the arbitration captioned *Las Vegas Sun, Inc. v. Stephens Media LLC*, AAA Case No. 01-16-0001-9187 (Oct. 6, 2016) (Vol. 4)

1  (SUN_00023106-08, 273-74, 278, 280, 282-86, 383). This document has been **FILED UNDER SEAL**.

10. Attached as **Exhibit 8** to the Motion is a true and correct copy of the September 8, 2016, Declaration of Mark Hinueber in Support of Stephens Media LLC's Opposition to Las Vegas Sun's Motion for Summary Judgment, *Las Vegas Sun, Inc. v. Stephens Media LLC,* AAA Case No. 01-16-0001-9187(SUN-00064364-67). This document has been **FILED UNDER SEAL**.

11. Attached as **Exhibit 10** to the Motion is a true and correct copy of the Hearing Transcript Excerpts of Jackson Farrow, *Las Vegas Sun, Inc. v. Stephens Media LLC*, AAA Case No. 01-16-0001-9187 (Oct. 5, 2016) (Vol. 3) (SUN_00021972-74, 76-83, 159). This document has been **FILED UNDER SEAL**.

12. Attached as **Exhibit 11** to the Motion is a true and correct copy of the Hearing Transcript Excerpts of Brian Greenspun, *Las Vegas Sun, Inc. v. Stephens Media LLC*, AAA Case No. 01-16-0001-9187 (Oct. 3, 2016) (Vol. 1) (SUN_00019641-43, 70, 96-97, 99, 703, 842). This document has been **FILED UNDER SEAL**.

13. Attached as **Exhibit 12** to the Motion is a true and correct copy of the September 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Lawrence Aldrich. This document has been **FILED UNDER SEAL**.

14. Attached as **Exhibit 14** to the Motion is a true and correct copy of the September 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Dr. Russell Lamb. This document has been **FILED UNDER SEAL**.

15. Attached as **Exhibit 15** to the Motion is a true and correct copy of the Deposition Transcript Excerpts of Las Vegas Sun, Inc.'s Expert L. Aldrich, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. March 15, 2023).

16. Attached as **Exhibit 20** to the Motion is a true and correct copy of the Deposition Transcript Excerpts of Las Vegas Sun, Inc.'s 30(b)(6) Corporate Representative Robert Cauthorn, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Feb. 16, 2022). This document has been **REDACTED**.

17. Attached as **Exhibit 23** to the Motion is a true and correct copy of the April 9, 2008, letter from B. Matelson to G. Lang, et al., re Las Vegas Joint Operating Agreement ("No Action Letter"), which was produced by Defendants as DEFS0000418.

18. Attached as **Exhibit 24** to the Motion is a true and correct copy of the Deposition Transcript Excerpts of Las Vegas Review-Journal 30(b)(6) Corporate Representative Glenn Cook, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Aug. 19, 2022). This document has been **REDACTED**.

19. Attached as **Exhibit 25** to the Motion is a true and correct copy of the Deposition Transcript Excerpts of Brian Greenspun, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Mar. 23, 2022).

20. Attached as **Exhibit 26** to the Motion is a true and correct copy of the Final Award of Arbitrator, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. 01-18-0000-7568 (July 2, 2019) (SUN_00013635-46). This document has been **FILED UNDER SEAL**.

21. Attached as **Exhibit 28** to the Motion is a true and correct copy of the Sept. 27-Oct. 4, 2019, email between counsel re Preliminary Injunction Motion.

22. Attached as **Exhibit 29** to the Motion is a true and correct copy of the Jan. 11, 2015, email from R. Pergament to P. Dumont et al., re Preliminary Observations (DEFS0028645-47). This document has been **FILED UNDER SEAL**.

23. Attached as **Exhibit 30** to the Motion is a true and correct copy of the Deposition Transcript Excerpts of Jason Taylor, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. 01-18-0000-7568 (Mar. 21, 2019). This document has been **FILED UNDER SEAL**.

24. Attached as **Exhibit 31** to the Motion is a true and correct copy of the Deposition Transcript Excerpts of Jason Taylor, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. May 12, 2022). This document has been **REDACTED.**

25. Attached as **Exhibit 32** to the Motion is a true and correct copy of the April 3, 2017, email from J. Wilson to N. Cusick re Monday Meeting Notes produced by Defendants as DEFS0016006-07. This document has been **FILED UNDER SEAL**.

1    26.    Attached as **Exhibit 33** to the Motion is a true and correct copy of the Deposition Transcript Excerpts of Craig Moon, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Mar. 3, 2022).

2    27.    Attached as **Exhibit 34** to the Motion is a true and correct copy of the January 18, 2023, Rebuttal Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Barbara Gottlieb. This document has been **FILED UNDER SEAL**.

3    28.    Attached as **Exhibit 35** to the Motion is a true and correct copy of the Las Vegas Review Journal Payment Calculation JOA Fiscal Year Ending March 2018 produced by Defendants as DEFS0165728. This document has been **FILED UNDER SEAL**.

4    29.    Attached as **Exhibit 36** to the Motion is a true and correct copy of the March 3, 2017, email from P. McGuire to C. Moon regarding Revised Summary of JOA Pmt Calc. Defendants produced this document as DEFS0165095-97. This document has been **FILED UNDER SEAL**.

5    30.    Attached as **Exhibit 37** to the Motion is a true and correct copy of the Stephens Media Group's Las Vegas Review Journal Fiscal Year End March 31, 2006, Financials (Exhibit 7 to Deposition of Robert Cauthorn, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. 01-18-0000-7568 (Mar. 27, 2019)). This document has been **FILED UNDER SEAL**.

6    31.    Attached as **Exhibit 38** to the Motion is a true and correct copy of the Deposition Transcript Excerpts of Las Vegas Review-Journal 30(b)(6) Corporate Representative Stephen Hall, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. May 12, 2022). This document has been **REDACTED**.

7    32.    Attached as **Exhibit 39** to the Motion is a true and correct copy of the September 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Barbara Gottlieb. This document has been **FILED UNDER SEAL**.

8    33.    Attached as **Exhibit 40** to the Motion is a true and correct copy of the February 12, 2016, email from P. Sack to S. Garfinkel re Las Vegas. Defendants produced this document as DEFS0093000-24. This document has been **FILED UNDER SEAL**.

1    34.    Attached as **Exhibit 41** to the Motion is a true and correct copy of the February 9, 2015, VRC Valuation of Certain Intangible Assets of Las Vegas Review Journal as of Dec. 10, 2015. Defendants produced this document as DEFS0092587-621. This document has been **FILED UNDER SEAL**.

35.    Attached as **Exhibit 42** to the Motion is a true and correct copy of the March 3, 2017, Email from C. Moon to F. Vega re an update and two quick questions. Defendants produced this document as DEFS0013609-10. This document has been **FILED UNDER SEAL**.

36.    Attached as **Exhibit 43** to the Motion is a true and correct copy of the Las Vegas Review-Journal, Inc. Financial Statements December 31, 2019 and 2018. Defendants produced this document as DEFS0083496-515. This document has been **FILED UNDER SEAL**.

37.    Attached as **Exhibit 46** to the Motion is a true and correct copy of the September 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Dr. Gregory Gundlach. This document has been **FILED UNDER SEAL**.

38.    Attached as **Exhibit 47** to the Motion is a true and correct copy of the September 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert J. David Kordalski. This document has been **FILED UNDER SEAL**.

39.    Attached as **Exhibit 48** to the Motion is a true and correct copy of the April 4, 2023, Supplemental Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Dr. Gregory Gundlach. This document has been **FILED UNDER SEAL**.

40.    Attached as **Exhibit 49** to the Motion is a true and correct copy of the September 19, 2016, email from J. Wilson to E. Cassidy re Re: RJ with Sun? Defendants produced this document as DEFS01454464-67. This document has been **FILED UNDER SEAL**.

41.    Attached as **Exhibit 50** to the Motion is a true and correct copy of the April 2, 2017, email from C. Moon to R. Cauthorn Re: Concerns about your new design. Defendants produced this document as DEFS0002488-89. This document has been **FILED UNDER SEAL**.

42.    Attached as **Exhibit 51** to the Motion is a true and correct copy of the Apr. 17, 2019, email from K. Espejo to K. Moyer re Re: The Sun in eEdition. Defendants produced this document as DEFS0166089-94. This document has been **FILED UNDER SEAL**.

43. Attached as **Exhibit 52** to the Motion is a true and correct copy of excerpts from Defendants' First Amended Responses to Plaintiff's Interrogatories (First Set) served on March 19, 2021, in the instant case.

44. Attached as **Exhibit 53** to the Motion is a true and correct copy of the Deposition Transcript Excerpts of Las Vegas Review-Journal 30(b)(6) Corporate Representative Chris Blaser, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Aug. 11, 2022) This document has been **REDACTED**.

45. Attached as **Exhibit 55** to the Motion is a true and correct copy of the Steve Kanigher's article, *Sun deal with R-J "a tremendous opportunity" Newspaper to return to morning delivery*, published in the Las Vegas Sun on June 15, 2005 (DEFS0190559-61).

46. Attached as **Exhibit 56** to the Motion is a true and correct copy of the Deposition Transcript Excerpts of Ray Brewer, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. June 24, 2022.

47. Attached as **Exhibit 57** to the Motion is a true and correct copy of the Las Vegas Review Journal Newsroom Guide (DEFS0185654-69). This document has been **FILED UNDER SEAL**.

48. Attached as **Exhibit 58** to the Motion is a true and correct copy of the June 4, 2016, Front Page of Newspapers, that Plaintiff produced in this case as SUN_00009885.

49. Attached as **Exhibit 59** to the Motion is a true and correct copy of the January 11, 2018, Front Page of Las Vegas Sun. Defendants produced this document as DEFS0001703.

50. Attached as **Exhibit 60** to the Motion is a true and correct copy of the February 13, 2018, Front Page of Las Vegas Sun. Defendants produced this document as DEFS0001697.

51. Attached as **Exhibit 62** to the Motion is a true and correct copy of the January 18, 2023, Rebuttal Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Dr. Michael Katz. This document has been **FILED UNDER SEAL**.

52. Attached as **Exhibit 63** to the Motion is a true and correct copy of the Deposition Transcript Excerpts of Patrick Dumont, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Oct. 28, 2021). This document has been **FILED UNDER SEAL**.

53. Attached as **Exhibit 64** to the Motion is a true and correct copy of the Deposition Transcript Excerpts of Keith Moyer, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Apr. 5, 2022).

54. Attached as **Exhibit 72** to the Motion is a true and correct copy of June 13, 2016, email from J. Perdigao to F. Vega et al., re JOA Info. Defendants produced this document as DEFS0146935. This document has been **FILED UNDER SEAL**.

55. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of February 2026.

_____
KRISTEN L. MARTINI

- 8 -