J. RANDALL JONES, ESQ., SBN 1927
r.jones@kempjones.com
MONA KAVEH, ESQ., SBN 11825
m.kaveh@kempjones.com
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada  89169
Telephone:      +1 702 385 6000

DAVID R. SINGER, ESQ. (*pro hac vice*)
dsinger@jenner.com
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
agallegos@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California  90071
Telephone:      +1 213 239 5100
Facsimile:       +1 213 239 5199

MICHAEL J. GAYAN, ESQ., SBN 11135
mike@claggettlaw.com
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada  89107
Telephone:      +1 702 333 7777
Facsimile:       +1 702 655 3763

RICHARD L. STONE, ESQ. (*pro hac vice*)
rstone@fastmail.com
850 Devon Avenue
Los Angeles, California  90024
Telephone:      +1 310 993 2068

*Attorneys for Defendants/Counterclaimant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>SHELDON ADELSON, et al.,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:19-cv-01667-ART-MDC<br><br>**APPENDIX OF EXHIBITS TO DECLARATON OF MICHAEL J. GAYAN IN SUPPORT OF OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>**(REDACTED)** |

Defendants, by and through their counsel of record, hereby submit their Appendix of Exhibits to Declaration of Michael J. Gayan in Support of Opposition to Motion for Temporary Restraining Order and Preliminary Injunction:

| Exhibit No. | Document | Bates No. |
|---|---|---|
| A | Assignment and Assumption Agreement (Stephens Media LLC to DB Acquisition, Inc.), dated March 18, 2015 | DEFS0018899–DEFS0018902 |
| B | Assignment and Assumption Agreement (DB Acquisition, Inc. to DB Nevada Holdings, Inc.), dated September 10, 2015 | DEFS0018903–DEFS0018904 |
| C | Excerpts of Deposition of Chris Allen Blaser as Rule 30(b)(6) Representative of Las Vegas Review-Journal, Inc., dated August 11, 2022 | |
| D | Email Chain Between Keith Moyer (Publisher, CEO and Editor, Las Vegas Review-Journal) and Robert Cauthorn (Las Vegas Sun), dated July 10, 2018 (with earlier messages beginning June 19, 2018), re: front page layout and ad sticker placement | SUN_00008920–SUN_00008921 |
| E | Complete Expert Rebuttal Report of David S. Evans, dated January 18, 2023 **[FILED UNDER SEAL]** | |
| F | Excerpts of Expert Rebuttal Report of David S. Evans, dated January 18, 2023 | |
| G | Certificate of Amendment of Certificate of Incorporation of DB Nevada Holdings, Inc. | DEFS0027576-DEFS0027577 |
| H | Excerpts of Brian Greenspun Text Messages **[FILED UNDER SEAL]** | SUN_00083091 |

Dated:   March 3, 2026                              CLAGGETT & SYKES LAW FIRM

                                        By:   *Michael Gayan*

1

J. RANDALL JONES, ESQ., SBN 1927
MONA KAVEH, ESQ., SBN 11825
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada  89169

DAVID R. SINGER, ESQ. (*pro hac vice*)
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California  90071

MICHAEL J. GAYAN, ESQ., SBN 11135
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada  89107

RICHARD L. STONE, ESQ. (*pro hac vice*)
850 Devon Avenue
Los Angeles, California  90024

*Attorneys for Defendants/Counterclaimant*

**PROOF OF SERVICE**

I hereby certify that on the 3rd day of March, 2026, I served a true and correct copy of the foregoing **APPENDIX OF EXHIBITS TO DECLARATION OF MICHAEL J. GAYAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** via the United States District Court's CM/ECF electronic filing system to all parties on the e-service list.

　　　　　　　　　　　　　　　　　　　　*/s/ Melisa Pytlik*
　　　　　　　　　　　　　　　　　　　　An employee of Claggett & Sykes Law Firm