Michael J. Gayan, Esq. (#11135)
CLAGGETT & SYKES LAW FIRM
1160 N. Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
mike@claggettlaw.com

J. Randall Jones, Esq. (#1927)
Mona Kaveh, Esq. (#11825)
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Fl.
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
r.jones@kempjones.com
m.kaveh@kempjones.com

David R. Singer, Esq. (*pro hac vice*)
Amy M. Gallegos, Esq. (*pro hac vice*)
Andrew G. Sullivan, Esq. (*pro hac vice*)
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile:  (213) 239-5199
dsinger@jenner.com
agallegos@jenner.com
agsullivan@jenner.com

Richard L. Stone, Esq. (*pro hac vice*)
850 Devon Avenue
Los Angeles, California 90024
Telephone: (310) 993-2068
rstone@fastmail.com

*Attorneys for Defendants/Counterclaimant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHELDON ADELSON, et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | Case No. 2:19-cv-01667-ART-MDC <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' RENEWED MOTION TO DISSOLVE PRELIMINARY INJUNCTION** |

/ / /

/ / /

- 1 -

Pending before this Court is Defendants' Notice of Motion and Renewed Motion to Dissolve Preliminary Injunction. ECF No. 1055. Having considered the papers submitted and any response thereto, the Court hereby **ORDERS** that:

Whereas, on October 9, 2019, the Court entered a stipulated preliminary injunction requiring Defendants to perform under the 2005 joint operating arrangement ("2005 JOA") [ECF No. 13];

Whereas, on August 4, 2025, the Ninth Circuit held that the "2005 JOA is unlawful and unenforceable" under the Newspaper Preservation Act ("NPA"). *Las Vegas Sun, Inc. v. Adelson*, 147 F.4th 1103 (9th Cir. Aug. 4, 2025), *cert denied*, *Las Vegas Sun, Inc. v. Adelson*, No. 25-697, 2026 WL 490865 (U.S. Feb. 23, 2026) (Order List);

Whereas, on February 24, 2026, Defendants filed a Renewed Motion to Dissolve the Preliminary Injunction (the "Motion") [ECF No. 1055];

Whereas, on February 25, 2026, Mandate issues from the Ninth Circuit Court of Appeals [ECF No. 1063]; and

Whereas, on March 2, 2026, Plaintiff filed its response to the Motion stating that "the Sun does not dispute that the stipulated order should be dissolved under the Ninth Circuit ruling that the 2005 JOA is unenforceable" [ECF No. 1067].

/ / /

/ / /

Accordingly, the Court GRANTS Defendants' Renewed Motion to Dissolve the Preliminary Injunction [ECF No. 1055] and ORDERS that the Preliminary Injunction entered on October 9, 2019 [ECF No. 13] is hereby dissolved.

**IT IS SO ORDERED.**

Dated: _____

                                        HON. ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE