| | |
|---|---|
| E. LEIF REID, Nevada Bar No. 5750 | JORDAN T. SMITH, Nevada Bar No. 12097 |
| KRISTEN L. MARTINI, Nevada Bar No. 11272 | BROWNSTEIN HYATT FARBER |
| NICOLE SCOTT, Nevada Bar No. 13757 | SCHRECK, LLP |
| CLARK HILL PLC | 100 North City Parkway, Suite 1600 |
| 1700 S. Pavillion Center Dr., Suite 500 | Las Vegas, Nevada 89106 |
| Las Vegas, Nevada 89135 | Tel: 702.464.7022 |
| Tel: 702.862.8300 | Fax: 702.382.8135 |
| Fax: 702.778.9709 | Email: jsmith@bhfs.com |
| Email: lreid@clarkhill.com | |
|         kmartini@clarkhill.com | JOSEPH M. ALIOTO, *PRO HAC VICE* |
|         nscott@clarkhill.com | ALIOTO LAW FIRM |
| | One Sansome Street, 35th Floor |
| JAMES J. PISANELLI, Nevada Bar No. 4027 | San Francisco, California 94104 |
| TODD L. BICE, Nevada Bar No. 4534 | Tel: 415.434.8900 |
| PISANELLI BICE PLLC | Fax: 415.434.9200 |
| 400 South 7th Street, Suite 300 | Email: jmalioto@aliotolaw.com |
| Las Vegas, Nevada 89101 | |
| Tel: 702.214.2100 | |
| Fax: 702.214.2101 | |
| Email: JJP@pisanellibice.com | |
|         TLB@pisanellibice.com | |

*Attorneys for Plaintiff/Counterdefendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation, | Case No.: 2:19-CV-01667-ART-MDC |
| Plaintiffs, | |
| v. | **PLAINTIFF'S OBJECTION TO DEFENDANT'S [PROPOSED] ORDER GRANTING DEFENDANTS' RENEWED MOTION TO DISSOLVE PRELIMINARY INJUNCTION [ECF NO. 1080]** |
| SHELDON ADELSON (Estate Of), an individual, and as the alter ego of News+Media Capital Group LLC, Las Vegas Review-Journal, Inc., and Interface Operations LLC dba Adfam; PATRICK DUMONT, an individual, and as alter ego of Las Vegas Review-Journal, Inc., News+Media Capital Group, LLC, and Interface Operations LLC dba Adfam; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; INTERFACE OPERATIONS LLC dba ADFAM, a Delaware limited liability company and as the alter ego of Las Vegas Review-Journal, Inc., and News+Media Capital Gorup, LLC; and DOES, | |

1

|   |   |
|---|---|
| 1 | I-X, inclusive, |
| 2 |                 Defendants. |
| 3 | LAS VEGAS REVIEW-JOURNAL, a Delaware corporation, |
| 4 |                 Counterclaimant, |
| 5 | v. |
| 6 | LAS VEGAS SUN, INC., a Nevada |
| 7 | corporation; BRIAN GREENSPUN, an individual and as alter ego of Las Vegas Sun, |
| 8 | Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter |
| 9 | ego of Las Vegas Sun, Inc., |
| 10 |                 Counterclaim Defendants. |

Plaintiff Las Vegas Sun, Inc. ("Sun"), through counsel of Clark Hill PLC, Pisanelli Bice PLLC, Brownstein Hyatt Farber Schreck, LLP, and Alioto Law Firm, objects to Defendants' improper submission of their [Proposed] Order Granting Defendants' Renewed Motion to Dissolve Preliminary Injunction ("Proposed Order") (ECF No. 1080). Defendants misleadingly quote a partial snippet of a statement made in Plaintiff/Counter-Defendants' Opposition to Defendants' Notice of Motion and Renewed Motion to Dissolve Preliminary Injunction (ECF No. 1067) as a basis for this Court's immediate granting of the RJ's renewed motion to allow the RJ to terminate the joint operation and cease printing and distributing the Sun. ECF No. 1080 at 2; *see also* ECF No. 1067. Critically, Defendants mischaracterize the Sun's statement[1] in complete disregard of the Sun's position regarding the necessary other preliminary injunctive relief in this action. *See generally* ECF No. 1067; *see also* ECF Nos. 1040 & 1047 (the Sun's pending *Emergency* Motion for Temporary Restraining Order and Preliminary Injunction). This Court entered an expedited briefing schedule on the RJ's and the Sun's pending motions, and set a hearing on the same for March 13, 2026. *See* ECF Nos. 1057, 1066. As such, the Sun objects to Defendants'

---

[1] *See* ECF No. 1067 at 5 ("To be clear, while the Sun does not dispute that the Stipulated Order should be dissolved under the Ninth Circuit's ruling that the 2005 JOA is unenforceable, <u>the Sun's pending request for preliminary relief must 'fill the gap' while the parties litigate the unresolved and outstanding issues</u>." (emphasis added)).

2

misrepresentations in the Proposed Order and consequently objects to Defendants' unjustified and imprudent submission of the same.

DATED this 5th day of March, 2026.

          CLARK HILL PLC

          By: */s/ Kristen L. Martini*
          E. Leif Reid, Nevada Bar No. 5750
          Kristen L. Martini, Nevada Bar No. 11272
          Nicole Scott, Nevada Bar No. 13757
          1700 S. Pavillion Center Drive, Suite 500
          Las Vegas, Nevada 89169

          PISANELLI BICE PLLC
          James J. Pisanelli, Nevada Bar No. 4027
          Todd L. Bice, Nevada Bar No. 4534
          400 South 7th Street, Suite 300
          Las Vegas, Nevada 89135

          BROWNSTEIN HYATT FARBER SHRECK, LLP
          Jordan T. Smith, Nevada Bar No. 12097
          100 North City Parkway, Suite 1600
          Las Vegas, Nevada 89106

          ALIOTO LAW FIRM
          Joseph M. Alioto, Pro Hac Vice
          One Sansome Street, 35th Floor
          San Francisco, California 94104

          *Attorneys for Plaintiff/Counterdefendants*

ClarkHill\105559\1015963\286814392.v1-3/5/26

# CERTIFICATE OF SERVICE

I certify that I am an employee of CLARK HILL PLC, and I caused a true and correct copy of the foregoing **PLAINTIFF'S OBJECTION TO DEFENDANT'S [PROPOSED] ORDER GRANTING DEFENDANTS' RENEWED MOTION TO DISSOLVE PRELIMINARY INJUNCTION [ECF NO. 1080]** to be served by electronically filing the foregoing with the CMECF electronic filing system which will send notice of electronic filing to:

J. Randall Jones, Esq.
Michael J Gayan, Esq.
Mona Kaveh, Esq.
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169

Michael J. Gayan
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107

Amy M. Gallegos, Esq.
David R. Singer, Esq.
Andrew G. Sullivan, Esq.
Alison I Stein, Esq.
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071

Richard L. Stone, Esq.
850 Deveon Avenue
Los Angeles, CA 90024

DATED: March 5, 2026.

                                              */s/ Kristen L. Martini*
                                              An Employee of Clark Hill PLC