E. Leif Reid, Nevada Bar No. 5750
Kristen L. Martini, Nevada Bar No. 11272
Nicole Scott, Nevada Bar No. 13757
CLARK HILL PLC
1700 S. Pavilion Center Dr., Suite 500
Las Vegas, Nevada 89135
Tel: 702.862.8300
Fax: 702.778.9709
Email: lreid@clarkhill.com
        kmartini@clarkhill.com
        nscott@clarkhill.com

James J. Pisanelli, Nevada Bar No. 4027
Todd L. Bice, Nevada Bar No. 4534
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Tel: 702.214.2100
Fax: 702.214.2101
Email: JJP@pisanellibice.com
        TLB@pisanellibice.com

*Attorneys for Plaintiff/Counterdefendants*

Jordan T. Smith, Nevada Bar No. 12097
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Tel: 702.464.7022
Fax: 702.382.8135
Email: jsmith@bhfs.com

Joseph M. Alioto, *PRO HAC VICE*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104
Tel: 415.434.8900
Fax: 415.434.9200
Email: jmalioto@aliotolaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

LAS VEGAS SUN, INC., a Nevada
corporation,

          Plaintiffs,

v.

SHELDON ADELSON (Estate Of), an
individual, and as the alter ego of News+Media
Capital Group LLC, Las Vegas Review-
Journal, Inc., and Interface Operations LLC
dba Adfam; PATRICK DUMONT, an
individual, and as alter ego of Las Vegas
Review-Journal, Inc., News+Media Capital
Group, LLC, and Interface Operations LLC
dba Adfam; NEWS+MEDIA CAPITAL
GROUP LLC, a Delaware limited liability
company; LAS VEGAS REVIEW-JOURNAL,
INC., a Delaware corporation; INTERFACE
OPERATIONS LLC dba ADFAM, a Delaware
limited liability company and as the alter ego
of Las Vegas Review-Journal, Inc., and

Case No.: 2:19-CV-01667-ART-MDC

**PLAINTIFF/COUNTERDEFENDANTS'
NOTICE OF SEALED DOCUMENTS**

**[EXHIBITS 2-3]**

**RE: PLAINTIFF'S REPLY TO
DEFENDANTS' OPPOSITION TO
*EMERGENCY* MOTION FOR
TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION
[ECF NOS. 1067/1070 (FUS)]**

ClarkHill\105559\1015963\286889381.v1-3/10/26

News+Media Capital Gorup, LLC; and DOES, I-X, inclusive,

Defendants.

LAS VEGAS REVIEW-JOURNAL, a Delaware corporation,

Counterclaimant,

v.

LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.,

Counterclaim Defendants.

Pursuant to LR IA 10-5 of the Local Rules of Practice for the United States District Court of Nevada, Plaintiff/Counterdefendant Las Vegas Sun, Inc., and Counterdefendants Brian Greenspun and Greenspun Media Group, LLC (together, for purposes of this Notice and for ease of reference, referred to as, the "Sun"), hereby files under seal the following exhibits contained in the Sun's Reply to Defendants' Opposition to Plaintiff's *Emergency* Motion for Temporary Restraining Order and Preliminary Injunction: Exhibit Nos. 2-3. The Sun's files these Exhibits under seal in accordance with this Court's previous sealing orders.

This Court ordered, in conjunction with the parties' sealing stipulations their cross-motions for summary judgment, that the Exhibits or their related documents be sealed. *See* ECF No. 619; *See* ECF Nos. 849, 850, 882, 883, 911, and 912. While Exhibit 2 was not included in the parties' cross-motion for summary judgment, Exhibit 2 is a document from the parties' 2019 Arbitration, and this Court has already ordered that all of the Arbitration materials must be filed under seal. *See, e.g.*, ECF No. 303 at 45:19-47:2; ECF No. 368 at 17:4-8; ECF No. 421 at 2:18-20. Given the urgency of the Sun's *Emergency* Motion, and knowing the RJ's consistent requests that the 2019 Arbitration materials be filed under seal, the Sun relies on the Court's prior orders in sealing Exhibit 2.

The Exhibits filed under seal contain a combination of sensitive business and financial

- 1 -

information, material designated "Confidential" and/or "Highly Confidential" under the parties' Protective Order, and 2019 Arbitration material. They consist of the following:

- Exhibit 2: Deposition Transcript Excerpts of Las Vegas Review-Journal 30(b)(6) Corporate Representative Stephen Hall, *Las Vegas Sun, Inc. v. News+Media Capital Group LLC*, AAA Case No. 01-18-0000-7567 (Mar. 13, 2019); and

- Exhibit 3: Sept. 19, 2022, Expert Report Excerpts of Las Vegas Sun, Inc.'s Expert Lawrence Aldrich.

DATED this 10th day of March, 2026.

CLARK HILL PLC

By: */s/ Kristen L. Martini*
E. Leif Reid, Nevada Bar No. 5750
Kristen L. Martini, Nevada Bar No. 11272
Nicole Scott, Nevada Bar No. 13757
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135

PISANELLI BICE PLLC
James J. Pisanelli, Nevada Bar No. 4027
Todd L. Bice, Nevada Bar No. 4534
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

BROWNSTEIN HYATT FARBER
SHRECK, LLP
Jordan T. Smith, Nevada Bar No. 12097
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

ALIOTO LAW FIRM
Joseph M. Alioto, Pro Hac Vice
One Sansome Street, 35th Floor
San Francisco, California 94104

*Attorneys for Plaintiff/Counterdefendants*

- 2 -

ClarkHill\105559\1015963\286889381.v1-3/10/26

## CERTIFICATE OF SERVICE

I certify that I am an employee of CLARK HILL PLC, and I caused a true and correct copy of the foregoing **PLAINTIFF/COUNTERDEFENDANTS' NOTICE OF SEALED DOCUMENTS [EXHIBITS 2-3] RE: PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S _EMERGENCY_ MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION [ECF NOS. 1067/1070 (FUS)]** to be served by electronically filing the foregoing with the CMECF electronic filing system which will send notice of electronic filing to:

J. Randall Jones, Esq.
Michael J Gayan, Esq.
Mona Kaveh, Esq.
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169

Michael J. Gayan
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107

Amy M. Gallegos, Esq.
David R. Singer, Esq.
Andrew G. Sullivan, Esq.
Alison I Stein, Esq.
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071

Richard L. Stone, Esq.
850 Devon Avenue
Los Angeles, CA 90024

DATED: March 10, 2026.

/s/ Kristen L. Martini
An Employee of Clark Hill PLC

- 3 -