# EXHIBIT B

Declaration of Michael J. Gayan in Support of Defendants' Emergency Motion to Stay Proceedings

J. RANDALL JONES, ESQ., SBN 1927
r.jones@kempjones.com
MONA KAVEH, ESQ., SBN 11825
m.kaveh@kempjones.com
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone:    +1 702 385 6000

DAVID R. SINGER, ESQ. (*pro hac vice*)
dsinger@jenner.com
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
agallegos@jenner.com
ANDREW G. SULLIVAN, ESQ. (*pro hac vice*)
agsullivan@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:    +1 213 239 5100
Facsimile:    +1 213 239 5199

MICHAEL J. GAYAN, ESQ., SBN 11135
mike@claggettlaw.com
CLAGGETT & SYKES LAW FIRM
1160 N. Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Telephone:    +1 702 333 7777
Facsimile:    +1 702 655 3763

RICHARD L. STONE, ESQ. (*pro hac vice*)
rstone@fastmail.com
850 Devon Avenue
Los Angeles, California 90024
Telephone:    +1 310 993 2068

*Attorneys for Defendants/Counterclaimant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC.,<br><br>                              Plaintiff,<br><br>        v.<br><br>SHELDON ADELSON, et al.,<br><br>                              Defendants.<br><br>_____<br>AND RELATED COUNTERCLAIM | Case No. 2:19-cv-01667-ART-MDC<br><br>**DECLARATION OF MICHAEL J. GAYAN IN SUPPORT OF DEFENDANTS' EMERGENCY MOTION TO STAY PROCEEDINGS** |

**DECLARATION OF MICHAEL J. GAYAN**

I, Michael J. Gayan, declare as follows:

1.      I am an active member of the State Bar of Nevada, and I am a partner at the law firm of Claggett & Sykes Law Firm, which, along with Kemp Jones LLP, Jenner & Block LLP, and Richard L. Stone, serves as counsel of record for Defendants and Counterclaimant in this action (collectively "Defendants").

2.      This Declaration is filed in support of Defendants' Emergency Motion to Stay Proceedings (the "Emergency Motion").

3.      I have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify as set forth herein.

4.      On August 4, 2025, the Ninth Circuit held the 2005 JOA "unlawful and unenforceable" under the NPA. *Las Vegas Sun, Inc. v. Adelson*, 147 F.4th 1103, 1121 (9th Cir. 2025) ("Decision").

5.      On March 12, 2026, the Court entered an Order, which granted the Sun's motion for a temporary restraining order and preliminary injunction. ECF No. 1096 ("Order"). The Court acknowledged that the Ninth Circuit's Decision required the dissolution of the prior injunction. Order at 3. Yet the Order states that it is "merely intended to preserve the status quo," *id*. at 11, which is performance under the unlawful and unenforceable 2005 JOA.

6.      On March 18, 2026, Defendants filed a petition for a writ of mandamus with the Ninth Circuit Court of Appeals related to the Court's Order, specifically challenging the ability to compel the Review-Journal to continue printing the Sun insert based on the unlawful and unenforceable 2005 JOA.

7.      Under the default briefing schedule, the instant Motion to Stay would not be briefed for 21 days (*i.e.*, April 9, 2026), which would be one day before the April 10 hearing and days after the deadlines to file a joint status report (April 3) and deliver electronic exhibits to the Court (April 8).

8.      Defendants respectfully ask the Court to resolve this Motion to Stay on an expedited basis because the preliminary injunction hearing (and related preparations) will require

1

substantial time and resources for the parties. In addition, the parties' preparations and the scope of the hearing may result in needless work for all involved if the Ninth Circuit's resolution of the Petition narrows the scope of or further informs the hearing.

9. Pursuant to Local Rule 7-4(a)(3), I certify that I met and conferred with Plaintiff's counsel, Leif Reid, Kristen Martini, and James Pisanelli on March 18, 2026, at 3:30 p.m. I discussed the scope of the forthcoming Petition and Defendants' intent to seek a stay of the April 10 hearing. Plaintiff's counsel agreed to consider the stay request and respond by today. Earlier today, Leif Reid responded and informed me that Plaintiff would not agree to Defendants' stay request. Thus, the parties were unable to resolve this matter without court action.

10. The office addresses and telephone numbers for Defendants' counsel are on the first page of this Declaration, and such information for Plaintiff's counsel follows:

E. LEIF REID, Nevada Bar No. 5750
KRISTEN L. MARTINI, Nevada Bar No. 11272
NICOLE SCOTT, Nevada Bar No. 13757
CLARK HILL PLC
1700 S. Pavillion Center Dr., Suite 500
Las Vegas, Nevada 89135
Tel: 702.862.8300
Fax: 702.778.9709
Email: lreid@clarkhill.com
        kmartini@clarkhill.com
        nscott@clarkhill.com

JAMES J. PISANELLI, Nevada Bar No. 4027
TODD L. BICE, Nevada Bar No. 4534
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Tel: 702.214.2100
Fax: 702.214.2101
Email: JJP@pisanellibice.com
        TLB@pisanellibice.com

JORDAN T. SMITH, Nevada Bar No. 12097
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Tel: 702.464.7022
Fax: 702.382.8135
Email: jsmith@bhfs.com

JOSEPH M. ALIOTO, PRO HAC VICE
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104
Tel: 415.434.8900
Fax: 415.434.9200
Email: jmalioto@aliotolaw.com

/ / /

/ / /

2

11.    I will promptly notify the courtroom administrators for the assigned Court that this Emergency Motion has been filed, as required by Local Rule 7-4(d).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of March, 2026, in Las Vegas, Nevada.

By:    */s/ Michael Gayan*
MICHAEL J. GAYAN, ESQ., SBN 11135

3