Michael J. Gayan, Esq. (#11135)
CLAGGETT & SYKES LAW FIRM
1160 N. Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
mike@claggettlaw.com

J. Randall Jones, Esq. (#1927)
Mona Kaveh, Esq. (#11825)
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Fl.
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
r.jones@kempjones.com
m.kaveh@kempjones.com

David R. Singer, Esq. (*pro hac vice*)
Amy M. Gallegos, Esq. (*pro hac vice*)
Andrew G. Sullivan, Esq. (*pro hac vice*)
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile:  (213) 239-5199
dsinger@jenner.com
agallegos@jenner.com
agsullivan@jenner.com

Richard L. Stone, Esq. (*pro hac vice*)
850 Devon Avenue
Los Angeles, California 90024
Telephone: (310) 993-2068
rstone@fastmail.com

*Attorneys for Defendants/Counterclaimant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHELDON ADELSON, et al., <br><br> Defendants. <br> _____ <br> AND RELATED COUNTERCLAIM | Case No. 2:19-cv-01667-ART-MDC <br><br> **[PROPOSED] ORDER DISSOLVING TEMPORARY RESTRAINING ORDER ENTERED ON MARCH 12, 2026 [ECF NO. 1096]** |

/ / /

/ / /

Pursuant to the Order entered by the United States Court of Appeals for the Ninth Circuit on March 30, 2026, the Court hereby **VACATES** the Temporary Restraining Order entered on March 12, 2026 [ECF No. 1096].

**IT IS SO ORDERED.**

Dated: _____

_____

HON. ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

- 2 -