J. RANDALL JONES, ESQ., SBN 1927
r.jones@kempjones.com
MONA KAVEH, ESQ., SBN 11825
m.kaveh@kempjones.com
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone:      +1 702 385 6000

DAVID R. SINGER, ESQ. (*pro hac vice*)
dsinger@jenner.com
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
agallegos@jenner.com
ANDREW G. SULLIVAN, ESQ. (*pro hac vice*)
agsullivan@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:      +1 213 239 5100
Facsimile:      +1 213 239 5199

MICHAEL J. GAYAN, ESQ., SBN 11135
mike@claggettlaw.com
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
Telephone:      +1 702 333 7777
Facsimile:      +1 702 655 3763

RICHARD L. STONE, ESQ. (*pro hac vice*)
rstone@fastmail.com
850 Devon Avenue
Los Angeles, California 90024
Telephone:      +1 310 993 2068

*Attorneys for Defendants/Counterclaimant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC.,<br><br>               Plaintiff,<br><br>     v.<br><br>SHELDON ADELSON, et al.,<br><br>               Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:19-cv-01667-ART-MDC<br><br>**DEFENDANTS' STATUS REPORT PURSUANT TO THE COURT'S MINUTE ORDER ON MARCH 20, 2026 [ECF NO. 1100]** |

Defendant/Counterclaimant Las Vegas Review-Journal, Inc., and Defendants News+Media Capital Group LLC, Estate of Sheldon Adelson, Patrick Dumont, and Interface Operations LLC dba Adfam (collectively, "Defendants"), by and through their counsel of record, Kemp Jones LLP, Jenner & Block LLP, Claggett & Sykes Law Firm, and Richard L. Stone, Esq., hereby respectfully submit their Status Report pursuant to the Court's Minute Order entered on March 20, 2026. ECF No. 1100.

On March 30, 2026, the United States Court of Appeals for the Ninth Circuit entered its Order "direct[ing] the district court to vacate its March 12, 2026 order enjoining [the Review-Journal] 'from ceasing to print or distribute the *Sun*.'" ECF No. 1106. Later that evening, Defendants filed a proposed order consistent with the Ninth Circuit's Order (ECF No. 1102) and emailed it to the Court's Courtroom Administrator. The Court has not yet vacated its March 12, 2026 order.

On March 31, 2026, Plaintiff filed another emergency motion for temporary restraining order and preliminary injunction. ECF No. 1103. Defendants intend to respond to that motion no later than April 3, 2026, despite the significant religious holidays this week.

Dated:  April 1, 2026

CLAGGETT & SYKES LAW FIRM

By:  */s/ Michael Gayan*
MICHAEL J. GAYAN, ESQ., SBN 11135
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107

J. RANDALL JONES, ESQ., SBN 1927
MONA KAVEH, ESQ., SBN 11825
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

DAVID R. SINGER, ESQ. (*pro hac vice*)
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
ANDREW G. SULLIVAN, ESQ. (*pro hac vice*)
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071

RICHARD L. STONE, ESQ. (*pro hac vice*)
850 Devon Avenue
Los Angeles, California 90024

*Attorneys for Defendants/Counterclaimant*

1

**<u>PROOF OF SERVICE</u>**

I hereby certify that on the 1st day of April, 2026, I served a true and correct copy of the foregoing **DEFENDANTS' STATUS REPORT PURSUANT TO THE COURT'S MINUTE ORDER ON MARCH 20, 2026 [ECF NO. 1100]** via the United States District Court's CM/ECF electronic filing system to all parties on the e-service list.

*/s/ Melisa Pytlik*
An employee of Claggett & Sykes Law Firm