E. LEIF REID, Nevada Bar No. 5750
KRISTEN L. MARTINI, Nevada Bar No. 11272
NICOLE SCOTT, Nevada Bar No. 13757
CLARK HILL PLC
1700 S. Pavilion Center Dr., Suite 500
Las Vegas, Nevada 89135
Tel: 702.862.8300
Fax: 702.778.9709
Email: lreid@clarkhill.com
        kmartini@clarkhill.com
        nsscott@clarkhill.com

JAMES J. PISANELLI, Nevada Bar No. 4027
TODD L. BICE, Nevada Bar No. 4534
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Tel: 702.214.2100
Fax: 702.214.2101
Email: JJP@pisanellibice.com
        TLB@pisanellibice.com

JORDAN T. SMITH, Nevada Bar No. 12097
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Tel: 702.464.7022
Fax: 702.382.8135
Email: jtsmith@bhfs.com

JOSEPH M. ALIOTO, *PRO HAC VICE*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104
Tel: 415.434.8900
Fax: 415.434.9200
Email: jmalioto@aliotolaw.com

*Attorneys for Plaintiff/Counterdefendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>               Plaintiffs,<br><br>v.<br><br>SHELDON ADELSON (Estate Of), an individual, and as the alter ego of News+Media Capital Group LLC, Las Vegas Review-Journal, Inc., and Interface Operations LLC dba Adfam; PATRICK DUMONT, an individual, and as alter ego of Las Vegas Review-Journal, Inc., News+Media Capital Group, LLC, and Interface Operations LLC dba Adfam; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; INTERFACE OPERATIONS LLC dba ADFAM, a Delaware limited liability company and as the alter ego of Las Vegas Review-Journal, Inc., and News+Media Capital Gorup, LLC; and DOES, | Case No.: 2:19-CV-01667-ART-MDC<br><br>**PLAINTIFF/COUNTERDEFENDANTS' STATUS REPORT PER ECF NO. 1100** |

1

I-X, inclusive,

Defendants.

LAS VEGAS REVIEW-JOURNAL, a
Delaware corporation,

Counterclaimant,

v.

LAS VEGAS SUN, INC., a Nevada
corporation; BRIAN GREENSPUN, an
individual and as alter ego of Las Vegas Sun,
Inc.; GREENSPUN MEDIA GROUP, LLC, a
Nevada limited liability company, as the alter
ego of Las Vegas Sun, Inc.,

Counterclaim Defendants.

Plaintiff Las Vegas Sun, Inc., and Counterdefendants Brian Greenspun and Greenspun Media Group, LLC (together, the "Sun"), through counsel of Clark Hill PLC, Pisanelli Bice PLLC, Brownstein Hyatt Farber Schreck, LLP, and Alioto Law Firm, hereby submit this status report pursuant to this Court's March 20, 2026, Order (ECF No. 1100).

Unironically, despite that this Court ordered that the "Parties shall file **a** status update with this Court within seven days of the Ninth Circuit's decision on the petition" (*id.* (emphasis added)), the RJ filed a unilateral status report without the courtesy of consulting the Sun.[1] *See* ECF No. 1107. Accordingly, the Sun submits the following as its independent status update.

On March 20, 2026, this Court granted the RJ's requested stay pending a decision from the Ninth Circuit on its Petition for Writ of Mandamus. ECF No. 1100. This Court also vacated the April 10 hearing on the Sun's *Emergency* Motion for TRO and Preliminary Injunction pending a decision from the Ninth Circuit. *Id.*

On March 30, the Ninth Circuit granted the RJ's Petition and directed this Court to vacate its Order enjoining the RJ from ceasing to print and distribute the Sun based on the "core" of the

---

[1] The last time the Court stated the "[p]arties are ordered to submit a status update no fewer than 10 days after the mandate issues" from the Ninth Circuit (ECF No. 1020), the Sun worked with the RJ to provide a joint status report as indicated in the Court's Order. *See* ECF No. 1082. The Sun wrongfully assumed the same process would be followed in response to the Court's subsequent order.

2

2005 JOA. ECF No. 1106 at 6. The Ninth Circuit offered no direction or impediment to an injunction tied the 1989 JOA when it reiterated, "[W]e do not have before us any issue concerning reversion to the 1989 JOA, and we express no views on any such questions." *Id.* at 7.

On the morning of March 31, 2026, the Sun filed its *Emergency* Renewed Motion for Temporary Restraining Order and Preliminary Injunction, and *Emergency* Motion to Reset Hearing on Sun's Pending Motion for Preliminary Injunction (ECF No. 1040/1047). ECF Nos. 1103-1105.

Before this Court entered its stay of all proceedings on March 20, the Sun's opposition to the RJ's Renewed Motion for Summary Judgment (ECF No. 1084) was due on March 30. Accordingly, because 10 days remained for the Sun to file its opposition to the RJ's Renewed Motion for Summary Judgment, the Sun intends to file that opposition on Thursday, April 9, 2026.

Still pending before this Court is the Sun's fully briefed Motion for Leave to Modify the Scheduling Order and Amend and Supplement the Complaint. ECF Nos. 1064, 1065.

DATED this 1st day of April, 2026.

CLARK HILL PLC

By: */s/ Kristen L. Martini*
E. Leif Reid, Nevada Bar No. 5750
Kristen L. Martini, Nevada Bar No. 11272
Nicole S. Scott, Nevada Bar No. 13757
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135

PISANELLI BICE PLLC
James J. Pisanelli, Nevada Bar No. 4027
Todd L. Bice, Nevada Bar No. 4534
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

BROWNSTEIN HYATT FARBER
SHRECK, LLP
Jordan T. Smith, Nevada Bar No. 12097
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

ALIOTO LAW FIRM
Joseph M. Alioto, Pro Hac Vice
One Sansome Street, 35th Floor
San Francisco, California 94104

*Attorneys for Plaintiff/Counterdefendants*

3

## CERTIFICATE OF SERVICE

I certify that I am an employee of CLARK HILL PLC, and I caused a true and correct copy of the foregoing **PLAINTIFF/COUNTERDEFENDANTS' STATUS REPORT PER ECF NO. 1100** to be served by electronically filing the foregoing with the CMECF electronic filing system which will send notice of electronic filing to:

J. Randall Jones, Esq.
Mona Kaveh, Esq.
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169

Michael J. Gayan, Esq.
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107

Amy M. Gallegos, Esq.
David R. Singer, Esq.
Andrew G. Sullivan, Esq.
Alison I Stein, Esq.
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071

Richard L. Stone, Esq.
850 Devon Avenue
Los Angeles, CA 90024

DATED: April 1, 2026.

/s/ Kristen L. Martini
An Employee of Clark Hill PLC

4

ClarkHill\105559\1015963\287225999.v1-4/1/26