UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAS VEGAS SUN, INC.,

                    Plaintiff,

    v.

SHELDON ADELSON, *et al.*,

                Defendants.

LAS VEGAS REVIEW-JOURNAL, INC.,

            Counter Claimant,

    v.

LAS VEGAS SUN, INC., *et al.*,

          Counter Defendants.

Case No. 2:19-cv-01667-ART-MDC

PRE-HEARING ORDER

(ECF No. 1160)

In preparation for the evidentiary hearing previously set for Monday, April 20, 2026, or if necessary, for Monday, April 20 through Tuesday, April 21, the parties are hereby ORDERED to exchange evidence, witness lists, and the estimated time that they will need for presentation by Thursday, April 16th at 12:00 p.m. The exchanged witness list must contain each witness's identity, contact information, and brief summaries of anticipated testimony to fairly afford the other party sufficient notice of the substance of the other party's expected testimony.

The parties are further ORDERED to submit status reports to the Court detailing the evidence they will present, the witnesses they will call, and the amount of time that they seek for presentation no later than Friday, April 17 at 12:00 p.m. In their status reports, the parties must stipulate to any undisputed

material facts and items of evidence. The parties must otherwise state with specificity the objection to any asserted material fact or item of evidence.

The parties are further ORDERED to provide the Court with an electronic version of all exhibits to be presented in the hearing by using the box.com link sent to counsel by the Courtroom Administrator no later than Friday, April 17 at 12:00 p.m. For exhibits, Plaintiff is to use numerals 1-499 and Defendants are to use numerals 500 and above. Counsel shall further provide the Court two binders with hard copies of the exhibits to the Courtroom Administrator on the date of the evidentiary hearing.

Construing the RJ's objection as a request for additional time (ECF No. 1160), the deadline for the RJ's response to the Sun's motion for preliminary injunctive relief (ECF No. 1128) is POSTPONED to Friday, April 17 at 12:00 p.m.

DATED: April 13, 2026

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2