J. RANDALL JONES, ESQ., SBN 1927
r.jones@kempjones.com
MONA KAVEH, ESQ., SBN 11825
m.kaveh@kempjones.com
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone:    +1 702 385 6000

DAVID R. SINGER, ESQ. (*pro hac vice*)
dsinger@jenner.com
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
agallegos@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:    +1 213 239 5100
Facsimile:    +1 213 239 5199

MICHAEL J. GAYAN, ESQ., SBN 11135
mike@claggettlaw.com
CLAGGETT & SYKES LAW FIRM
1160 N. Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Telephone:    +1 702 333 7777
Facsimile:    +1 702 655 3763

RICHARD L. STONE, ESQ. (*pro hac vice*)
rstone@fastmail.com
850 Devon Avenue
Los Angeles, California 90024
Telephone:    +1 310 993 2068

*Attorneys for Defendants/Counterclaimant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation, <br><br> Plaintiffs, <br><br> v. <br><br> SHELDON ADELSON (Estate Of), an individual, and as the alter ego of News+Media Capital Group LLC, Las Vegas Review-Journal, Inc., and Interface Operations LLC dba Adfam; PATRICK DUMONT, an individual, and as alter ego of Las Vegas Review-Journal, Inc., News+Media Capital Group, LLC, and Interface Operations LLC dba Adfam; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability | Case No.: 2:19-CV-01667-ART-MDC <br><br> **DEFENDANTS' STATUS REPORT PURSUANT TO ECF NO. 1164** |

1

4929-9847-0306.v3

company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; INTERFACE OPERATIONS LLC dba ADFAM, a Delaware limited liability company and as the alter ego of Las Vegas Review-Journal, Inc., and News+Media Capital Group, LLC; and DOES, I-X, inclusive,

Defendants.

LAS VEGAS REVIEW-JOURNAL, a Delaware corporation,

Counterclaimant,

v.

LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.,

Counterclaim Defendants.

On April 13, 2026, the Court ordered the parties to submit status reports to the Court identifying the evidence they will present, the witnesses they will call, and the amount of time that they seek for presentation during the hearing scheduled for April 20–21, 2026. The Court also ordered the parties to stipulate to any undisputed material facts and items of evidence, and to otherwise provide objections to any asserted material fact or item of evidence.  ECF No. 1164.

Pursuant to the Order, Defendant/Counterclaimant Las Vegas Review-Journal, Inc. (the "Review-Journal"), and Defendants News+Media Capital Group LLC, Estate of Sheldon Adelson, Patrick Dumont, and Interface Operations LLC dba Adfam (the Review-Journal and other Defendants, collectively, "Defendants"), by and through their counsel of record, Kemp Jones, LLP, Jenner & Block LLP, Claggett & Sykes Law Firm, and Richard L. Stone, Esq., respectfully submit this Status Report in advance of the preliminary injunction hearing scheduled for April 20–21, 2026, and state as follows:

/ / /

/ / /

2

4929-9847-0306.v3

**A.    Witnesses**

Witness List, with Contact Information, and Summaries of Anticipated Testimony:

1.    Glenn Cook

Executive Editor and Senior Vice President, Las Vegas Review-Journal

c/o J. Randall Jones, Esq. and Mona Kaveh, Esq.

Kemp Jones LLP

3800 Howard Hughes Parkway, 17th Floor

Las Vegas, Nevada 89169

Tel: (702) 385-6000

Mr. Cook is expected to testify regarding the Review-Journal's editorial operations, including the harm to the Review-Journal from being compelled to print, fund, and distribute content it does not wish to publish, and the relative harm to the Sun if the Review-Journal is not compelled to do so.

2.    Chris Blaser

Vice President, Las Vegas Review-Journal, Inc.

c/o J. Randall Jones, Esq. and Mona Kaveh, Esq.

Kemp Jones LLP

3800 Howard Hughes Parkway, 17th Floor

Las Vegas, Nevada 89169

Tel: (702) 385-6000

Mr. Blaser is expected to testify regarding the Review-Journal's printing and distribution operations, circulation and subscriber activity; harm to the Review-Journal if forced to comply with the 1989 JOA; and the relative harm to the Sun if the Review-Journal is not compelled to do so.

3.    David Nolte

Expert Witness for Defendants

c/o J. Randall Jones, Esq. and Mona Kaveh, Esq.

Kemp Jones LLP

3800 Howard Hughes Parkway, 17th Floor

3

4929-9847-0306.v3

Las Vegas, Nevada 89169

Tel: (702) 385-6000

Mr. Nolte is expected to testify regarding the financial and operational impact of performing the relief sought by the Sun's pending motion; trends in the print newspaper industry; the lack of harm to the Sun, including the lack of irreparable harm; alleged intangible harm; the practical inability of the Review-Journal having a monopoly over news; alleged barriers to entry; and bond-related damages calculations for full and partial performance of the 1989 JOA.

4. <u>David Evans, Ph.D.</u>

Expert Witness for Defendants

c/o J. Randall Jones, Esq. and Mona Kaveh, Esq.

Kemp Jones LLP

3800 Howard Hughes Parkway, 17th Floor

Las Vegas, Nevada 89169

Tel: (702) 385-6000

Dr. Evans is expected to testify in rebuttal to the analysis of the Sun's expert, Michael Katz, Ph.D.

**B.    Evidence to Be Presented**

Defendants' exhibit list for the hearing is attached as **Exhibit A**.  Defendants' objections to the Sun's exhibits disclosed to Defendants on April 16 are attached as **Exhibit B**.

**C.    Time**

Defendants respectfully request half of the total time the Court provides for both parties at the hearing.  Based on a two-day hearing, which the Sun has requested in the parties' meet-and-confer discussions, this is estimated to be approximately 6.0 hours for Defendants' presentation of evidence and argument.

**D.    Uncontested Facts**

In an email exchange on April 15, 2026, the Sun's counsel confirmed that the stipulated uncontested facts in the parties' joint pretrial order can be restated as the statement of uncontested facts in the status reports.  Shortly thereafter, the Sun's counsel added that they would be

4

4929-9847-0306.v3

supplementing that list with facts other than those identified as uncontested in the parties' order (and which Defendants dispute, which makes them inappropriate to present to the Court as undisputed). Defendants state below the facts identified as uncontested in the parties' Proposed Joint Pretrial Order (ECF No. 1003, at 12–15) which Defendants do not contest. Defendants object to any claim by the Sun that any fact is undisputed other than those set forth below.

1. The Sun is a Nevada corporation doing business in the State of Nevada.

2. The Sun is a wholly owned subsidiary of GMG.

3. Las Vegas Review-Journal, Inc., is a Delaware corporation doing business in the State of Nevada.

4. In 1989, the Sun was in probable danger of financial failure.

5. Las Vegas Review-Journal, Inc., is a wholly owned subsidiary of News + Media Capital Group LLC.

6. Orchid Flower LLC is the sole member of News + Media Capital Group LLC.

7. The Orchid Trust, for the benefit of its beneficiaries, owns Orchid Flower LLC.

8. Defendant Patrick Dumont, Dr. Miriam Adelson, and Sivan Dumont are the Trustees of The Orchid Trust.

9. Patrick Dumont is married to Sivan Dumont, and thus a son-in-law to Sheldon Adelson and Dr. Miriam Adelson.

10. The manager of News + Media Capital Group LLC is NMCG Manager LLC.

11. Stephen O'Connor is the manager of NMCG Manager LLC.

12. O'Connor does not receive compensation directly from the Las Vegas Review-Journal, Inc., or News + Media Capital Group LLC.

13. O'Connor is the Chief Financial Officer of Interface Group - Massachusetts, LLC.

14. Defendant Interface Operations LLC dba Adfam ("Adfam") is a Delaware limited liability company that does business in the State of Nevada.

15. Adfam was founded by Sheldon Adelson and operates as the private family office of the Adelson family. Adfam provides professional services to support the Adelson family and

4929-9847-0306.v3

members' personal and business interests, including Las Vegas Review-Journal, Inc. and News + Media Capital Group LLC.

16. In 2019, the Sun, as claimant, and Las Vegas Review-Journal, Inc. and News + Media Capital Group LLC, as respondents, engaged in an Arbitration, AAA Case Number: 01-18-0000-7567 (the "2019 Arbitration").

17. On August 30, 2019, after the 2019 Arbitration, in the related state court action pending in Clark County, Nevada, as Case No. A-18-772591-B, Las Vegas Review-Journal, Inc. and News + Media Capital Group LLC moved to amend their answer, and Las Vegas Review-Journal, Inc. moved to assert counterclaims against the Sun to, among other things, terminate the 2005 Amended JOA.

18. Brian Greenspun is the Chief Executive Officer of the Sun, and Publisher and Editor of the Sun newspaper.

19. Las Vegas Review-Journal, Inc., (also referred to as the "Review-Journal") operates and publishes the Las Vegas Review-Journal daily print newspaper in Clark County, Nevada.

20. ~~Under the 2005 Amended JOA, the newspapers' websites operate outside of the joint arrangement and are not costs chargeable to the JOA.~~ [**Disputed. The 2005 JOA is no longer in effect.**]

21. Stephen O'Connor is not involved in day-to-day operational matters regarding the Review-Journal; he is not involved in the hiring or firing of employees of the Review-Journal; and he does not make significant decisions on behalf of either the Review-Journal or News+Media without prior consultation with certain members of the Adelson family (including when responding to funding requests).

22. Mr. O'Connor's role includes ensuring that certain members of the Adelson family are informed regarding Review-Journal matters.

23. Employees of Adfam receive updates regarding the financial performance of the Review-Journal.

6

4929-9847-0306.v3

24. Certain employees of Adfam create and perform internal control checks on the Review-Journal and oversee the preparation of "going concern" letters to the Review-Journal's outside auditing firm, which are approved by Mr. Dumont and executed by Mr. O'Connor.

25. After News+Media acquired the Review-Journal, GateHouse continued to operate the Review-Journal under a management agreement that was later terminated.

26. On November 28, 2017, the Review-Journal agreed to produce certain categories of documents requested by the Sun.

27. On January 25, 2017, a meeting with Craig Moon, Robert Cauthorn, Brian Greenspun, and Frank Vega was held to preview financial results for the end of the fiscal year.

28. In early May 2019, Keith Moyer called Robert Cauthorn to inform him that the Review-Journal had restored or would shortly restore the Sun to the electronic replica edition to reverse a decision by Craig Moon.

29. The Las Vegas Review-Journal is a daily newspaper published in Clark County, Nevada. The newspaper's publication dates back to 1909, when it was first published as the Clark County Review. In 1929, the Clark County Review purchased the Clark County Journal, and the two publications began being published as a single newspaper, subsequently named the Las Vegas Review-Journal (the "Review-Journal").

30. The Las Vegas Sun newspaper began publication as a daily newspaper in Clark County, Nevada, in 1950.

31. On June 12, 1989, Donrey of Nevada, Inc., which at the time published the Review-Journal newspaper, and the Las Vegas Sun, Inc. (the "Sun"), which publishes the Las Vegas Sun newspaper, entered a joint operating arrangement (the "1989 JOA").

32. Under the 1989 JOA, the Review-Journal was a morning newspaper, and the Sun was an afternoon newspaper, save for joint publications on weekends, holidays, and special editions.

33. Under the 1989 JOA, the Review-Journal and the Sun remained separately sold and distributed newspapers with separate subscriber bases, except that both newspapers were jointly published on weekends, holidays, and for special editions.

4929-9847-0306.v3

34. In June 2005, the Sun and the publisher of the Review-Journal at that time, DR Partners, a Nevada Partnership, the successor-in-interest to Donrey of Nevada Inc., with Stephens Group, Inc., as its General Partner, executed an "Amended and Restated Agreement" (the "2005 Amended JOA").

DATED this 17th day of April, 2026.

CLAGGETT & SYKES LAW FIRM

By: /s/ *Michael Gayan*
Michael J. Gayan, Nevada Bar No. 11135
1160 N. Town Center Drive, Suite 200
Las Vegas, Nevada 89144

J. Randall Jones, Nevada Bar No. 1927
Mona Kaveh, Nevada Bar No. 11825
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

David R. Singer, Pro Hac Vice
Amy M. Gallegos, Pro Hac Vice
Andrew G. Sullivan, Pro Hac Vice
Alison I Stein, Pro Hac Vice
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071

Richard L. Stone, Pro Hac Vice
850 Devon Avenue
Los Angeles, California 90024

*Attorneys for Defendants/Counterclaimant*

8

4929-9847-0306.v3

**<u>PROOF OF SERVICE</u>**

I hereby certify that on the 17th day of April, 2026, I served a true and correct copy of the foregoing **DEFENDANTS' STATUS REPORT PURSUANT TO ECF NO. 1164** via the United States District Court's CM/ECF electronic filing system to all parties on the e-service list.

*/s/ Melisa Pytlik*
An employee of CLAGGETT & SYKES LAW FIRM

9

4929-9847-0306.v3