# EXHIBIT A

## Defendants' Hearing Exhibit List

**Defendants' Exhibits**

*Las Vegas Sun, Inc. v. Sheldon Adelson, et al., No. 2:19-cv-01667-ART-MDC*

| Ex. No. | Bates Beg | Bates End | Description | Doc. Date | ECF No. | Trial Exhibit (ECF No. 1003) |
|---|---|---|---|---|---|---|
| | | | *Documentary Exhibits* | | | |
| 500 | SUN_00001996 | SUN_00002039 | Joint Operating Agreement | 6/17/1989 | ECF No. 39-2 | Def. Ex. 267 |
| 501 | SUN_00002045 | SUN_00002069 | Amended and Restated Joint Operating Agreement | 6/10/2005 | | Sun Ex. 22; Def. Ex. 207 |
| 502 | SUN_00025139; SUN_00083091 | SUN_00025156; SUN_00083091 | Text Messages between Brian Greenspun and Bob Cauthorn | | | Def. Ex. 215 |
| 503 | DEFS0190574 | DEFS0190578 | Declaration of Brian Greenspun in Support of Emergency Motion for Temporary Restraining Order and for Preliminary Injunction, and to Establish Hearing and Briefing Schedule | 8/19/2013 | No. 2:13-cv-01494, ECF No. 2-1 | |
| 504 | | | Declaration of Brian Greenspun in Support of Reply in Support of Emergency Motion for Temporary Restraining Order and for Preliminary Injunction | 9/4/2013 | No. 2:13-cv-01667, ECF No. 20-1 | |
| 505 | | | Declaration of Brian Greenspun in Support of Las Vegas Sun's Motion for Summary Judgment | 5/30/2023 | ECF No. 830-1 | |
| 506 | | | Declaration of Brian Greenspun in Support of Las Vegas Sun's Opposition to Defendants' Motion for Summary Judgment | 7/14/2023 | ECF No. 877-6 | |
| 507 | SUN_00058442 | SUN_00058461 | Brian Greenspun's Verified Complaint | 8/20/2013 | No. 2:13-cv-01494, ECF No. 1 | Def. Ex. 319 |
| 508 | DEFS0006274 | DEFS0006277 | Email from Brian Greenspun to Patrick Dumont re How About a Chat? | 4/27/2016 | | Def. Ex. 331 |
| 509 | SUN_00000482 | SUN_00000482 | Greenspun Notes re JOA Meeting. Email from Unknown name to re: Discussion re JOA | 3/5/2017 | | Def. Ex. 332 |
| 510 | SUN_00008166 | SUN_00008167 | Email from Brian Greenspun to Patrick Dumont re $Hi | 5/18/2017 | | |
| 511 | DEFS0013290 | DEFS0013290 | Email from Patrick Dumont to Brian Greenspun re Good Morning. How does this read to you for email to send to Patrick? | 5/31/2017 | | Sun Ex. 573; Def. Ex. 337 |
| 512 | | | Las Vegas Sun's Second Amended Complaint | 4/6/2026 | ECF 1162 | |
| 513 | | | Las Vegas Sun's Verified Complaint for Divestiture, Injunction, and Damages by Reason of Defendants' Violations of the Sherman Antitrust Act, the Clayton Antitrust Act, and the Nevada Unfair Trade Practices Act | 9/24/2019 | ECF No. 1 | Def. Ex. 216 |
| 514 | DEFS0000419 | DEFS0000527 | Las Vegas Sun's First Amended Complaint (State District Court Case No. A-18-772591-B) | 11/15/2019 | ECF No. 839, Ex. 53 | Def. Ex. 262 |
| 515 | | | Deposition Transcript of Brian Greenspun, Las Vegas Sun, Inc. v. Adelson, et al., No. 2:19-cv-01667-ART-MDC | 3/23/2022 | | |
| 516 | | | Expert Report of Michael L. Katz (with exhibits) | 9/19/2022 | | Def. Ex. 634 |
| 517 | | | Expert Rebuttal Report of Michael L. Katz | 1/18/2023 | | Def. Ex. 635 |
| 518 | | | April 10, 2026, Declaration of Michael L. Katz and Supplemental Report of Michael L. Katz | 4/10/2026 | ECF No. 1143, Ex. 88 | |
| 519 | | | Deposition Transcript of Michael L. Katz, Las Vegas Sun, Inc. v. Adelson, et al., No. 2:19-cv-01667-ART-MDC | 4/3/2023 | | |
| 520 | | | Ninth Circuit Opinion | 8/4/2025 | Case No. 24-2287, Dkt. 61.1 | |
| 521 | | | Ninth Circuit Order on Defendants' petition for a writ of mandamus | 3/30/2026 | Case No. 26-1646, Dkt. 24.1 | |
| 522 | | | Deposition Transcript of Robert Picard, Las Vegas Sun, Inc. v. Adelson, et al., No. 2:19-cv-01667-ART-MDC | 3/21/2023 | | |
| 523 | | | Expert Report of Robert G. Picard, Ph.D. with Attachments | 9/19/2022 | | Def. Ex. 570 |
| 524 | | | Expert Rebuttal Report of Robert G. Picard, Ph.D. with Exhibit A | 1/18/2023 | | Def. Ex. 571 |
| 525 | | | April 10, 2026, Declaration of Robert G. Picard in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and Supplemental Report of Robert G. Picard, Ph.D. | 4/10/2026 | ECF No. 1143, Ex. 85 | |

| No. | Beg Bates | End Bates | Description | Date | ECF | Ex. |
|---|---|---|---|---|---|---|
| 526 | | | Robert Picard — Killing Journalism? The Economics of Media Convergence | | | Def. Ex. 576 |
| 527 | | | Robert Picard and Jeffrey Brody — The Newspaper Publishing Industry (Excerpts) | | | Def. Ex. 577 |
| 528 | | | Pew Research Center — More than Eight-in-Ten Americans Get News from Digital Devices | 1/12/2021 | | Def. Ex. 592 |
| 529 | | | Pew Research Center — What Are the Local News Dynamics in Your City? (Las Vegas-Henderson-Paradise, NV) | 3/26/2019 | | Def. Ex. 533 |
| 530 | DEFS0110238 | DEFS0110298 | Stephens Media, LLC - Confidential Information Presentation - Part I (October 2014) | 10/2014 | | |
| 531 | | | Order re Stipulation to Maintain Status Quo | 10/9/2019 | ECF No. 13 | |
| 532 | | | Declaration of Patrick Dumont in Support of Defendants' Motion for Summary Judgment | 7/14/2023 | ECF No. 862-2 | |
| 533 | SUN_00010156 | SUN_00010157 | Emails from Brian Greenspun to Patrick Dumont re Promotional line on today's front page for the sun | 4/11/2017 | | |
| 534 | SUN_00008329 | SUN_00008329 | Email from Robert Cauthorn to Brian Greenspun re Glenn Cook Bent Out of Shape ("frankly, being placed across the top of the page could be better for us") | 3/30/2017 | | Def Ex. 245 |
| 535 | DEFS0194033 | DEFS0194035 | Las Vegas Sun — FAQ | 6/3/2022 | | Def. Ex. 422 |
| 536 | | | Expert Report of Kenneth A. Paulson | 9/19/2022 | ECF No. 863-1 | Def Ex. 595 |
| 537 | | | Rebuttal Expert Report of Kenneth A. Paulson | 1/18/2023 | ECF No. 863-2 | Def. Ex. 1010 |
| 538 | | | Expert Report of David S. Evans | 1/18/2023 | | |
| 539 | | | Expert Report of David Nolte | 9/19/2022 | | |
| 540 | | | Rebuttal Report of David Nolte | | | |
| 541 | | | Declaration of David Nolte | 3/4/2026 | ECF No. 1076 | |
| 542 | | | Expert Rebuttal Report of Jerry Hausman | 1/16/2023 | ECF No. 864-4 | |
| 543 | | | Email from Ric Anderson to Brian Greenspun re Sun "Strategy" of Withholding Print Content | 11/3/2016 | ECF No. 576, Ex. B | |
| 544 | SUN_00068060 | SUN_00068060 | Email from Melissa Warren to Ray Brewer re Related Article — Quick Question ("Reverse Publishing") | 9/19/2018 | | Sun Ex. 810 ; Def Ex. 349 & 410 |
| 545 | DEFS0000611 | DEFS0000611 | Las Vegas Sun Front Page, January 11, 2018, Including "A Note From The Sun" | 1/11/2018 | | Def. Ex. 330 |
| 546 | APP_000373 | APP_000374 | Las Vegas Sun Permanent Advertisement Directing Readers Online ("TO FIND EVERYTHING WE'VE GOT") | 6/14/2019 | ECF No. 863 at APP_374 | Def. Ex. 259 |
| 547 | KATZ_00001120 | KATZ_00001120 | Spreadsheet: Media Audit Data LVRJ and LVS Readership | 9/26/2022 | | Sun Ex. 1497 |
| 548 | SUN_00068259 | SUN_00068260 | Email from Ric Anderson re "DEMOLISHING Our Competition" | 3/27/2015 | | Def. Ex. 1488 |
| 549 | | | Las Vegas Sun Company News Release: Greenspun Local Media Converging Into Single Organization | 12/1/2009 | | |
| 550 | | | Las Vegas Weekly "#1 in Local News and Entertainment" Advertisement | 8/18/2023 | ECF No. 886 at 6:23 | |
| 551 | | | Plaintiff's Responses to Defendants' First Set of Requests for Admission to Plaintiff | 6/22/2020 | | Def. Ex. 928 |
| 552 | | | Declaration of Christopher Blaser | 3/4/2026 | ECF No. 1078 | |
| 553 | | | Brian Greenspun, "Back Where We Belong," Las Vegas Sun Column | 10/2/2005 | | |
| 554 | SUN_00005870 | SUN_00005980 | Email from Bennett Matelson to G. Lang and A. Marx re Las Vegas JOA (Transmitting 2005 JOA to DOJ) | 8/26/2005 | | Sun Ex. 34 |
| 555 | DEFS0018899 | DEFS0018902 | Assignment and Assumption Agreement between Stephens Media LLC and DB Acquisition, Inc. | 3/18/2015 | | Def. Ex. 818 |
| 556 | DEFS0018903 | DEFS0018904 | Assignment and Assumption Agreement between DB Acquisition, Inc. and DB Nevada Holdings, Inc. | 9/10/2015 | | Def. Ex. 819 |
| 557 | DEFS0027575 | DEFS0027577 | Certificate of Amendment of Certificate of Incorporation of DB Nevada Holdings, Inc. | 12/10/2015 | | Def. Ex. 793 |
| 558 | | | Las Vegas Sun Reply in Support of Motion for TRO and Preliminary Injunction | 3/10/2026 | ECF No. 1091 | |
| 559 | SUN_00084487 | SUN_00084615 | Gannett Co., Inc., SEC Form 10-K | 12/31/2021 | | Sun Ex. 1383 |
| 560 | | | Greenspun Media Group LLC's Verified Complaint v. Stephens Media LLC | 8/20/2013 | ECF No. 450-3 | |
| 561 | DEFS0155423 | DEFS0155424 | Letter from Brian Greenspun to Sherman Frederick re Predate Edition of the "Sun" in Nye County | 2/8/2004 | | Def. Ex. 585 |
| 562 | | | 1989 JOA vs. 2005 Amended JOA Comparison Chart | 4/6/2026 | ECF No. 1119-1 | |
| 563 | | | Redline of First Amended Complaint to Second Amended Complaint | 4/8/2026 | ECF No. 1122-1 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 564 | | | 1989 Joint Operating Agreement with Attorney General Approval | 6/1/1990 | ECF No. 844-2 | |
| 565 | | | Opinion of the Assistant Attorney General — Determination That Sun Is a "Failing Newspaper" | 6/1/1990 | ECF No. 39-4 | |
| 566 | | | KNPR Radio Interview: Las Vegas Sun Publisher Challenges Casino Owner, GOP Donor Adelson on Gun Control | 8/13/2019 | | |
| 567 | SUN_00068158; SUN_00067820; SUN_00067822; SUN_00068088; SUN_00083684; SUN_00084677 | SUN_00068159; SUN_00067821; SUN_00067824; SUN_00068098; SUN_00083685; SUN_00084678 | Various GMG Interactive Financial Statements | | | Def. Ex. 453 |
| 568 | | | Order re Motions for Summary Judgment | 3/31/2024 | ECF No. 970 | |
| 569 | | | Declaration of Brian Greenspun in Support of Motion for Protective Order | 8/2/2021 | ECF No. 450-2 | |
| 570 | | | Adelson Family Recapitalization of the Joint Operation | | ECF No. 862-21 | |
| 571 | | | Amended Tab 1 of Additional Materials Considered to the Rebuttal Expert Report of Michael L. Katz | 1/31/2023 | | |
| 572 | | | Stipulated Injunction Order | 10/9/2019 | ECF No. 13 | |
| 573 | | | Las Vegas Sun's Ninth Circuit Appellate Brief | | | |
| 574 | | | Declaration of Brian Greenspun in Support of Las Vegas Sun's Opposition to Defendants' Motion for Summary Judgment | 7/14/2023 | ECF No. 877-6 | |
| 575 | KATZ_00013478; KATZ_00013484; KATZ_00013490; KATZ_00013497; KATZ_00013503; KATZ_00013509; KATZ_00013515; KATZ_00013521; KATZ_00013527; KATZ_00013536; KATZ_00013542; KATZ_00013543 | KATZ_00013483; KATZ_00013489; KATZ_00013496; KATZ_00013502; KATZ_00013508; KATZ_00013514; KATZ_00013520; KATZ_00013526; KATZ_00013535; KATZ_00013541; KATZ_00013542; KATZ_00013554 | Compass Lexecon (Michael L. Katz) Invoices, Ledger History, and Payment Records, March 2023 through June2024 | 3/22/2023–6/18/2024 | | Sun Exs. 1629, 1631, 1634, 1637, 1641, 1643, 1645, 1654, 1657, 1663, 1672, 1683 |
| 576 | | | Declaration of David Nolte | 4/17/2026 | ECF No. __ | |
| 577 | | | Declaration of David Evans | 4/17/2026 | ECF No. __ | |
| 578 | | | Declaration of Janet Owen | 4/17/2026 | ECF No. __ | |
| 579 | | | Declaration of Chris Blaser | 4/17/2026 | ECF No. __ | |
| 580 | | | Excel re Spring Sales Campaign | 4/17/2026 | ECF No. __ | |
| 581 | | | Excel Spreadsheet re Subscriber Stops | 4/17/2026 | ECF No. __ | |
| 582 | | | Screenshots of Las Vegas Sun Social Media Presence (X, Instagram, YouTube, Facebook) | 4/17/2026 | ECF No. __ | |
| 583 | | | "Connecting the dots" | | | Def Ex. 718 |

*Defendants reserve the right to utilize other documents for impeachment/rebuttal purposes as needed. Defendants also reserve their right to utilize any document designated as an Exhibit by the Sun for any purpose. Defendants' inclusion of the foregoing documents as exhibits at the hearing does not waive any claim or designation as to the confidentiality of the documents.*