# EXHIBIT B

## Defendants' Objections to the Sun's Exhibits

**PLAINTIFF LAS VEGAS SUN, INC.'S EXHIBIT LIST**

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 1 | Sept. 19, 2022, Expert Report of Las Vegas Sun, Inc.'s Expert Dr. Michael Katz | FRE 402 (Relevance); FRE 702 (Improper Expert Opinion); FRE 802 (Hearsay). |
| 2 | Sept. 19, 2022, Expert Report of Las Vegas Sun, Inc.'s Expert Dr. Robert Picard | FRE 402 (Relevance); FRE 702 (Improper Expert Opinion); FRE 802 (Hearsay). |
| 3 | June 17, 1989, Joint Operating Agreement (the "1989 JOA") (SUN_00001996-2039) | No objection. |
| 4 | Report of the Assistant Attorney General in Charge of the Antitrust Division, Public File No. 44-03-13, In the Matter of: Application by the Las Vegas Sun, Inc. and Donrey of Nevada, Inc. for Approval of a Joint Newspaper Operating Arrangement Pursuant to the Newspaper Preservation Act, 15. U.S.C. §§ 1801-1804 (SUN_00024386-453) | FRE 402 (Relevance); FRE 802 (Hearsay). |
| 5 | June 1, 1990, Opinion of The Attorney General, Public File No. 44-03-13, In the Matter of: Application by the Las Vegas Sun, Inc. and Donrey of Nevada, Inc. for Approval of a Joint Newspaper Operating Arrangement Pursuant to the Newspaper Preservation Act, 15 U.S.C. §§ 1801-1804 (SUN_00024373-85) | FRE 402 (Relevance); FRE 802 (Hearsay). |
| 6 | Declaration of Brian Greenspun in Support of Plaintiff/Counterdefendants' Emergency Motion for Temporary Restraining Order and Preliminary Injunction | FRE 402 (Relevance); FRE 802 (Hearsay). |
| 7 | Hearing Transcript Excerpts of Mark Hinueber, *Las Vegas Sun, Inc. v. Stephens Media LLC*, AAA Case No. 01-16-0001-9187 (Oct. 6, 2016) (Vol. 4) (SUN_00023106-08, 273-74, 278, 280, 282-86, 383) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 804(b)(1) (Improper Former Testimony). |
| 8 | Sept. 8, 2016, Declaration of Mark Hinueber in Support of Stephens Media LLC's Opposition to Las Vegas Sun's Motion for Summary Judgment, AAA Case No. 01-16-0001-9187 (SUN-00064364-67) | FRE 402 (Relevance); FRE 802 (Hearsay). |

**Exhibit B – Defendants' Objections to Plaintiffs' Hearing Exhibits**

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 9 | June 10, 2005, Amended and Restated Agreement (the "2005 JOA") (SUN_00002045-69) | No objection. |
| 10 | Hearing Transcript Excerpts of Jackson Farrow, *Las Vegas Sun, Inc. v. Stephens Media LLC*, AAA Case No. 01-16-0001-9187 (Oct. 5, 2016) (Vol. 3) (SUN_00021972-74, 76-83, 159) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 804(b)(1) (Improper Former Testimony). |
| 11 | Hearing Transcript Excerpts of Brian Greenspun, *Las Vegas Sun, Inc. v. Stephens Media LLC*, AAA Case No. 01-16-0001-9187 (Oct. 3, 2016) (Vol. 1) (SUN_00019641-43, 70, 96-97, 99, 703, 842) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 804(b)(1) (Improper Former Testimony). |
| 12 | Sept. 19, 2022, Expert Report of Las Vegas Sun, Inc.'s Expert Lawrence Aldrich | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 702 (Improper Expert Opinion). |
| 13 | June 16, 2005, email from G. Lang to J. Farrow et al., re DR Partners' submission of 2005 JOA to DOJ "pursuant to the Newspaper Preservation Act, 15 USC § 1801 et seq. and 28 CFR § 48.16 (SUN_00005886-89) | FRE 402 (Relevance); Parol Evidence Rule; FRE 802 (Hearsay); FRE 901 (Authentication); Description is insufficient to readily identify exhibit (LR 16-3(b)(8)). |
| 14 | Sept. 19, 2022, Expert Report of Las Vegas Sun, Inc.'s Expert Dr. Russell Lamb | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 702 (Improper Expert Opinion). |
| 15 | Deposition Transcript Excerpts of Las Vegas Sun, Inc.'s Expert L. Aldrich at 7, 22-23, 46, 49-50, 229-38, 240-41, *Las Vegas Sun, Inc. v. Adelson*, No. 2:18-cv-0166-ART-VCF (D. Nev. March 15, 2023) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 804(b)(1) (Improper Former Testimony). |
| 16 | Sept. 23, 2005, email from C. Cliff to D. Jordan, et al., re Amendment of the Las Vegas JOA – Joint Defense Agreement (SUN_00001673-84) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 901 (Authentication). |

**Exhibit B – Defendants' Objections to Plaintiffs' Hearing Exhibits**

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 17 | Aug. 5, 2005, facsimile from B. Matelson to G. Lang re Las Vegas JOA, CID No. 23751 (SUN_00012237-47) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 901 (Authentication). |
| 18 | Oct. 12, 2005, letter from A. Marx to B. Matelson, re responses to CID No. 23751 (SUN_00001806-14) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 901 (Authentication). |
| 19 | Feb. 13, 2006, facsimile from B. Matelson to A. Marx, re Civil Investigative Demand Nos. 24097 & 24098 (SUN_00012233-36) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 901 (Authentication). |
| 20 | Deposition Transcript Excerpts of Las Vegas Sun, Inc.'s 30(b)(6) Corporate Representative Robert Cauthorn at 237, 245-46, 253-54, 256-57, 270-75, *Las Vegas Sun, Inc. v. Adelson*, No. 2:18-cv-0166-ART-VCF (D. Nev. Feb. 16, 2022)<br><br>We need to add errata | FRE 402 (Relevance); FRE 802 (Hearsay). |
| 21 | Aug. 16, 2005, letter from B. Matelson to G. Lang re 8/16/05 DOJ faxed letter to G. Lang re Civil Investigative Demand No. 23751 (SUN_00012248-50) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 901 (Authentication). |
| 22 | Aug. 25, 2005, letter from G. Lang to B. Matelson re Las Vegas JOA (SUN_00001965-68) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 901 (Authentication). |
| 23 | Apr. 9, 2008, letter from B. Matelson to G. Lang, et al., re Las Vegas Joint Operating Agreement ("No Action Letter") (DEFS0000418) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 901 (Authentication). |
| 24 | Deposition Transcript of Las Vegas Review-Journal 30(b)(6) Corporate Representative Glenn Cook at 140-42, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Aug. 19, 2022) | No objection. |

**Exhibit B – Defendants' Objections to Plaintiffs' Hearing Exhibits**

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 25 | Deposition Transcript Excerpts of Brian Greenspun, at 163-64, 172-77, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Mar. 23, 2022) | FRE 402 (Relevance); FRE 802 (Hearsay). |
| 26 | Final Award of Arbitrator, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. 01-18-0000-7568 (July 2, 2019) (SUN_00013635-46) | FRE 402 (Relevance); FRE 802 (Hearsay). |
| 27 | Aug. 29, 2019, letter from K. Moyer to B. Greenspun re: Notice of Default (SUN_00053251-53) | FRE 402 (Relevance). |
| 28 | Sept. 27-Oct. 4, 2019, email between counsel re Preliminary Injunction Motion | FRE 402 (Relevance); FRE 802 (Hearsay). |
| 29 | Jan. 11, 2015, email from R. Pergament to P. Dumont et al., re Preliminary Observations (DEFS0028645-47) | FRE 402 (Relevance); FRE 602 (Lack of Personal Knowledge); FRE 701 (Improper Lay Opinion); FRE 701/403 (Impermissible Legal Conclusion); FRE 802 (Hearsay); FRE 805 (Double Hearsay). |
| 30 | Deposition Transcript of Jason Taylor at 19-20, 60-65, 83-88, 104-05, 107-08, 130-32, 148-60, 260, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. 01-18-0000-7568 (Mar. 21, 2019) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 804(b)(1) (Improper Prior Testimony). |
| 31 | Deposition Transcript Jason Taylor at 14-17, 62-64, 176-79, 188-89, 221-22, 291, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. May 12, 2022) | FRE 402 (Relevance); FRE 802 (Hearsay). |
| 32 | April 3, 2017, email from J. Wilson to N. Cusick re Monday Meeting Notes (DEFS0016006-07) | FRE 402 (Relevance). |
| 33 | Deposition Transcript of Craig Moon at 10, 17, 281-82, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Mar. 3, 2022) | FRE 402 (Relevance); FRE 802 (Hearsay). |

**Exhibit B – Defendants' Objections to Plaintiffs' Hearing Exhibits**

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 34 | Jan. 18, 2023, Rebuttal Expert Report Las Vegas Sun, Inc.'s Expert Barbara Gottlieb | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 702 (Improper Expert Opinion) |
| 35 | Las Vegas Review Journal Payment Calculation JOA Fiscal Year Ending March 2018 (DEFS0165728) | No objection. |
| 36 | Mar. 3, 2017, email from P. McGuire to C. Moon re Revised Summary of JOA Pmt. Calc (DEFS0165095-97) | FRE 402 (Relevance). |
| 37 | Stephens Media Group's Las Vegas Review Journal Fiscal Year End March 31, 2006, Financials (Exhibit 7 to Deposition of Robert Cauthorn, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. 01-18-0000-7568 (Mar. 27, 2019)) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 804(b)(1) (Improper Prior Testimony); FRCP 37 (Failure to Disclose); FRE 901 (Authentication). |
| 38 | Deposition Transcript Las Vegas Review-Journal 30(b)(6) Corporate Representative Stephen Hall at 67-68, 72-73, 99-101, 113, 122-24, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. May 12, 2022) | No objection. |
| 39 | Sept. 19, 2022, Expert Report of Las Vegas Sun, Inc.'s Expert Barbara Gottlieb | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 702 (Improper Expert Opinion). |
| 40 | Feb. 12, 2016, email from P. Sack to S. Garfinkel re Las Vegas (DEFS0093000-24) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 805 (Double Hearsay); FRE 901 (Authentication). |
| 41 | Feb. 9, 2015, VRC Valuation of Certain Intangible Assets of Las Vegas Review Journal as of Dec. 10, 2015 (DEFS0092587-621) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 901 (Authentication). |
| 42 | March 3, 2017, Email from C. Moon to F. Vega re an update and two quick questions (DEFS0013609-10) | FRE 402 (Relevance); FRE 802 (Hearsay). |

**Exhibit B – Defendants' Objections to Plaintiffs' Hearing Exhibits**

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 43 | Las Vegas Review-Journal, Inc. Financial Statements December 31, 2019, and 2018 (DEFS0083496-515) | No objection. |
| 44 | Las Vegas Review Journal Payment Calculation JOA Fiscal Year Ending March 2020 (SUN_00008774) | No objection. |
| 45 | Apr. 30, 2022, email from S. Hall to R. Cauthorn re JOA Calculation – JOA Year Ended March 2022 (SUN_00084445-47) | No objection. |
| 46 | Sept. 19, 2022, Expert Report Las Vegas Sun, Inc.'s Expert Dr. Gregory Gundlach | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 702 (Improper Expert Opinion). |
| 47 | Sept. 19, 2022, Expert Report Las Vegas Sun, Inc.'s Expert J. David Kordalski | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 702 (Improper Expert Opinion). |
| 48 | Apr. 4, 2023, Supplemental Expert Report of Las Vegas Sun, Inc.'s Expert Dr. Gregory Gundlach | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 702 (Improper Expert Opinion). |
| 49 | Sept. 19, 2016, email from J. Wilson to E. Cassidy re: RJ with Sun? (DEFS01454464-67) | FRE 402 (Relevance); FRE 802 (Hearsay). |
| 50 | Apr. 2, 2017, email from C. Moon to R. Cauthorn Re: Concerns about your new design (DEFS0002488-89) | FRE 402 (Relevance); FRE 802 (Hearsay). |
| 51 | Apr. 17, 2019, email from K. Espejo to K. Moyer re: The Sun in eEdition (DEFS0166089-94) | FRE 402 (Relevance); FRE 802 (Hearsay). |
| 52 | Defendants' First Amended Responses to Plaintiff's Interrogatories (First Set), served March 19, 2021 | No objection. |
| 53 | Deposition Transcript of Las Vegas Review-Journal 30(b)(6) Corporate Representative Chris Blaser at 115-16, 162-63, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Aug. 11, 2022) | No objection. |

**Exhibit B – Defendants' Objections to Plaintiffs' Hearing Exhibits**

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 54 | Chris Jones & J.M. Kalil's article, Las Vegas Sun to rise with morning RJ, published in the Las Vegas Review Journal on June 15, 2005 (SUN_0000627-32) | FRE 402 (Relevance); FRE 802 (Hearsay). |
| 55 | Steve Kanigher's article, *Sun deal with R-J "a tremendous opportunity" Newspaper to return to morning delivery*, published in the Las Vegas Sun on June 15, 2005 (DEFS0190559-61) | FRE 402 (Relevance); FRE 802 (Hearsay). |
| 56 | Deposition Transcript Excerpts of Ray Brewer at 118-19, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. June 24, 2022) | FRE 402 (Relevance); FRE 802 (Hearsay). |
| 57 | Las Vegas Review Journal Newsroom Guide (DEFS0185654-69) | FRE 402 (Relevance). |
| 58 | June 4, 2016, Front Page of Newspapers (SUN_00009885) | FRE 402 (Relevance); FRE 901 (Authentication). |
| 59 | Jan. 11, 2018, Front Page of Las Vegas Sun (DEFS0001703) | FRE 402 (Relevance); FRE 901 (Authentication). |
| 60 | Feb. 13, 2018, Front Page of Las Vegas Sun (DEFS0001697) | FRE 402 (Relevance); FRE 901 (Authentication). |
| 61 | Feb. 12, 2018, Email from R. Brewer to R. Cauthorn re: Two quick questions from LV Sun print (SUN_00055720) | FRE 402 (Relevance); FRE 802 (Hearsay). |
| 62 | Jan. 18, 2023, Rebuttal Expert Report of Las Vegas Sun, Inc.'s Expert Dr. Michael Katz | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 702 (Improper Expert Opinion). |
| 63 | Deposition Transcript Patrick Dumont, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Oct. 28, 2021) | No objection. |
| 64 | Deposition Transcript of Keith Moyer at 29-38, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Apr. 5, 2022) | No objection. |

**Exhibit B – Defendants' Objections to Plaintiffs' Hearing Exhibits**

| Exhibit No. | Description | Objection(s) |
|:---:|:---|:---|
| 65 | Aug. 30, 2019, letter from T. Burkholder to B. Greenspun re Message via the Las Vegas Sun (SUN_00000293) (**REDACTED**) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 901 (Authentication). |
| 66 | Sept. 6, 2019, email originally from A. Marshall to Las Vegas Sun Letters, re Please work with the RJ to maintain the JOA (SUN_00024479) (**REDACTED**) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 901 (Authentication). |
| 67 | Jan. 15, 2019, email from K. Woods to B. Greenspun re Message via the Las Vegas Sun (SUN_00000315) (**REDACTED**) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 901 (Authentication). |
| 68 | Aug. 27, 2017, email from M. Spigelman to B. Greenspun re Message via the Las Vegas Sun (SUN_00000376-77) (**REDACTED**) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 901 (Authentication). |
| 69 | Aug. 30, 2019, email from W. Wreatha to Las Vegas Sun Letters, re Printing & distribution arrangement with LV Review-Journal (SUN_0000300) (**REDACTED**) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 901 (Authentication). |
| 70 | Sept. 6, 2019, email from C. Sappraicone to Las Vegas Review Journal Letters re Not printing The Las Vegas Sun? (SUN_0000298) (**REDACTED**) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 901 (Authentication). |
| 71 | Sept. 5, 2019, email from P. Ryan to B. Greenspun re Keep the Sun (SUN_0000303-04) (**REDACTED**) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 901 (Authentication). |
| 72 | June 13, 2016, email from J. Perdigao to F. Vega et al., re JOA Info (DEFS0146935) | FRE 402 (Relevance); FRE 802 (Hearsay). |
| 73 | Excerpts of Defendants News+Media Capital Group LLC and Las Vegas Review-Journal Inc.'s First Amended Answer to Complaint and Counterclaims, *Las Vegas Sun, Inc. v. News+Media Capital Group LLC* (Clark Cnty. Dist. Ct. Sept. 30, 2019) | FRE 106 (Incomplete Document). |
| 74 | Deposition Transcript of the RJ's Rule 30(b)(6) corporate representative Stephen Hall, *Las Vegas Sun, Inc. v. News+Media* | FRE 402 (Relevance); FRE 802 (Hearsay); |

**Exhibit B – Defendants' Objections to Plaintiffs' Hearing Exhibits**

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| | *Capital Group LLC*, AAA Case No. 01-18-0000-7567 (Mar. 13, 2019) (SUN_00024708-09, 11, 14, 16, 32-33, 946) | FRE 804(b)(1) (Improper Prior Testimony). |
| 75 | September 19, 2022, initial report of Las Vegas Sun, Inc.'s expert Lawrence Aldrich | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 702 (Improper Expert Opinion). |
| 76 | February 16, 2022, Deposition Transcript of the Sun's Rule 30(b)(6) corporate representative Robert Cauthorn at 25-26, 121-28, *Las Vegas Sun, Inc. v. Sheldon Adelson (Estate of)*, Case No. 2:19-cv-01667-ART-MDC | FRE 402 (Relevance); FRE 802 (Hearsay). |
| 77 | March 10, 2026, Declaration of Barbara J. Gottlieb in Support of Plaintiff/Counterdefendants' Emergency Motion for Temporary Restraining Order and Preliminary Injunction | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 702 (Improper Expert Opinion). |
| 78 | March 10, 2026, Declaration of Robert G. Picard in Support of Plaintiff/Counterdefendants' Emergency Motion for Temporary Restraining Order and Preliminary Injunction | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 702 (Improper Expert Opinion). |
| 79 | Las Vegas Review-Journal Newspaper Subscriptions Options as of April 3, 2026 (SUN_00169020) | FRE 402 (Relevance); FRE 901 (Authentication). |
| 80 | Las Vegas Review-Journal, *Why we've stopped printing the Sun* article, April 3, 2026 (SUN_00169045-46) | No objection. |
| 81 | Sun letters and social media posts, April 3-5, 2026 (SUN_00169041-44, 47-51) **(REDACTED)** | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 901 (Authentication). |
| 82 | Combined Newspapers front pages, 1991-2004 (SUN_00169021-40) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 901 (Authentication). |
| 83 | April 10, 2026, Declaration of J. David Kordalski in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and Supplemental Expert Report of J. David Kordalski | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 702 (Improper Expert Opinion). |

**Exhibit B – Defendants' Objections to Plaintiffs' Hearing Exhibits**

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 84 | April 10, 2026, Declaration of Barbara J. Gottlieb and Supplement to Expert Witness Reports of Barbara J. Gottlieb, CPA/CFF, CFE | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 702 (Improper Expert Opinion). |
| 85 | April 10, 2026, Declaration of Robert G. Picard in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and Supplemental Report of Robert G. Picard, Ph.D. | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 702 (Improper Expert Opinion). |
| 86 | April 10, 2026, Declaration of Gregory T. Gundlach in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and Second Supplement to Report of Gregory T. Gundlach, J.D., PhD. | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 702 (Improper Expert Opinion). |
| 87 | April 10, 2026, Declaration of Lawrence J. Aldrich in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and Supplemental Expert Report of Lawrence J. Aldrich | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 702 (Improper Expert Opinion). |
| 88 | April 10, 2026, Declaration of Michael L. Katz and Supplemental Report of Michael L. Katz | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 702 (Improper Expert Opinion). |
| 89 | Declaration of Brian L. Greenspun in Support of Plaintiff/Counterdefendants' Motion for Temporary Restraining Order and Preliminary Injunction | FRE 402 (Relevance); FRE 802 (Hearsay). |
| 90 | August 12, 2022, Deposition Transcript of Chris Blaser (Individual), *Las Vegas Sun, Inc. v. Sheldon Adelson (Estate of)*, Case No. 2:19-cv-01667-ART-MDC | No objection. |
| 91 | April 12, 2023, Deposition Transcript and Exhibits of Las Vegas Review-Journal's Expert David Evans, *Las Vegas Sun, Inc. v. Sheldon Adelson (Estate of)*, Case No. 2:19-cv-01667-ART-MDC | No objection. |
| 92 | April 10, 2023, CONDENSED Deposition Transcript of Las Vegas Review-Journal's Expert David Nolte, *Las Vegas Sun, Inc. v. Sheldon Adelson (Estate of)*, Case No. 2:19-cv-01667-ART-MDC | No objection. |
| 93 | September 19, 2022, Initial Report of Las Vegas Review-Journal's Expert David Nolte, *Las Vegas Sun, Inc. v. Sheldon Adelson (Estate of)*, Case No. 2:19-cv-01667-ART-MDC | No objection. |

**Exhibit B – Defendants' Objections to Plaintiffs' Hearing Exhibits**

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 94 | January 18, 2023, Rebuttal Report of Las Vegas Review-Journal's Expert David Nolte, *Las Vegas Sun, Inc. v. Sheldon Adelson (Estate of)*, Case No. 2:19-cv-01667-ART-MDC | No objection. |
| 95 | January 18, 2023, Rebuttal Expert Report of Las Vegas Sun, Inc.'s Expert Robert Picard, Ph.D. | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 702 (Improper Expert Opinion). |
| 96 | January 31, 2023, Supplement to Rebuttal Expert Report of Las Vegas Sun, Inc.'s Expert Dr. Michael Katz | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 702 (Improper Expert Opinion). |
| 97 | July 14, 2023, Declaration of Ray Brewer in support of Plaintiff/Counterdefendants' Opposition to Motion for Summary Judgment (ECF No. 876-16) | FRE 402 (Relevance); FRE 802 (Hearsay). |
| 98 | July 14, 2023, Declaration of Robert Cauthorn in support of Plaintiff/Counterdefendants' Opposition to Motion for Summary Judgment (ECF No. 876-7) | FRE 402 (Relevance); FRE 802 (Hearsay). |
| 99 | July 14, 2023, Declaration of Brian Greenspun in support of Plaintiff/Counterdefendants' Opposition to Motion for Summary Judgment (ECF No. 876-6) | FRE 402 (Relevance); FRE 802 (Hearsay). |
| 100 | May 30, 2023, Declaration of Brian Greenspun in support of Plaintiff/Counterdefendants' Motion for Summary Judgment (ECF No. 830-1) | FRE 402 (Relevance); FRE 802 (Hearsay). |
| 101 | January 18, 2023, Rebuttal Expert Report of Las Vegas Review-Journal's Expert David Evans | No objection. |
| 102 | March 4, 2026, Declaration of Chris Blaser in support of Defendant Las Vegas Review-Journal's Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 1078) | No objection. |
| 103 | March 4, 2026, Declaration of David Nolte in support of Defendant Las Vegas Review-Journal's Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 1076) | No objection. |

**Exhibit B – Defendants' Objections to Plaintiffs' Hearing Exhibits**

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 104 | L. Shaker, *Dead Newspapers and Citizens' Civic Engagement*, Political Communication 31:1, 131-148 (2014) | FRE 402 (Relevance); FRE 802 (Hearsay); FRCP 37 (Failure to Disclose); FRE 901 (Authentication). |
| 105 | January 17, 2015, email from M. Schroeder to R. Pergament Re: -- Friday email from Patrick in Las Vegas(SCHROEDER002901) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 901 (Authentication). |
| 106 | January 17, 2015, email from R. Pergament to P. Dumont, et al. re Fwd: Notes prior to Monday 9am call (SCHROEDER_001398) | FRE 402 (Relevance); FRE 802 (Hearsay). |
| 107 | January 8, 2015, email from R. Pergament to D. Nizen et al re: notes from Don and then key logistics below in bold (SCHROEDER_001435) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 901 (Authentication). |
| 108 | Deposition Transcript of Russel Pergament at 200-05, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Dec. 13, 2021) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 804(b) (Improper Prior Testimony). |
| 109 | November 3, 2004, email from M. Ferguson to R. Gash re Sun Savings (DEFS0163378-79) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 901 (Authentication). |
| 110 | February 11, 2019, LVRJ Home Delivery Director K. Craig Home Delivery Slides Excerpt (ADFM--5407-13) | FRE 106 (Incomplete Document); FRE 402 (Relevance); FRE 802 (Hearsay); FRE 901 (Authentication). |
| 111 | D. Kitchen, Scarborough trend R1 2015 to R1 2020 (DEFS0002906) | FRE 402 (Relevance); FRE 802 (Hearsay). |
| 112 | Alliance for Audited Media Audit Report News Media 12 months ended June 30, 2020 (SUN_00055170-92) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 901 (Authentication). |

**Exhibit B – Defendants' Objections to Plaintiffs' Hearing Exhibits**

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 113 | Fair Market Value Analysis for the Las Vegas Review Journal Tangible Personal Property (DEFS0018178-374) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 901 (Authentication). |
| 114 | The Cheshire Co. Real Estate Valuations and Consulting January 15, 2015, Appraisal Report of the Review Journal Media Campus (DEFS018028-177) | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 901 (Authentication). |
| 115 | C.W. Driver Companies Images of Las Vegas Review Journal – Newspaper Printing Plant, (https://www.cwdriver.com/project/las-vegas-review-journal-newspaper-printing-plant/, last accessed Apr. 16, 2026) | FRE 402 (Relevance); FRE 802 (Hearsay); FRCP 37 (Failure to Disclose); FRE 901 (Authentication). |
| 116 | Cushman & Wakefield, Marketbeat Las Vegas Industrial Q4 2021 | FRE 402 (Relevance); FRE 802 (Hearsay); FRCP 37 (Failure to Disclose); FRE 901 (Authentication). |
| 117 | Cushman & Wakefield, Marketbeat Las Vegas Office Q1 2021 | FRE 402 (Relevance); FRE 802 (Hearsay); FRCP 37 (Failure to Disclose); FRE 901 (Authentication). |
| 118 | R. Picard, *Evidence of a 'Failing Newspaper' Under the Newspaper Preservation Act*, Newspaper Research J. (Vol. 9, No. 1 Fall 1987) | FRE 402 (Relevance); FRE 802 (Hearsay); FRCP 37 (Failure to Disclose); FRE 901 (Authentication). |
| 119 | R. Picard, *Modeling the problem – De novo entry into daily newspaper markets*, Newspaper Research J. (Vol. 19, No. 3/4 Summer/Fall 1997) | FRE 402 (Relevance); FRE 802 (Hearsay); FRCP 37 (Failure to Disclose); FRE 901 (Authentication). |
| 120 | Deposition Ex. 14 to August 12, 2022, Deposition Transcript of Chris Blaser (Individual), *Las Vegas Sun, Inc. v. Sheldon Adelson (Estate of)*, Case No. 2:19-cv-01667-ART-MDC | FRE 402 (Relevance); FRE 802 (Hearsay); FRE 901 (Authentication). |

**Exhibit B – Defendants' Objections to Plaintiffs' Hearing Exhibits**

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 121 | Excerpt from the June 1, 2023, Las Vegas Sun Newspaper | FRE 106 (Incomplete Document); FRE 402 (Relevance); FRE 802 (Hearsay); FRCP 37 (Failure to Disclose); FRE 901 (Authentication). |
| 122 | Excerpts from the December 22, 2024, Las Vegas Sun Newspaper | FRE 106 (Incomplete Document); FRE 402 (Relevance); FRE 802 (Hearsay); FRCP 37 (Failure to Disclose); FRE 901 (Authentication). |
| 123 | Excerpts from the December 29, 2024, Las Vegas Sun Newspaper | FRE 106 (Incomplete Document); FRE 402 (Relevance); FRE 802 (Hearsay); FRCP 37 (Failure to Disclose); FRE 901 (Authentication). |
| 124 | Excerpts from the June 5, 2025, Las Vegas Sun Newspaper | FRE 106 (Incomplete Document); FRE 402 (Relevance); FRE 802 (Hearsay); FRCP 37 (Failure to Disclose); FRE 901 (Authentication). |
| 125 | Excerpts from the September 23, 2025, Las Vegas Sun Newspaper | FRE 106 (Incomplete Document); FRE 402 (Relevance); FRE 802 (Hearsay); FRCP 37 (Failure to Disclose); FRE 901 (Authentication). |
| 126 | Image from Spectrum News: https://spectrumlocalnews.com/us/snplus/news/2023/11/30/miriam-adelson-trump-casino-mavericks (last accessed Apr. 16, 2026) | FRE 402 (Relevance); FRE 802 (Hearsay); FRCP 37 (Failure to Disclose); FRE 901 (Authentication). |

**Exhibit B – Defendants' Objections to Plaintiffs' Hearing Exhibits**

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| **127** | Image from NY Times: https://www.nytimes.com/2026/04/16/us/politics/jd-vance-2028-fundraising.html (last accessed Apr. 16, 2026) | FRE 402 (Relevance); FRE 802 (Hearsay); FRCP 37 (Failure to Disclose); FRE 901 (Authentication). |