# EXHIBIT 1

Plaintiff Las Vegas Sun, Inc.'s Exhibit List

# EXHIBIT 1

**PLAINTIFF LAS VEGAS SUN, INC.'S EXHIBIT LIST**

| Exhibit No. | Description |
|---|---|
| 1 | Sept. 19, 2022, Expert Report of Las Vegas Sun, Inc.'s Expert Dr. Michael Katz |
| 2 | Sept. 19, 2022, Expert Report of Las Vegas Sun, Inc.'s Expert Dr. Robert Picard |
| 3 | June 17, 1989, Joint Operating Agreement (the "1989 JOA") (SUN_00001996-2039) |
| 4 | Report of the Assistant Attorney General in Charge of the Antitrust Division, Public File No. 44-03-13, In the Matter of: Application by the Las Vegas Sun, Inc. and Donrey of Nevada, Inc. for Approval of a Joint Newspaper Operating Arrangement Pursuant to the Newspaper Preservation Act, 15. U.S.C. §§ 1801-1804 (SUN_00024386-453) |
| 5 | June 1, 1990, Opinion of The Attorney General, Public File No. 44-03-13, In the Matter of: Application by the Las Vegas Sun, Inc. and Donrey of Nevada, Inc. for Approval of a Joint Newspaper Operating Arrangement Pursuant to the Newspaper Preservation Act, 15 U.S.C. §§ 1801-1804 (SUN_00024373-85) |
| 6 | Declaration of Brian Greenspun in Support of Plaintiff/Counterdefendants' Emergency Motion for Temporary Restraining Order and Preliminary Injunction |
| 7 | Hearing Transcript Excerpts of Mark Hinueber, *Las Vegas Sun, Inc. v. Stephens Media LLC*, AAA Case No. 01-16-0001-9187 (Oct. 6, 2016) (Vol. 4) (SUN_00023106-08, 273-74, 278, 280, 282-86, 383) |
| 8 | Sept. 8, 2016, Declaration of Mark Hinueber in Support of Stephens Media LLC's Opposition to Las Vegas Sun's Motion for Summary Judgment, AAA Case No. 01-16-0001-9187 (SUN-00064364-67) |
| 9 | June 10, 2005, Amended and Restated Agreement (the "2005 JOA") (SUN_00002045-69) |
| 10 | Hearing Transcript Excerpts of Jackson Farrow, *Las Vegas Sun, Inc. v. Stephens Media LLC*, AAA Case No. 01-16-0001-9187 (Oct. 5, 2016) (Vol. 3) (SUN_00021972-74, 76-83, 159) |
| 11 | Hearing Transcript Excerpts of Brian Greenspun, *Las Vegas Sun, Inc. v. Stephens Media LLC*, AAA Case No. 01-16-0001-9187 (Oct. 3, 2016) (Vol. 1) (SUN_00019641-43, 70, 96-97, 99, 703, 842) |

| Exhibit No. | Description |
|---|---|
| 12 | Sept. 19, 2022, Expert Report of Las Vegas Sun, Inc.'s Expert Lawrence Aldrich |
| 13 | June 16, 2005, email from G. Lang to J. Farrow et al., re DR Partners' submission of 2005 JOA to DOJ "pursuant to the Newspaper Preservation Act, 15 USC § 1801 et seq. and 28 CFR § 48.16 (SUN_00005886-89) |
| 14 | Sept. 19, 2022, Expert Report of Las Vegas Sun, Inc.'s Expert Dr. Russell Lamb |
| 15 | Deposition Transcript Excerpts of Las Vegas Sun, Inc.'s Expert L. Aldrich at 7, 22-23, 46, 49-50, 229-38, 240-41, *Las Vegas Sun, Inc. v. Adelson*, No. 2:18-cv-0166-ART-VCF (D. Nev. March 15, 2023) |
| 16 | Sept. 23, 2005, email from C. Cliff to D. Jordan, et al., re Amendment of the Las Vegas JOA – Joint Defense Agreement (SUN_00001673-84) |
| 17 | Aug. 5, 2005, facsimile from B. Matelson to G. Lang re Las Vegas JOA, CID No. 23751 (SUN_00012237-47) |
| 18 | Oct. 12, 2005, letter from A. Marx to B. Matelson, re responses to CID No. 23751 (SUN_00001806-14) |
| 19 | Feb. 13, 2006, facsimile from B. Matelson to A. Marx, re Civil Investigative Demand Nos. 24097 & 24098 (SUN_00012233-36) |
| 20 | Deposition Transcript Excerpts of Las Vegas Sun, Inc.'s 30(b)(6) Corporate Representative Robert Cauthorn at 237, 245-46, 253-54, 256-57, 270-75, *Las Vegas Sun, Inc. v. Adelson*, No. 2:18-cv-0166-ART-VCF (D. Nev. Feb. 16, 2022) |
| 21 | Aug. 16, 2005, letter from B. Matelson to G. Lang re 8/16/05 DOJ faxed letter to G. Lang re Civil Investigative Demand No. 23751 (SUN_00012248-50) |
| 22 | Aug. 25, 2005, letter from G. Lang to B. Matelson re Las Vegas JOA (SUN_00001965-68) |
| 23 | Apr. 9, 2008, letter from B. Matelson to G. Lang, et al., re Las Vegas Joint Operating Agreement ("No Action Letter") (DEFS0000418) |

| Exhibit No. | Description |
|---|---|
| 24 | Deposition Transcript of Las Vegas Review-Journal 30(b)(6) Corporate Representative Glenn Cook at 140-42, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Aug. 19, 2022) |
| 25 | Deposition Transcript Excerpts of Brian Greenspun, at 163-64, 172-77, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Mar. 23, 2022) |
| 26 | Final Award of Arbitrator, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. 01-18-0000-7568 (July 2, 2019) (SUN_00013635-46) |
| 27 | Aug. 29, 2019, letter from K. Moyer to B. Greenspun re: Notice of Default (SUN_00053251-53) |
| 28 | Sept. 27-Oct. 4, 2019, email between counsel re Preliminary Injunction Motion |
| 29 | Jan. 11, 2015, email from R. Pergament to P. Dumont et al., re Preliminary Observations (DEFS0028645-47) |
| 30 | Deposition Transcript of Jason Taylor at 19-20, 60-65, 83-88, 104-05, 107-08, 130-32, 148-60, 260, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. 01-18-0000-7568 (Mar. 21, 2019) |
| 31 | Deposition Transcript Jason Taylor at 14-17, 62-64, 176-79, 188-89, 221-22, 291, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. May 12, 2022) |
| 32 | April 3, 2017, email from J. Wilson to N. Cusick re Monday Meeting Notes (DEFS0016006-07) |
| 33 | Deposition Transcript of Craig Moon at 10, 17, 281-82, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Mar. 3, 2022) |
| 34 | Jan. 18, 2023, Rebuttal Expert Report Las Vegas Sun, Inc.'s Expert Barbara Gottlieb |
| 35 | Las Vegas Review Journal Payment Calculation JOA Fiscal Year Ending March 2018 (DEFS0165728) |
| 36 | Mar. 3, 2017, email from P. McGuire to C. Moon re Revised Summary of JOA Pmt. Calc (DEFS0165095-97) |

| Exhibit No. | Description |
|---|---|
| 37 | Stephens Media Group's Las Vegas Review Journal Fiscal Year End March 31, 2006, Financials (Exhibit 7 to Deposition of Robert Cauthorn, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. 01-18-0000-7568 (Mar. 27, 2019)) |
| 38 | Deposition Transcript Las Vegas Review-Journal 30(b)(6) Corporate Representative Stephen Hall at 67-68, 72-73, 99-101, 113, 122-24, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. May 12, 2022) |
| 39 | Sept. 19, 2022, Expert Report of Las Vegas Sun, Inc.'s Expert Barbara Gottlieb |
| 40 | Feb. 12, 2016, email from P. Sack to S. Garfinkel re Las Vegas (DEFS0093000-24) |
| 41 | Feb. 9, 2015, VRC Valuation of Certain Intangible Assets of Las Vegas Review Journal as of Dec. 10, 2015 (DEFS0092587-621) |
| 42 | March 3, 2017, Email from C. Moon to F. Vega re an update and two quick questions (DEFS0013609-10) |
| 43 | Las Vegas Review-Journal, Inc. Financial Statements December 31, 2019, and 2018 (DEFS0083496-515) |
| 44 | Las Vegas Review Journal Payment Calculation JOA Fiscal Year Ending March 2020 (SUN_00008774) |
| 45 | Apr. 30, 2022, email from S. Hall to R. Cauthorn re JOA Calculation – JOA Year Ended March 2022 (SUN_00084445-47) |
| 46 | Sept. 19, 2022, Expert Report Las Vegas Sun, Inc.'s Expert Dr. Gregory Gundlach |
| 47 | Sept. 19, 2022, Expert Report Las Vegas Sun, Inc.'s Expert J. David Kordalski |
| 48 | Apr. 4, 2023, Supplemental Expert Report of Las Vegas Sun, Inc.'s Expert Dr. Gregory Gundlach |
| 49 | Sept. 19, 2016, email from J. Wilson to E. Cassidy re: RJ with Sun? (DEFS01454464-67) |
| 50 | Apr. 2, 2017, email from C. Moon to R. Cauthorn Re: Concerns about your new design (DEFS0002488-89) |

| Exhibit No. | Description |
|---|---|
| 51 | Apr. 17, 2019, email from K. Espejo to K. Moyer re: The Sun in eEdition (DEFS0166089-94) |
| 52 | Defendants' First Amended Responses to Plaintiff's Interrogatories (First Set), served March 19, 2021 |
| 53 | Deposition Transcript of Las Vegas Review-Journal 30(b)(6) Corporate Representative Chris Blaser at 115-16, 162-63, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Aug. 11, 2022) |
| 54 | Chris Jones & J.M. Kalil's article, Las Vegas Sun to rise with morning RJ, published in the Las Vegas Review Journal on June 15, 2005 (SUN_0000627-32) |
| 55 | Steve Kanigher's article, *Sun deal with R-J "a tremendous opportunity" Newspaper to return to morning delivery*, published in the Las Vegas Sun on June 15, 2005 (DEFS0190559-61) |
| 56 | Deposition Transcript Excerpts of Ray Brewer at 118-19, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. June 24, 2022) |
| 57 | Las Vegas Review Journal Newsroom Guide (DEFS0185654-69) |
| 58 | June 4, 2016, Front Page of Newspapers (SUN_00009885) |
| 59 | Jan. 11, 2018, Front Page of Las Vegas Sun (DEFS0001703) |
| 60 | Feb. 13, 2018, Front Page of Las Vegas Sun (DEFS0001697) |
| 61 | Feb. 12, 2018, Email from R. Brewer to R. Cauthorn re: Two quick questions from LV Sun print (SUN_00055720) |
| 62 | Jan. 18, 2023, Rebuttal Expert Report of Las Vegas Sun, Inc.'s Expert Dr. Michael Katz |
| 63 | Deposition Transcript Patrick Dumont, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Oct. 28, 2021) |
| 64 | Deposition Transcript of Keith Moyer at 29-38, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Apr. 5, 2022) |

| Exhibit No. | Description |
|---|---|
| 65 | Aug. 30, 2019, letter from T. Burkholder to B. Greenspun re Message via the Las Vegas Sun (SUN_00000293) (**REDACTED**) |
| 66 | Sept. 6, 2019, email originally from A. Marshall to Las Vegas Sun Letters, re Please work with the RJ to maintain the JOA (SUN_00024479) (**REDACTED**) |
| 67 | Jan. 15, 2019, email from K. Woods to B. Greenspun re Message via the Las Vegas Sun (SUN_00000315) (**REDACTED**) |
| 68 | Aug. 27, 2017, email from M. Spigelman to B. Greenspun re Message via the Las Vegas Sun (SUN_00000376-77) (**REDACTED**) |
| 69 | Aug. 30, 2019, email from W. Wreatha to Las Vegas Sun Letters, re Printing & distribution arrangement with LV Review-Journal (SUN_0000300) (**REDACTED**) |
| 70 | Sept. 6, 2019, email from C. Sappraicone to Las Vegas Review Journal Letters re Not printing The Las Vegas Sun? (SUN_0000298) (**REDACTED**) |
| 71 | Sept. 5, 2019, email from P. Ryan to B. Greenspun re Keep the Sun (SUN_0000303-04) (**REDACTED**) |
| 72 | June 13, 2016, email from J. Perdigao to F. Vega et al., re JOA Info (DEFS0146935) |
| 73 | Excerpts of Defendants News+Media Capital Group LLC and Las Vegas Review-Journal Inc.'s First Amended Answer to Complaint and Counterclaims, *Las Vegas Sun, Inc. v. News+Media Capital Group LLC* (Clark Cnty. Dist. Ct. Sept. 30, 2019) |
| 74 | Deposition Transcript of the RJ's Rule 30(b)(6) corporate representative Stephen Hall, *Las Vegas Sun, Inc. v. News+Media Capital Group LLC*, AAA Case No. 01-18-0000-7567 (Mar. 13, 2019) (SUN_00024708-09, 11, 14, 16, 32-33, 946) |
| 75 | September 19, 2022, initial report of Las Vegas Sun, Inc.'s expert Lawrence Aldrich |
| 76 | February 16, 2022, Deposition Transcript of the Sun's Rule 30(b)(6) corporate representative Robert Cauthorn at 25-26, 121-28, *Las Vegas Sun, Inc. v. Sheldon Adelson (Estate of)*, Case No. 2:19-cv-01667-ART-MDC |
| 77 | March 10, 2026, Declaration of Barbara J. Gottlieb in Support of Plaintiff/Counterdefendants' Emergency Motion for Temporary Restraining Order and Preliminary Injunction |

| Exhibit No. | Description |
|---|---|
| 78 | March 10, 2026, Declaration of Robert G. Picard in Support of Plaintiff/Counterdefendants' Emergency Motion for Temporary Restraining Order and Preliminary Injunction |
| 79 | Las Vegas Review-Journal Newspaper Subscriptions Options as of April 3, 2026 (SUN_00169020) |
| 80 | Las Vegas Review-Journal, *Why we've stopped printing the Sun* article, April 3, 2026 (SUN_00169045-46) |
| 81 | Sun letters and social media posts, April 3-5, 2026 (SUN_00169041-44, 47-51) **(REDACTED)** |
| 82 | Combined Newspapers front pages, 1991-2004 (SUN_00169021-40) |
| 83 | April 10, 2026, Declaration of J. David Kordalski in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and Supplemental Expert Report of J. David Kordalski |
| 84 | April 10, 2026, Declaration of Barbara J. Gottlieb and Supplement to Expert Witness Reports of Barbara J. Gottlieb, CPA/CFF, CFE |
| 85 | April 10, 2026, Declaration of Robert G. Picard in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and Supplemental Report of Robert G. Picard, Ph.D. |
| 86 | April 10, 2026, Declaration of Gregory T. Gundlach in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and Second Supplement to Report of Gregory T. Gundlach, J.D., PhD. |
| 87 | April 10, 2026, Declaration of Lawrence J. Aldrich in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and Supplemental Expert Report of Lawrence J. Aldrich |
| 88 | April 10, 2026, Declaration of Michael L. Katz and Supplemental Report of Michael L. Katz |
| 89 | Declaration of Brian L. Greenspun in Support of Plaintiff/Counterdefendants' Motion for Temporary Restraining Order and Preliminary Injunction |
| 90 | August 12, 2022, Deposition Transcript of Chris Blaser (Individual), *Las Vegas Sun, Inc. v. Sheldon Adelson (Estate of)*, Case No. 2:19-cv-01667-ART-MDC |

| Exhibit No. | Description |
|---|---|
| 91 | April 12, 2023, Deposition Transcript and Exhibits of Las Vegas Review-Journal's Expert David Evans, *Las Vegas Sun, Inc. v. Sheldon Adelson (Estate of)*, Case No. 2:19-cv-01667-ART-MDC |
| 92 | April 10, 2023, CONDENSED Deposition Transcript of Las Vegas Review-Journal's Expert David Nolte, *Las Vegas Sun, Inc. v. Sheldon Adelson (Estate of)*, Case No. 2:19-cv-01667-ART-MDC |
| 93 | September 19, 2022, Initial Report of Las Vegas Review-Journal's Expert David Nolte, *Las Vegas Sun, Inc. v. Sheldon Adelson (Estate of)*, Case No. 2:19-cv-01667-ART-MDC |
| 94 | January 18, 2023, Rebuttal Report of Las Vegas Review-Journal's Expert David Nolte, *Las Vegas Sun, Inc. v. Sheldon Adelson (Estate of)*, Case No. 2:19-cv-01667-ART-MDC |
| 95 | January 18, 2023, Rebuttal Expert Report of Las Vegas Sun, Inc.'s Expert Robert Picard, Ph.D. |
| 96 | January 31, 2023, Supplement to Rebuttal Expert Report of Las Vegas Sun, Inc.'s Expert Dr. Michael Katz |
| 97 | July 14, 2023, Declaration of Ray Brewer in support of Plaintiff/Counterdefendants' Opposition to Motion for Summary Judgment (ECF No. 876-16) |
| 98 | July 14, 2023, Declaration of Robert Cauthorn in support of Plaintiff/Counterdefendants' Opposition to Motion for Summary Judgment (ECF No. 876-7) |
| 99 | July 14, 2023, Declaration of Brian Greenspun in support of Plaintiff/Counterdefendants' Opposition to Motion for Summary Judgment (ECF No. 876-6) |
| 100 | May 30, 2023, Declaration of Brian Greenspun in support of Plaintiff/Counterdefendants' Motion for Summary Judgment (ECF No. 830-1) |
| 101 | January 18, 2023, Rebuttal Expert Report of Las Vegas Review-Journal's Expert David Evans |
| 102 | March 4, 2026, Declaration of Chris Blaser in support of Defendant Las Vegas Review-Journal's Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 1078) |

| Exhibit No. | Description |
|---|---|
| 103 | March 4, 2026, Declaration of David Nolte in support of Defendant Las Vegas Review-Journal's Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 1076) |
| 104 | L. Shaker, *Dead Newspapers and Citizens' Civic Engagement*, Political Communication 31:1, 131-148 (2014) |
| 105 | January 17, 2015, email from M. Schroeder to R. Pergament Re: --Friday email from Patrick in Las Vegas(SCHROEDER002901) |
| 106 | January 17, 2015, email from R. Pergament to P. Dumont, et al. re Fwd: Notes prior to Monday 9am call (SCHROEDER_001398) |
| 107 | January 8, 2015, email from R. Pergament to D. Nizen et al re: notes from Don and then key logistics below in bold (SCHROEDER_001435) |
| 108 | Deposition Transcript of Russel Pergament at 200-05, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-cv-0166-ART-VCF (D. Nev. Dec. 13, 2021) |
| 109 | November 3, 2004, email from M. Ferguson to R. Gash re Sun Savings (DEFS0163378-79) |
| 110 | February 11, 2019, LVRJ Home Delivery Director K. Craig Home Delivery Slides Excerpt (ADFM--5407-13) |
| 111 | D. Kitchen, Scarborough trend R1 2015 to R1 2020 (DEFS0002906) |
| 112 | Alliance for Audited Media Audit Report News Media 12 months ended June 30, 2020 (SUN_00055170-92) |
| 113 | Fair Market Value Analysis for the Las Vegas Review Journal Tangible Personal Property (DEFS0018178-374) |
| 114 | The Cheshire Co. Real Estate Valuations and Consulting January 15, 2015, Appraisal Report of the Review Journal Media Campus (DEFS018028-177) |
| 115 | C.W. Driver Companies Images of Las Vegas Review Journal – Newspaper Printing Plant, (https://www.cwdriver.com/project/las-vegas-review-journal-newspaper-printing-plant/, last accessed Apr. 16, 2026) |
| 116 | Cushman & Wakefield, Marketbeat Las Vegas Industrial Q4 2021 |

| Exhibit No. | Description |
|---|---|
| 117 | Cushman & Wakefield, Marketbeat Las Vegas Office Q1 2021 |
| 118 | R. Picard, *Evidence of a 'Failing Newspaper' Under the Newspaper Preservation Act*, Newspaper Research J. (Vol. 9, No. 1 Fall 1987) |
| 119 | R. Picard, *Modeling the problem – De novo entry into daily newspaper markets*, Newspaper Research J. (Vol. 19, No. 3/4 Summer/Fall 1997) |
| 120 | Deposition Ex. 14 to August 12, 2022, Deposition Transcript of Chris Blaser (Individual), *Las Vegas Sun, Inc. v. Sheldon Adelson (Estate of)*, Case No. 2:19-cv-01667-ART-MDC |
| 121 | Excerpt from the June 1, 2023, Las Vegas Sun Newspaper |
| 122 | Excerpts from the December 22, 2024, Las Vegas Sun Newspaper |
| 123 | Excerpts from the December 29, 2024, Las Vegas Sun Newspaper |
| 124 | Excerpts from the June 5, 2025, Las Vegas Sun Newspaper |
| 125 | Excerpts from the September 23, 2025, Las Vegas Sun Newspaper |
| 126 | Image from Spectrum News: https://spectrumlocalnews.com/us/snplus/news/2023/11/30/miriam-adelson-trump-casino-mavericks (last accessed Apr. 16, 2026) |
| 127 | Image from NY Times: https://www.nytimes.com/2026/04/16/us/politics/jd-vance-2028-fundraising.html (last accessed Apr. 16, 2026) |