# EXHIBIT 2

April 16-17, 2026, Emails Between Counsel Re: Exchange Per April 13
Minute Order

# EXHIBIT 2

 Outlook

---

**RE: Exchange Per April 13 Minute Order**

---

**From** Reid, Leif <lreid@clarkhill.com>

**Date** Fri 4/17/2026 9:58 AM

**To** Michael Gayan <mike@claggettlaw.com>; Sullivan, Andrew G. <AGSullivan@jenner.com>; Martini, Kristen <kmartini@clarkhill.com>; Singer, David R. <DSinger@jenner.com>; Richard Stone <rstone@fastmail.com>; J. Randall Jones <r.jones@kempjones.com>; Mona Kaveh (m.kaveh@kempjones.com) <m.kaveh@kempjones.com>; Gallegos, Amy M. <AGallegos@jenner.com>; James Pisanelli <jjp@pisanellibice.com>; Scott, Nicole S. <nsscott@clarkhill.com>; jtsmith@bhfs.com <jtsmith@bhfs.com>; Joseph Alioto <jmalioto@aliotolaw.com>; Jessica Helm <jhelm@hslaw.com>; Reyes, Clarissa <creyes@clarkhill.com>

You may be filing your brief timely,  but you have disclosed your evidence late, and then also compounded that prejudice by refusing to produce the late, previously undisclosed evidence upon demand. The record is clear.

**Leif Reid**
Member

**Clark Hill PLC**
1700 S. Pavilion Center Drive, Ste. 500, Las Vegas, NV 89135
+1 702.697.7523 (office) | +1 702.778.9709 (fax)
lreid@clarkhill.com | www.clarkhill.com

---

**From:** Michael Gayan <mike@claggettlaw.com>
**Sent:** Friday, April 17, 2026 9:54 AM
**To:** Reid, Leif <lreid@clarkhill.com>; Sullivan, Andrew G. <AGSullivan@jenner.com>; Martini, Kristen <kmartini@clarkhill.com>; Singer, David R. <DSinger@jenner.com>; Richard Stone <rstone@fastmail.com>; J. Randall Jones <r.jones@kempjones.com>; Mona Kaveh (m.kaveh@kempjones.com) <m.kaveh@kempjones.com>; Gallegos, Amy M. <AGallegos@jenner.com>; James Pisanelli <jjp@pisanellibice.com>; Scott, Nicole S. <nsscott@clarkhill.com>; jtsmith@bhfs.com; Joseph Alioto <jmalioto@aliotolaw.com>; Jessica Helm <jhelm@hslaw.com>; Reyes, Clarissa <creyes@clarkhill.com>
**Subject:** RE: Exchange Per April 13 Minute Order

> EXTERNAL EMAIL: The sender (mike@claggettlaw.com) is external to Clark Hill. Exercise caution with links, attachments, or replies if this message is unexpected.

We disagree. We're complying with the Court's briefing order, which was extended to today at noon in the same order. There has been no delay.

Mike Gayan
Partner



LAS VEGAS | RENO | NEW YORK

4101 Meadows Lane, Ste. 100 Las Vegas, NV 89107

100 N. Sierra Street, Ste. 220 Reno, NV 89501

200 Vesey Street, 24th Floor, New York, NY 10281

Ph. (702) 323-8649 – Direct

Ph. (702) 333-7777 – Las Vegas

Ph. (775) 322-2923 – Reno

Fax (702) 655-3763

www.claggettlaw.com

If you have received this communication in error, please call us immediately at (702) 655-2346 and ask to speak to the sender of the communication. Also, please email the sender and notify the sender immediately that you have received the communication in error. Finally, if you have received this communication in error and you have already notified the sender that you received it in error, please delete the email.

---

**From:** Reid, Leif <lreid@clarkhill.com>
**Sent:** Friday, April 17, 2026 9:50 AM
**To:** Michael Gayan <mike@claggettlaw.com>; Sullivan, Andrew G. <AGSullivan@jenner.com>; Martini, Kristen <kmartini@clarkhill.com>; Singer, David R. <DSinger@jenner.com>; Richard Stone <rstone@fastmail.com>; J. Randall Jones <r.jones@kempjones.com>; Mona Kaveh (m.kaveh@kempjones.com) <m.kaveh@kempjones.com>; Gallegos, Amy M. <AGallegos@jenner.com>; James Pisanelli <jjp@pisanellibice.com>; Scott, Nicole S. <nsscott@clarkhill.com>; jtsmith@bhfs.com; Joseph Alioto <jmalioto@aliotolaw.com>; Jessica Helm <jhelm@hslaw.com>; Reyes, Clarissa <creyes@clarkhill.com>
**Subject:** RE: Exchange Per April 13 Minute Order

Those exhibits were required to be disclosed yesterday at noon per the court's Pre Hearing Order. We will object to all of those exhibits on that basis, and will note in the objection that when we requested their immediate disclosure this morning, you refused and compounded the prejudice by electing to delay the disclosure even further.

**Leif Reid**

Member

**Clark Hill PLC**

1700 S. Pavilion Center Drive, Ste. 500, Las Vegas, NV 89135

+1 702.697.7523 (office) | +1 702.778.9709 (fax)

lreid@clarkhill.com | www.clarkhill.com

---

**From:** Michael Gayan <mike@claggettlaw.com>
**Sent:** Friday, April 17, 2026 9:42 AM
**To:** Reid, Leif <lreid@clarkhill.com>; Sullivan, Andrew G. <AGSullivan@jenner.com>; Martini, Kristen <kmartini@clarkhill.com>; Singer, David R. <DSinger@jenner.com>; Richard Stone <rstone@fastmail.com>; J. Randall Jones <r.jones@kempjones.com>; Mona Kaveh (m.kaveh@kempjones.com) <m.kaveh@kempjones.com>; Gallegos, Amy M. <AGallegos@jenner.com>; James Pisanelli <jjp@pisanellibice.com>; Scott, Nicole S. <nsscott@clarkhill.com>; jtsmith@bhfs.com; Joseph Alioto <jmalioto@aliotolaw.com>; Jessica Helm <jhelm@hslaw.com>; Reyes, Clarissa <creyes@clarkhill.com>
**Subject:** RE: Exchange Per April 13 Minute Order

> EXTERNAL EMAIL: The sender (mike@claggettlaw.com) is external to Clark Hill. Exercise caution with links, attachments, or replies if this message is unexpected.

Leif,

Our exhibit list notes 576-582 will be filed on time with our opposition brief and 583 is our trial Exhibit 718, which you should have.

Mike Gayan
Partner



**LAS VEGAS | RENO | NEW YORK**

4101 Meadows Lane, Ste. 100 Las Vegas, NV 89107
100 N. Sierra Street, Ste. 220 Reno, NV 89501
200 Vesey Street, 24th Floor, New York, NY 10281
Ph. (702) 323-8649 – Direct
Ph. (702) 333-7777 – Las Vegas
Ph. (775) 322-2923 – Reno
Fax (702) 655-3763
www.claggettlaw.com

If you have received this communication in error, please call us immediately at (702) 655-2346 and ask to speak to the sender of the communication. Also, please email the sender and notify the sender immediately that you have received the communication in error. Finally, if you have received this communication in error and you have already notified the sender that you received it in error, please delete the email.

**From:** Reid, Leif <lreid@clarkhill.com>
**Sent:** Friday, April 17, 2026 9:34 AM
**To:** Sullivan, Andrew G. <AGSullivan@jenner.com>; Martini, Kristen <kmartini@clarkhill.com>; Michael Gayan <mike@claggettlaw.com>; Singer, David R. <DSinger@jenner.com>; Richard Stone <rstone@fastmail.com>; J. Randall Jones <r.jones@kempjones.com>; Mona Kaveh (m.kaveh@kempjones.com) <m.kaveh@kempjones.com>; Gallegos, Amy M. <AGallegos@jenner.com>; James Pisanelli <jjp@pisanellibice.com>; Scott, Nicole S. <nsscott@clarkhill.com>; jtsmith@bhfs.com; Joseph Alioto <jmalioto@aliotolaw.com>; Jessica Helm <jhelm@hslaw.com>; Reyes, Clarissa <creyes@clarkhill.com>
**Subject:** RE: Exchange Per April 13 Minute Order

Thanks for the correction. Can you re-send in word? Thank you. Can you also tell me what the plan is regarding production of the undisclosed new exhibits on the list (576-83)? Leif

**Leif Reid**
Member
**Clark Hill PLC**
1700 S. Pavilion Center Drive, Ste. 500, Las Vegas, NV 89135
+1 702.697.7523 (office) | +1 702.778.9709 (fax)
lreid@clarkhill.com | www.clarkhill.com

**From:** Sullivan, Andrew G. <AGSullivan@jenner.com>
**Sent:** Friday, April 17, 2026 9:30 AM
**To:** Reid, Leif <lreid@clarkhill.com>; Martini, Kristen <kmartini@clarkhill.com>; Michael Gayan <mike@claggettlaw.com>; Singer, David R. <DSinger@jenner.com>; Richard Stone <rstone@fastmail.com>; J. Randall Jones <r.jones@kempjones.com>; Mona Kaveh (m.kaveh@kempjones.com) <m.kaveh@kempjones.com>; Gallegos, Amy M. <AGallegos@jenner.com>; James Pisanelli <jjp@pisanellibice.com>; Scott, Nicole S. <nsscott@clarkhill.com>; jtsmith@bhfs.com; Joseph Alioto <jmalioto@aliotolaw.com>; Jessica Helm

<jhelm@hslaw.com>; Reyes, Clarissa <creyes@clarkhill.com>
**Subject:** RE: Exchange Per April 13 Minute Order

> EXTERNAL EMAIL: The sender (AGSullivan@jenner.com) is external to Clark Hill. Exercise caution with links, attachments, or replies if this message is unexpected.

Fixed in the attached.

---

**From:** Reid, Leif <lreid@clarkhill.com>
**Sent:** Friday, April 17, 2026 9:17 AM
**To:** Sullivan, Andrew G. <AGSullivan@jenner.com>; Martini, Kristen <kmartini@clarkhill.com>; Michael Gayan <mike@claggettlaw.com>; Singer, David R. <DSinger@jenner.com>; Richard Stone <rstone@fastmail.com>; J. Randall Jones <r.jones@kempjones.com>; Mona Kaveh (m.kaveh@kempjones.com) <m.kaveh@kempjones.com>; Gallegos, Amy M. <AGallegos@jenner.com>; James Pisanelli <jjp@pisanellibice.com>; Scott, Nicole S. <nsscott@clarkhill.com>; jtsmith@bhfs.com; Joseph Alioto <jmalioto@aliotolaw.com>; Jessica Helm <jhelm@hslaw.com>; Reyes, Clarissa <creyes@clarkhill.com>
**Subject:** RE: Exchange Per April 13 Minute Order

**External Email - <u>Do Not Click</u>** Links or Attachments Unless You Know They Are Safe
Thank you Andrew.

### Leif Reid
Member
**Clark Hill PLC**
1700 S. Pavilion Center Drive, Ste. 500, Las Vegas, NV 89135
+1 702.697.7523 (office) | +1 702.778.9709 (fax)
lreid@clarkhill.com | www.clarkhill.com

---

**From:** Sullivan, Andrew G. <AGSullivan@jenner.com>
**Sent:** Friday, April 17, 2026 9:15 AM
**To:** Reid, Leif <lreid@clarkhill.com>; Martini, Kristen <kmartini@clarkhill.com>; Michael Gayan <mike@claggettlaw.com>; Singer, David R. <DSinger@jenner.com>; Richard Stone <rstone@fastmail.com>; J. Randall Jones <r.jones@kempjones.com>; Mona Kaveh (m.kaveh@kempjones.com) <m.kaveh@kempjones.com>; Gallegos, Amy M. <AGallegos@jenner.com>; James Pisanelli <jjp@pisanellibice.com>; Scott, Nicole S. <nsscott@clarkhill.com>; jtsmith@bhfs.com; Joseph Alioto <jmalioto@aliotolaw.com>; Jessica Helm <jhelm@hslaw.com>; Reyes, Clarissa <creyes@clarkhill.com>
**Subject:** RE: Exchange Per April 13 Minute Order

> EXTERNAL EMAIL: The sender (AGSullivan@jenner.com) is external to Clark Hill. Exercise caution with links, attachments, or replies if this message is unexpected.

Confirming I am working to address.

---

**From:** Reid, Leif <lreid@clarkhill.com>
**Sent:** Friday, April 17, 2026 9:14 AM
**To:** Sullivan, Andrew G. <AGSullivan@jenner.com>; Martini, Kristen <kmartini@clarkhill.com>; Michael Gayan <mike@claggettlaw.com>; Singer, David R. <DSinger@jenner.com>; Richard Stone <rstone@fastmail.com>; J. Randall Jones <r.jones@kempjones.com>; Mona Kaveh (m.kaveh@kempjones.com) <m.kaveh@kempjones.com>; Gallegos, Amy M. <AGallegos@jenner.com>; James Pisanelli <jjp@pisanellibice.com>; Scott, Nicole S. <nsscott@clarkhill.com>; jtsmith@bhfs.com; Joseph Alioto <jmalioto@aliotolaw.com>; Jessica Helm <jhelm@hslaw.com>; Reyes, Clarissa <creyes@clarkhill.com>
**Subject:** RE: Exchange Per April 13 Minute Order

**External Email - <u>Do Not Click</u> Links or Attachments Unless You Know They Are Safe**

Andrew – Please immediately provide us with the new undisclosed exhibits that you added to your exhibit list overnight. Besides the late disclosure of these documents, which we will raise with the court, if we don't receive them soon, we will be unable to print them in time to supplement the exhibit binders we need to ship to Dr. Katz this afternoon for his remote appearance.  Thanks. Leif

**Leif Reid**

Member

**Clark Hill PLC**

1700 S. Pavilion Center Drive, Ste. 500, Las Vegas, NV 89135

+1 702.697.7523 (office) | +1 702.778.9709 (fax)

lreid@clarkhill.com | www.clarkhill.com

---

**From:** Reid, Leif
**Sent:** Friday, April 17, 2026 9:07 AM
**To:** Sullivan, Andrew G. <AGSullivan@jenner.com>; Martini, Kristen <kmartini@clarkhill.com>; Michael Gayan <mike@claggettlaw.com>; Singer, David R. <DSinger@jenner.com>; Richard Stone <rstone@fastmail.com>; J. Randall Jones <r.jones@kempjones.com>; Mona Kaveh (m.kaveh@kempjones.com) <m.kaveh@kempjones.com>; Gallegos, Amy M. <AGallegos@jenner.com>; James Pisanelli <jjp@pisanellibice.com>; Scott, Nicole S. <nsscott@clarkhill.com>; jtsmith@bhfs.com; Joseph Alioto <jmalioto@aliotolaw.com>; Jessica Helm <jhelm@hslaw.com>; Reyes, Clarissa <creyes@clarkhill.com>
**Subject:** RE: Exchange Per April 13 Minute Order

Andrew – I just attempted to call you at your office. You changed all of the exhibit numbers from the previously disclosed exhibit list last night. We have already printed our binders based on the RJ exhibit numbers you disclosed yesterday at 12:20. Can your please modify your list back to its original numbering so it starts at 500 the way that it was disclosed yesterday? This is what the court's Pre-Hearing Order requires. Thank you. Leif

**Leif Reid**

Member

**Clark Hill PLC**

1700 S. Pavilion Center Drive, Ste. 500, Las Vegas, NV 89135

+1 702.697.7523 (office) | +1 702.778.9709 (fax)

lreid@clarkhill.com | www.clarkhill.com

---

**From:** Sullivan, Andrew G. <AGSullivan@jenner.com>
**Sent:** Thursday, April 16, 2026 11:07 PM
**To:** Martini, Kristen <kmartini@clarkhill.com>; Michael Gayan <mike@claggettlaw.com>; Singer, David R. <DSinger@jenner.com>; Richard Stone <rstone@fastmail.com>; J. Randall Jones <r.jones@kempjones.com>; Mona Kaveh (m.kaveh@kempjones.com) <m.kaveh@kempjones.com>; Gallegos, Amy M. <AGallegos@jenner.com>; Reid, Leif <lreid@clarkhill.com>; James Pisanelli <jjp@pisanellibice.com>; Scott, Nicole S. <nsscott@clarkhill.com>; jtsmith@bhfs.com; Joseph Alioto <jmalioto@aliotolaw.com>; Jessica Helm <jhelm@hslaw.com>; Reyes, Clarissa <creyes@clarkhill.com>
**Subject:** FW: Exchange Per April 13 Minute Order

Counsel,

Attached is an updated Defendants' exhibit list, which adds Ex. Nos. 577-584.

Additionally, we agreed to stipulate to all uncontested facts identified in the parties' JPTO, which remains the case with the exception of No. 20 which refers to the 2005 JOA in the present tense.

Thanks,
Andrew

**From:** Sullivan, Andrew G.
**Sent:** Thursday, April 16, 2026 12:22 PM
**To:**
**Subject:** Exchange Per April 13 Minute Order

Counsel,

Consistent with the Court's April 13 minute order, attached is Defendants' draft exhibit list in preparation for the April 20-21 hearing. Apologies for the delay due to a technical issue.

With respect to timing, Defendants request half of the total time allotted for both parties. This is estimated to be approximately 5.3 hours.

Defendants' witnesses are identified below, consistent with the Court minute order. All witnesses can be contacted via the office of Kemp Jones LLC.

- Glenn Cook: The Review-Journal's editorial operations; harm to the Review-Journal from being compelled to print, fund, and distribute content it does not wish to publish, and relative harm to the Sun if the Review-Journal is not compelled to do so.

- Chris Blaser: The Review-Journal's printing and distribution operations; circulation and subscriber activity; harm to Review-Journal if forced to comply with the 1989 JOA, and relative harm to the Sun if the Review-Journal is not compelled to do so.

- David Nolte: Financial and operational impact of performing the relief sought by the Sun's pending motion; trends in the print newspaper industry; lack of harm to the Sun, including lack of irreparable harm; alleged intangible harm; the practical inability of the RJ having a monopoly over news; alleged barriers to entry; bond-related damages calculations for full and partial performance of the 1989 JOA.

- David Evans: Rebuttal to Dr. Katz's analysis.

Regards,

Andrew

**Andrew G. Sullivan**
Special Counsel

**Jenner & Block LLP**
515 South Flower Street
Suite 3300
Los Angeles, CA 90071-2246   |   jenner.com
+1 213 239 2263   |   Tel
+1 213 618 6890   |   Mobile
AGSullivan@jenner.com
Download V-Card   |   View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system