# EXHIBIT 3

Plaintiff's Objections to Defendants' Exhibits

# EXHIBIT 3

## Plaintiff's Objections to Defendants' Exhibits

*Las Vegas Sun, Inc. v. Sheldon Adelson, et al., No. 2:19-cv-01667-ART-MDC*

| Orig. Ex. No. from 12:23 p.m. | New Ex. No. from 11:07 p.m. | Bates Beg | Bates End | Description | Doc. Date | Plaintiff's Objections – FRE Nos. |
|---|---|---|---|---|---|---|
| | | | | ***Documentary Exhibits*** | | |
| 500 | 501 | SUN_00001996 | SUN_00002039 | Joint Operating Agreement | 6/17/1989 | |
| 501 | 502 | SUN_00002045 | SUN_00002069 | Amended and Restated Joint Operating Agreement | 6/10/2005 | |
| 502 | 503 | SUN_00025139; SUN_00083091 | SUN_00025156; SUN_00083091 | Text Messages between Brian Greenspun and Bob Cauthorn | | 401, 403, 106 |
| 503 | 504 | DEFS0190574 | DEFS0190578 | Declaration of Brian Greenspun in Support of Emergency Motion for Temporary Restraining Order and for Preliminary Injunction, and to Establish Hearing and Briefing Schedule | 8/19/2013 | 401, 403, 106, 103 (Prior Court Exclusion Order – ECF No. 969) |
| 504 | 505 | | | Declaration of Brian Greenspun in Support of Reply in Support of Emergency Motion for Temporary Restraining Order and for Preliminary Injunction | 9/4/2013 | 401, 403, 106, 103 (Prior Court Exclusion Order – ECF No. 969) |
| 505 | 506 | | | Declaration of Brian Greenspun in Support of Las Vegas Sun's Motion for Summary Judgment | 5/30/2023 | |
| 506 | 507 | | | Declaration of Brian Greenspun in Support of Las Vegas Sun's Opposition to Defendants' Motion for Summary Judgment | 7/14/2023 | |
| 507 | 508 | SUN_00058442 | SUN_00058461 | Brian Greenspun's Verified Complaint | 8/20/2013 | 401, 403, 106, 103 (Prior Court Exclusion Order – ECF No. 969) |
| 508 | 509 | DEFS0006274 | DEFS0006277 | Email from Brian Greenspun to Patrick Dumont re How About a Chat? | 4/27/2016 | 401, 403, 106, 408 |
| 509 | 510 | SUN_00000482 | SUN_00000482 | Greenspun Notes re Discussion re JOA ~~Meeting. Email from Unknown name to re: Discussion re JOA~~ | 3/5/2017 | 401, 403, 106, 408 |
| 510 | 511 | SUN_00008166 | SUN_00008167 | Email from Brian Greenspun to Patrick Dumont re ~~$~~Hi | 5/18/2017 | 401, 403, 106, 408 |
| 511 | 512 | DEFS0013290 | DEFS0013290 | Email from Patrick Dumont to Brian Greenspun re Good Morning. How does this read to you for email to send to Patrick? | 5/31/2017 | 401, 403, 106, 408 |
| 512 | 513 | | | Las Vegas Sun's Second Amended Complaint | 4/6/2026 | |
| 513 | 514 | | | Las Vegas Sun's Verified Complaint for Divestiture, Injunction, and Damages by Reason of Defendants' Violations of the Sherman Antitrust Act, the Clayton Antitrust Act, and the Nevada Unfair Trade Practices Act | 9/24/2019 | |
| 514 | 515 | DEFS0000419 | DEFS0000527 | Las Vegas Sun's First Amended Complaint (State District Court Case No. A-18-772591-B) | 11/15/2019 | |
| 515 | 516 | | | Deposition Transcript of Brian Greenspun, Las Vegas Sun, Inc. v. Adelson, et al., No. 2:19-cv-01667-ART-MDC | 3/23/2022 | Objections preserved in transcript |

| Orig. Ex. No. from 12:23 p.m. | New Ex. No. from 11:07 p.m. | Bates Beg | Bates End | Description | Doc. Date | Plaintiff's Objections – FRE Nos. |
|---|---|---|---|---|---|---|
| 516 | 517 | | | Expert Report of Michael L. Katz (with exhibits) | 9/19/2022 | |
| 517 | 518 | | | Expert Rebuttal Report of Michael L. Katz | 1/18/2023 | |
| 518 | 519 | | | April 10, 2026, Declaration of Michael L. Katz and Supplemental Report of Michael L. Katz | 4/10/2026 | |
| 519 | 520 | | | Deposition Transcript of Michael L. Katz, Las Vegas Sun, Inc. v. Adelson, et al., No. 2:19-cv-01667-ART-MDC | 4/3/2023 | Objections preserved in transcript |
| 520 | 521 | | | Ninth Circuit Opinion | 8/4/2025 | |
| 521 | 522 | | | Ninth Circuit Order on Defendants' petition for a writ of mandamus | 3/30/2026 | |
| 522 | 523 | | | Deposition Transcript of Robert Picard, Las Vegas Sun, Inc. v. Adelson, et al., No. 2:19-cv-01667-ART-MDC | 3/21/2023 | Objections preserved in transcript |
| 523 | 524 | | | Expert Report of Robert G. Picard, Ph.D. with Attachments | 9/19/2022 | |
| 524 | 525 | | | Expert Rebuttal Report of Robert G. Picard, Ph.D. with Exhibit A | 1/18/2023 | |
| 525 | 526 | | | April 10, 2026, Declaration of Robert G. Picard in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and Supplemental Report of Robert G. Picard, Ph.D. | 4/10/2026 | |
| 526 | 527 | | | Robert Picard — Killing Journalism? The Economics of Media Convergence | | |
| 527 | 528 | | | Robert Picard and Jeffrey Brody — The Newspaper Publishing Industry (Excerpts) | | |
| 528 | 529 | | | Pew Research Center — More than Eight-in-Ten Americans Get News from Digital Devices | 1/12/2021 | |
| 529 | 530 | | | Pew Research Center — What Are the Local News Dynamics in Your City? (Las Vegas-Henderson-Paradise, NV) | 3/26/2019 | |
| 530 | 531 | DEFS0110238 | DEFS0110298 | Stephens Media, LLC - Confidential Information Presentation - Part I (October 2014) | 10/2014 | |
| 531 | 532 | | | Order re Stipulation to Maintain Status Quo | 10/9/2019 | |
| 532 | 533 | | | Declaration of Patrick Dumont in Support of Defendants' Motion for Summary Judgment | 7/14/2023 | 401, 403, 801, 901 |
| 533 | 534 | SUN_00010156 | SUN_00010157 | Emails from Brian Greenspun to Patrick Dumont re Fwd Promotional line on today's front page for the sun | 4/11/2017 | 401, 403, 408, 106 |
| 534 | 535 | SUN_00008329 | SUN_00008329 | Email from Robert Cauthorn to Brian Greenspun re Glenn Cook bBent Oout of Sshape ("frankly, being placed across the top of the page could be better for us") | 3/30/2017 | |
| 535 | 536 | DEFS0194033 | DEFS0194035 | Las Vegas Sun — FAQ | 6/3/2022 | |
| 536 | 537 | | | Expert Report of Kenneth A. Paulson | 9/19/2022 | 401, 403, 106, 701, 702, 703, 801, 901, 103 (Prior Court Exclusion Order – ECF No. 969) |

| Orig. Ex. No. from 12:23 p.m. | New Ex. No. from 11:07 p.m. | Bates Beg | Bates End | Description | Doc. Date | Plaintiff's Objections – FRE Nos. |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
| 537 | 538 |  |  | Rebuttal Expert Report of Kenneth A. Paulson | 1/18/2023 | 401, 403, 106, 701, 702, 703, 801, 901, 103 (Prior Court Exclusion Order – ECF No. 969) |
| 538 | 539 |  |  | Expert Report of David S. Evans | 1/18/2023 | 401, 403, 106, 701, 702, 703, 901 |
| 539 | 540 |  |  | Expert Report of David Nolte | 9/19/2022 | 401, 403, 106, 701, 702, 703, 901 |
| 540 | 541 |  |  | Rebuttal Report of David Nolte |  | 401, 403, 106, 701, 702, 703, 901 |
| 541 | 542 |  |  | Declaration of David Nolte | 3/4/2026 | 401, 403, 103, 106, 701, 702, 703, 901 Data underlying opinion in Declaration not disclosed |
| 542 | 543 |  |  | Expert Rebuttal Report of Jerry Hausman | 1/16/2023 | 401, 403, 106, 801, 901 |
| 543 | 544 |  |  | Email from Ric Anderson to Brian Greenspun re ~~Sun "Strategy" of Withholding Print Content~~If you're going to make a typographic error, definitely do it in a headline | 11/3/2016 | 401, 403, 106 |
| 544 | 545 | SUN_00068060 | SUN_00068060 | Email from Melissa Warren to Ray Brewer re Related Article — Quick Question ~~("Reverse Publishing")~~ | 9/19/2018 | 401, 403, 106 |
| 545 | 546 | DEFS0000611 | DEFS0000611 | Las Vegas Sun Front Page, January 11, 2018, Including "A Note From The Sun" | 1/11/2018 |  |
| 546 | 547 | APP_000373 | APP_000374 | Las Vegas Sun ~~Permanent~~ Advertisement ~~Directing Readers Online~~ ("TO FIND EVERYTHING WE'VE GOT") | 6/14/2019 | 403, 1001 |
| 547 | 548 | KATZ_00001120 | KATZ_00001120 | Spreadsheet: Media Audit Data LVRJ and LVS Readership | 9/26/2022 | 106 |
| 548 | 549 | SUN_00068259 | SUN_00068260 | Email from Ric Anderson re ~~We are~~ "DEMOLISHING ~~O~~our ~~c~~Competition" | 3/27/2015 | 401, 403 |
| 549 | 550 |  |  | Las Vegas Sun Company News Release: Greenspun Local Media Converging Into Single Organization | 12/1/2009 | 401, 403, 103 (Prior Court Exclusion Order – ECF No. 969) |
| 550 | 551 |  |  | Las Vegas Weekly "#1 in Local News and Entertainment" Advertisement | 8/18/2023 | 106, 901, 1001, 103 (Prior Court Exclusion Order – ECF No. 969) |
| 551 | 552 |  |  | Plaintiff's Responses to Defendants' First Set of Requests for Admission to Plaintiff | 6/22/2020 | 401, 403 |
| 552 | 553 |  |  | Declaration of Christopher Blaser | 3/4/2026 | 401, 403, 801 |
| 553 | 554 |  |  | Brian Greenspun, "Back Where We Belong," Las Vegas Sun Column | 10/2/2005 |  |
| 554 | 555 | SUN_00005870 | SUN_00005980 | Email from Bennett Matelson to G. Lang and A. Marx re Las Vegas JOA (Transmitting 2005 JOA to DOJ) | 8/26/2005 |  |
| 555 | 556 | DEFS0018899 | DEFS0018902 | Assignment and Assumption Agreement between Stephens Media LLC and DB Acquisition, Inc. | 3/18/2015 | 401, 403, 103 |

| Orig. Ex. No. from 12:23 p.m. | New Ex. No. from 11:07 p.m. | Bates Beg | Bates End | Description | Doc. Date | Plaintiff's Objections – FRE Nos. |
|---|---|---|---|---|---|---|
| 556 | 557 | DEFS0018903 | DEFS0018904 | Assignment and Assumption Agreement between DB Acquisition, Inc. and DB Nevada Holdings, Inc. | 9/10/2015 | 401, 403, 103 |
| 557 | 558 | DEFS0027575 | DEFS0027577 | Certificate of Amendment of Certificate of Incorporation of DB Nevada Holdings, Inc. | 12/10/2015 | 401, 403, 103 |
| 558 | 559 | | | Las Vegas Sun Reply in Support of Motion for TRO and Preliminary Injunction | 3/10/2026 | |
| 559 | 560 | SUN_00084487 | SUN_00084615 | Gannett Co., Inc., SEC Form 10-K | 12/31/2021 | 401, 403 |
| 560 | 561 | | | Greenspun Media Group LLC's Verified Complaint v. Stephens Media LLC | 8/20/2013 | 401, 403, 106, 103 (Prior Court Exclusion Order – ECF No. 969) |
| 561 | 562 | DEFS0155423 | DEFS0155424 | Letter from Brian Greenspun to Sherman Frederick re Predate Edition of the "Sun" in Nye County | 2/8/2004 | 401, 403, 106 |
| 562 | 563 | | | 1989 JOA vs. 2005 Amended JOA Comparison Chart | 4/6/2026 | |
| 563 | 564 | | | Redline of First Amended Complaint to Second Amended Complaint | 4/8/2026 | |
| 564 | 565 | | | 1989 Joint Operating Agreement with Attorney General Approval | 6/1/1990 | |
| 565 | 566 | | | Opinion of the Assistant Attorney General — Determination That Sun Is a "Failing Newspaper" | 6/1/1990 | |
| 566 | 567 | | | KNPR Radio Interview: Las Vegas Sun Publisher Challenges Casino Owner, GOP Donor Adelson on Gun Control | 8/13/2019 | 401, 403, 106 |
| 567 | 568 | SUN_00068158; SUN_00067820; SUN_00067822; SUN_00068088; SUN_00083684; SUN_00084677 | SUN_00068159; SUN_00067821; SUN_00067824; SUN_00068098; SUN_00083685; SUN_00084678 | Various GMG Interactive Financial Statements | | 401, 403, 106, 103 (Prior Court Order – ECF No. 969) |
| 568 | 569 | | | Order re Motions for Summary Judgment | 3/31/2024 | |
| 569 | 570 | | | Declaration of Brian Greenspun in Support of Motion for Protective Order | 8/2/2021 | 401, 403, 103 (Prior Court Exclusion Order – ECF No. 969), 106 |
| 570 | 571 | | | Adelson Family Recapitalization of the Joint Operation | | |
| 571 | 572 | | | Amended Tab 1 of Additional Materials Considered to the Rebuttal Expert Report of Michael L. Katz | 1/31/2023 | |
| 572 | 573 | | | Stipulated Injunction Order | 10/9/2019 | |
| 573 | 574 | | | Las Vegas Sun's Ninth Circuit Appellate Brief | | |
| 574 | 575 | | | Declaration of Brian Greenspun in Support of Las Vegas Sun's Opposition to Defendants' Motion for Summary Judgment | 7/14/2023 | |
| 575 | 576 | KATZ_00013478; KATZ_00013484; | KATZ_00013483; KATZ_00013489; | Compass Lexecon (Michael L. Katz) Invoices, Ledger History, and Payment Records, March 2023 through June2024 | 3/22/2023–6/18/2024 | 401, 403 |

| Orig. Ex. No. from 12:23 p.m. | New Ex. No. from 11:07 p.m. | Bates Beg | Bates End | Description | Doc. Date | Plaintiff's Objections – FRE Nos. |
|---|---|---|---|---|---|---|
|  |  | KATZ_00013490; KATZ_00013497; KATZ_00013503; KATZ_00013509; KATZ_00013515; KATZ_00013521; KATZ_00013527; KATZ_00013536; KATZ_00013542; KATZ_00013543 | KATZ_00013496; KATZ_00013502; KATZ_00013508; KATZ_00013514; KATZ_00013520; KATZ_00013526; KATZ_00013535; KATZ_00013541; KATZ_00013542; KATZ_00013554 |  |  |  |
| 576 | 577 |  |  | Declaration of David Nolte | 4/17/2026 | Untimely - Disclosed 24 after deadline in violation of ECF No. 1160; Document not disclosed prior to objection deadline 401, 403, 106, 103, 701, 702, 703, 901 |
| 577 | 578 |  |  | Declaration of David Evans | 4/17/2026 | Untimely - Disclosed 24 after deadline in violation of ECF No. 1160; Document not disclosed prior to objection deadline 401, 403, 106, 701, 702, 703, 901 |
| 578 | 579 |  |  | Declaration of Janet Owen | 4/17/2026 | Untimely - Disclosed 24 after deadline in violation of ECF No. 1160; Document not disclosed prior to objection deadline 401, 403, 106, 901, 701 |
| 579 | 580 |  |  | Declaration of Chris Blaser | 4/17/2026 | Untimely - Disclosed 24 after deadline in violation of ECF No. 1160; Document not disclosed prior to objection deadline 401, 403, 106, 901, 701 |
| 580 | 581 |  |  | Excel re Spring Sales Campaign | 4/17/2026 | Untimely - Disclosed 24 after deadline in violation of ECF No. 1160; Document not disclosed prior to objection deadline |

| Orig. Ex. No. from 12:23 p.m. | New Ex. No. from 11:07 p.m. | Bates Beg | Bates End | Description | Doc. Date | Plaintiff's Objections – FRE Nos. |
|---|---|---|---|---|---|---|
| | | | | | | 401, 403, 106, 901 |
| 581 | 582 | | | Excel Spreadsheet re Subscriber Stops | 4/17/2026 | Untimely - Disclosed 24 after deadline in violation of ECF No. 1160; Document not disclosed prior to objection deadline 401, 403, 106, 901, 701 |
| 582 | 583 | | | Screenshots of Las Vegas Sun Social Media Presence (X, Instagram, YouTube, Facebook) | 4/17/2026 | Untimely - Disclosed 24 after deadline in violation of ECF No. 1160; Document not disclosed prior to objection deadline 401, 403, 106, 901 |
| 583 | 584 | | | "Connecting the dots" | | Untimely - Disclosed 24 after deadline in violation of ECF No. 1160; 401, 403, 106, 901 |
| | | | | *"Defendants reserve the right to utilize other documents for impeachment/rebuttal purposes as needed."* | | Not disclosed prior to objection deadline 401, 403, 106, 901 |