J. RANDALL JONES, ESQ., SBN 1927
r.jones@kempjones.com
MONA KAVEH, ESQ., SBN 11825
m.kaveh@kempjones.com
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone:    +1 702 385 6000

DAVID R. SINGER, ESQ. (pro hac vice)
dsinger@jenner.com
AMY M. GALLEGOS, ESQ. (pro hac vice)
agallegos@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:    +1 213 239 5100
Facsimile:    +1 213 239 5199

MICHAEL J. GAYAN, ESQ., SBN 11135
mike@claggettlaw.com
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
Telephone:    +1 702 333 7777
Facsimile:    +1 702 655 3763

RICHARD L. STONE, ESQ. (pro hac vice)
rstone@fastmail.com
850 Devon Avenue
Los Angeles, California 90024
Telephone:    +1 310 993 2068

*Attorneys for Defendants/Counterclaimant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>SHELDON ADELSON, et al.,<br><br>       Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:19-cv-01667-ART-MDC<br><br>**APPENDIX OF EXHIBITS TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR A PRELIMINARY INJUNCTION**<br><br>**(VOLUME 1)** |

1

**APPENDIX INDEX**

| Exhibit No. | Description | Vol. | Page Nos. |
|---|---|---|---|
| 1 | Brian Greenspun's article, "Back where we belong," published in the Las Vegas Sun on Oct. 2, 2005 | 1 | 1-2 |
| 2 | Deposition Transcript Excerpts of Las Vegas Sun, Inc. 30(b)(6) Corporate Representative Robert Cauthorn, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-CV-01667-GMN-VCF (D. Nev. Feb. 16, 2022), at 11:19–23 | 1 | 3-6 |
| 3 | Appellee's Answering Brief, *Las Vegas Sun, Inc. v. Adelson*, Case No. 24-2287 (9th Cir. Jun. 13, 2024), at pp. 7–10, 22, 48–50 | 1 | 7-17 |
| 4 | Las Vegas Sun, Inc.'s Answers to Defendants' First Set of Interrogatories to Plaintiff, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-CV-01667-GMN-VCF (D. Nev. Jun. 22, 2020) at pp. 20-21 | 1 | 18-23 |
| 5 | Deposition Transcript Excerpts of Jason Taylor, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-CV-01667-GMN-VCF (D. Nev. May 12, 2022) (Vol. II), at 262:22–264:8 | 1 | 24-29 |
| 6 | Declaration of Janet Owen in Support of Defendant Las Vegas Review-Journal's Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Apr. 15, 2026) | 1 | 30-33 |
| 7 | Screenshots from Las Vegas Sun, Inc.'s X Profile | 1 | 34-53 |
| 8 | Deposition Transcript Excerpts of Las Vegas Sun, Inc. 30(b)(6) Corporate Representative Robert Cauthorn, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-CV-01667-GMN-VCF (D. Nev. Feb. 16, 2022), at 126:5–14 | 1 | 54-57 |
| 9 | Sun Stops Chart, Exhibit to Declaration of Chris Blaser in Support of Defendant Las Vegas Review-Journal's Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Apr. 17, 2026) | 1 | 1075-1076 |
| 10 | Deposition Transcript Excerpt of Las Vegas Sun 30(b)(6) Corporate Representative Brian Greenspun, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. 01-18-0000-7567 (Mar. 28, 2019), at 42:23–43:4 **(FILED UNDER SEAL)** | 2 | 1001-1005 |
| 11 | Arbitration Proceedings Excerpts of Robert Cauthorn, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. 01-18-0000-7567 (Apr. 26, 2019, P.M. Session), at 188:5–23, 238:9–16 **(FILED UNDER SEAL)** | 2 | 1006-1010 |
| 12 | Arbitration Proceedings Excerpts of Brian Greenspun, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. 01-18-0000-7567 (Apr. 15, 2019) (Vol. 1), at 74:7–13 **(FILED UNDER SEAL)** | 2 | 1011-1014 |
| 13 | Brian Greenspun Text Messages, (Exhibit 215 to Deposition of Robert Cauthorn, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-CV-01667-GMN-VCF (D. Nev. Feb. 16, 2022)) **(FILED UNDER SEAL)** | 2 | 1015-1034 |
| 14 | Declaration of David Evans in Support of Defendant Las Vegas Review-Journal's Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Apr. 16, 2026) **(FILED UNDER SEAL)** | 2 | 1035-1043 |

2

APPENDIX VOLUME 1

| 15 | Deposition Transcript Excerpts of Brian Greenspun, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-CV-01667-GMN-VCF (D. Nev. Mar. 23, 2022), at 37:12–22, 347:18–349:3 **(FILED UNDER SEAL)** | 2 | 1044-1050 |
|---|---|---|---|
| 16 | "Connecting the Dots" Memorandum, (Exhibit 718 to Deposition of Robert Cauthorn, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-CV-01667-ART-VCF (D. Nev. Jan. 11, 2024)) (SUN_00168413-17) **(FILED UNDER SEAL)** | 2 | 1051-1052 |
| 17 | Arbitration Proceedings Excerpts of Frank Vega, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. 01-18-0000-7567 (Apr. 25, 2019 Day Six, A.M. Session), at 150:21–153:25 **(FILED UNDER SEAL)** | 2 | 1053-1059 |
| 18 | Arbitration Proceedings Excerpts of Frank Vega, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. 01-18-0000-7567 (Apr. 25, 2019 Day Six, P.M. Session), at 177:7–179:4 **(FILED UNDER SEAL)** | 2 | 1060-1065 |
| 19 | Declaration of Chris Blaser in Support of Defendant Las Vegas Review-Journal's Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Apr. 17, 2026) **(FILED UNDER SEAL)** | 2 | 1066-1074 |
| 20 | Spring Sales Campaign Results, Exhibit to Declaration of Chris Blaser in Support of Defendant Las Vegas Review-Journal's Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Apr. 17, 2026) **(FILED UNDER SEAL)** | 2 | 1077-1078 |
| 21 | Declaration of David Nolte in Support of Defendant Las Vegas Review-Journal's Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction **(FILED UNDER SEAL)** | 2 | 1079-1116 |
| 22 | David Nolte Expert Resume, Exhibit to Declaration of David Nolte in Support of Defendant Las Vegas Review-Journal's Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction **(FILED UNDER SEAL)** | 2 | 1117-1121 |
| 23 | Email chain between Anne McConnell, Brian Greenspun, and Ric Anderson (Nov. 3, 2016) (SUN_00083789–90) **(FILED UNDER SEAL)** | 2 | 1122-1124 |
| 24 | Deposition Transcript Excerpts of Patrick Dumont, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-CV-01667-GMN-VCF (D. Nev. Oct. 28, 2021), at 265:5–266:11 **(FILED UNDER SEAL)** | 2 | 1125-1129 |

Dated:    April 17, 2026                    CLAGGETT & SYKES LAW FIRM

By:    */s/ Michael J. Gayan*
          MICHAEL J. GAYAN, ESQ., SBN 11135
          4101 Meadows Lane, Suite 100
          Las Vegas, Nevada 89107

J. Randall Jones, Esq., SBN 1927
Mona Kaveh, Esq., SBN 11825
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

David R. Singer, Esq. (*pro hac vice*)
Amy M. Gallegos, Esq. (*pro hac vice*)
Andrew G. Sullivan, Esq. (*pro hac vice*)
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071

Richard L. Stone, Esq. (*pro hac vice*)
850 Devon Avenue
Los Angeles, California 90024

*Attorneys for Defendants/Counterclaimant*

**PROOF OF SERVICE**

I hereby certify that on the 17th day of April, 2026, I served a true and correct copy of the foregoing **APPENDIX OF EXHIBITS TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR A PRELIMINARY INJUNCTION (VOLUME 1)** via the United States District Court's CM/ECF electronic filing system to all parties on the e-service list.

E. Leif Reid, Nevada Bar No. 5750
Kristen L. Martini, Nevada Bar No. 11272
Nicole Scott, Nevada Bar No. 13757
CLARK HILL PLC
1700 S. Pavilion Center Dr., Suite 500
Las Vegas, Nevada 89135

James J. Pisanelli, Nevada Bar No. 4027
Todd L. Bice, Nevada Bar No. 4534
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

Jordan T. Smith, Nevada Bar No. 12097
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

Joseph M. Alioto, *pro hac vice*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104

*Attorneys for Plaintiff/Counterdefendants*

/s/ *Tyler Edwards*

An employee of Jenner & Block LLP

# EXHIBIT 1

Brian Greenspun's article, "Back where we belong,"

Captured at: 04/09/2026 10:10 PM   URL: https://lasvegassun.com/news/2005/oct/02/where-i-stand---brian-greenspun-back-where-we-bel/

April 9, 2026

# LAS VEGAS SUN

NEWS | BUSINESS | SPORTS | POLITICS | OPINION | ENTERTAINMENT | CALENDAR | RAIDERS | PODCASTS | LAS VEGAS WEEKLY | SUBSCRIBE

Betting | High School Sports | UNLV Sports | En Espanol | Vegas Golden Knights | Smith's World | Sun Shop | Newsletter

## Where I Stand -- Brian Greenspun: Back where we belong

Sunday, Oct. 2, 2005 | 7:54 a.m.

**What's new?**

BEGINNING TODAY, THE LAS VEGAS SUN

**How much? How often?**



EVERY DAY, THE SUN WILL HAVE:

**What hasn't changed?**

THE R-J AND SUN:

Good morning, Las Vegas!

It has been a long time since the Las Vegas Sun has been able to say that to Las Vegans. For the past 15 years, as part of a Joint Operating Agreement between the Sun and the Review-Journal, we have been a weekday afternoon publication and a combined paper on the weekend. All that has changed as of today.

It has been a long time coming but from now on, at least for the next 35 years, the Las Vegas Sun will be a morning newspaper -- as it was for the first 40 years of its life -- which will be delivered with the other morning newspaper, the R-J. Some people may think that strange. I think it is fantastic.

Let me tell you why.

Friday was the last day that the Sun published in the afternoon. Our circulation was somewhere around 23,000 copies. This morning we have been delivered, as part of the morning newspaper package, to almost 225,000 homes. That is nearly a tenfold increase in circulation!

If the purpose of a daily newspaper is to inform the citizens of a community about events and issues that affect them (which it is), and if that newspaper performs that function in a way that provides award-winning journalism and responsible, thought-provoking editorial writing (which we do), then it follows that the more people who read that newspaper the more people in this community there will be who are better informed and, therefore, better able to make the decisions necessary to enhance their quality of life.

That is the long and logical way of saying that from now on everyone who takes the morning paper will get two morning newspapers. And that also means that the Las Vegas Sun, for the first time since 1963 or perhaps for the first time ever, will be the largest-circulation newspaper in the state of Nevada.

OK, OK, so will the Review-Journal, but that can only be good for the people of this state. It is no secret that the Sun and the R-J don't usually see the world in the same way. In fact, it is safe to say that our two newspapers are hard-pressed to agree on anything. And if we ever do agree, then it is a safe bet that either the world has come to an end or that we are both absolutely right!

That kind of editorial competition is good for any city, but especially Las Vegas. As the fastest-growing city in America there is a pressing need for everyone who has been here a while, or who just got here, to engage immediately in the process of citizenship. And there is no better or more thorough way to do that than by reading the daily newspapers. We are just making that process easier. Instead of having to subscribe to two different newspapers, all you have to do is make one call, order one package and, voila, two very different newspapers will arrive at your door.

So the real question that our loyal Sun subscribers and even so many of our new readers are asking is, Why? Why did the Sun agree to give up its afternoon publishing position and why did the R-J agree to make room for us in the morning?

From our side the answer was simple: Just like a bank robber robs banks because that is where the money is, moving to the morning makes sense because that is where the circulation is. If you ask the people at the R-J they would probably have a different answer. They would talk about the economics of publishing an afternoon newspaper and the drain those losses would impose on their own ability to publish a good newspaper in the morning. Both good reasons for finding the common ground that we did and both good ways of fulfilling our responsibility to the public that is rooted in the First Amendment to the Constitution.

You will notice a few changes, I hope, from the look and feel of the Sun to the obviously fewer pages that we publish. We may look small, but we are very big on writing, on ideas, and on substance. And as we evolve you will come to appreciate how important the Las Vegas Sun is to your daily lives.

I know that is a tall order, especially for those cynics among you who don't want to and don't expect to ever like anything about us. But give us a try. I promise we will try to give you good reason every day to check us out.

And for our longtime and very loyal Sun subscribers, thank you for that loyalty and thank you for now allowing us into your homes with the Review-Journal. I know that is a change for you as well. But that is the beauty of this arrangement. Just as in life, there is always going to be time for change, and this is one of those times.

As for me, look at where I am. Back on the front page of the Las Vegas Sun. And back in the morning where we belong.

*archive*

### MOST POPULAR

1. Enough already: No more Supreme Court picks for Trump
2. Heavey: UNLV plans for new business school building, international expansion
3. Why new coach is trying to change his infamous style with the Golden Knights
4. Trump's threat to obliterate a whole civilization is an unpardonable offense
5. Bruno Mars to be honored with Las Vegas Strip parade and street name

### SCENE ON THE SUN

STRIP: Omnia Dayclub and Skybar

VOTE NOW
FOR LAS VEGAS WEEKLY'S BEST OF VEGAS 2016
BEST OF VEGAS: Voting open

SUPERGUIDE: Events listing

### FEATURED GALLERIES

NLV POLICE INVESTIGATE FIERY CRASH

MARBLE MANOR REDEVELOPMENT

RAIDERS QUARTERBACK KIRK COUSINS

MORE PHOTOS »

### AP HEADLINES

**Citizen 'Frog Patrol' helps amphibians survive a dangerous road journey in Poland**
Apr 9, 2026 (10:05 p.m.)

**Pope's Africa trip takes him to a source of growth for the church, and critical challenges**
Apr 9, 2026 (10:03 p.m.)

**Seattle 4, Vegas 3**
Apr 9, 2026 (10:02 p.m.)

**Baseball Glance**
Apr 9, 2026 (7:02 a.m.)

**East-Current Conditions**
Apr 9, 2026 (10:01 p.m.)

**Tropical Weather-Atlantic**
Apr 9, 2026 (10:01 p.m.)

**West-Current Conditions**
Apr 9, 2026 (10:01 p.m.)

## LAS VEGAS SUN

Locally owned and independent since 1950: Winner of the Pulitzer Prize for Public Service, best news website in the nation & DuPont Award for broadcast journalism

About Us | Contact Us | Advertising | FAQ | User Agreement | Privacy Policy | Awards | My Account

Greenspun Media Group | Vegas Inc | Las Vegas Weekly | Las Vegas Magazine | Vegas2Go

Follow us:

© Las Vegas Sun, 2026, All Rights Reserved
GREENSPUN MEDIA GROUP – P.O. Box 94018 Las Vegas, NV 89193

**2**

# EXHIBIT 2

Deposition Transcript Excerpts of Las Vegas Sun 30(b)(6) Corporate Representative Robert Cauthorn

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAS VEGAS SUN, INC., a
Nevada corporation,

              Plaintiff,    ) Case No.: 2:19-CV-01667-GMN-VCF

   v.

SHELDON ADELSON, an
individual and as the alter
ego of News+Media Capital
Group LLC and as the alter
ego of Las Vegas Review
Journal, Inc.; PATRICK
DUMONT, an individual;
NEWS+MEDIA CAPITAL GROUP LLC,
a Delaware limited liability
company; LAS VEGAS REVIEW
-JOURNAL, INC., a Delaware
corporation; and DOES, I-X,
inclusive,

              Defendants.
_____
LAS VEGAS REVIEW-JOURNAL,
INC., a Delaware corporation,

             Counterclaimant,

   v.

LAS VEGAS SUN, INC. a Nevada
corporation; BRIAN GREENSPUN,
an individual and as the
alter ego of Las Vegas Sun,
Inc.,; GREENSPUN MEDIA GROUP,
LLC, a Nevada limited
liability company, as the
alter ego of Las Vegas Sun,
Inc.,

     Counterclaim-Defendants.
_____

Reported by: Mickey Marez, RPR, CRR, NV CCR No. 950

Job No.: 837043

4

ROBERT CAUTHORN, 30 (B)(6) LAS VEGAS SUN, INC. - 02/16/2022

Page 11

yes.

Q.    Is the Review Journal out to purposely hurt the sales of the printed Review Journal/Sun?

MR. REID:  Objection.  Form.  Vague and ambiguous.

BY MR. SINGER:

Q.    I'll -- I'll ask it again.

Mr. Cauthorn, based on your understanding of the 2005 JOA, is the Review Journal allowed to purposely hurt the sales of the joint printed product?

A.    No.

Q.    Okay.

And based on your understanding of the 2005 JOA, is the Sun allowed to purposely hurt the sales of the joint printed product?

MR. REID:  Same objection.

THE WITNESS:  No.

BY MR. SINGER:

Q.    The printed Review Journal and Sun product is sold as a single product; correct?

A.    It is.

Q.    You cannot buy them separately; right?

A.    No.

Q.    If the Review Journal sells a printed copy of the joint newspaper product to a subscriber, that money

ROBERT CAUTHORN, 30 (B)(6) LAS VEGAS SUN, INC. - 02/16/2022

Page 387

CERTIFICATE OF REPORTER

STATE OF NEVADA   )
                  )
COUNTY OF CLARK   )

        I, Mickey Marez, a duly commissioned and licensed court reporter, Clark County, State of Nevada, Registered Professional Reporter and Certified Realtime Reporter with the National Court Reporters Association, do hereby certify:  That I reported the taking of the deposition of the witness, ROBERT CAUTHORN, commencing on Wednesday, February 16, 2022, at 9:06 a.m.;

        That prior to being examined, the witness was, by me, duly sworn to testify to the truth.  That I thereafter transcribed my said shorthand notes into typewriting and that the typewritten transcript of said deposition is a complete, true, and accurate transcription of said shorthand notes.

        I further certify that I am not a relative or employee of an attorney or counsel or any of the parties, nor a relative or employee of an attorney or counsel involved in said action, nor a person financially interested in the action; that a request has been made to review the transcript.

        IN WITNESS THEREOF, I have hereunto set my hand in my office in the County of Clark, State of Nevada, this 21st day of February, 2022.

_____
Mickey Marez, RPR, CRR, NV CCR No. 950

6

# EXHIBIT 3

## Las Vegas Sun Appellee's Answering Brief

No. 24-2287

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---

LAS VEGAS SUN, INC.,

*Plaintiff-Appellee*,

v.

SHELDON ADELSON; PATRICK DUMONT; NEWS+MEDIA CAPITAL
GROUP, LLC; LAS VEGAS REVIEW JOURNAL, INC.; and INTERFACE
OPERATIONS, LLC,

*Defendants-Appellants.*

---

APPEAL
from the United States District Court
for the District of Nevada
Anne R. Traum, District Judge, Presiding
D.C. No. 2:19-cv-01667-ART-MDC

---

## APPELLEE'S ANSWERING BRIEF

---

E. LEIF REID
KRISTEN L. MARTINI
NICOLE S. SCOTT
LUCY C. CROW
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
702.949.8200
lreid@lewisroca.com
kmartini@lewisroca.com
nscott@lewisroca.com
lcrow@lewisroca.com

JAMES J. PISANELLI
TODD L. BICE
JORDAN T. SMITH
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
702.214.2100
JJP@pisanellibice.com
TLB@pisanellibice.com
JTS@pisanellibice.com

The AG filed its "written approval" in an Order and Opinion adopting the DOJ's recommendation and setting forth its findings, conclusions, and rationale, pursuant to 28 C.F.R. § 48.14. 4-ER-563-644. The AG restated that "the two newspapers would maintain their separate news operations and editorial voices, but would combine their resources to publish, distribute and market the newspapers." *E.g.*, 4-ER-579-80. The AG noted the parties' "joint edition on Saturdays, Sundays, and holidays," and focused on their intent and agreed-upon undertakings to "combine business operations … while preserving the newspapers' editorial and reportorial independence," which included the Review-Journal's responsibility for "the management, printing, and other commercial functions of the newspapers" while the parties maintained separate staff, editors, and reporters, and split the profits from the joint operation. *E.g.*, 4-ER-564-66. The AG concluded that the Sun was a "failing newspaper" and that approval of the 1989 JOA would effectuate the policy and purpose of the NPA by "preserv[ing] the Sun in operation … as a second editorial voice." 4-ER-574-76. The AG approved the 1989 JOA without an evidentiary hearing (*see* 28 C.F.R. § 48.8(c)). 4-ER-563; 4-ER-568, 576. The parties operated under the 1989 JOA for 16 years.

B.    **The Parties Amend the 1989 JOA, and the DOJ Issues Its "No Action" Letter**

1.    **The Amended JOA Amends and Restates the 1989 JOA**

In 2004, the Sun and the Review-Journal's then-owner (who later became Stephens Media ("Stephens")), began negotiations to amend the 1989 JOA. *See* 1-SER-

7

**9**

03 ¶ 2; *see also* 4-ER-676 § 10.10 (providing the 1989 JOA could be changed by a written, signed agreement).

The Newspapers' publishers, owners, lawyers, and consultants were involved in the discussions. 1-SER-02-03 ¶¶ 2-5. The Review-Journal was represented by Stephens' Managing Partner and General Counsel, Jackson Farrow, and the Review-Journal's then-General Counsel, Mark Hinueber. 3-SER-687-69; 3-SER-681. Among the Sun's consultants was Gary Gomm, a non-lawyer whom the Sun's owner tasked to attend meetings and report on any developments in the Review-Journal's position. 1-SER-03 ¶ 4; 3-SER-706-11. Gomm had no authority to agree to terms, and he was not qualified to advise on the DOJ process for amended JOAs. *Compare* 1-SER-03-04 ¶¶ 4-5 & 3-SER-707 *with* AOB 51.

The parties executed the Amended JOA on June 10, 2005, titling it, "Amended and Restated Agreement." 3-ER-478-502. The Amended JOA continued the original 50-year term. *Compare* 4-ER-648 § 1.2 *with* 3-ER-479 § 1.2. The parties followed the Review-Journal's antitrust lawyers' advice to "track[] the 1989 agreement as closely as possible," for DOJ review. 3-SER-690-91; *compare* 4-ER-645-88 *with* 3-ER-478-502 (noting where provisions from the 1989 JOA were "<u>Intentionally omitted</u>"). The parties restated[1] or incorporated by reference[2] several provisions from the 1989 JOA.

---

[1] *Compare, e.g.*, 4-ER-657 § 5.1 *with* 3-ER-480 § 5.1.

[2] *E.g.*, 3-ER-478-79, 498-502 §§ 1.1-.2, App'x D.

As with the 1989 JOA, the parties preserved their "news and editorial independence" as the "essence" of the agreement, where each was still required to maintain separate news and editorial staff, and the RJ remained prohibited from unilaterally revising or reducing the Sun. *Compare* 4-ER-654-61 §§ 4.1, 5.1.1-.2 *with* 3-ER-479-82 §§ 4.1, 5.1.1-.2.

The parties continued their agreement to combine undertakings sanctioned by the AG in 1989 (*see* 4-ER-602-06; 4-ER-564-65), where the RJ still had responsibility for and ultimate decision-making authority with respect to: printing and production functions, using the RJ's printing plant and equipment (*compare* 4-ER-654-55 § 4.3 & 4-ER-657 § 5.1 *with* 3-ER-479-80 § 4.3 & 3-ER-480-81 § 5.1); distribution (*compare* 4-ER-657-58 § 5.1 *with* 3-ER-480-81 § 5.1); soliciting and selling advertising and circulation, and promoting the Newspapers (*compare* 4-ER-659-70 § 5.1.3-.4 *with* 3-ER-480 §§ 5.1 & 5.1.4); managerial services and all other non-editorial functions of the Newspapers under the joint operation (*compare* 4-ER-649 Art. 2 & 4-ER-662-63 §§ 6.1-.4 *with* 3-ER-480-81 § 5.1); and establishing advertising and circulation rates. *Compare* 4-ER-660 § 5.1.5 *with* 3-ER-480-81 § 5.1. The parties again shared in the profits of the joint operation. *Compare* 4-ER-663, 688 § 6.4, App'x D *with* 3-ER-482, 498-99 Art. 7, App'x D. The Sun remained without essential equipment and infrastructure to publish and distribute its newspaper independently, which it had sacrificed in the 1989 JOA by agreeing to common production facilities. *See* 1-SER-07 ¶¶ 14-15.

On time, method, and field of publication, the parties agreed to publish and

9

**11**

distribute the Newspapers in a bundled format, where they were separately and independently branded, but dually packaged ("Newspaper Bundle"), like their joint weekend and holiday editions under the 1989 JOA. *Compare* 3-ER-490 App'x A.2 *with* 4-ER-678 App'x A.2. The Newspapers retained their distinct identities as separate newspapers. *See, e.g.*, 3-ER-480 § 5.1 (labeling the Sun and the RJ as the "Newspapers," not the Review-Journal); 3-ER-479 § 4.3 (requiring the Sun to furnish its content "to Review-Journal for publication in the Sun"); *see also* 3-ER-482 § 5.2 (mandating the Sun "have exclusive and complete control, authority and direction" over its content "to be furnished by Sun to R[J] to be included in [the Sun] newspaper."); 3-ER-491 App'x A.3 (providing that the Sun's placement is "the third section of the Newspapers").

If the Review-Journal ever believed the Newspaper Bundle format was causing a "material and substantial negative financial impact," and an arbitrator agreed that the bundled format caused "advertiser abandonment" or "subscriber cancellations," the Review-Journal could deliver the Sun separately. 3-ER-491-92.

Having already received AG approval of the 1989 JOA, and absent a regulatory process for approval of amendments to post-1970 JOAs, the parties "agree[d] to file the Restated Agreement" with the DOJ using "their best efforts and tak[ing] all action necessary to effect the intent of th[e]" Amended JOA. 3-ER-478 § 1.1; 3-SER-689-90.

The 1989 JOA retained "full force and effect" while the parties transitioned to the Amended JOA. 3-ER-479 § 1.2. Even after the transition, the parties agreed,

In the event of *any action* **by the United States Department of**

DOJ) for amended JOAs." *Id.* The court found persuasive the caselaw considering this very issue, which "recognized that an amended JOA does not require prior written consent of the Attorney General," and that the RJ had identified no contrary caselaw. 1-ER-17-18.

Rejecting the RJ's argument that the Amended JOA was a novation or "new" JOA, the court found the four corners of the Amended JOA evidenced the parties' intention to amend the 1989 JOA. 1-ER-19-20. The court also relied on the parties' and the DOJ's communications regarding the Amended JOA (including Lang's representations), the DOJ's treatment of the Amended JOA as an amendment, and Hinueber's testimony that the DOJ Letter was a "no action letter" and the NPA "has no mechanism to approve an amended JOA." 1-ER-18-20. The changes in "the profit-sharing scheme and the distribution of the newspapers" were inconsequential because:

> the material elements of the 1989 JOA that eliminated price and other non-editorial and non-reportorial competition, elements previously approved by the Attorney General, remain unchanged. Indeed, the 1989 JOA included a joint distribution scheme on Saturdays, Sundays, holidays, and special editions, so even the joint distribution scheme is not new to the 2005 JOA.

1-ER-19. Alternatively, the court concluded that *even if* there was a novation, longstanding caselaw upholding the Regulations demonstrates that the Amended JOA would be enforceable absent AG signature, although it might expose the parties to antitrust liability. 1-ER-20.

Having concluded that the RJ's challenge to the Amended JOA was meritless, the

22

**13**

### C.    The Amended JOA Is an Amendment, Not a "New" JOA

The RJ alternatively argues that the parties' modifications to the details of their joint undertakings made the Amended JOA a novation—a "new" JOA unenforceable without written AG approval under Section 1803(b), yet somehow still capable of "terminat[ing] the 1989 JOA." AOB 49-52. As a novation can only occur if the new agreement is enforceable, the RJ's argument is legally unsound. *United Fire Ins. Co. v. McClelland*, 780 P.2d 193, 195 (Nev. 1989). Regardless, the district court also correctly rejected it because: (1) every appropriate consideration for determining whether the Amended JOA is an amendment proves that it is, including the text of the Amended JOA, the parties' intent, and their communications with the DOJ, which all confirm the Amended JOA is an amendment; and (2) "the material elements of the 1989 JOA that eliminated price and other non-editorial and non-reportorial competition, elements previously approved by the Attorney General, remain unchanged," including the "joint distribution scheme." 1-ER-19.

Both the Review-Journal and Sun agreed that the Amended JOA was intended as an amendment. 3-ER-475-76; 3-ER-434-35; 3-SER-690-91; 2-SER-318. The text evidences this intent. Not only does the title say so, but the Amended JOA closely tracks the 1989 JOA, restating or incorporating by reference various provisions (such as the original 50-year term) and identifying where others were "Intentionally omitted." 3-ER-479 § 1.2; 3-ER-478 § 1.1, 3-ER-497-502 App'x C & D.

The Amended JOA further reflects the material elements of the parties' combination that were approved by the AG as effectuating the purpose of the NPA: those confirming the Sun's continued viability and preserving its "editorial and reportorial independence." 3-ER-479, 482 §§ 4.1, 5.2; 4-ER-574-75; 4-ER-604. The RJ remains prohibited from controlling the Sun's content, format, or number of editions. 3-ER-481 §§ 5.1.1-.2; 4-ER-575.

Moreover, the parties continued their joint undertakings from the 1989 JOA, with the RJ being "responsible for and hav[ing] ultimate decision-making authority with respect to advertising and circulation rates, printing functions, managerial services, and all other functions of both newspapers except for news and editorial functions." 4-ER-602; 3-ER-479 § 4.3; 3-ER-480-81 § 5.1 (RJ's printing and production of the Newspapers); 3-ER-480-81 § 5.1 (RJ's distribution of the Newspapers, and agreeing to the time, method, and field of publication); *id.* (RJ's responsibilities for soliciting and selling advertising and circulation, and promoting the Newspapers); *id.* (combining the business management of the Newspapers, with the RJ managing the joint operation); *id.* (charging the RJ with establishing advertising and circulation rates for the Newspapers); 4-ER-564-65. The parties continued sharing profits. 3-ER-482, 498-502 Art. 7, App'x D. And the Newspaper Bundle format derived from yet another aspect of the 1989 JOA, the Newspapers' joint edition. 4-ER-678 App'x A.2; 4-ER-565-66.

Beyond the plain language, the parties and the DOJ treated the Amended JOA as an amendment. Lang so presented it to the DOJ, consistently representing that the

49

**15**

"Amendment" "ensures that [the] competition will continue" and furthers the purpose of the NPA. *E.g.*, 3-ER-475-76; 3-ER-434-35; 2-SER-318. The RJ argues that this fact shows the parties "chose" not to submit the amendment for AG approval (AOB 51); however, it would be irrational for parties—represented by experienced former-DOJ counsel—to forgo approval if it were mandatory for their continued legal operation. Notably, the RJ was required to use its "best efforts and take all action necessary" to comply with DOJ requirements. 3-ER-478 § 1.1.

The DOJ also acknowledged the filing and treated it as an amendment. *E.g.*, 3-ER-427; 2-SER-712; 3-ER-465-67. The DOJ did not follow the Regulations for AG approval. 1-SER-238. Instead, it vetted the Amended JOA, confirming that the Amended JOA would continue to preserve the Sun and its editorial and reportorial independence to effectuate the NPA's purpose. 3-ER-467; 3-SER-717; 3-SER-714. The DOJ closed its investigation rather than bring an enforcement action. For all of these and the other reasons discussed above, the district court did not err in concluding that the Amended JOA is not a "new" JOA.[7]

_____

[7] In a never-before-raised argument, the RJ asserts the Amended JOA also required AG approval as a "new" JOA because it purportedly "added several Review-Journal affiliate newspapers to the arrangement," which Section 1803(a) prohibits in amendments to pre-1970 JOAs. AOB 52, 50. Besides that the RJ's argument fails as a matter of law for all the reasons discussed above, the RJ has waived this fact-bound argument by raising it for the first time on appeal without developing a factual record. *See, e.g.*, *Bolker v. Comm'r*, 760 F.2d 1039, 1042 (9th Cir. 1985) (declining to consider new issue argued on appeal where "there may be facts relevant to the issue which were not developed in the record"); *Dream Palace v. Cnty. of Maricopa*, 384 F.3d 990, 1005 (9th Cir. 2004) (explaining the rule "serves to ensure that legal arguments are considered with the benefit of a fully

contractual provisions."). The district court properly concluded that even if the Amended JOA is a novation, the lack of AG approval does not invalidate the Amended JOA.

### CONCLUSION

An Order dismissing this appeal or affirming the district court's Order is warranted.

Dated this 13th day of June, 2024.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: *s/ Kristen L. Martini*

E. Leif Reid
Kristen L. Martini
Nicole S. Scott
Lucy C. Crow
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

PISANELLI BICE PLLC
James J. Pisanelli
Todd L. Bice
Jordan T. Smith
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

ALIOTO LAW FIRM
Joseph M. Alioto
One Sansome Street, 35th Floor
San Francisco, California 94104

*Attorneys for Appellee*

**17**

# EXHIBIT 4

Las Vegas Sun, Inc.'s Answers to Defendants' First Set of Interrogatories to Plaintiff

E. LEIF REID, Nevada Bar No. 5750
KRISTEN L. MARTINI, Nevada Bar No. 11272
NICOLE SCOTT, Nevada Bar No. 13757
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, NV 89501-2128
Tel:    775.823.2900
Fax:    775.823.2929
Email: lreid@lrrc.com
        kmartini@lrrc.com
        nscott@lrrc.com


JAMES J. PISANELLI, Nevada Bar No. 4027
TODD L. BICE, Nevada Bar No. 4534
JORDAN T. SMITH, Nevada Bar No. 12097
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Email: JJP@pisanellibice.com
        TLB@pisanellibice.com
        JTS@pisanellibice.com

JOSEPH M. ALIOTO, *PRO HAC VICE*
JAMIE L. MILLER, *PRO HAC VICE*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104
Tel: 415.434.8900
Fax: 415.434.9200
Email: jmalioto@aliotolaw.com
        jmiller@aliotolaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>                   Plaintiff,<br><br>v.<br><br>SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group LLC and as the alter ego of Las Vegas Review Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; and DOES, I-X, inclusive,<br><br>                   Defendants. | Case No. 2:19-CV-01667-GMN-BNW<br><br><br>**LAS VEGAS SUN, INC.'S ANSWERS TO DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFF** |

111544411.1

**19**

**INTERROGATORY NO. 16:**

For each year between 2013 and the present, describe in detail whether and in what amounts YOU have used profit payments paid under the 2005 JOA to fund the operations of the LAS VEGAS SUN WEBSITE or any other ONLINE PUBLICATIONS or PRINT PUBLICATIONS.

**ANSWER TO INTERROGATORY NO. 16:**

The Sun objects. This Interrogatory is improperly compounded and seeks to circumvent the limitations of Rule 33. This Interrogatory is vague and ambiguous because it fails to describe or define the terms, "used profit payments paid under the 2005 JOA," and "to fund the operations." These ambiguities further render this Interrogatory unduly burdensome and overbroad. Lasvegassun.com, and any other ONLINE PUBLICATIONS or PRINT PUBLICATIONS are separate from the Sun, and none are parties to this action; thus, this Interrogatory is improper and does not comply with Federal Rule of Civil Procedure 33. This Interrogatory is further unduly burdensome and overbroad by seeking information for an expansive timeframe of approximately seven (7) years. Defendants did not even acquire ownership of the Review-Journal until December 10, 2015. The Sun also objects to the extent this Interrogatory seeks the information that is neither relevant to any claim or defense asserted in this action, nor proportional to the needs of the case. The operation of the Lasvegassun.com and any other ONLINE PUBLICATIONS or PRINT PUBLICATIONS is a matter beyond the scope of the 2005 Amended JOA. Unlike the 1989 JOA, the 2005 Amended JOA neither directs how the Sun must use its profit payments nor grants the Review-Journal a right to audit the Sun, the Lasvegassun.com (a direct competitor of the Review-Journal's digital operations) or any related entities or publications. Defendants have no right to inspect the financial records of the Sun. The Sun also objects to the extent this Interrogatory purports to seek proprietary information of a non-party competitor of the Review-Journal's digital operations. *Cain v. Price*, 134 Nev. 193, 198, 415 P.3d 25, 30 (2018) (holding that, "due to privacy concerns and the potential for 'abuse and harassment,' a defendant's personal financial information can 'not be had for the mere asking.' To discover that information, a plaintiff must demonstrate some factual basis" for the requested information) (internal citation omitted); *Hetter v. Eighth*

- 20 -

*Judicial Dist. Court*, 110 Nev. 513, 520, 874 P.2d 762, 766 (1994) (same). Defendants have not provided any factual basis to blanketly request such sensitive, proprietary information, and unlike the Sun. Finally, the Sun objects to this Interrogatory to the extent it seeks information subject to the attorney-client privilege, accountant-client privilege, and/or the attorney work-product doctrine. Furthermore, the Sun objects as this Interrogatory seeks information that is neither relevant to any claim or defense asserted in this action, nor proportional to the needs of the case.

**INTERROGATORY NO. 17:**

IDENTIFY the names, positions, and dates of employment of all individuals who have worked on a full-time or part-time basis (including contractors, freelancers, etc.) on the SUN NEWSROOM STAFF for each year between 2013 and the present, and specify for each such individual which one or more of the following publications the individual worked on content for: the LAS VEGAS SUN NEWSPAPER, the LAS VEGAS SUN WEBSITE, and/or GREENSPUN MEDIA GROUP.

**ANSWER TO INTERROGATORY NO. 17:**

The Sun objects. This Interrogatory is improperly compounded and seeks to circumvent the limitations of Rule 33. This Interrogatory is vague and ambiguous because it fails to describe or define the terms "contractors," "freelancers," or "worked on content for." This Interrogatory is similarly unduly burdensome, overbroad, and disproportionate to the needs of the case by seeking the production of documents for an expansive timeframe of seven (7) years. And, even if the timeframe starts from seven years ago, the Sun would have to examine almost seven years of its daily print pages and non-parties, the Lasvegassun.com and Greenspun Media Group's pages, to create a document that "identif[ies] contributors of content" when the Review-Journal has copies of the Newspapers, and has access to the Lasvegassun.com itself, and can create its own list. What is more, Defendants did not even acquire ownership of the Review-Journal until December 10, 2015. The Sun also objects as this Interrogatory seeks the information that are neither relevant to any claim or defense asserted in this action, nor proportional to the needs of the case. Further, GREENSPUN MEDIA GROUP and Lasvegassun.com are separate from the Sun, and neither are

Subject to the foregoing objections, and limiting the Sun's answer to the Sun only, and the time period December 10, 2015, to present, the Sun answers as follows: None; *see* Answer to Interrogatory No. 18.

DATED this 22nd day of June, 2020.

LEWIS ROCA ROTHGERBER CHRISTIE LLP


By: */s/ E. Leif Reid*
    E. Leif Reid, Bar No. 5750
    Kristen L. Martini, Bar No. 11272
    Nicole Scott, Bar No. 13757
    One East Liberty Street, Suite 300
    Reno, NV 89501-2128

    PISANELLI BICE PLLC
    James J. Pisanelli, Bar No. 4027
    Todd L. Bice, Bar No. 4534
    Jordan T. Smith, Bar No. 12097
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101

    ALIOTO LAW FIRM
    Joseph M. Alioto, Pro Hac Vice
    Jamie L. Miller, Pro Hac Vice
    One Sansome Street, 35th Floor
    San Francisco, CA 94104

    *Attorneys for Plaintiff*

- 24 -

111544411.1

**22**

## **VERIFICATION**

I, Robert Cauthorn, am Chief Operating Officer of Las Vegas Sun, Inc., and state under penalty of perjury under the laws of the State of Nevada that I have read the foregoing LAS VEGAS SUN, INC.'S ANSWERS TO DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFF, and confirm that they contain true and complete responses to the questions as of the date of this verification. I am competent to testify to the matters stated in the responses and could so testify.

Executed on this 22nd day of June, 2020.

_____
ROBERT CAUTHORN

111544411.1

**23**

# EXHIBIT 5

Deposition Transcript Excerpts of Jason Taylor

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * * *

LAS VEGAS SUN, INC., A NEVADA CORPORATION,

     Plaintiff,

                                Case No.
                                2:19-CV-01667-GMN-VCF

        vs.

SHELDON ADELSON, an individual and as the alter ego of News+Media Capital Group, LLC and as the alter ego of Las Vegas Review-Journal, Inc.; PATRICK DUMONT, an individual; NEWS+MEDIA CAPITAL GROUP, LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC. a Delaware corporation; and DOES I-X, inclusive,

     Defendants.

_____

VIDEOTAPED DEPOSITION OF JASON TAYLOR VOLUME II

Taken on May 12, 2022

At 8:49 a.m.

At 3993 Howard Hughes Parkway #600

Las Vegas, Nevada

Reported by: Kimberly A. Farkas, RPR, CCR #741

LIT Job No. 870182 | NV Firm No. 026F

Page 262

Review-Journal?

MR. REID:  Objection.  Form.

THE WITNESS:  Actively, never worked at a paper that was -- no.  They were -- as I think I testified earlier, I would always say I'm the only person who's been involved in three JOAs.  They were end of cycle, middle of cycle, pre-cycle.

BY MR. SINGER:

Q.    The Honolulu JOA ended, I think, in 2001; is that right?

A.    The year -- I came when that management team left.

Q.    Okay.  So you came in after the JOA ended in Honolulu.  And the Chattanooga JOA ended in 1999; is that right?

A.    Yeah.

Q.    And you came in after that?

A.    Yeah.  But I do want to point out that when a JOA is dissolved, there's still so much happening after the fact that still your awareness of JOAs is very important.

Q.    So before becoming publisher of the Review-Journal, you were the publisher of the Chattanooga Times Free Press; correct?

A.    Correct.

JASON TAYLOR, VOLUME II – 05/12/2022

Page 263

Q.    From 2007 to 2014?

A.    Yes.

Q.    And isn't it true that during your last three years as publisher in Chattanooga, that print circulation for the Times Free Press declined each of those three years?

MR. REID:  Objection.  Form.

THE WITNESS:   Print circulation, yes, because we eliminated several counties in which we distributed.

BY MR. SINGER:

Q.    Okay.  So from 2012 to 2014, isn't it true that Sunday print circulation declined around 20 percent in Chattanooga?

MR. REID:  Objection.  Form.

THE WITNESS:   If you have something that shows that, I would say it was accurate, but I have no idea off the top of my head.

BY MR. SINGER:

Q.    And also during the last three years of your tenure as publisher in Chattanooga, daily print circulation also declined year after year?

MR. REID:  Objection.  Form.

THE WITNESS:   Yeah.  A lot of that is due to the AAM changes and how they recognize paid circulation that happened during that time.  And then we

Page 264

eliminated -- we distributed, don't hold me to it 17, 18 counties, and we got rid of 7 or 8 of those counties because of the cost to deliver.

BY MR. SINGER:

Q.   And that caused print circulation to decline?

A.   Um-hum.

MR. REID:   Objection.   Form.

THE WITNESS:   Correct.   Sorry.

BY MR. SINGER:

Q.   And I believe you covered this at the prior depo, but just to be clear.  The Chattanooga Times Free Press now only prints on Sundays; correct?

A.   Correct.

Q.   And before becoming publisher of the Chattanooga Times Free Press, you were publisher of the Clarion-Ledger in Jackson, Mississippi; right?

A.   That's not correct.

Q.   When were you publisher of the Clarion-Ledger?

A.   After I was publisher of the Chattanooga Times Free Press.

Q.   Of course.  Because that was 2014 to 2015; right?

A.   Correct.

Q.   So 2014 to 2015, you then became publisher of

Page 294

CERTIFICATE OF REPORTER

STATE OF NEVADA    )
                   )    ss:
COUNTY OF CLARK    )

I, Kimberly A. Farkas, a Certified Court Reporter licensed by the State of Nevada, do hereby certify:

That I reported the deposition of JASON P. TAYLOR VOLUME II, May 12, 2022, at 8:49 a.m.

That prior to being deposed, the witness was duly sworn by me to testify to the truth.  That I thereafter transcribed my said stenographic notes into written form, and that the typewritten transcript is a complete, true and accurate transcription of my said stenographic notes; that review of the transcript was not requested.

I further certify that I am not a relative, employee or independent contractor of counsel or of any of the parties involved in the proceeding; nor a person financially interested in the proceeding.

IN WITNESS WHEREOF, I have set my hand in my office in the County of Clark, State of Nevada, this 20th day of May, 2022.

_____
Kimberly A. Farkas, CCR NO. 741

# EXHIBIT 6

Declaration of Janet Owen in Support of Defendant Las Vegas Review-Journal's Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Apr. 15, 2026)

J. RANDALL JONES, ESQ., SBN 1927
r.jones@kempjones.com
MONA KAVEH, ESQ., SBN 11825
m.kaveh@kempjones.com
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone:      +1 702 385 6000

DAVID R. SINGER, ESQ. (*pro hac vice*)
dsinger@jenner.com
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
agallegos@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:      +1 213 239 5100
Facsimile:      +1 213 239 5199

MICHAEL J. GAYAN, ESQ., SBN 11135
mike@claggettlaw.com
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
Telephone:      +1 702 333 7777
Facsimile:      +1 702 655 3763

RICHARD L. STONE, ESQ. (*pro hac vice*)
rstone@fastmail.com
850 Devon Avenue
Los Angeles, California 90024
Telephone:      +1 310 993 2068

*Attorneys for Defendants/Counterclaimant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., | Case No. 2:19-cv-01667-ART-MDC |
| Plaintiff, | **DECLARATION OF JANET OWEN IN SUPPORT OF DEFENDANT LAS VEGAS REVIEW-JOURNAL'S OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
| v. | |
| SHELDON ADELSON, et al., | |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |

31

## DECLARATION OF JANET OWEN

I, Janet Owen, declare as follows:

1.      I am the Sr. Vice President of Operations at the Las Vegas Review-Journal. The facts set forth below are based upon my own personal knowledge and my review of the Review-Journal's internal business records and operations with which I am familiar. I make this declaration in support of the Review-Journal's opposition to the Sun's motion for a temporary restraining order or preliminary injunction.

2.      I joined the Las Vegas Review-Journal in March 2016. I oversee print operations at the Review-Journal including the printing and packaging of the *Las Vegas Review-Journal* newspaper and commercial printing operations for outside clients.

3.      The Review-Journal's printing facility is available to print a newspaper for the Sun on commercially reasonable terms, just as it prints newspapers for other clients.

4.      In addition to printing the Review-Journal, our facility currently prints several other newspapers on a commercial basis. These third-party printing customers include *USA Today* and the *New York Times*, as well as regional publications such as the *Arizona Republic* and the *Arizona Daily Star*.

5.      The Review-Journal's presses have available capacity to print additional publications between approximately 11:00 a.m. and 9:00 p.m. daily. To meet printing schedules, the Review-Journal would require delivery of final page files approximately two hours before the requested press time. By way of reference, under the 2005 Joint Operating Agreement ("2005 JOA"), the Sun typically delivered its final copy to the Review-Journal by approximately 5:00 p.m. for inclusion in the following morning's edition.  The Sun could deliver its page files at this same time and printing could be completed by 9:00 p.m. to accommodate morning delivery.

6.      The cost of any third-party print job depends on a number of variables, including the total number of pages, the number of sections, the quantity of color pages, and the total number of issues to be printed. Other factors that may affect pricing include paper stock, trim size, and production scheduling. Because these variables differ across print jobs, any pricing estimate is specific to the specifications provided.

1

7.      If a third party—including the Las Vegas Sun—were to approach the Review-Journal seeking to use its printing press to print a newspaper with the same specifications as the standard weekday edition of the *Las Vegas Review-Journal*, below is the estimated cost the Review-Journal would charge based on the number of issues to be printed:

    a.  1,000 issues: $1,846

    b.  2,500 issues: $2,181

    c.  5,000 issues: $2,521

8.      If a third party—including the Las Vegas Sun—were to approach the Review-Journal seeking to use its printing press to print a newspaper with the same specifications as the most recently published weekday edition of the *Sun* insert, below is the estimated cost the Review-Journal would charge based on the number of issues to be printed:

    a.  1,000 issues: $611

    b.  2,500 issues: $661

    c.  5,000 issues: $789

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:    April 15, 2026

By: _____

DocuSigned by:

*Janet Owen*

2EF4AB398997413...

Janet Owen

2

**33**

34

# EXHIBIT 7

Screenshots from Las Vegas Sun X Profile



10:25

5G 80

# Las Vegas Sun ✔

@LasVegasSun

Southern Nevada's award-winning source for news, sports, politics, entertainment and opinion; locally owned and independent since 1950

📍 Las Vegas, NV    🔗 lasvegassun.com

📅 Joined January 2008 >

**18.1K** Following   **226K** Followers

**Posts**    Replies    Highlights    Videos    Photos    Articles



**Las Vegas Sun** ✔ @LasVegasSun · 10m    𝕏
Raiders GM John Spytek sits down to chat ahead of the NFL draft this month

> 🏴 **Las Vegas Raiders** ✔ 🏈 @Raiders · 16h
> Committed to the process 🧠
>
> Hear from General Manager John Spytek as he sits down to discuss Free Agency, the upcoming NFL Draft, and more ➡️ bit.ly/ 4tAlVit



🏠    🔍    ⊘    🔔    💬

1    35

10:27

5G

80

← **Post** •••

X.com

**Las Vegas Sun** ✓
@LasVegasSun

A note to readers of the Las Vegas Sun



A note to readers of the Las Vegas Sun

From lasvegassun.com

9:23 AM · 4/3/26 · **4.4K** Views

💬 9    🔁 5    ♡ 28    🔖    ⬆️

**Relevant** ⌄                    **View quotes** ›

 **D.C. Thornton** ✓ @dcthornton · 5d    🚫 •••
If you truly believe your "newspaper" is economically viable in print, stand up on your own two feet and get your own printing press.

Move on.

💬        🔁        ♡ 5        📊 250        🔖    ⬆️

 **gateway to fremont** ✓ @gateway2fr... · 4d  🚫 •••

 Post your reply

🏠        🔍        Ø        🔔        💬

2        **36**



Las Vegas coverage

Was it Downtown Joe?

2   239

**Isla Ellis** @IslaEllis7 · 4d
The Sun cannot stand on its own;  it is left wing;
no need to ever read anything of value.

42

**AC** @andrewc702 · 4d
Why not go back to printing your own full daily
newspaper instead of being an insert in another
paper? A true competitor to the RJ. You print the
Las Vegas Weekly, so you obviously have a
distribution arm.

72

**Vegas Conservative** ✓ @denstarr4 · 3d
All three of them?

13

**Game of Noles** @gameofnoles · 4d
How did you ever get the review journal to print
your paper? Who the fuck do you think you are?
print your own fucking paper, You fucking loser.

1   2   109

**Love Our Republic** ✓ @LoveOurRep... · 4d
People still read your propaganda rag?

66

Post your reply

< **lasvegassun**   •••



**Las Vegas Sun**

| **2,411** | **15.4K** | **868** |
|---|---|---|
| posts | followers | following |

Award-winning breaking news, investigative reporting, sports and more. #lasvegassun

🔗 linkin.bio/lasvegassun and 1 more

@ lasvegassun 2 new •

| Follow | Message | Contact | +👤 |
|---|---|---|---|

⊞   ▶   🔄   👤

 LAS VEGAS SUN
How the Iran war is already further driving up Las Vegas travel costs

 LAS VEGAS SUN
Clark County Commission candidate has unique advantage: Everyone has heard the name







Today, for the first time since 1950, there was not a print edition of the Sun available in Las Vegas.

LAS VEGAS SUN

 LAS VEGAS SUN
From lionfish mohawks to LED wings, SECTA students prove flair for fashion



 Two arrested after 35 dogs seized in Las Vegas animal cruelty raid

Tabitha Berube, 32, and John Johnstone, 38, were booked into the Clark County Detention Center after detectives executed a search warrant at a facility on the 7300 block of West Lake Mead Boulevard. Johnstone faces four counts of willful and malicious killing, maiming or torturing a dog. Berube faces one

 LAS VEGAS SUN
Teen's fight against drunk driving starts close to home in Southern Nevada





**lasvegassun**
↗ Rantseni · Resiliencia

Follow    •••

Today, for the first time since 1950, there was not a print edition of the Sun available in Las Vegas.

LAS VEGAS SUN

● ● ● ●

♡ 2,935    💬 141    ⇄ 226    ▽ 430    🔖

**lasvegassun** A note to readers of the Las Vegas Sun. Read the full statement at the link in bio.

4 days ago

 **lasvegassun**
↗ Rantseni · Resiliencia

**Follow**    ···

2/4

This is a new stage in a long-running antitrust battle between the Sun and the Las Vegas Review-Journal. The RJ and the Miriam Adelson family are fulfilling a long-held goal to silence the Sun and take it from readers by taking advantage of a gap in the judicial process to stop printing the Sun.

**LAS VEGAS☀SUN**



● ● ● ●

 2,935     141     226     430

**lasvegassun** A note to readers of the Las Vegas Sun. Read the full statement at the link in bio.

4 days ago

6    **40**

**lasvegassun**
Las Vegas, Nevada

Follow      •••

The mechanism that allows this has to do with a complicated sequence of judicial events that has resulted in a lapse in the preliminary injunction that has required the RJ to abide by its obligations under the Joint Operating Agreement to publish and distribute the Sun, as it has for the last seven years since the antitrust lawsuit began.

**LAS VEGASSUN**

♡ 2,935    💬 141    ⟳ 226    ▷ 430                    🔖

**lasvegassun** A note to readers of the Las Vegas Sun. Read the full statement at the link in bio.

4 days ago



**lasvegassun**
Las Vegas, Nevada

**Follow**    •••

This is not over yet. And we intend to be back in print before the audience we built over many years very soon.

The Sun stood up to Joe McCarthy and the mob, and now we're standing up to the Adelsons and the RJ.



LAS VEGAS☀SUN



 2,935     141     226     430

**lasvegassun** A note to readers of the Las Vegas Sun. Read the full statement at the link in bio.

4 days ago

7:46 🔕

◀ Safari

This is not over yet. And we intend to be back in print before the audience we built over many years very soon.

## Comments



**lasvegassun** 4d · Author 📌
Thank you for all of your support! 🫶 Please consider subscribing at lasvegassun.com
**Reply**

♡
77



**raisedinvegas** ✔ 4d · ❤️ by author
I'm so sorry guys :(
**Reply**

♡
44



**lasvegassun** 4d · Author
@raisedinvegas It's not over yet! 🫶
**Reply**

♡
22

**mytherapistlife** ✔ 4d
What can we do to help?
**Reply**

♡
18



**lasvegassun** 4d · Author
@mytherapistlife We appreciate your support! The best way to support is to subscribe online or visit the Sun Shop tab for cool merch.
**Reply**

♡
29

View 1 more reply

       



Join the conversation...

7:46 ✈

◀ Safari

 59

This is not over yet. And we intend to be back in print before the audience we built over many years very soon.

## Comments

 **onewitdacurlz** 4d

Tax the rich, tax the Adelsons, tax billionaires

♡

Reply                                           225

—— View 13 more replies

 **battlebornpins** 4d

 👏👏👏

♡

Reply                                             9

 **oblongatatata** 4d

Hmm the Adelsons trying to control media/ information output. Tale as old as time.

♡

Reply                                            55

—— View 2 more replies

 **suesran** 4d

 🙌

♡

Reply                                             4

 **shikha.bhatnagar1** 4d

What can the community do to ensure that the @lasvegassun is able to retain its independent journalistic voice?

♡

Reply                                            83

 ❤️   🙌   🔥   👏   😢   😍   😮   😂

 Join the conversation...           GIF

7:46 🔕

◀ Safari

## Comments

This is not over yet. And we intend to be back in print before the audience we built over many years very soon.

---

**leslieparraguirre** 4d · ❤️ by author

I stand with the Sun!

Reply      ♡ 15

---

**vegasryan** 4d

It's always darkest before the dawn. The Sun will rise again!

Reply      ♡ 24

---

**andreacynthia_** 4d

🤍🤍🤍

Reply      ♡ 1

---

**sarahrepsvegas** 4d

🥺 the Sun is very much needed

Reply      ♡ 2

---

**sulheejessica** ✔️ 3d

😩😩😩😩😩😩

Reply      ♡ 1

---

**tami_.belt** 3d

Very sad news. You are the voice of reason and community.

Reply      ♡ 2

---

❤️ 🙌 🔥 👏 😢 😍 😮 😂

Join the conversation...    GIF

7:47

◄ Safari

This is not over yet. And we intend to be back in print before the audience we built over many years very soon.

## Comments

 **silver_state_disposal** 3d
The Sun has always and will always be the best major newspaper in Las Vegas.
The RJ is, quite literally, a rag.
Reply

10

—— View 3 more replies

 **bonbonzbb** 4d
Good luck with this fight. 💪✊
Reply

3

 **shayclassyvegas** 4d
👏👏👏 hang in there and keep up the fight!
Reply

1

 **lvangel10** 4d
😮😮
Reply

 **cyrus992** 4d
Sun is a joke so is @lasvegasweekly
Reply

9

—— View 9 more replies

❤️  🙌  🔥  👏  😢  😍  😮  😂

 Join the conversation...  GIF

46

This is not over yet. And we intend to be back in print before the audience we built over many years very soon.

## Comments

 **pat.mc.pics** 4d
Cancelled our subscription to the pathetic RJ this morning.  Support The Sun!

Reply

13

 **dqkory** 4d
If you had a readership base of your own you wouldn't have to piggy back on the @reviewjournal all these years and beg for subscriptions.

Reply

3

 **lux_murphy** 4d
I've heard there was a secret chord
That David played and it pleased the Lord
But you don't really care for music, do ya?
It goes like this, the fourth, the fifth
The minor fall, the major lift
The baffled king composing Hallelujah
Hallelujah
Hallelujah
Hallelujah
Hallelujah

Reply

3

       

 Join the conversation...

47



# Las Vegas Sun ✔

**175K** followers · **21** following · **44K** posts

Award-winning breaking news, investigative reporting, sports and more.

 Newspaper



| 🔖 Follow | ✏️ Sign Up |
|---|---|

**All**    Photos    Reels    Events    Mentions

## Links

🔗   lasvegassun.com

## Contact info

📞   **(702) 990-2550**

💬   **Las Vegas Sun**

## All posts

**Las Vegas Sun** ✔                                    •••
2h · 🌐

A Las Vegas business owner has been sentenc... **See more**



 

10:33      5G<sup>u</sup><sub>C</sub>  80

 **Las Vegas Sun** ✓
5d · 🌐                    ● ● ●

A note to readers of the Las Vegas Sun



👍 263      💬 236      ↗ 29                    👍🥰😆

Most relevant ⌄

 🎤 Author
**Las Vegas Sun** ✓
For more: https://lasvegassun.com/news/2026/
apr/03/a-note-to-readers-of-the-las-vegas-sun/

 **A note to readers of the Las Vegas Sun**
lasvegassun.com

5d    Like    Reply              17 👍🥰😆

 **Ari Michael**
If the Sun stops being printed, what will I line my
birdcage with???

4d    Like    Reply              34 👍😆

      View 9 replies...

📷    Write a comment...              ⭐ GIF ☺

10:33

  5G 80

 **Las Vegas Sun** ✓
5d · 🌐

...

 **Alan Buford**
Maybe the Sun can get AG Aaron Ford to sue on their behalf.

4d    Like    Reply    8 😆👍

View 2 replies...

 **Kim D Price**
I've moved here 38 years ago, read both papers to start, and the Sun has been my go-to paper ever since.

4d    Like    Reply    37 👍

 **Ron Mader**
The news taco - newspaper inside a newspaper – distinguished Las Vegas. As always, looking forward to seeing what's next.

2d    Like    Reply

 💎 Top fan
**Kelli Westfall Pash**
Keep fighting! We need a paper that actually prints the truth! Not hate mongering propaganda!

4d    Like    Reply    78 👍😆

View 3 replies...

 **BJ Norton**
Honest question, how many readers are actually reading a print edition? Is it worth the hassle of being an unwanted insert?

3d    Like    Reply    1 👍

View 1 reply...



📷    Write a comment...      ☺

10:34 🔕

 

  **Las Vegas Sun** ✔
5d · 🌐

· · ·



**Thomas R Gabrielli**
The Sun has always been a better newspaper than the RJ!

4d    Like    Reply                62 👍😄

**View 1 reply...**





💎 **Top fan**
**Stephanie Gall Miller**
I miss when I could get the Sun without the RJ

5d    Like    Reply                78 👍

**View 1 reply...**



**Stephen Pálffy**
I'm no fan of the Adelsons, but as a former editor of a printed monthly publication almost 30 years ago... what's the reason for keeping a paper edition around?
Maybe you could take a YUGE cash settlement?

4d    Like    Reply                3 👍😢

**View 2 replies...**





**Lynn Gienger**
Keep fighting. We need your voice.

5d    Like    Reply                51 👍

**View 1 reply...**





**Michael S Sommermeyer**
I've really enjoyed the Sun because I don't have to pay through the nose for a New York Times subscription.

4d    Like    Reply                14 👍😄





**Tim Kennedy**

 Write a comment...

10:34

5G

80

 **Las Vegas Sun** ✔
5d · 🌐

···

 **Tim Kennedy**
I stopped my subscription to LVRJ when they backed Trump

4d   Like   Reply                    21 👍

**View 1 reply...**

 ◆ Top fan
**Russ Foos**
WE BELIEVE IN YOU Las Vegas Sun!!

5d   Like   Reply                    26 👍😄

**View 1 reply...**

 **Dean Payne**
still get the rj the first and most times  only section i would read is the sun...and sports

4d   Like   Reply                    3 👍

**View 1 reply...**

 **David Jankowski**
If by "print edition of The Sun" you mean an eight-page section containing about 80% stories from non-Sun writers, a story in Spanish, and 100% liberal crap then yeah, I guess it's missing. But does anyone miss it?

4d   Like   Reply                    14 👍❤️😄

**View 3 replies...**

 **Dwight Calwhite** ✔
Wishing you the best of luck in court. The Las Vegas Sun serves a very important role in keeping Las Vegas locals informed

4d   Like   Reply                    8 👍😄

Write a comment...

18   52

10:34

 **Las Vegas Sun** ✔
5d · 🌐

...

 **Sarah Peacock**
Keep fighting!

5d    Like    Reply                        24 👍

View 1 reply...

 **Diane Wattles Goldstein**
I called yesterday and cancelled my subscription
to the LVJR specifically because of this issue. I
told the customer service representative who
tried to talk me out of it. I'm happy to continue to
support the sun and my yearly subscription was
just re-upped. Sending good luck and I hope that
the Sun prevails.

3d    Like    Reply                        2 👍

 **Lisa Skurow**
Fight Like Hell!

5d    Like    Reply                        10 👍😄

 **Rachael Richardson**
Awe I use The Sun for historical research all the
time. I hope the community rally behind you.

4d    Like    Reply                        3 👍❤️

 **Linda Hofer**
I'm not disappointed one bit.

5d    Like    Reply                        16 👍❤️😄

 **Vernon Reese**
No print version and online is behind a paywall?
Goodbye

4d    Like    Reply                        3 👍

 Kelly Currier

 Write a comment...

# EXHIBIT 8

Deposition Transcript Excerpts of Las Vegas Sun 30(b)(6) Corporate Representative Robert Cauthorn

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAS VEGAS SUN, INC., a                )
Nevada corporation,                   )
                                      )
                 Plaintiff,           ) Case No.: 2:19-CV-01667-GMN-VCF
                                      )
      v.                              )
                                      )
SHELDON ADELSON, an                   )
individual and as the alter          )
ego of News+Media Capital            )
Group LLC and as the alter           )
ego of Las Vegas Review              )
Journal, Inc.; PATRICK               )
DUMONT, an individual;               )
NEWS+MEDIA CAPITAL GROUP LLC,        )
a Delaware limited liability         )
company; LAS VEGAS REVIEW            )
-JOURNAL, INC., a Delaware           )
corporation; and DOES, I-X,          )
inclusive,                           )
                                      )
                 Defendants.          )
_____)
LAS VEGAS REVIEW-JOURNAL,             )
INC., a Delaware corporation,        )
                                      )
                 Counterclaimant,     )
                                      )
      v.                              )
                                      )
LAS VEGAS SUN, INC. a Nevada         )
corporation; BRIAN GREENSPUN,        )
an individual and as the             )
alter ego of Las Vegas Sun,          )
Inc.,; GREENSPUN MEDIA GROUP,        )
LLC, a Nevada limited                )
liability company, as the            )
alter ego of Las Vegas Sun,          )
Inc.,                                 )
                                      )
       Counterclaim-Defendants.       )
_____)
Reported by: Mickey Marez, RPR, CRR, NV CCR No. 950

Job No.: 837043

55

ROBERT CAUTHORN, 30 (B)(6) LAS VEGAS SUN, INC. – 02/16/2022

Page 126

a printing press?

A.   There's -- there is no local availability of -- of -- of an open web printing press to release, other than the Review Journal's printing press.

Q.   Has the Sun investigated the cost of paying a third-party to print the Sun?

A.   No.

Q.   Has the Sun ever asked the RJ how much it would cost to print the Sun as a separate free standing newspaper?

A.   No.

Q.   Has the Sun ever asked any other printer how much it would cost?

A.   No.

Q.   Where does GMG print its weekly papers?

A.   In Las Vegas.

Well, actually, I beg your pardon.  We've been printing -- we're moving to Las -- back to Las Vegas.

We were -- we were printing in Southern California for a brief period of time because the operator of the -- the local printer had gone out of business.  And, now, a -- a new operator is coming in and we're going to print at -- at that facility.

Q.   What's the name of the old operator and

ROBERT CAUTHORN, 30 (B)(6) LAS VEGAS SUN, INC. - 02/16/2022

Page 387

CERTIFICATE OF REPORTER

STATE OF NEVADA  )
                 )
COUNTY OF CLARK  )

I, Mickey Marez, a duly commissioned and licensed court reporter, Clark County, State of Nevada, Registered Professional Reporter and Certified Realtime Reporter with the National Court Reporters Association, do hereby certify:  That I reported the taking of the deposition of the witness, ROBERT CAUTHORN, commencing on Wednesday, February 16, 2022, at 9:06 a.m.;

That prior to being examined, the witness was, by me, duly sworn to testify to the truth.  That I thereafter transcribed my said shorthand notes into typewriting and that the typewritten transcript of said deposition is a complete, true, and accurate transcription of said shorthand notes.

I further certify that I am not a relative or employee of an attorney or counsel or any of the parties, nor a relative or employee of an attorney or counsel involved in said action, nor a person financially interested in the action; that a request has been made to review the transcript.

IN WITNESS THEREOF, I have hereunto set my hand in my office in the County of Clark, State of Nevada, this 21st day of February, 2022.

_____
Mickey Marez, RPR, CRR, NV CCR No. 950

# EXHIBIT 9

## Sun Stops Chart

Case 2:19-cv-01667-ART-MDC    Document 1175    Filed 04/17/26    Page 64 of 64

# Sun Stops

4.16.26

## Subscribers

| | Sunday: 3/29/2026 | | | Thursday: 4/2/2026 | | |
|---|---|---|---|---|---|---|
| | Active | Temp Stop | Total | Active | Temp Stop | Total |
| 7Day | 20,813 | 417 | 21,230 | 20,761 | 416 | 21,177 |
| Mon - Fri | - | | - | 52 | | 52 |
| Weds - Sun | 1,845 | 31 | 1,876 | 1,841 | 29 | 1,870 |
| Fri - Sun | 1,639 | 21 | 1,660 | | | - |
| Sun Only | 10,266 | 90 | 10,356 | | | - |
| | 34,563 | 559 | 35,122 | 22,654 | 445 | 23,099 |

## Stops

| | | |
|---|---|---|
| Print | **411** | * based on previous content stops, 15% to 20% of these will restart |
| as % of Circ | **1.19%** | |

Notes:

* 62 print stops are Sunday only

* 7 stops (included in total) and 45 other comments related to Puzzles and Comics

* For comparison purposes: 380 stops due to Trump endorsement; 65 of those restarted

1076