J. RANDALL JONES, ESQ., SBN 1927
r.jones@kempjones.com
MONA KAVEH, ESQ., SBN 11825
m.kaveh@kempjones.com
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone:    +1 702 385 6000

DAVID R. SINGER, ESQ. (*pro hac vice*)
dsinger@jenner.com
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
agallegos@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:    +1 213 239 5100
Facsimile:    +1 213 239 5199

MICHAEL J. GAYAN, ESQ., SBN 11135
mike@claggettlaw.com
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
Telephone:    +1 702 333 7777
Facsimile:    +1 702 655 3763

RICHARD L. STONE, ESQ. (*pro hac vice*)
rstone@fastmail.com
850 Devon Avenue
Los Angeles, California 90024
Telephone:    +1 310 993 2068

*Attorneys for Defendants/Counterclaimant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation, <br><br> Plaintiffs, <br><br> v. <br><br> SHELDON ADELSON (Estate Of), an individual, and as the alter ego of News+Media Capital Group LLC, Las Vegas Review-Journal, Inc., and Interface Operations LLC dba Adfam; PATRICK DUMONT, an individual, and as alter ego of Las Vegas Review-Journal, Inc., News+Media Capital Group, LLC, and Interface Operations LLC dba Adfam; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability | Case No.: 2:19-CV-01667-ART-MDC <br><br> **SUPPLEMENT TO DEFENDANTS' STATUS REPORT PURSUANT TO ECF NO. 1164** |

1

4929-9847-0306.v3

company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; INTERFACE OPERATIONS LLC dba ADFAM, a Delaware limited liability company and as the alter ego of Las Vegas Review-Journal, Inc., and News+Media Capital Group, LLC; and DOES, I-X, inclusive,

                                    Defendants.

LAS VEGAS REVIEW-JOURNAL, a Delaware corporation,

                                    Counterclaimant,

v.

LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.,

                                    Counterclaim Defendants.

On April 13, 2026, the Court ordered the parties to submit status reports to the Court identifying the evidence they will present, the witnesses they will call, and the amount of time that they seek for presentation during the hearing scheduled for April 20–21, 2026. ECF No. 1164. Defendants submitted a Status Report pursuant to the Court's Order. ECF No. 1170.

Defendants now supplement their Status Report, adding one exhibit marked as Exhibit 584. Exhibit 584 reflects a portion of an email chain that appears on Defendants' original Status Report as Exhibit 510.

//

//

//

//

//

//

2

4929-9847-0306.v3

DATED this 17th day of April, 2026.

CLAGGETT & SYKES LAW FIRM

By: /s/ *Michael Gayan*

Michael J. Gayan, Nevada Bar No. 11135
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107

J. Randall Jones, Nevada Bar No. 1927
Mona Kaveh, Nevada Bar No. 11825
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

David R. Singer, Pro Hac Vice
Amy M. Gallegos, Pro Hac Vice
Andrew G. Sullivan, Pro Hac Vice
Alison I Stein, Pro Hac Vice
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071

Richard L. Stone, Pro Hac Vice
850 Devon Avenue
Los Angeles, California 90024

*Attorneys for Defendants/Counterclaimant*

3

4929-9847-0306.v3

# Defendants' Amended Hearing Exhibit List

**Defendants' Exhibits**

*Las Vegas Sun, Inc. v. Sheldon Adelson, et al., No. 2:19-cv-01667-ART-MDC*

| Ex. No. | Bates Beg | Bates End | Description | Doc. Date | ECF No. | Trial Exhibit (ECF No. 1003) |
|---|---|---|---|---|---|---|
| | | | *Documentary Exhibits* | | | |
| 500 | SUN_00001996 | SUN_00002039 | Joint Operating Agreement | 6/17/1989 | ECF No. 39-2 | Def. Ex. 267 |
| 501 | SUN_00002045 | SUN_00002069 | Amended and Restated Joint Operating Agreement | 6/10/2005 | | Sun Ex. 22; Def. Ex. 207 |
| 502 | SUN_00025139; SUN_00083091 | SUN_00025156; SUN_00083091 | Text Messages between Brian Greenspun and Bob Cauthorn | | | Def. Ex. 215 |
| 503 | DEFS0190574 | DEFS0190578 | Declaration of Brian Greenspun in Support of Emergency Motion for Temporary Restraining Order and for Preliminary Injunction, and to Establish Hearing and Briefing Schedule | 8/19/2013 | No. 2:13-cv-01494, ECF No. 2-1 | |
| 504 | | | Declaration of Brian Greenspun in Support of Reply in Support of Emergency Motion for Temporary Restraining Order and for Preliminary Injunction | 9/4/2013 | No. 2:13-cv-01667, ECF No. 20-1 | |
| 505 | | | Declaration of Brian Greenspun in Support of Las Vegas Sun's Motion for Summary Judgment | 5/30/2023 | ECF No. 830-1 | |
| 506 | | | Declaration of Brian Greenspun in Support of Las Vegas Sun's Opposition to Defendants' Motion for Summary Judgment | 7/14/2023 | ECF No. 877-6 | |
| 507 | SUN_00058442 | SUN_00058461 | Brian Greenspun's Verified Complaint | 8/20/2013 | No. 2:13-cv-01494, ECF No. 1 | Def. Ex. 319 |
| 508 | DEFS0006274 | DEFS0006277 | Email from Brian Greenspun to Patrick Dumont re How About a Chat? | 4/27/2016 | | Def. Ex. 331 |
| 509 | SUN_00000482 | SUN_00000482 | Greenspun Notes re JOA Meeting. Email from Unknown name to re: Discussion re JOA | 3/5/2017 | | Def. Ex. 332 |
| 510 | SUN_00008166 | SUN_00008167 | Email from Brian Greenspun to Patrick Dumont re $Hi | 5/18/2017 | | |
| 511 | DEFS0013290 | DEFS0013290 | Email from Patrick Dumont to Brian Greenspun re Good Morning. How does this read to you for email to send to Patrick? | 5/31/2017 | | Sun Ex. 573; Def. Ex. 337 |
| 512 | | | Las Vegas Sun's Second Amended Complaint | 4/6/2026 | ECF 1162 | |
| 513 | | | Las Vegas Sun's Verified Complaint for Divestiture, Injunction, and Damages by Reason of Defendants' Violations of the Sherman Antitrust Act, the Clayton Antitrust Act, and the Nevada Unfair Trade Practices Act | 9/24/2019 | ECF No. 1 | Def. Ex. 216 |
| 514 | DEFS0000419 | DEFS0000527 | Las Vegas Sun's First Amended Complaint (State District Court Case No. A-18-772591-B) | 11/15/2019 | ECF No. 839, Ex. 53 | Def. Ex. 262 |
| 515 | | | Deposition Transcript of Brian Greenspun, Las Vegas Sun, Inc. v. Adelson, et al., No. 2:19-cv-01667-ART-MDC | 3/23/2022 | | |
| 516 | | | Expert Report of Michael L. Katz (with exhibits) | 9/19/2022 | | Def. Ex. 634 |
| 517 | | | Expert Rebuttal Report of Michael L. Katz | 1/18/2023 | | Def. Ex. 635 |
| 518 | | | April 10, 2026, Declaration of Michael L. Katz and Supplemental Report of Michael L. Katz | 4/10/2026 | ECF No. 1143, Ex. 88 | |
| 519 | | | Deposition Transcript of Michael L. Katz, Las Vegas Sun, Inc. v. Adelson, et al., No. 2:19-cv-01667-ART-MDC | 4/3/2023 | | |
| 520 | | | Ninth Circuit Opinion | 8/4/2025 | Case No. 24-2287, Dkt. 61.1 | |
| 521 | | | Ninth Circuit Order on Defendants' petition for a writ of mandamus | 3/30/2026 | Case No. 26-1646, Dkt. 24.1 | |
| 522 | | | Deposition Transcript of Robert Picard, Las Vegas Sun, Inc. v. Adelson, et al., No. 2:19-cv-01667-ART-MDC | 3/21/2023 | | |
| 523 | | | Expert Report of Robert G. Picard, Ph.D. with Attachments | 9/19/2022 | | Def. Ex. 570 |
| 524 | | | Expert Rebuttal Report of Robert G. Picard, Ph.D. with Exhibit A | 1/18/2023 | | Def. Ex. 571 |
| 525 | | | April 10, 2026, Declaration of Robert G. Picard in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and Supplemental Report of Robert G. Picard, Ph.D. | 4/10/2026 | ECF No. 1143, Ex. 85 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 526 | | | Robert Picard — Killing Journalism? The Economics of Media Convergence | | | Def. Ex. 576 |
| 527 | | | Robert Picard and Jeffrey Brody — The Newspaper Publishing Industry (Excerpts) | | | Def. Ex. 577 |
| 528 | | | Pew Research Center — More than Eight-in-Ten Americans Get News from Digital Devices | 1/12/2021 | | Def. Ex. 592 |
| 529 | | | Pew Research Center — What Are the Local News Dynamics in Your City? (Las Vegas-Henderson-Paradise, NV) | 3/26/2019 | | Def. Ex. 533 |
| 530 | DEFS0110238 | DEFS0110298 | Stephens Media, LLC - Confidential Information Presentation - Part I (October 2014) | 10/2014 | | |
| 531 | | | Order re Stipulation to Maintain Status Quo | 10/9/2019 | ECF No. 13 | |
| 532 | | | Declaration of Patrick Dumont in Support of Defendants' Motion for Summary Judgment | 7/14/2023 | ECF No. 862-2 | |
| 533 | SUN_00010156 | SUN_00010157 | Emails from Brian Greenspun to Patrick Dumont re Promotional line on today's front page for the sun | 4/11/2017 | | |
| 534 | SUN_00008329 | SUN_00008329 | Email from Robert Cauthorn to Brian Greenspun re Glenn Cook Bent Out of Shape ("frankly, being placed across the top of the page could be better for us") | 3/30/2017 | | Def Ex. 245 |
| 535 | DEFS0194033 | DEFS0194035 | Las Vegas Sun — FAQ | 6/3/2022 | | Def. Ex. 422 |
| 536 | | | Expert Report of Kenneth A. Paulson | 9/19/2022 | ECF No. 863-1 | Def Ex. 595 |
| 537 | | | Rebuttal Expert Report of Kenneth A. Paulson | 1/18/2023 | ECF No. 863-2 | Def. Ex. 1010 |
| 538 | | | Expert Report of David S. Evans | 1/18/2023 | | |
| 539 | | | Expert Report of David Nolte | 9/19/2022 | | |
| 540 | | | Rebuttal Report of David Nolte | | | |
| 541 | | | Declaration of David Nolte | 3/4/2026 | ECF No. 1076 | |
| 542 | | | Expert Rebuttal Report of Jerry Hausman | 1/16/2023 | ECF No. 864-4 | |
| 543 | | | Email from Ric Anderson to Brian Greenspun re Sun "Strategy" of Withholding Print Content | 11/3/2016 | ECF No. 576, Ex. B | |
| 544 | SUN_00068060 | SUN_00068060 | Email from Melissa Warren to Ray Brewer re Related Article — Quick Question ("Reverse Publishing") | 9/19/2018 | | Sun Ex. 810 ; Def Ex. 349 & 410 |
| 545 | DEFS0000611 | DEFS0000611 | Las Vegas Sun Front Page, January 11, 2018, Including "A Note From The Sun" | 1/11/2018 | | Def. Ex. 330 |
| 546 | APP_000373 | APP_000374 | Las Vegas Sun Permanent Advertisement Directing Readers Online ("TO FIND EVERYTHING WE'VE GOT") | 6/14/2019 | ECF No. 863 at APP_374 | Def. Ex. 259 |
| 547 | KATZ_00001120 | KATZ_00001120 | Spreadsheet: Media Audit Data LVRJ and LVS Readership | 9/26/2022 | | Sun Ex. 1497 |
| 548 | SUN_00068259 | SUN_00068260 | Email from Ric Anderson re "DEMOLISHING Our Competition" | 3/27/2015 | | Def. Ex. 1488 |
| 549 | | | Las Vegas Sun Company News Release: Greenspun Local Media Converging Into Single Organization | 12/1/2009 | | |
| 550 | | | Las Vegas Weekly "#1 in Local News and Entertainment" Advertisement | 8/18/2023 | ECF No. 886 at 6:23 | |
| 551 | | | Plaintiff's Responses to Defendants' First Set of Requests for Admission to Plaintiff | 6/22/2020 | | Def. Ex. 928 |
| 552 | | | Declaration of Christopher Blaser | 3/4/2026 | ECF No. 1078 | |
| 553 | | | Brian Greenspun, "Back Where We Belong," Las Vegas Sun Column | 10/2/2005 | | |
| 554 | SUN_00005870 | SUN_00005980 | Email from Bennett Matelson to G. Lang and A. Marx re Las Vegas JOA (Transmitting 2005 JOA to DOJ) | 8/26/2005 | | Sun Ex. 34 |
| 555 | DEFS0018899 | DEFS0018902 | Assignment and Assumption Agreement between Stephens Media LLC and DB Acquisition, Inc. | 3/18/2015 | | Def. Ex. 818 |
| 556 | DEFS0018903 | DEFS0018904 | Assignment and Assumption Agreement between DB Acquisition, Inc. and DB Nevada Holdings, Inc. | 9/10/2015 | | Def. Ex. 819 |
| 557 | DEFS0027575 | DEFS0027577 | Certificate of Amendment of Certificate of Incorporation of DB Nevada Holdings, Inc. | 12/10/2015 | | Def. Ex. 793 |
| 558 | | | Las Vegas Sun Reply in Support of Motion for TRO and Preliminary Injunction | 3/10/2026 | ECF No. 1091 | |
| 559 | SUN_00084487 | SUN_00084615 | Gannett Co., Inc., SEC Form 10-K | 12/31/2021 | | Sun Ex. 1383 |
| 560 | | | Greenspun Media Group LLC's Verified Complaint v. Stephens Media LLC | 8/20/2013 | ECF No. 450-3 | |
| 561 | DEFS0155423 | DEFS0155424 | Letter from Brian Greenspun to Sherman Frederick re Predate Edition of the "Sun" in Nye County | 2/8/2004 | | Def. Ex. 585 |
| 562 | | | 1989 JOA vs. 2005 Amended JOA Comparison Chart | 4/6/2026 | ECF No. 1119-1 | |
| 563 | | | Redline of First Amended Complaint to Second Amended Complaint | 4/8/2026 | ECF No. 1122-1 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 564 | | | 1989 Joint Operating Agreement with Attorney General Approval | 6/1/1990 | ECF No. 844-2 | |
| 565 | | | Opinion of the Assistant Attorney General — Determination That Sun Is a "Failing Newspaper" | 6/1/1990 | ECF No. 39-4 | |
| 566 | | | KNPR Radio Interview: Las Vegas Sun Publisher Challenges Casino Owner, GOP Donor Adelson on Gun Control | 8/13/2019 | | |
| 567 | SUN_00068158; SUN_00067820; SUN_00067822; SUN_00068088; SUN_00083684; SUN_00084677 | SUN_00068159; SUN_00067821; SUN_00067824; SUN_00068098; SUN_00083685; SUN_00084678 | Various GMG Interactive Financial Statements | | | Def. Ex. 453 |
| 568 | | | Order re Motions for Summary Judgment | 3/31/2024 | ECF No. 970 | |
| 569 | | | Declaration of Brian Greenspun in Support of Motion for Protective Order | 8/2/2021 | ECF No. 450-2 | |
| 570 | | | Adelson Family Recapitalization of the Joint Operation | | ECF No. 862-21 | |
| 571 | | | Amended Tab 1 of Additional Materials Considered to the Rebuttal Expert Report of Michael L. Katz | 1/31/2023 | | |
| 572 | | | Stipulated Injunction Order | 10/9/2019 | ECF No. 13 | |
| 573 | | | Las Vegas Sun's Ninth Circuit Appellate Brief | | | |
| 574 | | | Declaration of Brian Greenspun in Support of Las Vegas Sun's Opposition to Defendants' Motion for Summary Judgment | 7/14/2023 | ECF No. 877-6 | |
| 575 | KATZ_00013478; KATZ_00013484; KATZ_00013490; KATZ_00013497; KATZ_00013503; KATZ_00013509; KATZ_00013515; KATZ_00013521; KATZ_00013527; KATZ_00013536; KATZ_00013542; KATZ_00013543 | KATZ_00013483; KATZ_00013489; KATZ_00013496; KATZ_00013502; KATZ_00013508; KATZ_00013514; KATZ_00013520; KATZ_00013526; KATZ_00013535; KATZ_00013541; KATZ_00013542; KATZ_00013554 | Compass Lexecon (Michael L. Katz) Invoices, Ledger History, and Payment Records, March 2023 through June2024 | 3/22/2023–6/18/2024 | | Sun Exs. 1629, 1631, 1634, 1637, 1641, 1643, 1645, 1654, 1657, 1663, 1672, 1683 |
| 576 | | | Declaration of David Nolte | 4/17/2026 | ECF No. __ | |
| 577 | | | Declaration of David Evans | 4/17/2026 | ECF No. __ | |
| 578 | | | Declaration of Janet Owen | 4/17/2026 | ECF No. __ | |
| 579 | | | Declaration of Chris Blaser | 4/17/2026 | ECF No. __ | |
| 580 | | | Excel re Spring Sales Campaign | 4/17/2026 | ECF No. __ | |
| 581 | | | Excel Spreadsheet re Subscriber Stops | 4/17/2026 | ECF No. __ | |
| 582 | | | Screenshots of Las Vegas Sun Social Media Presence (X, Instagram, YouTube, Facebook) | 4/17/2026 | ECF No. __ | |
| 583 | | | "Connecting the dots" | | | Def Ex. 718 |
| 584 | DEFS0016996 | DEFS0016996 | Email from Patrick Dumont to Brian Greenspun re: Hi [image similar to Exhibit 510] | 5/10/2017 | | Def. Ex. 336 |

*Defendants reserve the right to utilize other documents for impeachment/rebuttal purposes as needed. Defendants also reserve their right to utilize any document designated as an Exhibit by the Sun for any purpose. Defendants' inclusion of the foregoing documents as exhibits at the hearing does not waive any claim or designation as to the confidentiality of the documents.*