J. RANDALL JONES, ESQ., SBN 1927
r.jones@kempjones.com
MONA KAVEH, ESQ., SBN 11825
m.kaveh@kempjones.com
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone:    +1 702 385 6000

DAVID R. SINGER, ESQ. (pro hac vice)
dsinger@jenner.com
AMY M. GALLEGOS, ESQ. (pro hac vice)
agallegos@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:    +1 213 239 5100
Facsimile:    +1 213 239 5199

MICHAEL J. GAYAN, ESQ., SBN 11135
mike@claggettlaw.com
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
Telephone:    +1 702 333 7777
Facsimile:    +1 702 655 3763

RICHARD L. STONE, ESQ. (pro hac vice)
rstone@fastmail.com
850 Devon Avenue
Los Angeles, California 90024
Telephone:    +1 310 993 2068

*Attorneys for Defendants/Counterclaimant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHELDON ADELSON, et al., <br><br> Defendants. <br><br>———————————————— <br><br> AND RELATED COUNTERCLAIM | Case No. 2:19-cv-01667-ART-MDC <br><br> Filed Under Seal Under Court Order (ECF No. 882) <br><br> **SUPPLEMENTAL APPENDIX OF EXHIBITS TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR A PRELIMINARY INJUNCTION** <br><br> **(VOLUME 3)** |

1

**APPENDIX INDEX**

| Exhibit No. | Description | Vol. | Page Nos. |
|---|---|---|---|
| 1 | Brian Greenspun's article, "Back where we belong," published in the Las Vegas Sun on Oct. 2, 2005 | 1 | 1-2 |
| 2 | Deposition Transcript Excerpts of Las Vegas Sun, Inc. 30(b)(6) Corporate Representative Robert Cauthorn, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-CV-01667-GMN-VCF (D. Nev. Feb. 16, 2022), at 11:19–23 | 1 | 3-6 |
| 3 | Appellee's Answering Brief, *Las Vegas Sun, Inc. v. Adelson*, Case No. 24-2287 (9th Cir. Jun. 13, 2024), at pp. 7–10, 22, 48–50 | 1 | 7-17 |
| 4 | Las Vegas Sun, Inc.'s Answers to Defendants' First Set of Interrogatories to Plaintiff, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-CV-01667-GMN-VCF (D. Nev. Jun. 22, 2020) at pp. 20-21 | 1 | 18-23 |
| 5 | Deposition Transcript Excerpts of Jason Taylor, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-CV-01667-GMN-VCF (D. Nev. May 12, 2022) (Vol. II), at 262:22–264:8 | 1 | 24-29 |
| 6 | Declaration of Janet Owen in Support of Defendant Las Vegas Review-Journal's Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Apr. 15, 2026) | 1 | 30-33 |
| 7 | Screenshots from Las Vegas Sun, Inc.'s X Profile | 1 | 34-53 |
| 8 | Deposition Transcript Excerpts of Las Vegas Sun, Inc. 30(b)(6) Corporate Representative Robert Cauthorn, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-CV-01667-GMN-VCF (D. Nev. Feb. 16, 2022), at 126:5–14 | 1 | 54-57 |
| 9 | Sun Stops Chart, Exhibit to Declaration of Chris Blaser in Support of Defendant Las Vegas Review-Journal's Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Apr. 17, 2026) | 1 | 1075-1075 |
| 10 | Deposition Transcript Excerpt of Las Vegas Sun 30(b)(6) Corporate Representative Brian Greenspun, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. 01-18-0000-7567 (Mar. 28, 2019), at 42:23–43:4 **(FILED UNDER SEAL)** | 2 | 1001-1005 |
| 11 | Arbitration Proceedings Excerpts of Robert Cauthorn, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. 01-18-0000-7567 (Apr. 26, 2019, P.M. Session), at 188:5–23, 238:9–16 **(FILED UNDER SEAL)** | 2 | 1006-1010 |
| 12 | Arbitration Proceedings Excerpts of Brian Greenspun, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. 01-18-0000-7567 (Apr. 15, 2019) (Vol. 1), at 74:7–13 **(FILED UNDER SEAL)** | 2 | 1011-1014 |
| 13 | Brian Greenspun Text Messages, (Exhibit 215 to Deposition of Robert Cauthorn, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-CV-01667-GMN-VCF (D. Nev. Feb. 16, 2022)) **(FILED UNDER SEAL)** | 2 | 1015-1034 |
| 14 | Declaration of David Evans in Support of Defendant Las Vegas Review-Journal's Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Apr. 16, 2026) **(FILED UNDER SEAL)** | 2 | 1035-1043 |

2

| 15 | Deposition Transcript Excerpts of Brian Greenspun, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-CV-01667-GMN-VCF (D. Nev. Mar. 23, 2022), at 37:12–22, 347:18–349:3 **(FILED UNDER SEAL)** | 2 | 1044-1050 |
|---|---|---|---|
| 16 | "Connecting the Dots" Memorandum, (Exhibit 718 to Deposition of Robert Cauthorn, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-CV-01667-ART-VCF (D. Nev. Jan. 11, 2024)) (SUN_00168413-17) **(FILED UNDER SEAL)** | 2 | 1051-1052 |
| 17 | Arbitration Proceedings Excerpts of Frank Vega, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. 01-18-0000-7567 (Apr. 25, 2019 Day Six, A.M. Session), at 150:21–153:25 **(FILED UNDER SEAL)** | 2 | 1053-1059 |
| 18 | Arbitration Proceedings Excerpts of Frank Vega, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC*, AAA Case No. 01-18-0000-7567 (Apr. 25, 2019 Day Six, P.M. Session), at 177:7–179:4 **(FILED UNDER SEAL)** | 2 | 1060-1065 |
| 19 | Declaration of Chris Blaser in Support of Defendant Las Vegas Review-Journal's Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Apr. 17, 2026) **(FILED UNDER SEAL)** | 2 | 1066-1074 |
| 20 | Spring Sales Campaign Results, Exhibit to Declaration of Chris Blaser in Support of Defendant Las Vegas Review-Journal's Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Apr. 17, 2026) **(FILED UNDER SEAL)** | 2 | 1077-1078 |
| 21 | Declaration of David Nolte in Support of Defendant Las Vegas Review-Journal's Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction **(FILED UNDER SEAL)** | 2 | 1079-1116 |
| 22 | David Nolte Expert Resume, Exhibit to Declaration of David Nolte in Support of Defendant Las Vegas Review-Journal's Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction **(FILED UNDER SEAL)** | 2 | 1117-1121 |
| 23 | Email chain between Anne McConnell, Brian Greenspun, and Ric Anderson (Nov. 3, 2016) (SUN_00083789–90) **(FILED UNDER SEAL)** | 2 | 1122-1124 |
| 24 | Deposition Transcript Excerpts of Patrick Dumont, *Las Vegas Sun, Inc. v. Adelson*, No. 2:19-CV-01667-GMN-VCF (D. Nev. Oct. 28, 2021), at 265:5–266:11 **(FILED UNDER SEAL)** | 2 | 1125-1129 |
| 25 | Expert Report of David Nolte, dated September 19, 2022 **(FILED UNDER SEAL)**[1] | 3 | 1130-1194 |
| 26 | Expert Rebuttal Report of David Nolte, dated January 18, 2023 **(FILED UNDER SEAL)** | 3 | 1195-1270 |

---

[1] Exhibits 25 and 26 were referenced and incorporated in full into Exhibit 21 at 1080, ¶ 6, but were inadvertently omitted from Defendants' Appendices.

3

Dated: April 19, 2026

KEMP JONES, LLP

/s/ Mona Kaveh

J. RANDALL JONES, ESQ., SBN 1927
MONA KAVEH, ESQ., SBN 11825
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

MICHAEL J. GAYAN, ESQ., SBN 11135
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107

DAVID R. SINGER, ESQ. (*pro hac vice*)
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
ANDREW G. SULLIVAN, ESQ. (*pro hac vice*)
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071

RICHARD L. STONE, ESQ. (*pro hac vice*)
850 Devon Avenue
Los Angeles, California 90024

*Attorneys for Defendants/Counterclaimant*

4

APPENDIX VOLUME 3

**PROOF OF SERVICE**

I hereby certify that on the 19th day of April, 2026, I served a true and correct copy of the foregoing **SUPPLEMENTAL APPENDIX OF EXHIBITS TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR A PRELIMINARY INJUNCTION (VOLUME 3)** via the United States District Court's CM/ECF electronic filing system to all parties on the e-service list.

E. Leif Reid, Nevada Bar No. 5750
Kristen L. Martini, Nevada Bar No. 11272
Nicole Scott, Nevada Bar No. 13757
CLARK HILL PLC
1700 S. Pavilion Center Dr., Suite 500
Las Vegas, Nevada 89135

James J. Pisanelli, Nevada Bar No. 4027
Todd L. Bice, Nevada Bar No. 4534
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

Jordan T. Smith, Nevada Bar No. 12097
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

Joseph M. Alioto, *pro hac vice*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104

*Attorneys for Plaintiff/Counterdefendants*

/s/ Ali Lott
An employee of Kemp Jones, LLP