# EXHIBIT 25

Expert Report of David Nolte, dated September 19, 2022

(FILED UNDER SEAL)