# EXHIBIT 26

Expert Rebuttal Report of David Nolte, dated January 18, 2023

(FILED UNDER SEAL)