UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA

| | | |
|---|---|---|
| LAS VEGAS SUN, INC., | ) | CASE NO. 2:19-cv-01667-ART-MDC |
| | ) | |
| Plaintiff, | ) | |
| | ) | MINUTES OF PROCEEDINGS |
| vs. | ) | |
| | ) | |
| SHELDON ADELSON, et al., | ) | DATE:  April 20, 2026 |
| | ) | |
| Defendants. | ) | |

PRESENT:    ANNE R. TRAUM, UNITED STATES DISTRICT JUDGE

Deputy Clerk:  Katie Lynn Sutherland

Court Reporter: Gayle Wear

Counsel for Plaintiff: E. Leif Reid, Kristen Martini, James Pisanelli, Nicole Scott

Counsel for Defendant:  David Singer, Michael Gayan, Richard Stone,

Mona Kaveh, J. Randall Jones

PROCEEDINGS:  **Evidentiary Hearing – DAY 1**

Court convenes at 9:30 a.m.

The Court and Counsel discuss preliminary matters before the presentation of evidence.

**Brian Greenspun**, called on behalf of the Plaintiff, is sworn and testifies under direct examination by Mr. Reid.

The parties stipulate to any exhibit referenced during witness testimony are admitted into evidence unless otherwise objected to by an opposing party.

Exhibits referenced during testimony: Plaintiff's Exhibits 3, 5, 121-125.

11:06 a.m.  The Court stands at recess for the morning break.

11:22 a.m.  The Court reconvenes.

Mr. Greenspun returns to the witness stand and remains under oath.  Direct examination by Mr. Reid resumes. Cross examination by Mr. Stone.  Redirect examination by Mr. Reid.  Re-cross examination by Mr. Stone. The witness is excused.

Exhibits referenced during testimony: Plaintiff's Exhibit 13; Defendants Exhibits 502, 509, 514, 584.  Objections are made to Defendants Exhibits 502, 509, and 584.

12:47 p.m.  The Court stands at recess for the lunch break.

1:43 p.m. The Court reconvenes.

**Michael L. Katz, PH.D.**, called on behalf of the Plaintiff, is sworn and testifies under direct examination by Ms. Martini.

Mr. Katz's demonstrative exhibit used during direct examination.

Exhibits referenced during testimony: Plaintiff's Exhibits 1, 62, 88.

The Defendants object to the admission of Plaintiff's Exhibits 1, 62, and 88. The Defendants' objections are sustained.

3:37 p.m.  The Court stands at recess for the afternoon break.

3:59 p.m.  The Court reconvenes.

The Court and Counsel confer about exhibits.  The Court confirms Plaintiff's Exhibits 1, 62, and 88 are not admitted.  Furthermore, the admission of Defendants Exhibits 502, 509, and 584 are subject to objections.

Examination of Dr. Katz resumes.  Cross examination by Mr. Stone. The witness is excused.

Mr. Katz's demonstrative exhibit used during cross examination.

Exhibit referenced during testimony: Plaintiff's Exhibit 88.

5:06 p.m.  The Court stands at recess for a break.

5:19 p.m.  The Court reconvenes.

The Court and Counsel confer about the remaining schedule for the presentation of evidence.  The parties confirm they are available to start at 8:30 a.m. on Tuesday, April 21, 2026.

It is ordered that Defendants' Motion to Exceed Page (ECF No. 1168) is granted.

It is further ordered that Defendants' Motion for Leave to File Under Seal (ECF No. 1169) is granted.

It is further ordered that Plaintiff/Counterdefendants' Notice of Sealed Documents (ECF No. 1127) is granted.

It is further ordered that Plaintiff/Counterdefendants' Motion to Exceed Page Limitation (ECF No. 1126) is granted.

It is further ordered that day 2 of the Evidentiary Hearing is advanced in time to Tuesday, April 21, 2026, at 8:30 a.m. before U.S. District Judge Anne R. Traum in Las Vegas Courtroom 6A.

5:22 p.m.  Court adjourns for the day.

DEBRA K. KEMPI, CLERK OF COURT

By: _____/s/_____

Katie Lynn Sutherland, Deputy Clerk

Minutes of Proceedings - 3