UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA

| | | |
|---|---|---|
| LAS VEGAS SUN, INC., | ) | CASE NO. 2:19-cv-01667-ART-MDC |
| | ) | |
| Plaintiff, | ) | |
| | ) | MINUTES OF PROCEEDINGS |
| vs. | ) | |
| | ) | |
| SHELDON ADELSON, et al., | ) | DATE:  April 21, 2026 |
| | ) | |
| Defendants. | ) | |

PRESENT:      ANNE R. TRAUM, UNITED STATES DISTRICT JUDGE

Deputy Clerk:  Katie Lynn Sutherland

Court Reporter: Gayle Wear

Counsel for Plaintiff: E. Leif Reid, Kristen Martini, James Pisanelli, Nicole Scott

Counsel for Defendant:  David Singer, Michael Gayan, Richard Stone, Mona Kaveh, J. Randall Jones

PROCEEDINGS:  **Evidentiary Hearing – DAY 2**

Court convenes at 8:38 a.m.

**Robert Picard, Ph.D.**, called on behalf of the Plaintiff, is sworn and testifies under direct examination by Mr. Reid.

Exhibits referenced during testimony: Plaintiff's Exhibits 5, 78, 85 and 115.

Mr. Picard's demonstrative exhibit used during direct examination.

10:05 a.m.  The Court stands at recess for the morning break.

10:20 a.m.  The Court reconvenes.

Dr. Picard returns to the witness stand and remains under oath.  Cross examination by Mr. Singer.  Redirect examination by Mr. Reid.  Re-cross examination by Mr. Singer.  Follow-up questions by the court.  The witness is excused.

Exhibits referenced during testimony: Plaintiff's Exhibit 113; Defendants Exhibits 523, 526, 528, 529.

11:45 a.m.  The Court stands at recess for the lunch break.

12:41 p.m. The Court reconvenes.

Mr. Reid confirms the Plaintiff will reserve its remaining allotted time for cross examination of Defendants' witnesses.

**Chris Blaser**, called on behalf of the Defendants, is sworn and testifies under direct examination by Mr. Jones.  Follow-up questions by the Court.

Exhibits referenced during testimony: Defendants Exhibits 546, 580, 581. Objections are made to Defendants Exhibits 580 and 581.

1:54 p.m.  The Court stands at recess for the afternoon break.

2:15 p.m.  The Court reconvenes.

Mr. Blaser returns to the witness stand and remains under oath.  Cross examination by Mr. Reid.  Redirect examination by Mr. Jones.  Follow-up questions by the Court.  The witness is excused.

**William Glenn Cook**, called on behalf of the Defendant, is sworn and testifies under direct examination by Mr. Jones.

Exhibit referenced during testimony: Defendants Exhibit 553.

3:38 p.m.  The Court stands at recess for an afternoon break.

3:53 p.m.  The Court reconvenes.

Mr. Cook returns to the witness stand and remains under oath.  Cross examination by Mr. Reid.  Witness is excused.

Exhibits referenced during testimony: Plaintiff's Exhibits 59 and 24.

4:06 p.m.  The Court hears argument regarding the anticipated testimony of Defendants witness David Nolte.

The Court will allow Mr. Nolte to testify, and Plaintiff's objections are preserved.

**David Nolte**, called on behalf of the Defendants, is sworn and testifies under direct examination by Mr. Gayan.  Cross examination by Mr. Reid.  Witness is excused.

Exhibits referenced during testimony: Defendants Exhibit 576.

5:26 p.m.  The Court hears additional comments and arguments from Counsel.

It is ordered that the testimony received by the Court related to Defendants Exhibit 502 remains part of the public record.  Defendants Exhibit 502 will remain sealed.

It is further ordered that Defendants' responsive pleading deadline to Plaintiff's Second Amended Complaint (ECF No. 1162) is Monday, May 18, 2026.

Post-hearing supplemental briefing schedule is ordered as follows: Plaintiff's brief is due on Tuesday, May 5, 2026.  Defendants' response brief is due on Tuesday, May 12, 2026.  Plaintiff's reply brief is due on Tuesday, May 19, 2026.

Post-hearing supplemental briefs are limited to 20 pages.

5:43 p.m.  Court adjourns.

DEBRA K. KEMPI, CLERK OF COURT

By:  _____/s/_____

Katie Lynn Sutherland, Deputy Clerk