UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC.,<br><br>                              Plaintiff,<br><br>v.<br><br>SHELDON ADELSON, *et al.*,<br><br>                              Defendants.<br><br>───────────────────────<br><br>LAS VEGAS REVIEW-JOURNAL, INC.,<br><br>                    Counter Claimant,<br>v.<br><br>LAS VEGAS SUN, INC., *et al.*,<br><br>                    Counter Defendants. | Case No. 2:19-cv-01667-ART-MDC<br><br><br>ORDER<br><br>(ECF Nos. 1024, 1025, 1087, 1089) |

This order addresses four motions still pending before the Court: the Sun's first motion for leave to file excess pages (ECF No. 1024), the Sun's motion to seal (ECF No. 1025), Alexandra Wilt's nonparty request for remote access (ECF No. 1087), and the Sun's second motion for leave to file excess pages. (ECF No. 1089). Two more motions to seal are referred to Judge Couvillier (ECF Nos. 1068, 1090), and the most recent motion for preliminary injunctive relief is still being briefed.

Immediately after the Supreme Court denied the Sun's Petition for a Writ of Certiorari, the Sun came to this Court to file motion for a temporary restraining order or preliminary injunction (ECF Nos. 1026/1061/1062), with its first motion for leave to file excess pages (ECF No. 1024) and its motion to seal (ECF No. 1025). When the Sun filed its reply in support of that motion for preliminary injunctive relief (ECF Nos. 1091/1092), it filed an accompanying second motion to exceed page limits. (ECF No. 1089.)  This Court scheduled a hearing and received a

nonparty request for remote access (ECF No. 1087), but the Sun's motion for preliminary injunctive relief was resolved on the papers (ECF Nos. 1096, 1109), and the hearing was vacated, rescheduled, vacated, and rescheduled again. (ECF Nos. 1096, 1100.)

Of the four motions under consideration, only the two motions for leave to file excess pages are contested. The RJ notes in its opposition to the second motion that "[t]hese Motions to Exceed bring the Sun's total to 16 oversized briefs containing hundreds of extra pages." (ECF No. 1095) "The court looks with disfavor on motions to exceed page limits, so permission to do so will not be routinely granted." LR 7-3(c); *see also Las Vegas Sun, Inc. v. Adelson,* No. 219CV01667GMNVCF, 2021 WL 1042673, at *1 n.1 (D. Nev. Mar. 18, 2021). In this instance, the complexity of the antitrust causes of action and the necessity of showing success on all preliminary injunctive factors justifies exceeding the page limit. Good cause appearing, and under its inherent power to control its docket, the Court grants the Sun's motions for leave to file excess pages *nunc pro tunc.*

The Sun's unopposed motion to seal relies on this Court's prior orders sealing the same documents pursuant to stipulation. (ECF No. 1089.) Good cause appearing, the motion is granted.

Ms. Wilt's nonparty request for remote access is denied as moot. (ECF No. 1166.) The hearing to which Ms. Wilts sought access was vacated, and she was subsequently granted remote access to the next hearing on preliminary injunctive relief.

**Conclusion**

It is hereby ordered that the Sun's motions for leave to file excess pages (ECF No. 1024, 1089) are GRANTED.

It is further ordered that the Sun's motion to seal (ECF No. 1025) is GRANTED.

It is further ordered that Alexandra Wilt's nonparty request for remote access (ECF No. 1087) is DENIED AS MOOT.

DATED: May 1, 2026

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

3