**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation, <br><br> Plaintiffs, <br><br> v. <br><br> SHELDON ADELSON (Estate Of), an individual, and as the alter ego of News+Media Capital Group LLC, Las Vegas Review-Journal, Inc., and Interface Operations LLC dba Adfam; PATRICK DUMONT, an individual, and as alter ego of Las Vegas Review-Journal, Inc., News+Media Capital Group, LLC, and Interface Operations LLC dba Adfam; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; INTERFACE OPERATIONS LLC dba ADFAM, a Delaware limited liability company and as the alter ego of Las Vegas Review-Journal, Inc., and News+Media Capital Group, LLC; and DOES, I-X, inclusive, <br><br> Defendants. | Case No.: 2:19-CV-01667-ART-MDC <br><br> **ORDER GRANTING** <br><br> **STIPULATION TO EXTEND BRIEFING SCHEDULE RE: DEFENDANTS' MOTION TO DISMISS SUN'S SECOND AMENDED AND SUPPLEMENTAL COMPLAINT [ECF NO. 1162] (ECF NO. 1193)** <br><br> **(FIRST REQUEST)** |

1

287920206.v1

LAS VEGAS REVIEW-JOURNAL, a Delaware corporation,

Counterclaimant,

v.

LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.,

Counterclaim Defendants.

Plaintiff/Counterdefendant LAS VEGAS SUN, INC., and Counterdefendants BRIAN GREENSPUN and GREENSPUN MEDIA GROUP, LLC (collectively the "Sun"), by and through their counsel Clark Hill PLC, Pisanelli Bice PLLC, Brownstein Hyatt Farber Schreck, LLP, and the Alioto Law Firm, and Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., and Defendants THE ESTATE OF SHELDON ADELSON, PATRICK DUMONT, NEWS+MEDIA CAPITAL GROUP LLC, and INTERFACE OPERATIONS LLC dba ADFAM (collectively "Defendants"), by and through their counsel of record, Kemp Jones, LLP, Claggett & Sykes Law Firm, Jenner & Block LLP, and Richard L. Stone, Esq., hereby stipulate and agree as follows:

1.      On May 18, 2026, Defendants filed a Motion to Dismiss Sun's Second Amended and Supplemental Complaint [ECF No. 1162] (ECF No. 1193) ("Motion").  The Sun's response to the Motion is currently due June 1, 2026.  Defendants' reply in support of the Motion is currently due June 8, 2026.

2.      The parties request that the Sun's deadline to file the opposition to the Motion be extended to June 10, 2026, and Defendants' deadline to file their reply in support of their Motion shall be extended to June 26, 2026.  This is the first request to extend these deadlines.

3.      The parties jointly request this short extension of these briefing deadlines to accommodate pre-planned travel and vacation time of the Sun's counsel.

/ / /

2

287920206.v1

4.      This stipulation is made in good faith and not for purposes of delay.

DATED this 19th day of May, 2026.

CLARK HILL PLC

By: */s/ Kristen L. Martini*
    E. Leif Reid, Nevada Bar No. 5750
    Kristen L. Martini, Nevada Bar No. 11272
    Nicole Scott, Nevada Bar No. 13757
    1700 S. Pavilion Center Drive, Suite 500
    Las Vegas, Nevada 89135

PISANELLI BICE PLLC
James J. Pisanelli, Nevada Bar No. 4027
Todd L. Bice, Nevada Bar No. 4534
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

BROWNSTEIN HYATT FARBER
SHRECK, LLP
Jordan T. Smith, Nevada Bar No. 12097
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

ALIOTO LAW FIRM
Joseph M. Alioto, Pro Hac Vice
One Sansome Street, 35th Floor
San Francisco, California 94104

  *Attorneys for Plaintiff/Counterdefendants*

CLAGGETT & SYKES LAW FIRM

By: */s/ Michael J. Gayan*
    Michael J. Gayan, Nevada Bar No. 11135
    4101 Meadows Lane, Suite 100
    Las Vegas, Nevada 89107

JENNER & BLOCK LLP
David R. Singer, Pro Hac Vice
Amy M. Gallegos, Pro Hac Vice
Andrew G. Sullivan, Pro Hac Vice
Alison I Stein, Pro Hac Vice
515 South Flower Street, Suite 3300
Los Angeles, California 90071

KEMP JONES, LLP
J. Randall Jones, Nevada Bar No. 1927
Mona Kaveh, Nevada Bar No. 11825
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

Richard L. Stone, Pro Hac Vice
850 Devon Avenue
Los Angeles, California 90024

*Attorneys for Defendants/Counterclaimant*

## ORDER

The parties request that the Sun's deadline to file the opposition to the Motion be extended to June 10, 2026, and Defendants' deadline to file their reply in support of their Motion shall be extended to June 26, 2026 is granted.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: May 26, 2026

3

287920206.v1