# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LAS VEGAS SUN, INC., a Nevada corporation,

Plaintiffs,

v.

SHELDON ADELSON (Estate Of), an individual, and as the alter ego of News+Media Capital Group LLC, Las Vegas Review-Journal, Inc., and Interface Operations LLC dba Adfam; PATRICK DUMONT, an individual, and as alter ego of Las Vegas Review-Journal, Inc., News+Media Capital Group, LLC, and Interface Operations LLC dba Adfam; NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; INTERFACE OPERATIONS LLC dba ADFAM, a Delaware limited liability company and as the alter ego of Las Vegas Review-Journal, Inc., and News+Media Capital Group, LLC; and DOES, I-X, inclusive,

Defendants.

Case No.: 2:19-CV-01667-ART-MDC

**ORDER GRANTING**

**STIPULATION TO EXTEND BRIEFING SCHEDULE RE: DEFENDANTS' MOTION TO DISMISS SUN'S SECOND AMENDED AND SUPPLEMENTAL COMPLAINT [ECF NO. 1162] (ECF NO. 1193)**

**(SECOND REQUEST)**

1

287920206.v1

LAS VEGAS REVIEW-JOURNAL, a Delaware corporation,

Counterclaimant,

v.

LAS VEGAS SUN, INC., a Nevada corporation; BRIAN GREENSPUN, an individual and as alter ego of Las Vegas Sun, Inc.; GREENSPUN MEDIA GROUP, LLC, a Nevada limited liability company, as the alter ego of Las Vegas Sun, Inc.,

Counterclaim Defendants.

Plaintiff/Counterdefendant LAS VEGAS SUN, INC., and Counterdefendants BRIAN GREENSPUN and GREENSPUN MEDIA GROUP, LLC (collectively the "Sun"), by and through their counsel Clark Hill PLC, Pisanelli Bice PLLC, Brownstein Hyatt Farber Schreck, LLP, and the Alioto Law Firm, and Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., and Defendants THE ESTATE OF SHELDON ADELSON, PATRICK DUMONT, NEWS+MEDIA CAPITAL GROUP LLC, and INTERFACE OPERATIONS LLC dba ADFAM (collectively "Defendants"), by and through their counsel of record, Kemp Jones, LLP, Claggett & Sykes Law Firm, Jenner & Block LLP, and Richard L. Stone, Esq., hereby stipulate and agree as follows:

1.      On May 18, 2026, Defendants filed a Motion to Dismiss Sun's Second Amended and Supplemental Complaint [ECF No. 1162] (ECF No. 1193) ("Motion").  Following an initial stipulated extension (ECF No. 1199), the Sun's response to the Motion is currently due June 10, 2026, and Defendants' reply in support of the Motion is currently due June 26, 2026.

2.      The parties request that the Sun's deadline to file the opposition to the Motion be extended to June 17, 2026, and Defendants' deadline to file their reply in support of their Motion shall be extended to July 15, 2026.  This is the second request to extend these deadlines.

3.      This request is necessitated by unforeseen circumstances.  The drafter of the Sun's Opposition was in a car accident after leaving the office yesterday and required medical treatment and is healing.  This short extension of these briefing deadlines will allow counsel to recover from

2

287920206.v1

injuries and finalize the Opposition for filing.

4.    This stipulation is made in good faith and not for purposes of delay.

DATED this 10th day of June, 2026.

CLARK HILL PLC

By: /s/ E. Leif Reid
     E. Leif Reid, Nevada Bar No. 5750
     Kristen L. Martini, Nevada Bar No. 11272
     Nicole Scott, Nevada Bar No. 13757
     1700 S. Pavilion Center Drive, Suite 500
     Las Vegas, Nevada 89135

PISANELLI BICE PLLC
James J. Pisanelli, Nevada Bar No. 4027
Todd L. Bice, Nevada Bar No. 4534
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

BROWNSTEIN HYATT FARBER
SHRECK, LLP
Jordan T. Smith, Nevada Bar No. 12097
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

ALIOTO LAW FIRM
Joseph M. Alioto, Pro Hac Vice
One Sansome Street, 35th Floor
San Francisco, California 94104

Attorneys for Plaintiff/Counterdefendants

CLAGGETT & SYKES LAW FIRM

By: /s/ Michael J. Gayan
     Michael J. Gayan, Nevada Bar No. 11135
     4101 Meadows Lane, Suite 100
     Las Vegas, Nevada 89107

JENNER & BLOCK LLP
David R. Singer, Pro Hac Vice
Amy M. Gallegos, Pro Hac Vice
Andrew G. Sullivan, Pro Hac Vice
Alison I Stein, Pro Hac Vice
515 South Flower Street, Suite 3300
Los Angeles, California 90071

KEMP JONES, LLP
J. Randall Jones, Nevada Bar No. 1927
Mona Kaveh, Nevada Bar No. 11825
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

Richard L. Stone, Pro Hac Vice
850 Devon Avenue
Los Angeles, California 90024

Attorneys for Defendants/Counterclaimant

IT IS SO ORDERED:

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: June 11, 2026

3

287920206.v1