J. RANDALL JONES, ESQ., SBN 1927
r.jones@kempjones.com
MONA KAVEH, ESQ., SBN 11825
m.kaveh@kempjones.com
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone:      +1 702 385 6000

DAVID R. SINGER, ESQ. (*pro hac vice*)
dsinger@jenner.com
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
agallegos@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:      +1 213 239 5100
Facsimile:      +1 213 239 5199

MICHAEL J. GAYAN, ESQ., SBN 11135
mike@claggettlaw.com
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
Telephone:      +1 702 333 7777
Facsimile:      +1 702 655 3763

RICHARD L. STONE, ESQ. (*pro hac vice*)
rstone@fastmail.com
850 Devon Avenue
Los Angeles, California 90024

*Attorneys for Defendants/Counterclaimant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>SHELDON ADELSON, et al.,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.: 2:19-cv-01667-ART-MDC<br><br>**NOTICE OF MINUTE ORDER ENTERED BY EIGHTH JUDICIAL DISTRICT COURT ON JUNE 10, 2026 [ECF NO. 1174]** |

Defendant/Counterclaimant Las Vegas Review-Journal, Inc., and Defendants News+Media Capital Group LLC, Estate of Sheldon Adelson, Patrick Dumont, and Interface Operations LLC dba Adfam (collectively, "Defendants") hereby submit notice of the following filing in the related state court action styled, *Las Vegas Sun, Inc. v. News+Media Capital Group LLC, et al.*, Eighth Judicial District Court, Clark County, Nevada, Case No. A-18-772591-B:

- June 10, 2026, Minute Order on Defendants' Motion to Lift Stay and Motion for Summary Judgment, attached hereto as **Exhibit A**

Las Vegas Sun, Inc. filed the state court action on April 10, 2018 (ECF No. 531-2), against News+Media Capital Group LLC and Las Vegas Review-Journal, Inc., followed by an Amended Complaint on November 15, 2019 (ECF No. 39-10). On March 24, 2026, defendants in the state court action filed a Motion to Lift Stay and Motion for Summary Judgment ("Motion") relating to the Sun's remaining claims for relief. On June 10, 2026, the state court entered a minute order granting defendants' Motion and disposed of the Sun's remaining claims for relief because they "are all based on the 2005 JOA that the Ninth Circuit has ruled is unenforceable." *See* Exhibit A. Defendants referenced the state court Motion in their Opposition to Plaintiffs' Renewed Motion for a Preliminary Injunction at page 25, fn. 7 (ECF No. 1174), and included and introduced the state court Amended Complaint as an exhibit at the evidentiary hearing held before this Court in April 2026 (ECF No. 1178 at Ex. 514; ECF No. 1185 at 98:12-16), and thus wanted to notify this Court of the current status. Upon the entry of the findings of fact, conclusions of law, and order on the Motion in the state court action, Defendants will provide this Court with a copy.

Dated: June 12, 2026

KEMP JONES, LLP

*/s/ Mona Kaveh*

J. RANDALL JONES, ESQ., SBN 1927
MONA KAVEH, ESQ., SBN 11825
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

MICHAEL J. GAYAN, ESQ., SBN 11135
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107

1

DAVID R. SINGER, ESQ. (*pro hac vice*)
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
ANDREW G. SULLIVAN, ESQ. (*pro hac vice*)
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071

RICHARD L. STONE, ESQ. (*pro hac vice*)
850 Devon Avenue
Los Angeles, California 90024

*Attorneys for Defendants/Counterclaimant*

**PROOF OF SERVICE**

I hereby certify that on the 12th day of June, 2026, I served a true and correct copy of the foregoing **NOTICE OF MINUTE ORDER ENTERED BY EIGHTH JUDICIAL DISTRICT COURT ON JUNE 10, 2026 [ECF NO. 1174]** via the United States District Court's CM/ECF electronic filing system to all parties on the e-service list.

E. Leif Reid, Nevada Bar No. 5750
Kristen L. Martini, Nevada Bar No. 11272
Nicole Scott, Nevada Bar No. 13757
CLARK HILL PLC
1700 S. Pavilion Center Dr., Suite 500
Las Vegas, Nevada 89135

James J. Pisanelli, Nevada Bar No. 4027
Todd L. Bice, Nevada Bar No. 4534
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

Jordan T. Smith, Nevada Bar No. 12097
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

Joseph M. Alioto, *pro hac vice*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104

*Attorneys for Plaintiff/Counterdefendants*

/s/ Pamela McAfee
An employee of Kemp Jones, LLP

3

## INDEX OF EXHIBITS

| Exhibit | Description |
|---------|-------------|
| A | June 10, 2026, Minute Order on Defendants' Motion to Lift Stay and Motion for Summary Judgment, entered in Eighth Judicial District Court, Clark County, Nevada |