# EXHIBIT A

June 10, 2026, Minute Order on Defendants' Motion to Lift Stay and
Motion for Summary Judgment, entered in Eighth Judicial District Court,
Clark County, Nevada

A-18-772591-B

# DISTRICT COURT
# CLARK COUNTY, NEVADA

| Other Business Court Matters | COURT MINUTES | June 10, 2026 |
|---|---|---|

A-18-772591-B     Las Vegas Sun Inc., Plaintiff(s)
vs.
News+Media Capital Group LLC, Defendant(s)

| June 10, 2026 | 2:06 PM | Minute Order |
|---|---|---|

**HEARD BY:**  Williams, Timothy C.          **COURTROOM:**  Chambers

**COURT CLERK:**  Victoria Mercer/vm

## JOURNAL ENTRIES

- After a review and consideration of the points and authorities on file herein, and the arguments of counsel, the Court determined as follows:

The Court first notes that this case was stayed temporarily for resolution of the Federal Anti-Trust Action regarding the 2005 JOA. The Court has determined that the Stay is no longer necessary, as the Ninth Circuit has ruled the 2005 JOA is unlawful and enforceable because it did not receive prior written consent from the Attorney General. Therefore, *Defendants' Motion to Lift Stay and Motion for Summary Judgment* is **GRANTED** as to the Stay.

As to Summary Judgment, the Sun has not identified any facts that would allow it to prevail on the remaining claims under the unenforceable 2005 JOA. Therefore the First, Second, Fifth, Seventh, Eighth, and Ninth Claims as set forth in Plaintiff's First Amended Complaint are all based on the 2005 JOA that the Ninth Circuit has ruled is unenforceable. Therefore, there are no remaining claims without reliance on the unenforceable 2005 JOA. Thus, *Defendants' Motion to Lift Stay and Motion for Summary Judgment* is **GRANTED** as to Summary Judgment.

Counsel on behalf of Defendant shall prepare a detailed Order based not only on the foregoing Minute Order, but also on the record on file herein. This is to be submitted to adverse counsel for review and approval and/or submission of a competing Order or objections, prior to submitting to the Court for review and signature.

CLERK'S NOTE: A copy of this minute order was distributed via Odyssey File and Serve. /vm (06-10-26)

PRINT DATE:    06/10/2026          Page 1 of 1     Minutes Date:    June 10, 2026