# EXHIBIT 3

November 20, 2019, Minute Order on Sun's Motion to Dismiss Counterclaims or, Alternatively, to Stay Counterclaims Pending Federal Court Action, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC, et al.*, Eighth Judicial District Court, Clark County, Nevada, Case No. A-18-772591-B

# EXHIBIT 3

**APP222**

**A-18-772591-B**

**DISTRICT COURT
CLARK COUNTY, NEVADA**

| Other Business Court Matters | COURT MINUTES | November 20, 2019 |
|---|---|---|

| A-18-772591-B | Las Vegas Sun Inc, Plaintiff(s)<br>vs.<br>News+Media Capital Group LLC, Defendant(s) |
|---|---|

**November 20, 2019        10:00 AM      All Pending Motions**

**HEARD BY:**      Williams, Timothy C.          **COURTROOM:**  RJC Courtroom 03H

**COURT CLERK:**  Darling, Christopher

**RECORDER:**

**REPORTER:**      Isom, Peggy

**PARTIES PRESENT:**

| | |
|---|---|
| **James   J Pisanelli** | **Attorney for Counter Defendant, Plaintiff** |
| **Jon   Randall Jones** | **Attorney for Counter Claimant, Defendant** |
| **Jordan T. Smith, ESQ** | **Attorney for Counter Defendant, Plaintiff** |
| **Leif Reid** | **Attorney for Counter Defendant, Plaintiff** |
| **Michael J Gayan** | **Attorney for Counter Claimant, Defendant** |
| **Nicole Scott** | **Attorney for Counter Defendant, Plaintiff** |
| **Richard L. Stone** | **Attorney for Counter Claimant, Defendant** |

**JOURNAL ENTRIES**

APPEARANCES CONTINUED: Benjamin Lipman, Esq. present as General Counsel for Deft. Las Vegas Review Journal.

MOTION TO DISMISS COUNTERCLAIMS OR, ALTERNATIVELY, TO STAY COUNTERCLAIMS PENDING FEDERAL COURT ACTION...STATUS CHECK: RESULTS OF ESI SEARCH/CUSTODIAN ISSUES/SECOND SET OF OUTSTANDING DISCOVERY

Arguments by Mr. Pisanelli and Mr. Jones regarding the Motion. COURT ORDERED, as to Motion to Dismiss Counterclaims, claims have merit until final adjudication; as to alternative Motion to Stay, matter stayed; will reserve ruling on subject matter jurisdiction and defer to pending resolution of action in Federal Court; Status Check SET in ninety (90) days regarding stay as to federal action. Colloquy regarding stay of entire case in light of anticipated issues with discovery. Court stated counsel may file appropriate motion for stay on order shortening time with setting not less than ten (10) days for response. Court directed Mr. Pisanell prepare today's Motion order and circulate to counsel. As to today's Status Check, Mr. Reid advised the production outstanding of six months is promised next week. Court stated today's stay is not for purpose of the production. Mr. Gayan reviewed extensive search results, advised parties have agreed on certain terms and anticipates parties will meet and confer on issues. There being agreement, COURT ORDERED, Status Check matter CONTINUED to 12/4/19.

CONTINUED TO: 12/4/19 9:00 AM STATUS CHECK: RESULTS OF ESI SEARCH/CUSTODIAN ISSUES/SECOND SET OF OUTSTANDING DISCOVERY

2/19/20 9:00 AM STATUS CHECK: STAY FOR FEDERAL ACTION

| **Printed Date: 11/21/2019** | **Page 1 of 1** | Minutes Date: | November 20, 2019 |
|---|---|---|---|

**Prepared by: Christopher Darling**

**APP223**