# EXHIBIT 4

January 9, 2020, Order Granting in Part and Denying in Part Plaintiff's Motion to Dismiss Counterclaims, or Alternatively, to Stay Counterclaims Pending Federal Court Action, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC, et al.*, Eighth Judicial District Court, Clark County, Nevada, Case No. A-18-772591-B

# EXHIBIT 4

**APP224**

Electronically Filed
1/9/2020 5:09 PM
Steven D. Grierson
CLERK OF THE COURT

E. LEIF REID, Nevada Bar No. 5750
KRISTEN L. MARTINI, Nevada Bar No. 11272
NICOLE SCOTT, Nevada Bar No. 13757
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, NV 89501-2128
Tel:    775.823.2900
Fax:    775.823.2929
Email: lreid@lrrc.com
        kmartini@lrrc.com
        nscott@lrrc.com

JAMES J. PISANELLI, Nevada Bar No. 4027
TODD L. BICE, Nevada Bar No. 4534
JORDAN T. SMITH, Nevada Bar No. 12097
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Email: JJP@pisanellibice.com
        TLB@pisanellibice.com
        JTS@pisanellibice.com

*Attorneys for Plaintiff/Counter-Defendant*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>NEWS+MEDIA CAPITAL GROUP LLC, a Delaware limited liability company; and LAS VEGAS REVIEW-JOURNAL, INC., a Delaware limited liability company;<br><br>                    Defendants.<br><br>_____<br><br>LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation,<br><br>                    Counterclaimant,<br><br>vs.<br><br>LAS VEGAS SUN, INC., a Nevada corporation,<br><br>                    Counter-Defendant.<br>_____ | CASE NO.: A-18-772591-B<br><br>DEPT.: 16<br><br>_____, ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS OR, ALTERNATIVELY, TO STAY COUNTERCLAIMS PENDING FEDERAL COURT ACTION<br><br>Date of Hearing: November 20, 2019<br>Time of Hearing: 9:30 p.m. |

110070412.1

DEC 2 3 2019

**APP225**

This matter came before the Court on Plaintiff Las Vegas Sun, Inc.'s Motion to Dismiss Counterclaims or, Alternatively, to Stay Counterclaims Pending Federal Court Action ("Motion") on November 20, 2019, at 9:30 a.m., with E. Leif Reid, Esq., and Nicole Scott, Esq., of the law firm of Lewis Roca Rothgerber Christie LLP, and James J. Pisanelli, Esq., and Jordan T. Smith, Esq., of the law firm of Pisanelli Bice PLLC, appearing on behalf of Plaintiff, and J. Randall Jones, Esq., and Michael Gayan, Esq., of the law firm of Kemp, Jones & Coulthard, LLP, and Richard L. Stone, Esq., of the law firm Jenner & Block, appearing on behalf of Defendants.

Having considered the papers filed by the parties, arguments of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1.      Plaintiff's Motion is GRANTED IN PART, and Defendants' Counterclaims are stayed pending resolution of Plaintiff's action filed in the United States District Court, District of Nevada, styled as *Las Vegas Sun, Inc. v. Adelson, et al.*, Case No. 2:19-CV-01667-RFB-BNW ("Federal Action"). Neither party is precluded from seeking to modify or terminate this stay based on any change of circumstance.

2.      Plaintiff's Motion is DENIED IN PART, and without prejudice, as to Plaintiff's request for dismissal of Defendants' Counterclaims.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

110070412.1

- 2 -

**APP226**

3.      The parties shall appear for a status check on February 19, 2020, at 9:00 a.m., to discuss the status of the Federal Action and the propriety of continuing the stay.

DATED this ___ day of ___ January ___, 2019.

_____

DISTRICT JUDGE


RESPECTFULLY SUBMITTED BY:

LEWIS ROCA ROTHGERBER CHRISTIE LLP

#2376

By: _____

for E. LEIF REID, Bar No. 5750
KRISTEN L. MARTINI, Bar No. 11272
NICOLE SCOTT, Bar No. 13757
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501-2128

JAMES J. PISANELLI, Bar No. 4027
TODD L. BICE, Bar No. 4534
JORDAN T. SMITH, Bar No. 12097
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

110070412.1

- 3 -

**APP227**