# EXHIBIT 6

December 4, 2019, Minute Order Staying All Case Matters, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC, et al.*, Eighth Judicial District Court, Clark County, Nevada, Case No. A-18-772591-B

# EXHIBIT 6

**A-18-772591-B**

**DISTRICT COURT
CLARK COUNTY, NEVADA**

| Other Business Court Matters | COURT MINUTES | December 04, 2019 |
|---|---|---|

| A-18-772591-B | Las Vegas Sun Inc, Plaintiff(s)<br>vs.<br>News+Media Capital Group LLC, Defendant(s) |
|---|---|

**December 04, 2019        09:30 AM    All Pending Motions**

**HEARD BY:**    Williams, Timothy C.    **COURTROOM:**  RJC Courtroom 03H

**COURT CLERK:**  Darling, Christopher

**RECORDER:**

**REPORTER:**    Isom, Peggy

**PARTIES PRESENT:**

| David R. Singer | Attorney for Counter Claimant, Defendant |
|---|---|
| James   J Pisanelli | Attorney for Counter Defendant, Plaintiff |
| Jon   Randall Jones | Attorney for Counter Claimant, Defendant |
| Jordan T. Smith, ESQ | Attorney for Counter Defendant, Plaintiff |
| Kristen L. Martini | Attorney for Counter Defendant, Plaintiff |
| Leif Reid | Attorney for Counter Defendant, Plaintiff |
| Michael J Gayan | Attorney for Counter Claimant, Defendant |

**JOURNAL ENTRIES**

APPEARANCES CONTINUED: Robert Cauthorn, COO for Pltf. Las Vegas Sun, present. Representatives of Pltf. present: Brian Greenspun and Myra Greenspun. Benjamin Lipman, Esq. present as General Counsel for Deft. Las Vegas Review-Journal. Representative of Deft. Las Vegas Review-Journal, Keith Moyer, present.

EWS+MEDIA CAPITAL GROUP LLC AND LAS VEGAS REVIEW-JOURNAL, INC.'S EMERGENCY MOTION TO STAY CASE AND POSTPONE ACTION ON ARBITRATION-RELATED MOTIONS ON ORDER SHORTENING TIME...LAS VEGAS SUN, INC.'S OPPOSITION TO NEWS+MEDIA CAPITAL GROUP LLC AND LAS VEGAS REVIEW-JOURNAL, INC.'S EMERGENCY MOTION TO STAY CASE AND POSTPONE ACTION ON ARBITRATION-RELATED MOTIONS ON ORDER SHORTENING TIME AND COUNTERMOTION TO STAY DEFENDANTS' TENTH, TWENTY-SIXTH AND TWENTY-SEVENTH AFFIRMATIVE DEFENSES (REDACTED)...STATUS CHECK: DECISION ON MOTION TO CONFIRM ARBITRATION AWARD; MOTION TO VACATE ARBITRATION AWARD...STATUS CHECK: RESULTS OF ESI SEARCH/CUSTODIAN ISSUES/SECOND SET OF OUTSTANDING DISCOVERY

Arguments by Mr. Jones and Mr. Pisanelli. COURT ORDERED, Motion GRANTED IN PART and DENIED IN PART; DENIED as to issue with respect to decision on arbitration; will stay all other case matters. Prevailing party to submit the order. Court stated a minute order is anticipated today as to arbitration confirmation or vacation. Further stated will issue decision without prejudice as to sealing motions, maintaining status quo, subject to future briefing as discussed.

| **Printed Date: 12/6/2019** | **Page 1 of 1** | Minutes Date: | December 04, 2019 |
|---|---|---|---|

**Prepared by: Christopher Darling**

**APP247**