E. LEIF REID, Nevada Bar No. 5750
KRISTEN L. MARTINI, Nevada Bar No. 11272
NICOLE SCOTT, Nevada Bar No. 13757
CLARK HILL PLC
1700 S. Pavilion Center Dr., Suite 500
Las Vegas, Nevada 89135
Tel: 702.862.8300
Fax: 702.778.9709
Email: lreid@clarkhill.com
kmartini@clarkhill.com
nsscott@clarkhill.com

JAMES J. PISANELLI, Nevada Bar No. 4027
TODD L. BICE, Nevada Bar No. 4534
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Tel: 702.214.2100
Fax: 702.214.2101
Email: JJP@pisanellibice.com
       TLB@pisanellibice.com

JORDAN T. SMITH, Nevada Bar No. 12097
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Tel: 702.464.7022
Fax: 702.382.8135
Email: jtsmith@bhfs.com

JOSEPH M. ALIOTO, *PRO HAC VICE*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104
Tel: 415.434.8900
Fax: 415.434.9200
Email: jmalioto@aliotolaw.com

*Attorneys for Plaintiff/Counterdefendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

LAS VEGAS SUN, INC., a Nevada corporation,

Plaintiffs,

v.

SHELDON ADELSON (Estate Of), an individual, and as the alter ego of News+Media Capital Group LLC, Las Vegas Review-Journal, Inc., and Interface Operations LLC dba Adfam; PATRICK DUMONT, an individual, and as alter ego of Las Vegas Review-Journal, Inc., News+Media Capital Group, LLC, and Interface Operations LLC dba Adfam; NEWS+MEDIA CAPITAL GROUP LLC,, a Delaware limited liability company; LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation; INTERFACE OPERATIONS LLC dba ADFAM, a Delaware limited liability company and as the alter ego of Las Vegas Review-Journal, Inc., and News+Media Capital Gorup, LLC; and DOES, I-X, inclusive,

Defendants.

LAS VEGAS REVIEW-JOURNAL, a Delaware corporation,

Case No.: 2:19-CV-01667-ART-MDC

**APPENDIX OF EXHIBITS TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

**(VOLUME 2)**

ClarkHill\105559\1015963\288319839.v1-6/22/26

Counterclaimant,

v.

LAS VEGAS SUN, INC., a Nevada corporation;
BRIAN GREENSPUN, an individual and as alter
ego of Las Vegas Sun, Inc.; GREENSPUN
MEDIA GROUP, LLC, a Nevada limited liability
company, as the alter ego of Las Vegas Sun, Inc.,

Counterclaim Defendants.

ii

**APPENDIX INDEX**

| Ex. No. | Description | Vol. | Page Nos. |
|---|---|---|---|
| 1 | Plaintiff's proposed Third Amended Complaint, with Exhibits | 1 | APP1-APP200 |
| 2 | October 14, 2019, Motion to Dismiss Counterclaims or, Alternatively, to Stay Counterclaims Pending Federal Court Action, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC, et al.*, Eighth Judicial District Court, Clark County, Nevada, Case No. A-18-772591-B (without Exhibits) | 1 | APP201-APP221 |
| 3 | November 20, 2019, Minute Order on Sun's Motion to Dismiss Counterclaims or, Alternatively, to Stay Counterclaims Pending Federal Court Action, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC, et al.*, Eighth Judicial District Court, Clark County, Nevada, Case No. A-18-772591-B | 1 | APP222-APP223 |
| 4 | January 9, 2020, Order Granting in Part and Denying in Part Plaintiff's Motion to Dismiss Counterclaims, or Alternatively, to Stay Counterclaims Pending Federal Court Action, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC, et al.*, Eighth Judicial District Court, Clark County, Nevada, Case No. A-18-772591-B | 1 | APP224-APP227 |
| 5 | November 22, 2019, News+Media Capital Group LLC and Las Vegas Review-Journal, Inc.'s Emergency Motion to Stay Case and Postpone Action on Arbitration-Related Motions on Order Shortening Time, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC, et al.*, Eighth Judicial District Court, Clark County, Nevada, Case No. A-18-772591-B (without Exhibits) | 1 | APP228-APP245 |
| 6 | December 4, 2019, Minute Order Staying All Case Matters, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC, et al.*, Eighth Judicial District Court, Clark County, Nevada, Case No. A-18-772591-B | 1 | APP246-APP247 |
| 7 | June 10, 2026, Minute Order on Defendants' Motion to Lift Stay and Motion for Summary Judgment, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC, et al.*, Eighth Judicial District Court, Clark County, Nevada, Case No. A-18-772591-B | 1 | APP248-APP249 |
| 8 | March 24, 2026, Defendants' Motion to Lift Stay and Motion for Summary Judgment, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC, et al.*, Eighth Judicial District Court, Clark County, Nevada, Case No. A-18-772591-B (without Exhibits) | 2 | APP250-APP269 |
| 9 | April 14, 2026, Plaintiff's Opposition to Defendants' Motion to Lift Stay and Motion for Summary Judgment, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC, et al.*, Eighth Judicial | 2 | APP270-APP285 |

1

ClarkHill\105559\1015963\288319839.v1-6/22/26

| | | | | |
|---|---|---|---|---|
| | | District Court, Clark County, Nevada, Case No. A-18-772591-B (without Exhibits) | | |
| | 10 | May 28, 2026, Transcript of Hearing Re: Status Check: Status of Case; Defendants' Motion to Lift Stay and Motion for Summary Judgment, *Las Vegas Sun, Inc. v. News+Media Capital Group, LLC, et al.*, Eighth Judicial District Court, Clark County, Nevada, Case No. A-18-772591-B | 2 | APP286-APP383 |

DATED this 23rd day of June, 2026.

CLARK HILL PLC

By: /s/ *Kristen L. Martini*
E. Leif Reid, Nevada Bar No. 5750
Kristen L. Martini, Nevada Bar No. 11272
Nicole Scott, Nevada Bar No. 13757
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135

PISANELLI BICE PLLC
James J. Pisanelli, Nevada Bar No. 4027
Todd L. Bice, Nevada Bar No. 4534
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

BROWNSTEIN HYATT FARBER SHRECK, LLP
Jordan T. Smith, Nevada Bar No. 12097
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

ALIOTO LAW FIRM
Joseph M. Alioto, Pro Hac Vice
One Sansome Street, 35th Floor
San Francisco, California 94104

*Attorneys for Plaintiff/Counterdefendants*

2

ClarkHill\105559\1015963\288319839.v1-6/22/26

**CERTIFICATE OF SERVICE**

I certify that I am an employee of CLARK HILL PLC, and I caused a true and correct copy of the foregoing **APPENDIX OF EXHIBITS TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT (VOLUME 2)** to be served by electronically filing the foregoing with the CMECF electronic filing system which will send notice of electronic filing to::

J. Randall Jones, Esq.
Mona Kaveh, Esq.
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169

Michael J. Gayan, Esq.
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107

Amy M. Gallegos, Esq.
David R. Singer, Esq.
Andrew G. Sullivan, Esq.
Alison I Stein, Esq.
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071

Richard L. Stone, Esq.
850 Devon Avenue
Los Angeles, CA 90024

DATED: June 23, 2026.

_/s/ Kristen L. Martini_
An Employee of Clark Hill PLC

3