**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SUN, INC., | Case No. 2:19-cv-01667-ART-MDC |
| Plaintiff, | **ORDER GRANTING** |
| v. | **STIPULATION TO EXTEND BRIEFING SCHEDULE RE PLAINTIFF'S MOTION FOR LEAVE TO AMEND (ECF NO. 1204)** |
| SHELDON ADELSON, et al., | |
| Defendants. | **[FIRST REQUEST]** |
| AND RELATED COUNTERCLAIM | |

Plaintiff/Counterdefendant LAS VEGAS SUN, INC., and Counterdefendants BRIAN GREENSPUN and GREENSPUN MEDIA GROUP, LLC (collectively the "Sun"), by and through their counsel Clark Hill PLC, Pisanelli Bice PLLC, and the Alioto Law Firm, and Defendant/Counterclaimant LAS VEGAS REVIEW-JOURNAL, INC., and Defendants NEWS+MEDIA CAPITAL GROUP LLC, THE ESTATE OF SHELDON ADELSON, PATRICK DUMONT, and INTERFACE OPERATIONS LLC DBA ADFAM (collectively the "Review-Journal"), by and through their counsel of record, Kemp Jones LLP, Jenner & Block LLP, Claggett & Sykes Law Firm, and Richard L. Stone, Esq., hereby stipulate and agree as follows:

1.     On June 23, 2026, the Sun filed its Motion for Leave to Amend the First Amended Complaint. ECF No. 1204 (the "Motion to Amend"). The Review-Journal's Opposition to the Motion to Amend is currently due on July 7, 2026, and the Sun's Reply in support of the Motion to Amend is currently due seven days after the Review-Journal's Opposition is filed.

2.     The Parties jointly request a short extension of these briefing deadlines due to scheduling conflicts among the Review-Journal's counsel due to previously scheduled vacations. This is the first request made by the Parties to extend these deadlines.

3.     The Parties request that the Review-Journal's deadline to file its Opposition to the Motion to Amend be extended from July 7, 2026, to July 21, 2026, and that the Sun's deadline to file its Reply in support of the Motion to Amend be extended to August 4, 2026.

4.     This stipulation is made in good faith and not for purposes of delay.

DATED this 30th day of June, 2026.

| CLARK HILL PLC | CLAGGETT & SYKES LAW FIRM |
|---|---|

By: */s/ Kristen L. Martini*

E. LEIF REID, ESQ., SBN 5750
KRISTEN L. MARTINI, ESQ., SBN 11272
NICOLE SCOTT, ESQ., SBN 13757
CLARK HILL PLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135

JAMES J. PISANELLI, ESQ., SBN 4027
TODD L. BICE, ESQ., SBN 4534
JORDAN T. SMITH, ESQ., SBN 12097
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada  89101

JOSEPH M. ALIOTO (*pro hac vice*)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California  94104

*Attorneys for Plaintiff/Counterdefendants*

By: */s/ Michael J. Gayan*

MICHAEL J. GAYAN, ESQ., SBN 11135
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada  89107

J. RANDALL JONES, ESQ., SBN 1927
MONA KAVEH, ESQ., SBN 11825
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada  89169

DAVID R. SINGER, ESQ. (*pro hac vice*)
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California  90071

RICHARD L. STONE, ESQ. (*pro hac vice*)
850 Devon Avenue
Los Angeles, California  90024

*Attorneys for Defendants/Counterclaimant*

**IT IS SO ORDERED.**

Anne R. Traum
United States District Judge

DATED: July 1, 2026

2