J. RANDALL JONES, ESQ., SBN 1927
r.jones@kempjones.com
MONA KAVEH, ESQ., SBN 11825
m.kaveh@kempjones.com
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone:      +1 702 385 6000

DAVID R. SINGER, ESQ. (*pro hac vice*)
dsinger@jenner.com
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
agallegos@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:      +1 213 239 5100
Facsimile:      +1 213 239 5199

MICHAEL J. GAYAN, ESQ., SBN 11135
mike@claggettlaw.com
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
Telephone:      +1 702 333 7777
Facsimile:      +1 702 655 3763

RICHARD L. STONE, ESQ. (*pro hac vice*)
rstone@fastmail.com
850 Devon Avenue
Los Angeles, California 90024

*Attorneys for Defendants/Counterclaimant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SUN, INC., a Nevada corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>SHELDON ADELSON, et al.,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.: 2:19-cv-01667-ART-MDC<br><br>**NOTICE OF ORDER ENTERED BY EIGHTH JUDICIAL DISTRICT COURT ON JULY 6, 2026 [ECF NOS. 1174, 1202]** |

Defendant/Counterclaimant Las Vegas Review-Journal, Inc., and Defendants News+Media Capital Group LLC, Estate of Sheldon Adelson, Patrick Dumont, and Interface Operations LLC dba Adfam (collectively, "Defendants") hereby submit notice of the following filing in the related state court action styled, *Las Vegas Sun, Inc. v. News+Media Capital Group LLC, et al.*, Eighth Judicial District Court, Clark County, Nevada, Case No. A-18-772591-B:

- July 6, 2026, Notice of Entry of Order Granting Defendants' Motion to Lift Stay and Motion for Summary Judgment, attached hereto as **Exhibit A**

On June 12, 2026, Defendants filed a Notice of Minute Order Entered by Eighth Judicial District Court on June 10, 2026 [ECF No. 1174]. ECF No. 1202. In that notice, Defendants stated that upon the entry of the findings of fact, conclusions of law, and order on the Motion to Lift Stay and Motion for Summary Judgment in the state court action, Defendants will provide this Court with a copy. *Id.*; Ex. A.

Dated: July 8, 2026

KEMP JONES, LLP

*/s/ Mona Kaveh*

J. RANDALL JONES, ESQ., SBN 1927
MONA KAVEH, ESQ., SBN 11825
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

MICHAEL J. GAYAN, ESQ., SBN 11135
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
DAVID R. SINGER, ESQ. (*pro hac vice*)
AMY M. GALLEGOS, ESQ. (*pro hac vice*)
ANDREW G. SULLIVAN, ESQ. (*pro hac vice*)
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071

RICHARD L. STONE, ESQ. (*pro hac vice*)
850 Devon Avenue
Los Angeles, California 90024

*Attorneys for Defendants/Counterclaimant*

1

## PROOF OF SERVICE

I hereby certify that on the 8th day of July, 2026, I served a true and correct copy of the foregoing **NOTICE OF ORDER ENTERED BY EIGHTH JUDICIAL DISTRICT COURT ON JULY 6, 2026 [ECF NOS. 1174, 1202]** via the United States District Court's CM/ECF electronic filing system to all parties on the e-service list.

E. Leif Reid, Nevada Bar No. 5750
Kristen L. Martini, Nevada Bar No. 11272
Nicole Scott, Nevada Bar No. 13757
Deborah A. Bone, Nevada Bar No. 15688
CLARK HILL PLC
1700 S. Pavilion Center Dr., Suite 500
Las Vegas, Nevada 89135

James J. Pisanelli, Nevada Bar No. 4027
Todd L. Bice, Nevada Bar No. 4534
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

Jordan T. Smith, Nevada Bar No. 12097
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

Joseph M. Alioto, *pro hac vice*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104

*Attorneys for Plaintiff/Counterdefendants*

/s/ Mona Kaveh
An employee of Kemp Jones, LLP

2

## INDEX OF EXHIBITS

| Exhibit | Description |
|---------|-------------|
| A | July 6, 2026, Notice of Entry of Order Granting Defendants' Motion to Lift Stay and Motion for Summary Judgment, entered in Eighth Judicial District Court, Clark County, Nevada |